# EXHIBIT 21

## ATTACHMENT C

**PROJECT SPECIFICATIONS**

## RGV-1 Waterborne & Vertical Barriers and Attributes Design Build Construction Project

Amendment A03

Cameron County, TX

US CUSTOMS and BORDER PROTECTION (CBP) BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE (PMOD)

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SPECIFICATIONS GROUP**

**DIVISION 01 - GENERAL REQUIREMENTS**
01 00 00        GENERAL REQUIREMENTS
01 10 00        SUMMARY
01 31 00        PROJECT MANAGEMENT AND COORDINATION
01 32 00        PROJECT SCHEDULE
01 32 33        PHOTOGRAPHIC DOCUMENTATION
01 33 00        PRE-CONSTRUCTION & CONSTRUCTION SUBMITTALS
01 40 00        CONSTRUCTION QUALITY REQUIREMENTS
01 50 00        TEMPORARY CONSTRUCTION FACILITIES AND CONTROLS
01 57 23        TEMPORARY STORM WATER POLLUTION CONTROL
01 60 00        PRODUCT REQUIREMENTS
01 73 00        EXECUTION
01 74 19        CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL
01 77 00        CLOSEOUT PROCEDURES OPERATION AND MAINTENANCE
01 78 23        MAINTENANCE DATA
01 79 00        DEMONSTRATION AND TRAINING

Sections in RED revised under this amendment

**END OF TABLE OF CONTENTS**

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 00 00

## GENERAL REQUIREMENTS

**PART 1 - GENERAL**

1.1     The U.S. Customs and Border Protection (CBP), Infrastructure Portfolio, Program Management Office Directorate (PMOD) Infrastructure Portfolio manages the planning, design, and construction of Border Patrol's infrastructure. CBP is seeking a Contractor to complete the Design-Build Construction for the following within the Rio Grande Valley, Texas (RGV) Sector.

   A.  **BASE WORK:** Provide RGV-1 Waterborne Barrier Fast Track (FT) Segment design and construction and associated Work as required in the Statement of Work (SOW) and all Attachments.

   B.  **BASE WORK:** Provide RGV-1 Waterborne Barrier (less FT) design and construction and associated Work as required in the Statement of Work (SOW) and all Attachments.

   C.  **BASE WORK:** Provide RGV-1 Waterborne Barrier Patrol Road design and construction and associated Work as required in the SOW and all Attachments.

   D.  **BASE WORK**: Provide RGV-1 Waterborne Barrier Patrol Road Attributes design and construction and associated Work as required in the SOW and all Attachments.

   E.  **BASE WORK**: Provide RGV-1 New Vertical Barrier design and construction and associated Work as required in the SOW and all Attachments.

   F.  **BASE WORK**: Provide RGV-1 Replacement Vertical Barrier Segment 1 design and construction and associated Work as required in the SOW and all Attachments.

   G.  **BASE WORK:** Provide Access Road Repair Work as required in the SOW and all Attachments.

   H.  **BASE WORK**: Provide Cattle Fencing and Cattle Guard Work as required in the SOW and all Attachments.

   I.  **BASE WORK**: Project Government Furnished Material (GFM): CBP is providing the Contractor with steel bollards and anti-climb plate for use in completing vertical barrier work as outlined in SOW Attachment L – GFM Quantities & Process.

   J.  **OPTION WORK**: RGV-1 Replacement Vertical Barrier Segment 2. Provide replacement vertical barrier design and construction along the alignment as required in the SOW and all Attachments.

   K.  **OPTION WORK**: RGV-1 Replacement Vertical Barrier Segment 3. Provide replacement vertical barrier design and construction along the alignment as required in the SOW and all Attachments.

   L.  **OPTION WORK**: RGV-1 Replacement Vertical Barrier Segment 4. Provide replacement vertical barrier design and construction along the alignment as required in the SOW and all Attachments.

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

M. **OPTION WORK**: RGV-1 Replacement Vertical Barrier Segment 5. Provide replacement vertical barrier design and construction along the alignment as required in the SOW and all Attachments.

N. **OPTION WORK**: RGV-1 Replacement Vertical Barrier Segment 6. Provide replacement vertical barrier design and construction along the alignment as required in the SOW and all Attachments.

O. **OPTION WORK**: Provide Contractor Furnished Material steel in lieu of GFM steel as outlined in Paragraph 1.2.

1.2     CBP will provide the Contractor government furnished information (GFI) for use in developing the **BASE** and **OPTION** Work. See Section 01 10 00 Summary for additional definition of the GFI for the **BASE** and **OPTION** work to be completed.

1.3     See Attachment A – Location Maps for locations and coordinates for the Work and Section 01 10 00 Summary for **BASE** and **OPTION** Work descriptions.

**PART 2 - PRODUCTS (Not used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 10 00**

**SUMMARY**

**PART 1 - GENERAL**

**1.1**    PROJECT INFORMATION

    A.  Project Identification: RGV-1 Waterborne & Vertical Barriers and Attributes Design Build Construction Project.

    B.  Project Location: Cameron County, TX. See Attachment A - Location Maps for project location.

    C.  Project Requirements: The Contractor shall complete the design and construction for the **BASE** and **OPTION** Work per **Tactical Infrastructure Design Standards (TIDS)**, **version 6** unless otherwise specified within these Project Specifications or the following supplemental SOW Attachments:

        1.  Attachment E – Linear Ground Detection System (LGDS) Specifications

        2.  Attachment F – Camera Specifications

        3.  Attachment G – Infra-red (IR) Illuminator & White Light Specifications

        4.  Attachment H - Shelter Specifications

        5.  Attachment J – USBP Boat Ramp Design Standards

        6.  Attachment L – GFM Quantities & Process

        See Paragraph 1.2 below for Work Descriptions and Attachment D for TIDS, v6. Where design conflicts arise between specifications, see part 1.7.C below of this Section.

    D.  Web-Based Project Software: The Contractor shall provide project management software for their use in managing communication and documents throughout all of **BASE** and **OPTION** design and construction. See Section 01 31 00 "Project Management and Coordination" for web-based Project management software requirements.

**1.2**    **BASE** AND **OPTION** WORK DESCRIPTIONS

    A.  The Contractor shall complete all Work requirements defined within these specifications, SOW, and all Attachments, for the **BASE** and **OPTION** Work and includes, but is not limited to, the following:

        1.  General: The **BASE** and **OPTION** Work shall be designed and constructed in accordance with all applicable Federal, State, and local laws and regulations, to whichever is more stringent.

        2.  The Contractor shall be required to incorporate the requirements outlined in Attachment B – Best Management Practices into the **BASE** and **OPTION** Work.

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

3. The **BASE** and **OPTION** Work includes providing all labor, materials (in excess of GFM), and equipment necessary to complete design and construction of the following Vertical Barrier and Attributes Work. For all Vertical Barrier Work, construction of the vertical barrier and associated gates shall be completed first followed by roads and drainage and erosion control construction. Work shall include all administrative and supervisory requirements as stated in these Specifications. See parts 1.2.A.3.a through 1.2.A.3.~~x~~~~cc~~ ee for additional definition of Work requirements for boat ramps, vertical barrier, bridges, attributes, vegetation clearing, drainage and erosion control, stakeholder coordination, GFI and design.

a. **BASE WORK** – RGV-1 Waterborne Barrier FT Segment Work: The Contractor shall FT the design and construction required for installation of approximately 2 miles waterborne buoy style barrier from approximately 25.895904°, -97.522896° to 25.918445°, -97.529741°, meeting all the requirement of Section 1.2.A.3.b below.

b. **BASE WORK** – RGV-1 Waterborne Barrier Work: The Contractor shall provide the design and construction required for installation of approximately 57.1 miles waterborne buoy style barrier, not including FT, split between two segments. RGV-1 Waterborne Barrier Segment 1 is approximately 15.7 miles, starting at 25.979800°, -97.616731° and continuing downstream along the Rio Grande ending at 25.918445°, -97.529741°. RGV-1 Waterborne Barrier Segment 2 is approximately 41.4 miles, starting at 25.858597°, -97.413326° and continuing downstream along the Rio Grande ending at 25.956772°, -97.147691°. The Work shall include placement and anchoring of barrier into the riverbed and gates per the waterborne barrier requirements. Waterborne barrier gates locks only need to be accessible from the U.S. side of the barrier. Anti-dive protection is not required to be installed under this contract, but the waterborne barrier shall have the ability to have anti-dive protection connected under future work. Prior to installing barrier, Contractor shall remove debris in the Rio Grande from the international boundary line (IBL) to the U.S. shoreline along the entire length of the waterborne barrier installation before placing waterborne barrier and following installation of complete waterborne barrier alignment. All debris, including vegetation, shall be disposed of by the Contractor at an approved off-site landfill. No burning of either live vegetation or any debris shall be permitted. The Contractor shall only utilize existing boat ramp locations and boat ramps constructed under this contract for access to the river and for installation of the waterborne barrier. For access between boat ramps, the Contractor shall utilize public roads and cleared access roads. Access points along the river via boat ramps may be beyond the end points of the installation. See 1.2.A.3.d below for new boat ramp requirements. The Contractor shall provide approximately 500-ft of spare waterborne barrier (rounded up to account for individual buoy lengths and two gate segments including all pieces/parts and tools required for USBP to swap out damaged barrier segments and deliver to location designated by the Contracting Office Representative (COR). Label with manufacturer's name and model number.

The waterborne barrier system shall comply with the following requirements:

- No individual segments shall be longer than 15-ft.

- No use of expanded polystyrene (EPS) foam in buoys.

- All gaps shall be 3-in or less

SUMMARY                                                01 10 00 - 4

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

- Buoy filler material shall be inflammable or contain a flame retardant.

- All exposed bolts shall be either tack welded or have special bolt head hey to restrict movement with hand tools.

- Waterborne barrier in water depths between and including 12-in to 16-in of water shall be 4-ft in diameter.

- Waterborne barrier in water depths above 16-in. shall be 5-ft in diameter.

- Anti-dive protection shall be capable of attaching to the waterborne barrier while the waterborne barrier is deployed/in-place and without having to disassemble the deployed/in-place waterborne barrier.

- Gates shall be included unless otherwise directed by CBP.

c. **BASE WORK** – RGV-1 Waterborne Barrier Patrol Road Work: The Contractor shall provide the design and construction required for approximately 51.0 68.6-mi of FC-2, or FC-1 as required by profile grade, patrol road that generally parallels the Rio Grande within the limits of the waterborne barrier installation including associated low water crossings (LWC), drainage and erosion control and vegetation clearing within the patrol road enforcement zone. The patrol road enforcement zone easement limit is defined as from 30-ft offset toward the landside of the patrol road alignment to the Rio Grande main shoreline (no islands). The Waterborne Barrier Patrol Road parallels already deployed State of Texas vertical barrier between 25.918970°, -97.529256° to 25.895887° ,-97.522252°. The existing patrol road on the berm adjacent to the State of Texas vertical barrier shall be widened and resurfaced to meet FC-2 Patrol Road requirements. In addition, the Contractor shall design and construct two patrol road (PR) bridges. The approximate locations of the crossings are:

  - PR Bridge 1: 25.880853°, -97.374454°, approximately 120 ft

  - PR Bridge 2: 25.948728°, -97.251370°, approximately 120 ft

d. **BASE WORK** – RGV-1 Waterborne Barrier Patrol Road Attributes Work: The Contractor shall construct Attributes along the entire length of the of the Waterborne Barrier Patrol Road, including the section of the State of Texas barrier. The Attributes shall include LGDS, power, one shelter, IR illuminators with poles, light poles with white light, and cameras. All attributes shall be placed along the land side of the waterborne patrol road, except LGDS, and include associated drainage and erosion control measures. LGDS shall be placed on the river side of the patrol road. Do not place attributes within patrol road unless specifically approved by CBP.

e. **BASE WORK –** RGV-1 New Vertical Barrier Work: The Contractor shall design and construct approximately 2.0-miles of new vertical barrier from approximately 25.913895°, -97.373047° to 25.938554°, -97.356998°. Vertical Barrier enforcement zone patrol road, in addition to the waterborne barrier patrol road, is required for the entirety of this segment and the FT segment. Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed. All enforcement zone (EZ) drainage and erosion design and construction shall be completed in this work.

f. **BASE WORK –** RGV-1 Replacement Vertical Barrier Segment 1 Work: The Contractor shall design and construct approximately 0.2-miles of replacement

SUMMARY                                          01 10 00 - 5

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

vertical barrier from approximately 25.895337°, -97.495619° to 25.892534°, -97.495190°. The work shall include removal of the existing picket style fence and replacement with new bollard-style vertical barrier. Design and construction of new roads is not required for this segment. The existing patrol road on the levee will not require resurfacing, except for repair to existing road condition of FC-2, if damaged during construction. Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed. All enforcement zone (EZ) drainage and erosion design and construction be completed in this work.

g. **BASE WORK** – Access Road Repair Work: Repair of existing access road pavement sections shall be comprised of road blading and placement of 4-in of compacted aggregate base (no caliche) across a maximum 20-ft road width up to the mileage indicated in the price schedule. For purposes of this Work, access road is considered any road approved for use to access a project segment. Contractor to provide not to exceed (NTE) cost per mile of access road repair. NTP for this work can be requested at any time within the overall project duration. To request NTP, the Contractor shall submit the request via email to the COR for review and approval. The request shall include a map of the access road(s) to be repaired with end coordinates and the total mileage being requested for a maximum of 120-miles per Line Item. Access road repair requests made by the Contractor shall be made by the Contractor as they become necessary for construction access to one or more project segments associated with new vertical barrier work.

h. **BASE WORK** – Cattle Fencing and Cattle Guards Work: The contractor shall provide full materials and construction of cattle fencing and cattle guards for the entire extents of the vertical barrier alignment, including State of Texas constructed vertical barrier within the project limits, up to the mileage and quantity indicated in the price schedule. Cattle fencing shall be constructed along the United States side of the maintenance road. Cattle guards shall be placed at all access road intersections with the maintenance road. For purposes of this Work, access road is considered any road approved for use to access a project segment. Contractor to provide not to exceed (NTE) cost per mile of cattle fencing and NTE cost each for cattle guards, not to exceed 2-mi 15-mi of cattle fencing and 5 15 cattle guards. When NTP is approved, cattle fencing shall be erected first within all active construction areas.

i. **BASE WORK** – Waterborne Barrier Boat Ramp Work: The Contractor shall provide the design and construction required for two new boat ramps along the waterborne barrier alignment. Boat ramps shall be accessible from the waterborne barrier patrol road and shall be 6-in thick (minimum) articulated concrete block mats with steel cable connectors. The block mats shall be supported on minimum 12-in base with geogrid at the bottom and geotextile fabric between the base material and the concrete blocks. The block mats shall be toed down at the top and bottom and shall be protected from scour. The boat ramps shall extend into the Rio Grande enough to allow boats to launch at normal water surface elevation.

j. **BASE & OPTION WORK** – Vertical Barrier Requirements: All vertical barriers shall be per the TIDS, considered secondary barrier and shall be steel bollard panels with anti-climb plates and mitered tops with plate and in-ground foundation. All vertical barrier shall be painted. Grout filling and capping of bollards shall be completed within 5 calendar days of bollard panels being set.

SUMMARY                                                                01 10 00 - 6

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

All new vertical barrier work shall include Work associated drainage and erosion control, vegetation, debris, structures & obstructions clearing (to the extent required to complete construction only) and maintenance road on the land side of the barrier, along the entire length all vertical barrier segments, unless noted otherwise. On the river side of new vertical barrier, the enforcement zone Work shall include road drainage and erosion control measures, and vegetation, debris, structures & obstruction clearing along the entire length of all vertical barrier segments. See RGV-1 Vertical Barrier Work above for locations where patrol roads are required within the vertical barrier enforcement zone. In no cases shall any road surface be caliche. Vertical barrier Work shall require flood mitigation measures consisting of either rotated bollard panels or drainage gates to be designed and constructed by the Contractor. All drainage gates for Rio Grande flood mitigation shall be AVLG. Final flood mitigation requirements shall be included in the flood plain assessment report as further described in Design After Award below. Vehicle gates shall be placed as described in the TIDS for secondary barriers, but in no case shall any barrier segment have less than one vehicle gate. All vehicle gates shall be automated sliding gates. Vehicle gates at intersecting road locations shall have 20-ft wide opening and all others shall have 12-ft wide opening. In no case shall the easement width toward the river side of the vertical barrier exceed 150-ft offset from the vertical barrier alignment. Easement width for the vertical barrier on the land side shall be 50-ft offset from the vertical barrier alignment. All drainage crossings that do not specifically call for VB and/or PR bridge shall be designed to meet TIDS requirements using LWC, culverts or combination. All culverts with 5-ft and under clear height shall have grates installed on the river side of the culverts. ~~All culverts over 5 ft clear height shall have rotating drainage gates installed. See SOW Attachment L – Rotating Drainage Gates Concept Design.~~ All existing vertical barrier that is removed for replacement with new vertical barrier shall be secured with temporary barrier of the same height and type at a minimum.

k.  **BASE & OPTION WORK –** RGV-1 Vertical Barrier ~~Paint~~ Coating Requirements: The Contractor shall ~~paint~~ coat the entire ~~fence~~ vertical barrier and all its pieces and parts, above the ground line, with ~~two coats of acrylic paint.~~ application of high performance polyurea coating in strict accordance with manufacturer's instructions. The ~~acrylic paint~~ polyurea coating shall be exterior ~~paint~~ grade, resistant to chemicals and corrosion, fast drying, early rust resistant, flash rust resistant and applied outdoors or in a facility. The Contractor shall prepare the surfaces to be ~~painted~~ coated in accordance with ~~paint~~ coating manufacturer's recommendations. The coating shall consist of a hybrid polyurea fast cure elastomer monolithic membrane and shall use ASTM SI10 and conform to manufacturer's requirements for each substrate indicated. Resins for finish coats are based on a two-part, prepolymer, catalytic-cured, polyurea material. Apply catalytic-cured coatings with a total dry-film thickness of not less than 0.25 millimeter (90 mils). Apply a prime coat where recommended by the Manufacturer 0.05 millimeter. Finish coats are polyurea-based material as specified. Coating shall be black color and matte finish unless otherwise indicated in the contract documents. At a minimum, the ~~acrylic paint~~ coating shall have the following physical and chemical properties:

- ~~PRODUCT WEIGHT 9.74 lb/gal 1167 g/l~~
- ~~SPECIFIC GRAVITY 1.17~~

SUMMARY                                                                    01 10 00 - 7

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

- ~~BOILING POINT 212 – 500 °F 100 – 260 °C~~
- ~~VOLATILE VOLUME 60%~~
- ~~EVAPORATION RATE Slower than ether~~
- ~~VAPOR DENSITY Heavier than air~~
- ~~pH > 2.0, < 11.5~~
- ~~VOLATILE ORGANIC COMPOUNDS (VOC Theoretical — As Packaged)~~
- ~~0.29 lb/gal 35 g/l Less Water and Federally Exempt Solvents~~
- ~~0.12 lb/gal 14 g/l Emitted VOC~~

- Shore A Hardness: ASTM D2240; 85-90
- Density (pcf): ASTM D1622; 70
- Tensile Strength: ASTM D2370; 2300 PSI minimum
- Abrasion Resistance (taber): ASTM D4060; 0.3 % per 1000 cycles or less
- Elongation %: ASTM D2370; 150 % minimum
- Tear Resistance: ASTM D1004; 400 pli minimum
- Moisture Vapor, Trans: ASTM E96/E96M; 0.025 perms @ 30 mils
- Dry Film Thickness: 100 mil average unless otherwise noted

~~The acrylic paint may be applied prior to or following fence fabrication and shall be black gloss color.~~ The contractor shall be required to touch up the ~~paint~~ coating following ~~fence~~ vertical barrier erection to ensure ~~two~~ uniform ~~coats~~ coating ~~are~~ is applied throughout the entire ~~fence~~ vertical barrier at the time of government acceptance.

l. ~~**BASE WORK** – Vertical Barrier Bridge Requirements: All vertical barrier bridges shall be required to support the vertical barrier and either rotating drainage gates or AVLG and have a 5 ft wide walkway on each side of the vertical barrier for maintenance purposes. The vertical barrier bridge shall be a separate structure from the patrol road bridge to be constructed under the waterborne barrier patrol road Work. The AVLG shall be of steel bollard construction and be mitered at the bottoms to allow them to penetrate into the creek beds. See SOW Attachment L – Rotating Drainage Gates Concept Design for guiding details for use by the Contractor in developing final detailed design.~~

m. **BASE & OPTION WORK** – Vertical Barrier AVLG Requirements: The AVLG shall be painted and suitable for marine environment with a minimum of 20-years life expectancy for the coating. Assume the AVLG will need to be opened and closed once per week average to allow for cleanout and maintenance. A receptacle shall be included within the panel board at each AVLG location for emergency generator hookup. Emergency manual operation of the AVLG shall be by chain fall that can be connected to a steel frame mounted to the top of the bridge supporting the AVLG. All equipment associated with the automation of the AVLG shall be located off the bridge barrier, or outside the limits of the drainage gates, within 50-ft either way on the land side of the barrier. Sensors shall be provided to stop movement of the AVLG at the full open height and at the bottom resting location.

n. **BASE WORK** – PR Bridge Requirements: Bridges shall have 16-ft clear drive width with bridge barriers on each side and pull-outs on each end. The bridge approaches shall have reinforced concrete approach slabs connected to the

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

bridge abutments and guardrail. The bridges shall have steel conduits mounted between bridge beams or on the north side of the bridge for both power and fiber lines. The Contractor is responsible for all cofferdam and/or dewatering work for bridge abutment and pier construction.

o. **BASE WORK** – Attributes Requirements for LGDS: The Contractor shall provide the design and construction necessary to complete the installation of one continuous run of primary LDGS. Terminate LGDS within a new shelter. At the new shelter location, terminate LGDS within new junction box until the shelter work is completed. Once the shelter is ready, install LGDS into the shelter. All junction boxes/vaults located at intermediate LGDS splice locations and end points shall be buried 2-ft below finish grade with latitude/longitude coordinates provided for each junction box/vault. The Contractor shall also be responsible for completing all site-civil related work required to complete the installation of the fiber optic lines. See SOW Attachment E – LGDS Specifications for additional requirements.

p. **BASE WORK –** Attributes Requirements for Shelters: The Contractor shall provide full design (except power) and construction required to complete ~~one~~ four Shelter Installations that includes the procurement and installation. Specific location of the shelter shall be proposed by the Contractor and verified by CBP. Work for the new shelter shall include installation and connection of: power to and within the shelter, grounding, LGDS equipment/servers, camera fiber to and within the shelter, camera equipment/servers, camera processing and data integration equipment and connections, concrete pad, chain link fence with double swing gates and site grading. The Contractor is required to install the Computer Vision Server hardware on the same network as the camera system in the shelter and provide ONVIV/RTSP protocol access to the cameras that terminate in the shelter. CBP will be responsible for installing and configuring all software on the Computer Vision Server hardware as well as providing video/data integration services back to the CBP cloud environment for enterprise application consumption. The Contractor's equipment shall be compatible with open standards and protocols such as ONVIF, RTSP, MTTQ, H.264 / H.265, TCP/IP, HTTPS etc. The contractor shall factor 100 HD streams per GPU.  The GPU server will only need to process video streams that have detected motion. CBP is providing the implementation and management of video processing and data integration software. Contractor coordination with CBP OIT will be required as part of the Work. Reinforced precast and cast-in-place concrete slabs shall be placed on prepared sub-grade per Contractor Geotechnical recommendations. Pre-cast reinforced concrete slabs shall include geogrid to mitigate future differential settlement. See SOW Attachment H – Shelter Specifications for additional requirements. See part 1.7.B Facility & Information Technology Access Security Requirements below for clearance requirements for contractors working with data integration under this contract.

q. **BASE WORK** – Attributes Requirements for Power: The Contractor shall provide the design and construction required install power to support cameras, infra-red (IR) illuminators, white lighting, gate motors, shelters including all equipment and 20% additional unused capacity. White lighting shall be installed within ½ mile on either side of all Ports Of Entry.

- The Contractor shall coordinate with local power providers for power drop location(s). If required by the power company, the Contractor shall be designated as the owner of the electrical attributes to the power company

SUMMARY                                                                 01 10 00 - 9

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

until the electrical attributes are turned over to CBP. Any additional design and construction needed to complete the power connection from the transformer (power drop) location to the on-site service entrance station shall be completed by the Design Build (DB) Contractor. All power work from the power drop location back to the power grid will be the responsibility of the power company. Coordination to bring power to the site for all areas of work can begin upon issuance of NTP. The Contractor shall notify CBP immediately if the power company indicates any need for easement or signed agreement. CBP will be responsible for easements and/or agreements. The Contractor shall provide all exhibits, power draw estimates, power drop locations requested by the power company.

- Provide full design and construction of new power including, but not limited to: power and communications conduits, circuits, camera fiber, junction boxes/vaults, sectionalizers, shunt reactors, transformers, and panelboards.

- The Contractor shall complete drainage control and scour protection associated with all power installation Work including for light poles, electrical equipment, and electrical trench installation.

- Full and final design and construction required for the completion of power required for IR illuminators and poles, white lighting, cameras and shelter per the requirements outlined in the TIDS and all SOW attachments. The Contractor shall assume no use of white lighting for design of IR illuminators. Single phase power is permitted.

r. **BASE WORK** – Attributes Requirements for IR Illuminators with Poles and Lighting Poles with White Light: The Contractor shall provide full design (except power) and construction to complete the installation IR illuminators and poles and light poles with white lights as dictated above. The poles shall include all the foundations, wiring, cabling, hand holes, camera mounts, two receptacles, fiber and equipment for installation of cameras, and IR illuminators/white lighting. White lighting shall be required ½-mile upstream and downstream of the POE. All other areas shall utilize IR illuminators. All poles shall be standard light poles per TIDS v6 and shall have standard spacing between 150-ft and 450-ft. Reduced spacing will be permissible in hilly or otherwise obstructed terrain. Poles shall be placed along the duct bank alignments noted above and outside the road limits and spaced to provide the cameras a continuous view of the Rio Grande.  All poles shall be coated per the TIDS v6 or using aluminum or galvanized steel material. See SOW Attachment E – LGDS Specifications for additional requirements. See SOW Attachment G – IR Illuminator Specifications for additional requirements.

s. **BASE WORK** – Attributes Requirements for Cameras: The Contractor shall provide full design (except power) and construction for the installation of IR compatible cameras on to the IR illuminator poles and white light compatible cameras to light poles. Install and connect camera fiber and equipment into the Shelters. Camera pole spacing and height shall be set to provide full continuous view of entire waterborne barrier throughout the entire project limits and 225-ft beyond the upstream and downstream project terminuses. Where islands exist between the main shoreline and the waterborne barrier alignment, the cameras shall provide full continuous view of the main shoreline. See SOW Attachment F – Camera Specifications for additional requirements.

t. **BASE & OPTION WORK** – Vegetation, Debris, Structures & Obstructions Clearing Requirements: The Contractor shall remove all structures and obstructions including but not limited to culverts, chain link fence,

SUMMARY                                                                01 10 00 - 10

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

razor/concertina wire and temporary fence panels within the project limits. All structures and obstructions shall be salvaged or disposed of by the contractor and approved location. Following completion of the waterborne barrier patrol road, the contractor shall remove vegetation from the patrol road to the river's edge to a height not to exceed 6-in. Vegetation clearing is not required on any islands within the Rio Grande. Clearing for vertical barrier work shall be 150-ft from the vertical barrier outward toward the river, or outward to the waterborne barrier patrol road, whichever is less. Native trees, that are outside the limits of barrier, road and drainage control construction, with a diameter of more than 6-in shall not be removed. In no case shall vegetation removal result in ground disturbance of more than 10% (no root removal). All debris within the enforcement zones, including vegetation, shall be disposed of by the Contractor at an approved off-site landfill. No burning of either live vegetation or any debris shall be permitted. See provided KMZ files within GFI links for use in estimating quantity of vegetation clearance.

u.  **BASE & OPTION WORK –** Local Drainage & Erosion Control Requirements: The Contractor shall provide full design and construction of drainage control that enables the local design storm per the TIDS to be conveyed across the vertical barrier enforcement zone and the waterborne barrier patrol road and protects against associated scour and erosion. At each drainage crossing, the Contractor shall complete the necessary site grading, approach road construction, erosion and scour protection, guardrail, wingwalls, inlets/outlets, concrete low water crossings, flow dissipaters, debris posts, culverts, and bridges as needed to complete the drainage control Work. Construction of all roadside ditches as needed to convey site drainage to road drainage crossings shall be included under drainage control work.

   • Loose riprap shall have a minimum D50 of 12-inches.

   • All local drainage crossings at the vertical barrier location shall be analyzed as concrete LWC with rotated bollard panels and zero drainage gates. If the solution produces 12-in or less of rise in water surface elevation (WSE) for rural settings and 3-in or less for urban settings, then the information shall be fully documented within the WSE waiver template, and no further analysis is required. If the rise in WSE due to rotated bollard panels within the drainage crossing is greater than 12-in for rural settings and 3-in for urban settings, then the Contactor shall analyze up to three additional solutions that could include grading, culverts at the patrol road, AVLG or a combination thereof that result in lowering the rise WSE. Where ALVG are used, follow criteria set forth in 1.2.A.3.l. See Attachment D – TIDS v6 for additional information. Details associated with the approved waiver request shall be incorporated into the drainage report and construction plans.

   • All local drainage crossings within both new and replacement vertical barrier segments shall be completely closed off by either vertical barrier or vertical barrier with AVLG for crossings with year round flow and rotating drainage gates for crossings with flow only following storm events..

   • The Contractor is responsible for removing all sediment and debris from all the drainage crossings within the project limits at the start of the project and following storm events.

v.  **BASE & OPTION WORK** – External stakeholder Coordination: The Design-Build Contractor shall coordinate with external stakeholders impacted by this

SUMMARY                                                                01 10 00 - 11

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

project that include, but are not limited to, the International Boundary & Water Commission (IBWC), ~~the City of Laredo, Webb~~ Cameron County, railroads, and local landowners. The Design-Build Contractor is required to obtain final IBWC concurrence (excluding drainage gates) that all **BASE** and **OPTION** design meets IBWC requirements for construction along the Rio Grande. See Attachment D – TI Design Standards. The Contractor shall not reach out to any stakeholder until CBP provides the initial introduction and point of contact. CBP shall be the lead for all ~~City of Laredo~~ municipality and local landowner coordination with participation by the Contractor. The Contractor shall be the lead for all US-IBWC coordination and shall include CBP on all coordination. Contractor participation for all external coordination shall include attending in-person meetings, proposed design exhibits and/or design documents and meeting minutes for all meetings attended by the Contractor. A minimum of ten on-site meetings will be required for purposes of coordinating with stakeholders regarding details of the project design.

> **Commented [TQ1]:** No RR in this area, correct? If yes, then don't delete.

> **Commented [PC2R1]:** Correct, RR removed

w.  **BASE & OPTION WORK –** Project GFI: CBP is providing the following GFI for information only to the Contractor. All GFI is considered preliminary and is to be used by the Contractor as a guide in the development of the design. Direction provided within the Work Descriptions above governs over information provided within any GFI. GFI specific to drainage and erosion control shown in the GFI. The Contractor shall not be allowed to re-use any GFI in preparation of the construction documents and design analysis reports.

- **RGV-1 Project Information (Vertical Barrier, Waterborne Barrier and Patrol Road Locations):**

    https://eFTP.mbakerintl.com/message/cfhMzn5jNFVa1mymb1rKN9

    https://eFTP.mbakerintl.com/message/ctroUnoAU6KRh8rpilZcCo

- **RGV-1 Project Information (Concept Drawings Rev. 1)**

    https://eFTP.mbakerintl.com/message/dBQmcSj4vAeFsnKmNSMSX9

x.  **BASE & OPTION WORK** – Design Requirements: The Contractor shall provide full final design services required to complete all **BASE** and **OPTION** Work as stated in the SOW and all Attachments. All design work shall be completed under the supervision of and signed and sealed by a registered and licensed Professional Engineer Designer of Record (DOR). The work includes all tasks necessary to complete the design for the **BASE** and **OPTION** Work as stated in the SOW and all Attachments, including but not limited to: topographic mapping/survey necessary to complete final design and construction plans and details; geotechnical exploration, testing and recommendations; reviewing and finalizing construction plans, design analysis report and specifications; existing utility coordination and relocation and/or protection of existing utilities that interfere/conflict with this project construction. The Contractor shall be responsible for the professional quality, code compliance, technical accuracy and coordination of all designs, drawings, specifications, and other documents or publications upon which this construction is based. Construction documents from the Contractor shall be sufficient to afford a clear understanding of the construction work required. The Contractor shall cross-check all work and certify that all conflicts have been reconciled. The Contractor shall be responsible for the design of all materials, systems, methods and for the coordination of all Sub-Contractors required to

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

complete the design See paragraph 1.7.C of this section for additional design after award requirements.

y.  **BASE WORK** – Project GFM: CBP is providing the Contractor with steel bollards and anti-climb plate for use in completing vertical barrier work. The Contractor is responsible for all shipping, fabrication and erection of the vertical barrier. This includes all cutting of GFM to meet the specific bollard/plate lengths/widths required for the project. See SOW Attachment L – GFM Quantities & Process for additional information.

z.  **OPTION WORK –** RGV-1 Replacement Vertical Barrier Segment 2 Work: The Contractor shall design and construct approximately 1.6-miles of replacement vertical barrier from approximately 25.968021°, -97.599773° to 25.961339°, -97.577214°. The work shall include removal of the existing picket style fence and ~~replacement with~~ construction of new levee wall supporting 30-ft tall bollard-style vertical barrier on the river side of the levee. Design and construction of a new maintenance road along the ~~land~~ river side at the base of the new levee wall ~~of the new barrier~~ for the entire length is required. The existing road on top of the levee requires resurfacing to road condition of FC-2 for the entire length. See paragraph 1.2.A.3.ee for additional level wall requirements. Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed. All enforcement zone (EZ) drainage and erosion design and construction be completed in this work.

aa. **OPTION WORK –** RGV-1 Replacement Vertical Barrier Segment 3 Work: The Contractor shall design and construct approximately 3.6-miles of replacement vertical barrier from approximately 25.949353°, -97.563398° to 25.920381°, -97.528492°, connecting to the existing State of Texas constructed barrier. The work shall include removal of the existing picket style fence and replacement with new bollard-style vertical barrier. Design and construction of new roads is not required for this segment. The existing road along the land side of the barrier requires resurfacing to road condition of FC-2. Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed. All enforcement zone (EZ) drainage and erosion design and construction be completed in this work.

bb. **OPTION WORK –** RGV-1 Replacement Vertical Barrier Segment 4 Work: The Contractor shall design and construct approximately 1.6-miles of replacement vertical barrier from the end of the State of Texas constructed barrier at approximately 25.895898°, -97.522244° to 25.892094°, -97.505801°. The work shall include removal of the existing picket style fence and replacement with new bollard-style vertical barrier. Design and construction of new roads is not required for this segment. The existing roads adjacent to both sides of the barrier require resurfacing to road condition of FC-2. Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed. All enforcement zone (EZ) drainage and erosion design and construction be completed in this work.

cc. **OPTION WORK –** RGV-1 Replacement Vertical Barrier Segment 5 Work: The Contractor shall design and construct approximately 0.6-miles of replacement vertical barrier from approximately 25.894183°, -97.504004° to 25.899090°, -97.497395°. The work shall include removal of the existing picket style fence and replacement with new bollard-style vertical barrier. Improvement of the existing roads adjacent to both sides of the barrier to road condition of FC-2 is

SUMMARY                                                                 01 10 00 - 13

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

required from the upstream end to the gate at 25.898727°, -97.499833°. Contractor shall replace the sidewalk and any other flatwork in conflict with the removal and replacement of the barrier from Alice Wilson Hope Park to the downstream terminus of Segment 5. Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed. All enforcement zone (EZ) drainage and erosion design and construction be completed in this work.

dd. **OPTION WORK –** RGV-1 Replacement Vertical Barrier Segment 6 Work: The Contractor shall design and construct approximately 0.5-miles of replacement vertical barrier from approximately 25.890385°, -97.484270° to 25.887640°, --97.476515°. The work shall include removal of the existing picket style fence and replacement with new bollard-style vertical barrier. Design and construction of a new maintenance road along the river side of the barrier is required. Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed. All enforcement zone (EZ) drainage and erosion design and construction be completed in this work.

ee. **OPTION WORK** – Levee Wall Requirements: All vertical barrier to be supported by levee wall shall be designed and constructed in accordance with United States Army Corps of Engineers (USACE) engineering manual (EM) 1110-2-1913 criteria for construction of and around levees which references EM 1110-2-2502 retaining and floodwalls. From the ground elevation at the toe of the existing levee, the new finish grade shall be sloped no more than 10:1 up to the front face of the concrete wall foundation.

**1.3**    CONTRACTOR'S USE OF SITE AND PREMISES

A. The Contractor shall have full use of the Project real estate limits, upon availability as notated in the SOW, to complete the work. All work shall be contained within the project easements. Locating and acquiring staging areas on private lands is the responsibility of the Contractor. Locating and acquiring staging areas on federal/public lands is the responsibility of the Contractor but shall be coordinated through CBP. Maps showing staging areas size and location shall be provided to CBP, in addition to other staging area requirements as described throughout these specifications.

B. See Attachment A – Location Maps for depiction of the areas of Work and construction access road locations for all **BASE** and **OPTION** Work. Any additional construction access through public/federal lands may be requested by the Contractor. Availability of additional construction access through public/federal lands will be researched by CBP and results will be reported back to the Contractor. CBP does not guarantee and additional construction access through public/federal lands will be available beyond what is shown in Attachment A. Any additional construction access through private lands may be acquired by the Contractor and is the responsibility of the Contactor. Upon completion of construction, the Contractor shall be responsible for restoring the condition of the access roads to equal or better condition than prior to start of construction or access road repair Work, whichever is later.

**1.4**    COORDINATION WITH GOVERNMENT

A. The Contractor shall provide access through the construction site for Government at all times. If a temporary closure of the site is needed by the Contractor, the Contractor shall coordinate temporary alternative access around the site with the Government

SUMMARY                                                                 01 10 00 - 14

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

operational requirements. Temporary site closure may not be granted if Government operations cannot support the closure. The Contractor shall request approval from the COR at least 48-hours in advance of such closures.

**1.5     WORK RESTRICTIONS**

A.   Comply with restrictions on construction operations.

1.   Comply with limitations on use of public streets, work on public streets, rights of way, and other requirements of authorities having jurisdiction.

2.   No work shall be performed on public roads. The Contractor is responsible for any damage caused in the performance of this project to either Government or third-party property.

3.   Use of blasting for excavation shall be coordinated through CBP environmental representatives to ensure local land managers are informed and provided information regarding planned blasting. If blasting is used, incorporate procedures and quality control into, but not limited to, the Contractor's Construction Quality Control, Health & Safety, Demolition and Waste Management Plans.

B.    Adverse Weather Delays: See SOW Attachment I – Weather Delay Requirements

C.   On-Site Work Hours: Core work hours are between 7:00a.m. to 7:00p.m., Monday to Friday. Contractor may work without limitation as to the days of the week or hours of the day, and without the need for prior approval, but shall provide at least 48 hours notice to the Government regarding the Contractor's daily work schedule if outside Core work hours. The only exception is blasting or work that may involve the use of explosives, which may only take place between the hours of 7:00a.m. to 7:00p.m.

D.   Existing Utility Interruptions: Do not interrupt utilities serving Government or others unless permitted under the following conditions and then only after arranging for temporary utility services according to requirements indicated:

1.   All utility interruptions shall be approved in writing by the COR not less than 48-hours in advance of proposed utility interruptions.

E.   Smoking and Controlled Substance Restrictions: Use of tobacco products, alcoholic beverages, and other controlled substances on Government's property is not permitted.

F.   Employee Identification: Provide identification badges for Contractor personnel working on Project site. Require personnel to use identification badges at all times.

**1.6     SPECIFICATION AND DRAWING CONVENTIONS**

A.   Specification Content: The Specifications use certain conventions for the style of language and the intended meaning of certain terms, words, and phrases when used in particular situations. These conventions are as follows:

1.   Imperative mood and streamlined language are generally used in the Specifications. The words "shall," "shall be," or "shall comply with," depending on the context, are implied where a colon (:) is used within a sentence or phrase.

2.   Text Color: Text used in the Specifications, including units of measure, manufacturer and product names, and other text may appear in multiple colors or underlined as part of a hyperlink; no emphasis is implied by text with these characteristics.

SUMMARY                                                                     01 10 00 - 15

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    3. Hypertext: Text used in the Specifications may contain hyperlinks. Hyperlinks may allow for access to linked information that is not residing in the Specifications. Unless otherwise indicated, linked information is not part of the Contract Documents.

B. Drawing Coordination: Requirements for materials and products identified on Drawings are described in detail in the Specifications. One or more of the following are used on Drawings to identify materials and products:

    1. Terminology: Materials and products are identified by the typical generic terms used in the individual Specifications Sections.

    2. Abbreviations: Materials and products are identified by abbreviations scheduled on Drawings and published as part of the U.S. National CAD Standard.

    3. Keynoting: Materials and products are identified by reference keynotes referencing Specification Section numbers found in this Project Manual.

1.7 MISCELLANEOUS PROVISIONS

A. General Security Requirements:

**1.** It shall be the Contractor's responsibility to furnish their own security for personnel and to safeguard their equipment during the entire project lifecycle. This shall include but not be limited to actual project sites, and/or staging areas and storage facilities. All firearms, both lethal and none-lethal, used by the Contractor's security service provider shall meet all local licensing requirements. The Border Patrol will not provide security for the Contractor, its equipment, or its materials. As part of the security requirement, the Contractor shall be responsible for the development of a Security Plan in conjunction with the Health and Safety Plan. The detailed Security Plan shall include details such as, but not limited to "fall back positions", evacuation routines and methods, muster area, medical staff members/availability, number of security personnel, qualifications, years of experience, etc. in the event of a hostile attack. This plan will be reviewed by the COR for inspection and final acceptance prior to construction activities. The Contractor shall provide a PDF of the security plan to the COR prior to the pre-construction conference. The Security Plan shall also discuss how the Contractor shall maintain physical control of the construction site. This shall include checkpoints to ensure only authorized vehicles enter and leave the active construction sites. Any vehicles entering site shall be clearly identified as being company vehicles and Contractor shall have means of identifying authorized vehicles on site and shall provide USBP with the identification methods.

**2.** The Contractor shall be responsible for submitting an initial list of all personnel required at the jobsite for verification and approval by CBP prior to said personnel being allowed to enter the project site. This includes all field survey, geotechnical, and design field crews and drivers for equipment and material deliveries. Any personnel that need to be added after initial submission must be cleared before accessing the site. Activities include, but are not limited to site investigations, surveys, and construction. No employee shall be allowed on site until screened and checked for criminal history and proper immigration status. Any personnel not passing the CBP background check will be rejected and not authorized to enter the jobsite. This list marked "CONFIDENTIAL" shall be submitted to the COR for forwarding to Border Patrol personnel. This list shall be password protected when submitted. A separate email shall be sent to the COR with the password included.

SUMMARY                                                          01 10 00 - 16

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

NO email shall include both the list and the password. A minimum of 5 working days is required to clear personnel.

3. To facilitate the screening and checking of each employee entering in or working on Federal property, the Contractor shall submit:

   a. The individual's full name
   b. Company Name
   c. Date of Birth (DOB)
   d. Social Security Number
   e. Driver's Licenses and/or State Identification Number
   f. Place of Birth (POB)
   g. Black and white Photograph accompanying each employee's name

4. After each Design Phase NTP has been issued and all submission of requirements stated above has been completed, the Contractor shall proceed with all work unless further notified by the COR.

5. Employee Identification Badges: Contractor personnel shall wear visible Contractor-furnished employee identification badges while physically on the construction site. Each badge shall include, as a minimum, the company name, employee name, photograph of employee, Contract Title, Contract Number, and the expiration date of the badge.

6. Contractor is responsible for reviewing all information provided within this RFP, to determine all additional information needed to complete the final design. Any questions regarding the preliminary design should be submitted to the Government in writing through a RFI. The Contractor shall be responsible for the professional quality, code compliance, technical accuracy and coordination of all designs, drawings, specifications, and other documents or publications upon which this construction is based. Construction documents from the Contractor shall be sufficient to afford a clear understanding of the construction work required. The Contractor shall cross-check all work and certify that all conflicts have been reconciled. The Contractor shall be responsible of design for all materials, systems, methods and for the coordination of all Sub- Contractors required to complete the work.

7. The Contractor shall provide control of all Contractor equipment and material deliveries as well as personnel entry. All Contractor personnel and deliveries shall be required to report to the Contractor staging area prior to entry on to the project site. All delivery vehicles shall be stopped and verified as scheduled with authorized drivers. The speed limit shall comply with posted speed limits or 25 mph maximum, whichever is less.

8. The Contractor shall provide the names, job titles, and contact information, to include telephone numbers (business, cell phones, facsimile, pager numbers, etc.) of a senior manager within the Contractor's organization, and a minimum of one similarly qualified alternate to serve as continuously available liaisons (24 hour/day, 7 days/week) with the COR. The Contractor shall submit the above information to the COR by email within seven calendar days following receipt of the award. During the contract period, the COR shall be notified immediately if these contacts change.

B. Facility & Information Technology Access Security Requirements

   1. CBP Suitability Requirements

SUMMARY                                                                01 10 00 - 17

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

a. All Contractor Employees requiring access to CBP facilities and its information technology networks and systems must undergo an investigation to determine suitability for employment. Based on the position sensitivity designation, OPR/Personnel Security Division initiates either a T4 or T5 Background Investigation in accordance with CBP Personnel Security Handbook, HB 1400-07A.

b. Contractor Employees who require access to DHS IT systems or development, management, or maintenance of those systems must be U.S. citizens in accordance with DHS Instruction 121-01-007-01, Revision 1, Chapter 2, Personnel Security Program Standards, § 13, and Citizenship Requirements, § 13F. (Lawful Permanent Resident status is not acceptable in this case). A waiver may be granted, as outlined in Chapter 2, § 14 of DHS Instruction Handbook 121-01-007-01, Revision 01.

c. Provided the requirements of DHS Instruction Handbook 121-01-007-01 are met as outlined in paragraph I.B.1, below, Contractor Employees requiring access to CBP facilities, sensitive information or information technology resources are required to have a favorably adjudicated Tier 4 (T4) or Tier 5 (T5) background investigation (U.S. Office of Personnel Management (OPM), Suitability Executive Agent and the Director of National Intelligence (DNI), Security Executive Agent, Federal Investigative Standards, December 2012, or its successor), prior to commencing work on this contract, as outlined in the applicable requirements document, such as a Statement of Work (SOW) or Performance Work Statement (PWS). Exceptions shall be approved on a case-by-case basis with the Contractor Employee's access to facilities, systems, and information limited until the Contractor Employee receives a favorably adjudicated T4 or T5. A favorably adjudicated T4 or T5 shall include various aspects of a Contractor Employee's life, including employment, education, residences, police, and court inquires, credit history, and national agency checks.

d. For contracts requiring Contractor Employees to possess a CBP suitability upon contract inception, the following is applicable: The Contractor shall submit, within ten (10) working days after award of the contract, a list containing the full legal name, social security number, place of birth (city and state), and date of birth of employee candidates who possess favorably adjudicated T4 or T5 background investigations that meet federal investigation standards (as mandated in the SOW/PWS). These individuals will be considered for "reciprocity" as applicable (reference CBP Form 78 – BIRD). For contracts not requiring Contractor Employees to possess a CBP suitability upon contract inception, the following is applicable: The Contractor shall require Contractor Employee candidates, needing a T4 or T5 background investigation for the contract, to submit information and documentation requested by CBP to initiate the background investigation process immediately upon request by CBP.

e. Background Investigation information and documentation are submitted by proper completion of standard federal and agency forms provided by the COR, such as Electronic Questionnaires for Investigations Processing (e-QIP), Electronic Fingerprint Submission, CBP Form 78-Background Investigation Requirements Determination (BIRD) Form, Fair Credit Reporting Act (FCRA), Non-Disclosure Agreement (NDA), a Contractor Employee initial Background Investigation Form (CBP Form 77) (Sections A and B), and relevant

SUMMARY                                                        01 10 00 - 18

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

"clearance" documents (if applicable), etc. The Contractor is responsible for ensuring all Contract Employee candidates complete the Electronic Questionnaire for Investigations Processing (e-QIP) and Electronic Fingerprints using their full legal name, correct SSN and ensuring these actions are completed in a timely manner, within 30 days of e-QIP initiation. The Contractor is also responsible for ensuring all Contract Employee candidates respond to phone calls and check their emails regularly for communications from the CBP Security Office and/or the field investigator for any necessary actions. The appropriate forms, to include "clearance" documents if applicable, must be submitted to the COR assigned to the contract, and the COR shall forward the completed forms to the CBP security official that will review the information for completeness and begin the adjudication and "clearance" (if applicable) process. Any Contract Employee candidate who fails to comply after multiple requests and attempts to reach them will be discontinued from the Background Investigation process. The Contractor shall then propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of the discontinued Contract Employee candidate.

f.  CBP cannot provide a standard completion time for a T4 or T5 background investigation as many scenarios affect CBP's ability to process an individual. During the term of this contract, the Contractor is required to provide the names of its employees who successfully complete the CBP T4 or T5 process to the CO and COR. Failure of any Contractor Employee to obtain and maintain a favorably adjudicated T4 or T5 shall be cause for dismissal. For key personnel, the Contractor shall propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of an unsuccessful candidate or vacancy. For all non-key personnel Contractor Employees, the Contractor shall propose a qualified replacement employee candidate to the COR within 30 days after being notified of an unsuccessful candidate or vacancy. The CO/COR shall approve or disapprove of replacement employees. For contracts requiring Contractor Employees to possess a CBP suitability per SOW/PWS requirements, continuous failure to provide Contractor Employees who meet CBP T4 or T5 requirements may be cause for termination of the contract (refer #4).

2.  Security Clearance Requirements

a.  Contractor Employees who require access to classified information must be U.S. citizens or have Lawful Permanent Resident (LPR) status in accordance with DHS Instruction Handbook 121-01-007-01, Rev. 01, the Department of Homeland Security Personnel Security, Suitability and Fitness Program, Chapter 2, Personnel Security Program Standards, § 13, Citizenship Requirements. A waiver may be granted, as outlined in Chapter 2, § 14 of DHS Instruction Handbook 121-01-007-01.

b.  For contracts requiring Contractor Employees to possess a security clearance *upon contract inception*, the following is applicable: The Contractor shall submit, within ten (10) working days after award of the contract, a list containing the full legal name, social security number, place of birth (city and state), and date of birth of employee candidates who possess favorably adjudicated T5 background investigations that meet federal investigation standards (as mandated in the SOW/PWS). These individuals will be considered for "reciprocity" as applicable (refer to CBP Form 78 – BIRD). For

SUMMARY                                                    01 10 00 - 19

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

contracts not requiring Contractor Employees to possess a security clearance *upon contract inception*, the following is applicable: The Contractor shall require Contractor Employee candidates, needing a T4 or T5 background investigation for the contract, to submit information and documentation requested by CBP to initiate the background investigation process immediately upon request by CBP.

c. Background Investigation information and documentation are submitted by proper completion of standard federal and agency forms provided by the COR, such as Electronic Questionnaires for Investigations Processing (e-QIP), Electronic Fingerprint Submission, CBP Form 78-Background Investigation Requirements Determination (BIRD) Form, Fair Credit Reporting Act (FCRA), Non-Disclosure Agreement (NDA), a Contractor Employee Initial Background Investigation Form (CBP Form 77) (Sections A and B), and relevant "clearance" documents (if applicable), etc. The Contractor is responsible for ensuring all Contract Employee candidates complete the Electronic Questionnaire for Investigations Processing (e-QIP) and Electronic Fingerprints using their full legal name, correct SSN and ensuring these actions are completed in a timely manner, within 30 days of e-QIP initiation. The Contractor is also responsible for ensuring all Contract Employee candidates respond to phone calls and check their emails regularly for communications from the CBP Security Office and/or the field investigator for any necessary actions. The appropriate forms, to include "clearance" documents if applicable, must be submitted to the COR assigned to the contract, and the COR shall forward the completed forms to the CBP security official that will review the information for completeness and begin the adjudication and "clearance" (if applicable) process. Any Contract Employee candidate who fails to comply after multiple requests and attempts to reach them will be discontinued from the Background Investigation process. The Contractor shall then propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of the discontinued Contract Employee candidate.

d. CBP cannot provide a standard completion time for a T4 or T5 background investigation as many scenarios affect CBP's ability to process an individual. During the term of this contract, the Contractor is required to provide the names of its employees who successfully complete the CBP T4 or T5 process to the CO and COR. Failure of any Contractor Employee to obtain and maintain a favorably adjudicated T4 or T5 shall be cause for dismissal. For key personnel, the Contractor shall propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of an unsuccessful candidate or vacancy. For all non-key personnel Contractor Employees, the Contractor shall propose a qualified replacement employee candidate to the COR within 30 days after being notified of an unsuccessful candidate or vacancy. The CO/COR shall approve or disapprove of replacement employees. Continuous failure to provide Contractor Employees who meet CBP T4 or T5 requirements may be cause for termination of the contract.

3. Contractor Tracking System

a. The CO/COR may designate responsibility for out-processing to the CPM. The CPM must have an active CBP Background Investigation (BI) and an Active Directory (AD) account (i.e., email, etc.) within the agency. CPM shall provide Contactor Employee departure/separation date and reason for leaving to the

SUMMARY                                                          01 10 00 - 20

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

CO/COR in accordance with CBP Directive 1210-007B, Tracking of Contractor Employees. Failure by the CPM to provide timely notification of Contractor Employee departure/separation in accordance with the contract requirements shall be documented and considered when government personnel complete a Contractor Performance Report (under Business Relations) or other performance related measures.

4. Access Controls

   a. Contractor Employees in possession of a valid HSPD-12 compliant PIV card are authorized to access Department Headquarters and DHS Component Headquarters while on official business, in accordance with DHS Instruction Manual # 121-01-011-01, Revision # 00.

   b. Contractor Employees may be subject to random security screening upon entering certain CBP facilities.

   c. Contractor Employees who do not have their PIV cards must sign-in at lobby guard desk, and show a federal, state, or local government-issued photo identification (e.g., driver's license that meets the requirements of the REAL ID Act of 2005, US passport, US military ID card, Tribal ID, or Permanent Residence card).

5. Visitor Security Management

   a. Visitors accessing any DHS Headquarters or DHS Component Headquarters facilities are subject to a criminal history check utilizing the National Crime Information Center (NCIC) system, except as stipulated elsewhere in DHS Instruction Manual # 121-01-011-01, Revision # 00.

   b. All visitors requesting access to CBP facilities are required to sign-in at designated visitor location, depending on the facility's resources. Visitors are required to show a federal, state, or local government-issued photo identification (e.g., driver's license that meets the requirements of the REAL ID Act of 2005, US passport, US military ID card, Tribal ID, or Permanent Residence card), unless otherwise directed by the Facility Security Manager (FSM) or CBP Assistant Technical Representative (ATR).

   c. Visitors must be escorted to their intended CBP destination by CBP employees or CBP contractors with a valid CBP-issued PIV card capable of operating the turnstiles. Supplemental access cards cannot be used for escorting purposes without a valid CBP-issued PIV card.

   d. Visitor passes will be issued only at designated locations and/or entrances. All visitors are required to pass through screening at the designated entrances. All visitors must be escorted back to the security desk by a CBP employee or CBP contractor.

6. Managing Classified Information.

   a. Contracts requiring contractor employees to access Classified National Security Information, completion of the DD Form 254 (Contract Security Classification Specification) is necessary for the Contractor (the company) to establish and have on record. Additionally, FAR Clause 52.204-2, Security Requirements, must be included in the solicitation and contract. If desired, a Solicitation DD Form 254 can be added to the solicitation package. Contact the Security Management Division (SMD) for assistance at: cbpsecurity@cbp.dhs.gov.

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

b. For additional information about the National Industrial Security Program (NISP) please visit the Defense Counterintelligence and Security Agency website and search for The NISPOM Rule.

7. Non-Disclosure Agreements

a. As part of the background investigation package, Contractor Employees are required to execute and submit a Non-Disclosure Agreement (DHS Form 11000-6) as a condition to perform on any CBP contract.

8. Special Security Requirement – Contractor Pre-Screening (SEP 2011)

a. Contractors requiring recurring access to Government facilities or access to sensitive but unclassified information and/or logical access to Information Technology (IT) resources shall verify minimal fitness requirements for all persons/candidates designated for employment under any Department of Security (DHS) contract by pre-screening the person /candidate prior to submitting the name for consideration to work on the contract. Pre-screening the candidate ensures that minimum fitness requirements are considered and mitigates the burden of DHS having to conduct background investigations on objectionable candidates. The Contractor shall submit only those candidates that have not had a felony conviction within the past 36 months, illegal drug use within the past 12 months from the date of submission of their name as a candidate to perform work under this contract. Contractors are required to flow this requirement down to subcontractors. Pre-screening involves contractors and subcontractors reviewing:

1) Felony convictions within the past 36 months. An acceptable means of obtaining information on felony convictions is from public records, free of charge, or from the National Crime Information Center (NCIC).
2) Illegal drug use within the past 12 months. An acceptable means of obtaining information related to drug use is through employee self-certification, by public records check; or if the contractor or subcontractor already has drug testing in place. There is no requirement for contractors and/or subcontractors to initiate a drug testing program if they do not have one already in place.
3) Misconduct such as criminal activity on the job relating to fraud or theft within the past 12 months. An acceptable means of obtaining information related to misconduct is through employee self-certification, by public records check, or other reference checks conducted in the normal course of business.

b. Pre-screening shall be conducted within 15 business days after the contract award. This requirement shall be placed in all subcontracts if the subcontractor requires routine physical access, access to sensitive but unclassified information, and/or logical access to IT resources. Failure to comply with the pre-screening requirement will result in the Contracting Officer taking the appropriate remedy.

c. Definition: *Logical Access* means providing an authorized user with the ability to access one or more computer system resources such as a workstation, network, application, or database through automated tools. A logical access control system (LACS) requires validation of an individual identity through some mechanism such as a personal identification number (PIN), card, username and password, biometric, or other token. The system has the capability to assign different access privileges to different people depending

SUMMARY                                                                         01 10 00 - 22

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

on their roles and responsibilities in an organization.

9.  Associate Contractor Agreements

   a.  "Associate Contractor Agreements" (ACA) are agreements between contractors working on Government contract projects that specify requirements for them to share information, data, technical knowledge, expertise, or resources.

   b.  The Contractor shall enter into Associate Contractor Agreements (ACA) for any portion of the contract requiring joint participation in the accomplishment of the Government's requirement. The agreements shall include the basis for sharing information, data, technical knowledge, expertise, and/or resources essential to the integration of the Consolidated Tower and Surveillance Equipment (CTSE) into the Border Patrol Common Operating Picture (COP) which shall ensure the greatest degree of cooperation for the development of the program to meet the terms of the contract. Associate contractors are listed in (i) below.

   c.  ACAs shall be in the Contractor's format but shall include the following general information:

      1)  Identify the associate contractors and their relationships.
      2)  Identify the program involved and the relevant Government contracts of the associate contractors.
      3)  Describe the associate contractor interfaces by general subject matter.
      4)  Specify the categories of information to be exchanged or support to be provided.
      5)  Include the expiration date (or event) of the ACA.
      6)  Identify potential conflicts between relevant Government contracts and the ACA; include agreements on protection of proprietary data and restrictions on employees.

   d.  A copy of such agreements shall be provided to the Contracting Officer for review before execution of the document by the cooperating contractors.

   e.  The Contractor is not relieved of any contract requirements or entitled to any adjustments to the contract terms because of a failure to resolve a disagreement with an associate contractor.

   f.  Liability for the improper disclosure of any proprietary data contained in or referenced by any agreement shall rest with the parties to the agreement, and not the Government.

   g.  All costs associated with the agreements are included in the negotiated cost of this contract. Agreements may be amended as required by the Government during the performance of this contract.

   h.  The agreement shall be executed within 180 days of the award.

   i.  The following programs will require the Contractor to secure associate contractor clearances for access to facilities and/or Information Technology Network:

      1)  US Border Patrol Common Operating Picture (COP).
      2)  US Customs and Border Protection Office of Information (OIT) BEAGLE Contract

SUMMARY                                                          01 10 00 - 23

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

C.  DESIGN-AFTER AWARD REQUIREMENTS

1.  Where design is required to complete construction of any of the **BASE** Work as described in Paragraph 1.2 above, the Contractor shall be responsible for completing the final design, design analysis report, plans and specifications. The Contractor shall identify all intended areas of design that will be grouped into separate packages and incorporate those design packages into the project schedule requirements as specified in Project Schedule Section of these specifications.

2.  Where conflicts in design requirements arise, the order of precedence shall be as follows:

    a.  1 – These Project Specifications; 2 – Attributes Specifications (Attachments E-H); 3 - TIDS, v6 (SOW Attachment D); 4 – IBWC Amended Criteria (within SOW Attachment D); 5 – Location Maps (SOW Attachment A); 6 – BMPs (SOW Attachment B); USBP Boat Ramp Design Standards (SOW Attachment J).

3.  The Contractor shall provide field survey crew names and vetting information as described above, description and location of any areas that require access outside the project limits and aerial target size and planned locations. Use of drones to capture imagery for the project shall be coordinated through the COR for Border Patrol awareness and timing of flight.

4.  The Contractor shall provide a map showing planned Geotechnical boring locations are within the project limits, description of equipment to be used, field crew names and vetting information as described above and anticipated duration of exploration prior to start of Geotechnical field operations.

5.  Final design shall be completed per these Project Specifications requirements and criteria provided in this SOW and all Attachments. The final design shall be completed under the supervision of a registered professional engineer DOR and shall include final design analysis report (DAR), construction plans and construction specifications sealed and ready for construction.

    a.  The DAR shall include chapters for each design discipline required to complete the project. At a minimum, each chapter of the, shall include understanding and approach, codes, assumptions, summary of analysis and/or calculation results and final recommendations. The appendices of the design analysis shall include, but not be limited to, full drainage report, full flood plain assessment report, full geotechnical report, and supporting calculations for all disciplines.

    1)  The Contractor shall provide a DAR detailing how all design required for the vertical barrier and associated patrol/maintenance road, gates, power, and attributes meets the requirements of this SOW and all Attachments for review by CBP, and other stakeholder agencies as indicated by the COR. The report shall include the necessary maps, delineations, analysis, calculations, diagrams, references and narrative required to show how the requirements of this SOW and all Attachments are to be met.

    2)  The contractor shall provide a full drainage report for review by CBP, and other stakeholder agencies as indicated by the COR. The full drainage report shall include, but not be limited to:
        • site descriptions,

SUMMARY                                                      01 10 00 - 24

Commented [JM3]: Tracking that the IBWC criteria is within the TIDS now

Commented [PC4R3]: Correct, revised here

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

- hydrological analysis and mapping,
- hydraulic analysis,
- scour analysis,
- final drainage repair and/or protection recommendations,
- WSE Template and supporting analysis
- calculations and other support documentation as attachments.

3) The Contractor shall provide a full flood plain assessment report that shows the final results for deflections and rise in water surface elevation due to the vertical barrier. The report shall include design approach, existing conditions, input variables, recommendations, conclusions, and deflection and rise in WSE shown on maps and in tabular format by river station. The analysis shall follow the US-IBWC guidelines provided within the Appendices of the TIDS. The work will require bathymetric survey of the Rio Grande to be completed by the Contractor within the limits of the new vertical barrier installation. The latest Rio Grande river model will be provided to the Contractor by CBP or US-IBWC as the starting point for final model development. The Contractor shall assume up to three model runs will be required to mitigate the deflection and/or rise in WSE due to vertical barrier installation. See updated GFI provided below that includes concept design flood impact information as well as updated alignment KMZ files.

4) The Contractor shall provide a geotechnical report as an Appendix for review by CBP, and other stakeholders agencies as indicated by the COR. The full geotechnical report shall include, but no be limited to:
- site descriptions,
- results of exploration and testing,
- final recommendations and
- boring logs and supporting calculations as attachments.

b. Construction plans be prepared using AutoCAD and shall provide detail for construction of the project.

c. The vertical barrier and waterborne barrier construction plans shall include, but not be limited to:
1) Coversheet
2) Sheet index/abbreviations/legend
3) General notes
4) Survey and geometric control
5) Barrier and plan & profile sheets including gate locations, patrol/maintenance road associated with the vertical, gates, boat ramps, and drainage control & erosion control locations.
6) Typical Sections
7) All details including those and associated with drainage and erosion control.
8) Gate plan, elevation and details.
9) Road, boat ramp, and associated drainage and erosion control details (100% & IFC design submittals).

d. The waterborne patrol road and attributes construction plans shall include, but not be limited to:
1) Coversheet
2) Sheet index/abbreviations/legend
3) General Notes
4) Survey and geometric control
5) Plan & profile sheets including patrol road attributes including power, IR

SUMMARY                                                                 01 10 00 - 25

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

illuminator with poles, cameras, shelter location(s), service entrance station locations, and power to the site routing, boat ramp locations, and drainage and erosion control locations.

6) Patrol road typical sections and details including drainage and erosion control.

7) Patrol road cross sections

8) Attributes details, sections and notes including power, IR illuminator with poles, cameras, shelters including all fabrication/components/equipment/connections/interior space layout, service entrance stations, power distribution and equipment, and drainage repair/protection.

e.  All other miscellaneous construction plans shall include items 1-5 listed above as well as the appropriate plans, sections and details needed to complete construction.

f.  Construction specifications shall be completed for all elements of construction based on requirements outlined within the TIDS as deemed appropriate by the Designer of Record. Acceptable format for completing the specifications include Master Spec or Specs Intact.

6. The Contractor shall submit and maintain a Design Quality Control (DQC) Plan within 10-working days of Design NTP which assures that all services required by this contract are performed and provided in a manner that meets professional engineering quality standards. As a minimum, all documents must be technically reviewed by competent, independent reviewers identified in the DQC Plan. The same element that produced the product may not perform the independent technical review (ITR). Correct errors and deficiencies in the design documents prior to submitting them to the Government.

7. For all design packages other than the vertical barrier and waterborne barrier construction, the Contractor shall provide 90%, 100% and IFC design submittals to CBP, and identified stakeholders, for review and comment. The 90%, 100% & IFC design submittals shall include:

a.  DAR
b.  construction plans
c.  construction specifications.

8. For vertical barrier and waterborne barrier construction, the Contractor shall provide 100% and IFC design submittals inclusive of DAR, construction plans and specifications to CBP, and identified stakeholders, for review and comment.

9. The Contractor shall provide each submittal via web-based project software.

10. The Contractor shall allot 5 workings days for Government review of the **BASE** fast track 100% design package. The Contractor shall allot 5 working days to confirm all IFC design submittals have adequately addressed all open comments.

11. The Contractor shall allot 10 working days for Government review for all 90% and 100% design packages and 5 working days for CBP to confirm all IFC design submittals have adequately addressed all open comments.

12. The Contractor shall be responsible for receiving, compiling, and responding to all comments received within the review period. Within 5-working days following the close of the review period, the Contractor shall host a design review meeting to resolve all comments. All design review meetings shall be virtual. Upon resolution of all comments, the Contractor shall provide the final sealed IFC plans, specifications and design analysis. All design submittals shall be digital, PDF,

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

unless otherwise approved by CBP. Source files for all calculations and modeling as well as CAD/GIS alignments and data shall be made available to CBP, upon request.

13. Separate design packages that are developed for construction of BASE Work, design analysis reports and specifications and pre-construction submittals may be developed for the overall project or for each specific design package. No construction plans will be approved for construction until the master, or design package specific, design analysis and specifications and pre-construction submittals are complete and approved by CBP. Design analysis and specifications shall be sealed for said design package. If revisions are required to the master design analysis and/or specifications and pre-construction submittals during subsequent design, the Contractor shall prepare and submit an amendment for CBP review and approval.

14. CBP shall be allotted 5 working days for initial review of all amendments to IFC documents and pre-construction submittals and 5 working days to confirm any required corrections have been made.

15. The Contractor shall coordinate and attend one design site visit covering all areas of the project site(s) with CBP and any stakeholders identified by CBP prior to the submission of the 100% design submittal. The Contractor shall be responsible for coordinating the specific day(s) and duration of the site visit and attendees that are agreeable to both CBP and the Contractor. The design site visit shall occur at least 10 working days prior to the 100% design submittal date and the Contractor shall initiate coordination of the site visit at least 10 working days prior to the proposed site visit dates. The purpose of the site visit will be to clarify design questions and approach throughout the project. Within 5 working days of the completion of the site visit, the Contractor shall submit meeting minutes covering the topics of discussion, agreed upon resolutions and action items.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

SUMMARY                                                                01 10 00 - 27

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 31 00**

**PROJECT MANAGEMENT AND COORDINATION**

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.  Section includes administrative provisions for coordinating construction operations on Project, including, but not limited to, the following:

    1.    General coordination procedures.

    2.    Coordination drawings.

    3.    Request for Information (RFI).

    4.    Digital project management procedures.

    5.    Web-based Project management software package.

    6.    Project meetings.

**1.2    DEFINITIONS**

A.  RFI: Request for Information. Request from the Contractor seeking information required by or clarifications of the Contract Documents.

**1.3    ACTION SUBMITTALS**

A.  Key Personnel: submit key personnel requirements for positions listed below. In addition to requirements listed below, provide for each individual: a list of individual Work Experiences listing the projects' Title, location of work (i.e., County, State), time period (Start and end dates in Month and Year), duties and responsibilities, Point of Contract information (Name(s), phone numbers, email addresses of the Agency/Company receiving the work.  Ensure the POC information is up to date.

    1.    Superintendent: The Superintendent shall have a minimum of 10-years of experience as a Superintendent. The Superintendent will have at least two heavy civil design-build projects within the last 15 years, having a construction value of $10- million or more for each project. The Superintendent shall have completed the USACE's 24-Hour EM 385-1-1 training and provide a picture of their certificate of completion or proof of completion of the course (as waiting for the certificate) within the submitted resume. The USACE EM 385-1-1 24-hour Construction training shall be accomplished within the last 5 years. The Superintendent resume shall show experience in interpreting a critical path schedule and construction plans. The Superintendent may not perform any other duties on the project when serving as Superintendent. The Superintendent shall be on the construction site whenever any construction process is taking place.

    2.    Project Manager: The Project Manager (PM) shall have a minimum 10-years of experience as a PM.  The PM shall have worked as a PM on at least two design-build projects similar in scope or complexity to projects under this IDIQ and have served as the PM on at least 2 projects with each having a construction value of $10-million, or more.

PROJECT MANAGEMENT AND COORDINATION                                01 31 00 - 2

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

3. Design Manager: The Design Manager (DM) shall have a minimum 5-years ofexperience as a DM.  The DM shall have worked as a DM on at least two design- build heavy civil projects with a construction value of $10-million, or more per contract. The DM shall have a current professional engineering state licensure, in good standing.

**1.4    GENERAL COORDINATION PROCEDURES**

A.  Coordination: Coordinate construction operations included in different Sections of the Specifications to ensure efficient and orderly installation of each part of the Work. Coordinate construction operations included in different Sections that depend on each other for proper installation, connection, and operation.

B.  Prepare memoranda for distribution to each party involved, outlining special procedures required for coordination. Include such items as required notices, reports, and list of attendees at meetings.

**1.5    REQUEST FOR INFORMATION (RFI)**

A.  General: Immediately on discovery of the need for additional information, clarification, or interpretation of the Contract Documents, Contractor shall prepare and submit an RFI in the form specified.

1.  COR will return without response those RFIs submitted to COR by other entities controlled by Contractor.

2.  Coordinate and submit RFIs in a prompt manner to avoid delays in Contractor's work or work of subcontractors.

3.  Frivolous RFIs will be returned without response.

B.  Content of the RFI: Include a detailed, legible description of item needing information or interpretation and the following:

1.  Project name.

2.  Government name.

3.  Government's Project number.

4.  COR name

5.  Date.

6.  Name of Contractor.

7.  RFI number, numbered sequentially.

8.  RFI subject.

9.  Specification Section number and title and related paragraphs, as appropriate.

10. Drawing number and detail references, as appropriate.

11. Field dimensions and conditions, as appropriate.

12. Contractor's suggested resolution. If Contractor's suggested resolution impacts the Contract Time or the Contract Sum, Contractor shall state impact in the RFI.

13. Contractor's signature.

14. Attachments: Include  sketches,  descriptions,  measurements,  photos,  Product

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

Data, Shop Drawings, coordination drawings, and other information necessary to fully describe items needing interpretation.

C.  RFI Forms: Software-generated form with substantially the same content as indicated above, acceptable to COR as indicated on the sample RFI form to be provided after award or the Contractor can provide an equivalent with approval from the COR.

1.  Attachments shall be electronic files in PDF format.

D.  COR Action:  COR  will review each RFI, determine action required, and respond. Allow 5 working days, starting the following working day after submission of the RFI, for COR response for each RFI.

1.  The following Contractor-generated RFIs will be returned without action:

a.  Requests for approval of submittals.
b.  Requests for approval of substitutions.
c.  Requests for approval of Contractor's means and methods.
d.  Requests for coordination information already indicated in the Contract Documents.
e.  Requests for adjustments in the Contract Time or the Contract Sum without associated cause or reason.
f.  Requests for interpretation of COR actions on submittals.
g.  Incomplete RFIs or inaccurately prepared RFIs.
h.  Frivolous RFIs

2.  COR's action may include a request for additional information, in which case COR time for response will date from time of receipt by COR of additional information.

3.  Any RFI requiring a change to the contract will require a modification of the contract.

E.  RFI Log: Prepare, maintain, and submit a tabular log of RFIs organized by the RFI number. Submit log weekly. Use software log that is part of web-based Project management software, with not less than the following:

1.  Project name.
2.  Name and address of Contractor.
3.  Name of COR.
4.  RFI number, including RFIs that were returned without action or withdrawn.
5.  RFI description.
6.  Date the RFI was submitted.
7.  Date COR's response was received.
8.  Identification of related Minor Change in the Work, Construction Change Directive, and Proposal Request, as appropriate.

F.  On receipt of COR's action, update the RFI log and immediately distribute the RFI response to affected parties. Review response and notify COR within [**seven**] calendar days if Contractor disagrees with the response.

PROJECT MANAGEMENT AND COORDINATION                    01 31 00 - 4

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**1.6    DIGITAL PROJECT MANAGEMENT PROCEDURES**

A.   Preparation of CAD drawings and geo-referenced alignments used within the Attachments of the SOW, will be provided by the COR for Contractor's use during design and construction.

1.   Digital data files may be used by Contractor in preparing final design drawings, Shop Drawings, and Project Record Drawings.

2.   The Government makes no representations as to the accuracy or completeness of CAD and/or geo-referenced alignment files as they relate to preparation of the Contract Drawings.

3.   The following CAD and geo-referenced alignments files will be furnished for the Contractor's use:

a.   Tactical Infrastructure Design Standards details relating to road and gate construction.
b.   Geo-referenced alignment files in KMZ format.

B.   Web-Based Project Management Software Package: Provide, administer, and use Contractor's web-based Project management software package for purposes of hosting and managing Project communication and documentation until Final Completion. The Contractor's web-based project management software shall be fully functional and accessible to CBP and CBP designated personnel within 10 working days of Phase 1 NTP.

1.   Web-based Project management software includes, at a minimum, the following features:

a.   Compilation of Project data, including Contractor, subcontractors, COR, Government, and other entities involved in Project. Include names of individuals and contact information.
b.   Access control for each entity for each workflow process, to determine entity's digital rights to create, modify, view, and print documents.
c.   Document workflow planning, allowing customization of workflow between project entities.
d.   Creation, logging, tracking, and notification for Project communications required in other Specification Sections, including, but not limited to, RFIs, submittals, Minor Changes in the Work, Construction Change Directives, and Change Orders.
e.   Track status of each Project communication in real time, and log time and date when responses are provided.
f.   Procedures for handling PDFs or similar file formats, allowing markups by each entity. Provide security features to lock markups against changes once submitted.
g.   Processing and tracking of payment applications.
h.   Processing and tracking of contract modifications.
i.   Creating and distributing meeting minutes.
j.   Document management for Drawings, Specifications, and coordination drawings, including revision control. Software shall have the capability of transferring file sizes of up to 3-gigabytes.
k.   Management of construction progress photographs.
l.   Mobile device compatibility, including smartphones and tablets.

2.   Contractor shall provide up to fifteen Project management software user licenses, if licensing is required, for use by COR and staff. Provide up to eight hours of

PROJECT MANAGEMENT AND COORDINATION                                    01 31 00 - 5

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

software training at Contractor temporary facilities or other location approved by the COR for web-based Project software users including, but not limited to, CBP and other government agencies. The Contractor may choose to include Contractor key staff and Contractor sub-consultants requiring access during the same training session.

3. At completion of Project, provide digital archive in format that is readable by common desktop software applications in format acceptable to COR. Provide data in locked format to prevent further changes.

4. Provide **one of** the following Project management software packages under their current published licensing agreements that meet the criteria above for project management:

   a. Procore Technologies, Inc.
   b. Autodesk; Constructware.
   c. Corecon Technologies, Inc.
   d. Meridian Systems; Prolog.
   e. Newforma, Inc.

C. PDF Document Preparation: Where PDFs are required to be submitted to COR, prepare as follows:

1. Assemble complete submittal package into a single indexed file, incorporating submittal requirements of a single Specification Section and transmittal form with links enabling navigation to each item.

2. Name file with submittal number or other unique identifier, including revision identifier.

3. Certifications: Where digitally submitted certificates and certifications are required, provide a digital signature with digital certificate on where indicated.

## 1.7    PROJECT MEETINGS

A. General: The Contractor shall schedule and conduct all meetings. All meetings shall be virtual, unless otherwise noted, using a platform capable of screen sharing with video and audio features. Specific meeting timing and platform to be determined following Phase 1 NTP and agreeable to both the Contractor and the COR.

1. Attendees: Inform participants and others involved, and individuals whose presence is required, of date and time of each meeting. Notify COR of scheduled meeting dates and times a minimum of ten working days prior to individual meeting date or for first date of recurring meetings.

2. Agenda: Prepare the meeting agenda. Distribute the agenda to all invited attendees.

3. Minutes: The Contractor shall record significant discussions and agreements achieved. The meeting minutes shall be distributed by the Contractor to everyone concerned, including Government and COR within three working days of the meeting.

B. Phase 1 NTP Meeting: The COR will schedule a Phase 1 NTP meeting before the start of any work, at a time convenient to COR and Contractor, but no later than 15 working days after execution of the contract. The meeting will be conducted by COR with input from the Contractor.

PROJECT MANAGEMENT AND COORDINATION                              01 31 00 - 6

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

1. Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, and major subcontractors and/or suppliers as deemed necessary by the Contractor shall attend the meeting.

2. Agenda: The meeting shall cover the following items of significance to be discussed and acknowledged by the Contractor, including but not limited to the following:

   a.  Responsibilities and personnel assignments.
   b.  Design, environmental and real estate requirements.
   c.  Designation of key personnel and their duties.
   d.  Lines of communications.
   e.  Use of web-based Project software.
   f.  Procedures for RFIs.
   g.  Procedures for submittals
   h.  Procedures for processing Applications for Payment.
   i.  Use of the site.
   j.  Security procedures and Contractor personnel vetting.

3. Minutes: Contractor shall record and distribute meeting minutes.

C.  Design Comment Resolution Meetings: Contractor will schedule and conduct design comment resolution meetings following each design submittal review period.

1. Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, major subcontractors and/or suppliers as deemed necessary by the Contractor, and project stakeholders identified by the COR shall attend the meeting.

2. Agenda: Review comments and Contractor proposed resolution for each design submittal package. Discuss items of significance that could affect or delay further design of the project.

3. Minutes: Contractor shall record and distribute meeting minutes.

D.  Pre-Construction Meeting: Prior to start of construction, a pre-construction meeting will be scheduled by the COR. The pre-construction meeting shall be an in-person meeting at a location agreeable to the Contractor and the COR.

1. Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, and major subcontractors and/or suppliers as deemed necessary by the Contractor shall attend the meeting.

2. Agenda: Review status of all pre-construction submittals. Any pre-construction submittals submitted for review prior to the pre-construction meeting may be accepted or accepted with comments at the meeting. In addition, the following items shall be presented by the Contractor:

   a.  Construction Phasing.
   b.  Critical work sequencing and long lead items.
   c.  Designation of key personnel and their duties.
   d.  Lines of communications.
   e.  Use of web-based Project software.
   f.  Procedures for processing field decisions and Change Orders.
   g.  Procedures for RFIs.
   h.  Procedures for processing Applications for Payment.
   i.  Distribution of the Contract Documents.

PROJECT MANAGEMENT AND COORDINATION                    01 31 00 - 7

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

      j.  Submittal procedures.
      k.  Preparation of Record Documents.
      l.  Work restrictions.
      m. Working hours.
      n.  Responsibility for temporary facilities and controls.
      o.  Procedures for disruptions and shutdowns.
      p.  Construction waste management and recycling.
      q.  Parking availability.
      r.  Equipment deliveries and priorities.
      s.  Safety requirements
      t.  Construction quality control including testing and inspection procedures.
      u.  Site Security

3.  Minutes: Contractor shall record and distribute meeting minutes.

E.  Project Closeout Meeting: Contractor will schedule and conduct a project closeout meeting, at a time convenient to COR, but at least 60 calendar days prior to the scheduled date of Substantial Completion.

1.  Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, and major subcontractors and/or suppliers as deemed necessary by the Contractor shall attend the meeting.

2.  Agenda: Discuss items of significance that could affect or delay Project closeout, including the following:

    a.  Preparation of Record Documents.
    b.  Procedures required prior to inspection for Substantial Completion and for final inspection for acceptance.
    c.  Procedures for completing and archiving web-based Project software site data files.
    d.  Requirements for preparing maintenance manuals.
    e.  Preparation of Contractor's punch list.
    f.  Final Warranty Management Plan
    g.  Submittal procedures.
    h.  Responsibility for removing temporary facilities and controls.

3.  Minutes: Contractor shall record and distribute meeting minutes.

F.  Progress Meetings: Contractor will conduct progress meetings at weekly intervals.

1.  Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, major subcontractors and/or suppliers as deemed necessary by the Contractor, and project stakeholders identified by the COR shall attend the meeting.

2.  Agenda: Review and approve minutes of previous progress meeting. Review other items of significance that could affect progress. Review payment requests, when applicable. Include topics for discussion as appropriate to status of Project.

    a.  Contractor's Three Week Look Ahead Schedule: Prior to each weekly meeting, the Contractor shall provide the COR with a three week look ahead schedule of planned activities.
    b.  Preliminary/Baseline Schedule: Review progress since the last meeting. Determine whether each activity is on time, ahead of schedule, or behind schedule. Determine how activities behind schedule will be expedited; secure

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

commitments from parties involved to do so. Discuss whether schedule revisions are required to ensure that current and subsequent activities will be completed within the Contract Time.

c. Review present and future needs of each entity present, including the following:
   1) Design progression and status
   2) Sequence of operations.
   3) Status of submittals.
   4) Deliveries.
   5) Off-site fabrication.
   6) Access.
   7) Site use.
   8) Temporary facilities and controls.
   9) Quality and work standards.
   10) Status of correction of deficient items.
   11) Field observations.
   12) Status of RFIs.
   13) Status of Proposal Requests.
   14) Pending changes.
   15) Status of Change Orders.
   16) Pending claims and disputes.
   17) Documentation of information for payment requests.

3. Minutes: Contractor shall record and distribute meeting minutes.

   a. Schedule Updating: Revise Contractor's construction schedule after any modification that adds or deletes days of the performance period.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

PROJECT MANAGEMENT AND COORDINATION                                01 31 00 - 9

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 32 00

## PROJECT SCHEDULE

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.    Section includes administrative and procedural requirements for documenting the progress of construction during performance of the Work, including the following:

1.    Preliminary project schedule.

2.    Baseline Project Schedule.

3.    Construction schedule updating reports.

4.    Daily construction reports.

5.    Site condition reports.

6.    Unusual event reports.

7.    Progress Schedule

**1.2    DEFINITIONS**

A.    Activity: A discrete part of a project that can be identified for planning, scheduling, monitoring, and controlling the construction Project. Activities included in a construction schedule consume time and resources.

1.    Critical Activity: An activity on the critical path that must start and finish on the planned early start and finish times.

2.    Predecessor Activity: An activity that precedes another activity in the network.

3.    Successor Activity: An activity that follows another activity in the network.

B.    Cost Loading: The allocation of the schedule of values for completing an activity as scheduled. The sum of costs for all activities must equal the total Contract Sum.

C.    CPM: Critical path method, which is a method of planning and scheduling a construction project where activities are arranged based on activity relationships. Network calculations determine the critical path of Project and when activities can be performed.

D.    Critical Path: The longest connected chain of interdependent activities through the network schedule that establishes the minimum overall Project duration and contains no float.

E.    Event: The starting or ending point of an activity.

F.    Float: The Contractor shall show a schedule that uses the full performance period.

1.    Float time is not for the exclusive use or benefit of either Government or Contractor, but is a jointly owned, expiring Project resource available to both parties as needed to meet schedule milestones and Contract completion date. NOTE: The Progress Schedule will reflect the full period of performance

PROJECT SCHEDULE                                                    01 32 00 - 1

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

timeframe.

G.  Resource Loading: The allocation of manpower and equipment necessary for completing an activity as scheduled.

H.  Design Package: Grouping of project areas of design identified by the Contractor as part the Summary Section Design After Award requirements.

**1.3    ACTION SUBMITTALS**

A.  Format for Submittals: Submittals shall be provided as working electronic copy of schedule file and as PDF.

B.  Preliminary Project Schedule.

1.  Schedule: Submit preliminary CPM project schedule no later than 10 working days following Phase 1 NTP. The COR and PM will review the Contractor's proposed preliminary schedule and return comments to the Contractor. The Contractor shall resubmit the proposed baseline schedule to the COR and PM withing 5 working days of receipt of comments. Once the COR and PM are satisfied that the Contractor's proposed preliminary schedule meets the contract requirements, the COR will approve the preliminary schedule.

2.  Preparation: Indicate each significant design and construction activity separately. Identify first workday of each week with a continuous vertical line. Outline all design activities and progression of all design package(s). Outline construction activities for first **60** calendar days of construction for each design package. Include skeleton diagram for the remainder of the Work. Indicate cash requirement prediction based on indicated activities.

3.  Network Diagram: Of size required to display entire network for entire design and construction period indicated. Show logic ties for activities.

C.  Baseline Project Schedule: CPM schedule, of size required to display entire schedule for entire construction period.

1.  Schedule: Submit a comprehensive, fully developed CPM Baseline Project Schedule as part of the pre-construction submittals. The Contractor's proposed baseline schedule for construction of each design package shall be submitted concurrent with the 100% design package submittal. The COR and PM will review the Contractor's proposed baseline schedule within the Government review duration provided for the 100% design package submittal and provide comments to the Contractor. The Contractor shall resubmit the proposed baseline schedule for construction of the design package within 5 working days after receipt comments. Once the COR and PM are satisfied that the Contractor's proposed baseline schedule meets the contract requirements, the COR will approve the baseline schedule for construction the associated design package.

2.  Preparation: Indicate each significant construction activity separately. Identify first workday of each week with a continuous vertical line. Include any remaining design activities. Outline construction activities for the duration of construction including closeout activities. Indicate cash requirement prediction based on indicated activities.

3.  Network Diagram: Of size required to display entire network for any remaining

PROJECT SCHEDULE                                                    01 32 00 - 2

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

design period and full construction period. Show logic ties for activities.

D.  CPM Reports: Concurrent with CPM schedule, submit each of the following reports. Format for each activity in reports shall contain activity number, activity description, cost and resource loading, original duration, remaining duration, early start date, early finish date, late start date, late finish date, and total float in calendar days.

1.  Activity Report: List of activities sorted by activity number and then early start date, or actual start date if known.

2.  Logic Report: List of preceding and succeeding activities for each activity, sorted in ascending order by activity number and then by early start date, or actual start date if known.

3.  Total Float Report: List of activities sorted in ascending order of total float.

4.  Earnings Report: Compilation of Contractor's total earnings from the Notice to Proceed until most recent Application for Payment.

E.  Baseline Schedule Updating Reports: Submit with Applications for Payment.

F.  The Contractor shall designate one Project Scheduler to be responsible for the preparation of the schedule and all required updating and production of reports. The Project Scheduler shall have a minimum of 5-years of experience scheduling design-build construction projects and has served as the project scheduler on at least two design-build construction projects with construction cost of $5-million, or more, using scheduling software. Representative must have a comprehensive knowledge of CPM scheduling principles and application. The project manager may serve as the project schedule.

## 1.4    INFORMATIVE SUBMITTALS

A.  Daily Construction Reports: Submit daily highlights of construction activities within 1 working day following each day's work.

B.  Site Condition Reports: Submit within 1 working day of discovery of differing conditions.

C.  Unusual Event Reports: Submit within 1 working of the unusual event.

D.  See Paragraph 1.8 Reports for additional information.

## 1.5    QUALITY ASSURANCE

A.  Prescheduling Meeting: Conduct a virtual meeting no later than 5 working days following Phase 1 NTP. At a minimum, the Contractor shall include the project manager, superintendent and project scheduler in the prescheduling meeting. Review methods and procedures related to the preliminary project schedule and Baseline Project Schedule, including, but not limited to, the following:

1.  Review software limitations and content and format for reports.

2.  Verify availability of qualified personnel needed to develop and update schedule.

3.  Discuss constraints, including phasing, work stages, area separations, and interim milestones.

PROJECT SCHEDULE                                                    01 32 00 - 3

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    4.    Review submittal requirements and procedures.

    5.    Review time required for review of submittals and resubmittals.

    6.    Review requirements for tests and inspections by independent testing and inspecting agencies.

    7.    Review time required for Project closeout.

    8.    Review and finalize list of construction activities to be included in schedule.

    9.    Review procedures for updating schedule.

## 1.6    SCHEDULE REQUIREMENTS

A.   Computer Scheduling Software: Prepare schedules using current version of a program that has been developed specifically to manage construction schedules using the critical path method.

    1.    Use Microsoft Project, Primavera, Meridian Prolog, scheduling component of Project management software package specified in Section 01 31 00 "Project Management and Coordination," for current Windows operating system.

    2.    See Paragraph 1.7 of this Section for CPM requirements.

B.   Project Scheduler:

    1.    Project Scheduler shall attend all meetings related to Project progress, alleged delays, and time impact.

C.   Time Frame: Extend schedule from date established for Notice to Proceed to date of Final Completion.

    1.    Contract completion date shall not be changed by submission of a schedule that shows an early completion date, unless specifically authorized by Change Order.

D.   Activities: Comply with the following minimum requirements for activities:

    1.    Procurement Activities: Include procurement process activities for long lead-time items and major items, requiring a cycle of more than 60 days, as separate activities in schedule. Procurement cycle activities include, but are not limited to, submittals, approvals, purchasing, fabrication, and delivery.

    2.    Submittal Review Time: Include review and resubmittal times indicated in Section 01 33 00 "Submittal Procedures" in schedule. Coordinate submittal review times in Contractor's Construction Schedule with submittal schedule.

    3.    Startup and Testing Time: Include no fewer than **15** calendar days for startup and testing.

    4.    Substantial Completion: Indicate completion in advance of date established for Substantial Completion and allow time for COR's administrative procedures necessary for certification of Substantial Completion.

    5.    Punch List and Final Completion: Include not more than **30** calendar days for completion of punch list items and Final Completion.

E.   Constraints: Include constraints and work restrictions indicated in the Contract Documents and as follows in schedule and show how the sequence of the Work is affected.

PROJECT SCHEDULE                           01 32 00 - 4

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

1. Phasing: Arrange list of activities on schedule by phase.

2. Procurement Activities: Include long lead delivery dates. Stipulate the earliest possible delivery date.

3. Work Stages: Indicate important stages of construction for each major portion of the Work, including, but not limited to, the following:

   a. Design
   b. Submittals.
   c. Temporary Facilities
   d. Fabrication.
   e. Deliveries.
   f. Installation.
   g. Tests and inspections.
   h. Adjusting.
   i. Project close out

4. Construction Areas: Identify each major area of construction for each major portion of the Work. Indicate where each construction activity within a major area must be sequenced or integrated with other construction activities to provide for the following:

   a. Initial Punch List
   b. Final Punch List
   c. Substantial Completion.

F. Milestones: Include milestones indicated in the Contract Documents in schedule, including, but not limited to, the Notice to Proceed, Substantial Completion, and Final Completion**.** If separate design packages are developed, indicate milestones for each package.

G. Cost Correlation: Superimpose a cost correlation timeline, indicating planned and actual costs. On the line, show planned and actual dollar volume of the Work performed as of planned and actual dates used for preparation of payment requests.

H. Upcoming Work Summary: Prepare summary report indicating activities scheduled to occur or commence prior to submittal of next schedule update. Summarize the following issues:

1. Unresolved issues.

2. Unanswered Requests for Information.

3. Rejected or unreturned submittals.

4. Notations on returned submittals.

5. Pending modifications affecting the Work and the Contract Time.

I. Project Schedule Updating: At monthly intervals, update schedule to reflect actual construction progress and activities. Issue schedule one week before each regularly scheduled progress meeting.

1. Revise schedule immediately after each meeting or other activity where revisions have been recognized or made. Issue updated schedule concurrently with the report of each such meeting.

2. Include a report with updated schedule that indicates every change, including, but

PROJECT SCHEDULE                                                                01 32 00 - 5

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

        not limited to, changes in logic, durations, actual starts and finishes, and activity durations.

    3. As the Work progresses, indicate Final Completion percentage for each activity.

J. Distribution: Distribute copies of approved preliminary and baseline project schedule to COR, separate contractors, testing and inspecting agencies, and other parties identified by Contractor with a need-to-know schedule responsibility.

    1. Post copies in Project meeting rooms and temporary field offices.

    2. When revisions are made, distribute updated schedules to the same parties and post in the same locations. Delete parties from distribution when they have completed their assigned portion of the Work and are no longer involved in performance of construction activities.

## 1.7    CPM REQUIREMENTS

A. Prepare network diagrams using AON (activity-on-node) format.

B. Prepare a list of all activities required to complete the Work. Using the startup network diagram, prepare a skeleton network to identify probable critical paths.

    1. Activities: Indicate the estimated time duration, sequence requirements, and relationship of each activity in relation to other activities.

    2. Use "one workday" as the unit of time for individual activities. Indicate nonworking days and holidays incorporated into the schedule to coordinate with the Contract Time.

    3. Critical Path Activities: Identify critical path activities, including those for interim completion dates. Scheduled start and completion dates shall be consistent with Contract milestone dates.

    4. Processing: Process data to produce output data on a computer-drawn, time-scaled network. Revise data, reorganize activity sequences, and reproduce as often as necessary to produce the CPM schedule within the limitations of the Contract Time.

    5. Format: Mark the critical path. Locate the critical path near center of network; locate paths with most float near the edges. Subnetworks on separate sheets are permissible for activities clearly of the critical path.

    6. Cost and Resource-Loading of CPM Schedule: Assign cost to construction activities on the CPM schedule. Do not assign costs to submittal activities. Obtain COR's approval prior to assigning costs to fabrication and delivery activities. Assign costs under main subcontracts for testing and commissioning activities, maintenance manuals, punch list activities, Project record documents, sustainable design documentation, and demonstration and training (if applicable), in the amount of 5 percent of the Contract Sum. Each activity cost shall reflect an appropriate value subject to approval by COR and the total cost assigned to activities shall equal the total Contract Sum.

C. Contract Modifications: For each proposed contract modification and concurrent with its submission, prepare a time-impact analysis using a network fragment to demonstrate the effect of the proposed change on the Baseline Project schedule.

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

D.  Initial Issue of Schedule: Prepare preliminary network diagram from a sorted activity list indicating straight "early start-total float." Identify critical activities. Prepare tabulated reports showing the following:

1.  Contractor or subcontractor and the Work or activity.

2.  Description of activity.

3.  Main events of activity.

4.  Immediately preceding and succeeding activities.

5.  Early and late start dates.

6.  Early and late finish dates.

7.  Activity duration in workdays.

8.  Total float or slack time.

9.  Average size of workforce.

10. Dollar value of activity (coordinated with the schedule of values).

E.  Schedule Updating: Concurrent with making revisions to schedule, prepare tabulated reports showing the following:

1.  Identification of activities that have changed.

2.  Changes in early and late start dates.

3.  Changes in early and late finish dates.

4.  Changes in activity durations in workdays.

5.  Changes in the critical path.

6.  Changes in total float or slack time.

7.  Changes in the Contract Time.

F.  Value Summaries: Prepare two cumulative value lists, sorted by finish dates.

1.  In first list, tabulate activity number, early finish date, dollar value, and cumulative dollar value.

2.  In second list, tabulate activity number, late finish date, dollar value, and cumulative dollar value.

3.  In subsequent issues of both lists, substitute actual finish dates for activities completed as of list date.

4.  Prepare list for ease of comparison with payment requests, coordinate timing with progress meetings.

    a.  In both value summary lists, tabulate "actual percent complete" and "cumulative value completed" with total at bottom.
    b.  Submit value summary printouts one week before each regularly scheduled progress meeting.

**1.8    REPORTS**

A.  Daily Construction Reports: Prepare a daily construction report recording the following information concerning events at Project site:

PROJECT SCHEDULE                                    01 32 00 - 7

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    1.  List of subcontractors at Project site.

    2.  List of separate contractors at Project site.

    3.  Approximate count of personnel at Project site.

    4.  Equipment at Project site.

    5.  Material deliveries.

    6.  High and low temperatures and general weather conditions, including presence of rain or snow.

    7.  Testing and inspection.

    8.  Accidents.

    9.  Meetings and significant decisions.

    10. Unusual events.

    11. Stoppages, delays, shortages, and losses.

    12. Meter readings and similar recordings.

    13. Emergency procedures.

    14. Orders and requests of authorities having jurisdiction.

    15. Change Orders received and implemented.

    16. Construction Change Directives received and implemented.

    17. Services connected and disconnected.

    18. Equipment or system tests and startups.

    19. Partial completions and occupancies.

    20. Substantial Completions authorized.

B.  Site Condition Reports: Upon discovery of a difference between site conditions and the Contract Documents, prepare and submit a detailed report. Submit with a Request for Information. Include a detailed description of the differing conditions, together with recommendations for changing the Contract Documents.

C.  Unusual Event Reports: When an event of an unusual and significant nature occurs at Project site, whether or not related directly to the Work, prepare and submit a special report. List chain of events, persons participating, responses by Contractor's personnel, evaluation of results or effects, and similar pertinent information. Advise Government in advance when these events are known or predictable.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

PROJECT SCHEDULE                                    01 32 00 - 8

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 32 33

## PHOTOGRAPHIC DOCUMENTATION

**PART 1 - GENERAL**

**1.1    SUMMARY**

    A.    Section includes administrative and procedural requirements for the following:

        1.    Preconstruction photographs

        2.    Periodic construction photographs.

        3.    Final Completion construction photographs.

**1.2    INFORMATIONAL SUBMITTALS**

    A.    Digital Photographs: Submit image files at the end of each work week.

        1.    Submit photos by uploading to web-based Project management software site. Include copy of key plan indicating each photograph's location and direction.

        2.    Identification: Provide the following information with each image description in web-based Project management software site:

            a.    Name of Project.
            b.    Name of COR
            c.    Name of Contractor.
            d.    Date photograph was taken.
            e.    Description of location, vantage point, and direction.

**1.3    FORMATS AND MEDIA**

    A.    Digital Photographs: Provide color images in JPG format, produced by a digital camera with minimum sensor size of **12** megapixels, and at an image resolution of not less than **3200 by 2400** pixels**,** and with vibration-reduction technology. Use flash in low light levels or backlit conditions.

    B.    Digital Images: Submit digital media as originally recorded in the digital camera, without alteration, manipulation, editing, or modifications using image-editing software.

    C.    Metadata: Record accurate date and time and GPS (in decimal degrees) location data from camera.

    D.    File Names: Name media files with information noted above and sequential numbering

**1.4    CONSTRUCTION PHOTOGRAPHS**

    A.    General: Take photographs with maximum depth of field and in focus.

        1.    Maintain key plan with each set of construction photographs that identifies each photographic location.

    B.    Preconstruction Photographs: Before commencement of the Work, take photographs

PHOTOGRAPHIC DOCUMENTATION                                                    01 32 33 - 1

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

of Project site and surrounding properties, including existing items to remain during construction, from different vantage points, as directed by COR.

1. Flag excavation areas, and construction limits before taking construction photographs.

2. Take photographs at most on half-mile intervals, at challenging terrain and crossings to show existing conditions adjacent to property before starting the Work.

3. Take photographs of existing buildings either on or adjoining property, to accurately record physical conditions at start of construction.

C. Periodic Construction Photographs: Take a minimum of 20 photographs weekly. Select vantage points to show status of construction and progress since last photographs were taken.

D. Final Completion Construction Photographs: Take a minimum of 50 photographs after date of Completion for submission as Project Record Documents. COR will inform photographer of desired vantage points.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

PHOTOGRAPHIC DOCUMENTATION                          01 32 33 - 2

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 33 00**

**PRE-CONSTRUCTION & CONSTRUCTION SUBMITTALS**

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.   Section Includes:

1.   Submittal requirements.

2.   Administrative and procedural requirements for submittals.

**1.2    DEFINITIONS**

A.   Action Submittals: Written and graphic information and physical samples that require COR's responsive action. Action submittals are those submittals indicated in individual Specification Sections as "action submittals."

B.   Informational Submittals: Written and graphic information and physical samples that do not require COR's responsive action. Submittals may be rejected for not complying with requirements. Informational submittals are those submittals indicated in individual Specification Sections as "informational submittals."

C.   Pre-Construction Submittals: All submittals to be developed by the Contractor during the design phase as defined in paragraph 1.7 of this Section. Pre-construction submittals are required to be submitted by the Contractor concurrent with 100% design phase submittal(s) and be in approved status prior to release of construction NTP(s) for any area of work, including FT work.

D.   Construction Submittals: All submittals developed by the Contractor during the construction phase as defined in paragraph 1.6 of this Section showing details of materials to be used in fabrication and construction that demonstrate compliance with IFC documents.

**1.3    ACTION SUBMITTALS**

A.   Submittal Register: Submit a list of submittals, arranged in chronological order by dates required by construction schedule. Include time required for review, ordering, manufacturing, fabrication, and delivery when establishing dates. Include additional time required for making corrections or revisions to submittals noted by COR and additional time for handling and reviewing submittals required by those corrections.

1.   Coordinate submittals register with list of subcontracts, the schedule of values, and Contractor's construction schedule.

2.   Initial Submittal Register: Submit at least 5 working days prior to the pre-construction meeting. Include all pre-construction submittals identified within this Section in paragraph 1.7 and construction submittals required within a minimum of the first 60 calendar days of construction. List those submittals required to maintain orderly progress of the Work and those required early because of long lead time for manufacture or fabrication.

SUBMITTAL PROCEDURES                                          01 33 00 - 3

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

3. Final Submittal Register: Submit concurrently with the first complete submittal of Contractor's construction schedule.

   a. Submit revised submittal registers as required to reflect changes in current status and timing for submittals. Provide updated Submittal Register at weekly meetings.

4. Format: Arrange the following information in a tabular format:

   a. Scheduled date for first submittal.
   b. Specification Section number and title.
   c. Submittal Category: Action; informational.
   d. Name of subcontractor.
   e. Description of the Work covered.
   f. Scheduled date for COR final release or approval.
   g. Scheduled dates for purchasing.
   h. Scheduled date of fabrication.
   i. Scheduled dates for installation.
   j. Activity or event number.

B. Pre-Construction Submittals

C. Construction Submittals

**1.4    PRE-CONSTRUCTION & CONSTRUCTION SUBMITTAL FORMATS**

A. Submittal Information: Include the following information in each submittal:

1. Project name.

2. Date.

3. Name of COR

4. Name of Contractor.

5. Name of firm or entity that prepared submittal.

6. Names of subcontractor, manufacturer, and supplier.

7. Unique submittal number, including revision identifier. Include Specification Section number with sequential alphanumeric identifier and alphanumeric suffix for resubmittals.

8. Category and type of submittal.

9. Submittal purpose and description.

10. Number and title of Specification Section, with paragraph number and generic name for each of multiple items.

11. Drawing number and detail references, as appropriate.

12. Indication of full or partial submittal.

13. Location(s) where product is to be installed, as appropriate.

14. Other necessary identification.

15. Remarks.

16. Signature of transmitter.

SUBMITTAL PROCEDURES                                          01 33 00 - 4

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

B.  Options: Identify options requiring selection by COR.

C.  Deviations and Additional Information: On each submittal, clearly indicate deviations from requirements in the Contract Documents, including minor variations and limitations; include relevant additional information and revisions. Indicate by highlighting on each submittal or noting on attached separate sheet.

D.  Format:

1.  Place a permanent label or title block on each submittal item for identification; include name of firm or entity that prepared submittal.

2.  Provide a space approximately **6 by 8 inches** on label or beside title block to record Contractor's review and approval markings and action taken by the Contracting Office. All submittals shall be electronic.

E.  Electronic Submittals: Prepare submittals as PDF package, incorporating complete information into each PDF file. Name PDF file with submittal number.

F.  Submittals Utilizing Web-Based Project Software: Prepare submittals as PDF files or other format indicated by Project management software.

**1.5    PRE-CONSTRUCTION & CONSTRUCTION SUBMITTAL PROCEDURES**

A.  The Contractor shall be responsible for document control of all submittals throughout the construction process through use of the web-based Project Management Software.

B.  Prepare and submit submittals required by individual Specification Sections. Types of submittals are indicated in individual Specification Sections.

1.  Web-Based Project Management Software: Prepare submittals in PDF form, and upload to web-based Project management software website. Enter required data in web-based software site to fully identify submittal.

2.  All construction submittals shall be marked and signed as approved by the Contractor's DOR prior to submitting to CBP.

C.  Coordination: Coordinate preparation and processing of submittals with performance of construction activities.

1.  Coordinate each submittal with fabrication, purchasing, testing, delivery, other submittals, and related activities that require sequential activity.

2.  Submit all submittal items required for each Specification Section concurrently unless partial submittals for portions of the Work are indicated on approved submittal schedule.

3.  Submit action submittals and informational submittals required by the same Specification Section as separate packages under separate transmittals.

4.  Coordinate transmittal of submittals for related parts of the Work specified in different Sections, so processing will not be delayed because of need to review submittals concurrently for coordination.

a.  COR reserves the right to withhold action on a submittal requiring coordination with other submittals until related submittals are received.

D.  Processing Time: Allow time for submittal review, including time for resubmittals, as

SUBMITTAL PROCEDURES                                                        01 33 00 - 5

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

follows. Time for review shall commence on COR's receipt of submittal. No extension of the Contract Time will be authorized because of failure to transmit submittals enough in advance of the Work to permit processing, including resubmittals.

1.  Initial Review: Allow 10 working days for initial review of each pre-construction and construction submittal. Allow additional time if coordination with subsequent submittals is required. COR will advise Contractor when a submittal being processed must be delayed for coordination.

2.  Contractor Re-submittal: If re-submittals are required due to COR response on initial review, the Contractor shall provide resubmittals within 10 working days of Government response to initial review.

3.  Resubmittal Review: Allow 5 working days for review of each resubmittal.

4.  Sequential Review: Where sequential review of submittals by COR's consultants, or other parties is indicated, allow 10 calendar days for initial review of each submittal.

5.  Concurrent Consultant Review: Where the Contract Documents indicate that submittals may be transmitted simultaneously to COR, allow 10 working days for review of each submittal.

E.  Resubmittals: Make resubmittals in same form and number of copies as initial submittal.

1.  Include an "alpha" at the end of each submittal number to indication resubmittal

2.  Note date and content of previous submittal.

3.  Note date and content of revision in label or title block, and clearly indicate extent of revision.

4.  Resubmit submittals until they are marked with approval notation from COR's action stamp.

F.  Distribution: Upload PDF copies of final submittals to project management software. Show distribution on transmittal forms.

G.  Use for Construction: Retain complete copies of submittals on Project site. Use only final action submittals that are marked with approval notation from Contracting Office action stamp.

**1.6    CONSTRUCTION SUBMITTAL REQUIREMENTS**

A.  Product Data: Collect information into a single submittal for each element of construction and type of product or equipment.

1.  If information must be specially prepared for submittal because standard published data are unsuitable for use, submit as Shop Drawings, not as Product Data.

2.  Mark each copy of each submittal to show which products and options are applicable.

3.  Include the following information, as applicable:
    a.  Manufacturer's catalog cuts.
    b.  Manufacturer's product specifications.
    c.  Standard color charts.
    d.  Statement of compliance with specified referenced standards.
    e.  Testing by recognized testing agency.

SUBMITTAL PROCEDURES                                                01 33 00 - 6

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    f.   Application of testing agency labels and seals.

    g.   Notation of coordination requirements.

    h.   Availability and delivery time information.

  4.  For equipment, include the following in addition to the above, as applicable:

    a.   Wiring diagrams that show factory-installed wiring.

    b.   Printed performance curves.

    c.   Operational range diagrams.

    d.   Clearances required to other construction, if not indicated on accompanying Shop Drawings.

B.  Submit Product Data before Shop Drawings, and before or concurrently with Samples.

C.  Shop Drawings: Prepare Project-specific information, drawn accurately to scale. Do not base Shop Drawings on reproductions of the Contract Documents or standard printed data unless submittal based on digital data drawing files is otherwise permitted.

  1.  Preparation: Fully illustrate requirements in the Contract Documents. Include the following information, as applicable:

    a.   Identification of products.

    b.   Schedules.

    c.   Compliance with specified standards.

    d.   Notation of coordination requirements.

    e.   Notation of dimensions established by field measurement.

    f.   Relationship and attachment to adjoining construction clearly indicated.

    g.   Seal and signature of professional engineer if specified.

D.  Samples: Submit Samples for review of type, color, pattern, and texture for a check of these characteristics with other materials.

  1.  Transmit Samples that contain multiple, related components, such as accessories together in one submittal package.

  2.  Identification: Permanently attach label on unexposed side of Samples that includes the following:

    a.   Project name and submittal number.

    b.   Generic description of Sample.

    c.   Product name and name of manufacturer.

    d.   Sample source.

    e.   Number and title of applicable Specification Section.

    f.   Specification paragraph number and generic name of each item.

  3.  Disposition: Maintain sets of approved Samples at Project site, available for quality-control comparisons throughout the course of construction activity. Sample sets may be used to determine final acceptance of construction associated with each set.

    a.   Samples that may be incorporated into the Work are indicated in individual Specification Sections. Such Samples must be in an undamaged condition at time of use.

    b.   Samples not incorporated into the Work, or otherwise designated as Government's property, are the property of Contractor.

E.  Product Schedule: As required in individual Specification Sections, prepare a written

SUBMITTAL PROCEDURES                01 33 00 - 7

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

summary indicating types of products required for the Work and their intended location. Include the following information in tabular form:

1. Type of product. Include unique identifier for each product indicated in the Design or assigned by Contractor if none is indicated.

2. Manufacturer and product name, and model number if applicable.

3. Location of Installation.

F.  Qualification Data: Prepare written information that demonstrates capabilities and experience of firm or person. Include lists of completed projects with project names and addresses, contact information of CORs, and other information specified.

G.  Design Data: Prepare and submit written and graphic information indicating compliance with indicated performance and design criteria in individual Specification Sections. Include list of assumptions and summary of loads. Include load diagrams if applicable. Provide name and version of software, if any, used for calculations. Number each page of submittal.

H.  Certificates:

1. Certificates and Certifications Submittals: Submit a statement that includes signature of entity responsible for preparing certification. Certificates and certifications shall be signed by an officer or other individual authorized to sign documents on behalf of that entity. Provide a notarized signature where indicated.

2. Installer Certificates: Submit written statements on manufacturer's letterhead, certifying that Installer complies with requirements in the Contract Documents and, where required, is authorized by manufacturer for this specific Project.

3. Manufacturer Certificates: Submit written statements on manufacturer's letterhead, certifying that manufacturer complies with requirements in the Contract Documents. Include evidence of manufacturing experience where required.

4. Material Certificates: Submit written statements on manufacturer's letterhead, certifying that material complies with requirements in the Contract Documents.

5. Product Certificates: Submit written statements on manufacturer's letterhead, certifying that product complies with requirements in the Contract Documents.

6. Welding Certificates: Prepare written certification that welding procedures and personnel comply with requirements in the Contract Documents. Submit record of AWS B2.1/B2.1M on AWS forms. Include names of firms and personnel certified.

I.  Test and Research Reports:

1. Compatibility Test Reports: Submit reports written by a qualified testing agency, on testing agency's standard form, indicating and interpreting results of compatibility tests performed before installation of product. Include written recommendations for substrate preparation and primers required.

2. Field Test Reports: Submit written reports indicating and interpreting results of field tests performed either during installation of product or after product is installed in its final location, for compliance with requirements in the Contract Documents.

3. Material Test Reports: Submit reports written by a qualified testing agency, on testing agency's standard form, indicating and interpreting test results of material for compliance with requirements in the Contract Documents.

SUBMITTAL PROCEDURES                                                01 33 00 - 8

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

4.  Preconstruction Test Reports: Submit reports written by a qualified testing agency, on testing agency's standard form, indicating and interpreting results of tests performed before installation of product, for compliance with performance requirements in the Contract Documents.

5.  Product Test Reports: Submit written reports indicating that current product produced by manufacturer complies with requirements in the Contract Documents. Base reports on evaluation of tests performed by manufacturer and witnessed by a qualified testing agency, or on comprehensive tests performed by a qualified testing agency.

6.  Research Reports: Submit written evidence, from a model code organization acceptable to authorities having jurisdiction, that product complies with building code in effect for Project. Include the following information:

    a.  Name of evaluation organization.
    b.  Date of evaluation.
    c.  Time period when report is in effect.
    d.  Product and manufacturers' names.
    e.  Description of product.
    f.  Test procedures and results.
    g.  Limitations of use.

J.  Demolition Plan; See Section 01 73 00 Execution for submittal requirements.

K.  Warranty Plan; See Section 01 77 00 Closeout Procedures for submittal requirements.

**1.7  PRECONSTRUCTION SUBMITTAL REQUIREMENTS**

A.  The following pre-construction submittals will be required as a part of this contract.

1.  Permits List; The Contractor shall provide a list of all permits that are required to be obtained prior to start of construction.

2.  Health & Safety Plan; See Section 01 73 00 Execution for submittal requirements

3.  Photographic Documentation; See Section 01 32 33 Photographic Documentation for submittal requirements. Photographs provided are for unrestricted use by the Government.

4.  Initial Submittal Register; See paragraph 1.3 above for submittal requirements.

5.  Superintendent Qualifications; See Section 01 31 00 Project Management and Coordination for submittal requirements

6.  Project Manager Qualifications; See Section 01 31 00 Project Management and Coordination for submittal requirements

7.  Project Scheduler Qualifications; See Section 01 31 00 Project Management and Coordination and 01 32 00 Project Schedule for submittal requirements

8.  Construction Quality Control Manager Qualifications; See Section 01 40 00 Construction Quality Control Requirements for submittal requirements

9.  Baseline Project Schedule; See Section 01 32 00 Project Schedule for submittal requirements

10. Storm Water Pollution Prevention Plan; See Section 01 57 23 Temporary Storm Water Pollution Control for submittal requirements.

SUBMITTAL PROCEDURES                                01 33 00 - 9

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

11. Security Plan; See Section 01 10 00 Summary for submittal requirements.

12. Construction Quality Control Plan; See Section 01 40 00 Construction Quality Requirements for submittal requirements.

13. Site Utilization Plan; See Section 01 50 00 Temporary Construction Facilities and Controls for submittal requirements.

14. Waste Management Plan; See Section 01 74 19 Construction Waste Management and Disposal for submittal requirements.

15. Traffic Control Plan; See Section 01 50 00 Temporary Construction Facilities and Controls for submittal requirements.

**1.8   DELEGATED-DESIGN SERVICES**

A. Performance and Design Criteria: Where professional design services or certifications by a design professional are specifically required of Contractor by the Contract Documents, provide products and systems complying with specific performance and design criteria indicated.

   1. If criteria indicated are insufficient to perform services or certification required, submit a written request for additional information to COR.

B. Delegated-Design Services Certification: In addition to Shop Drawings, Product Data, and other required submittals, submit digitally signed PDF file.

C. The Contractor shall incorporate delegated-design drawing and data files into record drawings for Project.

   1. Prepare delegated-design drawings in the following format: Same digital data software program, version, and operating system as original Drawings.

**1.9   CONTRACTOR'S REVIEW**

A. Action Submittals and Informational Submittals: Review each submittal and check for coordination with other Work of the Contract and for compliance with the Contract Documents. Note corrections and field dimensions. Mark with approval stamp before submitting to COR.

B. Contractor's Approval: Indicate Contractor's and Contractor's DOR approval for each submittal with a uniform approval stamp indication in web-based Project management software. Include name of reviewer, date of Contractor's approval, and statement certifying that submittal has been reviewed, checked, and approved for compliance with the Contract Documents.

   1. COR will not review submittals received from Contractor that do not have Contractor's review and approval for all pre-construction submittals and Contractor's and DOR review and approval for all construction submittals.

**1.10   COR'S REVIEW**

A. Action Submittals: COR will review each submittal, indicate corrections or revisions required, and return.

   1. Submittals by Web-Based Project Management Software: COR will indicate, on Project management software website, the appropriate action.

SUBMITTAL PROCEDURES                                01 33 00 -

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

B.  Informational Submittals: COR will review each submittal and will not return it or will return it if it does not comply with requirements. COR will forward each submittal to appropriate party.

C.  Partial submittals prepared for a portion of the Work will be reviewed when use of partial submittals has received prior approval from COR.

D.  Incomplete submittals are unacceptable, will be considered nonresponsive, and will be returned for resubmittal without review.

E.  COR may return without review submittals received from sources other than Contractor.

F.  Submittals not required by the Contract Documents will be returned by COR without action.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

SUBMITTAL PROCEDURES                                         01 33 00 -

RGV-1  RIO GRANDE VALLEY WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

SECTION 01 40 00

**CONSTRUCTION QUALITY REQUIREMENTS**

**PART 1 - GENERAL**

**1.1     SUMMARY**

A.   Section includes administrative and procedural requirements for quality assurance and quality control.

B.   Testing and inspection services are required to verify compliance with requirements specified or indicated. These services do not relieve Contractor of responsibility for compliance with the Contract Document requirements.

1.   Specific quality-assurance and quality-control requirements for individual work results are specified in their respective Specification Sections. Requirements in individual Sections may also cover production of standard products.

2.   Specified tests, inspections, and related actions do not limit Contractor's other quality-assurance and quality-control procedures that facilitate compliance with the Contract Document requirements.

3.   Requirements for Contractor to provide quality-assurance and quality-control services required by COR, or authorities having jurisdiction are not limited by provisions of this Section.

**1.2     DEFINITIONS**

A.   Experienced: When used with an entity or individual, "experienced," unless otherwise further described, means having successfully completed a minimum of 2 previous federal design build projects each with a total construction value of at least $10 million in areas of similar discipline or trade.

B.   Field Quality-Control Tests and Inspections: Tests and inspections that are performed on-site for installation of the Work and for completed Work.

C.   Installer/Applicator/Erector: Contractor or another entity engaged by Contractor as an employee, subcontractor, or sub-subcontractor, to perform a particular construction operation, including installation, erection, application, assembly, and similar operations.

1.   Use of trade-specific terminology in referring to a Work result does not require that certain construction activities specified apply exclusively to specific trade(s).

D.   Mockups: Full-size physical assembly of designated work that is constructed either as freestanding temporary built elements within a staging area or as part of permanent construction. Mockups are constructed to verify the Contractor's understanding of the construction requirements. When required for the project, approved mockups establish the standard by which the Work will be judged.

E.   Preconstruction Testing: Tests and inspections performed specifically for Project before products and materials are incorporated into the Work, to verify performance or compliance with specified criteria. Unless otherwise indicated, copies of reports of tests

CONSTRUCTION QUALITY REQUIREMENTS                                    01 40 00 - 1

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

or inspections performed for other than the Project do not meet this definition.

F.  Product Tests: Tests and inspections that are performed by a nationally recognized testing laboratory (NRTL) according to 29 CFR 1910.7, by a testing agency accredited according to NIST's National Voluntary Laboratory Accreditation Program (NVLAP), or by a testing agency qualified to conduct product testing and acceptable to authorities having jurisdiction, to establish product performance and compliance with specified requirements.

G.  Source Quality-Control Tests and Inspections: Tests and inspections that are performed at the source (e.g., plant, mill, factory, or shop).

H.  Testing Agency: An entity engaged to perform specific tests, inspections, or both. The term "testing laboratory" shall have the same meaning as the term "testing agency."

I.  Quality-Assurance Services: Activities, actions, and procedures performed before and during execution of the Work, to guard against defects and deficiencies and substantiate that proposed construction will comply with requirements.

J.  Quality-Control Services: Tests, inspections, procedures, and related actions during and after execution of the Work, to evaluate that the actual products incorporated into the Work and completed construction comply with requirements. Contractor's quality-control services do not include contract administration activities performed by COR.

## 1.3  DELEGATED-DESIGN SERVICES

A.  Performance and Design Criteria: Where professional design services or certifications by a design professional are specifically required of Contractor by the final sealed construction documents, provide products and systems complying with specific performance and design criteria indicated.

1.  If criteria indicated are not sufficient to perform services or certification required, submit a written request for additional information to the COR.

B.  Delegated-Design Services Statement: Submit a statement signed and sealed by the responsible design professional, for each product and system specifically assigned to Contractor to be designed or certified by a design professional, indicating that the products and systems are in compliance with performance and design criteria indicated. Include list of codes, loads, and other factors used in performing these services.

## 1.4  CONFLICTING REQUIREMENTS

A.  Conflicting Standards and Other Requirements: If compliance with two or more standards or requirements is specified and the standards or requirements establish different or conflicting requirements for minimum quantities or quality levels, inform the COR regarding the conflict and obtain clarification through an RFI prior to proceeding with the Work. Refer conflicting requirements that are different, but apparently equal, to COR for clarification before proceeding.

## 1.5  ACTION SUBMITTALS

A.  Construction Quality-Control Plan: Submit the construction quality control plan as part of the pre-construction submittals for quality-assurance and quality-control activities and

CONSTRUCTION QUALITY REQUIREMENTS                                01 40 00 - 2

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

responsibilities. The Construction Quality Control Plan shall include, but not be limited to the following:

1. Mockup Shop Drawings: Include list of mockup construction and shop drawings, when required.

2. The Contractor shall designate one construction quality-control manager. The construction quality control manager may NOT serve in other roles on the project except as the Safety Manager. The construction quality control manager shall have a minimum of 10-years of experience including at least two federal design build projects and has served as the construction quality control manager on at least 2 construction projects with a construction value of $10-million, or more.

3. Contractor Responsibilities:

   a. The Contractor shall provide at least one construction supervisor at each construction heading at all times during construction. The construction supervisor shall have experience in similar projects and/or trades relative to this project's work that the construction supervisor is assigned. The names of all personnel assigned to all construction supervisor positions throughout this project's areas of construction shall always be be posted within the Contractor's construction trailer. The Contractor shall update the list of construction supervisors within 1 working day of a change being made by the Contractor.

   b. The Contractor shall provide all quality control inspection and materials testing in order to meet the requirements of the plans and specifications. Results of inspection and materials testing shall be provided to the COR within 5 workings days of completion of inspection and/or materials testing. The results of all inspection and materials testing shall be to the satisfaction of the COR, prior to Contractor final payment. The COR along with other CBP personnel, will make periodic site visits to perform their own inspections/site observations.

   c. The Contractor shall provide continuous inspection of workmanship during construction to identify and correct deficiencies in workmanship in addition to testing and inspection specified. Indicate types of corrective actions to be required to bring the Work into compliance with standards of workmanship established by Contract requirements and approved mockups.

   d. The Contractor shall provide continuous monitoring and documentation during construction to maintain testing and inspection reports, including log of approved and rejected results. Include Work the COR has indicated as nonconforming or defective and indicate corrective actions taken to bring nonconforming Work into compliance with requirements.

4. Plan Minimum Requirements:

   a. Include, as a minimum, the following to cover the construction-operations, both onsite and offsite, including work by subcontractors, designers of record, consultants, architect/engineers (AE), fabricators, suppliers and purchasing agents:
      1) A description of the quality control organization, including a chart showing lines of authority and acknowledgment that the CQC staff will implement the three-phase control system for all aspects of the work specified. Include a CQC System Manager that reports to the project superintendent.
      2) The name, qualifications (in resume format), duties, responsibilities, and authorities of each person assigned a CQC function.
      3) Procedures for scheduling, reviewing, certifying, and managing submittals,

CONSTRUCTION QUALITY REQUIREMENTS                                      01 40 00 - 3

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

including those of subcontractors, designers of record, consultants, offsite fabricators, suppliers, and purchasing agents. These procedures must be in accordance with Section 01 33 00 SUBMITTAL PROCEDURES.

4) Control, verification, and acceptance testing procedures for each specific test to include the test name, specification paragraph requiring test, feature of work to be tested, test frequency, and person responsible for each test. (Laboratory facilities approved by the COR are required to be used.)

5) Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation.

6) Procedures for tracking design and construction deficiencies from identification through acceptable corrective action. Establish verification procedures that identified deficiencies have been corrected.

7) Reporting procedures, including proposed reporting formats.

8) A list of the definable features of work. A definable feature of work is a task which is separate and distinct from other tasks, has separate control requirements, and is identified by different trades or disciplines, or it is work by the same trade in a different environment. Although each section of the specifications can generally be considered as a definable feature of work, there are frequently more than one definable feature under a particular section. This list will be agreed upon during the coordination meeting.

9) Where the applicable Code issued by the International Code Council (ICC) or Unified Facility Criteria (UFC) calls for inspections, the Contractor must include the inspections in the Quality Control Plan and must perform the inspections required by the applicable code. The Contractor must perform these inspections using independent qualified inspectors. Include the Special Inspection Plan requirements in the QC Plan.

10) Materials testing plan for, but not limited to, concrete and earthwork based on final design construction specifications requirements. All testing shall conform to industry standard and be completed by third party Contractor. The testing plan shall include as a minimum, applicable code requirements, testing intervals, passing test requirements and required documentation. Contractor shall share all test results with CBP.

5. Testing Agency Qualifications: For testing agencies specified in "Quality Assurance" Article to demonstrate their capabilities and experience. Include proof of qualifications in the form of a recent report on the inspection of the testing agency by a recognized authority.

6. Schedule of Tests and Inspections: Prepare in tabular form and include reference to specification section number and description of date, location, testing agency, number of tests.

7. Reports: Prepare and submit certified written reports and documents as specified.

8. Permits, Licenses, and Certificates: For Government's record, submit copies of permits, licenses, certifications, inspection reports, releases, jurisdictional settlements, notices, receipts for fee payments, judgments, correspondence, records, and similar documents established for compliance with standards and regulations bearing on performance of the Work.

## 1.6    REPORTS AND DOCUMENTS

A. Test and Inspection Reports: Prepare and submit certified written reports specified in other Sections. Include the following:

CONSTRUCTION QUALITY REQUIREMENTS                      01 40 00 - 4

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

      1. Date of issue.

      2. Project title and number.

      3. Name, address, telephone number, and email address of testing agency.

      4. Dates and locations of samples and tests or inspections.

      5. Names of individuals making tests and inspections.

      6. Description of the Work and test and inspection method.

      7. Identification of product and Specification Section.

      8. Complete test or inspection data.

      9. Test and inspection results and an interpretation of test results.

      10. Record of temperature and weather conditions at time of sample-taking and testing and inspection.

      11. Comments or professional opinion on whether tested or inspected Work complies with the Contract Document requirements.

      12. Name and signature of laboratory inspector.

      13. Recommendations on retesting and reinspecting.

B. Manufacturer's Technical Representative's Field Reports: Prepare written information documenting manufacturer's technical representative's tests and inspections specified in other Sections. Include the following:

      1. Name, address, telephone number, and email address of technical representative making report.

      2. Statement on condition of substrates and their acceptability for installation of product.

      3. Statement that products at Project site comply with requirements.

      4. Summary of installation procedures being followed, whether they comply with requirements and, if not, what corrective action was taken.

      5. Results of operational and other tests and a statement of whether observed performance complies with requirements.

      6. Statement of whether conditions, products, and installation will affect warranty.

      7. Other required items indicated in individual Specification Sections.

## 1.7    QUALITY ASSURANCE

A. Qualifications paragraphs in this article establish the minimum qualification levels required; individual Specification Sections specify additional requirements.

B. Manufacturer Qualifications: A firm experienced in manufacturing products or systems similar to those indicated for this Project and with a record of successful in-service performance, as well as sufficient production capacity to produce required units. As applicable, procure products from manufacturers able to meet qualification requirements, warranty requirements, and technical or factory-authorized service representative requirements.

CONSTRUCTION QUALITY REQUIREMENTS                                01 40 00 - 5

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

C. Fabricator Qualifications: A firm experienced in producing products similar to those indicated for this Project and with a record of successful in-service performance, as well as sufficient production capacity to produce required units.

D. Installer Qualifications: A firm or individual experienced in installing, erecting, applying, or assembling work similar in material, design, and extent to that indicated for this Project, whose work has resulted in construction with a record of successful in-service performance.

E. Professional Engineer Qualifications: A professional engineer who is legally qualified to practice in jurisdiction where Project is located and who is experienced in providing engineering services of the kind indicated. Engineering services are defined as those performed for installations of the system, assembly, or product that is similar in material, design, and extent to those indicated for this Project.

F. Specialists: Installation of cameras, fiber and associated infrastructure shall include entities who are recognized experts in those operations. Specialists shall satisfy qualification requirements indicated and shall be engaged in the activities indicated

G. Testing and Inspecting Agency Qualifications: An NRTL, an NVLAP, or an independent agency with the experience and capability to conduct testing and inspection indicated, as documented in accordance with ASTM E329, and with additional qualifications specified in individual Sections; and, where required by authorities having jurisdiction, that is acceptable to authorities.

H. Manufacturer's Technical Representative Qualifications: An authorized representative of a manufacturer who is trained and approved by manufacturer to inspect, demonstrate, repair, and perform service on installations of manufacturer's products that are similar in material, design, and extent to those indicated for this Project.

I. Preconstruction Testing: Where testing agency is indicated to perform preconstruction testing for compliance with specified requirements for performance and test methods, comply with the following Contractor's responsibilities, including the following:

1. Provide test specimens representative of proposed products and construction.

2. Submit specimens in a timely manner with sufficient time for testing and analyzing results to prevent delaying the Work.

3. Provide sizes and configurations of test assemblies, mockups, and laboratory mockups to adequately demonstrate capability of products to comply with performance requirements.

4. When testing is complete, remove test specimens and test assemblies.

5. Testing Agency Responsibilities: Submit a certified written report of each test, inspection, and similar quality-assurance service to the COR with a copy to the Contractor. Interpret tests and inspections, and state in each report whether tested and inspected Work complies with or deviates from the Contract Documents.

J. Mockups: Before proceeding with portions of the Work requiring mockups, build mockups for each form of construction and finish required to comply with the following requirements, using materials indicated for the completed Work:

1. Build mockups of size indicated.

2. Build mockups in location indicated or, if not indicated, as directed by COR.

CONSTRUCTION QUALITY REQUIREMENTS                    01 40 00 - 6

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

3. Demonstrate operability of automated gates and that requirements are met.

4. Obtain COR approval of mockups before starting corresponding Work, fabrication, or construction.

5. Promptly correct unsatisfactory conditions noted by COR. The Contractor must receive COR approval prior to starting physical construction of the gates.

6. Maintain mockups during construction as a standard for judging the completed Work.

K. Integrated Mockups: Construct integrated mockup according to approved Shop Drawings and as indicated on Drawings. Coordinate installation of materials and products for which mockups are required in individual Specification Sections, along with supporting materials. Comply with requirements in "Mockups" Paragraph.

## 1.8   QUALITY CONTROL

A. Contractor Responsibilities: Tests and inspections are Contractor's responsibility. Perform quality-control activities, whether specified or not, to verify and document that the Work complies with requirements.

1. ALL tests and inspections, unless specifically noted otherwise are the responsibility of the Contractor to schedule, perform and pay for as a part of this contract.

2. Unless otherwise indicated, provide quality-control services specified. Perform quality-control services required of Contractor by authorities having jurisdiction, whether specified or not.

3. Engage a qualified third-party testing agency to perform all testing, inspections and related quality-control services.

4. Submit a certified written report, in PDF, of each quality-control service.

5. Testing and inspection requested by Contractor and not required by the Contract Documents are Contractor's responsibility.

B. Retesting/Reinspecting: Regardless of whether original tests or inspections were Contractor's responsibility, provide quality-control services, including retesting and reinspecting, for construction that replaced Work that failed to comply with the Contract Documents.

C. Testing Agency Responsibilities: The prime Contractor shall ensure the testing agencies perform the following:

1. Develop a testing and commissioning plan for demonstration during final closeout of project as per requirements.

2. Notify Contractor promptly of irregularities or deficiencies observed in the Work during performance of its services.

3. Determine the locations from which test samples will be taken and in which in-situ tests are conducted.

4. Conduct and interpret tests and inspections, and state in each report whether tested and inspected Work complies with or deviates from requirements.

5. Submit a certified written report, in duplicate, of each test, inspection, and similar

CONSTRUCTION QUALITY REQUIREMENTS                              01 40 00 - 7

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

quality-control service through Contractor.

6. Do not release, revoke, alter, or increase the Contract Document requirements or approve or accept any portion of the Work.

7. Do not perform duties of Contractor.

D. Manufacturer's Technical Services: Where indicated, engage a manufacturer's technical representative to observe and inspect the Work for field-assembled components and equipment installation, including service connections. Manufacturer's technical representative's services include participation in preinstallation conferences, examination of substrates and conditions, verification of materials, observation of installer activities, inspection of completed portions of the Work, and submittal of written reports.

E. Contractor's Associated Requirements and Services: Cooperate with agencies and representatives performing required tests, inspections, and similar quality-control services, and provide reasonable auxiliary services as requested. Notify agency sufficiently in advance of operations to permit assignment of personnel. Provide the following:

1. Access to the Work.

2. Incidental labor and facilities necessary to facilitate tests and inspections.

3. Adequate quantities of representative samples of materials that require testing and inspection. Assist agency in obtaining samples.

4. Facilities for storage and field curing of test samples.

5. Delivery of samples to testing agencies.

6. Preliminary design mix proposed for use for material mixes that require control by testing agency.

7. Security and protection for samples and for testing and inspection equipment at Project site.

F. Coordination: Coordinate sequence of activities to accommodate required quality-assurance and quality-control services with a minimum of delay and to avoid necessity of removing and replacing construction to accommodate testing and inspection.

1. Schedule times for tests, inspections, obtaining samples, and similar activities.

G. Schedule of Tests and Inspections: Prepare a schedule of tests, inspections, and similar quality-control services required by the Contract Documents as a component of Contractor's quality-control plan. Coordinate and submit concurrently with Contractor's Construction Schedule. Update and submit with each Application for Payment.

1. Schedule Contents: Include tests, inspections, and quality-control services, commissioning activities, and other Project-required services paid for by other entities.

2. Distribution: Distribute schedule to COR, testing agencies, and each party involved in performance of portions of the Work where tests and inspections are required.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION**

CONSTRUCTION QUALITY REQUIREMENTS                                    01 40 00 - 8

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**3.1    TEST AND INSPECTION LOG**

A.  Test and Inspection Log: Prepare a record of tests and inspections. Include the following:

  1.  Date test or inspection was conducted.
  2.  Description of the Work tested or inspected.
  3.  Date test or inspection results were transmitted to COR.
  4.  Identification of testing agency or special inspector conducting test or inspection.

B.  Maintain log at Project site. Post changes and revisions as they occur. Provide access to test and inspection log for COR, and authorities' having jurisdiction reference during normal working hours. Submit log at Project closeout as part of Project Record Documents.

**3.2    REPAIR AND PROTECTION**

A.  General: On completion of testing, inspection, sample-taking, and similar services, repair damaged construction and restore substrates and finishes.

  1.  Provide materials and comply with installation requirements specified in other Specification Sections or matching existing substrates and finishes. Restore patched areas and extend restoration into adjoining areas with durable seams. Comply with the Contract Document requirements for cutting and patching in Section 01 73 00 "Execution."

B.  Protect construction exposed by or for quality-control service activities.

**END OF SECTION**

CONSTRUCTION QUALITY REQUIREMENTS                    01 40 00 - 9

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 50 00**

**TEMPORARY CONSTRUCTION FACILITIES AND CONTROLS**

**PART 1 GENERAL**

**1.1    SUMMARY**

    A.   Section includes requirements for Contractor temporary construction facilities.

**1.2    STAGING AREAS**

    A.   The Contractor shall be required to acquire and provide all staging areas necessary to complete construction of the project and for placement of temporary facilities, parking and associated storage/staging needed by the Contractor.

**1.3    ACTION SUBMITTALS**

    A.   Site Utilization Plan: Show temporary facilities, temporary utility lines and connections, vehicle/delivery entrances, vehicle circulation, and parking areas for construction personnel within Contractor acquire staging location(s).

    B.   Traffic Control Plan: Provide narrative and plans indicating the Contractor's intent for Border Patrol and construction access through the area, intended lane/road closures, route restrictions, adjacent landowner access and traffic control measure needed as per local requirements.

**1.4    INFORMATIONAL SUBMITTALS**

    A.   Implementation and Termination Schedule: Within 15 working days of date established for commencement of the Work, submit schedule indicating implementation and termination dates of each temporary utility.

    B.   Project Identification and Temporary Signs: Show fabrication and installation details, including plans, elevations, details, layouts, typestyles, graphic elements, and message content.

    C.   Fire-Safety Program: Show compliance with requirements of NFPA 241 and authorities having jurisdiction. Indicate Contractor personnel responsible for management of fire-prevention program.

**1.5    QUALITY ASSURANCE**

    A.   Electric Service: Comply with NECA, NEMA, and UL standards and regulations for temporary electric service. Install service to comply with NFPA 70.

    B.   Tests and Inspections: Arrange for authorities having jurisdiction to test and inspect each temporary utility before use. Obtain required certifications and permits.

**PART 2 - PRODUCTS**

**2.1    TEMPORARY FACILITIES**

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

A. Field Offices: Contractor shall provide prefabricated or mobile units with serviceable finishes, temperature controls, power, telephone, WiFi, water/sewer services and foundations adequate for normal loading for duration of the project. The field office shall include space for conference room that can accommodate up to 10 individuals and at least one spare enclosed office space, for government personnel, with a door. All temporary construction facilities shall require a minimum 6-ft tall chain link fence around the total footprint of the staging area which they are located within as required in paragraph 3.5 below. Parking for Contractor personnel and Government personnel shall be provided within the staging areas and adjacent to the location of the field offices. At least one field office is required to support this project that is accessible from public roads or routes with easements acquired by the Contractor, and shall be provided by the Contractor. At least one field office shall be located within 10-miles of the city limits of Brownsville, TX.

## 2.2    EQUIPMENT

A. Fire Extinguishers: Portable, UL rated; with class and extinguishing agent as required by locations and classes of fire exposures.

## PART 3 - EXECUTION

## 3.1    TEMPORARY FACILITIES, GENERAL

A. Conservation: Coordinate construction and use of temporary facilities with consideration given to conservation of energy, water, and materials. Coordinate use of temporary utilities to minimize waste.

1. Salvage materials and equipment involved in performance of, but not actually incorporated into, the Work. See other Sections for disposition of salvaged materials that are designated as Government's property.

## 3.2    TEMPORARY UTILITY INSTALLATION

A. General: Install temporary service or connect to existing service.

1. Arrange with utility company, Government, and existing users for time when service can be interrupted, if necessary, to make connections for temporary services.

2. The Contractor will provide all utilities services/costs required by this section to throughout the contract period.

B. Sewers: Provide temporary utilities via portable toilets and washing facilities to remove effluent lawfully.

C. Water Service: Install both potable and non-potable water service and distribution piping in sizes and pressures adequate for construction and temporary facilities.

D. Sanitary Facilities: Provide temporary toilets, wash facilities, safety shower and eyewash facilities, and drinking water for use of construction personnel. Comply with requirements of authorities having jurisdiction for type, number, location, operation, and maintenance of fixtures and facilities.

E. Temporary Heating and Cooling: Provide temporary heating and cooling required by

TEMPORARY FACILITIES AND CONTROLS                                                01 50 00 - 2

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

construction activities for curing or drying of completed installations or for protecting installed construction from adverse effects of low temperatures or high humidity. Select equipment that will not have a harmful effect on completed installations or elements being installed.

F.   Electric Power Service: Provide electric power service and distribution system of sufficient size, capacity, and power characteristics required for construction operations. Install electric power service underground unless otherwise indicated.

G.   Lighting: Provide temporary lighting with local switching that provides adequate illumination for construction operations, observations, inspections, and traffic conditions. Install and operate temporary lighting that fulfills security and protection requirements without operating entire system.

H.   Telephone Service: Provide temporary telephone service in common-use facilities for use by all construction personnel. Install WiFi cell phone access equipment and at least one common area land-based telephone line.

1.   At each telephone, post a list of important telephone numbers.

a.   Police and fire departments.
b.   Ambulance service.
c.   Contractor's home office.
d.   Contractor's emergency after-hours telephone number.
e.   COR office.
f.   Government's office.
g.   Principal subcontractors' field and home offices.

I.   Electronic Communication Service: Provide secure WiFi wireless connection to internet.

## 3.3   SUPPORT FACILITIES INSTALLATION

A.   Comply with the following:

1.   Provide construction for temporary field offices, shops, and sheds located within construction area or within 30 feet of site construction lines that is noncombustible in accordance with ASTM E136.

2.   Comply with NFPA 241.

B.   Temporary Roads: N/A

C.   Access Roads: The Contractor shall be limited public roads or access roads specifically identified within this contract for access to the project site and the temporary construction facilities. Provide dust-control treatment that is nonpolluting and non-tracking. Reapply treatment as required to minimize dust. All access roads damaged by the Contractor during construction, shall be repaired upon completion of construction as part of the project award.

D.   Traffic Controls: Comply with requirements of the local Cities or Counties at points of project site egress/ingress, whichever is more stringent, for offsite traffic control needed to facilitate deliveries.

1.   Protect existing site improvements to remain, including curbs, pavement, and utilities.

TEMPORARY FACILITIES AND CONTROLS                                     01 50 00 - 3

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    2.  Maintain access for fire-fighting equipment and access to fire hydrants.

E.  Parking: Provide temporary parking areas for construction personnel within staging areas.

 F.  Storage and Staging: all staging areas shall be acquired by the Contractor.

G.  Dewatering Facilities and Drains: Comply with requirements of authorities having jurisdiction. Maintain Project site, excavations, and construction free of water.

    1.  Dispose of rainwater in a lawful manner that will not result in flooding Project or adjoining properties or endanger permanent Work or temporary facilities.

    2.  Remove snow and ice as required to minimize accumulations.

H.  Project Signs: Provide Project signs as indicated. Unauthorized signs are not permitted.

    1.  Project identification signs.

    2.  Temporary directional and informational signs for construction personnel and visitors as required for entrance to Project.

    3.  Maintain and touch up signs, so they are legible at all times.

I.  Waste Disposal Facilities: Comply with requirements specified in Section 01 74 19 "Construction Waste Management and Disposal." Comply with progress cleaning requirements in Section 01 73 00 "Execution."

J.  Lifts and Hoists: Provide facilities necessary for hoisting materials and personnel. Truck cranes and similar devices used for hoisting materials are considered "tools and equipment" and not temporary facilities.

**3.4   SECURITY AND PROTECTION FACILITIES INSTALLATION**

A.  Protection of Existing Facilities: Protect existing vegetation, equipment, structures, utilities, roads, and other improvements at Project site and on adjacent properties, except those indicated to be removed or altered. Repair damage to existing facilities.

    1.  Where access to adjacent properties is required in order to affect protection of existing facilities, obtain written permission from adjacent property Government to access property for that purpose.

B.  Environmental Protection: Provide protection, operate temporary facilities, and conduct construction as required to comply with environmental regulations and that minimize possible air, waterway, and subsoil contamination or pollution or other undesirable effects.

    1.  Comply with work restrictions specified within this contract

C.  Temporary Erosion and Sedimentation Control: Comply with requirements of the Attachment B - Best Management Practices and environmental specifications provided herein.

D.  Stormwater Control: Comply with requirements of authorities having jurisdiction. Provide barriers in and around excavations and subgrade construction to prevent flooding by runoff of stormwater from heavy rains.

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

E.  Site Enclosure Fence: Furnish and install minimum 8-ft tall chain link fence with gates with fabric in a manner that will prevent people from easily entering site except by entrance gates.

   1.  Extent of Fence: provide chain link fence around entire perimeter of all staging areas. Place gates with locks as needed for deliveries and personnel use.

   2.  Maintain security by limiting number of keys and restricting distribution to authorized personnel. Furnish five sets of keys to COR.

F.  Barricades, Warning Signs, and Lights: Comply with requirements of the local City or Imperial County, whichever is more stringent, for erecting structurally adequate barricades, including warning signs and lighting when public roads are impacted by construction.

G.  Temporary Egress: Provide temporary egress from existing occupied facilities as indicated and as required by authorities having jurisdiction. Provide signage directing occupants to temporary egress.

   1.  Prohibit smoking in construction areas. Comply with additional limits on smoking specified in other Sections.

   2.  Supervise welding operations, combustion-type temporary heating units, and similar sources of fire ignition in accordance with requirements of authorities having jurisdiction.

   3.  Develop and supervise an overall fire-prevention and protection program for personnel at Project site. Review needs with local fire department and establish procedures to be followed. Instruct personnel in methods and procedures. Post warnings and information.

## 3.5  OPERATION, TERMINATION, AND REMOVAL

A.  Maintain facilities in good operating condition until removal.

B.  Termination and Removal: Remove each temporary facility when need for its service has ended. Repair damaged Work, clean exposed surfaces, and replace construction that cannot be satisfactorily repaired.

   1.  Materials and facilities that constitute temporary facilities are property of Contractor.

   2.  Remove materials contaminated with road oil, asphalt and other petrochemical compounds, and other substances that might impair growth of plant materials. Repair or replace street paving, curbs, and sidewalks at temporary entrances, as required by the Government.

**END OF SECTION**

TEMPORARY FACILITIES AND CONTROLS                    01 50 00 - 5

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 57 23**

**TEMPORARY STORM WATER POLLUTION CONTROL**

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.   Section Includes:

1.   Temporary storm water pollution controls.

**1.2    STORMWATER POLLUTION PREVENTION PLAN**

A.   The Stormwater Pollution Prevention Plan (SWPPP) is part of the Contract Documents and will be required to be provided by Contractor as noted below.

**1.3    ACTION SUBMITTALS**

A.   A Stormwater Pollution Prevention Plan (SWPP) shall be prepared per local, state or federal requirements, whichever governs, including all requirements as outlined and shall be submitted as part of the pre-construction submittals.

**1.4    INFORMATIONAL SUBMITTALS**

A.   EPA authorization under the EPA's "2017 Construction General Permit (CGP)."

B.   Stormwater Pollution Prevention (SWPP) Training Log: For each individual performing Work under the SWPPP.

C.   Inspection reports.

**1.5    QUALITY ASSURANCE**

A.   Stormwater Pollution Prevention Plan (SWPPP) Coordinator: Experienced individual or firm with a record of successful water pollution control management coordination of projects with similar cost and complexity.

1.   SWPPP Coordinator shall complete and finalize the SWPPP form.

2.   SWPPP Coordinator shall be responsible for inspections and maintaining of all requirements of the SWPPP.

B.   Installers: Trained as indicated in the SWPPP.

**PART 2 - PRODUCTS**

**2.1    TEMPORARY STORMWATER POLLUTION CONTROLS**

A.   Provide temporary stormwater pollution controls as required by the SWPPP.

**PART 3 - EXECUTION**

**3.1    INSTALLATION**

TEMPORARY STORM WATER POLLUTION CONTROL                              01 57 23 - 1

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

A. Comply with all best management practices provided in Attachment B, general requirements, performance requirements, reporting requirements, and all other requirements included in the SWPPP.

B. Locate stormwater pollution controls in accordance with the SWPPP.

C. Conduct construction as required to comply with the SWPPP and that minimize possible contamination or pollution or other undesirable effects.

   1. Inspect, repair, and maintain SWPPP controls during construction. Inspect all SWPPP controls not less than every seven days, and after each occurrence of a storm event, as outlined in the SWPPP.

D. Remove SWPPP controls upon final acceptance of construction and restore and stabilize areas disturbed during construction.

**END OF SECTION**

TEMPORARY STORM WATER POLLUTION CONTROL                          01 57 23 - 2

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 60 00

## PRODUCT REQUIREMENTS

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.  Section includes administrative and procedural requirements for selection of products for use in Project; product delivery, storage, and handling; manufacturers' standard warranties on products; special warranties; and comparable products.

**1.2    DEFINITIONS**

A.  Products: Items obtained for incorporating into the Work, whether purchased for Project or taken from previously purchased stock. The term "product" includes the terms "material," "equipment," "system," and terms of similar intent.

1.  Named Products: Items identified by manufacturer's product name, including make or model number or other designation shown or listed in manufacturer's published product literature that is current as of date of the Contract Documents.

2.  New Products: Items that have not previously been incorporated into another project or facility. Salvaged items or items reused from other projects are not considered new products. Items that are manufactured or fabricated to include recycled content materials are considered new products, unless indicated otherwise.

3.  Comparable Product: Product by named manufacturer that is demonstrated and approved through the comparable product submittal process described in Part 2 "Comparable Products" Article, to have the indicated qualities related to type, function, dimension, in-service performance, physical properties, appearance, and other characteristics that equal or exceed those of specified product.

B.  Basis-of-Design Product Specification: A specification in which a single manufacturer's product is named and accompanied by the words "basis-of-design product," including make or model number or other designation. Published attributes and characteristics of basis-of-design product establish salient characteristics of products.

1.  Evaluation of Comparable Products: In addition to the basis-of-design product description, product attributes and characteristics may be listed to establish the significant qualities related to type, function, in-service performance and physical properties, weight, dimension, durability, visual characteristics, and other special features and requirements for purposes of evaluating comparable products of additional manufacturers named in the specification. Manufacturer's published attributes and characteristics of basis-of-design product also establish salient characteristics of products for purposes of evaluating comparable products.

C.  Subject to Compliance with Requirements: Where the phrase "Subject to compliance with requirements" introduces a product selection procedure in an individual Specification Section, provide products qualified under the specified product procedure. In the event that a named product or product by a named manufacturer does not meet the other requirements of the specifications, select another named product or product

PRODUCT REQUIREMENTS                                                        01 60 00 - 1

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

from another named manufacturer that does meet the requirements of the specifications; submit a comparable product request or substitution request, if applicable.

D. Comparable Product Request Submittal: An action submittal requesting consideration of a comparable product, including the following information:

1. Identification of basis-of-design product or fabrication or installation method to be replaced, including Specification Section number and title and Drawing numbers and titles.

2. Data indicating compliance with the requirements specified in Part 2 "Comparable Products" Article.

E. Basis-of-Design Product Specification Submittal: An action submittal complying with requirements in Section 01 33 00 "Submittal Procedures."

## 1.3   QUALITY ASSURANCE

A. Compatibility of Options: The Contractor shall select products compatible with products previously selected and or/installed.

B. Identification of Products: Except for required labels and operating data, do not attach or imprint manufacturer or product names or trademarks on exposed surfaces of products or equipment that will be exposed to view in occupied spaces or on the exterior.

1. Labels: Locate required product labels and stamps on a concealed surface, or, where required for observation following installation, on a visually accessible surface that is not conspicuous.

2. Equipment Nameplates: Provide a permanent nameplate on each item of service- or power-operated equipment. Locate on a visually accessible but inconspicuous surface. Include information essential for operation, including as minimum, the following:

   a. Name of product and manufacturer.
   b. Model and serial number.
   c. Capacity.

## 1.4   COORDINATION

A. Modify or adjust affected work as necessary to integrate work of approved comparable products and approved substitutions.

## 1.5   PRODUCT WARRANTIES

A. Warranties specified in other Sections shall be in addition to, and run concurrent with, other warranties required by the Contract Documents. Manufacturer's disclaimers and limitations on product warranties do not relieve Contractor of obligations under requirements of the Contract Documents.

1. Manufacturer's Warranty: Written standard warranty form furnished by individual manufacturer for a particular product and issued in the name of the Government or endorsed by manufacturer to Government.

2. Special Warranty: Written warranty required by the Contract Documents to provide specific rights for Government and issued in the name of the Government or

PRODUCT REQUIREMENTS                                                      01 60 00 - 2

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

endorsed by manufacturer to Government.

B. Special Warranties: Prepare a written document that contains appropriate terms and identification, ready for execution.

1. Manufacturer's Standard Form: Modified to include Project-specific information and properly executed.

2. Specified Form: When specified forms are included in the Project Manual, prepare a written document, using indicated form properly executed.

3. See other Sections for specific content requirements and particular requirements for submitting special warranties.

C. Submittal Time: Comply with requirements in Section 01 77 00 "Closeout Procedures."

**PART 2 - PRODUCTS**

**2.1    PRODUCT SELECTION PROCEDURES**

A. General Product Requirements:

1. Provide products complete with accessories, trim, finish, fasteners, and other items needed for a complete installation and indicated use and effect.

2. Standard Products: If available, and unless custom products or nonstandard options are specified, provide standard products of types that have been produced and used successfully in similar situations on other projects.

3. Government reserves the right to limit selection to products with warranties meeting requirements of the Contract Documents.

4. Where products are accompanied by the term "as selected," COR will make selection.

5. Descriptive, performance, and reference standard requirements in the Specifications establish salient characteristics of products.

6. Or Equal: For products specified by name and accompanied by the term "or equal," "or approved equal," or "or approved," comply with requirements in "Comparable Products" Article to obtain approval for use of an unnamed product.

   a. Submit additional documentation required by COR in order to establish equivalency of proposed products. Unless otherwise indicated, evaluation of "or equal" product status is by the COR, whose determination is final.

**2.2    COMPARABLE PRODUCTS**

A. Conditions for Consideration of Comparable Products: COR will consider Contractor's request for comparable product when the following conditions are satisfied. If the following conditions are not satisfied, COR may return requests without action, except to record noncompliance with the following requirements:

1. Evidence that proposed product does not require revisions to the Contract Documents, is consistent with the Contract Documents, will produce the indicated results, and is compatible with other portions of the Work.

2. Detailed comparison of significant qualities of proposed product with those of the named basis-of-design product. Significant product qualities include attributes,

PRODUCT REQUIREMENTS                                              01 60 00 - 3

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

such as type, function, in-service performance and physical properties, weight, dimension, durability, visual characteristics, and other specific features and requirements.

3. Evidence that proposed product provides specified warranty.

4. List of similar installations for completed projects, with project names and addresses and names and addresses of COR, if requested.

5. Samples, if requested.

B. COR Action on Comparable Products Submittal: If necessary, COR will request additional information or documentation for evaluation, as specified in Section 01 33 00 "Submittal Procedures."

1. Form of Approval of Submittal: As specified in Section 01 33 00 "Submittal Procedures."

2. Use product specified if COR does not issue a decision on use of a comparable product request within time allocated.

C. Submittal Requirements, Two-Step Process: Approval by the COR of Contractor's request for use of comparable product is not intended to satisfy other submittal requirements. Comply with specified submittal requirements.

D. Submittal Requirements, Single-Step Process: When acceptable to COR, incorporate specified submittal requirements of individual Specification Section in combined submittal for comparable products. Approval by the COR of Contractor's request for use of comparable product and of individual submittal requirements will also satisfy other submittal requirements.

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

PRODUCT REQUIREMENTS                                              01 60 00 - 4

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 73 00**

**EXECUTION**

**PART 1 - GENERAL**

**1.1    SUMMARY**

    A.  Section includes general administrative and procedural requirements governing execution of the Work, including, but not limited to, the following:

        1.  Construction layout.

        2.  Field engineering and surveying.

        3.  Demolition.

        4.  Installation of the Work.

        5.  Progress cleaning.

        6.  Protection of installed construction.

**1.2    DEFINITIONS**

    A.  Cutting: Removal of in-place construction necessary to permit installation or performance of subsequent work.

    B.  Patching: Fitting and repair work required to restore construction to original conditions after installation of subsequent work.

**1.3    EXECUTION**

    A.  Existing Conditions: Existence and location of site improvements, utilities, and other construction affecting the Work must be investigated and verified. The Contractor shall be responsible for identifying all cross-border utility crossings or other above or below grade interferences. If any are identified, relocation or removal shall be coordinated, with any conflicts resolved by the Contractor. It is possible that illegal cross border sewage and water lines are in this area as they have been identified prior. Construction documents shall be sufficient to afford a clear understanding of the construction work required.

**1.4    INFORMATIONAL SUBMITTALS**

    A.  Qualification Data: For land surveyor, professional engineer

    B.  Certified Surveys: Submit PDF signed by land surveyor, and professional engineer

    C.  Certificates: Submit certificate signed by registered land surveyor and professional engineer, certifying that location and elevation of improvements comply with requirements.

**1.5    ACTION SUBMITTALS**

EXECUTION                                                  01 73 00 - 1

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

   A. Health & Safety Plan: Submit a health and safety plan that meets the requirements of EM 385-1-1 that includes, but not limited to the following items:

      1. Site Safety & Health Officer (SSHO) and alternate with a minimum of 10-years of similar experience and experience in the SSHO role on at least 2 federal design build projects each with a total construction cost of at least $5 million. The SSHO shall be on-site full-time during construction operations. The Construction Quality Control Manager may serve as the SSHO. The SSHO shall ensure that they requirements for 29 CFR 1926.16 for the project, shall be responsible for all reporting and maintaining safety on the project site.

      2. Demolition

      3. Crane Operators/Riggers

      4. Safety meeting scheduling and initial agenda

      5. Accident prevention plan

      6. Standard and critical lift plan

      7. Fall protection and prevention plan

      8. Activity hazard analysis

      9. Site excavation and demolition health and safety requirements

      10. Safety bulletin board

      11. Notification & reporting requirements

   B. Demolition Plan: Submit a demolition plan for review and approval prior to start of any demolition work. The demolition plan shall include, but not be limited to, extents of demolition, method of shoring and bracing to the extent required, methods for ensuring all demolition is contained within the United States, and methods for backfilling trenches/voids created by demolition.

   C. Shop Drawings: Submit shop drawings for all concrete and steel construction, fabrication and erection for review and approval prior to starting work.

   D. Product & Design Data: Submittal product and design data for all products including, but not limited to pipe/box culverts, bridge components, gate hinges and locks, concrete mix designs, road aggregate, power distribution and equipment, and cameras.

## 1.6 CLOSEOUT SUBMITTALS

   A. Final Alignment Survey: Submit PDF showing the Work performed and record survey data.

## 1.7 QUALITY ASSURANCE

   A. Land Surveyor Qualifications: A professional land surveyor who is legally qualified to practice in jurisdiction where Project is located and who is experienced in providing land-surveying services of the kind indicated.

   B. Professional Engineer Qualifications: Refer to Section 01 40 00 "Quality Requirements."

   C. For wall bollards or other structural elements that require to be cut but not removed,

EXECUTION                                  01 73 00 - 2

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

cut in a manner that will not change their load-carrying capacity or increase deflection.

D.  Develop plan for cutting and patching including steel and concrete structures that complies with DOR construction specifications.

E.  Do not cut or remove operating elements and related components unless specifically approved by CBP. Operational elements include but are not limited to communications and electrical wiring systems.

F.  Manufacturer's Installation Instructions: Obtain and maintain on-site manufacturer's written recommendations and instructions for installation of specified products and equipment.

**PART 2 - PRODUCTS**

**2.1    MATERIALS**

A.  Comply with requirements specified in other Sections.

B.  In-Place Materials: Use materials for patching identical to in-place materials. For exposed surfaces, use materials that visually match in-place adjacent surfaces to the fullest extent possible. If identical materials are unavailable or cannot be used, use materials that, when installed, will provide a match acceptable to COR for the visual and functional performance of in-place materials. Use materials that are not considered hazardous.

C.  Cleaning Agents: Use cleaning materials and agents recommended by manufacturer or fabricator of the surface to be cleaned. Do not use cleaning agents that are potentially hazardous to health or property or that might damage finished surfaces.

**PART 3 - EXECUTION**

**3.1    EXAMINATION**

A.  Existing Conditions: The existence and location of underground and other utilities and construction indicated as existing are not guaranteed. Before beginning sitework, investigate and verify the existence and location of underground utilities, and electrical systems, and other construction affecting the Work.

1.  Before construction, verify the location and invert elevation at points of connection of sanitary sewer, storm sewer, gas service piping, and water-service piping; underground electrical services; and other utilities.

2.  Furnish location data for work related to Project that must be performed by public utilities serving Project site.

B.  Examination and Acceptance of Conditions: Before proceeding with each component of the Work, examine substrates, areas, and conditions, with Installer or Applicator present where indicated, for compliance with requirements for installation tolerances and other conditions affecting performance. Record observations.

C.  Proceed with Work only after unsatisfactory conditions have been corrected. Proceeding with the Work indicates acceptance of surfaces and conditions.

EXECUTION                                                                01 73 00 - 3

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**3.2    PREPARATION**

A.  Existing Utility Information: Furnish information to local utility and COR that is necessary to adjust, move, or relocate existing utility structures, utility poles, lines, services, or other utility appurtenances located in or affected by construction. Coordinate with authorities having jurisdiction.

B.  Field Measurements: Take field measurements to fit the Work properly. Recheck measurements before installing each product. Where portions of the Work are indicated to fit to other construction, verify dimensions of other construction by field measurements before fabrication. Coordinate fabrication schedule with construction progress to avoid delaying the Work.

C.  Space Requirements: Verify space requirements and dimensions of items shown diagrammatically on Drawings.

D.  Review of Contract Documents and Field Conditions: Immediately on discovery of the need for clarification of the Contract Documents, submit a request for information to COR in accordance with requirements in Section 01 31 00"Project Management and Coordination."

E.  Mockups, when required, shall be constructed with limits of temporary facility or within permanent construction. Mockups constructed within limits of temporary facilities shall be removed and disposed/recycled.

**3.3    CONSTRUCTION LAYOUT**

A.  Verification: Before proceeding to lay out the Work, verify layout information shown on Drawings, in relation to the property survey and existing benchmarks and existing conditions. If discrepancies are discovered, notify COR promptly.

B.  Engage a professional land surveyor experienced in laying out the Work, using the following accepted surveying practices:

1.  Establish benchmarks and control points to set lines and levels at varying levels of construction and elsewhere as needed to locate each element of Project.

2.  Establish limits on use of Project site.

3.  Establish dimensions within tolerances indicated. Do not scale Drawings to obtain required dimensions.

4.  Inform installers of lines and levels to which they must comply.

5.  Check the location, level and plumb, of every major element as the Work progresses.

6.  Notify COR when deviations from required lines and levels exceed allowable tolerances.

7.  Close site surveys with an error of closure equal to or less than the standard established by authorities having jurisdiction.

C.  Site Improvements: Locate and lay out site improvements, including pavements, grading, fill and topsoil placement, utility slopes, and rim and invert elevations.

EXECUTION                                                          01 73 00 - 4

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

D.  Structure Lines and Levels: Locate and lay out control lines and levels for structures, foundations, column grids, and grade levels, including those required for utility and electrical work. Transfer survey markings and elevations for use with control lines and levels. Level foundations and piers from two or more locations.

E.  Record Log: Maintain a log of layout control work. Record deviations from required lines and levels. Include beginning and ending dates and times of surveys, weather conditions, name and duty of each survey party member, and types of instruments and tapes used. Make the log available for reference by COR.

**3.4    FIELD ENGINEERING**

A.  Identification: Contractor will identify existing benchmarks, control points, and property corners.

B.  Reference Points: Locate existing permanent benchmarks, control points, and similar reference points before beginning the Work. Preserve and protect permanent benchmarks, monuments and control points during construction operations.

1.  Do not change or relocate existing benchmarks, IBWC monuments or control points without prior written approval of COR. Report lost or destroyed permanent benchmarks, monuments or control points promptly. Report the need to relocate permanent benchmarks, monuments or control points to COR before proceeding.

2.  Replace lost or destroyed permanent benchmarks, monuments and control points promptly. Base replacements on the original survey control points.

C.  Benchmarks: Establish and maintain a minimum of **two** permanent benchmarks for each mile of Project site, referenced to data established by survey control points. Comply with authorities having jurisdiction for type and size of benchmark.

1.  Record benchmark locations, with horizontal and vertical data, on Project Record Documents.

2.  Where the actual location or elevation of layout points cannot be marked, provide temporary reference points sufficient to locate the Work.

3.  Remove temporary reference points when no longer needed. Restore marked construction to its original condition.

D.  Certified Survey: On completion of foundations, major site improvements, and other work requiring field-engineering services, prepare a certified survey showing dimensions, locations, angles, and elevations of construction and sitework.

**3.5    DEMOLITION**

A.  Complete demolition fully to the extent shown the construction plans. Protect existing structures adjacent to planned demolition.

B.  Do not leave unfinished demolition in unsafe condition unless secured from public or wildlife access while unattended. This includes, but not limited to, rebar extrusions, unstable debris and trenches deeper than 1-ft.

C.  All demolition shall be contained within the United States including soils impacted by removal of foundations.

EXECUTION                                                                01 73 00 - 5

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

D. Demolition of foundations, not requiring replacement foundations any overlying structures or roads, at minimum shall backfilled with select fill uniformly moisture-conditioned to within ± 2% of the optimum moisture content, placed in horizontal lifts no greater than 8 inches in loose thickness, and compacted by mechanical means only, to a at least 90% of the maximum dry density in accordance with ASTM D 1557. Flowable fill providing composition similar to or better than select fill described above may be used in place of select fill. Backfill operations shall be completed to levels of adjacent finished grade.

E. Gaps that result from demolition of bollards or gates that where bollards or gates cannot be permanently replaced prior to the end the workday which the removal occurred, shall have the gap closed and secured using self-standing temporary bollard wall panels.

**3.6    INSTALLATION**

A. Locate the Work and components of the Work accurately, in correct alignment and elevation, as indicated.

1. Construct plumb and make horizontal work to the grades shown on the plans.

2. Where space is limited, install components to maximize space available for maintenance.

B. Comply with manufacturer's written instructions and recommendations for installing products in applications indicated.

C. Install products at the time and under conditions that will ensure satisfactory results as judged by the COR. Maintain conditions required for product performance until Final Completion.

D. Conduct construction operations, so no part of the Work is subjected to damaging operations or loading in excess of that expected during normal conditions of occupancy of type expected for Project.

E. Sequence the Work and allow adequate clearances to accommodate movement of construction items on-site and placement in permanent locations.

F. Tools and Equipment: Select tools or equipment that minimize production of excessive noise levels.

G. Templates: Obtain and distribute to the parties' involved templates for Work specified to be factory prepared and field installed. Check Shop Drawings of other portions of the Work to confirm that adequate provisions are made for locating and installing products to comply with indicated requirements.

H. Attachment: Provide blocking and attachment plates and anchors and fasteners of adequate size and number to securely anchor each component in place, accurately located and aligned with other portions of the Work. Where size and type of attachments are not indicated, verify size and type required for load conditions with manufacturer.

1. Mounting Heights: Where mounting heights are not indicated, mount components at heights directed by COR.

2. Allow for structure movement, including thermal expansion and contraction.

EXECUTION                                                                01 73 00 - 6

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    3. Coordinate installation of anchorages. Furnish setting drawings, templates, and directions for installing anchorages, including sleeves, concrete inserts, anchor bolts, and items with integral anchors, that are to be embedded in concrete. Deliver such items to Project site in time for installation.

I. Joints: Make joints of uniform width. Where joint locations in exposed Work are not indicated, arrange joints for the best visual effect, as judged by COR. Fit exposed connections together to form hairline joints.

J. Repair or remove and replace damaged, defective, or nonconforming Work.

    1. Comply with Section 01 77 00 "Closeout Procedures" for repairing or removing and replacing defective Work.

## 3.7 MANUFACTURER FIELD SERVICES

A. The Contractor shall provide manufacturer field services for testing, acceptance and training of automated gates cameras.

B. Manufacturer field services for testing and acceptance shall be provided during in-place construction and project closeout.

## 3.8 CUTTING AND PATCHING

A. General: Employ skilled workers to perform cutting and patching. Proceed with cutting and patching at the earliest feasible time, and complete without delay. Cut in-place construction to provide for installation of other components or performance of other construction, and subsequently patch as required to restore surfaces to their original condition.

B. Existing Warranties: Remove, replace, patch, and repair materials and surfaces cut or damaged during installation or cutting and patching operations, by methods and with materials so as not to void existing warranties.

C. Temporary Support: Provide temporary support of Work to be cut.

D. Protection: Protect in-place construction during cutting and patching to prevent damage. Provide protection from adverse weather conditions for portions of Project that might be exposed during cutting and patching operations.

E. Existing Utility Services and Electrical Systems: Where existing services/systems are required to be removed, relocated, or abandoned, bypass such services/systems before cutting to minimize prevent interruption to occupied areas.

F. Cutting: Cut in-place construction by sawing, drilling, breaking, chipping, grinding, and similar operations, including excavation, using methods least likely to damage elements retained or adjoining construction. If possible, review proposed procedures with original installer; comply with original Installer's written recommendations.

    1. In general, use hand or small power tools designed for sawing and grinding, not hammering and chopping. Cut holes and slots neatly to minimum size required, and with minimum disturbance of adjacent surfaces. Temporarily cover openings when not in use.

EXECUTION                                                01 73 00 - 7

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

2. Finished Surfaces: Cut or drill from the exposed or finished side into concealed surfaces.

3. Concrete: Cut using a cutting machine, such as an abrasive saw or a diamond-core drill.

4. Excavating and Backfilling: Comply with requirements in applicable Sections where required by cutting and patching operations.

5. Electrical Services: Cut off conduit to be abandoned in existing construction. Cap, valve, or plug and seal remaining portion of pipe or conduit to prevent entrance of moisture or other foreign matter after cutting.

6. Proceed with patching after construction operations requiring cutting are complete.

G. Patching: Patch construction by filling, repairing, refinishing, closing up, and similar operations following performance of other Work. Patch with durable seams that are ¼" or smaller, as judged by COR. Provide materials and comply with installation requirements specified in other Sections, where applicable.

1. Inspection: Where feasible, test and inspect patched areas after completion to demonstrate physical integrity of installation.

2. Exposed Finishes: Restore exposed finishes of patched areas and extend finish restoration into retained adjoining construction in a manner that will eliminate evidence of patching and refinishing. Where patching occurs in a painted surface, prepare substrate and apply primer and intermediate paint coats appropriate for substrate over the patch, and apply final paint coat over entire unbroken surface containing the patch. Provide additional coats until patch blends with adjacent surfaces.

H. Cleaning: Clean areas and spaces where cutting and patching are performed. Remove paint, mortar, oils, putty, and similar materials from adjacent finished surfaces.

## 3.9    PROGRESS CLEANING

A. Clean Project site and work areas daily, including common areas. Enforce requirements strictly. Dispose of materials lawfully.

1. Comply with requirements in NFPA 241 for removal of combustible waste materials and debris.

2. Do not hold waste materials more than seven days during normal weather or three days if the temperature is expected to rise above 80 deg F.

3. Containerize hazardous and unsanitary waste materials separately from other waste. Mark containers appropriately and dispose of legally, according to regulations. Use containers intended for holding waste materials of type to be stored.

B. Site: Maintain Project site free of waste materials and debris.

C. Work Areas: Clean areas where Work is in progress to the level of cleanliness necessary for proper execution of the Work.

1. Remove liquid spills promptly.

2. Maintain dust control throughout the duration of construction through use of water

EXECUTION                                                    01 73 00 - 8

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

trucks.

   3.  Concrete truck cleanout shall only be conducted in Contractor designated areas.

D.  Installed Work: Keep installed work clean. Clean installed surfaces according to written instructions of manufacturer or fabricator of product installed, using only cleaning materials specifically recommended. If specific cleaning materials are not recommended, use cleaning materials that are not hazardous to health or property and that will not damage exposed surfaces.

E.  Concealed Spaces: Remove debris from concealed spaces before enclosing the space.

F.  Exposed Surfaces: Clean exposed surfaces and protect as necessary to ensure freedom from damage and deterioration at time of Final Completion.

G.  Waste Disposal: Do not bury or burn waste materials on-site. Do not wash waste materials down sewers or into waterways. Comply with waste disposal requirements in Section 01 50 00 "Temporary Facilities and Controls." Section 01 74 19 "Construction Waste Management and Disposal."

H.  During handling and installation, clean and protect construction in progress and adjoining materials already in place. Apply protective covering where required to ensure protection from damage or deterioration at Final Completion.

I.  Clean and provide maintenance on completed construction as frequently as necessary through the remainder of the construction period. Adjust and lubricate operable components to ensure operability without damaging effects.

**3.10  PROTECTION AND REPAIR OF INSTALLED CONSTRUCTION**

A.  Provide final protection and maintain conditions that ensure installed Work is without damage or deterioration at time of Final Completion.

B.  Repair Work previously completed and subsequently damaged during construction period. Repair to like-new condition.

C.  Protection of Existing Items: Provide protection and ensure that existing items to remain undisturbed by construction are maintained in condition that existed at commencement of the Work.

D.  Comply with manufacturer's written instructions for temperature and relative humidity.

**END OF SECTION**

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 74 19**

**CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL**

**PART 1 - GENERAL**

**1.1     SUMMARY**

A.   Section includes administrative and procedural requirements for the following:

1.   Salvaging nonhazardous demolition and construction waste.

2.   Recycling nonhazardous demolition and construction waste.

3.   Disposing of nonhazardous demolition and construction waste.

**1.2     DEFINITIONS**

A.   Construction Waste: Structure, and site improvement materials and other solid waste resulting from construction, remodeling, renovation, or repair operations. Construction waste includes packaging.

B.   Demolition Waste: Structure, and site improvement materials resulting from demolition operations.

C.   Disposal: Removal of demolition or construction waste and subsequent salvage, sale, recycling, or deposit in landfill, incinerator acceptable to authorities having jurisdiction.

D.   Recycle: Recovery of demolition or construction waste for subsequent processing in preparation for reuse.

E.   Salvage: Recovery of demolition or construction waste and subsequent sale or reuse in another facility.

F.   Salvage and Reuse: Recovery of demolition or construction waste and subsequent incorporation into the Work.

**1.3     MATERIALS OWNERSHIP**

A.   Unless otherwise indicated, demolition and construction waste shall become property of Contractor.

B.   Historic items, relics, antiques, and similar objects including, but not limited to, cornerstones and their contents, commemorative plaques and tablets, and other items of interest or value to Government that may be uncovered during demolition remain the property of Government. Carefully salvage in a manner to prevent damage and promptly return to Government.

**1.4     ACTION SUBMITTALS**

A.   Waste Management Plan: Submit plan as part of the pre-construction submittals.

**1.5     INFORMATIONAL SUBMITTALS**

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

A.  N/A

**1.6     QUALITY ASSURANCE**

A.  Waste Management Coordinator Qualifications: Experienced firm, or individual employed and assigned by the Contractor, with a record of successful waste management coordination of projects with similar cost and complexity.

B.  Regulatory Requirements: Comply with transportation and disposal regulations of authorities having jurisdiction.

**1.7     WASTE MANAGEMENT PLAN**

A.  Waste Identification: Indicate anticipated types and quantities of demolition, site-clearing, and construction waste generated by the Work. Use Form CWM-1 for construction waste and Form CWM-2 for demolition waste. Include estimated quantities and assumptions for estimates.

B.  Waste Reduction Work Plan: List each type of waste and whether it will be salvaged, recycled, or disposed of in landfill or incinerator. Use Form CWM-3 for construction waste and Form CWM-4 for demolition waste. Include points of waste generation, total quantity of each type of waste, quantity for each means of recovery, and handling and transportation procedures.

1.  Salvaged Materials for Sale: For materials that will be sold to individuals and organizations, include list of their names, addresses, and telephone numbers.

2.  Salvaged Materials for Donation: For materials that will be donated to individuals and organizations, include list of their names, addresses, and telephone numbers.

3.  Recycled Materials: Include list of local receivers and processors and type of recycled materials each will accept. Include names, addresses, and telephone numbers.

4.  Disposed Materials: Indicate how and where materials will be disposed of. Include name, address, and telephone number of each landfill and incinerator facility.

5.  Handling and Transportation Procedures: Include method that will be used for separating recyclable waste including sizes of containers, container labeling, and designated location where materials separation will be performed.

**PART 2 - PRODUCTS**

**2.1     PERFORMANCE REQUIREMENTS**

A.  General: Achieve end-of-Project rates for salvage/recycling of 50 percent by weight of total nonhazardous solid waste generated by the Work. Practice efficient waste management in the use of materials in the course of the Work. Use all reasonable means to divert construction and demolition waste from landfills and incinerators. Facilitate recycling and salvage of materials, including the following:

1.  Demolition Waste:

    a.  Asphalt paving.
    b.  Concrete.
    c.  Concrete reinforcing steel.

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

  d.  Structural and miscellaneous steel.
  e.  Supports and hangers.
  f.  Electrical conduit.
  g.  Copper wiring.

 2.  Construction Waste:

  a.  Wood sheet materials.
  b.  Metals.
  c.  Piping.
  d.  Electrical conduit.
  e.  Packaging: Regardless of salvage/recycle goal indicated in "General" Paragraph above, salvage or recycle 100 percent of the following uncontaminated packaging materials:
   1)  Paper.
   2)  Cardboard.
   3)  Boxes.
   4)  Plastic sheet and film.
   5)  Polystyrene packaging.
   6)  Wood crates.
   7)  Wood pallets.
   8)  Plastic pails.
  f.  Construction Office Waste: Regardless of salvage/recycle goal indicated in "General" Paragraph above, salvage or recycle 100 percent of the following construction office waste materials:
   1)  Paper.
   2)  Aluminum cans.
   3)  Glass containers.

## PART 3 - EXECUTION

### 3.1 PLAN IMPLEMENTATION

A.  General: Implement approved waste management plan. Provide handling, containers, storage, signage, transportation, and other items as required to implement waste management plan during the entire duration of the Contract.

 1.  Submit waste management plan for approval as a part of preconstruction submittals.

 2.  Comply with operation, termination, and removal requirements in Section 01 50 00 "Temporary Facilities and Controls."

B.  Training: Train workers, subcontractors, and suppliers on proper waste management procedures, as appropriate for the Work.

 1.  Distribute waste management plan to everyone concerned within **three** working days of submittal return.

 2.  Distribute waste management plan to entities when they first begin work on-site. Review plan procedures and locations established for salvage, recycling, and disposal.

C.  Site Access and Temporary Controls: Conduct waste management operations to ensure minimum interference with roads, streets, walks, walkways, and other adjacent occupied

CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL    01 74 19 - 3

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

and used facilities.

1. Designate and label specific areas on Project site necessary for separating materials that are to be salvaged and recycled.

2. Comply with Section 01 50 00 "Temporary Facilities and Controls" for controlling dust and dirt, environmental protection, and noise control.

D. Waste Management in Historic Zones or Areas: Transportation equipment and other materials shall be of sizes that clear surfaces within historic spaces, areas, rooms, and openings, by 12 inche**s** or more.

**3.2    SALVAGING DEMOLITION WASTE**

A. Salvaged Items for Reuse in the Work: Salvage items for reuse and handle as follows:

1. Clean salvaged items.

2. Pack or crate items after cleaning. Identify contents of containers with label indicating elements, date of removal, quantity, and location where removed.

3. Store items in a secure area until installation.

4. Protect items from damage during transport and storage.

5. Install salvaged items to comply with installation requirements for new materials and equipment. Provide connections, supports, and miscellaneous materials necessary to make items functional for use indicated.

B. Salvaged Items for Sale and Donation: Not permitted on Project site.

C. Salvaged Items for Government's Use: Salvage items for Government's use and handle as follows:

1. Clean salvaged items.

2. Pack or crate items after cleaning. Identify contents of containers with label indicating elements, date of removal, quantity, and location where removed.

3. Store items in a secure area until delivery to Government.

4. Transport    items    to    Government's storage area  off-site designated by Government.

5. Protect items from damage during transport and storage.

**3.3    RECYCLING DEMOLITION AND CONSTRUCTION WASTE, GENERAL**

A. General: Recycle paper and beverage containers used by on-site workers.

B. Recycling Incentives: Revenues, savings, rebates, tax credits, and other incentives received for recycling waste materials shall be shared equally by Government and Contractor.

C. Preparation of Waste: Prepare and maintain recyclable waste materials according to recycling or reuse facility requirements. Maintain materials free of dirt, adhesives, solvents, petroleum contamination, and other substances deleterious to the recycling process.

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    D.   Procedures: Separate recyclable waste from other waste materials, trash, and debris. Separate recyclable waste by type at Project site to the maximum extent practical according to approved construction waste management plan.

        1.   Provide appropriately marked containers or bins for controlling recyclable waste until removed from Project site. Include list of acceptable and unacceptable materials at each container and bin.

            a.   Inspect containers and bins for contamination and remove contaminated materials if found.

        2.   Stockpile processed materials on-site without intermixing with other materials. Place, grade, and shape stockpiles to drain surface water. Cover to prevent windblown dust.

        3.   Stockpile materials away from construction area. Do not store within drip line of remaining trees.

        4.   Store components off the ground and protect from the weather.

        5.   Remove recyclable waste from Government's property and transport to recycling receiver or processor as often as required to prevent overfilling bins.

## 3.4   RECYCLING DEMOLITION WASTE

    A.   Asphalt Paving: Grind asphalt to maximum 1-1/2-inch size.

        1.   Crush asphaltic concrete paving and screen to comply with requirements in Section 31 20 00 "Earth Moving" for use as general fill.

    B.   Asphalt Paving: Break up and transport paving to asphalt-recycling facility.

    C.   Concrete: Remove reinforcement and other metals from concrete and sort with other metals.

        1.   Pulverize concrete to maximum 1-1/2-inch size.

        2.   Crush concrete and screen to comply with requirements in Section 31 20 00 "Earth Moving" for use as satisfactory soil for fill or subbase.

    D.   Wood Materials: Sort and stack members according to size, type, and length. Separate lumber, engineered wood products, panel products, and treated wood materials.

    E.   Metals: Separate metals by type.

        1.   Structural Steel: Stack members according to size, type of member, and length.

        2.   Remove and dispose of bolts, nuts, washers, and other rough hardware.

## 3.5   RECYCLING CONSTRUCTION WASTE

    A.   Packaging:

        1.   Cardboard and Boxes: Break down packaging into flat sheets. Bundle and store in a dry location.

        2.   Polystyrene Packaging: Separate and bag materials.

        3.   Pallets: As much as possible, require deliveries using pallets to remove pallets

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

from Project site. For pallets that remain on-site, break down pallets into component wood pieces and comply with requirements for recycling wood.

    4.  Crates: Break down crates into component wood pieces and comply with requirements for recycling wood.

B.  Wood Materials:

    1.  Clean Cut-Offs of Lumber: Grind or chip into small pieces.

C.  Paint: Seal containers and store by type.

**3.6    DISPOSAL OF WASTE**

A.  General: Except for items or materials to be salvaged or recycled, remove waste materials from Project site and legally dispose of them in a landfill or incinerator acceptable to authorities having jurisdiction.

    1.  Except as otherwise specified, do not allow waste materials that are to be disposed of accumulate on-site.

    2.  Remove and transport debris in a manner that will prevent spillage on adjacent surfaces and areas.

B.  General: Except for items or materials to be salvaged or recycled, remove waste materials and legally dispose of off-site, as approved in the waste management plan.

C.  Burning: Do not burn waste materials.

**END OF SECTION**

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 77 00**

**CLOSEOUT PROCEDURES**

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.   Section includes administrative and procedural requirements for Contract closeout, including, but not limited to, the following:

1.   Substantial Completion procedures.

2.   Final completion procedures.

3.   Warranties.

4.   Final cleaning.

**1.2    DEFINITIONS**

A.   List of Incomplete Items: Contractor-prepared list of items to be completed or corrected, prepared for the COR's use prior to COR's inspection, to determine if the Work is substantially complete.

B.   As-Built Drawings: As-built drawings are developed and maintained by the Contractor and depict actual conditions, including deviations from the Contract Documents. These deviations and additions may result from coordination required by, but not limited to contract modifications; official responses to Contractor submitted Requests for Information; direction from the COR; designs which are the responsibility of the Contractor, and differing site conditions. Maintain the as-builts throughout construction as red-lined hard copies on site and or red-lined PDF files as directed by the COR. As-built drawings are further defined in NFAS 5252.236-9310. These files serve as the basis for the creation of the record drawings.

C.   Record Drawings: The record drawings are the final compilation of actual conditions reflected in the as-built drawings.

**1.3    SUBMITTALS**

A.   Submit the following in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

1.   Product Data

a.   Warranty Management Plan
b.   Warranty Tags

2.   Manufacturer's Instructions

a.   Posted Instructions
   1)   Preventative Maintenance
   2)   Conditioning Monitoring (Predictive Testing)

3.   Closeout Submittals

a.   As-Built Drawings; (action submittal)

CLOSEOUT PROCEDURES                                                01 77 00 - 1

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

  b. Record Drawings; (action submittal)
  c. As-Built Record of Equipment and Materials
  d. Final Approved Shop Drawings
  e. Construction Contract Specifications

**1.4 ACTION SUBMITTALS**

 A. Contractor's List of Incomplete Items: Initial submittal at Substantial Completion.

 B. Certified List of Incomplete Items: Final submittal at Final Completion.

**1.5 CLOSEOUT SUBMITTALS**

 A. Certificates of Release: From authorities having jurisdiction.

 B. Certificate of Insurance: For continuing coverage through the warranty period.

**1.6 QUALITY CONTROL**

 A. Additions and corrections to the contract drawings must be equal in quality and detail to that of the originals. Line colors, line weights, lettering, layering conventions, and symbols must be the same as the original line colors, line weights, lettering, layering conventions, and symbols.

**1.7 MAINTENANCE MATERIAL SUBMITTALS**

 A. Schedule of Maintenance Material Items: For maintenance material submittal items required by other Sections.

**1.8 SUBSTANTIAL COMPLETION PROCEDURES**

 A. Contractor's List of Incomplete Items: Prepare and submit a list of items to be completed and corrected (Contractor's "punch list"), indicating the value of each item on the list and reasons why the Work is incomplete.

 B. Submittals Prior to Substantial Completion: Complete the following a minimum of **10** working days prior to requesting inspection for determining date of Substantial Completion. List items below that are incomplete at time of request.

  1. Certificates of Release: Obtain and submit releases from authorities having jurisdiction, permitting Government unrestricted use of the Work and access to services and utilities. Include occupancy permits, operating certificates, and similar releases.

  2. Submit closeout submittals specified in other Division 01 Sections, including Project Record Documents, maintenance manuals, damage or settlement surveys, property surveys, and similar final record information.

  3. Submit closeout submittals specified in individual Sections, including specific warranties, workmanship bonds, maintenance service agreements, final certifications, and similar documents.

  4. Submit maintenance material submittals specified in individual Sections, including tools, spare parts, extra materials, and similar items, and deliver to location designated by COR. Label with manufacturer's name and model number.

CLOSEOUT PROCEDURES          01 77 00 - 2

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

      a.  Schedule of Maintenance Material Items: Prepare and submit schedule of maintenance material submittal items, including name and quantity of each item and name and number of related Specification Section. Obtain COR's signature for receipt of submittals.

    5.  Submit record of testing per requirements provided in Paragraph 3.1 below.

    6.  Submit sustainable design submittals not previously submitted.

    7.  Submit changeover information related to Government's occupancy, use and maintenance.

C.  Procedures Prior to Substantial Completion: Complete the following a minimum of **10 working** days prior to requesting inspection for determining date of Substantial Completion. List items below that are incomplete at time of request.

    1.  Perform preventive maintenance on products used prior to Substantial Completion. Consult manufacturer for warranty requirements prior to conducting preventative maintenance.

    2.  Instruct Government's personnel in adjustment, and maintenance of products.

    3.  Advise Government of changeover in utility services.

    4.  Participate with Government in conducting inspection and walkthrough with local emergency responders.

    5.  Terminate and remove temporary facilities from Project site, along with mockups, construction tools, and similar elements.

    6.  Complete final cleaning requirements.

D.  Inspection: Submit a written request for inspection to determine Substantial Completion a minimum of **10** working days prior to date the Work will be completed and ready for final inspection and tests. On receipt of request, COR will either proceed with inspection or notify Contractor of unfulfilled requirements. COR will prepare the Certificate of Substantial Completion after inspection or will notify Contractor of items, either on Contractor's list or additional items identified by COR, that must be completed or corrected before certificate will be issued.

    1.  Request reinspection when the Work identified in previous inspections as incomplete is completed or corrected.

    2.  Results of completed inspection will form the basis of requirements for Final Completion.

**1.9    FINAL COMPLETION PROCEDURES**

A.  Submittals Prior to Final Completion: Before requesting final inspection for determining Final Completion, complete the following:

    1.  Certified List of Incomplete Items: Submit certified copy of COR's Substantial Completion inspection list of items to be completed or corrected (punch list), endorsed and dated by COR. Certified copy of the list shall state that each item has been completed or otherwise resolved for acceptance.

    2.  Submit Final Completion photographic documentation for review and approval.

B.  Inspection: Submit a written request for final inspection to determine acceptance a

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

minimum of [10] working days prior to date the Work will be completed and ready for final inspection and tests. On receipt of request, COR will either proceed with inspection or notify Contractor of unfulfilled requirements. COR will prepare a final Certificate for Payment after inspection or will notify Contractor of construction that must be completed or corrected before certificate will be issued.

1.  Request reinspection when the Work identified in previous inspections as incomplete is completed or corrected.

## 1.10   LIST OF INCOMPLETE ITEMS

A.  Organization of List: Include name and identification of each space and area affected by construction operations for incomplete items and items needing correction including, if necessary, areas disturbed by Contractor that are outside the limits of construction.

1.  Organize list of spaces in sequential order, listed by area number.

2.  Organize items applying to each area by major elements, including categories for equipment, and structural systems.

3.  Include the following information at the top of each page:

    a.  Project name.
    b.  Date.
    c.  Name of COR.
    d.  Name of Contractor.
    e.  Page number.

4.  Submit list of incomplete items in the following format:
    a.  Web-Based Project Software Upload: Utilize software feature for creating and updating list of incomplete items (punch list).

## 1.11   WARRANTY MANAGEMENT

A.  Warranty Management Plan

1.  Develop a draft warranty management plan as part of the pre-construction submittal requirements. At least 30 calendar days before the planned project closeout meeting, submit the final warranty management plan. Include within the warranty management plan all required actions and documents to assure that the Government receives all warranties to which contain sufficient detail to render it suitable for use by future maintenance and repair personnel, whether tradesmen, or of engineering background, not necessarily familiar with this contract. The term "status" as indicated below must include due date and whether item has been submitted or was accomplished. Warranty information made available during the construction phase must be submitted to the COR for approval prior to each monthly pay estimate. Assemble approved information in a PDF and turn over to the Government upon acceptance of the work. The construction warranty period will begin on the date of project acceptance and continue for the full product warranty period. A joint 4-month, 9-month, and 1 year warranty inspection will be conducted, measured from time of acceptance, by the Contractor and COR. Include within the warranty management plan, but not limited to, the following:

    a.  Roles and responsibilities of all personnel associated with the warranty process, including points of contact and telephone numbers within the organizations of the Contractors, subcontractors, manufacturers or suppliers

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

  involved.

  b.  Furnish with each warranty the name, address, and telephone number of each of the guarantor's representatives nearest to the project location.

  c.  A list for each warranted product or feature of construction indicating:
     1)  Name of item.
     2)  Model and serial numbers.
     3)  Location where installed.
     4)  Name and phone numbers of manufacturers or suppliers.
     5)  Names, addresses and telephone numbers of sources of spare parts.
     6)  Warranties and terms of warranty. Include one-year overall warranty of construction, including the starting date of warranty of construction. Items which have extended warranties must be indicated with separate warranty expiration dates.
     7)  Cross-reference to warranty certificates as applicable.
     8)  Starting point and duration of warranty period.
     9)  Summary of maintenance procedures required to continue the warranty in force.
     10) Cross-reference to specific pertinent Maintenance manuals.
     11) Organization, names and phone numbers of persons to call for warranty service.
     12) Typical response time and repair time expected for various warranted equipment.

  d.  The plans for attendance at the 4-month, 9 month and 1-year post-construction warranty inspections conducted by the Government.

  e.  The Contractor's Project Manager, or CBP approved Contractor representative, shall be in attendance for each site visit.

  f.  Reserved.

**1.12    Pre-Warranty Requirements**

  A.  As a part of the Project Closeout Meeting, develop a mutual understanding with the COR with respect to the requirements of this section. Communication procedures for Contractor notification of construction warranty defects, priorities with respect to the type of defect, reasonable time required for Contractor response, and other details deemed necessary by the COR for the execution of the construction warranty will be established/reviewed during the meeting. In connection with these requirements and at the time of the Contractor's quality control completion inspection, furnish the name, telephone number and address of a licensed and bonded company which is authorized to initiate and pursue construction warranty maintenance and repair work on behalf of the Contractor. This point of contact will be located within the local service area of the warranted construction, be continuously available, and be responsive to Government inquiry on warranty work action and status. This requirement does not relieve the Contractor of any of its responsibilities in connection with other portions of this provision.

**1.13    SUBMITTAL OF PROJECT WARRANTIES**

  A.  Organize warranty documents into an orderly sequence based on the table of contents of Project Manual.

  B.  Warranty Electronic File: Provide warranties and bonds in PDF format. Assemble complete warranty and bond submittal package into a single electronic PDF file with

CLOSEOUT PROCEDURES                                                        01 77 00 - 5

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

bookmarks enabling navigation to each item. Provide bookmarked table of contents at beginning of document. Submit by uploading to web-based project software site to COR.

C.  Warranties in Paper Form:

1.  Bind warranties and bonds in heavy-duty, three-ring, vinyl-covered, loose-leaf binders, thickness as necessary to accommodate contents, and sized to receive 8-1/2-by-11-inch paper.

2.  Provide heavy paper dividers with plastic-covered tabs for each separate warranty. Mark tab to identify the product or installation. Provide a typed description of the product or installation, including the name of the product and the name, address, and telephone number of Installer.

3.  Identify each binder on the front and spine with the typed or printed title "WARRANTIES," Project name, and name of Contractor.

D.  Provide additional copies of each warranty to include in maintenance manuals.

**PART 2 - PRODUCTS**

**2.1    MATERIALS**

A.  SYSTEM DESCRIPTION

1.  Prepare the CAD drawing files in AutoCAD format compatible with the latest Windows operating system.

    a.  Additional Drawings: If additional drawings are required, prepare them using the specified electronic file format applying the same graphic standards specified for original drawings. The title block and drawing border to be used for any new final record drawings must be identical to that used on the contract drawings.

    b.  Sheet Numbers and File Names: If a sheet needs to be added between two sequential sheets, append a Supplemental Drawing Designator in accordance with ERDC/ITL TR-12-6 Adding a drawing sheet, and ERDC/ITL TR-12-1 Adding or deleting drawing sheets and index sheet procedures.

B.  CERTIFICATION OF EPA DESIGNATED ITEMS

1.  Submit the Certification of EPA Designated Items as required by FAR 52.223-9, "Certification and Estimate of Percentage of Recovered Material Content for EPA Designated Items". Include on the certification form the following information: project name, project number, Contractor name, license number, Contractor address, and certification. The certification will read as follows and be signed and dated by the Contractor. "I hereby certify the information provided herein is accurate and that the requisition/procurement of all materials listed on this form comply with current EPA standards for recycled/recovered materials content. The following exemptions may apply to the non-procurement of recycled/recovered content materials:

    a.  The product does not meet appropriate performance standards.
    b.  The product is not available within a reasonable time frame.
    c.  The product is not available competitively (from two or more sources).
    d.  The product is only available at an unreasonable price (compared with a

CLOSEOUT PROCEDURES                                                      01 77 00 - 6

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

comparable non-recycled content product."

**PART 3 - EXECUTION**

**3.1    TESTING AND TRAINING**

A. The Contractor shall perform all testing including pre-testing and final testing of all equipment. The Contractor shall hire a third-party Commissioning Authority (C/A) to advise the Contractor on the testing and commissioning plan to be approved by the Government for the equipment to operate as designed for Final Closeout activities. Testing shall include all mechanical, electrical and telecommunications items constructed as a part of this project which include, but are not limited to, automated gates, camera and fiber installations. Timing of testing shall be coordinated with the COR. The COR and the Government as well as the Contractor's specialist shall be present during all testing. Defects noted by the COR shall be included in the Contractor's List of Incomplete Items for verification of correction during Substantial Completion.

B. The Contractor shall employ a specialist to conduct demonstration and training for Government in the use of automated gates, cameras, network equipment such as routers, switches, media converters, workstations at the shelters, Manual Transfer Switch (MTS) and emergency generator, as applicable, and constructed as a part of this project. Persons operating the MTS and emergency generator shall be a Qualified Person. Timing of training shall be coordinated through the COR, but in any case shall be completed within 30 calendar days after final completion. Comply with requirements outline in Section 01 79 00 Demonstration and Training.

**3.2    AS-BUILT DRAWINGS**

A. Provide and maintain two black line print copies of the PDF contract drawings for As-Built Drawings.

1. Markup Guidelines

a. Make comments and markup the drawings complete without reference to letters, memos, or materials that are not part of the As-Built drawing. Show what was changed, how it was changed, where item(s) were relocated and change related details. These working as-built markup prints must be neat, legible and accurate as follows:
1) Use base colors of red, green, and blue. Color code for changes as follows:
a) Special (Blue) - Items requiring special information, coordination, or special detailing or detailing notes.
b) Deletions (Red) - Over-strike deleted graphic items (lines), lettering in notes and leaders.
c) Additions (Green) - Added items, lettering in notes and leaders.
2) Provide a legend if colors other than the "base" colors of red, green, and blue are used.
3) Add and denote any additional equipment or material facilities, service lines, incorporated under As-Built Revisions if not already shown in legend.
4) Use frequent written explanations on markup drawings to describe changes. Do not totally rely on graphic means to convey the revision.
5) Use legible lettering and precise and clear digital values when marking prints.

CLOSEOUT PROCEDURES                                            01 77 00 - 7

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

          Clarify ambiguities concerning the nature and application of change involved.

6) Wherever a revision is made, also make changes to related section views, details, legend, profiles, plans and elevation views, schedules, notes and call out designations, and mark accordingly to avoid conflicting data on all other sheets.

7) For deletions, cross out all features, data and captions that relate to that revision.

8) For changes on small-scale drawings and in restricted areas, provide large-scale inserts, with leaders to the applicable location.

9) Indicate one of the following when attaching a print or sketch to a markup print:

    a) Add an entire drawing to contract drawings.

    b) Change the contract drawing to show.

    c) Provided for reference only to further detail the initial design.

10) Incorporate all shop and fabrication drawings into the markup drawings.

## 3.3    As-Built Drawings Content

A. Revise As-Built Drawings in accordance with ERDC/ITL TR-12-1 and ERDC/ITL TR- 12-6 As-built drawings shall become the sole and exclusive property of the Government and subject to non-disclosure and confidentiality.

B. Provide 2 sets of paper copies from PDF drawings to show the as-built conditions by red-line process during the execution of the project. Keep these working as-built markup drawings current on a weekly basis and at least one set available on the jobsite at all times. Changes from the contract drawings which are made during construction or additional information which might be uncovered in the course of construction must be accurately and neatly recorded as they occur by means of details and notes. Submit the working as-built markup drawings for approval prior to submission of each monthly pay estimate. For failure to maintain the working and final record drawings as specified herein, the COR will withhold 10 percent of the monthly progress payment until approval of updated drawings.

C. Show on the as-built drawings, but not limited to, the following information:

1. The actual location, kinds and sizes of all sub-surface utility lines. In order that the location of these lines and appurtenances may be determined in the event the surface openings or indicators become covered over or obscured, show by offset dimensions to two permanently fixed surface features the end of each run including each change in direction on the record drawings. Locate valves, splice boxes and similar appurtenances by dimensioning along the utility run from a reference point. Also record the average depth below the surface of each run.

2. The location and dimensions of any changes within the Attributes.

3. Layout and drawings of all power and camera components.

4. Correct grade, elevations, cross section, or alignment of roads, earthwork, structures or utilities if any changes were made from contract plans.

5. Changes in details of design or additional information obtained from working drawings specified to be prepared and/or furnished by the Contractor.

CLOSEOUT PROCEDURES                        01 77 00 - 8

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

6. The topography, invert elevations and grades of completed or affected as part of the project construction.

7. Changes or Revisions which result from the final inspection.

8. Where contract drawings or specifications present options, show only the option selected for construction on the working as-built markup drawings.

9. If borrow material for this project is from sources on Government property, or if Government property is used as a spoil area, furnish a contour map of the final borrow pit/spoil area elevations.

10. Modifications (include within change order price the cost to change working as-built markup drawings to reflect modifications)

11. Actual location of anchors, construction and control joints, etc., in concrete.

12. Unusual or uncharted obstructions that are encountered in the contract work area during construction.

13. Location, extent, thickness, and size of scour protection, as applicable.

## 3.4    RECORD DRAWING FILES

A. If additional drawings are required, prepare them using the specified electronic file format applying the same graphic standards specified for original drawings. The title block and drawing border to be used for any new final record drawings must be identical to that used on the contract drawings. Accomplish additions and corrections to the contract drawings using CAD files. Provide all program files and hardware necessary to prepare final PDF record drawings. The COR will review final PDF record drawings for accuracy and return them to the Contractor for required corrections, changes, additions, and deletions.

1. Rename the CAD Drawing files

   a. Rename the CAD Drawing files using the contract number as the Project Code field, (e.g., W91238-15-C-10A-102.DWGDGN) as instructed in the Pre-Construction conference. Use only those renamed files for the Marked- up changes. Make all changes on the layer/level as the original item.

   1) For AutoCAD files (DWG), enter all as-built delta changes and notations on the AS-BUILT layer.

   2) When final revisions have been completed, show the wording "RECORD DRAWING AS-BUILTS" followed by the name of the Contractor in letters at least 3/16 inch high on the cover sheet drawing. Date RECORD DRAWING AS-BUILTS" drawing revisions in the revision block.

   3) Within 20 calendar days after Government approval of all of the working record drawings for a phase of work, prepare the final CAD record drawings for that phase of work and submit PDF drawing files electronically via e-mail for review and approval. The Government will promptly review and annotate with any necessary corrections and return via e-mail. Within 10 business days revise the CAD files accordingly at no additional cost and submit one set of final prints for the completed phase of work to the Government. Within 20 calendar days of substantial completion of all phases of work, submit the final record drawing package for the entire project. Submit one set of electronic CAD files, and one set of the approved working record PDF files on optical disc. The CAD files must be complete in all details and identical in form and function to the CAD drawing files supplied by the Government.

CLOSEOUT PROCEDURES                                                01 77 00 - 9

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

4) Prepare AutoCAD files for transmittal using e-Transmit. The Government reserves the right to reject any drawing files it deems incompatible with the customer's CAD system. Paper prints, drawing files and storage media submitted will become the property of the Government upon final approval. Failure to submit final record PDF drawing files, CAD files and marked prints as specified will be cause for withholding any payment due under this contract. Approval and acceptance of final record drawings must be accomplished before final payment is made.

## 3.5    RECORD DOCUMENTS

A. Prepare final record documents after the completion of each definable phase of work as listed in the Contractor Quality Control Plan.

B. Drawings: Transfer the changes from the approved working as-built markup drawings to the original electronic CAD drawing files. Modify the as-built CAD drawing files to correctly show the features of the project as-built by bringing the working CAD drawing set into agreement with approved working as-built markup drawings and adding such additional drawings as may be necessary. Refer to ERDC/ITL TR- 12-1 Chapter 11 Drawing Revisions. Jointly review the working as-built markup drawings with printouts from working as-built CAD drawing PDF files for accuracy and completeness. Monthly review of working as- built CAD drawing PDF file printouts must cover all sheets revised since the previous review. These PDF drawing files are part of the permanent records of this project. Any drawings damaged or lost must be satisfactorily replaced at no expense to the Government.

1. Drawing revisions (include within change order price the cost to change working and final record drawings to reflect revisions) and compliance with the following procedures.

   a. Follow directions in the revision for posting descriptive changes.
   b. The revision delta size must be 5/16 inch unless the area where the delta is to be placed is crowded. Use a smaller size delta for crowded areas.
   c. Place a revision delta at the location of each deletion.
   d. For new details or sections which are added to a drawing, place a revision delta by the detail or section title.
   e. For minor changes, place a revision delta by the area changed on the drawing (each location).
   f. For major changes to a drawing, place a revision delta by the title of the affected plan, section, or detail at each location.
   g. For changes to schedules or drawings, place a revision delta either by the schedule heading or by the change in the schedule.

C. Specifications: Mark Specifications to indicate the actual product installation, where installation varies from that indicated in Specifications, addenda, and Contract modifications.

1. Give particular attention to information on concealed products and installations that cannot be readily identified and recorded later.

2. Mark copy with the proprietary name and model number of products, materials, and equipment furnished, including substitutions and product options selected.

3. Record the name of manufacturer, supplier, Installer, and other information necessary to provide a record of selections made.

CLOSEOUT PROCEDURES                                        01 77 00 - 10

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

4. For each principal product, indicate whether Record Product Data has been submitted in maintenance manuals instead of submitted as Record Product Data.

5. Note related Change Orders, Record Product Data, and Record Drawings where applicable.

6. Format: Submit record specifications as a scanned PDF electronic file(s) of marked-up paper copy of Specifications.

D. Product Data: Maintain one copy of each submittal during the construction period for Project Record Document purposes. Post changes and revisions to Project Record Documents as they occur; do not wait until end of Project.

1. Preparation: Mark Product Data to indicate the actual product installation where installation varies substantially from that indicated in Product Data submittal.

2. Give particular attention to information on concealed products and installations that cannot be readily identified and recorded later.

3. Include significant changes in the product delivered to Project site and changes in manufacturer's written instructions for installation.

4. Note related Change Orders, Record Specifications, and Record Drawings where applicable.

5. Format: Submit Record Product Data as scanned PDF electronic file(s) of marked-up paper copy of Product Data.

6. Include Record Product Data directory organized by Specification Section number and title, electronically linked to each item of Record Product Data.

E. Indentured Parts Listing to include part numbers, Contractor specs, and CAGÉ codes.

F. Miscellaneous Submittals: Assemble miscellaneous records required by other Specification Sections for miscellaneous record keeping and submittal in connection with actual performance of the Work. Bind or file miscellaneous records and identify each, ready for continued use and reference.

1. Format: Submit miscellaneous record submittals as scanned PDF electronic file(s) of marked-up miscellaneous record submittals.

2. Include miscellaneous record submittals directory organized by Specification Section number and title, electronically linked to each item of miscellaneous record submittal.

## 3.6    MAINTENANCE OF RECORD DOCUMENTS

A. Maintenance of Record Documents: Store Record Documents in the field office apart from the Contract Documents used for construction. Do not use Project Record Documents for construction purposes. Maintain Record Documents in good order and in a clean, dry, legible condition, protected from deterioration and loss. Provide access to Project Record Documents for COR's reference during normal working hours.

## 3.7    FINAL RECORD DOCUMENTS PACKAGE

A. Submit the final record PDF and CAD drawings package for the entire project within 20 calendar days of substantial completion of all phases of work. Submit one set of ANSI D size PDF and CAD files on optical disc, read-only memory (ROM), two sets of ANSI

CLOSEOUT PROCEDURES                                                01 77 00 - 11

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

D size prints and one set of the approved working record drawings. The package must be complete in all details and identical in form and function to the contract drawing files supplied by the Government.

**3.8    FINAL APPROVED SHOP DRAWINGS**

A.  Submit final approved project shop drawings 30 calendar days after transfer of the completed project.

**3.9    MAINTENANCE MANUALS**

A.  Submit maintenance manuals as bookmarked PDF for the Project and associated Attributes 10 working days prior to final inspection. The manual shall include names, product cutsheets/specifications, warranty information, repair procedures, recommended maintenance type and recommended maintenance intervals for all installed products. The manuals will be reviewed and returned within 10 working day of receipt from the Contractor for any needed corrections. The Contractor shall submit the final maintenance manuals within 20 working days of receipt of comments from the COR.

**3.10   AS-BUILT RECORD OF PRODUCTS AND MATERIALS**

A.  Furnish one copy of preliminary record of products and materials used on the project 10 working days prior to final inspection. This preliminary submittal will be reviewed and returned within 10 working days after final inspection with Government comments. Submit a PDF of final record of products and materials 20 working days after receipt of government comments. Key the designations to the related area depicted on the contract drawings. List the following data:

| RECORD OF DESIGNATED PRODUCTS AND MATERIALS DATA | | | | |
|---|---|---|---|---|
| **Description** | **Specification Section** | **Manufacturer and Catalog, Model, Serial No.** | **Composition and Size** | **Where Used** |

**3.11   FINAL CLEANING**

A.  General: Perform final cleaning. Conduct cleaning and waste-removal operations to comply with local laws and ordinances and Federal and local environmental and antipollution regulations.

B.  Cleaning: Employ experienced workers or professional cleaners for final cleaning. Clean each surface or unit to condition expected in an average commercial cleaning and maintenance program. Comply with manufacturer's written instructions.

1.  Complete the following cleaning operations before requesting inspection for certification of Substantial Completion for entire Project or for a designated portion of Project:

CLOSEOUT PROCEDURES                                                          01 77 00 - 12

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    a.  Clean Project site of rubbish, waste material, litter, and other foreign substances.

    b.  Sweep paved areas broom clean. Remove petrochemical spills, stains, and other foreign deposits.

    c.  Rake grounds that are not planted, mulched, or paved to a smooth, even-textured surface.

    d.  Remove tools, construction equipment, machinery, and surplus material from Project site.

    e.  Remove debris and surface dust from limited-access spaces such as equipment cabinets and similar spaces.

    f.  Remove labels that are not permanent.

    g.  Wipe surfaces of and electrical equipment**,** and similar equipment. Remove excess lubrication, paint and mortar/concrete droppings, and other foreign substances.

    h.  Clean luminaires, lamps, globes, and reflectors to function with full efficiency.

    i.  Leave Project clean and ready for operation.

C.  Construction Waste Disposal: Comply with waste-disposal requirements in Section 01 50 00 "Temporary Facilities and Controls", and Section 01 74 19 "Construction Waste Management and Disposal."

**3.12    REPAIR OF THE WORK**

A.  Complete repair and restoration operations required by Section 01 73 00 "Execution" before requesting inspection for determination of Substantial Completion.

**END OF SECTIONSECTION 01 78 23**

**OPERATION AND MAINTENANCE DATA**

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.  Section includes administrative and procedural requirements for the preparation operation and maintenance manuals for automated gates and cameras, including the following:

    1.  Operation and maintenance documentation directory manuals.

    2.  Emergency manuals.

    3.  Systems and equipment operation manuals.

    4.  Systems and equipment maintenance manuals.

    5.  Product maintenance manuals.

    6.  Service contracts information.

**1.2    DEFINITIONS**

A.  System: An organized collection of parts, equipment, or subsystems united by regular interaction.

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

B.  Subsystem: A portion of a system with characteristics similar to a system.

## 1.3    CLOSEOUT SUBMITTALS

A.  Submit operation and maintenance manuals indicated. Provide content for each manual as specified in individual Specification Sections, and as reviewed and approved at the time of Section submittals. Submit reviewed manual content formatted and organized as required by this Section.

1.  COR will comment on whether content of operation and maintenance submittals is acceptable.

2.  Where applicable, clarify and update reviewed manual content to correspond to revisions and field conditions.

B.  Format: Submit operation and maintenance manuals in the following format:

1.  Submit on digital media acceptable to COR by uploading to web-based project software site. Enable reviewer comments on draft submittals.

C.  Initial Manual Submittal: Submit draft copy of each manual at least 15 working days before project closeout meeting. COR will comment on whether general scope and content of manual are acceptable.

D.  Final Manual Submittal: Submit each manual in final form prior to requesting inspection for Substantial Completion and at least 15 working days before commencing testing. COR will return copy with comments.

1.  Correct or revise each manual to comply with COR's comments. Submit copies of each corrected manual within five working days of receipt of COR's comments and prior to commencing testing.

E.  Comply with Section 01 77 00 "Closeout Procedures" for schedule for submitting operation and maintenance documentation.

## 1.4    FORMAT OF OPERATION AND MAINTENANCE MANUALS

A.  Provide PDF copies of Manuals.

B.  Manuals, Electronic Files: Submit manuals in the form of a multiple file composite electronic PDF file for each manual type required.

1.  Electronic Files: Use electronic files prepared by manufacturer where available. Where scanning of paper documents is required, configure scanned file for minimum readable file size.

2.  File Names and Bookmarks: Bookmark individual documents based on file names. Name document files to correspond to system, subsystem, and equipment names used in manual directory and table of contents. Group documents for each system and subsystem into individual composite bookmarked files, then create composite manual, so that resulting bookmarks reflect the system, subsystem, and equipment names in a readily navigated file tree. Configure electronic manual to display bookmark panel on opening file.

## 1.5    REQUIREMENTS FOR EMERGENCY, OPERATION, AND MAINTENANCE MANUALS

OPERATION AND MAINTENANCE DATA                                            01 78 23 - 01

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

A.   Organization of Manuals: Unless otherwise indicated, organize each manual into a separate section for each system and subsystem, and a separate section for each piece of equipment not part of a system. Each manual shall contain the following materials, in the order listed:

1.   Title page.

2.   Table of contents.

3.   Manual contents.

B.   Title Page: Include the following information:

1.   Subject matter included in manual.

2.   Name and address of Project.

3.   Name and address of Border Patrol Sector

4.   Date of submittal.

5.   Name and contact information for Contractor.

6.   Name and contact information for Construction Manager.

7.   Name and contact information for COR.

8.   Name and contact information for Commissioning Authority.

9.   Names and contact information for major consultants to the COR that designed the systems contained in the manuals.

10.  Cross-reference to related systems in other operation and maintenance manuals.

C.   Table of Contents: List each product included in manual, identified by product name, indexed to the content of the volume, and cross-referenced to Specification Section number in Project Manual.

1.   If operation or maintenance documentation requires more than one volume to accommodate data, include comprehensive table of contents for all volumes in each volume of the set.

D.   Manual Contents: Organize into sets of manageable size. Arrange contents alphabetically by system, subsystem, and equipment. If possible, assemble instructions for subsystems, equipment, and components of one system into a single binder.

E.   Identification: In the documentation directory and in each operation and maintenance manual, identify each system, subsystem, and piece of equipment with same designation used in the Contract Documents. If no designation exists, assign a designation according to ASHRAE Guideline 4, "Preparation of Operating and Maintenance Documentation for Building Systems."

1.6   OPERATION AND MAINTENANCE DOCUMENTATION DIRECTORY MANUAL

A.   Operation and Maintenance Documentation Directory: Prepare a separate manual

OPERATION AND MAINTENANCE DATA                              01 78 23 - 01

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

that provides an organized reference to emergency, operation, and maintenance manuals. List items and their location to facilitate ready access to desired information. Include the following:

1.  List of Systems and Subsystems: List systems alphabetically. Include references to operation and maintenance manuals that contain information about each system.

2.  List of Equipment: List equipment for each system, organized alphabetically by system. For pieces of equipment not part of system, list alphabetically in separate list.

3.  Tables of Contents: Include a table of contents for each emergency, operation, and maintenance manual.

## 1.7   EMERGENCY MANUALS

A.  Emergency Manual: Assemble a complete set of emergency information indicating procedures for use by emergency personnel and by Government's operating personnel for types of emergencies indicated.

B.  Content: Organize manual into a separate section for each of the following:

1.  Type of emergency.

2.  Emergency instructions.

3.  Emergency procedures.

C.  Type of Emergency: Where applicable for each type of emergency indicated below, include instructions and procedures for each system, subsystem, piece of equipment, and component:

1.  Fire.

2.  Flood.

3.  Power failure.

4.  System, subsystem, or equipment failure.

D.  Emergency Instructions: Describe and explain warnings, trouble indications, error messages, and similar codes and signals. Include responsibilities of Government's operating personnel for notification of Installer, supplier, and manufacturer to maintain warranties.

E.  Emergency Procedures: Include the following, as applicable:

1.  Instructions on stopping.

2.  Shutdown instructions for each type of emergency.

3.  Operating instructions for conditions outside normal operating limits.

4.  Required sequences for electric or electronic systems.

OPERATION AND MAINTENANCE DATA                                         01 78 23 - 01

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

     5.   Special operating instructions and procedures.

**1.8    SYSTEMS AND EQUIPMENT OPERATION MANUALS**

A.   Systems and Equipment Operation Manual: Assemble a complete set of data indicating operation of each system, subsystem, and piece of equipment not part of a system. Include information required for daily operation and management, operating standards, and routine and special operating procedures.

    1.   Engage a factory-authorized service representative to assemble and prepare information for each system, subsystem, and piece of equipment not part of a system.

    2.   Prepare a separate manual for each system and subsystem, in the form of an instructional manual for use by Government's operating personnel.

B.   Content: In addition to requirements in this Section, include operation data required in individual Specification Sections and the following information:

    1.   System, subsystem, and equipment descriptions. Use designations for systems and equipment indicated on Contract Documents.

    2.   Performance and design criteria if Contractor has delegated design responsibility.

    3.   Operating standards.

    4.   Operating procedures.

    5.   Operating logs.

    6.   Wiring diagrams.

    7.   Control diagrams.

    8.   Piped system diagrams.

    9.   Precautions against improper use.

    10. License requirements including inspection and renewal dates.

C.   Descriptions: Include the following:

    1.   Product name and model number. Use designations for products indicated on Contract Documents.

    2.   Manufacturer's name.

    3.   Equipment identification with serial number of each component.

    4.   Equipment function.

    5.   Operating characteristics.

    6.   Limiting conditions.

    7.   Performance curves.Engineering data and tests.

OPERATION AND MAINTENANCE DATA                01 78 23 - 01

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    8.  Complete nomenclature and number of replacement parts.

D.  Operating Procedures: Include the following, as applicable:

    1.  Startup procedures.

    2.  Equipment or system break-in procedures.

    3.  Routine and normal operating instructions.

    4.  Regulation and control procedures.

    5.  Instructions on stopping.

    6.  Normal shutdown instructions.

    7.  Seasonal and weekend operating instructions.

    8.  Required sequences for electric or electronic systems.

    9.  Special operating instructions and procedures.

E.  Systems and Equipment Controls: Describe the sequence of operation, and diagram controls as installed.

## 1.9   SYSTEMS AND EQUIPMENT MAINTENANCE MANUALS

A.  Systems and Equipment Maintenance Manuals: Assemble a complete set of data indicating maintenance of each system, subsystem, and piece of equipment not part of a system. Include manufacturers' maintenance documentation, preventive maintenance procedures and frequency, repair procedures, wiring and systems diagrams, lists of spare parts, and warranty information.

    1.  Engage a factory-authorized service representative to assemble and prepare information for each system, subsystem, and piece of equipment not part of a system.

    2.  Prepare a separate manual for each system and subsystem, in the form of an instructional manual for use by Government's operating personnel.

B.  Content: For each system, subsystem, and piece of equipment not part of a system, include source information, manufacturers' maintenance documentation, maintenance procedures, maintenance and service schedules, spare parts list and source information, maintenance service contracts, and warranties and bonds as described below.

C.  Source Information: List each system, subsystem, and piece of equipment included in manual, identified by product name and arranged to match manual's table of contents. For each product, list name, address, and telephone number of Installer or supplier and maintenance service agent, and cross-reference Specification Section number and title in Project Manual and drawing or schedule designation or identifier where applicable.

D.  Manufacturers' Maintenance Documentation: Include the following information for each component part or piece of equipment:

OPERATION AND MAINTENANCE DATA                                       01 78 23 - 01

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

1. Standard maintenance instructions and bulletins; include only sheets pertinent to product or component installed. Mark each sheet to identify each product or component incorporated into the Work. If data includes more than one item in a tabular format, identify each item using appropriate references from the Contract Documents. Identify data applicable to the Work and delete references to information not applicable.

    a. Prepare supplementary text if manufacturers' standard printed data are not available and where the information is necessary for proper operation and maintenance of equipment or systems.

2. Drawings, diagrams, and instructions required for maintenance, including disassembly and component removal, replacement, and assembly.

3. Identification and nomenclature of parts and components.

4. List of items recommended to be stocked as spare parts.

E. Maintenance Procedures: Include the following information and items that detail essential maintenance procedures:

1. Test and inspection instructions.

2. Troubleshooting guide.

3. Precautions against improper maintenance.

4. Disassembly; component removal, repair, and replacement; and reassembly instructions.

5. Aligning, adjusting, and checking instructions.

6. Demonstration and training video recording, if available.

F. Maintenance and Service Schedules: Include service and lubrication requirements, list of required lubricants for equipment, and separate schedules for preventive and routine maintenance and service with standard time allotment.

1. Scheduled Maintenance and Service: Tabulate actions for daily, weekly, monthly, quarterly, semiannual, and annual frequencies.

2. Maintenance and Service Record: Include manufacturers' forms for recording maintenance.

G. Spare Parts List and Source Information: Include lists of replacement and repair parts, with parts identified and cross-referenced to manufacturers' maintenance documentation and local sources of maintenance materials and related services.

H. Maintenance Service Contracts: Include copies of maintenance agreements with name and telephone number of service agent.

I. Warranties: Include copies of warranties and lists of circumstances and conditions that would affect validity of warranties.

1. Include procedures to follow and required notifications for warranty claims.

OPERATION AND MAINTENANCE DATA                                      01 78 23 - 01

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

J.  Drawings: Prepare drawings supplementing manufacturers' printed data to illustrate the relationship of component parts of equipment and systems and to illustrate control sequence and flow diagrams. Coordinate these drawings with information contained in record Drawings to ensure correct illustration of completed installation.

1.  Do not use original project record documents as part of maintenance manuals.

K.  Spare parts/components recommended to keep on hand to mitigate downtown of operation due to long lead times.

## 1.10  PRODUCT MAINTENANCE MANUALS

A.  Product Maintenance Manual: Assemble a complete set of maintenance data indicating care and maintenance of each product, material, and finish incorporated into the Work.

B.  Content: Organize manual into a separate section for each product, material, and finish. Include source information, product information, maintenance procedures, repair materials and sources, and warranties and bonds, as described below.

C.  Source Information: List each product included in manual, identified by product name and arranged to match manual's table of contents. For each product, list name, address, and telephone number of Installer or supplier and maintenance service agent, and cross- reference Specification Section number and title in Project Manual and drawing or schedule designation or identifier where applicable.

D.  Product Information: Include the following, as applicable:

1.  Product name and model number.

2.  Manufacturer's name.

3.  Color, pattern, and texture.

4.  Material and chemical composition.

5.  Reordering information for specially manufactured products.

E.  Maintenance Procedures: Include manufacturer's written recommendations and the following:

1.  Inspection procedures.

2.  Types of cleaning agents to be used and methods of cleaning.

3.  List of cleaning agents and methods of cleaning detrimental to product.

4.  Schedule for routine cleaning and maintenance.

5.  Repair instructions.

F.  Repair Materials and Sources: Include lists of materials and local sources of materials and related services.

G.  Warranties: Include copies of warranties and lists of circumstances and conditions that would affect validity of warranties.

OPERATION AND MAINTENANCE DATA                                      01 78 23 - 01

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

1.  Include procedures to follow and required notifications for warranty claims.


**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTIONSECTION 01 78 23**

OPERATION AND MAINTENANCE DATA                                    01 78 23 - 01

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

SECTION 01 79 00

DEMONSTRATION AND TRAINING

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.  Section includes administrative and procedural requirements for instructing Government's personnel in the use of automated gates and cameras.

**1.2    INFORMATIONAL SUBMITTALS**

A.  Instruction Program: Submit outline of instructional program for demonstration and training, including a list of training modules and a schedule of proposed dates, times, length of instruction time, and instructors' names for each training module. Include learning objective and outline for each training module.

  1.  Indicate proposed training modules using manufacturer-produced demonstration and training video recordings for systems, equipment, and products in lieu of video recording of live instructional module.

B.  Qualification Data: For facilitator, instructor, videographer.

C.  Attendance Record: For each training module, submit list of participants and length of instruction time.

D.  Evaluations: For each participant and for each training module, submit results and documentation of performance-based test.

**1.3    CLOSEOUT SUBMITTALS**

A.  Demonstration and Training Video Recordings: Submit digital copy within five working days of end of each training module.

  1.  Identification: On each copy, provide an applied label with the following information:

      a.  Name of Project.
      b.  Name and address of videographer.
      c.  Name of COR.
      d.  Name of Contractor.
      e.  Date of video recording

B.  Transcript: Prepared and bound in format matching operation and maintenance manuals, and in PDF electronic format. Mark appropriate identification on front and spine of each binder. Include a cover sheet with same label information as the corresponding video recording. Include name of Project and date of video recording on each page.

C.  At completion of training, submit complete training manual(s) for Government's use prepared in same paper and PDF file format required for operation and maintenance manuals specified in Section 01 78 23 "Operation and Maintenance Data."

DEMONSTRATION AND TRAINING                                          01 79 00 - 01

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**1.4    QUALITY ASSURANCE**

A.    Facilitator Qualifications: A firm or individual experienced in training or educating maintenance personnel in a training program similar in content and extent to that indicated for this Project, and whose work has resulted in training or education with a record of successful learning performance.

B.    Instructor Qualifications: A factory-authorized service representative, complying with requirements in Section 01 40 00 "Quality Requirements," experienced in operation and maintenance procedures and training.

C.    Videographer Qualifications: A professional videographer who is experienced photographing demonstration and training events similar to those required.

D.    Pre-instruction Conference: Conduct conference at Project site to comply with requirements in Section 01 31 00 "Project Management and Coordination." Review methods and procedures related to demonstration and training including, but not limited to, the following:

   1.    Inspect and discuss locations and other facilities required for instruction.

   2.    Review and finalize instruction schedule and verify availability of educational materials, instructors' personnel, audiovisual equipment, and facilities needed to avoid delays.

   3.    Review required content of instruction.

   4.    For instruction that must occur outside, review weather and forecasted weather conditions and procedures to follow if conditions are unfavorable.

**1.5    COORDINATION**

A.    Coordinate instruction schedule with Government's operations. Adjust schedule as required to minimize disrupting Government's operations and to ensure availability of Government's personnel.

B.    Coordinate instructors, including providing notification of dates, times, length of instruction time, and course content. Coordinate content of training modules with content of approved emergency, operation, and maintenance manuals. Do not submit instruction program until operation and maintenance data have been reviewed and approved by COR.

**1.6    INSTRUCTION PROGRAM**

A.    Program Structure: Develop an instruction program that includes individual training modules for automated gates and cameras, as required by individual Specification Sections completed as part of the final design. The contractor shall provide one (1) training session for every sliding automated gate and swing automated gate installation.

B.    Training Modules: Develop a learning objective and teaching outline for each module. Include a description of specific skills and knowledge that participant is expected to master. For each module, include instruction for the following as applicable to the system, equipment, or component:

   1.    Basis of System Design, Operational Requirements, and Criteria: Include the

DEMONSTRATION AND TRAINING                                          01 79 00 - 01

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

following:

   a.  System, subsystem, and equipment descriptions.
   b.  Performance and design criteria if Contractor is delegated design responsibility.
   c.  Operating standards.
   d.  Regulatory requirements.
   e.  Equipment function.
   f.  Operating characteristics.
   g.  Limiting conditions.
   h.  Performance curves.

2.  Documentation: Review the following items in detail:

   a.  Emergency manuals.
   b.  Systems and equipment operation manuals.
   c.  Systems and equipment maintenance manuals.
   d.  Product maintenance manuals.
   e.  Project Record Documents.
   f.  Identification systems.
   g.  Warranties and bonds.
   h.  Maintenance service agreements and similar continuing commitments.

3.  Emergencies: Include the following, as applicable:

   a.  Instructions on meaning of warnings, trouble indications, and error messages.
   b.  Instructions on stopping.
   c.  Shutdown instructions for each type of emergency.
   d.  Operating instructions for conditions outside of normal operating limits.
   e.  Sequences for electric or electronic systems.
   f.  Special operating instructions and procedures.

4.  Operations: Include the following, as applicable:

   a.  Startup procedures.
   b.  Equipment or system break-in procedures.
   c.  Routine and normal operating instructions.
   d.  Regulation and control procedures.
   e.  Control sequences.
   f.  Safety procedures.
   g.  Instructions on stopping.
   h.  Normal shutdown instructions.
   i.  Operating procedures for emergencies.
   j.  Operating procedures for system, subsystem, or equipment failure.
   k.  Seasonal and weekend operating instructions.
   l.  Required sequences for electric or electronic systems.
   m.  Special operating instructions and procedures.

5.  Adjustments: Include the following:

   a.  Alignments.
   b.  Checking adjustments.
   c.  Noise and vibration adjustments.
   d.  Economy and efficiency adjustments.

DEMONSTRATION AND TRAINING                                    01 79 00 - 01

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

6. Troubleshooting: Include the following:

    a. Diagnostic instructions.
    b. Test and inspection procedures.

7. Maintenance: Include the following:

    a. Inspection procedures.
    b. Types of cleaning agents to be used and methods of cleaning.
    c. List of cleaning agents and methods of cleaning detrimental to product.
    d. Procedures for routine cleaning.
    e. Procedures for preventive maintenance.
    f. Procedures for routine maintenance.
    g. Instruction on use of special tools.

8. Repairs: Include the following:

    a. Diagnosis instructions.
    b. Repair instructions.
    c. Disassembly; component removal, repair, and replacement; and reassembly instructions.
    d. Instructions for identifying parts and components.
    e. Review of spare parts needed for operation and maintenance

## 1.7 PREPARATION

A. Assemble educational materials necessary for instruction, including documentation and training module. Assemble training modules into a training manual organized in coordination with requirements in Section 01 78 23 "Operation and Maintenance Data." Set up instructional equipment at instruction location.

## 1.8 INSTRUCTION

A. Facilitator: Engage a qualified facilitator to prepare instruction program and training modules, to coordinate instructors, and to coordinate between Contractor and Government for number of participants, instruction times, and location.

B. Engage qualified instructors to instruct Government's personnel to adjust, operate, and maintain systems, subsystems, and equipment not part of a system.

    1. COR will furnish an instructor to describe basis of system design, operational requirements, criteria, and regulatory requirements.

    2. Government will furnish an instructor to describe Government's operational philosophy.

    3. Government will furnish Contractor with names and positions of participants.

C. Scheduling: Provide instruction at mutually agreed-on times.

    1. Schedule training with Government, through COR, with at least 5 working days' advance notice.

D. Training Location and Reference Material: Conduct live demonstration training on-site at the completed and fully operational structure using the actual equipment in-place. Conduct training using final operation and maintenance data submittals.

DEMONSTRATION AND TRAINING                                     01 79 00 - 01

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    E.  Evaluation: At conclusion of each training module, assess and document each participant's mastery of module by use of a written performance-based test.

    F.  Cleanup: Collect used and leftover educational materials and give to Government. Remove instructional equipment. Restore systems and equipment to condition existing before initial training use.

**1.11**    **DEMONSTRATION AND TRAINING VIDEO RECORDINGS**

    A.  General: Engage a qualified commercial videographer to record demonstration and training video recordings. Record each training module separately. Include classroom instructions and demonstrations, board diagrams, and other visual aids, but not student practice.

        1.  At beginning of each training module, record each chart containing learning objective and lesson outline.

    B.  Digital Video Recordings: Provide high-resolution, digital video in MPEG format, produced by a digital camera with minimum sensor resolution of 12 megapixels and capable of recording in full HD mode with vibration reduction technology.

        2.  Submit video recordings on thumb drive, and by uploading to web-based Project software site.

        3.  File Hierarchy: Organize folder structure and file locations according to Project Manual table of contents. Provide complete screen-based menu.

        4.  File Names: Utilize file names based on name of equipment generally described in video segment, as identified in Project specifications.

        5.  Contractor and Installer Contact File: Using appropriate software, create a file for inclusion on the equipment demonstration and training recording that describes the following for each Contractor involved on the Project, arranged according to Project Manual table of contents:

            a.  Name of Contractor/Installer.
            b.  Business address.
            c.  Business phone number.
            d.  Point of contact.
            e.  Email address.

    C.  Recording: Mount camera on tripod before starting recording, unless otherwise necessary to adequately cover area of demonstration and training. Display continuous running time.

        1.  Film training session(s) in segments not to exceed 15 minutes.

            a.  Produce segments to present a single significant piece of equipment per segment.
            b.  Organize segments with multiple pieces of equipment to follow order of Project Manual table of contents.
            c.  Where a training session on a particular piece of equipment exceeds 15 minutes, stop filming and pause training session. Begin training session again upon commencement of new filming segment.

    D.  Light Levels: Verify light levels are adequate to properly light equipment. Verify equipment markings are clearly visible prior to recording.

DEMONSTRATION AND TRAINING                                       01 79 00 - 01

RGV-1 LAREDO WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    2.  Furnish additional portable lighting as required.

E.  Narration: Describe scenes on video recording by audio narration by microphone while video recording is recorded. Include description of items being viewed.

F.  Transcript: Provide a transcript of the narration. Display images and running time captured from videotape opposite the corresponding narration segment.

G.  Preproduced Video Recordings: Provide video recordings used as a component of training modules in same format as recordings of live training.

**PART 2 – PRODUCTS (NOT USED)**

**PART 3 – EXECUTION (NOT USED)**

**END OF SECTION**

DEMONSTRATION AND TRAINING                                      01 79 00 - 01

# EXHIBIT 22

 An official website of the United States government   Here's how you know

⚠️ Scheduled SAM Maintenance   **Show Details**
*Apr 3, 2026*                                          ⊗

**Revolutionary FAR Overhaul Impacts to SAM.gov**
**Show Details**
*Aug 15, 2025*                                          ⊗

**See All Alerts**

 SAM.GOV®

✏️   🔔   ⊞   →]

Home     Search     Data Bank     Data Services     Help

‹   **Contract Award**

| Award | |
|---|---|

**Contract Award**

| 70B01C26F00000207 |
|---|
| Modification Details |
| Performance |
| Solicitation |
| Funding Details |
| Description |
| Awardee Information |
| Business Category |
| Current Contract Details |
| Legislative and Policy Details |
| Product/Service Information |

# 70B01C26F00000207      Final

### Awardee

**SPENCER CONSTRUCTION LLC**

Unique Entity ID (UEI):
**MKMNZ369ZB59**

Doing Business as:
**(blank)**

Total Obligations:
**$512,079,200.00**

Total Contract Value:
**$512,079,200.00**

Total Estimated Order Value:
**$512,079,200.00**

### Details

Award Type:
**DELIVERY ORDER**

Referenced IDV (PIID):
**70B01C26D00000013**

Referenced IDV Agency:
**7014**

Original Date Signed:
**Mar 05, 2026**

Agency Identifier:
**7014**

Closed Status:
**No**

| Competition Information |
| History |

Contracting Department/Ind. Agency

**7000 - HOMELAND SECURITY, DEPARTMENT OF**

Contracting Sub-tier

**7014 - U.S. CUSTOMS AND BORDER PROTECTION**

Contracting Office

**70B01C - ADMINISTRATION FACILITIES TRAINING CONTRACTING DIVISION**

## Modification Details

| Modification Number: | Action Obligation: | Date Signed: | Reason for Modification: |
|---|---|---|---|
| **0** | **$512,079, 200.00** | **Mar 05, 2026** | **(blank)** |
| Transaction Number: | Base And Exercised Options Value: | Total Contract Value: | |
| **0** | **$512,079, 200.00** | **$512,079, 200.00** | |

## Performance

| Period Of Performance Start Date: | Principal Place of Performance State: | Principal Place Of Performance County Name: | Congressional District Place of Performance: |
|---|---|---|---|
| **Mar 05, 2026** | **TEXAS** | **STARR** | **TEXAS 28** |

| Estimated Completion Date: | Principal Place Of Performance Country: | Principal Place Of City Name: | Place Of Performance ZIP Code(+4): |
|---|---|---|---|
| **Aug 31, 2028** | **UNITED STATES** | **RIO GRANDE CITY** | **78582-9999** |

## Solicitation

| Solicitation ID: | Solicitation Date: | Contract Opportunities Notice: |
|---|---|---|
| **(blank)** | **Jan 11, 2026** | **NOT APPLICABLE** |

## Funding Details

| Funding Agency: | Foreign Funding: | Treasury Account Symbol: |
|---|---|---|
| **7000 - HOMELAND SECURITY, DEPARTMENT OF** | **NOT APPLICABLE** | **(blank)** |

## Description

BORDER WALL & WATERBORNE BARRIER CONSTRUCTION

# Awardee Information

| Entity Name: | Ultimate Parent Entity Name: | Physical Address: | Country of Incorporation: |
|---|---|---|---|
| **SPENCER CONSTRUCTION LLC** | **SPENCER CONSTRUCTION LLC** | **7225 N MONA LISA RD STE 202 TUCSON, ARIZONA 85741-2598 USA** | **USA** |

CAGE Code:

**87FQ5**

Ultimate Parent Unique Entity ID (UEI):

**MKMNZ369ZB59**

State of Incorporation:

**AZ**

Unique Entity ID (UEI):

**MKMNZ369ZB59**

Phone:

**(520) 869-2775**

Congressional District:

**ARIZONA 06**

Doing Business As:

**(blank)**

Domestic or Foreign Entity:

**U.S. OWNED BUSINESS**

Fax:

**(blank)**

FAR 4.1102 Exception:

**(blank)**

# Business Category

Socio-Economic Data:

**Women-Owned Business**

Educational Entities:

**(blank)**

Contracting Officer's Determination of Business Size:

**OTHER THAN SMALL BUSINESS**

Organization Factors:

**Limited Liability Corporation**

**For Profit Organization**

Organization Type:

**SOLE PROPRIETORSHIP**

Certifications:

**(blank)**

Line of Business:
**(blank)**

Business Types:
**Sole Proprietorship**

Relationship with Federal Government

**All Awards**

Other Governmental Entities:
**(blank)**

# Current Contract Details

| Type of Contract: | Multi Year Contract: | Purchase Card As Payment Method: | Undefinitized Action: |
|---|---|---|---|
| **FIRM FIXED PRICE** | **Y** | **No** | **NO** |
| Nature of Services: | Major Program: | Cost Accounting Standards Clause: | Performance Based Service Acquisition: |
| **OTHER FUNCTIONS** | **(blank)** | **NO - CAS WAIVER APPROVED** | **NO - SERVICE WHERE PBA IS NOT USED.** |
| Emergency Acquisition: | Contract Financing: | | Number Of Actions: |
| **NOT APPLICABLE** | **(blank)** | | **1** |
| Consolidated Contract: | Claimant Program Code: | | GFP Provided Under This Action: |
| **NOT CONSOLIDATED** | **(blank)** | | **TRANSACTION DOES NOT USE GFE/GFP** |
| National Interest Action: | Cost or Pricing Data: | | Fee Paid for use of IDV: |
| **(blank)** | **Not Obtained - Waived** | | **$0.00** |

## Legislative and Policy Details

| Clinger Cohen Act: | Materials, Supplies, Articles, and Equip: | Additional Reporting: | Other Interagency Contracting Statutory Authority: |
|---|---|---|---|
| **No** | **NOT APPLICABLE** | **EMPLOYMENT ELIGIBILITY VERIFICATION (52.222-54), SERVICE CONTRACT INVENTORY (FAR 4.17)** | **(blank)** |
| Construction Wage Rate Requirements: | Labor Standards: | | |
| **YES** | **NOT APPLICABLE** | | |
| Subcontract Plan: | Recovered Materials/ Sustainability: | Interagency Contracting Authority: | |
| **PLAN NOT REQUIRED** | **FAR 52.223-4 AND FAR 52.223-9 INCLUDED** | **(blank)** | |
| Initiative: | | Bundled Contract: | |
| **(blank)** | Price Evaluation Percent Difference: | **NOT BUNDLED** | |
| | **(blank)** | | |

## Product/Service Information

| Product/Service Code: | Use Of EPA Designated Products: | DOD Acquisition Program: | Place of Manufacture: |
|---|---|---|---|
| **Y1PZ - CONSTRUCTION OF OTHER NON-BUILDING FACILITIES** | **MEETS REQUIREMENTS** | **(blank)** | **NOT A MANUFACTURED END PRODUCT** |
| | | Country of Product or Service Origin: | Information Technology |
| | | **USA** | |

Principal NAICS Code:

**236220 - COMMERCIAL AND INSTITUTIONAL BUILDING CONSTRUCTION**

Sea Transportation:

**(blank)**

Commercial Category:

**(blank)**

## Competition Information

| Extent Competed For Referenced IDV | Source Selection Process: | Evaluated Preference: | Type Of Set Aside Source: |
|---|---|---|---|
| **FULL AND OPEN COMPETITION AFTER EXCLUSION OF SOURCES** | **Trade-off** | **NO PREFERENCE USED** | **IDC** |
| Extent Competed: | Solicitation Procedures: **SUBJECT TO MULTIPLE AWARD FAIR OPPORTUNITY** | Local Area Set Aside: **No** | Small Business Innovation Research (SBIR)/Small Business Technology Transfer (STTR) |
| **FULL AND OPEN COMPETITION AFTER EXCLUSION OF SOURCES** | Other Than Full And Open Competition **URGENCY (FAR 6.302-2)** | Number Of Offers Received: **3** | **(blank)** |
| Fair Opportunity/Limited Sources **FAIR** | IDV Number of Offers: **11** | Number of Offers Source: **This Action** | A76 Action: **(blank)** |
| Commercial Products and | Small Business Competitiveness Demonstration Program | Type Of Set Aside: **(blank)** | Simplified Procedures for Certain Commercial Products and Commercial Services **(blank)** |

Services
Acquisition
Procedures

**(blank)**

**NO**

IDV Type Of
Set Aside:

**NO SET
ASIDE
USED.**

## History

| Prepared Date: | Approved Date: | Last Modified User: | Closed Status Date: |
|---|---|---|---|
| **Mar 05, 2026** | **Mar 05, 2026** | **JCALLAHA N7014** | **(blank)** |
| | | | Closed By: |
| Prepared User: | Approved By: | | **(blank)** |
| **JCALLAHA N7014** | **JCALLAHA N7014** | Last Modified Date: | |
| | | **Mar 05, 2026** | |

## Our Website

About This Site

Our Community

Release Notes

System Alerts

## Policies

Terms of Use

Privacy Policy

Restricted Data Use

Freedom of Information Act

Accessibility

## Our Partners

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

## Customer Service

Help

Check Entity Status

Federal Service Desk

External Resources

Contact



⚠ **WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov
An official website of the U.S. General Services Administration

# EXHIBIT 23

**ATTACHMENT #2 - STATEMENT OF WORK**
**RGV-4 Vertical Barrier and Attributes**
**Design Build Construction Project**
**70B01C26R00007153**
**Amendment A01**

1. **PROJECT TITLE**: RGV-4 Vertical Barrier and Attributes Design Build Construction Project

2. **BACKGROUND**: The U.S. Customs and Border Protection (CBP), Infrastructure Portfolio, Border Patrol Program Management Office Directorate (PMOD) manages the planning, design, and construction of Border Patrol's border enforcement zones within the Rio Grande Valley, Texas Sector (RGV). CBP is seeking the contractor to complete the design and construction of vertical barriers and attributes within identified Segments in RGV as defined in this Statement of Work (SOW) and all Attachments based on the CLINS awarded per the Pricing Schedule.

3. **PLACE OF PERFORMANCE**: Starr County, TX and Hidalgo County, TX. See Attachment A – Location Maps.

4. **SCOPE**: The **BASE and OPTION Work** shall be design-build construction and shall be executed in accordance with all applicable Federal, State, and local laws and regulations, to whichever is more stringent. All **BASE and OPTION Work** shall be completed in accordance with Tactical Infrastructure Design Standards (TIDS), version 6, unless otherwise noted in Attachment C – Project Specifications. The work includes providing all labor, materials, and equipment necessary to design and complete the **Work** including all procuring, fabricating, installing, testing and constructing all of the features associated with this project as indicated in the Contract Documents.

   4.1 The following BASE and OPTION Work shall be completed for RGV-4:

   1. BASE WORK: **RGV-4 Vertical Barrier Salineno Fast Track (FT) Segment**. Provide 1.70-mi vertical barrier FT design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

   2. BASE WORK: **RGV-4 Vertical Barrier Fronton 1 Segment**. Provide 0.94-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work as well as bridges, gates, and roads associated with the FT segment.

   3. BASE WORK: **RGV-4 Vertical Barrier Fronton 2 Segment**. Provide 1.37-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

   4. BASE WORK: **RGV-4 Vertical Barrier Roma 1 Segment**. Provide 0.34-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

**ATTACHMENT #2 - STATEMENT OF WORK**
**RGV-4 Vertical Barrier and Attributes**
**Design Build Construction Project**
**70B01C26R00007153**
<span style="color:red">**Amendment A01**</span>

5. BASE WORK: **RGV-4 Vertical Barrier Roma 2 Segment**. Provide 1.47-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

6. BASE WORK: **RGV-4 Vertical Barrier Roma 3 Segment**. Provide 7.43-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

7. BASE WORK: **RGV-4 Vertical Barrier Rio Grande City 1 & 2 Segments**. Provide 4.01-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

8. BASE WORK: **RGV-4 Vertical Barrier Rio Grande City 3 Segment**. Provide 0.04-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

9. BASE WORK: **RGV-4 Vertical Barrier La Grulla 1 Segment**. Provide 0.49-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

10. BASE WORK: **RGV-4 Vertical Barrier La Grulla 2 & 3 Segments**. Provide 0.44-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

11. BASE WORK: **RGV-4 Vertical Barrier Los Ebanos 1 & 2 Segments**. Provide 6.65-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

12. BASE WORK: **RGV-4 Vertical Barrier Penitas Segment**. Provide 2.23-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

**ATTACHMENT #2 - STATEMENT OF WORK**
**RGV-4 Vertical Barrier and Attributes**
**Design Build Construction Project**
**70B01C26R00007153**
**Amendment A01**

13. BASE WORK: **RGV-4 Vertical Barrier Bentsen Park Segment**. Provide 1.00-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

14. BASE WORK: **RGV-4 Vertical Barrier Butterfly Center Segment**. Provide 1.13-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

15. BASE WORK: **RGV-4 Vertical Barrier Anzalduas 1 Segment**. Provide 0.52-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

16. BASE WORK: **RGV-4 Vertical Barrier Anzalduas 2 & 3 Segments**. Provide 1.23-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

17. BASE WORK: **RGV-4 Vertical Barrier ~~South Bentsen Rd~~ Penitas Pump House 1 & 2 Segments**. Provide ~~0.57 mi~~ 0.07-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

18. BASE WORK: **RGV-4 Vertical Barrier Santa Ana Segment**. Provide 2.48-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

19. BASE WORK: **RGV-4 Vertical Barrier Donna Corner Segment**. Provide 0.05-mi vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The Work includes associated bridges, gates, roads, drainage & erosion control, coating, vegetation clearing, administrative, supervisory and coordination Work.

20. BASE WORK: **RGV-4 Waterborne Barrier Patrol Road**. Provide 202.6-mi waterborne barrier patrol road design and construction along the alignment detailed within the SOW Attachments. The Work includes associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work.

**ATTACHMENT #2 - STATEMENT OF WORK**
**RGV-4 Vertical Barrier and Attributes**
**Design Build Construction Project**
**70B01C26R00007153**
**Amendment A01**

21. BASE WORK: **RGV-4 Waterborne Barrier Patrol Road Attributes**. Provide design and construction of attributes installed along the waterborne barrier patrol road alignment as required in the SOW and all Attachments. The Work includes Linear Ground Detection System (LGDS), power, Infrared (IR) illuminators with poles, white lighting, cameras, shelter, gate motors and power, administrative, supervisory and coordination Work.

22. BASE WORK: **Access Road Repair**. Provide road repair for access to new barrier Work, NTE 120 miles.

23. BASE WORK: **Cattle Fencing and Cattle Guards**. Provide cattle fencing and cattle guard Work along the entire vertical barrier alignment, NTE 40 miles of cattle fencing and 30 cattle guards.

24. BASE WORK: **Reinforced Concrete Removal**. Provide reinforced concrete demolition, removal, and disposal Work.

25. BASE WORK: **Project Government Furnished Material (GFM)**. CBP is providing the Contractor with steel bollards and anti-climb plate for use in completing vertical barrier work as outlined in SOW Attachment K – GFM Quantities & Process.

26. OPTION WORK: **Contractor Furnished Material**. Provide steel in lieu of GFM Steel as outlined in SOW Attachment C – Project Specs and SOW Attachment K – GFM Quantities & Process.

4.2 **See Attachment #1, Price Schedule for all BASE CLINS for the various segments in this SOW.**

4.3 **See Attachments to this statement of work for additional information and work descriptions regarding design and construction requirements. In the event any SOW Attachment conflicts with this SOW, this SOW governs.**

## 5. PERIOD OF PERFORMANCE*

5.1 The period of performance (PoP) for the BASE CLINs are as follows:

1. Phase 1 – Full availability for design for BASE CLIN 0001 (RGV-4 Vertical Barrier Salineno FT Segment) upon CO issuance of NTP. PoP is 60 calendar days after NTP is issued.

2. Phase 2 – Materials and construction for BASE CLINs 0002-0003 (RGV-4 Vertical Barrier Salineno FT Segment) associated with Phase 1 Design shall begin as described in Paragraph 5.4 below. PoP is 90 calendar days (total) after requirements of Paragraph 5.4 have been met.

3. Phase 3 – Full availability for design for BASE CLINs 0004 (RGV-4 Vertical Barrier Fronton 1 Segment) upon CO issuance of NTP. PoP is 60 calendar days after NTP is issued.

4. Phase 4 – Materials and construction for BASE CLINs 0005-0006 (RGV-4 Vertical Barrier Fronton 1 Segment) associated with Phase 3 Design shall begin as

**ATTACHMENT #2 - STATEMENT OF WORK**
**RGV-4 Vertical Barrier and Attributes**
**Design Build Construction Project**
**70B01C26R00007153**
**Amendment A01**

described in Paragraph 5.4 below. PoP is <u>90</u> calendar days (total) after requirements of Paragraph 5.4 have been met.

5.  Phase 5 – Full availability for design for BASE CLINs 0007 (RGV-4 Vertical Barrier Fronton 2 Segment) upon CO issuance of NTP. PoP is <u>60</u> calendar days after NTP is issued.

6.  Phase 6 – Materials and construction for BASE CLINs 0008-0009 (RGV-4 Vertical Barrier Fronton 2 Segment) associated with Phase 5 Design shall begin as described in Paragraph 5.4 below. PoP is <u>90</u> calendar days (total) after requirements of Paragraph 5.4 have been met.

7.  Phase 7 – Full availability for design for BASE CLINs 0010 (RGV-4 Vertical Barrier Roma 1 Segment) upon CO issuance of NTP. PoP is <u>60</u> calendar days after NTP is issued.

8.  Phase 8 – Materials and construction for BASE CLINs 0011-0012 (RGV-4 Vertical Barrier Roma 1 Segment) associated with Phase 7 Design shall begin as described in Paragraph 5.4 below. PoP is <u>90</u> calendar days (total) after requirements of Paragraph 5.4 have been met.

9.  Phase 9 – Full availability for design for BASE CLINs 0013 (RGV-4 Vertical Barrier Roma 2 Segment) upon CO issuance of NTP. PoP is <u>60</u> calendar days after NTP is issued.

10. Phase 10 – Materials and construction for BASE CLINs 0014-0015 (RGV-4 Vertical Barrier Roma 2 Segment) associated with Phase 9 Design shall begin as described in Paragraph 5.4 below. PoP is <u>90</u> calendar days (total) after requirements of Paragraph 5.4 have been met.

11. Phase 11 – Full availability for design for BASE CLINs 0016 (RGV-4 Vertical Barrier Roma 3 Segment) upon CO issuance of NTP. PoP is <u>90</u> calendar days after NTP is issued.

12. Phase 12 – Materials and construction for BASE CLINs 0017-0018 (RGV-4 Vertical Barrier Roma 3 Segment) associated with Phase 11 Design shall begin as described in Paragraph 5.4 below. PoP is <u>180</u> calendar days (total) after requirements of Paragraph 5.4 have been met.

13. Phase 13 – Full availability for design for BASE CLINs 0019 (RGV-4 Vertical Barrier Rio Grande City 1 & 2 Segments) upon CO issuance of NTP. PoP is <u>90</u> calendar days after NTP is issued.

14. Phase 14 – Materials and construction for BASE CLINs 0020-0021 (RGV-4 Vertical Barrier Rio Grande City 1 & 2 Segments) associated with Phase 13 Design shall begin as described in Paragraph 5.4 below. PoP is <u>180</u> calendar days (total) after requirements of Paragraph 5.4 have been met.

15. Phase 15 – Full availability for design for BASE CLINs 0022 (RGV-4 Vertical Barrier Rio Grande City 3 Segment) upon CO issuance of NTP. PoP is <u>60</u> calendar days after NTP is issued.

**ATTACHMENT #2 - STATEMENT OF WORK**
**RGV-4 Vertical Barrier and Attributes**
**Design Build Construction Project**
**70B01C26R00007153**
<span style="color:red">**Amendment A01**</span>

16. Phase 16 – Materials and construction for BASE CLINs 0023-0024 (RGV-4 Vertical Barrier Rio Grande City 3 Segment) associated with Phase 15 Design shall begin as described in Paragraph 5.4 below. PoP is 90 calendar days (total) after requirements of Paragraph 5.4 have been met.

17. Phase 17 – Full availability for design for BASE CLINs 0025 (RGV-4 Vertical Barrier La Grulla 1 Segment) upon CO issuance of NTP. PoP is 60 calendar days after NTP is issued.

18. Phase 18 – Materials and construction for BASE CLINs 0026-0027 (RGV-4 Vertical Barrier La Grulla 1 Segment) associated with Phase 17 Design shall begin as described in Paragraph 5.4 below. PoP is 90 calendar days (total) after requirements of Paragraph 5.4 have been met.

19. Phase 19 – Full availability for design for BASE CLINs 0028 (RGV-4 Vertical Barrier La Grulla 2 & 3 Segments) upon CO issuance of NTP. PoP is 60 calendar days after NTP is issued.

20. Phase 20 – Materials and construction for BASE CLINs 0029-0030 (RGV-4 Vertical Barrier La Grulla 2 & 3 Segments) associated with Phase 19 Design shall begin as described in Paragraph 5.4 below. PoP is 90 calendar days (total) after requirements of Paragraph 5.4 have been met.

21. Phase 21 – Full availability for design for BASE CLINs 0031 (RGV-4 Vertical Barrier Los Ebanos 1 & 2 Segments) upon CO issuance of NTP. PoP is 90 calendar days after NTP is issued.

22. Phase 22 – Materials and construction for BASE CLINs 0032-0033 (RGV-4 Vertical Barrier Los Ebanos 1 & 2 Segments) associated with Phase 21 Design shall begin as described in Paragraph 5.4 below. PoP is 180 calendar days (total) after requirements of Paragraph 5.4 have been met.

23. Phase 23 – Full availability for design for BASE CLINs 0034 (RGV-4 Vertical Barrier Penitas Segment) upon CO issuance of NTP. PoP is 120 calendar days after NTP is issued.

24. Phase 24 – Materials and construction for BASE CLINs 0035-0036 (RGV-4 Vertical Barrier Penitas Segment) associated with Phase 23 Design shall begin as described in Paragraph 5.4 below. PoP is 240 calendar days (total) after requirements of Paragraph 5.4 have been met.

25. Phase 25 – Full availability for design for BASE CLINs 0037 (RGV-4 Vertical Barrier Bentsen Park Segment) upon CO issuance of NTP. PoP is 90 calendar days after NTP is issued.

26. Phase 26 – Materials and construction for BASE CLINs 0038-0039 (RGV-4 Vertical Barrier Bentsen Park Segment) associated with Phase 25 Design shall begin as described in Paragraph 5.4 below. PoP is 180 calendar days (total) after requirements of Paragraph 5.4 have been met.

**ATTACHMENT #2 - STATEMENT OF WORK**
**RGV-4 Vertical Barrier and Attributes**
**Design Build Construction Project**
**70B01C26R00007153**
**Amendment A01**

27. Phase 27 – Full availability for design for BASE CLINs 0040 (RGV-4 Vertical Barrier Butterfly Center Segment) upon CO issuance of NTP. PoP is 90 calendar days after NTP is issued.

28. Phase 28 – Materials and construction for BASE CLINs 0041-0042 (RGV-4 Vertical Barrier Butterfly Center Segment) associated with Phase 27 Design shall begin as described in Paragraph 5.4 below. PoP is 180 calendar days (total) after requirements of Paragraph 5.4 have been met.

29. Phase 29 – Full availability for design for BASE CLINs 0043 (RGV-4 Vertical Barrier Anzalduas 1 Segment) upon CO issuance of NTP. PoP is 90 calendar days after NTP is issued.

30. Phase 30 – Materials and construction for BASE CLINs 0044-0045 (RGV-4 Vertical Barrier Anzalduas 1 Segment) associated with Phase 29 Design shall begin as described in Paragraph 5.4 below. PoP is 180 calendar days (total) after requirements of Paragraph 5.4 have been met.

31. Phase 31 – Full availability for design for BASE CLINs 0046 (RGV-4 Vertical Barrier Anzalduas 2 & 3 Segments) upon CO issuance of NTP. PoP is 90 calendar days after NTP is issued.

32. Phase 32 – Materials and construction for BASE CLINs 0047-0048 (RGV-4 Vertical Barrier Anzalduas 2 & 3 Segments) associated with Phase 31 Design shall begin as described in Paragraph 5.4 below. PoP is 180 calendar days (total) after requirements of Paragraph 5.4 have been met.

33. Phase 33 – Full availability for design for BASE CLINs 0049 ~~(RGV-4 Vertical Barrier South Bentsen Rd Segment)~~ (RGV-4 Penitas Pump House 1 & 2 Segments) upon CO issuance of NTP. PoP is 90 calendar days after NTP is issued.

34. Phase 34 – Materials and construction for BASE CLINs 0050-0051 ~~(RGV-4 Vertical Barrier South Bentsen Rd Segment)~~ (Penitas Pump House 1 & 2 Segments) associated with Phase 33 Design shall begin as described in Paragraph 5.4 below. PoP is 180 calendar days (total) after requirements of Paragraph 5.4 have been met.

35. Phase 35 – Full availability for design for BASE CLINs 0052 (RGV-4 Vertical Barrier Santa Ana Segment) upon CO issuance of NTP. PoP is 120 calendar days after NTP is issued.

36. Phase 36 – Materials and construction for BASE CLINs 0053-0054 (RGV-4 Vertical Barrier Santa Ana Segment) associated with Phase 35 Design shall begin as described in Paragraph 5.4 below. PoP is 240 calendar days (total) after requirements of Paragraph 5.4 have been met.

37. Phase 37 – Full availability for design for BASE CLINs 0055 (RGV-4 Vertical Barrier Donna Corner Segment) upon CO issuance of NTP. PoP is 60 calendar days after NTP is issued.

7

**ATTACHMENT #2 - STATEMENT OF WORK**
**RGV-4 Vertical Barrier and Attributes**
**Design Build Construction Project**
**70B01C26R00007153**
**Amendment A01**

38. Phase 38 – Materials and construction for BASE CLINs 0056-0057 (RGV-4 Vertical Barrier Donna Corner Segment) associated with Phase 37 Design shall begin as described in Paragraph 5.4 below. PoP is 90 calendar days (total) after requirements of Paragraph 5.4 have been met.

39. Phase 39 – Full Availability for design for BASE design CLINs 0058 & 0061 (RGV-4 Waterborne Barrier Patrol Road & Patrol Road Attributes) upon CO issuance of NTP once Contractor bonds are received and final contract is issued by CO. PoP is 210 calendar days following NTP.

40. Phase 40 – Materials and Construction for BASE CLINs 0059-0060 and 0062-0071 (RGV-4 Waterborne Barrier Patrol Road & Patrol Road Attributes) associated with Phase 39 Design shall begin as described in Paragraph 5.4 below. PoP is 480 calendar days (total) after all requirements of Paragraph 5.4 have been met.

41. BASE CLINs 0072-0073 (Access Road Repair). All work–shall be completed within the PoP of 870 calendar days once NTP for this work has been provided by the CO.

42. BASE CLINs 0074-0077 (Cattle Fencing and Cattle Guards). All work shall be completed within the PoP of 870 calendar days once NTP for this work has been provided by the CO.

43. BASE CLIN 0078 (Reinforced Concrete Removal). All work shall be completed within the PoP of 660 calendar days once NTP for this work has been provided by the CO.

44. OPTION CLIN 1001 (Contractor Furnished Steel for ~~Secondary~~ Vertical Barrier). All work shall be completed within the PoP of 660 calendar days once NTP for this work has been provided by the CO.

*Subject to change based on contractor's proposed schedule being incorporated into the contract.

5.2    Any additional Fast Track Work identified on this project will have its own PoP applied.

5.3    All Vertical Barrier shall be completed by January 1, 2028.* All other Work shall be completed by August 31, 2028, regardless of individual PoP's. All Vertical Barrier Work shall be front loaded into the Contractor's schedule, and Vertical Barrier Work shall be continuous until completed. Concurrent work on other Work items is permissible. The Contractor shall not have any time gaps in construction between the end of FT vertical barrier construction and start of remaining vertical barrier construction, and between any end/begin construction of vertical barrier subsequent Phases when real estate is available to construct vertical barrier. At the Contractor's request, CBP can hold regular reoccurring real estate calls with the Contractor to provide updates on pending real estate availability. To meet these requirements and complete the vertical barrier construction expeditiously, the Contractor shall implement multiple design packages within Phase(s) of Work, and the vertical barrier design packages do not need to be contiguous. The PoP for the full construction NTP for a Phase of Work will not begin until the associated entire design Phase has been completed per paragraph 5.4 below. See SOW Attachment C – Project

8

**ATTACHMENT #2 - STATEMENT OF WORK**
**RGV-4 Vertical Barrier and Attributes**
**Design Build Construction Project**
**70B01C26R00007153**
**Amendment A01**

Specifications for submittal and submittal review requirements.

*Subject to change based on contractor's proposed schedule being incorporated into the contract.

5.4    Construction/Materials NTP Requirements: Materials/Construction Partial NTP can be initiated at any time for any segment or partial package of work within a Phase of Work so long as all of the following actions are complete: Contractor project baseline schedule for the associated design package within a Phase of Work has been submitted by the Contractor and approved by CBP, the associated Design Phase package has been completed and accepted by CBP for that package of work, real estate is cleared for construction for that package of work, and the Environmental Clearance is completed or the CO otherwise notifies the contractor that work can begin notwithstanding clearance. The CO will determine when these conditions are met and must issue a NTP before work for that phase can be performed. Full Materials/Construction NTP for a Phase of Work can be issued by the CO once all requirements for a Phase of Work have been satisfied as determined by the CO. Individual Phases' PoP can be slid left or right within the overall PoP so long as all conditions of this paragraph have been met and all Work is completed within the Total PoP for the contract. The contractor cannot incur costs associated with and of the Phases until notified by the CO of either partial or full NTP for said Phases. See Attachment C – Project Specifications for baseline schedule requirements.

5.5    See **Environmental and Regulatory Compliance**, **Real Estate Compliance** and **Partial and Full Availability for Design and Construction Definitions** sections below for additional information and definitions.

## 6. RESULTS-BASED ~~INCENTIVE~~ EMPLOYEE PROGRAM (Also see "Cont. of SF 1442")

6.1    The Contractor shall establish and administer an effective Results-based ~~Incentive~~ Employee Program ("~~Incentive~~ Employee Program") to reward employees and subcontractors for above and beyond actions that produce measurable contract results benefiting the Government and in furtherance of the resulting task order.  Such results may include, but are not limited to, increasing project efficiency, early completion, eliminating downtime, and preventing fraud, waste, and abuse at all levels.  The Government is especially interested in incentive plans that further early project completion without compromise to quality or sustainment costs.  Contractors have the discretion to design their ~~Incentive~~ Employee Programs in the manner that is most appropriate to achieve the Government's objectives early completion among its employees and subcontractors.  The Contractor must, however, demonstrate how the ~~incentives~~ Program will be used to benefit the Government's objectives under the resultant task order and provide measurably increased contract results.

6.2    The ~~Incentive~~ Employee Program shall be clearly communicated to all eligible employees and subcontractors through a written plan and may include defined attendance, retention, and referral bonuses, as well as other appropriate recognition programs.  Prior to ~~Incentive~~ Employee Program implementation, the ~~Incentive~~ Employee Program and related communication plan must be approved by the Government that includes a funded, separate not-to-exceed line item.  The ~~Incentive~~ Employee Program should be in addition to all wages and benefits required under law.  The Contractor always has the discretion to

**ATTACHMENT #2 - STATEMENT OF WORK**
**RGV-4 Vertical Barrier and Attributes**
**Design Build Construction Project**
**70B01C26R00007153**
**Amendment A01**

initiate and implement its own incentive plans that are not included or part of the Government-funded ~~Incentive~~ Employee Program.

6.3    Contractors have the discretion to design their ~~Incentive~~ Employee Program in the manner that is most appropriate to achieve the Government's objectives of early completion. The Contractor shall show how the ~~incentives~~ Employee Program decrease Task Order period of performances. If a contractor/subcontractor has an employee that provides such a benefit, the contractor should identify the employee, the actions of that employee, and how those actions resulted in meeting the Government's early completion objectives. The contractor may then invoice against the ~~Incentive~~ Employee Program NTE line upon the early POP being achieved, or at end of contract, with the contractor having provided documentation of payment/benefits to employee.

## 7. ENVIRONMENTAL AND REGULATORY COMPLIANCE:

7.1    The contractor shall be responsible for obtaining all permits (local, state, and federal) required for construction. All fees associated with obtaining these permits are the sole responsibility of the contractor. The contractor shall assume all the obligations and shall comply with all the requirements and provisions of the permits, which are applicable to the work of this contract. It shall be the Contractor's responsibility to determine the full list of permits required for construction. A preliminary list of permits includes those associated with the Clean Air Act, Clean Water Act, National Pollutant Discharge Elimination System requirements and State/Irrigation permits for well use. It shall be the Contractor's responsibility to determine the full list of permits required for construction.

7.2    Land use permits for the design and construction of the project alignments and access roads as depicted in this SOW and all Attachments will be acquired by CBP. For any additional land use requirements deemed necessary by the Contractor, see Attachment C – Project Specifications Section 01 10 00.

7.3    The contractor will be responsible for reviewing and complying with all applicable Best Management Practices (BMP) as listed in Attachment B.

7.4    The intent is, Full Availability for design, materials and construction work under this project will be environmentally cleared by CBP in compliance with National Environmental Policy Act (NEPA) approximately 60 calendar days following award.

7.5    The contractor shall be responsible for preparing a Stormwater Pollution Prevention Plan (SWPPP) as required by the US State where the work is being performed.

7.6    The contractor shall dispose of all construction debris daily to an approved landfill in accordance with all applicable environmental laws and requirements.

## 8. REAL ESTATE COMPLIANCE:

8.1    The Contractor shall comply with all requirements included within signed right-of-entry for survey (ROE-S) when conducting design related activities. ROE-S will be provided to the Contractor by CBP following award and when they are in CBP's possession.

8.2    BASE design, materials and construction for all other **Work**, including FT, is anticipated to be fully real estate cleared 180 calendar days following award.

10

**ATTACHMENT #2 - STATEMENT OF WORK**
**RGV-4 Vertical Barrier and Attributes**
**Design Build Construction Project**
**70B01C26R00007153**
**Amendment A01**

9.  **PARTIAL AND FULL AVAILABILITY FOR DESIGN & CONSTRUCTION DEFINITIONS**

    9.1    Full Availability for design access indicates ROE-S are available and NEPA is complete. Under this condition, topographic mapping, invasive surveys (i.e. geotechnical exploration) and other design-related surveys can commence upon issuance of NTP from CO and all requirements from the SOW and All Attachments have been met by the Contractor.

    9.2    Full Availability for construction indicates all requirements of Paragraph 5.4 have been satisfied and construction can begin upon CO issuance of NTP.

10. **SAFETY**

    10.1   The contractor shall comply with all Occupational Safety and Health Administration (OSHA) requirements. This includes but is not limited to 29 CFR 1910 (general industry) and 29 CFR 1926 (construction).

    10.2   All equipment operators must be licensed and/or certified to operate equipment and have all the necessary safety training.

    10.3   All contractor accidents, involving injuries or property damage that occur during the execution of this contract shall be reported to the Contracting Officer Representative (COR) within 4 hours of the contractor being aware of its occurrence.

11. **WARRANTY:** Contractor warranty will apply for work done and include any potential warranty issue created on any existing vertical barrier and patrol/maintenance road within 5-ft as a result of their work. Warranty will not apply to any other infrastructure that is in area but not affected by the work done under this contract, other than to return said work to original condition per terms of the contract.

12. **GOVERNMENT FURNISHED MATERIAL AND INFORMATION:** Refer to SOW Attachment C – Project Specifications and SOW Attachment M – GFM Quantities & Process for information regarding GFM. Under the Base Work, the Government will provide the Contractor with steel bollards and anti-climb plates for use in completing the vertical barrier work. In the event that the Contractor Officer exercises the Option Line Item: Contractor Furnished Steel for Vertical Barrier, the Contractor will be required to provide the steel for the mileage specified at the unit price in the Price Schedule. Government Furnished Information (GFI) that is provided is for information use only by the Contractor in completing this project. See Attachment C – Project Specifications for additional information.

13. **AUTHORITY OF THE CONTRACTING OFFICER:** Only a CO has authority to make any changes to this contract.  If the Contractor makes changes to this contractor makes changes due to the direction of a non-CO the Contractor risks that the Government will not accept the changes, and/or will not provide consideration for any costs incurred and becomes liable for all negative repercussions, costs and/or delays, etc. ONLY THE CO CAN MAKE CHANGES TO THIS CONTRACT — NO ONE ELSE.

14. **POINTS OF CONTACT:** CBP points of contact will be established and provided post award

11

**ATTACHMENT #2 - STATEMENT OF WORK**
**RGV-4 Vertical Barrier and Attributes**
**Design Build Construction Project**
**70B01C26R00007153**
**Amendment A01**

## 15. LIST OF ATTACHMENTS:

ATTACHMENT A: LOCATION MAPS

ATTACHMENT B: BEST MANAGEMENT PRACTICES

ATTACHMENT C: PROJECT SPECIFICATIONS

ATTACHMENT D: TIDS v6

ATTACHMENT E: LGDS SPECIFICATIONS

ATTACHMENT F: CAMERA SPECIFICATIONS

ATTACHMENT G: INFRA-RED ILLUMINATOR SPECIFICATIONS

ATTACHMENT H: SHELTER SPECIFICATIONS

ATTACHMENT I: WEATHER DELAY REQUIREMENTS

ATTACHMENT J: ROTATING GATE CONCEPT DESIGN

ATTACHMENT K: GFM QUANTITIES & PROCESS

# EXHIBIT 24

# ATTACHMENT C

## PROJECT SPECIFICATIONS

## RGV-4 Vertical Barrier and Attributes Design Build Construction Project

Starr County, TX
Hidalgo County, TX

Amendment A01

# US CUSTOMS and BORDER PROTECTION (CBP) BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE (PMOD)

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SPECIFICATIONS GROUP

**DIVISION 01 - GENERAL REQUIREMENTS**
01 00 00      GENERAL REQUIREMENTS
01 10 00      SUMMARY
01 31 00      PROJECT MANAGEMENT AND COORDINATION
01 32 00      PROJECT SCHEDULE
01 32 33      PHOTOGRAPHIC DOCUMENTATION
01 33 00      PRE-CONSTRUCTION & CONSTRUCTION SUBMITTALS
01 40 00      CONSTRUCTION QUALITY REQUIREMENTS
01 50 00      TEMPORARY CONSTRUCTION FACILITIES AND CONTROLS
01 57 23      TEMPORARY STORM WATER POLLUTION CONTROL
01 60 00      PRODUCT REQUIREMENTS
01 73 00      EXECUTION
01 74 19      CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL
01 77 00      CLOSEOUT PROCEDURES OPERATION AND MAINTENANCE
01 78 23      MAINTENANCE DATA
01 79 00      DEMONSTRATION AND TRAINING

SECTIONS IN RED ARE REVISED UNDER THIS AMENDMENT

## END OF TABLE OF CONTENTS

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 00 00**

**GENERAL REQUIREMENTS**

**PART 1 - GENERAL**

**1.1** The U.S. Customs and Border Protection (CBP), Infrastructure Portfolio, Program Management Office Directorate (PMOD) Infrastructure Portfolio manages the planning, design, and construction of Border Patrol's infrastructure. CBP is seeking a Contractor to complete the Design-Build Construction for the following within the Rio Grande Valley, Texas (RGV) Sector.

A. **BASE WORK**: Provide RGV-4 Vertical Barrier Salineno Fast Track (FT) Segment design and construction and associated Work as required in the SOW and all Attachments

B. **BASE WORK**: Provide RGV-4 Vertical Barrier design and construction and associated Work as required in the SOW and all Attachments for the following segments:
  - Fronton 1 Segment
  - Fronton 2 Segment
  - Roma 1 Segment
  - Roma 2 Segment
  - Roma 3 Segment
  - Rio Grande City 1 & 2 Segments
  - Rio Grande City 3 Segment
  - La Grulla 1 Segment
  - La Grulla 2 & 3 Segments
  - Los Ebanos 1 & 2 Segments
  - Penitas Segment
  - Bentsen Park Segment
  - Butterfly Center Segment
  - Anzalduas 1 Segment
  - Anzalduas 2 & 3 Segments
  - ~~South Bentsen Rd Segment~~ Penitas Pump House 1 & 2 Segments
  - Santa Ana Segment
  - Donna Corner Segment

C. **BASE WORK:** Provide RGV-4 Waterborne Barrier Patrol Road design and construction and associated Work as required in the SOW and all Attachments.

D. **BASE WORK:** Provide RGV-4 Waterborne Barrier Patrol Road Attributes design and construction and associated Work as required in the SOW and all Attachments.

E. **BASE WORK**: Provide Access Road Repair Work as required in the SOW and all Attachments.

F. **BASE WORK**: Provide Cattle Fencing and Cattle Guard Work as required in the SOW and all Attachments.

G. **BASE WORK**: Reinforced Concrete Removal Work as required in the SOW and all Attachments.

H. **BASE WORK** – Project Government Furnished Material (GFM): CBP is

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

providing the Contractor with steel bollards and anti-climb plate for use in completing vertical barrier work as outlined in SOW Attachment K – GFM Quantities & Process.

Under the Base Work, the Government will provide the Contractor with steel bollards and anti-climb plates for use in completing the vertical barrier work. In the event that the Contracting Officer exercises the Option Line Item: Contractor Furnished Steel for Secondary Vertical Barrier, the Contractor will be required to provide the steel for the mileage specified.

I. **OPTION WORK** – Provide steel in lieu of GFM Steel as outlined in SOW Attachment K – GFM Quantities & Process.

**1.2**   CBP will provide the Contractor government furnished information (GFI) for use in developing the **BASE** Work. See Section 01 10 00 Summary for additional definition of the GFI for the **BASE** work to be completed.

**1.3**   See Attachment A – Location Maps for locations and coordinates for the Work and Section 01 10 00 Summary for **BASE** Work descriptions.

**PART 2 - PRODUCTS (Not used)**

**PART 3 - EXECUTION (Not Used) END OF SECTION**

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 10 00

## SUMMARY

**PART 1 - GENERAL**

**1.1**   PROJECT INFORMATION

A. Project Identification: RGV-4 Vertical Barrier and Attributes Design Build Construction Project.

B. Project Location: Starr County and Hidalgo County, TX. See Attachment A - Location Maps for project location.

C. Project Requirements: The Contractor shall complete the design and construction for the **BASE** Work per **Tactical Infrastructure Design Standards (TIDS)**, **version 6** unless otherwise specified within these Project Specifications or the following supplemental SOW Attachments:

1. Attachment E – Linear Ground Detection System (LGDS) Specifications

2. Attachment F – Camera Specifications

3. Attachment G – Infra-red (IR) Illuminator & White Light Specifications

4. Attachment H - Shelter Specifications

5. Attachment J – Rotating Drainage Gate Concept Design

6. Attachment K – GFM Quantities and Process

See Paragraph 1.2 below for Work Descriptions and Attachment D for TIDS, v6. Where design conflicts arise between specifications, see part 1.7.C below of this Section.

D. Web-Based Project Software: The Contractor shall provide project management software for their use in managing communication and documents throughout all of **BASE** design and construction. See Section 01 31 00 "Project Management and Coordination" for web-based Project management software requirements.

**1.2**   **BASE and OPTION** WORK DESCRIPTIONS

A. The Contractor shall complete all Work requirements defined within these specifications, SOW, and all Attachments, for the **BASE and OPTION** Work and includes, but is not limited to, the following:

1. General: The **BASE and OPTION** Work shall be designed and constructed in accordance with all applicable Federal, State, and local laws and regulations, to whichever is more stringent.

2. The Contractor shall be required to incorporate the requirements outlined in Attachment B – Best Management Practices into the **BASE and OPTION** Work.

3. The **BASE and OPTION** Work includes providing all labor, materials, and equipment necessary to complete design and construction of the following Vertical Barrier and Attributes Work. For all Vertical Barrier Work, construction of the vertical barrier and associated gates shall be completed first followed by roads and drainage and erosion control construction. Work shall include all administrative and supervisory requirements as stated in these Specifications. See parts 1.2.A.3.a through 1.2.A.3.~~oopp~~ for additional definition of Work requirements for

SUMMARY                                                                01 10 00 - 3

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

vertical barrier, bridges, attributes, vegetation clearing, drainage and erosion control, stakeholder coordination, GFI and design.

a. **BASE WORK –** RGV-4 Vertical Barrier Salineno Segment FT Work: The Contractor shall fast track the design and construction of approximately 1.70-miles of new vertical barrier with trench foundation from approximately 26.518409°, -99.117706° to 26.498787°, -99.101146°. Vertical barrier construction shall start first once Notice to Proceed (NTP) is provided and be installed continuously until fully completed. Costs for drainage and erosion control and coating directly required for the vertical barrier shall be included under this work. All other costs for enforcement zone patrol road and associated drainage and erosion control shall be included under RGV-4 Vertical Barrier Fronton 1 Segment Work.

b. **BASE WORK –** RGV-4 Vertical Barrier Fronton 1 Segment: The Contractor shall design and construct approximately 0.94-miles of vertical barrier with trench foundation from approximately 26.434441°, -99.102541° to 26.422548°, -99.099266°, including all drainage and erosion control, bridges, coating, gates, and enforcement zone patrol road Work.

This Segment shall have a maintenance road and enforcement zone patrol road for the entire length. The maintenance road and patrol road for the Salineno Fast Track Segment shall also be included as part of the Fronton 1 Segment.

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed. All enforcement zone (EZ) drainage and erosion design and construction for the FT shall be completed in this work.

c. **BASE WORK –** RGV-4 Vertical Barrier Fronton 2 Segment: The Contractor shall design and construct approximately 1.37-miles of vertical barrier with trench foundation from approximately 26.406353°, -99.085169° to 26.406084°, -99.063155°, including all drainage and erosion control, bridges, coating, gates and enforcement zone patrol road Work.

This Segment shall have a maintenance road and enforcement zone patrol road for the entire length.

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

d. **BASE WORK –** RGV-4 Vertical Barrier Roma 1 Segment: The Contractor shall design and construct approximately 0.34-miles of vertical barrier with trench foundation from approximately 26.415821°, -99.039591° to 26.414256°, -99.034872°, including all drainage and erosion control, bridges, coating, gates and enforcement zone patrol road Work.

This Segment shall have a maintenance road and enforcement zone patrol road for the entire length, other than where the vertical barrier coincides with the Waterborne Barrier Patrol Road.

Where the vertical barrier coincides with the Waterborne Barrier Patrol Road, the attributes shall be installed along the Patrol Road on the river side of the vertical barrier. The vertical barrier coincides with the Waterborne Barrier Patrol Road at the following locations, and only one patrol road is required within the limits:

- 26.414290°, -99.037657° to 26.414256°, -99.034872°

SUMMARY                                                                 01 10 00 - 4

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

e.   **BASE WORK –** RGV-4 Vertical Barrier Roma 2 Segment: The Contractor shall design and construct approximately 1.47-miles of vertical barrier with trench foundation from approximately 26.414101°, -99.029594° to 26.398676°, -99.014456°, including all drainage and erosion control, bridges, coating, gates and enforcement zone patrol road Work.

This Segment shall have a maintenance road from 26.414101°, -99.029594° to 26.407835°, -99.021016° and enforcement zone patrol road for the entire length, other than where the vertical barrier coincides with the Waterborne Barrier Patrol Road.

Where the vertical barrier coincides with the Waterborne Barrier Patrol Road, the attributes shall be installed along the Patrol Road on the river side of the vertical barrier. The vertical barrier coincides with the Waterborne Barrier Patrol Road at the following locations, and only one patrol road is required within the limits:

- 26.409965°, -99.023531° to 26.409605°, -99.022807°

- 26.408196°, -99.021374° to 26.404472°, -99.018825°

- 26.402241°, -99.016794° to 26.398676°, -99.014456°

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

f.   **BASE WORK –** RGV-4 Vertical Barrier Roma 3 Segment: The Contractor shall design and construct approximately 7.43-miles of vertical barrier with trench foundation from approximately 26.395534°, -99.001761° to 26.376905°, -98.902003°, including all drainage and erosion control, bridges, coating, gates and enforcement zone patrol road Work.

This Segment shall have a maintenance road and enforcement zone patrol road for the entire length, other than where the vertical barrier coincides with the Waterborne Barrier Patrol Road.

Where the vertical barrier coincides with the Waterborne Barrier Patrol Road, the attributes shall be installed along the Patrol Road on the river side of the vertical barrier. The vertical barrier coincides with the Waterborne Barrier Patrol Road at the following locations, and only one patrol road is required within the limits:

- 26.400856°, -98.978698° to 26.401924°, -98.975495°

- 26.394903°, -98.925542° to 26.391790°, -98.922620°

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

g.   **BASE WORK –** RGV-4 Vertical Barrier Rio Grande City 1 & 2 Segments: The Contractor shall design and construct approximately 4.01 miles 2.78-miles of vertical barrier with trench foundation. Segment 1a from approximately 26.367909°, -98.849645° to 26.373203°, -98.822189°, Segment 1b from 26.368001°, -98.803380° to 26.360810°, -98.797161°, and Segment 2 26.360581°, -98.795452° to 26.358310°, -98.790264°, including all drainage and erosion control, bridges, coating, gates and enforcement zone patrol road

SUMMARY                                                                 01 10 00 - 5

Work.

These Segments shall have ~~a maintenance road and~~ enforcement zone patrol road for the entire length, other than where the vertical barrier coincides with the Waterborne Barrier Patrol Road. There shall be a maintenance for the entire length of these segments other than from approximately Sta. 174+00 to 178+00 within Segment 1b as shown in the GFI concept drawings

A total of one vertical barrier bridge shall be required within the limits of the Vertical Barrier Rio Grande City 1 & 2 Segments design and construction that is located at approximately:

• VB Bridge: 26.358769°, -98.790544°

VB bridges over drainage crossings that are typically dry except during storm events shall have rotating drainage gates. All other VB bridges shall have automated vertical lift gates (AVLG). VB bridges shall allow both the Patrol Road and Maintenance Road to cross.

Where the vertical barrier coincides with the Waterborne Barrier Patrol Road, the attributes shall be installed along the Patrol Road on the river side of the vertical barrier. The vertical barrier coincides with the Waterborne Barrier Patrol Road at the following locations, and only one patrol road is required within the limits:

• 26.369053°, -98.805531° to 26.360807°, -98.797163°

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

h.  **BASE WORK –** RGV-4 Vertical Barrier Rio Grande City 3 Segment: The Contractor shall design and construct approximately 0.04-miles of vertical barrier with trench foundation from approximately 26.318073°, -98.728572° to 26.317670°, -98.728126°, including all drainage and erosion control, bridges, coating, gates, and enforcement zone patrol road Work.

This Segment shall have a maintenance road and enforcement zone patrol road for the entire length.

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

i.  **BASE WORK –** RGV-4 Vertical Barrier La Grulla 1 Segment: The Contractor shall design and construct approximately 0.49-miles of vertical barrier with trench foundation from approximately 26.299697°, -98.704100° to 26.296141°, -98.697280°, including all drainage and erosion control, bridges, coating, gates, and enforcement zone patrol road Work.

This Segment shall have a maintenance road and enforcement zone patrol road for the entire length.

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

j.  **BASE WORK –** RGV-4 Vertical Barrier La Grulla 2 & 3 Segments: The Contractor shall design and construct approximately 0.44-miles of vertical barrier with trench foundation from approximately 26.265255°, -98.658692° to 26.263201°, -98.659035° and 26.256649°, -98.656614° to 26.257341°, -98.651843°, including all drainage and erosion control, bridges, coating, gates,

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

and enforcement zone patrol road Work.

These Segments shall have a maintenance road and enforcement zone patrol road for the entire length.

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

k.  **BASE WORK –** RGV-4 Vertical Barrier Los Ebanos 1 & 2 Segments: The Contractor shall design and construct approximately 6.65-miles of vertical barrier with trench foundation from approximately 26.256189°, -98.578138° to 26.239811°, -98.563708° and 26.239395°, -98.563099° to 26.236256°, -98.497809°, including all drainage and erosion control, bridges, coating, gates, and enforcement zone patrol road Work.

These Segments shall have a maintenance road and enforcement zone patrol road for the entire length.

Where the vertical barrier coincides with the Waterborne Barrier Patrol Road, the attributes shall be installed along the Patrol Road on the river side of the vertical barrier. The vertical barrier coincides with the Waterborne Barrier Patrol Road at the following locations, and only one patrol road is required within the limits:

• 26.242737°, -98.567103° to 26.241377°, -98.564713°

• 26.244284°, -98.559285° to 26.247373°, -98.559095°

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

l.  **BASE WORK –** RGV-4 Vertical Barrier Penitas Segment: The Contractor shall design and construct approximately 2.23-miles of vertical barrier with trench foundation from approximately 26.234109°, -98.489033° to 26.231757°, -98.453777°, including all drainage and erosion control, bridges, coating, gates, and enforcement zone patrol road Work.

This Segment shall have a maintenance road and enforcement zone patrol road for the entire length.

A total of one vertical barrier bridge shall be required within the limits of the Vertical Barrier Penitas Segment design and construction that is located at approximately:

• VB Bridge: 26.231409°, -98.470624°

VB bridges over drainage crossings that are typically dry except during storm events shall have rotating drainage gates. All other VB bridges shall have automated vertical lift gates (AVLG). VB bridges shall allow both the Patrol Road and Maintenance Road to cross.

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

m.  **BASE WORK –** RGV-4 Vertical Barrier Bentsen Park Segment: The Contractor shall design and construct approximately 1.00-miles of reinforced concrete levee wall supporting 30-ft tall vertical barrier from approximately 26.187785°, -98.393971° to 26.184351°, -98.378523°, including all drainage and erosion control, bridges, coating, gates, and enforcement zone patrol road Work. See paragraph 1.2.A.3.nn for additional levee wall requirements.

This Segment shall include a new enforcement zone patrol road on the river side of the levee wall and resurfacing of the levee road to FC-2 classified maintenance road for the entire length.

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

n. **BASE WORK –** RGV-4 Vertical Barrier Butterfly Center Segment: The Contractor shall design and construct approximately 1.13-miles of reinforced concrete levee wall supporting 30-ft tall vertical barrier from approximately 26.175508°, -98.368798° to 26.179947°, -98.352945°, including all drainage and erosion control, bridges, coating, gates, and enforcement zone patrol road Work. The vertical barrier alignment along Military Rd shall be aligned with the existing levee wall. See paragraph 1.2.A.3.nn for additional levee wall requirements.

This Segment shall include a new enforcement zone patrol road on the river side of the levee wall and resurfacing of the levee road to FC-2 classified maintenance road for the entire length.

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

o. **BASE WORK –** RGV-4 Vertical Barrier Anzalduas 1 Segment: The Contractor shall design and construct approximately 0.52-miles of reinforced concrete levee wall supporting 30-ft tall vertical barrier from approximately 26.173272°, -98.339948° to 26.167964°, -98.333966°, including all drainage and erosion control, bridges, coating, gates, and enforcement zone patrol road Work. See paragraph 1.2.A.3.nn for additional levee wall requirements.

This Segment shall include a new enforcement zone patrol road on the river side of the levee wall and resurfacing of the levee road to FC-2 classified maintenance road for the entire length.

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

p. **BASE WORK –** RGV-4 Vertical Barrier Anzalduas 2 & 3 Segments: The Contractor shall design and construct approximately ~~0.52-miles~~ 1.23-miles of reinforced concrete levee wall supporting 30-ft tall vertical barrier from approximately 26.162803°, -98.331422° to 26.147650°, -98.325322° and 26.144924°, -98.323405° to 26.143765°, -98.322131°, including all drainage and erosion control, bridges, coating, gates, and enforcement zone patrol road Work. See paragraph 1.2.A.3.nn for additional levee wall requirements.

These Segments shall include a new enforcement zone patrol road on the river side of the levee wall and resurfacing of the levee road to FC-2 classified maintenance road for the entire length.

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

q. **BASE WORK –** RGV-4 Vertical Barrier ~~South Bentsen Rd~~ Penitas Pump House 1 & 2 Segments: The Contractor shall design and construct approximately ~~0.57-miles~~ 0.07-miles of reinforced concrete levee wall supporting 30-ft tall vertical barrier ~~with trench foundation~~ ~~from approximately 26.143258°, -98.280575° to 26.135847°, -98.281310°~~, including all drainage and erosion control, ~~bridges,~~ coating, gates, and enforcement zone patrol road

Work.

Penitas Pump House 1 starts at the existing vertical barrier at approximately 26.228331°, -98.448277° and extends to the existing concrete floodwall on the northwest side of the pump house at approximately 26.228248°, -98.448048°. Penitas Pump House 2 starts at the existing concrete floodwall on the southeast side of the pump house at approximately 26.227548°, -98.447490° and extends to the existing vertical barrier at approximately 26.226813°, -98.447326°.

This Segment shall have a maintenance road and enforcement zone patrol road for the entire length.

These Segments shall include a new enforcement zone patrol road on the river side of the levee wall and resurfacing of the levee road to FC-2 classified maintenance road for the entire length.

A total of one vertical barrier bridge shall be required within the limits of the Vertical Barrier South Bentsen Rd Segment design and construction that is located at approximately:

- VB Bridge: 26.139672°, -98.281212°

VB bridges over drainage crossings that are typically dry except during storm events shall have rotating drainage gates. All other VB bridges shall have automated vertical lift gates (AVLG). VB bridges shall allow both the Patrol Road and Maintenance Road to cross.

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

r.  **BASE WORK –** RGV-4 Vertical Barrier Santa Ana Segment: The Contractor shall design and construct approximately 2.48-miles of reinforced concrete levee wall supporting 30-ft tall vertical barrier from approximately 26.081782°, -98.162574° to 26.076912°, -98.124352°, including all drainage and erosion control, bridges, coating, gates, and enforcement zone patrol road Work. See paragraph 1.2.A.3.nn for additional levee wall requirements.

This Segment shall include a new enforcement zone patrol road on the river side of the levee wall and resurfacing of the levee road to FC-2 classified maintenance road for the entire length.

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

s.  **BASE WORK –** RGV-4 Vertical Barrier Donna Corner Segment: The Contractor shall design and construct approximately 0.05-miles of reinforced concrete levee wall supporting 30-ft tall vertical barrier from approximately 26.072590°, -98.088656° to 26.072807°, -98.088095°, including all drainage and erosion control, bridges, coating, gates, and enforcement zone patrol road Work. See paragraph 1.2.A.3.nn for additional levee wall requirements.

This Segment shall include a new enforcement zone patrol road on the river side of the levee wall and resurfacing of the levee road to FC-2 classified maintenance road for the entire length.

Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

t.  **BASE WORK** – RGV-4 Waterborne Barrier Patrol Road Work: The Contractor

shall provide the design and construction required for approximately 202.6-mi of FC-2, or FC-1 as required by profile grade, patrol road that generally parallels the Rio Grande within the limits provided, including associated low water crossings (LWC), drainage and erosion control and vegetation clearing within the patrol road enforcement zone. The patrol road enforcement zone easement limit is defined as from 30-ft offset toward the landside of the patrol road alignment to the Rio Grande main shoreline (no islands). In addition, the Contractor shall design and construct 14 patrol road (PR) bridges. The approximate locations of the crossings are:

- PR Bridge 1: 26.524706°, -99.126348°
- PR Bridge 2: 26.517352°, -99.117883°
- PR Bridge 3: 26.397963°, -99.078589°
- PR Bridge 4: 26.399530°, -99.059475°
- PR Bridge 5: 26.409786°, -99.023104° (Adjacent VB Bridge Required)
- PR Bridge 6: 26.398888°, -99.014703° (Adjacent VB Bridge Required)
- PR Bridge 7: 26.395293°, -98.927796°
- PR Bridge 8: 26.372766°, -98.902910°
- PR Bridge 9: 26.360251°, -98.796845°
- PR Bridge 10: 26.221378°, -98.473313°
- PR Bridge 11: 26.224505°, -98.449148°
- PR Bridge 12: 26.060950°, -97.891409°
- PR Bridge 13: 26.045234°, -97.764343°
- PR Bridge 14: 26.039096°, -97.761976°

Adjacent Vertical Barrier (VB) bridges that are noted above are to be paid for, designed and constructed under Vertical Barrier Work.

u. **BASE WORK** – RGV-4 Waterborne Barrier Patrol Road Attributes Work: The Contractor shall construct Attributes along the entire length of the of the Waterborne Barrier Patrol Road, including sections of existing barrier where the Waterborne Barrier Patrol Road coincides with the existing Patrol Road. Additionally, attributes shall be installed along the existing vertical barrier and concrete road from approximately 26.171667°, -98.357604° to 26.167874°, -98.342307°. The Attributes shall include LGDS, power, shelters, IR illuminators with poles, and cameras. All attributes shall be placed along the land side of the waterborne patrol road, except LGDS, and include associated drainage and erosion control measures. LGDS shall be placed on the river side of the patrol road. Do not place attributes within patrol road unless specifically approved by CBP.

v. **BASE WORK** – Access Road Repair Work: Repair of existing access road pavement sections shall be comprised of road blading and placement of 4-in of compacted aggregate base (no caliche) across a maximum 20-ft road width up to the mileage indicated in the price schedule. For purposes of this Work, access road is considered any road approved for use to access a project segment. Contractor to provide not to exceed (NTE) cost per mile of access road repair.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

NTP for this work can be requested at any time within the overall project duration. To request NTP, the Contractor shall submit the request via email to the Contracting Officer Representative (COR) for review and approval. The request shall include a map of the access road(s) to be repaired with end coordinates and the total mileage being requested for a maximum of 120-miles per Line Item. Access road repair requests made by the Contractor shall be made by the Contractor as they become necessary for construction access to one or more project segments associated with new vertical barrier work.

w. **BASE WORK** – Cattle Fencing and Cattle Guards Work: The contractor shall provide full materials and construction of cattle fencing and cattle guards for the entire extents of the vertical barrier alignment, including State of Texas constructed vertical barrier within the project limits, up to the mileage and quantity indicated in the price schedule. Cattle fencing shall be constructed along the United States side of the maintenance road. Cattle guards shall be placed at all access road intersections with the maintenance road. For purposes of this Work, access road is considered any road approved for use to access a project segment. Contractor to provide NTE cost per mile of cattle fencing and NTE cost each for cattle guards, not to exceed 40-mi of cattle fencing and 30 cattle guards. When NTP is approved, cattle fencing shall be erected first within all active construction areas.

x. **BASE WORK** – Vertical Barrier Requirements: All vertical barriers shall be per the TIDS, considered secondary barrier and shall be steel bollard panels with anti-climb plates and mitered tops with plate and in-ground foundation, unless noted otherwise. All vertical barrier shall be coated. Grout filling and capping of bollards shall be completed within 5 calendar days of bollard panels being set. All new vertical barrier work shall include Work associated drainage and erosion control, vegetation, debris, structures & obstructions clearing (to the extent required to complete construction only) and maintenance road on the land side of the barrier, along the entire length all vertical barrier segments, unless noted otherwise. On the river side of new vertical barrier, the enforcement zone Work shall include road drainage and erosion control measures, and vegetation, debris, structures & obstruction clearing along the entire length of all vertical barrier segments. See RGV-4 Vertical Barrier Work above for locations where patrol roads are required within the vertical barrier enforcement zone. In no cases shall any road surface be caliche. Vertical barrier Work shall require flood mitigation measures consisting of either rotated bollard panels or drainage gates to be designed and constructed by the Contractor. All drainage gates for Rio Grande flood mitigation shall be AVLG. Final flood mitigation requirements shall be included in the flood plain assessment report as further described in Design After Award below. Vehicle gates shall be placed as described in the TIDS for secondary barriers, but in no case shall any barrier segment have less than one vehicle gate. All vehicle gates shall be automated sliding gates. Vehicle gates at intersecting road locations shall have 20-ft wide opening and all others shall have 12-ft wide opening. In no case shall the easement width toward the river side of the vertical barrier exceed 150-ft offset from the vertical barrier alignment. Easement width for the vertical barrier on the land side shall be 50-ft offset from the vertical barrier alignment. All drainage crossings that do not specifically call for VB and/or PR bridge shall be designed to meet TIDS requirements using LWC, culverts or combination. All culverts with 5-ft and under clear height shall have grates installed on the river side of the culverts.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

All culverts over 5-ft clear height shall have rotating drainage gates installed. See SOW Attachment J – Rotating Drainage Gates Concept Design.

It is expected that temporary obstructions such as trailers and vehicles will be removed by the landowners prior to construction. Demolition and removal of permanent obstructions in the project alignments shall be the responsibility of the contractor after real estate has cleared. It is not the intent of the government to have the contractor demolish homes in areas where the maintenance road is suspended due to space constraints.

y. **BASE & OPTION WORK –** RGV-4 Vertical Barrier Coating Requirements:
The Contractor shall coat the entire vertical barrier and all its pieces and parts, above the ground line, with application of high performance polyurea coating in strict accordance with manufacturer's instructions. The polyurea coating shall be exterior grade, resistant to chemicals and corrosion, fast drying, early rust resistant, flash rust resistant and applied outdoors or in a facility. The Contractor shall prepare the surfaces to be coated in accordance with coating manufacturer's recommendations. The coating shall consist of a hybrid polyurea fast cure elastomer monolithic membrane and shall use ASTM SI10 and conform to manufacturer's requirements for each substrate indicated. Resins for finish coats are based on a two-part, prepolymer, catalytic-cured, polyurea material.

Apply catalytic-cured coatings with a total dry-film thickness of not less than 0.25 millimeter (90 mils). Apply a prime coat where recommended by the Manufacturer 0.05 millimeter. Finish coats are polyurea-based material as specified. Coating shall be black color and matte finish unless otherwise indicated in the contract documents. At a minimum, the coating shall have the following physical and chemical properties:

- Shore A Hardness: ASTM D2240; 85-90
- Density (pcf): ASTM D1622; 70
- Tensile Strength: ASTM D2370; 2300 PSI minimum
- Abrasion Resistance (taber): ASTM D4060; 0.3 % per 1000 cycles or less
- Elongation %: ASTM D2370; 150 % minimum
- Tear Resistance: ASTM D1004; 400 pli minimum
- Moisture Vapor, Trans: ASTM E96/E96M; 0.025 perms @ 30 mils
- Dry Film Thickness: 100 mil average unless otherwise noted

The Contractor shall coat the entire vertical barrier and all its pieces and parts, above the ground line, with two coats of acrylic paint. The acrylic paint shall be exterior paint, resistant to chemicals and corrosion, fast drying, early rust resistant, flash rust resistant and applied outdoors or in a facility. The Contractor shall prepare the surfaces to be painted in accordance with paint manufacturer's recommendations. At a minimum, the acrylic paint shall have the following physical and chemical properties:

- PRODUCT WEIGHT 9.74 lb/gal 1167 g/l
- SPECIFIC GRAVITY 1.17

SUMMARY                                                                                     01 10 00 - 12

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

- BOILING POINT 212 - 500 °F 100 - 260 °C

- VOLATILE VOLUME 60%

- EVAPORATION RATE Slower than ether

- VAPOR DENSITY Heavier than air

- pH > 2.0, < 11.5

- VOLATILE ORGANIC COMPOUNDS (VOC Theoretical - As Packaged)

- 0.29 lb/gal 35 g/l Less Water and Federally Exempt Solvents

- 0.12 lb/gal 14 g/l Emitted VOC

The acrylic paint may be applied prior to or following fence fabrication and shall be black in color. The contractor shall be required to touch up the coating following vertical barrier erection to ensure uniform coating is applied throughout the entire vertical barrier at the time of government acceptance

z. **BASE WORK** – Vertical Barrier Bridge Requirements: All vertical barrier bridges shall be required to support the vertical barrier and either rotating drainage gates or AVLG and have a 5-ft wide walkway on each side of the vertical barrier for maintenance purposes. The vertical barrier bridge shall be a separate structure from the patrol road bridge to be constructed under the waterborne barrier patrol road Work. The AVLG shall be of steel bollard construction and be mitered at the bottoms to allow them to penetrate into the creek beds. See SOW Attachment J – Rotating Drainage Gates Concept Design for guiding details for use by the Contractor in developing final detailed design.

aa. **BASE WORK** – Vertical Barrier AVLG Requirements: The AVLG shall be coated and suitable for marine environment with a minimum of 20-years life expectancy for the coating. Assume the AVLG will need to be opened and closed once per week average to allow for cleanout and maintenance. A receptacle shall be included within the panel board at each AVLG location for emergency generator hookup. Emergency manual operation of the AVLG shall be by chain fall that can be connected to a steel frame mounted to the top of the bridge supporting the AVLG. All equipment associated with the automation of the AVLG shall be located off the bridge barrier, or outside the limits of the drainage gates, within 50-ft either way on the land side of the barrier. Sensors shall be provided to stop movement of the AVLG at the full open height and at the bottom resting location.

bb. **BASE WORK** – PR Bridge Requirements: Bridges shall have 16-ft clear drive width with bridge barriers on each side and pull-outs on each end. The bridge approaches shall have reinforced concrete approach slabs connected to the bridge abutments and guardrail. The bridges shall have steel conduits mounted between bridge beams or on the north side of the bridge for both power and fiber lines. The Contractor is responsible for all cofferdam and/or dewatering work for bridge abutment and pier construction.

cc. **BASE WORK** – Attributes Requirements for LGDS: The Contractor shall provide the design and construction necessary to complete the installation of one continuous run of primary LDGS. Terminate LGDS within a new shelter. At the new shelter location, terminate LGDS within new junction box until the shelter work is completed. Once the shelter is ready, install LGDS into the

shelter. All junction boxes/vaults located at intermediate LGDS splice locations and end points shall be buried 2-ft below finish grade with latitude/longitude coordinates provided for each junction box/vault. The Contractor shall also be responsible for completing all site-civil related work required to complete the installation of the fiber optic lines. See SOW Attachment E – LGDS Specifications for additional requirements.

dd. **BASE WORK –** Attributes Requirements for Shelters: The Contractor shall provide full design (except power) and construction required to complete 10 Shelter Installations that includes the procurement and installation. Specific location of the shelter shall be proposed by the Contractor and verified by CBP. Work for the new shelter shall include installation and connection of: power to and within the shelter, grounding, LGDS equipment/servers, camera fiber to and within the shelter, camera equipment/servers, camera processing and data integration equipment and connections, concrete pad, chain link fence with double swing gates and site grading. The Contractor is required to install the Computer Vision Server hardware on the same network as the camera system in the shelter and provide ONVIV/RTSP protocol access to the cameras that terminate in the shelter. CBP will be responsible for installing and configuring all software on the Computer Vision Server hardware as well as providing video/data integration services back to the CBP cloud environment for enterprise application consumption. The Contractor's equipment shall be compatible with open standards and protocols such as ONVIF, RTSP, MTTQ, H.264 / H.265, TCP/IP, HTTPS etc. The contractor shall factor 100 HD streams per GPU. The GPU server will only need to process video streams that have detected motion. CBP is providing the implementation and management of video processing and data integration software. Contractor coordination with CBP OIT will be required as part of the Work. Reinforced precast and cast-in-place concrete slabs shall be placed on prepared sub-grade per Contractor Geotechnical recommendations. Pre-cast reinforced concrete slabs shall include geogrid to mitigate future differential settlement. See SOW Attachment H – Shelter Specifications for additional requirements. See part 1.7.B Facility & Information Technology Access Security Requirements below for clearance requirements for contractors working with data integration under this contract.

ee. **BASE WORK** – Attributes Requirements for Power: The Contractor shall provide the design and construction required install power to support cameras, infra-red (IR) illuminators, white lighting, gate motors, shelters including all equipment and 20% additional unused capacity. White lighting shall be installed within ½ mile on either side of all Ports Of Entry.

- The Contractor shall coordinate with local power providers for power drop location(s). If required by the power company, the Contractor shall be designated as the owner of the electrical attributes to the power company until the electrical attributes are turned over to CBP. Any additional design and construction needed to complete the power connection from the transformer (power drop) location to the on-site service entrance station shall be completed by the Design Build (DB) Contractor. All power work from the power drop location back to the power grid will be the responsibility of the power company. Coordination to bring power to the site for all areas of work can begin upon issuance of NTP. The Contractor shall notify CBP immediately if the power company indicates any need for easement or signed agreement. CBP will be responsible for easements and/or agreements. The Contractor shall provide all exhibits, power draw

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

estimates, power drop locations requested by the power company.

- Provide full design and construction of new power including, but not limited to: power and communications conduits, circuits, camera fiber, junction boxes/vaults, sectionalizers, shunt reactors, transformers, and panelboards.

- The Contractor shall complete drainage control and scour protection associated with all power installation Work including for light poles, electrical equipment, and electrical trench installation.

- Full and final design and construction required for the completion of power required for IR illuminators and poles, white lighting, cameras and shelter per the requirements outlined in the TIDS and all SOW attachments. The Contractor shall assume no use of white lighting for design of IR illuminators. Single phase power is permitted.

ff. **BASE WORK** – Attributes Requirements for IR Illuminators with Poles and Lighting Poles with White Light: The Contractor shall provide full design (except power) and construction to complete the installation IR illuminators and poles and light poles with white lights as dictated above. The poles shall include all the foundations, wiring, cabling, hand holes, camera mounts, two receptacles, fiber and equipment for installation of cameras, and IR illuminators/white lighting. White lighting shall be required ½-mile upstream and downstream of all POE's. All other areas shall utilize IR illuminators. All poles shall be standard light poles per TIDS v6 and shall have standard spacing between 150-ft and 450-ft. Reduced spacing will be permissible in hilly or otherwise obstructed terrain. Poles shall be placed along the duct bank alignments noted above and outside the road limits and spaced to provide the cameras a continuous view of the Rio Grande.  All poles shall be coated per the TIDS v6 or using aluminum or galvanized steel material. See SOW Attachment E – LGDS Specifications for additional requirements. See SOW Attachment G – IR Illuminator Specifications for additional requirements.

gg. **BASE WORK** – Attributes Requirements for Cameras: The Contractor shall provide full design (except power) and construction for the installation of IR compatible cameras on to the IR illuminator poles and white light compatible cameras to light poles. Install and connect camera fiber and equipment into the Shelters. Camera pole spacing and height shall be set to provide full continuous view of entire waterborne barrier throughout the entire project limits and 225-ft beyond the upstream and downstream project terminuses. Where islands exist between the main shoreline and the waterborne barrier alignment, the cameras shall provide full continuous view of the main shoreline. See SOW Attachment F – Camera Specifications for additional requirements.

hh. **BASE WORK** – Vegetation, Debris, Structures & Obstructions Clearing Requirements: The Contractor shall remove all structures and obstructions including but not limited to culverts, chain link fence, razor/concertina wire and temporary fence panels within the project limits. All structures and obstructions shall be salvaged or disposed of by the contractor and approved location. Following completion of the waterborne barrier patrol road, the contractor shall remove vegetation from the patrol road to the river's edge to a height not to exceed 6-in. Vegetation clearing is not required on any islands within the Rio Grande. Clearing for vertical barrier work shall be 150-ft from the vertical barrier outward toward the river, or outward to the waterborne barrier patrol road, whichever is less. Native trees, that are outside the limits of barrier, road and

SUMMARY                                                                                    01 10 00 - 15

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

drainage control construction, with a diameter of more than 6-in shall not be removed. In no case shall vegetation removal result in ground disturbance of more than 10% (no root removal). All debris within the enforcement zones, including vegetation, shall be disposed of by the Contractor at an approved off-site landfill. No burning of either live vegetation or any debris shall be permitted. See provided KMZ files within GFI links for use in estimating quantity of vegetation clearance.

ii.   **BASE WORK –** Local Drainage & Erosion Control Requirements: The Contractor shall provide full design and construction of drainage control that enables the local design storm per the TIDS to be conveyed across the vertical barrier enforcement zone and the waterborne barrier patrol road and protects against associated scour and erosion. At each drainage crossing, the Contractor shall complete the necessary site grading, approach road construction, erosion and scour protection, guardrail, wingwalls, inlets/outlets, concrete low water crossings, flow dissipaters, debris posts, culverts, and bridges as needed to complete the drainage control Work. Construction of all roadside ditches as needed to convey site drainage to road drainage crossings shall be included under drainage control work.

- Loose riprap shall have a minimum D50 of 12-inches.

- All local drainage crossings at the vertical barrier location shall be analyzed as concrete LWC with rotated bollard panels and zero drainage gates. If the solution produces 12-in or less of rise in water surface elevation (WSE) for rural settings and 3-in or less for urban settings, then the information shall be fully documented within the WSE waiver template, and no further analysis is required. If the rise in WSE due to rotated bollard panels within the drainage crossing is greater than 12-in for rural settings and 3-in for urban settings, then the Contactor shall analyze up to three additional solutions that could include grading, culverts at the patrol road, AVLG or a combination thereof that result in lowering the rise WSE. Where ALVG are used, follow criteria set forth in 1.2.A.3.l. See Attachment D – TIDS v6 for additional information. Details associated with the approved waiver request shall be incorporated into the drainage report and construction plans.

- All local drainage crossings within both new and replacement vertical barrier segments shall be completely closed off by either vertical barrier or vertical barrier with AVLG for crossings with year-round flow and rotating drainage gates for crossings with flow only following storm events.

- The Contractor is responsible for removing all sediment and debris from all the drainage crossings within the project limits at the start of the project and following storm events.

jj.   **BASE WORK** – External stakeholder Coordination: The Design-Build Contractor shall coordinate with external stakeholders impacted by this project that include, but are not limited to, the International Boundary & Water Commission (IBWC), local municipalities, Starr County, Hidalgo County, and local landowners. The Design-Build Contractor is required to obtain final IBWC concurrence (excluding drainage gates) that all **BASE** design meets IBWC requirements for construction along the Rio Grande. See Attachment D – TIDS v6. The Contractor shall not reach out to any stakeholder until CBP provides the initial introduction and point of contact. CBP shall be the lead for all municipal and local landowner coordination with participation by the

SUMMARY                                                                01 10 00 - 16

Contractor. The Contractor shall be the lead for all US-IBWC coordination and shall include CBP on all coordination. Contractor participation for all external coordination shall include attending in-person meetings, proposed design exhibits and/or design documents and meeting minutes for all meetings attended by the Contractor. A minimum of ten on-site meetings will be required for purposes of coordinating with stakeholders regarding details of the project design.

kk.  **BASE WORK –** Project GFI: CBP is providing the following GFI for information only to the Contractor. All GFI is considered preliminary and is to be used by the Contractor as a guide in the development of the design. Direction provided within the Work Descriptions above governs over information provided within any GFI. GFI specific to drainage and erosion control shown in the GFI. The Contractor shall not be allowed to re-use any GFI in preparation of the construction documents and design analysis reports.

- **RGV-4 Project Information (Vertical Barrier, Patrol Road, Stand Alone Attributes, and Bridge Locations KMZ, Concept Drawings, Floodplain Analysis):**

  https://eFTP.mbakerintl.com/message/y3oaOx4j33J3cUHRtZFJGo

  https://eFTP.mbakerintl.com/message/gFAqYGx6DYTJ2rkomLI57T

ll.  **BASE WORK** – Design Requirements: The Contractor shall provide full final design services required to complete all **BASE Work** as stated in the SOW and all Attachments. All design work shall be completed under the supervision of and signed and sealed by a registered and licensed Professional Engineer Designer of Record (DOR). The work includes all tasks necessary to complete the design for the **BASE**  Work as stated in the SOW and all Attachments, including but not limited to: topographic mapping/survey necessary to complete final design and construction plans and details; geotechnical exploration, testing and recommendations; reviewing and finalizing construction plans, design analysis report and specifications; existing utility coordination and relocation and/or protection of existing utilities that interfere/conflict with this project construction. The Contractor shall be responsible for the professional quality, code compliance, technical accuracy and coordination of all designs, drawings, specifications, and other documents or publications upon which this construction is based. Construction documents from the Contractor shall be sufficient to afford a clear understanding of the construction work required. The Contractor shall cross-check all work and certify that all conflicts have been reconciled. The Contractor shall be responsible for the design of all materials, systems, methods and for the coordination of all Sub-Contractors required to complete the design See paragraph 1.7.C of this section for additional design after award requirements.

mm.  **BASE WORK** – Project GFM: CBP is providing the Contractor with steel bollards and anti-climb plate for use in completing vertical barrier work. The Contractor is responsible for all shipping, fabrication and erection of the vertical barrier. This includes all cutting of GFM to meet the specific bollard/plate lengths/widths required for the project. See SOW Attachment K – GFM Quantities & Process for additional information.

However, in the event that the Contracting Officer exercises the Option Line

Item: Contractor Furnished Steel for Secondary Vertical Barrier, the Contractor will be required to provide the steel for the mileage specified.

nn. **BASE WORK** – Levee Wall Requirements: All vertical barrier to be supported by levee wall shall be designed and constructed in accordance with United States Army Corps of Engineers (USACE) engineering manual (EM) 1110-2-1913 criteria for construction of and around levees which references EM 1110-2-2502 retaining and floodwalls. From the ground elevation at the toe of the existing levee, the new finish grade shall be sloped no more than 10:1 up to the front face of the concrete wall foundation. Contractor shall maintain the top of the levee wall elevation at a minimum of 3-ft above the USIBWC's design flood elevation and below the existing elevation of the levee crest if the levee crest elevation is higher than 3-ft above the design flood elevation. All locations to receive automated sliding vehicle gates within levee segments shall include levee ramps to provide access across the levee from adjacent roads.

oo. **OPTION WORK** – Provide steel in lieu of GFM steel as outlined in SOW Attachment K – GFM Quantities & Process. In the event that the Contracting Officer exercises the Option Line Item: Contractor Furnished Steel for Secondary Vertical Barrier, the Contractor will be required to provide the steel bollards and anti-climb plate for the mileage specified.

pp. **BASE WORK** – Provide reinforced concrete removal work as outlined in the SOW and all attachments.

**1.3** CONTRACTOR'S USE OF SITE AND PREMISES

A. The Contractor shall have full use of the Project real estate limits, upon availability as notated in the SOW, to complete the work. All work shall be contained within the project easements. Locating and acquiring staging areas on private lands is the responsibility of the Contractor. Locating and acquiring staging areas on federal/public lands is the responsibility of the Contractor but shall be coordinated through CBP. Maps showing staging areas size and location shall be provided to CBP, in addition to other staging area requirements as described throughout these specifications.

B. See Attachment A – Location Maps for depiction of the areas of Work and construction access road locations for all **BASE** Work. Any additional construction access through public/federal lands may be requested by the Contractor. Availability of additional construction access through public/federal lands will be researched by CBP and results will be reported back to the Contractor. CBP does not guarantee and additional construction access through public/federal lands will be available beyond what is shown in Attachment A. Any additional construction access through private lands may be acquired by the Contractor and is the responsibility of the Contactor. Upon completion of construction, the Contractor shall be responsible for restoring the condition of the access roads to equal or better condition than prior to start of construction or access road repair Work, whichever is later.

**1.4** COORDINATION WITH GOVERNMENT

A. The Contractor shall provide access through the construction site for Government at all times. If a temporary closure of the site is needed by the Contractor, the Contractor shall coordinate temporary alternative access around the site with the Government operational requirements. Temporary site closure may not be granted if Government operations cannot support the closure. The Contractor shall request approval from the COR at least 48-hours in advance of such closures.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**1.5**   WORK RESTRICTIONS

A. Comply with restrictions on construction operations.

1. Comply with limitations on use of public streets, work on public streets, rights of way, and other requirements of authorities having jurisdiction.

2. No work shall be performed on public roads. The Contractor is responsible for any damage caused in the performance of this project to either Government or third-party property.

3. Use of blasting for excavation shall be coordinated through CBP environmental representatives to ensure local land managers are informed and provided information regarding planned blasting. If blasting is used, incorporate procedures and quality control into, but not limited to, the Contractor's Construction Quality Control, Health & Safety, Demolition and Waste Management Plans.

B.  Adverse Weather Delays: See SOW Attachment I – Weather Delay Requirements

C. On-Site Work Hours: Core work hours are between 7:00a.m. to 7:00p.m., Monday to Friday. Contractor may work without limitation as to the days of the week or hours of the day, and without the need for prior approval, but shall provide at least 48 hours notice to the Government regarding the Contractor's daily work schedule if outside Core work hours. The only exception is blasting or work that may involve the use of explosives, which may only take place between the hours of 7:00a.m. to 7:00p.m.

D. Existing Utility Interruptions: Do not interrupt utilities serving Government or others unless permitted under the following conditions and then only after arranging for temporary utility services according to requirements indicated:

1. All utility interruptions shall be approved in writing by the COR not less than 48-hours in advance of proposed utility interruptions.

E.  Smoking and Controlled Substance Restrictions: Use of tobacco products, alcoholic beverages, and other controlled substances on Government's property is not permitted.

F. Employee Identification: Provide identification badges for Contractor personnel working on Project site. Require personnel to use identification badges at all times.

**1.6**   SPECIFICATION AND DRAWING CONVENTIONS

A. Specification Content: The Specifications use certain conventions for the style of language and the intended meaning of certain terms, words, and phrases when used in particular situations. These conventions are as follows:

1. Imperative mood and streamlined language are generally used in the Specifications. The words "shall," "shall be," or "shall comply with," depending on the context, are implied where a colon (:) is used within a sentence or phrase.

2. Text Color: Text used in the Specifications, including units of measure, manufacturer and product names, and other text may appear in multiple colors or underlined as part of a hyperlink; no emphasis is implied by text with these characteristics.

3. Hypertext: Text used in the Specifications may contain hyperlinks. Hyperlinks may allow for access to linked information that is not residing in the Specifications. Unless otherwise indicated, linked information is not part of the Contract Documents.

B. Drawing Coordination: Requirements for materials and products identified on Drawings are described in detail in the Specifications. One or more of the following are used on Drawings to identify materials and products:

1. Terminology: Materials and products are identified by the typical generic terms used in the individual Specifications Sections.

2. Abbreviations: Materials and products are identified by abbreviations scheduled on Drawings and published as part of the U.S. National CAD Standard.

3. Keynoting: Materials and products are identified by reference keynotes referencing Specification Section numbers found in this Project Manual.

**1.7** MISCELLANEOUS PROVISIONS

A. General Security Requirements:

**1.** It shall be the Contractor's responsibility to furnish their own security for personnel and to safeguard their equipment during the entire project lifecycle. This shall include but not be limited to actual project sites, and/or staging areas and storage facilities. All firearms, both lethal and none-lethal, used by the Contractor's security service provider shall meet all local licensing requirements. The Border Patrol will not provide security for the Contractor, its equipment, or its materials. As part of the security requirement, the Contractor shall be responsible for the development of a Security Plan in conjunction with the Health and Safety Plan. The detailed Security Plan shall include details such as, but not limited to "fall back positions", evacuation routines and methods, muster area, medical staff members/availability, number of security personnel, qualifications, years of experience, etc. in the event of a hostile attack. This plan will be reviewed by the COR for inspection and final acceptance prior to construction activities. The Contractor shall provide a PDF of the security plan to the COR prior to the pre-construction conference. The Security Plan shall also discuss how the Contractor shall maintain physical control of the construction site. This shall include checkpoints to ensure only authorized vehicles enter and leave the active construction sites. Any vehicles entering site shall be clearly identified as being company vehicles and Contractor shall have means of identifying authorized vehicles on site and shall provide USBP with the identification methods.

**2.** The Contractor shall be responsible for submitting an initial list of all personnel required at the jobsite for verification and approval by CBP prior to said personnel being allowed to enter the project site. This includes all field survey, geotechnical, and design field crews and drivers for equipment and material deliveries. Any personnel that need to be added after initial submission must be cleared before accessing the site. Activities include, but are not limited to site investigations, surveys, and construction. No employee shall be allowed on site until screened and checked for criminal history and proper immigration status. Any personnel not passing the CBP background check will be rejected and not authorized to enter the jobsite. This list marked "CONFIDENTIAL" shall be submitted to the COR for forwarding to Border Patrol personnel. This list shall be password protected when submitted. A separate email shall be sent to the COR with the password included. NO email shall include both the list and the password. A minimum of 5 working days is required to clear personnel.

**3.** To facilitate the screening and checking of each employee entering in or working on Federal property, the Contractor shall submit:

    a.  The individual's full name

    b.  Company Name

    c.  Date of Birth (DOB)

    d.  Social Security Number

    e.  Driver's Licenses and/or State Identification Number

    f.  Place of Birth (POB)

    g.  Black and white Photograph accompanying each employee's name

4.  After each Design Phase NTP has been issued and all submission of requirements stated above has been completed, the Contractor shall proceed with all work unless further notified by the COR.

5.  Employee Identification Badges: Contractor personnel shall wear visible Contractor-furnished employee identification badges while physically on the construction site. Each badge shall include, as a minimum, the company name, employee name, photograph of employee, Contract Title, Contract Number, and the expiration date of the badge.

6.  Contractor is responsible for reviewing all information provided within this RFP, to determine all additional information needed to complete the final design. Any questions regarding the preliminary design should be submitted to the Government in writing through a RFI. The Contractor shall be responsible for the professional quality, code compliance, technical accuracy and coordination of all designs, drawings, specifications, and other documents or publications upon which this construction is based. Construction documents from the Contractor shall be sufficient to afford a clear understanding of the construction work required. The Contractor shall cross-check all work and certify that all conflicts have been reconciled. The Contractor shall be responsible of design for all materials, systems, methods and for the coordination of all Sub- Contractors required to complete the work.

7.  The Contractor shall provide control of all Contractor equipment and material deliveries as well as personnel entry. All Contractor personnel and deliveries shall be required to report to the Contractor staging area prior to entry on to the project site. All delivery vehicles shall be stopped and verified as scheduled with authorized drivers. The speed limit shall comply with posted speed limits or 25 mph maximum, whichever is less.

8.  The Contractor shall provide the names, job titles, and contact information, to include telephone numbers (business, cell phones, facsimile, pager numbers, etc.) of a senior manager within the Contractor's organization, and a minimum of one similarly qualified alternate to serve as continuously available liaisons (24 hour/day, 7 days/week) with the COR. The Contractor shall submit the above information to the COR by email within seven calendar days following receipt of the award. During the contract period, the COR shall be notified immediately if these contacts change.

B.  Facility & Information Technology Access Security Requirements

    1.  CBP Suitability Requirements

        a.  All Contractor Employees requiring access to CBP facilities and its information technology networks and systems must undergo an investigation to determine suitability for employment. Based on the position sensitivity designation, OPR/Personnel Security Division initiates either a T4 or T5 Background Investigation in accordance with CBP Personnel Security Handbook, HB 1400-

07A.

b. Contractor Employees who require access to DHS IT systems or development, management, or maintenance of those systems must be U.S. citizens in accordance with DHS Instruction 121-01-007-01, Revision 1, Chapter 2, Personnel Security Program Standards, § 13, and Citizenship Requirements, § 13F. (Lawful Permanent Resident status is not acceptable in this case). A waiver may be granted, as outlined in Chapter 2, § 14 of DHS Instruction Handbook 121-01-007-01, Revision 01.

c. Provided the requirements of DHS Instruction Handbook 121-01-007-01 are met as outlined in paragraph I.B.1, below, Contractor Employees requiring access to CBP facilities, sensitive information or information technology resources are required to have a favorably adjudicated Tier 4 (T4) or Tier 5 (T5) background investigation (U.S. Office of Personnel Management (OPM), Suitability Executive Agent and the Director of National Intelligence (DNI), Security Executive Agent, Federal Investigative Standards, December 2012, or its successor), prior to commencing work on this contract, as outlined in the applicable requirements document, such as a Statement of Work (SOW) or Performance Work Statement (PWS). Exceptions shall be approved on a case-by-case basis with the Contractor Employee's access to facilities, systems, and information limited until the Contractor Employee receives a favorably adjudicated T4 or T5. A favorably adjudicated T4 or T5 shall include various aspects of a Contractor Employee's life, including employment, education, residences, police, and court inquires, credit history, and national agency checks.

d. For contracts requiring Contractor Employees to possess a CBP suitability upon contract inception, the following is applicable: The Contractor shall submit, within ten (10) working days after award of the contract, a list containing the full legal name, social security number, place of birth (city and state), and date of birth of employee candidates who possess favorably adjudicated T4 or T5 background investigations that meet federal investigation standards (as mandated in the SOW/PWS). These individuals will be considered for "reciprocity" as applicable (reference CBP Form 78 – BIRD). For contracts not requiring Contractor Employees to possess a CBP suitability upon contract inception, the following is applicable: The Contractor shall require Contractor Employee candidates, needing a T4 or T5 background investigation for the contract, to submit information and documentation requested by CBP to initiate the background investigation process immediately upon request by CBP.

e. Background Investigation information and documentation are submitted by proper completion of standard federal and agency forms provided by the COR, such as Electronic Questionnaires for Investigations Processing (e-QIP), Electronic Fingerprint Submission, CBP Form 78-Background Investigation Requirements Determination (BIRD) Form, Fair Credit Reporting Act (FCRA), Non-Disclosure Agreement (NDA), a Contractor Employee initial Background Investigation Form (CBP Form 77) (Sections A and B), and relevant "clearance" documents (if applicable), etc. The Contractor is responsible for ensuring all Contract Employee candidates complete the Electronic Questionnaire for Investigations Processing (e-QIP) and Electronic Fingerprints using their full legal name, correct SSN and ensuring these actions are completed in a timely manner, within 30 days of e-QIP initiation.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

The Contractor is also responsible for ensuring all Contract Employee candidates respond to phone calls and check their emails regularly for communications from the CBP Security Office and/or the field investigator for any necessary actions. The appropriate forms, to include "clearance" documents if applicable, must be submitted to the COR assigned to the contract, and the COR shall forward the completed forms to the CBP security official that will review the information for completeness and begin the adjudication and "clearance" (if applicable) process. Any Contract Employee candidate who fails to comply after multiple requests and attempts to reach them will be discontinued from the Background Investigation process. The Contractor shall then propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of the discontinued Contract Employee candidate.

f.  CBP cannot provide a standard completion time for a T4 or T5 background investigation as many scenarios affect CBP's ability to process an individual. During the term of this contract, the Contractor is required to provide the names of its employees who successfully complete the CBP T4 or T5 process to the CO and COR. Failure of any Contractor Employee to obtain and maintain a favorably adjudicated T4 or T5 shall be cause for dismissal. For key personnel, the Contractor shall propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of an unsuccessful candidate or vacancy. For all non-key personnel Contractor Employees, the Contractor shall propose a qualified replacement employee candidate to the COR within 30 days after being notified of an unsuccessful candidate or vacancy. The CO/COR shall approve or disapprove of replacement employees. For contracts requiring Contractor Employees to possess a CBP suitability per SOW/PWS requirements, continuous failure to provide Contractor Employees who meet CBP T4 or T5 requirements may be cause for termination of the contract (refer #4).

2.  Security Clearance Requirements

a.  Contractor Employees who require access to classified information must be U.S. citizens or have Lawful Permanent Resident (LPR) status in accordance with DHS Instruction Handbook 121-01-007-01, Rev. 01, the Department of Homeland Security Personnel Security, Suitability and Fitness Program, Chapter 2, Personnel Security Program Standards, § 13, Citizenship Requirements. A waiver may be granted, as outlined in Chapter 2, § 14 of DHS Instruction Handbook 121-01-007-01.

b.  For contracts requiring Contractor Employees to possess a security clearance *upon contract inception*, the following is applicable: The Contractor shall submit, within ten (10) working days after award of the contract, a list containing the full legal name, social security number, place of birth (city and state), and date of birth of employee candidates who possess favorably adjudicated T5 background investigations that meet federal investigation standards (as mandated in the SOW/PWS). These individuals will be considered for "reciprocity" as applicable (refer to CBP Form 78 – BIRD). For contracts not requiring Contractor Employees to possess a security clearance *upon contract inception*, the following is applicable: The Contractor shall require Contractor Employee candidates, needing a T4 or T5 background investigation for the contract, to submit information and documentation requested by CBP to initiate the background investigation process immediately

SUMMARY                                                              01 10 00 - 23

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

upon request by CBP.

c. Background Investigation information and documentation are submitted by proper completion of standard federal and agency forms provided by the COR, such as Electronic Questionnaires for Investigations Processing (e-QIP), Electronic Fingerprint Submission, CBP Form 78-Background Investigation Requirements Determination (BIRD) Form, Fair Credit Reporting Act (FCRA), Non-Disclosure Agreement (NDA), a Contractor Employee Initial Background Investigation Form (CBP Form 77) (Sections A and B), and relevant "clearance" documents (if applicable), etc. The Contractor is responsible for ensuring all Contract Employee candidates complete the Electronic Questionnaire for Investigations Processing (e-QIP) and Electronic Fingerprints using their full legal name, correct SSN and ensuring these actions are completed in a timely manner, within 30 days of e-QIP initiation. The Contractor is also responsible for ensuring all Contract Employee candidates respond to phone calls and check their emails regularly for communications from the CBP Security Office and/or the field investigator for any necessary actions. The appropriate forms, to include "clearance" documents if applicable, must be submitted to the COR assigned to the contract, and the COR shall forward the completed forms to the CBP security official that will review the information for completeness and begin the adjudication and "clearance" (if applicable) process. Any Contract Employee candidate who fails to comply after multiple requests and attempts to reach them will be discontinued from the Background Investigation process. The Contractor shall then propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of the discontinued Contract Employee candidate.

d. CBP cannot provide a standard completion time for a T4 or T5 background investigation as many scenarios affect CBP's ability to process an individual. During the term of this contract, the Contractor is required to provide the names of its employees who successfully complete the CBP T4 or T5 process to the CO and COR. Failure of any Contractor Employee to obtain and maintain a favorably adjudicated T4 or T5 shall be cause for dismissal. For key personnel, the Contractor shall propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of an unsuccessful candidate or vacancy. For all non-key personnel Contractor Employees, the Contractor shall propose a qualified replacement employee candidate to the COR within 30 days after being notified of an unsuccessful candidate or vacancy. The CO/COR shall approve or disapprove of replacement employees. Continuous failure to provide Contractor Employees who meet CBP T4 or T5 requirements may be cause for termination of the contract.

3. Contractor Tracking System

a. The CO/COR may designate responsibility for out-processing to the CPM. The CPM must have an active CBP Background Investigation (BI) and an Active Directory (AD) account (i.e., email, etc.) within the agency. CPM shall provide Contactor Employee departure/separation date and reason for leaving to the CO/COR in accordance with CBP Directive 1210-007B, Tracking of Contractor Employees. Failure by the CPM to provide timely notification of Contractor Employee departure/separation in accordance with the contract requirements shall be documented and considered when government personnel complete a Contractor Performance Report (under Business Relations) or other

SUMMARY                                                                                     01 10 00 - 24

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

performance related measures.

4. Access Controls

a. Contractor Employees in possession of a valid HSPD-12 compliant PIV card are authorized to access Department Headquarters and DHS Component Headquarters while on official business, in accordance with DHS Instruction Manual # 121-01-011-01, Revision # 00.

b. Contractor Employees may be subject to random security screening upon entering certain CBP facilities.

c. Contractor Employees who do not have their PIV cards must sign-in at lobby guard desk, and show a federal, state, or local government-issued photo identification (e.g., driver's license that meets the requirements of the REAL ID Act of 2005, US passport, US military ID card, Tribal ID, or Permanent Residence card).

5. Visitor Security Management

a. Visitors accessing any DHS Headquarters or DHS Component Headquarters facilities are subject to a criminal history check utilizing the National Crime Information Center (NCIC) system, except as stipulated elsewhere in DHS Instruction Manual # 121-01-011-01, Revision # 00.

b. All visitors requesting access to CBP facilities are required to sign-in at designated visitor location, depending on the facility's resources. Visitors are required to show a federal, state, or local government-issued photo identification (e.g., driver's license that meets the requirements of the REAL ID Act of 2005, US passport, US military ID card, Tribal ID, or Permanent Residence card), unless otherwise directed by the Facility Security Manager (FSM) or CBP Assistant Technical Representative (ATR).

c. Visitors must be escorted to their intended CBP destination by CBP employees or CBP contractors with a valid CBP-issued PIV card capable of operating the turnstiles. Supplemental access cards cannot be used for escorting purposes without a valid CBP-issued PIV card.

d. Visitor passes will be issued only at designated locations and/or entrances. All visitors are required to pass through screening at the designated entrances. All visitors must be escorted back to the security desk by a CBP employee or CBP contractor.

6. Managing Classified Information.

a. Contracts requiring contractor employees to access Classified National Security Information, completion of the DD Form 254 (Contract Security Classification Specification) is necessary for the Contractor (the company) to establish and have on record. Additionally, FAR Clause 52.204-2, Security Requirements, must be included in the solicitation and contract. If desired, a Solicitation DD Form 254 can be added to the solicitation package. Contact the Security Management Division (SMD) for assistance at: cbpsecurity@cbp.dhs.gov.

b. For additional information about the National Industrial Security Program (NISP) please visit the Defense Counterintelligence and Security Agency website and search for The NISPOM Rule.

7. Non-Disclosure Agreements

SUMMARY                                                      01 10 00 - 25

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

   a. As part of the background investigation package, Contractor Employees are required to execute and submit a Non-Disclosure Agreement (DHS Form 11000-6) as a condition to perform on any CBP contract.

8. Special Security Requirement – Contractor Pre-Screening (SEP 2011)

   a. Contractors requiring recurring access to Government facilities or access to sensitive but unclassified information and/or logical access to Information Technology (IT) resources shall verify minimal fitness requirements for all persons/candidates designated for employment under any Department of Security (DHS) contract by pre-screening the person /candidate prior to submitting the name for consideration to work on the contract. Pre-screening the candidate ensures that minimum fitness requirements are considered and mitigates the burden of DHS having to conduct background investigations on objectionable candidates. The Contractor shall submit only those candidates that have not had a felony conviction within the past 36 months, illegal drug use within the past 12 months from the date of submission of their name as a candidate to perform work under this contract. Contractors are required to flow this requirement down to subcontractors. Pre-screening involves contractors and subcontractors reviewing:

      1) Felony convictions within the past 36 months. An acceptable means of obtaining information on felony convictions is from public records, free of charge, or from the National Crime Information Center (NCIC).
      2) Illegal drug use within the past 12 months. An acceptable means of obtaining information related to drug use is through employee self-certification, by public records check; or if the contractor or subcontractor already has drug testing in place. There is no requirement for contractors and/or subcontractors to initiate a drug testing program if they do not have one already in place.
      3) Misconduct such as criminal activity on the job relating to fraud or theft within the past 12 months. An acceptable means of obtaining information related to misconduct is through employee self-certification, by public records check, or other reference checks conducted in the normal course of business.

   b. Pre-screening shall be conducted within 15 business days after the contract award. This requirement shall be placed in all subcontracts if the subcontractor requires routine physical access, access to sensitive but unclassified information, and/or logical access to IT resources. Failure to comply with the pre-screening requirement will result in the Contracting Officer taking the appropriate remedy.

   c. Definition: *Logical Access* means providing an authorized user with the ability to access one or more computer system resources such as a workstation, network, application, or database through automated tools. A logical access control system (LACS) requires validation of an individual identity through some mechanism such as a personal identification number (PIN), card, username and password, biometric, or other token. The system has the capability to assign different access privileges to different people depending on their roles and responsibilities in an organization.

9. Associate Contractor Agreements

   a. "Associate Contractor Agreements" (ACA) are agreements between contractors working on Government contract projects that specify

SUMMARY                                                              01 10 00 - 26

requirements for them to share information, data, technical knowledge, expertise, or resources.

b.  The Contractor shall enter into Associate Contractor Agreements (ACA) for any portion of the contract requiring joint participation in the accomplishment of the Government's requirement. The agreements shall include the basis for sharing information, data, technical knowledge, expertise, and/or resources essential to the integration of the Consolidated Tower and Surveillance Equipment (CTSE) into the Border Patrol Common Operating Picture (COP) which shall ensure the greatest degree of cooperation for the development of the program to meet the terms of the contract. Associate contractors are listed in (i) below.

c.  ACAs shall be in the Contractor's format but shall include the following general information:

1)  Identify the associate contractors and their relationships.
2)  Identify the program involved and the relevant Government contracts of the associate contractors.
3)  Describe the associate contractor interfaces by general subject matter.
4)  Specify the categories of information to be exchanged or support to be provided.
5)  Include the expiration date (or event) of the ACA.
6)  Identify potential conflicts between relevant Government contracts and the ACA; include agreements on protection of proprietary data and restrictions on employees.

d.  A copy of such agreements shall be provided to the Contracting Officer for review before execution of the document by the cooperating contractors.

e.  The Contractor is not relieved of any contract requirements or entitled to any adjustments to the contract terms because of a failure to resolve a disagreement with an associate contractor.

f.  Liability for the improper disclosure of any proprietary data contained in or referenced by any agreement shall rest with the parties to the agreement, and not the Government.

g.  All costs associated with the agreements are included in the negotiated cost of this contract. Agreements may be amended as required by the Government during the performance of this contract.

h.  The agreement shall be executed within 180 days of the award.

i.  The following programs will require the Contractor to secure associate contractor clearances for access to facilities and/or Information Technology Network:

1)  US Border Patrol Common Operating Picture (COP).
2)  US Customs and Border Protection Office of Information (OIT) BEAGLE Contract

C.  DESIGN-AFTER AWARD REQUIREMENTS

1.  Where design is required to complete construction of any of the **BASE** Work as described in Paragraph 1.2 above, the Contractor shall be responsible for completing the final design, design analysis report, plans and specifications. The Contractor shall identify all intended areas of design that will be grouped into

separate packages and incorporate those design packages into the project schedule requirements as specified in Project Schedule Section of these specifications.

2. Where conflicts in design requirements arise, the order of precedence shall be as follows:

   a. 1 – These Project Specifications; 2 – Attributes Specifications (Attachments E-H); 3 - TIDS, v6 (SOW Attachment D); 4 – IBWC Amended Criteria (within SOW Attachment D); 5 – Location Maps (SOW Attachment A); 6 – BMPs (SOW Attachment B)

3. The Contractor shall provide field survey crew names and vetting information as described above, description and location of any areas that require access outside the project limits and aerial target size and planned locations. Use of drones to capture imagery for the project shall be coordinated through the COR for Border Patrol awareness and timing of flight.

4. The Contractor shall provide a map showing planned Geotechnical boring locations are within the project limits, description of equipment to be used, field crew names and vetting information as described above and anticipated duration of exploration prior to start of Geotechnical field operations.

5. Final design shall be completed per these Project Specifications requirements and criteria provided in this SOW and all Attachments. The final design shall be completed under the supervision of a registered professional engineer DOR and shall include final design analysis report (DAR), construction plans and construction specifications sealed and ready for construction.

   a. The DAR shall include chapters for each design discipline required to complete the project. At a minimum, each chapter of the DAR shall include understanding and approach, codes, assumptions, summary of analysis and/or calculation results and final recommendations. The appendices of the design analysis shall include, but not be limited to, full drainage report, full flood plain assessment report, full geotechnical report, and supporting calculations for all disciplines.
      1) The Contractor shall provide a DAR detailing how all design required for the vertical barrier and associated patrol/maintenance road, gates, power, and attributes meets the requirements of this SOW and all Attachments for review by CBP, and other stakeholder agencies as indicated by the COR. The report shall include the necessary maps, delineations, analysis, calculations, diagrams, references and narrative required to show how the requirements of this SOW and all Attachments are to be met.

      2) The contractor shall provide a full drainage report for review by CBP, and other stakeholder agencies as indicated by the COR. The full drainage report shall include, but not be limited to:
         - site descriptions,
         - hydrological analysis and mapping,
         - hydraulic analysis,
         - scour analysis,
         - final drainage repair and/or protection recommendations,
         - WSE Template and supporting analysis
         - calculations and other support documentation as attachments.
      3) The Contractor shall provide a full flood plain assessment report that shows

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

the final results for deflections and rise in water surface elevation due to the vertical barrier. The report shall include design approach, existing conditions, input variables, recommendations, conclusions, and deflection and rise in WSE shown on maps and in tabular format by river station. The analysis shall follow the US-IBWC guidelines provided within the Appendices of the TIDS. The work will require bathymetric survey of the Rio Grande to be completed by the Contractor within the limits of the new vertical barrier installation. The latest Rio Grande river model will be provided to the Contractor by CBP or US-IBWC as the starting point for final model development. The Contractor shall assume up to three model runs will be required to mitigate the deflection and/or rise in WSE due to vertical barrier installation. See updated GFI provided below that includes concept design flood impact information as well as updated alignment KMZ files.

4) The Contractor shall provide a geotechnical report as an Appendix for review by CBP, and other stakeholders agencies as indicated by the COR. The full geotechnical report shall include, but not be limited to:
- site descriptions,
- results of exploration and testing,
- final recommendations and
- boring logs and supporting calculations as attachments.

b. Construction plans be prepared using AutoCAD and shall provide detail for construction of the project.

c. The vertical barrier construction plans shall include, but not be limited to:
1) Coversheet
2) Sheet index/abbreviations/legend
3) General notes
4) Survey and geometric control
5) Barrier and plan & profile sheets including gate locations, patrol/maintenance road associated with the vertical, gates, and drainage control & erosion control locations.
6) Typical Sections
7) All details including those associated with drainage and erosion control.
8) Gate plan, elevation and details.
9) Road and associated drainage and erosion control details (100% & IFC design submittals).

d. The waterborne patrol road and attributes construction plans shall include, but not be limited to:
1) Coversheet
2) Sheet index/abbreviations/legend
3) General Notes
4) Survey and geometric control
5) Plan & profile sheets including patrol road attributes including power, IR illuminator with poles, cameras, shelter location(s), service entrance station locations, and power to the site routing, and drainage and erosion control locations.
6) Patrol road typical sections and details including drainage and erosion control.
7) Patrol road cross sections
8) Attributes details, sections and notes including power, IR illuminator with poles, cameras, shelters including all fabrication/components/equipment/connections/interior space layout,

SUMMARY                                                                    01 10 00 - 29

   service entrance stations, power distribution and equipment, and drainage repair/protection.

e. All other miscellaneous construction plans shall include items 1-5 listed above as well as the appropriate plans, sections and details needed to complete construction.

f. Construction specifications shall be completed for all elements of construction based on requirements outlined within the TIDS as deemed appropriate by the Designer of Record. Acceptable format for completing the specifications include Master Spec or Specs Intact.

6. The Contractor shall submit and maintain a Design Quality Control (DQC) Plan within 10-working days of Design NTP which assures that all services required by this contract are performed and provided in a manner that meets professional engineering quality standards. As a minimum, all documents must be technically reviewed by competent, independent reviewers identified in the DQC Plan. The same element that produced the product may not perform the independent technical review (ITR). Correct errors and deficiencies in the design documents prior to submitting them to the Government.

7. For all design packages other than the vertical barrier construction, the Contractor shall provide 90%, 100% and IFC design submittals to CBP, and identified stakeholders, for review and comment. The 90%, 100% & IFC design submittals shall include:

a. DAR
b. construction plans
c. construction specifications.

8. For vertical barrier construction, the Contractor shall provide 100% and IFC design submittals inclusive of DAR, construction plans and specifications to CBP, and identified stakeholders, for review and comment.

9. The Contractor shall provide each submittal via web-based project software.

10. The Contractor shall allot 5 workings days for Government review of the **BASE** fast track 100% design package. The Contractor shall allot 5 working days to confirm all IFC design submittals have adequately addressed all open comments.

11. The Contractor shall allot 10 working days for Government review for all 90% and 100% design packages and 5 working days for CBP to confirm all IFC design submittals have adequately addressed all open comments.

12. The Contractor shall be responsible for receiving, compiling, and responding to all comments received within the review period. Within 5-working days following the close of the review period, the Contractor shall host a design review meeting to resolve all comments. All design review meetings shall be virtual. Upon resolution of all comments, the Contractor shall provide the final sealed IFC plans, specifications and design analysis. All design submittals shall be digital, PDF, unless otherwise approved by CBP. Source files for all calculations and modeling as well as CAD/GIS alignments and data shall be made available to CBP, upon request.

13. Separate design packages that are developed for construction of BASE Work, design analysis reports and specifications and pre-construction submittals may be developed for the overall project or for each specific design package. No construction plans will be approved for construction until the master, or design package specific, design analysis and specifications and pre-construction

submittals are complete and approved by CBP. Design analysis and specifications shall be sealed for said design package. If revisions are required to the master design analysis and/or specifications and pre-construction submittals during subsequent design, the Contractor shall prepare and submit an amendment for CBP review and approval.

14. CBP shall be allotted 5 working days for initial review of all amendments to IFC documents and pre-construction submittals and 5 working days to confirm any required corrections have been made.

15. The Contractor shall coordinate and attend one design site visit covering all areas of the project site(s) with CBP and any stakeholders identified by CBP prior to the submission of the 100% design submittal. The Contractor shall be responsible for coordinating the specific day(s) and duration of the site visit and attendees that are agreeable to both CBP and the Contractor. The design site visit shall occur at least 10 working days prior to the 100% design submittal date and the Contractor shall initiate coordination of the site visit at least 10 working days prior to the proposed site visit dates. The purpose of the site visit will be to clarify design questions and approach throughout the project. Within 5 working days of the completion of the site visit, the Contractor shall submit meeting minutes covering the topics of discussion, agreed upon resolutions and action items.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 31 00**

**PROJECT MANAGEMENT AND COORDINATION**

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.  Section includes administrative provisions for coordinating construction operations on Project, including, but not limited to, the following:

1.    General coordination procedures.

2.    Coordination drawings.

3.    Request for Information (RFI).

4.    Digital project management procedures.

5.    Web-based Project management software package.

6.    Project meetings.

**1.2    DEFINITIONS**

A.  RFI: Request for Information. Request from the Contractor seeking information required by or clarifications of the Contract Documents.

**1.3    ACTION SUBMITTALS**

A.  Key Personnel: submit key personnel requirements for positions listed below. In addition to requirements listed below, provide for each individual: a list of individual Work Experiences listing the projects' Title, location of work (i.e., County, State), time period (Start and end dates in Month and Year), duties and responsibilities, Point of Contract information (Name(s), phone numbers, email addresses of the Agency/Company receiving the work.  Ensure the POC information is up to date.

1.  Superintendent: The Superintendent shall have a minimum of 10-years of experience as a Superintendent. The Superintendent will have at least two heavy civil design-build projects within the last 15 years, having a construction value of $10- million or more for each project. The Superintendent shall have completed the USACE's 24-Hour EM 385-1-1 training and provide a picture of their certificate of completion or proof of completion of the course (as waiting for the certificate) within the submitted resume. The USACE EM 385-1-1 24-hour Construction training shall be accomplished within the last 5 years. The Superintendent resume shall show experience in interpreting a critical path schedule and construction plans. The Superintendent may not perform any other duties on the project when serving as Superintendent. The Superintendent shall be on the construction site whenever any construction process is taking place.

2.  Project Manager: The Project Manager (PM) shall have a minimum 10-years of experience as a PM.  The PM shall have worked as a PM on at least two design-build projects similar in scope or complexity to projects under this IDIQ and have served as the PM on at least 2 projects with each having a construction value of $10-million, or more.

PROJECT MANAGEMENT AND COORDINATION                                01 31 00 -

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

   3. <u>Design Manager:</u> The Design Manager (DM) shall have a minimum 5-years of experience as a DM. The DM shall have worked as a DM on at least two design-build heavy civil projects with a construction value of $10-million, or more per contract. The DM shall have a current professional engineering state licensure, in good standing.

## 1.4 GENERAL COORDINATION PROCEDURES

A. Coordination: Coordinate construction operations included in different Sections of the Specifications to ensure efficient and orderly installation of each part of the Work. Coordinate construction operations included in different Sections that depend on each other for proper installation, connection, and operation.

B. Prepare memoranda for distribution to each party involved, outlining special procedures required for coordination. Include such items as required notices, reports, and list of attendees at meetings.

## 1.5 REQUEST FOR INFORMATION (RFI)

A. General: Immediately on discovery of the need for additional information, clarification, or interpretation of the Contract Documents, Contractor shall prepare and submit an RFI in the form specified.

   1. COR will return without response those RFIs submitted to COR by other entities controlled by Contractor.

   2. Coordinate and submit RFIs in a prompt manner to avoid delays in Contractor's work or work of subcontractors.

   3. Frivolous RFIs will be returned without response.

B. Content of the RFI: Include a detailed, legible description of item needing information or interpretation and the following:

   1. Project name.

   2. Government name.

   3. Government's Project number.

   4. COR name

   5. Date.

   6. Name of Contractor.

   7. RFI number, numbered sequentially.

   8. RFI subject.

   9. Specification Section number and title and related paragraphs, as appropriate.

   10. Drawing number and detail references, as appropriate.

   11. Field dimensions and conditions, as appropriate.

   12. Contractor's suggested resolution. If Contractor's suggested resolution impacts the Contract Time or the Contract Sum, Contractor shall state impact in the RFI.

   13. Contractor's signature.

PROJECT MANAGEMENT AND COORDINATION        01 31 00 -

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    14. Attachments: Include sketches, descriptions, measurements, photos, Product Data, Shop Drawings, coordination drawings, and other information necessary to fully describe items needing interpretation.

C. RFI Forms: Software-generated form with substantially the same content as indicated above, acceptable to COR as indicated on the sample RFI form to be provided after award or the Contractor can provide an equivalent with approval from the COR.

    1. Attachments shall be electronic files in PDF format.

D. COR Action: COR will review each RFI, determine action required, and respond. Allow 5 working days, starting the following working day after submission of the RFI, for COR response for each RFI.

    1. The following Contractor-generated RFIs will be returned without action:

        a. Requests for approval of submittals.
        b. Requests for approval of substitutions.
        c. Requests for approval of Contractor's means and methods.
        d. Requests for coordination information already indicated in the Contract Documents.
        e. Requests for adjustments in the Contract Time or the Contract Sum without associated cause or reason.
        f. Requests for interpretation of COR actions on submittals.
        g. Incomplete RFIs or inaccurately prepared RFIs.
        h. Frivolous RFIs

    2. COR's action may include a request for additional information, in which case COR time for response will date from time of receipt by COR of additional information.

    3. Any RFI requiring a change to the contract will require a modification of the contract.

E. RFI Log: Prepare, maintain, and submit a tabular log of RFIs organized by the RFI number. Submit log weekly. Use software log that is part of web-based Project management software, with not less than the following:

    1. Project name.

    2. Name and address of Contractor.

    3. Name of COR.

    4. RFI number, including RFIs that were returned without action or withdrawn.

    5. RFI description.

    6. Date the RFI was submitted.

    7. Date COR's response was received.

    8. Identification of related Minor Change in the Work, Construction Change Directive, and Proposal Request, as appropriate.

F. On receipt of COR's action, update the RFI log and immediately distribute the RFI response to affected parties. Review response and notify COR within seven calendar days if Contractor disagrees with the response.

PROJECT MANAGEMENT AND COORDINATION               01 31 00 -

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**1.6    DIGITAL PROJECT MANAGEMENT PROCEDURES**

A. Preparation of CAD drawings and geo-referenced alignments used within the Attachments of the SOW, will be provided by the COR for Contractor's use during design and construction.

1. Digital data files may be used by Contractor in preparing final design drawings, Shop Drawings, and Project Record Drawings.

2. The Government makes no representations as to the accuracy or completeness of CAD and/or geo-referenced alignment files as they relate to preparation of the Contract Drawings.

3. The following CAD and geo-referenced alignments files will be furnished for the Contractor's use:

   a. Tactical Infrastructure Design Standards details relating to road and gate construction.
   b. Geo-referenced alignment files in KMZ format.

B. Web-Based Project Management Software Package: Provide, administer, and use Contractor's web-based Project management software package for purposes of hosting and managing Project communication and documentation until Final Completion. The Contractor's web-based project management software shall be fully functional and accessible to CBP and CBP designated personnel within 10 working days of Phase 1 NTP.

1. Web-based Project management software includes, at a minimum, the following features:

   a. Compilation of Project data, including Contractor, subcontractors, COR, Government, and other entities involved in Project. Include names of individuals and contact information.
   b. Access control for each entity for each workflow process, to determine entity's digital rights to create, modify, view, and print documents.
   c. Document workflow planning, allowing customization of workflow between project entities.
   d. Creation, logging, tracking, and notification for Project communications required in other Specification Sections, including, but not limited to, RFIs, submittals, Minor Changes in the Work, Construction Change Directives, and Change Orders.
   e. Track status of each Project communication in real time, and log time and date when responses are provided.
   f. Procedures for handling PDFs or similar file formats, allowing markups by each entity. Provide security features to lock markups against changes once submitted.
   g. Processing and tracking of payment applications.
   h. Processing and tracking of contract modifications.
   i. Creating and distributing meeting minutes.
   j. Document management for Drawings, Specifications, and coordination drawings, including revision control. Software shall have the capability of transferring file sizes of up to 3-gigabytes.
   k. Management of construction progress photographs.
   l. Mobile device compatibility, including smartphones and tablets.

2. Contractor shall provide up to fifteen Project management software user licenses, if licensing is required, for use by COR and staff. Provide up to eight hours of

PROJECT MANAGEMENT AND COORDINATION                    01 31 00 -

software training at Contractor temporary facilities or other location approved by the COR for web-based Project software users including, but not limited to, CBP and other government agencies. The Contractor may choose to include Contractor key staff and Contractor sub-consultants requiring access during the same training session.

3. At completion of Project, provide digital archive in format that is readable by common desktop software applications in format acceptable to COR. Provide data in locked format to prevent further changes.

4. Provide **one of** the following Project management software packages under their current published licensing agreements that meet the criteria above for project management:

    a. Procore Technologies, Inc.
    b. Autodesk; Constructware.
    c. Corecon Technologies, Inc.
    d. Meridian Systems; Prolog.
    e. Newforma, Inc.

C. PDF Document Preparation: Where PDFs are required to be submitted to COR, prepare as follows:

1. Assemble complete submittal package into a single indexed file, incorporating submittal requirements of a single Specification Section and transmittal form with links enabling navigation to each item.

2. Name file with submittal number or other unique identifier, including revision identifier.

3. Certifications: Where digitally submitted certificates and certifications are required, provide a digital signature with digital certificate on where indicated.

## 1.7 PROJECT MEETINGS

A. General: The Contractor shall schedule and conduct all meetings. All meetings shall be virtual, unless otherwise noted, using a platform capable of screen sharing with video and audio features. Specific meeting timing and platform to be determined following Phase 1 NTP and agreeable to both the Contractor and the COR.

1. Attendees: Inform participants and others involved, and individuals whose presence is required, of date and time of each meeting. Notify COR of scheduled meeting dates and times a minimum of ten working days prior to individual meeting date or for first date of recurring meetings.

2. Agenda: Prepare the meeting agenda. Distribute the agenda to all invited attendees.

3. Minutes: The Contractor shall record significant discussions and agreements achieved. The meeting minutes shall be distributed by the Contractor to everyone concerned, including Government and COR within three working days of the meeting.

B. Phase 1 NTP Meeting: The COR will schedule a Phase 1 NTP meeting before the start of any work, at a time convenient to COR and Contractor, but no later than 15 working days after execution of the contract. The meeting will be conducted by COR with input from the Contractor.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

1. Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, and major subcontractors and/or suppliers as deemed necessary by the Contractor shall attend the meeting.

2. Agenda: The meeting shall cover the following items of significance to be discussed and acknowledged by the Contractor, including but not limited to the following:

   a. Responsibilities and personnel assignments.
   b. Design, environmental and real estate requirements.
   c. Designation of key personnel and their duties.
   d. Lines of communications.
   e. Use of web-based Project software.
   f. Procedures for RFIs.
   g. Procedures for submittals
   h. Procedures for processing Applications for Payment.
   i. Use of the site.
   j. Security procedures and Contractor personnel vetting.

3. Minutes: Contractor shall record and distribute meeting minutes.

C. Design Comment Resolution Meetings: Contractor will schedule and conduct design comment resolution meetings following each design submittal review period.

1. Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, major subcontractors and/or suppliers as deemed necessary by the Contractor, and project stakeholders identified by the COR shall attend the meeting.

2. Agenda: Review comments and Contractor proposed resolution for each design submittal package. Discuss items of significance that could affect or delay further design of the project.

3. Minutes: Contractor shall record and distribute meeting minutes.

D. Pre-Construction Meeting: Prior to start of construction, a pre-construction meeting will be scheduled by the COR. The pre-construction meeting shall be an in-person meeting at a location agreeable to the Contractor and the COR.

1. Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, and major subcontractors and/or suppliers as deemed necessary by the Contractor shall attend the meeting.

2. Agenda: Review status of all pre-construction submittals. Any pre-construction submittals submitted for review prior to the pre-construction meeting may be accepted or accepted with comments at the meeting. In addition, the following items shall be presented by the Contractor:

   a. Construction Phasing.
   b. Critical work sequencing and long lead items.
   c. Designation of key personnel and their duties.
   d. Lines of communications.
   e. Use of web-based Project software.
   f. Procedures for processing field decisions and Change Orders.
   g. Procedures for RFIs.
   h. Procedures for processing Applications for Payment.
   i. Distribution of the Contract Documents.

PROJECT MANAGEMENT AND COORDINATION                                01 31 00 -

  j. Submittal procedures.

  k. Preparation of Record Documents.

  l. Work restrictions.

  m. Working hours.

  n. Responsibility for temporary facilities and controls.

  o. Procedures for disruptions and shutdowns.

  p. Construction waste management and recycling.

  q. Parking availability.

  r. Equipment deliveries and priorities.

  s. Safety requirements

  t. Construction quality control including testing and inspection procedures.

  u. Site Security

 3. Minutes: Contractor shall record and distribute meeting minutes.

E. Project Closeout Meeting: Contractor will schedule and conduct a project closeout meeting, at a time convenient to COR, but at least 60 calendar days prior to the scheduled date of Substantial Completion.

 1. Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, and major subcontractors and/or suppliers as deemed necessary by the Contractor shall attend the meeting.

 2. Agenda: Discuss items of significance that could affect or delay Project closeout, including the following:

  a. Preparation of Record Documents.

  b. Procedures required prior to inspection for Substantial Completion and for final inspection for acceptance.

  c. Procedures for completing and archiving web-based Project software site data files.

  d. Requirements for preparing maintenance manuals.

  e. Preparation of Contractor's punch list.

  f. Final Warranty Management Plan

  g. Submittal procedures.

  h. Responsibility for removing temporary facilities and controls.

 3. Minutes: Contractor shall record and distribute meeting minutes.

F. Progress Meetings: Contractor will conduct progress meetings at weekly intervals.

 1. Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, major subcontractors and/or suppliers as deemed necessary by the Contractor, and project stakeholders identified by the COR shall attend the meeting.

 2. Agenda: Review and approve minutes of previous progress meeting. Review other items of significance that could affect progress. Review payment requests, when applicable. Include topics for discussion as appropriate to status of Project.

  a. Contractor's Three Week Look Ahead Schedule: Prior to each weekly meeting, the Contractor shall provide the COR with a three week look ahead schedule of planned activities.

  b. Preliminary/Baseline Schedule: Review progress since the last meeting. Determine whether each activity is on time, ahead of schedule, or behind schedule. Determine how activities behind schedule will be expedited; secure

commitments from parties involved to do so. Discuss whether schedule revisions are required to ensure that current and subsequent activities will be completed within the Contract Time.

    c.  Review present and future needs of each entity present, including the following:

1) Design progression and status
2) Sequence of operations.
3) Status of submittals.
4) Deliveries.
5) Off-site fabrication.
6) Access.
7) Site use.
8) Temporary facilities and controls.
9) Quality and work standards.
10) Status of correction of deficient items.
11) Field observations.
12) Status of RFIs.
13) Status of Proposal Requests.
14) Pending changes.
15) Status of Change Orders.
16) Pending claims and disputes.
17) Documentation of information for payment requests.

3.  Minutes: Contractor shall record and distribute meeting minutes.

    a.  Schedule Updating: Revise Contractor's construction schedule after any modification that adds or deletes days of the performance period.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 32 00

## PROJECT SCHEDULE

### PART 1 - GENERAL

### 1.1    SUMMARY

A.  Section includes administrative and procedural requirements for documenting the progress of construction during performance of the Work, including the following:

1.  Preliminary project schedule.

2.  Baseline Project Schedule.

3.  Construction schedule updating reports.

4.  Daily construction reports.

5.  Site condition reports.

6.  Unusual event reports.

7.  Progress Schedule

### 1.2    DEFINITIONS

A.  Activity: A discrete part of a project that can be identified for planning, scheduling, monitoring, and controlling the construction Project. Activities included in a construction schedule consume time and resources.

1.  Critical Activity: An activity on the critical path that must start and finish on the planned early start and finish times.

2.  Predecessor Activity: An activity that precedes another activity in the network.

3.  Successor Activity: An activity that follows another activity in the network.

B.  Cost Loading: The allocation of the schedule of values for completing an activity as scheduled. The sum of costs for all activities must equal the total Contract Sum.

C.  CPM: Critical path method, which is a method of planning and scheduling a construction project where activities are arranged based on activity relationships. Network calculations determine the critical path of Project and when activities can be performed.

D.  Critical Path: The longest connected chain of interdependent activities through the network schedule that establishes the minimum overall Project duration and contains no float.

E.  Event: The starting or ending point of an activity.

F.  Float: The Contractor shall show a schedule that uses the full performance period.

1.  Float time is not for the exclusive use or benefit of either Government or Contractor, but is a jointly owned, expiring Project resource available to both parties as needed to meet schedule milestones and Contract completion date. NOTE: The Progress Schedule will reflect the full period of performance

PROJECT SCHEDULE                                                                                         01 32 00 - 1

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

timeframe.

G. Resource Loading: The allocation of manpower and equipment necessary for completing an activity as scheduled.

H. Design Package: Grouping of project areas of design identified by the Contractor as part the Summary Section Design After Award requirements.

## 1.3    ACTION SUBMITTALS

A. Format for Submittals: Submittals shall be provided as working electronic copy of schedule file and as PDF.

B. Preliminary Project Schedule.

1. Schedule: Submit preliminary CPM project schedule no later than 10 working days following Phase 1 NTP. The COR and PM will review the Contractor's proposed preliminary schedule and return comments to the Contractor. The Contractor shall resubmit the proposed baseline schedule to the COR and PM withing 5 working days of receipt of comments. Once the COR and PM are satisfied that the Contractor's proposed preliminary schedule meets the contract requirements, the COR will approve the preliminary schedule.

2. Preparation: Indicate each significant design and construction activity separately. Identify first workday of each week with a continuous vertical line. Outline all design activities and progression of all design package(s). Outline construction activities for first **60** calendar days of construction for each design package. Include skeleton diagram for the remainder of the Work. Indicate cash requirement prediction based on indicated activities.

3. Network Diagram: Of size required to display entire network for entire design and construction period indicated. Show logic ties for activities.

C. Baseline Project Schedule: CPM schedule, of size required to display entire schedule for entire construction period.

1. Schedule: Submit a comprehensive, fully developed CPM Baseline Project Schedule as part of the pre-construction submittals. The Contractor's proposed baseline schedule for construction of each design package shall be submitted concurrent with the 100% design package submittal. The COR and PM will review the Contractor's proposed baseline schedule within the Government review duration provided for the 100% design package submittal and provide comments to the Contractor. The Contractor shall resubmit the proposed baseline schedule for construction of the design package within 5 working days after receipt comments. Once the COR and PM are satisfied that the Contractor's proposed baseline schedule meets the contract requirements, the COR will approve the baseline schedule for construction the associated design package.

2. Preparation: Indicate each significant construction activity separately. Identify first workday of each week with a continuous vertical line. Include any remaining design activities. Outline construction activities for the duration of construction including closeout activities. Indicate cash requirement prediction based on indicated activities.

3. Network Diagram: Of size required to display entire network for any remaining

design period and full construction period. Show logic ties for activities.

D.  CPM Reports: Concurrent with CPM schedule, submit each of the following reports. Format for each activity in reports shall contain activity number, activity description, cost and resource loading, original duration, remaining duration, early start date, early finish date, late start date, late finish date, and total float in calendar days.

   1.  Activity Report: List of activities sorted by activity number and then early start date, or actual start date if known.

   2.  Logic Report: List of preceding and succeeding activities for each activity, sorted in ascending order by activity number and then by early start date, or actual start date if known.

   3.  Total Float Report: List of activities sorted in ascending order of total float.

   4.  Earnings Report: Compilation of Contractor's total earnings from the Notice to Proceed until most recent Application for Payment.

E.  Baseline Schedule Updating Reports: Submit with Applications for Payment.

F.  The Contractor shall designate one Project Scheduler to be responsible for the preparation of the schedule and all required updating and production of reports. The Project Scheduler shall have a minimum of 5-years of experience scheduling design-build construction projects and has served as the project scheduler on at least two design-build construction projects with construction cost of $5-million, or more, using scheduling software. Representative must have a comprehensive knowledge of CPM scheduling principles and application. The project manager may serve as the project schedule.

## 1.4    INFORMATIVE SUBMITTALS

A.  Daily Construction Reports: Submit daily highlights of construction activities within 1 working day following each day's work.

B.  Site Condition Reports: Submit within 1 working day of discovery of differing conditions.

C.  Unusual Event Reports: Submit within 1 working of the unusual event.

D.  See Paragraph 1.8 Reports for additional information.

## 1.5    QUALITY ASSURANCE

A.  Prescheduling Meeting: Conduct a virtual meeting no later than 5 working days following Phase 1 NTP. At a minimum, the Contractor shall include the project manager, superintendent and project scheduler in the prescheduling meeting. Review methods and procedures related to the preliminary project schedule and Baseline Project Schedule, including, but not limited to, the following:

   1.  Review software limitations and content and format for reports.

   2.  Verify availability of qualified personnel needed to develop and update schedule.

   3.  Discuss constraints, including phasing, work stages, area separations, and interim milestones.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    4.    Review submittal requirements and procedures.

    5.    Review time required for review of submittals and resubmittals.

    6.    Review requirements for tests and inspections by independent testing and inspecting agencies.

    7.    Review time required for Project closeout.

    8.    Review and finalize list of construction activities to be included in schedule.

    9.    Review procedures for updating schedule.

## 1.6    SCHEDULE REQUIREMENTS

A.  Computer Scheduling Software: Prepare schedules using current version of a program that has been developed specifically to manage construction schedules using the critical path method.

    1.    Use Microsoft Project, Primavera, Meridian Prolog, scheduling component of Project management software package specified in Section 01 31 00 "Project Management and Coordination," for current Windows operating system.

    2.    See Paragraph 1.7 of this Section for CPM requirements.

B.  Project Scheduler:

    1.    Project Scheduler shall attend all meetings related to Project progress, alleged delays, and time impact.

C.  Time Frame: Extend schedule from date established for Notice to Proceed to date of Final Completion.

    1.    Contract completion date shall not be changed by submission of a schedule that shows an early completion date, unless specifically authorized by Change Order.

D.  Activities: Comply with the following minimum requirements for activities:

    1.    Procurement Activities: Include procurement process activities for long lead-time items and major items, requiring a cycle of more than 60 days, as separate activities in schedule. Procurement cycle activities include, but are not limited to, submittals, approvals, purchasing, fabrication, and delivery.

    2.    Submittal Review Time: Include review and resubmittal times indicated in Section 01 33 00 "Submittal Procedures" in schedule. Coordinate submittal review times in Contractor's Construction Schedule with submittal schedule.

    3.    Startup and Testing Time: Include no fewer than **15** calendar days for startup and testing.

    4.    Substantial Completion: Indicate completion in advance of date established for Substantial Completion and allow time for COR's administrative procedures necessary for certification of Substantial Completion.

    5.    Punch List and Final Completion: Include not more than **30** calendar days for completion of punch list items and Final Completion.

E.  Constraints: Include constraints and work restrictions indicated in the Contract Documents and as follows in schedule and show how the sequence of the Work is affected.

PROJECT SCHEDULE                  01 32 00 - 4

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

1. Phasing: Arrange list of activities on schedule by phase.

2. Procurement Activities: Include long lead delivery dates. Stipulate the earliest possible delivery date.

3. Work Stages: Indicate important stages of construction for each major portion of the Work, including, but not limited to, the following:

   a. Design
   b. Submittals.
   c. Temporary Facilities
   d. Fabrication.
   e. Deliveries.
   f. Installation.
   g. Tests and inspections.
   h. Adjusting.
   i. Project close out

4. Construction Areas: Identify each major area of construction for each major portion of the Work. Indicate where each construction activity within a major area must be sequenced or integrated with other construction activities to provide for the following:

   a. Initial Punch List
   b. Final Punch List
   c. Substantial Completion.

F. Milestones: Include milestones indicated in the Contract Documents in schedule, including, but not limited to, the Notice to Proceed, Substantial Completion, and Final Completion. If separate design packages are developed, indicate milestones for each package.

G. Cost Correlation: Superimpose a cost correlation timeline, indicating planned and actual costs. On the line, show planned and actual dollar volume of the Work performed as of planned and actual dates used for preparation of payment requests.

H. Upcoming Work Summary: Prepare summary report indicating activities scheduled to occur or commence prior to submittal of next schedule update. Summarize the following issues:

1. Unresolved issues.

2. Unanswered Requests for Information.

3. Rejected or unreturned submittals.

4. Notations on returned submittals.

5. Pending modifications affecting the Work and the Contract Time.

I. Project Schedule Updating: At monthly intervals, update schedule to reflect actual construction progress and activities. Issue schedule one week before each regularly scheduled progress meeting.

1. Revise schedule immediately after each meeting or other activity where revisions have been recognized or made. Issue updated schedule concurrently with the report of each such meeting.

2. Include a report with updated schedule that indicates every change, including, but

PROJECT SCHEDULE                                                                 01 32 00 - 5

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

not limited to, changes in logic, durations, actual starts and finishes, and activity durations.

3. As the Work progresses, indicate Final Completion percentage for each activity.

J. Distribution: Distribute copies of approved preliminary and baseline project schedule to COR, separate contractors, testing and inspecting agencies, and other parties identified by Contractor with a need-to-know schedule responsibility.

1. Post copies in Project meeting rooms and temporary field offices.

2. When revisions are made, distribute updated schedules to the same parties and post in the same locations. Delete parties from distribution when they have completed their assigned portion of the Work and are no longer involved in performance of construction activities.

## 1.7    CPM REQUIREMENTS

A. Prepare network diagrams using AON (activity-on-node) format.

B. Prepare a list of all activities required to complete the Work. Using the startup network diagram, prepare a skeleton network to identify probable critical paths.

1. Activities: Indicate the estimated time duration, sequence requirements, and relationship of each activity in relation to other activities.

2. Use "one workday" as the unit of time for individual activities. Indicate nonworking days and holidays incorporated into the schedule to coordinate with the Contract Time.

3. Critical Path Activities: Identify critical path activities, including those for interim completion dates. Scheduled start and completion dates shall be consistent with Contract milestone dates.

4. Processing: Process data to produce output data on a computer-drawn, time-scaled network. Revise data, reorganize activity sequences, and reproduce as often as necessary to produce the CPM schedule within the limitations of the Contract Time.

5. Format: Mark the critical path. Locate the critical path near center of network; locate paths with most float near the edges. Subnetworks on separate sheets are permissible for activities clearly of the critical path.

6. Cost and Resource-Loading of CPM Schedule: Assign cost to construction activities on the CPM schedule. Do not assign costs to submittal activities. Obtain COR's approval prior to assigning costs to fabrication and delivery activities. Assign costs under main subcontracts for testing and commissioning activities, maintenance manuals, punch list activities, Project record documents, sustainable design documentation, and demonstration and training (if applicable), in the amount of 5 percent of the Contract Sum. Each activity cost shall reflect an appropriate value subject to approval by COR and the total cost assigned to activities shall equal the total Contract Sum.

C. Contract Modifications: For each proposed contract modification and concurrent with its submission, prepare a time-impact analysis using a network fragment to demonstrate the effect of the proposed change on the Baseline Project schedule.

PROJECT SCHEDULE                                                                                          01 32 00 - 6

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

D.   Initial Issue of Schedule: Prepare preliminary network diagram from a sorted activity list indicating straight "early start-total float." Identify critical activities. Prepare tabulated reports showing the following:

1.   Contractor or subcontractor and the Work or activity.

2.   Description of activity.

3.   Main events of activity.

4.   Immediately preceding and succeeding activities.

5.   Early and late start dates.

6.   Early and late finish dates.

7.   Activity duration in workdays.

8.   Total float or slack time.

9.   Average size of workforce.

10.  Dollar value of activity (coordinated with the schedule of values).

E.   Schedule Updating: Concurrent with making revisions to schedule, prepare tabulated reports showing the following:

1.   Identification of activities that have changed.

2.   Changes in early and late start dates.

3.   Changes in early and late finish dates.

4.   Changes in activity durations in workdays.

5.   Changes in the critical path.

6.   Changes in total float or slack time.

7.   Changes in the Contract Time.

F.   Value Summaries: Prepare two cumulative value lists, sorted by finish dates.

1.   In first list, tabulate activity number, early finish date, dollar value, and cumulative dollar value.

2.   In second list, tabulate activity number, late finish date, dollar value, and cumulative dollar value.

3.   In subsequent issues of both lists, substitute actual finish dates for activities completed as of list date.

4.   Prepare list for ease of comparison with payment requests, coordinate timing with progress meetings.

     a.   In both value summary lists, tabulate "actual percent complete" and "cumulative value completed" with total at bottom.
     b.   Submit value summary printouts one week before each regularly scheduled progress meeting.

## 1.8    REPORTS

A.   Daily Construction Reports: Prepare a daily construction report recording the following information concerning events at Project site:

PROJECT SCHEDULE                                                           01 32 00 - 7

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

1. List of subcontractors at Project site.

2. List of separate contractors at Project site.

3. Approximate count of personnel at Project site.

4. Equipment at Project site.

5. Material deliveries.

6. High and low temperatures and general weather conditions, including presence of rain or snow.

7. Testing and inspection.

8. Accidents.

9. Meetings and significant decisions.

10. Unusual events.

11. Stoppages, delays, shortages, and losses.

12. Meter readings and similar recordings.

13. Emergency procedures.

14. Orders and requests of authorities having jurisdiction.

15. Change Orders received and implemented.

16. Construction Change Directives received and implemented.

17. Services connected and disconnected.

18. Equipment or system tests and startups.

19. Partial completions and occupancies.

20. Substantial Completions authorized.

B. Site Condition Reports: Upon discovery of a difference between site conditions and the Contract Documents, prepare and submit a detailed report. Submit with a Request for Information. Include a detailed description of the differing conditions, together with recommendations for changing the Contract Documents.

C. Unusual Event Reports: When an event of an unusual and significant nature occurs at Project site, whether or not related directly to the Work, prepare and submit a special report. List chain of events, persons participating, responses by Contractor's personnel, evaluation of results or effects, and similar pertinent information. Advise Government in advance when these events are known or predictable.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 32 33

## PHOTOGRAPHIC DOCUMENTATION

### PART 1 - GENERAL

**1.1    SUMMARY**

A.   Section includes administrative and procedural requirements for the following:

1.   Preconstruction photographs

2.   Periodic construction photographs.

3.   Final Completion construction photographs.

**1.2    INFORMATIONAL SUBMITTALS**

A.   Digital Photographs: Submit image files at the end of each work week.

1.   Submit photos by uploading to web-based Project management software site. Include copy of key plan indicating each photograph's location and direction.

2.   Identification: Provide the following information with each image description in web-based Project management software site:
   a.   Name of Project.
   b.   Name of COR
   c.   Name of Contractor.
   d.   Date photograph was taken.
   e.   Description of location, vantage point, and direction.

**1.3    FORMATS AND MEDIA**

A.   Digital Photographs: Provide color images in JPG format, produced by a digital camera with minimum sensor size of **12** megapixels, and at an image resolution of not less than **3200 by 2400** pixels**,** and with vibration-reduction technology. Use flash in low light levels or backlit conditions.

B.   Digital Images: Submit digital media as originally recorded in the digital camera, without alteration, manipulation, editing, or modifications using image-editing software.

C.   Metadata: Record accurate date and time and GPS (in decimal degrees) location data from camera.

D.   File Names: Name media files with information noted above and sequential numbering

**1.4    CONSTRUCTION PHOTOGRAPHS**

A.   General: Take photographs with maximum depth of field and in focus.

1.   Maintain key plan with each set of construction photographs that identifies each photographic location.

B.   Preconstruction Photographs: Before commencement of the Work, take photographs

PHOTOGRAPHIC DOCUMENTATION                                              01 32 33 - 1

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

of Project site and surrounding properties, including existing items to remain during construction, from different vantage points, as directed by COR.

1. Flag excavation areas, and construction limits before taking construction photographs.

2. Take photographs at most on half-mile intervals, at challenging terrain and crossings to show existing conditions adjacent to property before starting the Work.

3. Take photographs of existing buildings either on or adjoining property, to accurately record physical conditions at start of construction.

C. Periodic Construction Photographs: Take a minimum of 20 photographs weekly. Select vantage points to show status of construction and progress since last photographs were taken.

D. Final Completion Construction Photographs: Take a minimum of 50 photographs after date of Completion for submission as Project Record Documents. COR will inform photographer of desired vantage points.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 33 00

## PRE-CONSTRUCTION & CONSTRUCTION SUBMITTALS

### PART 1 - GENERAL

**1.1     SUMMARY**

   A.   Section Includes:

      1.   Submittal requirements.

      2.   Administrative and procedural requirements for submittals.

**1.2     DEFINITIONS**

   A.   Action Submittals: Written and graphic information and physical samples that require COR's responsive action. Action submittals are those submittals indicated in individual Specification Sections as "action submittals."

   B.   Informational Submittals: Written and graphic information and physical samples that do not require COR's responsive action. Submittals may be rejected for not complying with requirements. Informational submittals are those submittals indicated in individual Specification Sections as "informational submittals."

   C.   Pre-Construction Submittals: All submittals to be developed by the Contractor during the design phase as defined in paragraph 1.7 of this Section. Pre-construction submittals are required to be submitted by the Contractor concurrent with 100% design phase submittal(s) and be in approved status prior to release of construction NTP(s) for any area of work, including FT work.

   D.   Construction Submittals: All submittals developed by the Contractor during the construction phase as defined in paragraph 1.6 of this Section showing details of materials to be used in fabrication and construction that demonstrate compliance with IFC documents.

**1.3     ACTION SUBMITTALS**

   A.   Submittal Register: Submit a list of submittals, arranged in chronological order by dates required by construction schedule. Include time required for review, ordering, manufacturing, fabrication, and delivery when establishing dates. Include additional time required for making corrections or revisions to submittals noted by COR and additional time for handling and reviewing submittals required by those corrections.

      1.   Coordinate submittals register with list of subcontracts, the schedule of values, and Contractor's construction schedule.

      2.   Initial Submittal Register: Submit at least 5 working days prior to the pre-construction meeting. Include all pre-construction submittals identified within this Section in paragraph 1.7 and construction submittals required within a minimum of the first 60 calendar days of construction. List those submittals required to maintain orderly progress of the Work and those required early because of long lead time for manufacture or fabrication.

SUBMITTAL PROCEDURES                                                      01 33 00 - 3

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

      3. Final Submittal Register: Submit concurrently with the first complete submittal of Contractor's construction schedule.

         a. Submit revised submittal registers as required to reflect changes in current status and timing for submittals. Provide updated Submittal Register at weekly meetings.

      4. Format: Arrange the following information in a tabular format:

         a. Scheduled date for first submittal.
         b. Specification Section number and title.
         c. Submittal Category: Action; informational.
         d. Name of subcontractor.
         e. Description of the Work covered.
         f. Scheduled date for COR final release or approval.
         g. Scheduled dates for purchasing.
         h. Scheduled date of fabrication.
         i. Scheduled dates for installation.
         j. Activity or event number.

   B. Pre-Construction Submittals

   C. Construction Submittals

## 1.4　PRE-CONSTRUCTION & CONSTRUCTION SUBMITTAL FORMATS

   A. Submittal Information: Include the following information in each submittal:

      1. Project name.

      2. Date.

      3. Name of COR

      4. Name of Contractor.

      5. Name of firm or entity that prepared submittal.

      6. Names of subcontractor, manufacturer, and supplier.

      7. Unique submittal number, including revision identifier. Include Specification Section number with sequential alphanumeric identifier and alphanumeric suffix for resubmittals.

      8. Category and type of submittal.

      9. Submittal purpose and description.

      10. Number and title of Specification Section, with paragraph number and generic name for each of multiple items.

      11. Drawing number and detail references, as appropriate.

      12. Indication of full or partial submittal.

      13. Location(s) where product is to be installed, as appropriate.

      14. Other necessary identification.

      15. Remarks.

      16. Signature of transmitter.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

B.  Options: Identify options requiring selection by COR.

C.  Deviations and Additional Information: On each submittal, clearly indicate deviations from requirements in the Contract Documents, including minor variations and limitations; include relevant additional information and revisions. Indicate by highlighting on each submittal or noting on attached separate sheet.

D.  Format:

1.  Place a permanent label or title block on each submittal item for identification; include name of firm or entity that prepared submittal.
2.  Provide a space approximately **6 by 8 inches** on label or beside title block to record Contractor's review and approval markings and action taken by the Contracting Office. All submittals shall be electronic.

E.  Electronic Submittals: Prepare submittals as PDF package, incorporating complete information into each PDF file. Name PDF file with submittal number.

F.  Submittals Utilizing Web-Based Project Software: Prepare submittals as PDF files or other format indicated by Project management software.

## 1.5    PRE-CONSTRUCTION & CONSTRUCTION SUBMITTAL PROCEDURES

A.  The Contractor shall be responsible for document control of all submittals throughout the construction process through use of the web-based Project Management Software.

B.  Prepare and submit submittals required by individual Specification Sections. Types of submittals are indicated in individual Specification Sections.

1.  Web-Based Project Management Software: Prepare submittals in PDF form, and upload to web-based Project management software website. Enter required data in web-based software site to fully identify submittal.
2.  All construction submittals shall be marked and signed as approved by the Contractor's DOR prior to submitting to CBP.

C.  Coordination: Coordinate preparation and processing of submittals with performance of construction activities.

1.  Coordinate each submittal with fabrication, purchasing, testing, delivery, other submittals, and related activities that require sequential activity.
2.  Submit all submittal items required for each Specification Section concurrently unless partial submittals for portions of the Work are indicated on approved submittal schedule.
3.  Submit action submittals and informational submittals required by the same Specification Section as separate packages under separate transmittals.
4.  Coordinate transmittal of submittals for related parts of the Work specified in different Sections, so processing will not be delayed because of need to review submittals concurrently for coordination.

    a.  COR reserves the right to withhold action on a submittal requiring coordination with other submittals until related submittals are received.

D.  Processing Time: Allow time for submittal review, including time for resubmittals, as

SUBMITTAL PROCEDURES                                                                01 33 00 - 5

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

follows. Time for review shall commence on COR's receipt of submittal. No extension of the Contract Time will be authorized because of failure to transmit submittals enough in advance of the Work to permit processing, including resubmittals.

1. Initial Review: Allow 10 working days for initial review of each pre-construction and construction submittal. Allow additional time if coordination with subsequent submittals is required. COR will advise Contractor when a submittal being processed must be delayed for coordination.

2. Contractor Re-submittal: If re-submittals are required due to COR response on initial review, the Contractor shall provide resubmittals within 10 working days of Government response to initial review.

3. Resubmittal Review: Allow 5 working days for review of each resubmittal.

4. Sequential Review: Where sequential review of submittals by COR's consultants, or other parties is indicated, allow 10 calendar days for initial review of each submittal.

5. Concurrent Consultant Review: Where the Contract Documents indicate that submittals may be transmitted simultaneously to COR, allow 10 working days for review of each submittal.

E. Resubmittals: Make resubmittals in same form and number of copies as initial submittal.

1. Include an "alpha" at the end of each submittal number to indication resubmittal

2. Note date and content of previous submittal.

3. Note date and content of revision in label or title block, and clearly indicate extent of revision.

4. Resubmit submittals until they are marked with approval notation from COR's action stamp.

F. Distribution: Upload PDF copies of final submittals to project management software. Show distribution on transmittal forms.

G. Use for Construction: Retain complete copies of submittals on Project site. Use only final action submittals that are marked with approval notation from Contracting Office action stamp.

## 1.6 CONSTRUCTION SUBMITTAL REQUIREMENTS

A. Product Data: Collect information into a single submittal for each element of construction and type of product or equipment.

1. If information must be specially prepared for submittal because standard published data are unsuitable for use, submit as Shop Drawings, not as Product Data.

2. Mark each copy of each submittal to show which products and options are applicable.

3. Include the following information, as applicable:

   a. Manufacturer's catalog cuts.
   b. Manufacturer's product specifications.
   c. Standard color charts.
   d. Statement of compliance with specified referenced standards.
   e. Testing by recognized testing agency.

SUBMITTAL PROCEDURES                                                01 33 00 - 6

      f.   Application of testing agency labels and seals.

      g.  Notation of coordination requirements.

      h.  Availability and delivery time information.

4. For equipment, include the following in addition to the above, as applicable:

      a.  Wiring diagrams that show factory-installed wiring.

      b.  Printed performance curves.

      c.  Operational range diagrams.

      d.  Clearances required to other construction, if not indicated on accompanying Shop Drawings.

B. Submit Product Data before Shop Drawings, and before or concurrently with Samples.

C. Shop Drawings: Prepare Project-specific information, drawn accurately to scale. Do not base Shop Drawings on reproductions of the Contract Documents or standard printed data unless submittal based on digital data drawing files is otherwise permitted.

1. Preparation: Fully illustrate requirements in the Contract Documents. Include the following information, as applicable:

      a.  Identification of products.

      b.  Schedules.

      c.  Compliance with specified standards.

      d.  Notation of coordination requirements.

      e.  Notation of dimensions established by field measurement.

      f.   Relationship and attachment to adjoining construction clearly indicated.

      g.  Seal and signature of professional engineer if specified.

D. Samples: Submit Samples for review of type, color, pattern, and texture for a check of these characteristics with other materials.

1. Transmit Samples that contain multiple, related components, such as accessories together in one submittal package.

2. Identification: Permanently attach label on unexposed side of Samples that includes the following:

      a.  Project name and submittal number.

      b.  Generic description of Sample.

      c.  Product name and name of manufacturer.

      d.  Sample source.

      e.  Number and title of applicable Specification Section.

      f.   Specification paragraph number and generic name of each item.

3. Disposition: Maintain sets of approved Samples at Project site, available for quality-control comparisons throughout the course of construction activity. Sample sets may be used to determine final acceptance of construction associated with each set.

      a.  Samples that may be incorporated into the Work are indicated in individual Specification Sections. Such Samples must be in an undamaged condition at time of use.

      b.  Samples not incorporated into the Work, or otherwise designated as Government's property, are the property of Contractor.

E. Product Schedule: As required in individual Specification Sections, prepare a written

summary indicating types of products required for the Work and their intended location. Include the following information in tabular form:

1. Type of product. Include unique identifier for each product indicated in the Design or assigned by Contractor if none is indicated.

2. Manufacturer and product name, and model number if applicable.

3. Location of Installation.

F. Qualification Data: Prepare written information that demonstrates capabilities and experience of firm or person. Include lists of completed projects with project names and addresses, contact information of CORs, and other information specified.

G. Design Data: Prepare and submit written and graphic information indicating compliance with indicated performance and design criteria in individual Specification Sections. Include list of assumptions and summary of loads. Include load diagrams if applicable. Provide name and version of software, if any, used for calculations. Number each page of submittal.

H. Certificates:

1. Certificates and Certifications Submittals: Submit a statement that includes signature of entity responsible for preparing certification. Certificates and certifications shall be signed by an officer or other individual authorized to sign documents on behalf of that entity. Provide a notarized signature where indicated.

2. Installer Certificates: Submit written statements on manufacturer's letterhead, certifying that Installer complies with requirements in the Contract Documents and, where required, is authorized by manufacturer for this specific Project.

3. Manufacturer Certificates: Submit written statements on manufacturer's letterhead, certifying that manufacturer complies with requirements in the Contract Documents. Include evidence of manufacturing experience where required.

4. Material Certificates: Submit written statements on manufacturer's letterhead, certifying that material complies with requirements in the Contract Documents.

5. Product Certificates: Submit written statements on manufacturer's letterhead, certifying that product complies with requirements in the Contract Documents.

6. Welding Certificates: Prepare written certification that welding procedures and personnel comply with requirements in the Contract Documents. Submit record of AWS B2.1/B2.1M on AWS forms. Include names of firms and personnel certified.

I. Test and Research Reports:

1. Compatibility Test Reports: Submit reports written by a qualified testing agency, on testing agency's standard form, indicating and interpreting results of compatibility tests performed before installation of product. Include written recommendations for substrate preparation and primers required.

2. Field Test Reports: Submit written reports indicating and interpreting results of field tests performed either during installation of product or after product is installed in its final location, for compliance with requirements in the Contract Documents.

3. Material Test Reports: Submit reports written by a qualified testing agency, on testing agency's standard form, indicating and interpreting test results of material for compliance with requirements in the Contract Documents.

4. Preconstruction Test Reports: Submit reports written by a qualified testing agency, on testing agency's standard form, indicating and interpreting results of tests performed before installation of product, for compliance with performance requirements in the Contract Documents.

5. Product Test Reports: Submit written reports indicating that current product produced by manufacturer complies with requirements in the Contract Documents. Base reports on evaluation of tests performed by manufacturer and witnessed by a qualified testing agency, or on comprehensive tests performed by a qualified testing agency.

6. Research Reports: Submit written evidence, from a model code organization acceptable to authorities having jurisdiction, that product complies with building code in effect for Project. Include the following information:

   a. Name of evaluation organization.
   b. Date of evaluation.
   c. Time period when report is in effect.
   d. Product and manufacturers' names.
   e. Description of product.
   f. Test procedures and results.
   g. Limitations of use.

J. Demolition Plan; See Section 01 73 00 Execution for submittal requirements.

K. Warranty Plan; See Section 01 77 00 Closeout Procedures for submittal requirements.


## 1.7    PRECONSTRUCTION SUBMITTAL REQUIREMENTS

A. The following pre-construction submittals will be required as a part of this contract.

1. Permits List; The Contractor shall provide a list of all permits that are required to be obtained prior to start of construction.

2. Health & Safety Plan; See Section 01 73 00 Execution for submittal requirements

3. Photographic Documentation; See Section 01 32 33 Photographic Documentation for submittal requirements. Photographs provided are for unrestricted use by the Government.

4. Initial Submittal Register; See paragraph 1.3 above for submittal requirements.

5. Superintendent Qualifications; See Section 01 31 00 Project Management and Coordination for submittal requirements

6. Project Manager Qualifications; See Section 01 31 00 Project Management and Coordination for submittal requirements

7. Project Scheduler Qualifications; See Section 01 31 00 Project Management and Coordination and 01 32 00 Project Schedule for submittal requirements

8. Construction Quality Control Manager Qualifications; See Section 01 40 00 Construction Quality Control Requirements for submittal requirements

9. Baseline Project Schedule; See Section 01 32 00 Project Schedule for submittal requirements

10. Storm Water Pollution Prevention Plan; See Section 01 57 23 Temporary Storm Water Pollution Control for submittal requirements.

11. Security Plan; See Section 01 10 00 Summary for submittal requirements.

12. Construction Quality Control Plan; See Section 01 40 00 Construction Quality Requirements for submittal requirements.

13. Site Utilization Plan; See Section 01 50 00 Temporary Construction Facilities and Controls for submittal requirements.

14. Waste Management Plan; See Section 01 74 19 Construction Waste Management and Disposal for submittal requirements.

15. Traffic Control Plan; See Section 01 50 00 Temporary Construction Facilities and Controls for submittal requirements.

## 1.8    DELEGATED-DESIGN SERVICES

A. Performance and Design Criteria: Where professional design services or certifications by a design professional are specifically required of Contractor by the Contract Documents, provide products and systems complying with specific performance and design criteria indicated.

1. If criteria indicated are insufficient to perform services or certification required, submit a written request for additional information to COR.

B. Delegated-Design Services Certification: In addition to Shop Drawings, Product Data, and other required submittals, submit digitally signed PDF file.

C. The Contractor shall incorporate delegated-design drawing and data files into record drawings for Project.

1. Prepare delegated-design drawings in the following format: Same digital data software program, version, and operating system as original Drawings.

## 1.9    CONTRACTOR'S REVIEW

A. Action Submittals and Informational Submittals: Review each submittal and check for coordination with other Work of the Contract and for compliance with the Contract Documents. Note corrections and field dimensions. Mark with approval stamp before submitting to COR.

B. Contractor's Approval: Indicate Contractor's and Contractor's DOR approval for each submittal with a uniform approval stamp indication in web-based Project management software. Include name of reviewer, date of Contractor's approval, and statement certifying that submittal has been reviewed, checked, and approved for compliance with the Contract Documents.

1. COR will not review submittals received from Contractor that do not have Contractor's review and approval for all pre-construction submittals and Contractor's and DOR review and approval for all construction submittals.

## 1.10    COR'S REVIEW

A. Action Submittals: COR will review each submittal, indicate corrections or revisions required, and return.

1. Submittals by Web-Based Project Management Software: COR will indicate, on Project management software website, the appropriate action.

SUBMITTAL PROCEDURES                                                                01 33 00 -

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

B.  Informational Submittals: COR will review each submittal and will not return it or will return it if it does not comply with requirements. COR will forward each submittal to appropriate party.

C.  Partial submittals prepared for a portion of the Work will be reviewed when use of partial submittals has received prior approval from COR.

D.  Incomplete submittals are unacceptable, will be considered nonresponsive, and will be returned for resubmittal without review.

E.  COR may return without review submittals received from sources other than Contractor.

F.  Submittals not required by the Contract Documents will be returned by COR without action.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

SUBMITTAL PROCEDURES                                                                01 33 00 -

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 40 00

## CONSTRUCTION QUALITY REQUIREMENTS

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.    Section includes administrative and procedural requirements for quality assurance and quality control.

B.    Testing and inspection services are required to verify compliance with requirements specified or indicated. These services do not relieve Contractor of responsibility for compliance with the Contract Document requirements.

   1.    Specific quality-assurance and quality-control requirements for individual work results are specified in their respective Specification Sections. Requirements in individual Sections may also cover production of standard products.

   2.    Specified tests, inspections, and related actions do not limit Contractor's other quality-assurance and quality-control procedures that facilitate compliance with the Contract Document requirements.

   3.    Requirements for Contractor to provide quality-assurance and quality-control services required by COR, or authorities having jurisdiction are not limited by provisions of this Section.

**1.2    DEFINITIONS**

A.    Experienced: When used with an entity or individual, "experienced," unless otherwise further described, means having successfully completed a minimum of 2 previous federal design build projects each with a total construction value of at least $10 million in areas of similar discipline or trade.

B.    Field Quality-Control Tests and Inspections: Tests and inspections that are performed on-site for installation of the Work and for completed Work.

C.    Installer/Applicator/Erector: Contractor or another entity engaged by Contractor as an employee, subcontractor, or sub-subcontractor, to perform a particular construction operation, including installation, erection, application, assembly, and similar operations.

   1.    Use of trade-specific terminology in referring to a Work result does not require that certain construction activities specified apply exclusively to specific trade(s).

D.    Mockups: Full-size physical assembly of designated work that is constructed either as freestanding temporary built elements within a staging area or as part of permanent construction. Mockups are constructed to verify the Contractor's understanding of the construction requirements. When required for the project, approved mockups establish the standard by which the Work will be judged.

E.    Preconstruction Testing: Tests and inspections performed specifically for Project before products and materials are incorporated into the Work, to verify performance or compliance with specified criteria. Unless otherwise indicated, copies of reports of tests

CONSTRUCTION QUALITY REQUIREMENTS                                    01 40 00 - 1

or inspections performed for other than the Project do not meet this definition.

F.  Product Tests: Tests and inspections that are performed by a nationally recognized testing laboratory (NRTL) according to 29 CFR 1910.7, by a testing agency accredited according to NIST's National Voluntary Laboratory Accreditation Program (NVLAP), or by a testing agency qualified to conduct product testing and acceptable to authorities having jurisdiction, to establish product performance and compliance with specified requirements.

G.  Source Quality-Control Tests and Inspections: Tests and inspections that are performed at the source (e.g., plant, mill, factory, or shop).

H.  Testing Agency: An entity engaged to perform specific tests, inspections, or both. The term "testing laboratory" shall have the same meaning as the term "testing agency."

I.  Quality-Assurance Services: Activities, actions, and procedures performed before and during execution of the Work, to guard against defects and deficiencies and substantiate that proposed construction will comply with requirements.

J.  Quality-Control Services: Tests, inspections, procedures, and related actions during and after execution of the Work, to evaluate that the actual products incorporated into the Work and completed construction comply with requirements. Contractor's quality-control services do not include contract administration activities performed by COR.

## 1.3  DELEGATED-DESIGN SERVICES

A.  Performance and Design Criteria: Where professional design services or certifications by a design professional are specifically required of Contractor by the final sealed construction documents, provide products and systems complying with specific performance and design criteria indicated.

1.  If criteria indicated are not sufficient to perform services or certification required, submit a written request for additional information to the COR.

B.  Delegated-Design Services Statement: Submit a statement signed and sealed by the responsible design professional, for each product and system specifically assigned to Contractor to be designed or certified by a design professional, indicating that the products and systems are in compliance with performance and design criteria indicated. Include list of codes, loads, and other factors used in performing these services.

## 1.4  CONFLICTING REQUIREMENTS

A.  Conflicting Standards and Other Requirements: If compliance with two or more standards or requirements is specified and the standards or requirements establish different or conflicting requirements for minimum quantities or quality levels, inform the COR regarding the conflict and obtain clarification through an RFI prior to proceeding with the Work. Refer conflicting requirements that are different, but apparently equal, to COR for clarification before proceeding.

## 1.5  ACTION SUBMITTALS

A.  Construction Quality-Control Plan: Submit the construction quality control plan as part of the pre-construction submittals for quality-assurance and quality-control activities and

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

responsibilities. The Construction Quality Control Plan shall include, but not be limited to the following:

1. Mockup Shop Drawings: Include list of mockup construction and shop drawings, when required.

2. The Contractor shall designate one construction quality-control manager. The construction quality control manager may NOT serve in other roles on the project except as the Safety Manager. The construction quality control manager shall have a minimum of 10-years of experience including at least two federal design build projects and has served as the construction quality control manager on at least 2 construction projects with a construction value of $10-million, or more.

3. Contractor Responsibilities:

   a. The Contractor shall provide at least one construction supervisor at each construction heading at all times during construction. The construction supervisor shall have experience in similar projects and/or trades relative to this project's work that the construction supervisor is assigned. The names of all personnel assigned to all construction supervisor positions throughout this project's areas of construction shall always be be posted within the Contractor's construction trailer. The Contractor shall update the list of construction supervisors within 1 working day of a change being made by the Contractor.

   b. The Contractor shall provide all quality control inspection and materials testing in order to meet the requirements of the plans and specifications. Results of inspection and materials testing shall be provided to the COR within 5 workings days of completion of inspection and/or materials testing. The results of all inspection and materials testing shall be to the satisfaction of the COR, prior to Contractor final payment. The COR along with other CBP personnel, will make periodic site visits to perform their own inspections/site observations.

   c. The Contractor shall provide continuous inspection of workmanship during construction to identify and correct deficiencies in workmanship in addition to testing and inspection specified. Indicate types of corrective actions to be required to bring the Work into compliance with standards of workmanship established by Contract requirements and approved mockups.

   d. The Contractor shall provide continuous monitoring and documentation during construction to maintain testing and inspection reports, including log of approved and rejected results. Include Work the COR has indicated as nonconforming or defective and indicate corrective actions taken to bring nonconforming Work into compliance with requirements.

4. Plan Minimum Requirements:

   a. Include, as a minimum, the following to cover the construction-operations, both onsite and offsite, including work by subcontractors, designers of record, consultants, architect/engineers (AE), fabricators, suppliers and purchasing agents:

      1) A description of the quality control organization, including a chart showing lines of authority and acknowledgment that the CQC staff will implement the three-phase control system for all aspects of the work specified. Include a CQC System Manager that reports to the project superintendent.

      2) The name, qualifications (in resume format), duties, responsibilities, and authorities of each person assigned a CQC function.

      3) Procedures for scheduling, reviewing, certifying, and managing submittals,

CONSTRUCTION QUALITY REQUIREMENTS                                    01 40 00 - 3

including those of subcontractors, designers of record, consultants, offsite fabricators, suppliers, and purchasing agents. These procedures must be in accordance with Section 01 33 00 SUBMITTAL PROCEDURES.

4) Control, verification, and acceptance testing procedures for each specific test to include the test name, specification paragraph requiring test, feature of work to be tested, test frequency, and person responsible for each test. (Laboratory facilities approved by the COR are required to be used.)

5) Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation.

6) Procedures for tracking design and construction deficiencies from identification through acceptable corrective action. Establish verification procedures that identified deficiencies have been corrected.

7) Reporting procedures, including proposed reporting formats.

8) A list of the definable features of work. A definable feature of work is a task which is separate and distinct from other tasks, has separate control requirements, and is identified by different trades or disciplines, or it is work by the same trade in a different environment. Although each section of the specifications can generally be considered as a definable feature of work, there are frequently more than one definable feature under a particular section. This list will be agreed upon during the coordination meeting.

9) Where the applicable Code issued by the International Code Council (ICC) or Unified Facility Criteria (UFC) calls for inspections, the Contractor must include the inspections in the Quality Control Plan and must perform the inspections required by the applicable code. The Contractor must perform these inspections using independent qualified inspectors. Include the Special Inspection Plan requirements in the QC Plan.

10) Materials testing plan for, but not limited to, concrete and earthwork based on final design construction specifications requirements. All testing shall conform to industry standard and be completed by third party Contractor. The testing plan shall include as a minimum, applicable code requirements, testing intervals, passing test requirements and required documentation. Contractor shall share all test results with CBP.

5. Testing Agency Qualifications: For testing agencies specified in "Quality Assurance" Article to demonstrate their capabilities and experience. Include proof of qualifications in the form of a recent report on the inspection of the testing agency by a recognized authority.

6. Schedule of Tests and Inspections: Prepare in tabular form and include reference to specification section number and description of date, location, testing agency, number of tests.

7. Reports: Prepare and submit certified written reports and documents as specified.

8. Permits, Licenses, and Certificates: For Government's record, submit copies of permits, licenses, certifications, inspection reports, releases, jurisdictional settlements, notices, receipts for fee payments, judgments, correspondence, records, and similar documents established for compliance with standards and regulations bearing on performance of the Work.

## 1.6    REPORTS AND DOCUMENTS

A. Test and Inspection Reports: Prepare and submit certified written reports specified in other Sections. Include the following:

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

1. Date of issue.

2. Project title and number.

3. Name, address, telephone number, and email address of testing agency.

4. Dates and locations of samples and tests or inspections.

5. Names of individuals making tests and inspections.

6. Description of the Work and test and inspection method.

7. Identification of product and Specification Section.

8. Complete test or inspection data.

9. Test and inspection results and an interpretation of test results.

10. Record of temperature and weather conditions at time of sample-taking and testing and inspection.

11. Comments or professional opinion on whether tested or inspected Work complies with the Contract Document requirements.

12. Name and signature of laboratory inspector.

13. Recommendations on retesting and reinspecting.

B. Manufacturer's Technical Representative's Field Reports: Prepare written information documenting manufacturer's technical representative's tests and inspections specified in other Sections. Include the following:

1. Name, address, telephone number, and email address of technical representative making report.

2. Statement on condition of substrates and their acceptability for installation of product.

3. Statement that products at Project site comply with requirements.

4. Summary of installation procedures being followed, whether they comply with requirements and, if not, what corrective action was taken.

5. Results of operational and other tests and a statement of whether observed performance complies with requirements.

6. Statement of whether conditions, products, and installation will affect warranty.

7. Other required items indicated in individual Specification Sections.

## 1.7    QUALITY ASSURANCE

A. Qualifications paragraphs in this article establish the minimum qualification levels required; individual Specification Sections specify additional requirements.

B. Manufacturer Qualifications: A firm experienced in manufacturing products or systems similar to those indicated for this Project and with a record of successful in-service performance, as well as sufficient production capacity to produce required units. As applicable, procure products from manufacturers able to meet qualification requirements, warranty requirements, and technical or factory-authorized service representative requirements.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

C. Fabricator Qualifications: A firm experienced in producing products similar to those indicated for this Project and with a record of successful in-service performance, as well as sufficient production capacity to produce required units.

D. Installer Qualifications: A firm or individual experienced in installing, erecting, applying, or assembling work similar in material, design, and extent to that indicated for this Project, whose work has resulted in construction with a record of successful in-service performance.

E. Professional Engineer Qualifications: A professional engineer who is legally qualified to practice in jurisdiction where Project is located and who is experienced in providing engineering services of the kind indicated. Engineering services are defined as those performed for installations of the system, assembly, or product that is similar in material, design, and extent to those indicated for this Project.

F. Specialists: Installation of cameras, fiber and associated infrastructure shall include entities who are recognized experts in those operations. Specialists shall satisfy qualification requirements indicated and shall be engaged in the activities indicated

G. Testing and Inspecting Agency Qualifications: An NRTL, an NVLAP, or an independent agency with the experience and capability to conduct testing and inspection indicated, as documented in accordance with ASTM E329, and with additional qualifications specified in individual Sections; and, where required by authorities having jurisdiction, that is acceptable to authorities.

H. Manufacturer's Technical Representative Qualifications: An authorized representative of a manufacturer who is trained and approved by manufacturer to inspect, demonstrate, repair, and perform service on installations of manufacturer's products that are similar in material, design, and extent to those indicated for this Project.

I. Preconstruction Testing: Where testing agency is indicated to perform preconstruction testing for compliance with specified requirements for performance and test methods, comply with the following Contractor's responsibilities, including the following:

1. Provide test specimens representative of proposed products and construction.

2. Submit specimens in a timely manner with sufficient time for testing and analyzing results to prevent delaying the Work.

3. Provide sizes and configurations of test assemblies, mockups, and laboratory mockups to adequately demonstrate capability of products to comply with performance requirements.

4. When testing is complete, remove test specimens and test assemblies.

5. Testing Agency Responsibilities: Submit a certified written report of each test, inspection, and similar quality-assurance service to the COR with a copy to the Contractor. Interpret tests and inspections, and state in each report whether tested and inspected Work complies with or deviates from the Contract Documents.

J. Mockups: Before proceeding with portions of the Work requiring mockups, build mockups for each form of construction and finish required to comply with the following requirements, using materials indicated for the completed Work:

1. Build mockups of size indicated.

2. Build mockups in location indicated or, if not indicated, as directed by COR.

CONSTRUCTION QUALITY REQUIREMENTS                              01 40 00 - 6

3. Demonstrate operability of automated gates and that requirements are met.

4. Obtain COR approval of mockups before starting corresponding Work, fabrication, or construction.

5. Promptly correct unsatisfactory conditions noted by COR. The Contractor must receive COR approval prior to starting physical construction of the gates.

6. Maintain mockups during construction as a standard for judging the completed Work.

K. Integrated Mockups: Construct integrated mockup according to approved Shop Drawings and as indicated on Drawings. Coordinate installation of materials and products for which mockups are required in individual Specification Sections, along with supporting materials. Comply with requirements in "Mockups" Paragraph.

## 1.8    QUALITY CONTROL

A. Contractor Responsibilities: Tests and inspections are Contractor's responsibility. Perform quality-control activities, whether specified or not, to verify and document that the Work complies with requirements.

1. ALL tests and inspections, unless specifically noted otherwise are the responsibility of the Contractor to schedule, perform and pay for as a part of this contract.

2. Unless otherwise indicated, provide quality-control services specified. Perform quality-control services required of Contractor by authorities having jurisdiction, whether specified or not.

3. Engage a qualified third-party testing agency to perform all testing, inspections and related quality-control services.

4. Submit a certified written report, in PDF, of each quality-control service.

5. Testing and inspection requested by Contractor and not required by the Contract Documents are Contractor's responsibility.

B. Retesting/Reinspecting: Regardless of whether original tests or inspections were Contractor's responsibility, provide quality-control services, including retesting and reinspecting, for construction that replaced Work that failed to comply with the Contract Documents.

C. Testing Agency Responsibilities: The prime Contractor shall ensure the testing agencies perform the following:

1. Develop a testing and commissioning plan for demonstration during final closeout of project as per requirements.

2. Notify Contractor promptly of irregularities or deficiencies observed in the Work during performance of its services.

3. Determine the locations from which test samples will be taken and in which in-situ tests are conducted.

4. Conduct and interpret tests and inspections, and state in each report whether tested and inspected Work complies with or deviates from requirements.

5. Submit a certified written report, in duplicate, of each test, inspection, and similar

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

quality-control service through Contractor.

6.  Do not release, revoke, alter, or increase the Contract Document requirements or approve or accept any portion of the Work.

7.  Do not perform duties of Contractor.

D.  Manufacturer's Technical Services: Where indicated, engage a manufacturer's technical representative to observe and inspect the Work for field-assembled components and equipment installation, including service connections. Manufacturer's technical representative's services include participation in preinstallation conferences, examination of substrates and conditions, verification of materials, observation of installer activities, inspection of completed portions of the Work, and submittal of written reports.

E.  Contractor's Associated Requirements and Services: Cooperate with agencies and representatives performing required tests, inspections, and similar quality-control services, and provide reasonable auxiliary services as requested. Notify agency sufficiently in advance of operations to permit assignment of personnel. Provide the following:

1.  Access to the Work.

2.  Incidental labor and facilities necessary to facilitate tests and inspections.

3.  Adequate quantities of representative samples of materials that require testing and inspection. Assist agency in obtaining samples.

4.  Facilities for storage and field curing of test samples.

5.  Delivery of samples to testing agencies.

6.  Preliminary design mix proposed for use for material mixes that require control by testing agency.

7.  Security and protection for samples and for testing and inspection equipment at Project site.

F.  Coordination: Coordinate sequence of activities to accommodate required quality-assurance and quality-control services with a minimum of delay and to avoid necessity of removing and replacing construction to accommodate testing and inspection.

1.  Schedule times for tests, inspections, obtaining samples, and similar activities.

G.  Schedule of Tests and Inspections: Prepare a schedule of tests, inspections, and similar quality-control services required by the Contract Documents as a component of Contractor's quality-control plan. Coordinate and submit concurrently with Contractor's Construction Schedule. Update and submit with each Application for Payment.

1.  Schedule Contents: Include tests, inspections, and quality-control services, commissioning activities, and other Project-required services paid for by other entities.

2.  Distribution: Distribute schedule to COR, testing agencies, and each party involved in performance of portions of the Work where tests and inspections are required.

## PART 2 - PRODUCTS (Not Used)

## PART 3 - EXECUTION

CONSTRUCTION QUALITY REQUIREMENTS                                    01 40 00 - 8

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## 3.1    TEST AND INSPECTION LOG

A.  Test and Inspection Log: Prepare a record of tests and inspections. Include the following:

1.  Date test or inspection was conducted.
2.  Description of the Work tested or inspected.
3.  Date test or inspection results were transmitted to COR.
4.  Identification of testing agency or special inspector conducting test or inspection.

B.  Maintain log at Project site. Post changes and revisions as they occur. Provide access to test and inspection log for COR, and authorities' having jurisdiction reference during normal working hours. Submit log at Project closeout as part of Project Record Documents.

## 3.2    REPAIR AND PROTECTION

A.  General: On completion of testing, inspection, sample-taking, and similar services, repair damaged construction and restore substrates and finishes.

1.  Provide materials and comply with installation requirements specified in other Specification Sections or matching existing substrates and finishes. Restore patched areas and extend restoration into adjoining areas with durable seams. Comply with the Contract Document requirements for cutting and patching in Section 01 73 00 "Execution."

B.  Protect construction exposed by or for quality-control service activities.

**END OF SECTION**

CONSTRUCTION QUALITY REQUIREMENTS                                              01 40 00 - 9

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 50 00**

**TEMPORARY CONSTRUCTION FACILITIES AND CONTROLS**

**PART 1 GENERAL**

**1.1    SUMMARY**

A.  Section includes requirements for Contractor temporary construction facilities.

**1.2    STAGING AREAS**

A.  The Contractor shall be required to acquire and provide all staging areas necessary to complete construction of the project and for placement of temporary facilities, parking and associated storage/staging needed by the Contractor.

**1.3    ACTION SUBMITTALS**

A.  Site Utilization Plan: Show temporary facilities, temporary utility lines and connections, vehicle/delivery entrances, vehicle circulation, and parking areas for construction personnel within Contractor acquire staging location(s).

B.  Traffic Control Plan: Provide narrative and plans indicating the Contractor's intent for Border Patrol and construction access through the area, intended lane/road closures, route restrictions, adjacent landowner access and traffic control measure needed as per local requirements.

**1.4    INFORMATIONAL SUBMITTALS**

A.  Implementation and Termination Schedule: Within 15 working days of date established for commencement of the Work, submit schedule indicating implementation and termination dates of each temporary utility.

B.  Project Identification and Temporary Signs: Show fabrication and installation details, including plans, elevations, details, layouts, typestyles, graphic elements, and message content.

C.  Fire-Safety Program: Show compliance with requirements of NFPA 241 and authorities having jurisdiction. Indicate Contractor personnel responsible for management of fire-prevention program.

**1.5    QUALITY ASSURANCE**

A.  Electric Service: Comply with NECA, NEMA, and UL standards and regulations for temporary electric service. Install service to comply with NFPA 70.

B.  Tests and Inspections: Arrange for authorities having jurisdiction to test and inspect each temporary utility before use. Obtain required certifications and permits.

**PART 2 - PRODUCTS**

**2.1    TEMPORARY FACILITIES**

TEMPORARY FACILITIES AND CONTROLS                                    01 50 00 - 1

A. Field Offices: Contractor shall provide prefabricated or mobile units with serviceable finishes, temperature controls, power, telephone, WiFi, water/sewer services and foundations adequate for normal loading for duration of the project. The field office shall include space for conference room that can accommodate up to 10 individuals and at least one spare enclosed office space, for government personnel, with a door. All temporary construction facilities shall require a minimum 6-ft tall chain link fence around the total footprint of the staging area which they are located within as required in paragraph 3.5 below. Parking for Contractor personnel and Government personnel shall be provided within the staging areas and adjacent to the location of the field offices. At least one field office is required to support this project that is accessible from public roads or routes with easements acquired by the Contractor, and shall be provided by the Contractor. At least one field office shall be located within 10-miles of the city limits of McAllen, TX.

## 2.2 EQUIPMENT

A. Fire Extinguishers: Portable, UL rated; with class and extinguishing agent as required by locations and classes of fire exposures.

## PART 3 - EXECUTION

## 3.1 TEMPORARY FACILITIES, GENERAL

A. Conservation: Coordinate construction and use of temporary facilities with consideration given to conservation of energy, water, and materials. Coordinate use of temporary utilities to minimize waste.

   1. Salvage materials and equipment involved in performance of, but not actually incorporated into, the Work. See other Sections for disposition of salvaged materials that are designated as Government's property.

## 3.2 TEMPORARY UTILITY INSTALLATION

A. General: Install temporary service or connect to existing service.

   1. Arrange with utility company, Government, and existing users for time when service can be interrupted, if necessary, to make connections for temporary services.

   2. The Contractor will provide all utilities services/costs required by this section to throughout the contract period.

B. Sewers: Provide temporary utilities via portable toilets and washing facilities to remove effluent lawfully.

C. Water Service: Install both potable and non-potable water service and distribution piping in sizes and pressures adequate for construction and temporary facilities.

D. Sanitary Facilities: Provide temporary toilets, wash facilities, safety shower and eyewash facilities, and drinking water for use of construction personnel. Comply with requirements of authorities having jurisdiction for type, number, location, operation, and maintenance of fixtures and facilities.

E. Temporary Heating and Cooling: Provide temporary heating and cooling required by

construction activities for curing or drying of completed installations or for protecting installed construction from adverse effects of low temperatures or high humidity. Select equipment that will not have a harmful effect on completed installations or elements being installed.

F.  Electric Power Service: Provide electric power service and distribution system of sufficient size, capacity, and power characteristics required for construction operations. Install electric power service underground unless otherwise indicated.

G.  Lighting: Provide temporary lighting with local switching that provides adequate illumination for construction operations, observations, inspections, and traffic conditions. Install and operate temporary lighting that fulfills security and protection requirements without operating entire system.

H.  Telephone Service: Provide temporary telephone service in common-use facilities for use by all construction personnel. Install WiFi cell phone access equipment and at least one common area land-based telephone line.

1.  At each telephone, post a list of important telephone numbers.

   a.  Police and fire departments.
   b.  Ambulance service.
   c.  Contractor's home office.
   d.  Contractor's emergency after-hours telephone number.
   e.  COR office.
   f.  Government's office.
   g.  Principal subcontractors' field and home offices.

I.  Electronic Communication Service: Provide secure WiFi wireless connection to internet.

## 3.3    SUPPORT FACILITIES INSTALLATION

A.  Comply with the following:

1.  Provide construction for temporary field offices, shops, and sheds located within construction area or within 30 feet of site construction lines that is noncombustible in accordance with ASTM E136.

2.  Comply with NFPA 241.

B.  Temporary Roads: N/A

C.  Access Roads: The Contractor shall be limited public roads or access roads specifically identified within this contract for access to the project site and the temporary construction facilities. Provide dust-control treatment that is nonpolluting and non-tracking. Reapply treatment as required to minimize dust. All access roads damaged by the Contractor during construction, shall be repaired upon completion of construction as part of the project award.

D.  Traffic Controls: Comply with requirements of the local Cities or Counties at points of project site egress/ingress, whichever is more stringent, for offsite traffic control needed to facilitate deliveries.

1.  Protect existing site improvements to remain, including curbs, pavement, and utilities.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    2.  Maintain access for fire-fighting equipment and access to fire hydrants.

E.  Parking: Provide temporary parking areas for construction personnel within staging areas.

F.  Storage and Staging: all staging areas shall be acquired by the Contractor.

G.  Dewatering Facilities and Drains: Comply with requirements of authorities having jurisdiction. Maintain Project site, excavations, and construction free of water.

    1.  Dispose of rainwater in a lawful manner that will not result in flooding Project or adjoining properties or endanger permanent Work or temporary facilities.

    2.  Remove snow and ice as required to minimize accumulations.

H.  Project Signs: Provide Project signs as indicated. Unauthorized signs are not permitted.

    1.  Project identification signs.

    2.  Temporary directional and informational signs for construction personnel and visitors as required for entrance to Project.

    3.  Maintain and touch up signs, so they are legible at all times.

I.  Waste Disposal Facilities: Comply with requirements specified in Section 01 74 19 "Construction Waste Management and Disposal." Comply with progress cleaning requirements in Section 01 73 00 "Execution."

J.  Lifts and Hoists: Provide facilities necessary for hoisting materials and personnel. Truck cranes and similar devices used for hoisting materials are considered "tools and equipment" and not temporary facilities.

## 3.4   SECURITY AND PROTECTION FACILITIES INSTALLATION

A.  Protection of Existing Facilities: Protect existing vegetation, equipment, structures, utilities, roads, and other improvements at Project site and on adjacent properties, except those indicated to be removed or altered. Repair damage to existing facilities.

    1.  Where access to adjacent properties is required in order to affect protection of existing facilities, obtain written permission from adjacent property Government to access property for that purpose.

B.  Environmental Protection: Provide protection, operate temporary facilities, and conduct construction as required to comply with environmental regulations and that minimize possible air, waterway, and subsoil contamination or pollution or other undesirable effects.

    1.  Comply with work restrictions specified within this contract

C.  Temporary Erosion and Sedimentation Control: Comply with requirements of the Attachment B - Best Management Practices and environmental specifications provided herein.

D.  Stormwater Control: Comply with requirements of authorities having jurisdiction. Provide barriers in and around excavations and subgrade construction to prevent flooding by runoff of stormwater from heavy rains.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

E.  Site Enclosure Fence: Furnish and install minimum 8-ft tall chain link fence with gates with fabric in a manner that will prevent people from easily entering site except by entrance gates.

   1.  Extent of Fence: provide chain link fence around entire perimeter of all staging areas. Place gates with locks as needed for deliveries and personnel use.

   2.  Maintain security by limiting number of keys and restricting distribution to authorized personnel. Furnish five sets of keys to COR.

F.  Barricades, Warning Signs, and Lights: Comply with requirements of the local City or Imperial County, whichever is more stringent, for erecting structurally adequate barricades, including warning signs and lighting when public roads are impacted by construction.

G.  Temporary Egress: Provide temporary egress from existing occupied facilities as indicated and as required by authorities having jurisdiction. Provide signage directing occupants to temporary egress.

   1.  Prohibit smoking in construction areas. Comply with additional limits on smoking specified in other Sections.

   2.  Supervise welding operations, combustion-type temporary heating units, and similar sources of fire ignition in accordance with requirements of authorities having jurisdiction.

   3.  Develop and supervise an overall fire-prevention and protection program for personnel at Project site. Review needs with local fire department and establish procedures to be followed. Instruct personnel in methods and procedures. Post warnings and information.

## 3.5   OPERATION, TERMINATION, AND REMOVAL

A.  Maintain facilities in good operating condition until removal.

B.  Termination and Removal: Remove each temporary facility when need for its service has ended. Repair damaged Work, clean exposed surfaces, and replace construction that cannot be satisfactorily repaired.

   1.  Materials and facilities that constitute temporary facilities are property of Contractor.

   2.  Remove materials contaminated with road oil, asphalt and other petrochemical compounds, and other substances that might impair growth of plant materials. Repair or replace street paving, curbs, and sidewalks at temporary entrances, as required by the Government.

**END OF SECTION**

TEMPORARY FACILITIES AND CONTROLS                                01 50 00 - 5

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 57 23

## TEMPORARY STORM WATER POLLUTION CONTROL

## PART 1 - GENERAL

### 1.1    SUMMARY

A.   Section Includes:

1.   Temporary storm water pollution controls.

### 1.2    STORMWATER POLLUTION PREVENTION PLAN

A.   The Stormwater Pollution Prevention Plan (SWPPP) is part of the Contract Documents and will be required to be provided by Contractor as noted below.

### 1.3    ACTION SUBMITTALS

A.   A Stormwater Pollution Prevention Plan (SWPP) shall be prepared per local, state or federal requirements, whichever governs, including all requirements as outlined and shall be submitted as part of the pre-construction submittals.

### 1.4    INFORMATIONAL SUBMITTALS

A.   EPA authorization under the EPA's "2017 Construction General Permit (CGP)."

B.   Stormwater Pollution Prevention (SWPP) Training Log: For each individual performing Work under the SWPPP.

C.   Inspection reports.

### 1.5    QUALITY ASSURANCE

A.   Stormwater Pollution Prevention Plan (SWPPP) Coordinator: Experienced individual or firm with a record of successful water pollution control management coordination of projects with similar cost and complexity.

1.   SWPPP Coordinator shall complete and finalize the SWPPP form.

2.   SWPPP Coordinator shall be responsible for inspections and maintaining of all requirements of the SWPPP.

B.   Installers: Trained as indicated in the SWPPP.

## PART 2 - PRODUCTS

### 2.1    TEMPORARY STORMWATER POLLUTION CONTROLS

A.   Provide temporary stormwater pollution controls as required by the SWPPP.

## PART 3 - EXECUTION

### 3.1    INSTALLATION

TEMPORARY STORM WATER POLLUTION CONTROL                                        01 57 23 - 1

A.  Comply with all best management practices provided in Attachment B, general requirements, performance requirements, reporting requirements, and all other requirements included in the SWPPP.

B.  Locate stormwater pollution controls in accordance with the SWPPP.

C.  Conduct construction as required to comply with the SWPPP and that minimize possible contamination or pollution or other undesirable effects.

1.  Inspect, repair, and maintain SWPPP controls during construction. Inspect all SWPPP controls not less than every seven days, and after each occurrence of a storm event, as outlined in the SWPPP.

D.  Remove SWPPP controls upon final acceptance of construction and restore and stabilize areas disturbed during construction.

**END OF SECTION**

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 60 00

## PRODUCT REQUIREMENTS

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.  Section includes administrative and procedural requirements for selection of products for use in Project; product delivery, storage, and handling; manufacturers' standard warranties on products; special warranties; and comparable products.

**1.2    DEFINITIONS**

A.  Products: Items obtained for incorporating into the Work, whether purchased for Project or taken from previously purchased stock. The term "product" includes the terms "material," "equipment," "system," and terms of similar intent.

1.  Named Products: Items identified by manufacturer's product name, including make or model number or other designation shown or listed in manufacturer's published product literature that is current as of date of the Contract Documents.

2.  New Products: Items that have not previously been incorporated into another project or facility. Salvaged items or items reused from other projects are not considered new products. Items that are manufactured or fabricated to include recycled content materials are considered new products, unless indicated otherwise.

3.  Comparable Product: Product by named manufacturer that is demonstrated and approved through the comparable product submittal process described in Part 2 "Comparable Products" Article, to have the indicated qualities related to type, function, dimension, in-service performance, physical properties, appearance, and other characteristics that equal or exceed those of specified product.

B.  Basis-of-Design Product Specification: A specification in which a single manufacturer's product is named and accompanied by the words "basis-of-design product," including make or model number or other designation. Published attributes and characteristics of basis-of-design product establish salient characteristics of products.

1.  Evaluation of Comparable Products: In addition to the basis-of-design product description, product attributes and characteristics may be listed to establish the significant qualities related to type, function, in-service performance and physical properties, weight, dimension, durability, visual characteristics, and other special features and requirements for purposes of evaluating comparable products of additional manufacturers named in the specification. Manufacturer's published attributes and characteristics of basis-of-design product also establish salient characteristics of products for purposes of evaluating comparable products.

C.  Subject to Compliance with Requirements: Where the phrase "Subject to compliance with requirements" introduces a product selection procedure in an individual Specification Section, provide products qualified under the specified product procedure. In the event that a named product or product by a named manufacturer does not meet the other requirements of the specifications, select another named product or product

PRODUCT REQUIREMENTS                                                                01 60 00 - 1

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

from another named manufacturer that does meet the requirements of the specifications; submit a comparable product request or substitution request, if applicable.

D. Comparable Product Request Submittal: An action submittal requesting consideration of a comparable product, including the following information:

1. Identification of basis-of-design product or fabrication or installation method to be replaced, including Specification Section number and title and Drawing numbers and titles.

2. Data indicating compliance with the requirements specified in Part 2 "Comparable Products" Article.

E. Basis-of-Design Product Specification Submittal: An action submittal complying with requirements in Section 01 33 00 "Submittal Procedures."

## 1.3    QUALITY ASSURANCE

A. Compatibility of Options: The Contractor shall select products compatible with products previously selected and or/installed.

B. Identification of Products: Except for required labels and operating data, do not attach or imprint manufacturer or product names or trademarks on exposed surfaces of products or equipment that will be exposed to view in occupied spaces or on the exterior.

1. Labels: Locate required product labels and stamps on a concealed surface, or, where required for observation following installation, on a visually accessible surface that is not conspicuous.

2. Equipment Nameplates: Provide a permanent nameplate on each item of service- or power-operated equipment. Locate on a visually accessible but inconspicuous surface. Include information essential for operation, including as minimum, the following:

   a. Name of product and manufacturer.
   b. Model and serial number.
   c. Capacity.

## 1.4    COORDINATION

A. Modify or adjust affected work as necessary to integrate work of approved comparable products and approved substitutions.

## 1.5    PRODUCT WARRANTIES

A. Warranties specified in other Sections shall be in addition to, and run concurrent with, other warranties required by the Contract Documents. Manufacturer's disclaimers and limitations on product warranties do not relieve Contractor of obligations under requirements of the Contract Documents.

1. Manufacturer's Warranty: Written standard warranty form furnished by individual manufacturer for a particular product and issued in the name of the Government or endorsed by manufacturer to Government.

2. Special Warranty: Written warranty required by the Contract Documents to provide specific rights for Government and issued in the name of the Government or

PRODUCT REQUIREMENTS

01 60 00 - 2

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

endorsed by manufacturer to Government.

B. Special Warranties: Prepare a written document that contains appropriate terms and identification, ready for execution.

1. Manufacturer's Standard Form: Modified to include Project-specific information and properly executed.

2. Specified Form: When specified forms are included in the Project Manual, prepare a written document, using indicated form properly executed.

3. See other Sections for specific content requirements and particular requirements for submitting special warranties.

C. Submittal Time: Comply with requirements in Section 01 77 00 "Closeout Procedures."

## PART 2 - PRODUCTS

### 2.1    PRODUCT SELECTION PROCEDURES

A. General Product Requirements:

1. Provide products complete with accessories, trim, finish, fasteners, and other items needed for a complete installation and indicated use and effect.

2. Standard Products: If available, and unless custom products or nonstandard options are specified, provide standard products of types that have been produced and used successfully in similar situations on other projects.

3. Government reserves the right to limit selection to products with warranties meeting requirements of the Contract Documents.

4. Where products are accompanied by the term "as selected," COR will make selection.

5. Descriptive, performance, and reference standard requirements in the Specifications establish salient characteristics of products.

6. Or Equal: For products specified by name and accompanied by the term "or equal," "or approved equal," or "or approved," comply with requirements in "Comparable Products" Article to obtain approval for use of an unnamed product.

    a. Submit additional documentation required by COR in order to establish equivalency of proposed products. Unless otherwise indicated, evaluation of "or equal" product status is by the COR, whose determination is final.

### 2.2    COMPARABLE PRODUCTS

A. Conditions for Consideration of Comparable Products: COR will consider Contractor's request for comparable product when the following conditions are satisfied. If the following conditions are not satisfied, COR may return requests without action, except to record noncompliance with the following requirements:

1. Evidence that proposed product does not require revisions to the Contract Documents, is consistent with the Contract Documents, will produce the indicated results, and is compatible with other portions of the Work.

2. Detailed comparison of significant qualities of proposed product with those of the named basis-of-design product. Significant product qualities include attributes,

PRODUCT REQUIREMENTS                                                01 60 00 - 3

    such as type, function, in-service performance and physical properties, weight, dimension, durability, visual characteristics, and other specific features and requirements.

3. Evidence that proposed product provides specified warranty.

4. List of similar installations for completed projects, with project names and addresses and names and addresses of COR, if requested.

5. Samples, if requested.

B. COR Action on Comparable Products Submittal: If necessary, COR will request additional information or documentation for evaluation, as specified in Section 01 33 00 "Submittal Procedures."

1. Form of Approval of Submittal: As specified in Section 01 33 00 "Submittal Procedures."

2. Use product specified if COR does not issue a decision on use of a comparable product request within time allocated.

C. Submittal Requirements, Two-Step Process: Approval by the COR of Contractor's request for use of comparable product is not intended to satisfy other submittal requirements. Comply with specified submittal requirements.

D. Submittal Requirements, Single-Step Process: When acceptable to COR, incorporate specified submittal requirements of individual Specification Section in combined submittal for comparable products. Approval by the COR of Contractor's request for use of comparable product and of individual submittal requirements will also satisfy other submittal requirements.

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 73 00

## EXECUTION

### PART 1 - GENERAL

### 1.1    SUMMARY

A.  Section includes general administrative and procedural requirements governing execution of the Work, including, but not limited to, the following:

1.  Construction layout.

2.  Field engineering and surveying.

3.  Demolition.

4.  Installation of the Work.

5.  Progress cleaning.

6.  Protection of installed construction.

### 1.2    DEFINITIONS

A.  Cutting: Removal of in-place construction necessary to permit installation or performance of subsequent work.

B.  Patching: Fitting and repair work required to restore construction to original conditions after installation of subsequent work.

### 1.3    EXECUTION

A.  Existing Conditions: Existence and location of site improvements, utilities, and other construction affecting the Work must be investigated and verified. The Contractor shall be responsible for identifying all cross-border utility crossings or other above or below grade interferences. If any are identified, relocation or removal shall be coordinated, with any conflicts resolved by the Contractor. It is possible that illegal cross border sewage and water lines are in this area as they have been identified prior. Construction documents shall be sufficient to afford a clear understanding of the construction work required.

### 1.4    INFORMATIONAL SUBMITTALS

A.  Qualification Data: For land surveyor, professional engineer

B.  Certified Surveys: Submit PDF signed by land surveyor, and professional engineer

C.  Certificates: Submit certificate signed by registered land surveyor and professional engineer, certifying that location and elevation of improvements comply  with requirements.

### 1.5    ACTION SUBMITTALS

EXECUTION                                                                           01 73 00 - 1

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

A. Health & Safety Plan: Submit a health and safety plan that meets the requirements of EM 385-1-1 that includes, but not limited to the following items:

1. Site Safety & Health Officer (SSHO) and alternate with a minimum of 10-years of similar experience and experience in the SSHO role on at least 2 federal design build projects each with a total construction cost of at least $5 million. The SSHO shall be on-site full-time during construction operations. The Construction Quality Control Manager may serve as the SSHO. The SSHO shall ensure that they requirements for 29 CFR 1926.16 for the project, shall be responsible for all reporting and maintaining safety on the project site.

2. Demolition

3. Crane Operators/Riggers

4. Safety meeting scheduling and initial agenda

5. Accident prevention plan

6. Standard and critical lift plan

7. Fall protection and prevention plan

8. Activity hazard analysis

9. Site excavation and demolition health and safety requirements

10. Safety bulletin board

11. Notification & reporting requirements

B. Demolition Plan: Submit a demolition plan for review and approval prior to start of any demolition work. The demolition plan shall include, but not be limited to, extents of demolition, method of shoring and bracing to the extent required, methods for ensuring all demolition is contained within the United States, and methods for backfilling trenches/voids created by demolition.

C. Shop Drawings: Submit shop drawings for all concrete and steel construction, fabrication and erection for review and approval prior to starting work.

D. Product & Design Data: Submittal product and design data for all products including, but not limited to pipe/box culverts, bridge components, gate hinges and locks, concrete mix designs, road aggregate, power distribution and equipment, and cameras.

## 1.6    CLOSEOUT SUBMITTALS

A. Final Alignment Survey: Submit PDF showing the Work performed and record survey data.

## 1.7    QUALITY ASSURANCE

A. Land Surveyor Qualifications: A professional land surveyor who is legally qualified to practice in jurisdiction where Project is located and who is experienced in providing land-surveying services of the kind indicated.

B. Professional Engineer Qualifications: Refer to Section 01 40 00 "Quality Requirements."

C. For wall bollards or other structural elements that require to be cut but not removed,

EXECUTION                                                                 01 73 00 - 2

cut in a manner that will not change their load-carrying capacity or increase deflection.

D.  Develop plan for cutting and patching including steel and concrete structures that complies with DOR construction specifications.

E.  Do not cut or remove operating elements and related components unless specifically approved by CBP. Operational elements include but are not limited to communications and electrical wiring systems.

F.  Manufacturer's Installation Instructions: Obtain and maintain on-site manufacturer's written recommendations and instructions for installation of specified products and equipment.

## PART 2 - PRODUCTS

### 2.1    MATERIALS

A.  Comply with requirements specified in other Sections.

B.  In-Place Materials: Use materials for patching identical to in-place materials. For exposed surfaces, use materials that visually match in-place adjacent surfaces to the fullest extent possible. If identical materials are unavailable or cannot be used, use materials that, when installed, will provide a match acceptable to COR for the visual and functional performance of in-place materials. Use materials that are not considered hazardous.

C.  Cleaning Agents: Use cleaning materials and agents recommended by manufacturer or fabricator of the surface to be cleaned. Do not use cleaning agents that are potentially hazardous to health or property or that might damage finished surfaces.

## PART 3 - EXECUTION

### 3.1    EXAMINATION

A.  Existing Conditions: The existence and location of underground and other utilities and construction indicated as existing are not guaranteed. Before beginning sitework, investigate and verify the existence and location of underground utilities, and electrical systems, and other construction affecting the Work.

  1.  Before construction, verify the location and invert elevation at points of connection of sanitary sewer, storm sewer, gas service piping, and water-service piping; underground electrical services; and other utilities.

  2.  Furnish location data for work related to Project that must be performed by public utilities serving Project site.

B.  Examination and Acceptance of Conditions: Before proceeding with each component of the Work, examine substrates, areas, and conditions, with Installer or Applicator present where indicated, for compliance with requirements for installation tolerances and other conditions affecting performance. Record observations.

C.  Proceed with Work only after unsatisfactory conditions have been corrected. Proceeding with the Work indicates acceptance of surfaces and conditions.

EXECUTION                                                                                           01 73 00 - 3

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**3.2    PREPARATION**

A. Existing Utility Information: Furnish information to local utility and COR that is necessary to adjust, move, or relocate existing utility structures, utility poles, lines, services, or other utility appurtenances located in or affected by construction. Coordinate with authorities having jurisdiction.

B. Field Measurements: Take field measurements to fit the Work properly. Recheck measurements before installing each product. Where portions of the Work are indicated to fit to other construction, verify dimensions of other construction by field measurements before fabrication. Coordinate fabrication schedule with construction progress to avoid delaying the Work.

C. Space Requirements: Verify space requirements and dimensions of items shown diagrammatically on Drawings.

D. Review of Contract Documents and Field Conditions: Immediately on discovery of the need for clarification of the Contract Documents, submit a request for information to COR in accordance with requirements in Section 01 31 00"Project Management and Coordination."

E. Mockups, when required, shall be constructed with limits of temporary facility or within permanent construction. Mockups constructed within limits of temporary facilities shall be removed and disposed/recycled.

**3.3    CONSTRUCTION LAYOUT**

A. Verification: Before proceeding to lay out the Work, verify layout information shown on Drawings, in relation to the property survey and existing benchmarks and existing conditions. If discrepancies are discovered, notify COR promptly.

B. Engage a professional land surveyor experienced in laying out the Work, using the following accepted surveying practices:

1. Establish benchmarks and control points to set lines and levels at varying levels of construction and elsewhere as needed to locate each element of Project.

2. Establish limits on use of Project site.

3. Establish dimensions within tolerances indicated. Do not scale Drawings to obtain required dimensions.

4. Inform installers of lines and levels to which they must comply.

5. Check the location, level and plumb, of every major element as the Work progresses.

6. Notify COR when deviations from required lines and levels exceed allowable tolerances.

7. Close site surveys with an error of closure equal to or less than the standard established by authorities having jurisdiction.

C. Site Improvements: Locate and lay out site improvements, including pavements, grading, fill and topsoil placement, utility slopes, and rim and invert elevations.

EXECUTION                                                                    01 73 00 - 4

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

D.  Structure Lines and Levels: Locate and lay out control lines and levels for structures, foundations, column grids, and grade levels, including those required for utility and electrical work. Transfer survey markings and elevations for use with control lines and levels. Level foundations and piers from two or more locations.

E.  Record Log: Maintain a log of layout control work. Record deviations from required lines and levels. Include beginning and ending dates and times of surveys, weather conditions, name and duty of each survey party member, and types of instruments and tapes used. Make the log available for reference by COR.

## 3.4    FIELD ENGINEERING

A.  Identification: Contractor will identify existing benchmarks, control points, and property corners.

B.  Reference Points: Locate existing permanent benchmarks, control points, and similar reference points before beginning the Work. Preserve and protect permanent benchmarks, monuments and control points during construction operations.

1.  Do not change or relocate existing benchmarks, IBWC monuments or control points without prior written approval of COR. Report lost or destroyed permanent benchmarks, monuments or control points promptly. Report the need to relocate permanent benchmarks, monuments or control points to COR before proceeding.

2.  Replace lost or destroyed permanent benchmarks, monuments and control points promptly. Base replacements on the original survey control points.

C.  Benchmarks: Establish and maintain a minimum of **two** permanent benchmarks for each mile of Project site, referenced to data established by survey control points. Comply with authorities having jurisdiction for type and size of benchmark.

1.  Record benchmark locations, with horizontal and vertical data, on Project Record Documents.

2.  Where the actual location or elevation of layout points cannot be marked, provide temporary reference points sufficient to locate the Work.

3.  Remove temporary reference points when no longer needed. Restore marked construction to its original condition.

D.  Certified Survey: On completion of foundations, major site improvements, and other work requiring field-engineering services, prepare a certified survey showing dimensions, locations, angles, and elevations of construction and sitework.

## 3.5    DEMOLITION

A.  Complete demolition fully to the extent shown the construction plans. Protect existing structures adjacent to planned demolition.

B.  Do not leave unfinished demolition in unsafe condition unless secured from public or wildlife access while unattended. This includes, but not limited to, rebar extrusions, unstable debris and trenches deeper than 1-ft.

C.  All demolition shall be contained within the United States including soils impacted by removal of foundations.

EXECUTION                                                                                      01 73 00 - 5

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

D.  Demolition of foundations, not requiring replacement foundations any overlying structures or roads, at minimum shall backfilled with select fill uniformly moisture-conditioned to within ± 2% of the optimum moisture content, placed in horizontal lifts no greater than 8 inches in loose thickness, and compacted by mechanical means only, to a at least 90% of the maximum dry density in accordance with ASTM D 1557. Flowable fill providing composition similar to or better than select fill described above may be used in place of select fill. Backfill operations shall be completed to levels of adjacent finished grade.

E.  Gaps that result from demolition of bollards or gates that where bollards or gates cannot be permanently replaced prior to the end the workday which the removal occurred, shall have the gap closed and secured using self-standing temporary bollard wall panels.

## 3.6    INSTALLATION

A.  Locate the Work and components of the Work accurately, in correct alignment and elevation, as indicated.

1.  Construct plumb and make horizontal work to the grades shown on the plans.

2.  Where space is limited, install components to maximize space available for maintenance.

B.  Comply with manufacturer's written instructions and recommendations for installing products in applications indicated.

C.  Install products at the time and under conditions that will ensure satisfactory results as judged by the COR. Maintain conditions required for product performance until Final Completion.

D.  Conduct construction operations, so no part of the Work is subjected to damaging operations or loading in excess of that expected during normal conditions of occupancy of type expected for Project.

E.  Sequence the Work and allow adequate clearances to accommodate movement of construction items on-site and placement in permanent locations.

F.  Tools and Equipment: Select tools or equipment that minimize production of excessive noise levels.

G.  Templates: Obtain and distribute to the parties' involved templates for Work specified to be factory prepared and field installed. Check Shop Drawings of other portions of the Work to confirm that adequate provisions are made for locating and installing products to comply with indicated requirements.

H.  Attachment: Provide blocking and attachment plates and anchors and fasteners of adequate size and number to securely anchor each component in place, accurately located and aligned with other portions of the Work. Where size and type of attachments are not indicated, verify size and type required for load conditions with manufacturer.

1.  Mounting Heights: Where mounting heights are not indicated, mount components at heights directed by COR.

2.  Allow for structure movement, including thermal expansion and contraction.

EXECUTION                                                                                01 73 00 - 6

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

3. Coordinate installation of anchorages. Furnish setting drawings, templates, and directions for installing anchorages, including sleeves, concrete inserts, anchor bolts, and items with integral anchors, that are to be embedded in concrete. Deliver such items to Project site in time for installation.

I. Joints: Make joints of uniform width. Where joint locations in exposed Work are not indicated, arrange joints for the best visual effect, as judged by COR. Fit exposed connections together to form hairline joints.

J. Repair or remove and replace damaged, defective, or nonconforming Work.

1. Comply with Section 01 77 00 "Closeout Procedures" for repairing or removing and replacing defective Work.

## 3.7    MANUFACTURER FIELD SERVICES

A. The Contractor shall provide manufacturer field services for testing, acceptance and training of automated gates cameras.

B. Manufacturer field services for testing and acceptance shall be provided during in-place construction and project closeout.

## 3.8    CUTTING AND PATCHING

A. General: Employ skilled workers to perform cutting and patching. Proceed with cutting and patching at the earliest feasible time, and complete without delay. Cut in-place construction to provide for installation of other components or performance of other construction, and subsequently patch as required to restore surfaces to their original condition.

B. Existing Warranties: Remove, replace, patch, and repair materials and surfaces cut or damaged during installation or cutting and patching operations, by methods and with materials so as not to void existing warranties.

C. Temporary Support: Provide temporary support of Work to be cut.

D. Protection: Protect in-place construction during cutting and patching to prevent damage. Provide protection from adverse weather conditions for portions of Project that might be exposed during cutting and patching operations.

E. Existing Utility Services and Electrical Systems: Where existing services/systems are required to be removed, relocated, or abandoned, bypass such services/systems before cutting to minimize prevent interruption to occupied areas.

F. Cutting: Cut in-place construction by sawing, drilling, breaking, chipping, grinding, and similar operations, including excavation, using methods least likely to damage elements retained or adjoining construction. If possible, review proposed procedures with original installer; comply with original Installer's written recommendations.

1. In general, use hand or small power tools designed for sawing and grinding, not hammering and chopping. Cut holes and slots neatly to minimum size required, and with minimum disturbance of adjacent surfaces. Temporarily cover openings when not in use.

EXECUTION                                                                01 73 00 - 7

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

2. Finished Surfaces: Cut or drill from the exposed or finished side into concealed surfaces.

3. Concrete: Cut using a cutting machine, such as an abrasive saw or a diamond-core drill.

4. Excavating and Backfilling: Comply with requirements in applicable Sections where required by cutting and patching operations.

5. Electrical Services: Cut off conduit to be abandoned in existing construction. Cap, valve, or plug and seal remaining portion of pipe or conduit to prevent entrance of moisture or other foreign matter after cutting.

6. Proceed with patching after construction operations requiring cutting are complete.

G. Patching: Patch construction by filling, repairing, refinishing, closing up, and similar operations following performance of other Work. Patch with durable seams that are ¼" or smaller, as judged by COR. Provide materials and comply with installation requirements specified in other Sections, where applicable.

1. Inspection: Where feasible, test and inspect patched areas after completion to demonstrate physical integrity of installation.

2. Exposed Finishes: Restore exposed finishes of patched areas and extend finish restoration into retained adjoining construction in a manner that will eliminate evidence of patching and refinishing. Where patching occurs in a painted surface, prepare substrate and apply primer and intermediate paint coats appropriate for substrate over the patch, and apply final paint coat over entire unbroken surface containing the patch. Provide additional coats until patch blends with adjacent surfaces.

H. Cleaning: Clean areas and spaces where cutting and patching are performed. Remove paint, mortar, oils, putty, and similar materials from adjacent finished surfaces.

## 3.9    PROGRESS CLEANING

A. Clean Project site and work areas daily, including common areas. Enforce requirements strictly. Dispose of materials lawfully.

1. Comply with requirements in NFPA 241 for removal of combustible waste materials and debris.

2. Do not hold waste materials more than seven days during normal weather or three days if the temperature is expected to rise above 80 deg F.

3. Containerize hazardous and unsanitary waste materials separately from other waste. Mark containers appropriately and dispose of legally, according to regulations. Use containers intended for holding waste materials of type to be stored.

B. Site: Maintain Project site free of waste materials and debris.

C. Work Areas: Clean areas where Work is in progress to the level of cleanliness necessary for proper execution of the Work.

1. Remove liquid spills promptly.

2. Maintain dust control throughout the duration of construction through use of water

EXECUTION                                                                                      01 73 00 - 8

trucks.

3. Concrete truck cleanout shall only be conducted in Contractor designated areas.

D. Installed Work: Keep installed work clean. Clean installed surfaces according to written instructions of manufacturer or fabricator of product installed, using only cleaning materials specifically recommended. If specific cleaning materials are not recommended, use cleaning materials that are not hazardous to health or property and that will not damage exposed surfaces.

E. Concealed Spaces: Remove debris from concealed spaces before enclosing the space.

F. Exposed Surfaces: Clean exposed surfaces and protect as necessary to ensure freedom from damage and deterioration at time of Final Completion.

G. Waste Disposal: Do not bury or burn waste materials on-site. Do not wash waste materials down sewers or into waterways. Comply with waste disposal requirements in Section 01 50 00 "Temporary Facilities and Controls." Section 01 74 19 "Construction Waste Management and Disposal."

H. During handling and installation, clean and protect construction in progress and adjoining materials already in place. Apply protective covering where required to ensure protection from damage or deterioration at Final Completion.

I. Clean and provide maintenance on completed construction as frequently as necessary through the remainder of the construction period. Adjust and lubricate operable components to ensure operability without damaging effects.

## 3.10    PROTECTION AND REPAIR OF INSTALLED CONSTRUCTION

A. Provide final protection and maintain conditions that ensure installed Work is without damage or deterioration at time of Final Completion.

B. Repair Work previously completed and subsequently damaged during construction period. Repair to like-new condition.

C. Protection of Existing Items: Provide protection and ensure that existing items to remain undisturbed by construction are maintained in condition that existed at commencement of the Work.

D. Comply with manufacturer's written instructions for temperature and relative humidity.

**END OF SECTION**

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 74 19

## CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL

**PART 1 - GENERAL**

**1.1    SUMMARY**

    A.  Section includes administrative and procedural requirements for the following:

        1.  Salvaging nonhazardous demolition and construction waste.

        2.  Recycling nonhazardous demolition and construction waste.

        3.  Disposing of nonhazardous demolition and construction waste.

**1.2    DEFINITIONS**

    A.  Construction Waste: Structure, and site improvement materials and other solid waste resulting from construction, remodeling, renovation, or repair operations. Construction waste includes packaging.

    B.  Demolition Waste: Structure, and site improvement materials resulting from demolition operations.

    C.  Disposal: Removal of demolition or construction waste and subsequent salvage, sale, recycling, or deposit in landfill, incinerator acceptable to authorities having jurisdiction.

    D.  Recycle: Recovery of demolition or construction waste for subsequent processing in preparation for reuse.

    E.  Salvage: Recovery of demolition or construction waste and subsequent sale or reuse in another facility.

    F.  Salvage and Reuse: Recovery of demolition or construction waste and subsequent incorporation into the Work.

**1.3    MATERIALS OWNERSHIP**

    A.  Unless otherwise indicated, demolition and construction waste shall become property of Contractor.

    B.  Historic items, relics, antiques, and similar objects including, but not limited to, cornerstones and their contents, commemorative plaques and tablets, and other items of interest or value to Government that may be uncovered during demolition remain the property of Government. Carefully salvage in a manner to prevent damage and promptly return to Government.

**1.4    ACTION SUBMITTALS**

    A.  Waste Management Plan: Submit plan as part of the pre-construction submittals.

**1.5    INFORMATIONAL SUBMITTALS**

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

A.  N/A

## 1.6   QUALITY ASSURANCE

A.  Waste Management Coordinator Qualifications: Experienced firm, or individual employed and assigned by the Contractor, with a record of successful waste management coordination of projects with similar cost and complexity.

B.  Regulatory Requirements: Comply with transportation and disposal regulations of authorities having jurisdiction.

## 1.7   WASTE MANAGEMENT PLAN

A.  Waste Identification: Indicate anticipated types and quantities of demolition, site-clearing, and construction waste generated by the Work. Use Form CWM-1 for construction waste and Form CWM-2 for demolition waste. Include estimated quantities and assumptions for estimates.

B.  Waste Reduction Work Plan: List each type of waste and whether it will be salvaged, recycled, or disposed of in landfill or incinerator. Use Form CWM-3 for construction waste and Form CWM-4 for demolition waste. Include points of waste generation, total quantity of each type of waste, quantity for each means of recovery, and handling and transportation procedures.

1.  Salvaged Materials for Sale: For materials that will be sold to individuals and organizations, include list of their names, addresses, and telephone numbers.

2.  Salvaged Materials for Donation: For materials that will be donated to individuals and organizations, include list of their names, addresses, and telephone numbers.

3.  Recycled Materials: Include list of local receivers and processors and type of recycled materials each will accept. Include names, addresses, and telephone numbers.

4.  Disposed Materials: Indicate how and where materials will be disposed of. Include name, address, and telephone number of each landfill and incinerator facility.

5.  Handling and Transportation Procedures: Include method that will be used for separating recyclable waste including sizes of containers, container labeling, and designated location where materials separation will be performed.

## PART 2 - PRODUCTS

## 2.1   PERFORMANCE REQUIREMENTS

A.  General: Achieve end-of-Project rates for salvage/recycling of 50 percent by weight of total nonhazardous solid waste generated by the Work. Practice efficient waste management in the use of materials in the course of the Work. Use all reasonable means to divert construction and demolition waste from landfills and incinerators. Facilitate recycling and salvage of materials, including the following:

1.  Demolition Waste:

a.  Asphalt paving.
b.  Concrete.
c.  Concrete reinforcing steel.

     d.  Structural and miscellaneous steel.
     e.  Supports and hangers.
     f.  Electrical conduit.
     g.  Copper wiring.

2. Construction Waste:

     a.  Wood sheet materials.
     b.  Metals.
     c.  Piping.
     d.  Electrical conduit.
     e.  Packaging: Regardless of salvage/recycle goal indicated in "General" Paragraph above, salvage or recycle 100 percent of the following uncontaminated packaging materials:
        1)  Paper.
        2)  Cardboard.
        3)  Boxes.
        4)  Plastic sheet and film.
        5)  Polystyrene packaging.
        6)  Wood crates.
        7)  Wood pallets.
        8)  Plastic pails.
     f.  Construction Office Waste: Regardless of salvage/recycle goal indicated in "General" Paragraph above, salvage or recycle 100 percent of the following construction office waste materials:
        1)  Paper.
        2)  Aluminum cans.
        3)  Glass containers.

## PART 3 - EXECUTION

## 3.1    PLAN IMPLEMENTATION

A. General: Implement approved waste management plan. Provide handling, containers, storage, signage, transportation, and other items as required to implement waste management plan during the entire duration of the Contract.

1. Submit waste management plan for approval as a part of preconstruction submittals.

2. Comply with operation, termination, and removal requirements in Section 01 50 00 "Temporary Facilities and Controls."

B. Training: Train workers, subcontractors, and suppliers on proper waste management procedures, as appropriate for the Work.

1. Distribute waste management plan to everyone concerned within **three** working days of submittal return.

2. Distribute waste management plan to entities when they first begin work on-site. Review plan procedures and locations established for salvage, recycling, and disposal.

C. Site Access and Temporary Controls: Conduct waste management operations to ensure minimum interference with roads, streets, walks, walkways, and other adjacent occupied

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

and used facilities.

1. Designate and label specific areas on Project site necessary for separating materials that are to be salvaged and recycled.

2. Comply with Section 01 50 00 "Temporary Facilities and Controls" for controlling dust and dirt, environmental protection, and noise control.

D. Waste Management in Historic Zones or Areas: Transportation equipment and other materials shall be of sizes that clear surfaces within historic spaces, areas, rooms, and openings, by 12 inche**s** or more.

## 3.2    SALVAGING DEMOLITION WASTE

A. Salvaged Items for Reuse in the Work: Salvage items for reuse and handle as follows:

1. Clean salvaged items.

2. Pack or crate items after cleaning. Identify contents of containers with label indicating elements, date of removal, quantity, and location where removed.

3. Store items in a secure area until installation.

4. Protect items from damage during transport and storage.

5. Install salvaged items to comply with installation requirements for new materials and equipment. Provide connections, supports, and miscellaneous materials necessary to make items functional for use indicated.

B. Salvaged Items for Sale and Donation: Not permitted on Project site.

C. Salvaged Items for Government's Use: Salvage items for Government's use and handle as follows:

1. Clean salvaged items.

2. Pack or crate items after cleaning. Identify contents of containers with label indicating elements, date of removal, quantity, and location where removed.

3. Store items in a secure area until delivery to Government.

4. Transport items to Government's storage area off-site designated by Government.

5. Protect items from damage during transport and storage.

## 3.3    RECYCLING DEMOLITION AND CONSTRUCTION WASTE, GENERAL

A. General: Recycle paper and beverage containers used by on-site workers.

B. Recycling Incentives: Revenues, savings, rebates, tax credits, and other incentives received for recycling waste materials shall be shared equally by Government and Contractor.

C. Preparation of Waste: Prepare and maintain recyclable waste materials according to recycling or reuse facility requirements. Maintain materials free of dirt, adhesives, solvents, petroleum contamination, and other substances deleterious to the recycling process.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

D.  Procedures: Separate recyclable waste from other waste materials, trash, and debris. Separate recyclable waste by type at Project site to the maximum extent practical according to approved construction waste management plan.

1.  Provide appropriately marked containers or bins for controlling recyclable waste until removed from Project site. Include list of acceptable and unacceptable materials at each container and bin.

a.  Inspect containers and bins for contamination and remove contaminated materials if found.

2.  Stockpile processed materials on-site without intermixing with other materials. Place, grade, and shape stockpiles to drain surface water. Cover to prevent windblown dust.

3.  Stockpile materials away from construction area. Do not store within drip line of remaining trees.

4.  Store components off the ground and protect from the weather.

5.  Remove recyclable waste from Government's property and transport to recycling receiver or processor as often as required to prevent overfilling bins.

## 3.4    RECYCLING DEMOLITION WASTE

A.  Asphalt Paving: Grind asphalt to maximum 1-1/2-inch size.

1.  Crush asphaltic concrete paving and screen to comply with requirements in Section 31 20 00 "Earth Moving" for use as general fill.

B.  Asphalt Paving: Break up and transport paving to asphalt-recycling facility.

C.  Concrete: Remove reinforcement and other metals from concrete and sort with other metals.

1.  Pulverize concrete to maximum 1-1/2-inch size.

2.  Crush concrete and screen to comply with requirements in Section 31 20 00 "Earth Moving" for use as satisfactory soil for fill or subbase.

D.  Wood Materials: Sort and stack members according to size, type, and length. Separate lumber, engineered wood products, panel products, and treated wood materials.

E.  Metals: Separate metals by type.

1.  Structural Steel: Stack members according to size, type of member, and length.

2.  Remove and dispose of bolts, nuts, washers, and other rough hardware.

## 3.5    RECYCLING CONSTRUCTION WASTE

A.  Packaging:

1.  Cardboard and Boxes: Break down packaging into flat sheets. Bundle and store in a dry location.

2.  Polystyrene Packaging: Separate and bag materials.

3.  Pallets: As much as possible, require deliveries using pallets to remove pallets

from Project site. For pallets that remain on-site, break down pallets into component wood pieces and comply with requirements for recycling wood.

    4. Crates: Break down crates into component wood pieces and comply with requirements for recycling wood.

B. Wood Materials:

    1. Clean Cut-Offs of Lumber: Grind or chip into small pieces.

C. Paint: Seal containers and store by type.

## 3.6 DISPOSAL OF WASTE

A. General: Except for items or materials to be salvaged or recycled, remove waste materials from Project site and legally dispose of them in a landfill or incinerator acceptable to authorities having jurisdiction.

    1. Except as otherwise specified, do not allow waste materials that are to be disposed of accumulate on-site.

    2. Remove and transport debris in a manner that will prevent spillage on adjacent surfaces and areas.

B. General: Except for items or materials to be salvaged or recycled, remove waste materials and legally dispose of off-site, as approved in the waste management plan.

C. Burning: Do not burn waste materials.

**END OF SECTION**

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 77 00**

**CLOSEOUT PROCEDURES**

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.   Section includes administrative and procedural requirements for Contract closeout, including, but not limited to, the following:

1.   Substantial Completion procedures.

2.   Final completion procedures.

3.   Warranties.

4.   Final cleaning.

**1.2    DEFINITIONS**

A.   List of Incomplete Items: Contractor-prepared list of items to be completed or corrected, prepared for the COR's use prior to COR's inspection, to determine if the Work is substantially complete.

B.   As-Built Drawings: As-built drawings are developed and maintained by the Contractor and depict actual conditions, including deviations from the Contract Documents. These deviations and additions may result from coordination required by, but not limited to contract modifications; official responses to Contractor submitted Requests for Information; direction from the COR; designs which are the responsibility of the Contractor, and differing site conditions. Maintain the as-builts throughout construction as red-lined hard copies on site and or red-lined PDF files as directed by the COR. As-built drawings are further defined in NFAS 5252.236-9310. These files serve as the basis for the creation of the record drawings.

C.   Record Drawings: The record drawings are the final compilation of actual conditions reflected in the as-built drawings.

**1.3    SUBMITTALS**

A.   Submit the following in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

1.   Product Data

   a.   Warranty Management Plan
   b.   Warranty Tags

2.   Manufacturer's Instructions

   a.   Posted Instructions
      1)  Preventative Maintenance
      2)  Conditioning Monitoring (Predictive Testing)

3.   Closeout Submittals

   a.   As-Built Drawings; (action submittal)

CLOSEOUT PROCEDURES                                                          01 77 00 - 1

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

  b. Record Drawings; (action submittal)
  c. As-Built Record of Equipment and Materials
  d. Final Approved Shop Drawings
  e. Construction Contract Specifications

**1.4 ACTION SUBMITTALS**

A. Contractor's List of Incomplete Items: Initial submittal at Substantial Completion.

B. Certified List of Incomplete Items: Final submittal at Final Completion.

**1.5 CLOSEOUT SUBMITTALS**

A. Certificates of Release: From authorities having jurisdiction.

B. Certificate of Insurance: For continuing coverage through the warranty period.

**1.6 QUALITY CONTROL**

A. Additions and corrections to the contract drawings must be equal in quality and detail to that of the originals. Line colors, line weights, lettering, layering conventions, and symbols must be the same as the original line colors, line weights, lettering, layering conventions, and symbols.

**1.7 MAINTENANCE MATERIAL SUBMITTALS**

A. Schedule of Maintenance Material Items: For maintenance material submittal items required by other Sections.

**1.8 SUBSTANTIAL COMPLETION PROCEDURES**

A. Contractor's List of Incomplete Items: Prepare and submit a list of items to be completed and corrected (Contractor's "punch list"), indicating the value of each item on the list and reasons why the Work is incomplete.

B. Submittals Prior to Substantial Completion: Complete the following a minimum of **10** working days prior to requesting inspection for determining date of Substantial Completion. List items below that are incomplete at time of request.

 1. Certificates of Release: Obtain and submit releases from authorities having jurisdiction, permitting Government unrestricted use of the Work and access to services and utilities. Include occupancy permits, operating certificates, and similar releases.

 2. Submit closeout submittals specified in other Division 01 Sections, including Project Record Documents, maintenance manuals, damage or settlement surveys, property surveys, and similar final record information.

 3. Submit closeout submittals specified in individual Sections, including specific warranties, workmanship bonds, maintenance service agreements, final certifications, and similar documents.

 4. Submit maintenance material submittals specified in individual Sections, including tools, spare parts, extra materials, and similar items, and deliver to location designated by COR. Label with manufacturer's name and model number.

CLOSEOUT PROCEDURES             01 77 00 - 2

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

      a.  Schedule of Maintenance Material Items: Prepare and submit schedule of maintenance material submittal items, including name and quantity of each item and name and number of related Specification Section. Obtain COR's signature for receipt of submittals.

5.  Submit record of testing per requirements provided in Paragraph 3.1 below.

6.  Submit sustainable design submittals not previously submitted.

7.  Submit changeover information related to Government's occupancy, use and maintenance.

C.  Procedures Prior to Substantial Completion: Complete the following a minimum of **10 working** days prior to requesting inspection for determining date of Substantial Completion. List items below that are incomplete at time of request.

1.  Perform preventive maintenance on products used prior to Substantial Completion. Consult manufacturer for warranty requirements prior to conducting preventative maintenance.

2.  Instruct Government's personnel in adjustment, and maintenance of products.

3.  Advise Government of changeover in utility services.

4.  Participate with Government in conducting inspection and walkthrough with local emergency responders.

5.  Terminate and remove temporary facilities from Project site, along with mockups, construction tools, and similar elements.

6.  Complete final cleaning requirements.

D.  Inspection: Submit a written request for inspection to determine Substantial Completion a minimum of **10** working days prior to date the Work will be completed and ready for final inspection and tests. On receipt of request, COR will either proceed with inspection or notify Contractor of unfulfilled requirements. COR will prepare the Certificate of Substantial Completion after inspection or will notify Contractor of items, either on Contractor's list or additional items identified by COR, that must be completed or corrected before certificate will be issued.

1.  Request reinspection when the Work identified in previous inspections as incomplete is completed or corrected.

2.  Results of completed inspection will form the basis of requirements for Final Completion.

## 1.9   FINAL COMPLETION PROCEDURES

A.  Submittals Prior to Final Completion: Before requesting final inspection for determining Final Completion, complete the following:

1.  Certified List of Incomplete Items: Submit certified copy of COR's Substantial Completion inspection list of items to be completed or corrected (punch list), endorsed and dated by COR. Certified copy of the list shall state that each item has been completed or otherwise resolved for acceptance.

2.  Submit Final Completion photographic documentation for review and approval.

B.  Inspection: Submit a written request for final inspection to determine acceptance a

CLOSEOUT PROCEDURES                              01 77 00 - 3

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

minimum of [10] working days prior to date the Work will be completed and ready for final inspection and tests. On receipt of request, COR will either proceed with inspection or notify Contractor of unfulfilled requirements. COR will prepare a final Certificate for Payment after inspection or will notify Contractor of construction that must be completed or corrected before certificate will be issued.

1. Request reinspection when the Work identified in previous inspections as incomplete is completed or corrected.

## 1.10    LIST OF INCOMPLETE ITEMS

A. Organization of List: Include name and identification of each space and area affected by construction operations for incomplete items and items needing correction including, if necessary, areas disturbed by Contractor that are outside the limits of construction.

1. Organize list of spaces in sequential order, listed by area number.

2. Organize items applying to each area by major elements, including categories for equipment, and structural systems.

3. Include the following information at the top of each page:

   a. Project name.
   b. Date.
   c. Name of COR.
   d. Name of Contractor.
   e. Page number.

4. Submit list of incomplete items in the following format:
   a. Web-Based Project Software Upload: Utilize software feature for creating and updating list of incomplete items (punch list).

## 1.11    WARRANTY MANAGEMENT

A. Warranty Management Plan

1. Develop a draft warranty management plan as part of the pre-construction submittal requirements. At least 30 calendar days before the planned project closeout meeting, submit the final warranty management plan. Include within the warranty management plan all required actions and documents to assure that the Government receives all warranties to which contain sufficient detail to render it suitable for use by future maintenance and repair personnel, whether tradesmen, or of engineering background, not necessarily familiar with this contract. The term "status" as indicated below must include due date and whether item has been submitted or was accomplished. Warranty information made available during the construction phase must be submitted to the COR for approval prior to each monthly pay estimate. Assemble approved information in a PDF and turn over to the Government upon acceptance of the work. The construction warranty period will begin on the date of project acceptance and continue for the full product warranty period. A joint 4-month, 9-month, and 1 year warranty inspection will be conducted, measured from time of acceptance, by the Contractor and COR. Include within the warranty management plan, but not limited to, the following:

   a. Roles and responsibilities of all personnel associated with the warranty process, including points of contact and telephone numbers within the organizations of the Contractors, subcontractors, manufacturers or suppliers

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

       involved.

b. Furnish with each warranty the name, address, and telephone number of each of the guarantor's representatives nearest to the project location.

c. A list for each warranted product or feature of construction indicating:

   1) Name of item.

   2) Model and serial numbers.

   3) Location where installed.

   4) Name and phone numbers of manufacturers or suppliers.

   5) Names, addresses and telephone numbers of sources of spare parts.

   6) Warranties and terms of warranty. Include one-year overall warranty of construction, including the starting date of warranty of construction. Items which have extended warranties must be indicated with separate warranty expiration dates.

   7) Cross-reference to warranty certificates as applicable.

   8) Starting point and duration of warranty period.

   9) Summary of maintenance procedures required to continue the warranty in force.

   10) Cross-reference to specific pertinent Maintenance manuals.

   11) Organization, names and phone numbers of persons to call for warranty service.

   12) Typical response time and repair time expected for various warranted equipment.

d. The plans for attendance at the 4-month, 9 month and 1-year post-construction warranty inspections conducted by the Government.

e. The Contractor's Project Manager, or CBP approved Contractor representative, shall be in attendance for each site visit.

f. Reserved.

## 1.12 Pre-Warranty Requirements

A. As a part of the Project Closeout Meeting, develop a mutual understanding with the COR with respect to the requirements of this section. Communication procedures for Contractor notification of construction warranty defects, priorities with respect to the type of defect, reasonable time required for Contractor response, and other details deemed necessary by the COR for the execution of the construction warranty will be established/reviewed during the meeting. In connection with these requirements and at the time of the Contractor's quality control completion inspection, furnish the name, telephone number and address of a licensed and bonded company which is authorized to initiate and pursue construction warranty maintenance and repair work on behalf of the Contractor. This point of contact will be located within the local service area of the warranted construction, be continuously available, and be responsive to Government inquiry on warranty work action and status. This requirement does not relieve the Contractor of any of its responsibilities in connection with other portions of this provision.

## 1.13 SUBMITTAL OF PROJECT WARRANTIES

A. Organize warranty documents into an orderly sequence based on the table of contents of Project Manual.

B. Warranty Electronic File: Provide warranties and bonds in PDF format. Assemble complete warranty and bond submittal package into a single electronic PDF file with

CLOSEOUT PROCEDURES                                   01 77 00 - 5

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

bookmarks enabling navigation to each item. Provide bookmarked table of contents at beginning of document. Submit by uploading to web-based project software site to COR.

C. Warranties in Paper Form:

1. Bind warranties and bonds in heavy-duty, three-ring, vinyl-covered, loose-leaf binders, thickness as necessary to accommodate contents, and sized to receive 8-1/2-by-11-inch paper.

2. Provide heavy paper dividers with plastic-covered tabs for each separate warranty. Mark tab to identify the product or installation. Provide a typed description of the product or installation, including the name of the product and the name, address, and telephone number of Installer.

3. Identify each binder on the front and spine with the typed or printed title "WARRANTIES," Project name, and name of Contractor.

D. Provide additional copies of each warranty to include in maintenance manuals.

## PART 2 - PRODUCTS

### 2.1    MATERIALS

A. SYSTEM DESCRIPTION

1. Prepare the CAD drawing files in AutoCAD format compatible with the latest Windows operating system.

   a. Additional Drawings: If additional drawings are required, prepare them using the specified electronic file format applying the same graphic standards specified for original drawings. The title block and drawing border to be used for any new final record drawings must be identical to that used on the contract drawings.
   b. Sheet Numbers and File Names: If a sheet needs to be added between two sequential sheets, append a Supplemental Drawing Designator in accordance with ERDC/ITL TR-12-6 Adding a drawing sheet, and ERDC/ITL TR-12-1 Adding or deleting drawing sheets and index sheet procedures.

B. CERTIFICATION OF EPA DESIGNATED ITEMS

1. Submit the Certification of EPA Designated Items as required by FAR 52.223-9, "Certification and Estimate of Percentage of Recovered Material Content for EPA Designated Items". Include on the certification form the following information: project name, project number, Contractor name, license number, Contractor address, and certification. The certification will read as follows and be signed and dated by the Contractor. "I hereby certify the information provided herein is accurate and that the requisition/procurement of all materials listed on this form comply with current EPA standards for recycled/recovered materials content. The following exemptions may apply to the non-procurement of recycled/recovered content materials:

   a. The product does not meet appropriate performance standards.
   b. The product is not available within a reasonable time frame.
   c. The product is not available competitively (from two or more sources).
   d. The product is only available at an unreasonable price (compared with a

CLOSEOUT PROCEDURES                                                                 01 77 00 - 6

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

comparable non-recycled content product."

## PART 3 - EXECUTION

### 3.1    TESTING AND TRAINING

A.  The Contractor shall perform all testing including pre-testing and final testing of all equipment. The Contractor shall hire a third-party Commissioning Authority (C/A) to advise the Contractor on the testing and commissioning plan to be approved by the Government for the equipment to operate as designed for Final Closeout activities. Testing shall include all mechanical, electrical and telecommunications items constructed as a part of this project which include, but are not limited to, automated gates, camera and fiber installations. Timing of testing shall be coordinated with the COR. The COR and the Government as well as the Contractor's specialist shall be present during all testing. Defects noted by the COR shall be included in the Contractor's List of Incomplete Items for verification of correction during Substantial Completion.

B.  The Contractor shall employ a specialist to conduct demonstration and training for Government in the use of automated gates, cameras, network equipment such as routers, switches, media converters, workstations at the shelters, Manual Transfer Switch (MTS) and emergency generator, as applicable, and constructed as a part of this project. Persons operating the MTS and emergency generator shall be a Qualified Person. Timing of training shall be coordinated through the COR, but in any case shall be completed within 30 calendar days after final completion. Comply with requirements outline in Section 01 79 00 Demonstration and Training.

### 3.2    AS-BUILT DRAWINGS

A.  Provide and maintain two black line print copies of the PDF contract drawings for As-Built Drawings.

   1.  Markup Guidelines

      a.  Make comments and markup the drawings complete without reference to letters, memos, or materials that are not part of the As-Built drawing. Show what was changed, how it was changed, where item(s) were relocated and change related details. These working as-built markup prints must be neat, legible and accurate as follows:
         1)  Use base colors of red, green, and blue. Color code for changes as follows:
            a)  Special   (Blue) -      Items requiring      special information, coordination, or special detailing or detailing notes.
            b)  Deletions (Red) - Over-strike deleted graphic items (lines), lettering in notes and leaders.
            c)  Additions (Green) - Added items, lettering in notes and leaders.
         2)  Provide a legend if colors other than the "base" colors of red, green, and blue are used.
         3)  Add and denote any additional equipment or material facilities, service lines, incorporated under As-Built Revisions if not already shown in legend.
         4)  Use frequent written explanations on markup drawings to describe changes. Do not totally rely on graphic means to convey the revision.
         5)  Use legible lettering and precise and clear digital values when marking prints.

CLOSEOUT PROCEDURES                                                      01 77 00 - 7

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

Clarify ambiguities concerning the nature and application of change involved.

6) Wherever a revision is made, also make changes to related section views, details, legend, profiles, plans and elevation views, schedules, notes and call out designations, and mark accordingly to avoid conflicting data on all other sheets.

7) For deletions, cross out all features, data and captions that relate to that revision.

8) For changes on small-scale drawings and in restricted areas, provide large-scale inserts, with leaders to the applicable location.

9) Indicate one of the following when attaching a print or sketch to a markup print:
   a) Add an entire drawing to contract drawings.
   b) Change the contract drawing to show.
   c) Provided for reference only to further detail the initial design.

10) Incorporate all shop and fabrication drawings into the markup drawings.

## 3.3    As-Built Drawings Content

A. Revise As-Built Drawings in accordance with ERDC/ITL TR-12-1 and ERDC/ITL TR- 12-6 As-built drawings shall become the sole and exclusive property of the Government and subject to non-disclosure and confidentiality.

B. Provide 2 sets of paper copies from PDF drawings to show the as-built conditions by red-line process during the execution of the project. Keep these working as-built markup drawings current on a weekly basis and at least one set available on the jobsite at all times. Changes from the contract drawings which are made during construction or additional information which might be uncovered in the course of construction must be accurately and neatly recorded as they occur by means of details and notes. Submit the working as-built markup drawings for approval prior to submission of each monthly pay estimate. For failure to maintain the working and final record drawings as specified herein, the COR will withhold 10 percent of the monthly progress payment until approval of updated drawings.

C. Show on the as-built drawings, but not limited to, the following information:

1. The actual location, kinds and sizes of all sub-surface utility lines. In order that the location of these lines and appurtenances may be determined in the event the surface openings or indicators become covered over or obscured, show by offset dimensions to two permanently fixed surface features the end of each run including each change in direction on the record drawings. Locate valves, splice boxes and similar appurtenances by dimensioning along the utility run from a reference point. Also record the average depth below the surface of each run.

2. The location and dimensions of any changes within the Attributes.

3. Layout and drawings of all power and camera components.

4. Correct grade, elevations, cross section, or alignment of roads, earthwork, structures or utilities if any changes were made from contract plans.

5. Changes in details of design or additional information obtained from working drawings specified to be prepared and/or furnished by the Contractor.

CLOSEOUT PROCEDURES                                                                 01 77 00 - 8

6.  The topography, invert elevations and grades of completed or affected as part of the project construction.

7.  Changes or Revisions which result from the final inspection.

8.  Where contract drawings or specifications present options, show only the option selected for construction on the working as-built markup drawings.

9.  If borrow material for this project is from sources on Government property, or if Government property is used as a spoil area, furnish a contour map of the final borrow pit/spoil area elevations.

10. Modifications (include within change order price the cost to change working as-built markup drawings to reflect modifications)

11. Actual location of anchors, construction and control joints, etc., in concrete.

12. Unusual or uncharted obstructions that are encountered in the contract work area during construction.

13. Location, extent, thickness, and size of scour protection, as applicable.

## 3.4    RECORD DRAWING FILES

A.  If additional drawings are required, prepare them using the specified electronic file format applying the same graphic standards specified for original drawings. The title block and drawing border to be used for any new final record drawings must be identical to that used on the contract drawings. Accomplish additions and corrections to the contract drawings using CAD files. Provide all program files and hardware necessary to prepare final PDF record drawings. The COR will review final PDF record drawings for accuracy and return them to the Contractor for required corrections, changes, additions, and deletions.

1.  Rename the CAD Drawing files

   a.  Rename the CAD Drawing files using the contract number as the Project Code field, (e.g., W91238-15-C-10A-102.DWGDGN) as instructed in the Pre-Construction conference. Use only those renamed files for the Marked- up changes. Make all changes on the layer/level as the original item.

      1)  For AutoCAD files (DWG), enter all as-built delta changes and notations on the AS-BUILT layer.

      2)  When final revisions have been completed, show the wording "RECORD DRAWING AS-BUILTS" followed by the name of the Contractor in letters at least 3/16 inch high on the cover sheet drawing. Date RECORD DRAWING AS-BUILTS" drawing revisions in the revision block.

      3)  Within 20 calendar days after Government approval of all of the working record drawings for a phase of work, prepare the final CAD record drawings for that phase of work and submit PDF drawing files electronically via e-mail for review and approval. The Government will promptly review and annotate with any necessary corrections and return via e-mail. Within 10 business days revise the CAD files accordingly at no additional cost and submit one set of final prints for the completed phase of work to the Government. Within 20 calendar days of substantial completion of all phases of work, submit the final record drawing package for the entire project. Submit one set of electronic CAD files, and one set of the approved working record PDF files on optical disc. The CAD files must be complete in all details and identical in form and function to the CAD drawing files supplied by the Government.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

4) Prepare AutoCAD files for transmittal using e-Transmit. The Government reserves the right to reject any drawing files it deems incompatible with the customer's CAD system. Paper prints, drawing files and storage media submitted will become the property of the Government upon final approval. Failure to submit final record PDF drawing files, CAD files and marked prints as specified will be cause for withholding any payment due under this contract. Approval and acceptance of final record drawings must be accomplished before final payment is made.

## 3.5   RECORD DOCUMENTS

A. Prepare final record documents after the completion of each definable phase of work as listed in the Contractor Quality Control Plan.

B. Drawings: Transfer the changes from the approved working as-built markup drawings to the original electronic CAD drawing files. Modify the as-built CAD drawing files to correctly show the features of the project as-built by bringing the working CAD drawing set into agreement with approved working as-built markup drawings and adding such additional drawings as may be necessary. Refer to ERDC/ITL TR- 12-1 Chapter 11 Drawing Revisions. Jointly review the working as-built markup drawings with printouts from working as-built CAD drawing PDF files for accuracy and completeness. Monthly review of working as- built CAD drawing PDF file printouts must cover all sheets revised since the previous review. These PDF drawing files are part of the permanent records of this project. Any drawings damaged or lost must be satisfactorily replaced at no expense to the Government.

1. Drawing revisions (include within change order price the cost to change working and final record drawings to reflect revisions) and compliance with the following procedures.

   a. Follow directions in the revision for posting descriptive changes.
   b. The revision delta size must be 5/16 inch unless the area where the delta is to be placed is crowded. Use a smaller size delta for crowded areas.
   c. Place a revision delta at the location of each deletion.
   d. For new details or sections which are added to a drawing, place a revision delta by the detail or section title.
   e. For minor changes, place a revision delta by the area changed on the drawing (each location).
   f. For major changes to a drawing, place a revision delta by the title of the affected plan, section, or detail at each location.
   g. For changes to schedules or drawings, place a revision delta either by the schedule heading or by the change in the schedule.

C. Specifications: Mark Specifications to indicate the actual product installation, where installation varies from that indicated in Specifications, addenda, and Contract modifications.

1. Give particular attention to information on concealed products and installations that cannot be readily identified and recorded later.

2. Mark copy with the proprietary name and model number of products, materials, and equipment furnished, including substitutions and product options selected.

3. Record the name of manufacturer, supplier, Installer, and other information necessary to provide a record of selections made.

CLOSEOUT PROCEDURES                                                      01 77 00 - 10

4.  For each principal product, indicate whether Record Product Data has been submitted in maintenance manuals instead of submitted as Record Product Data.

5.  Note related Change Orders, Record Product Data, and Record Drawings where applicable.

6.  Format: Submit record specifications as a scanned PDF electronic file(s) of marked-up paper copy of Specifications.

D.  Product Data: Maintain one copy of each submittal during the construction period for Project Record Document purposes. Post changes and revisions to Project Record Documents as they occur; do not wait until end of Project.

1.  Preparation: Mark Product Data to indicate the actual product installation where installation varies substantially from that indicated in Product Data submittal.

2.  Give particular attention to information on concealed products and installations that cannot be readily identified and recorded later.

3.  Include significant changes in the product delivered to Project site and changes in manufacturer's written instructions for installation.

4.  Note related Change Orders**,** Record Specifications, and Record Drawings where applicable.

5.  Format: Submit Record Product Data as scanned PDF electronic file(s) of marked-up paper copy of Product Data.

6.  Include Record Product Data directory organized by Specification Section number and title, electronically linked to each item of Record Product Data.

E.  Indentured Parts Listing to include part numbers, Contractor specs, and CAGÉ codes.

F.  Miscellaneous Submittals: Assemble miscellaneous records required by other Specification Sections for miscellaneous record keeping and submittal in connection with actual performance of the Work. Bind or file miscellaneous records and identify each, ready for continued use and reference.

1.  Format: Submit miscellaneous record submittals as scanned PDF electronic file(s) of marked-up miscellaneous record submittals.

2.  Include miscellaneous record submittals directory organized by Specification Section number and title, electronically linked to each item of miscellaneous record submittal.

## 3.6    MAINTENANCE OF RECORD DOCUMENTS

A.  Maintenance of Record Documents: Store Record Documents in the field office apart from the Contract Documents used for construction. Do not use Project Record Documents for construction purposes. Maintain Record Documents in good order and in a clean, dry, legible condition, protected from deterioration and loss. Provide access to Project Record Documents for COR's reference during normal working hours.

## 3.7    FINAL RECORD DOCUMENTS PACKAGE

A.  Submit the final record PDF and CAD drawings package for the entire project within 20 calendar days of substantial completion of all phases of work. Submit one set of ANSI D size PDF and CAD files on optical disc, read-only memory (ROM), two sets of ANSI

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

D size prints and one set of the approved working record drawings. The package must be complete in all details and identical in form and function to the contract drawing files supplied by the Government.

**3.8    FINAL APPROVED SHOP DRAWINGS**

A. Submit final approved project shop drawings 30 calendar days after transfer of the completed project.

**3.9    MAINTENANCE MANUALS**

A. Submit maintenance manuals as bookmarked PDF for the Project and associated Attributes 10 working days prior to final inspection. The manual shall include names, product cutsheets/specifications, warranty information, repair procedures, recommended maintenance type and recommended maintenance intervals for all installed products. The manuals will be reviewed and returned within 10 working day of receipt from the Contractor for any needed corrections. The Contractor shall submit the final maintenance manuals within 20 working days of receipt of comments from the COR.

**3.10    AS-BUILT RECORD OF PRODUCTS AND MATERIALS**

A. Furnish one copy of preliminary record of products and materials used on the project 10 working days prior to final inspection. This preliminary submittal will be reviewed and returned within 10 working days after final inspection with Government comments. Submit a PDF of final record of products and materials 20 working days after receipt of government comments. Key the designations to the related area depicted on the contract drawings. List the following data:

| RECORD OF DESIGNATED PRODUCTS AND MATERIALS DATA | | | | |
|---|---|---|---|---|
| **Description** | **Specification Section** | **Manufacturer and Catalog, Model, Serial No.** | **Composition and Size** | **Where Used** |

**3.11    FINAL CLEANING**

A. General: Perform final cleaning. Conduct cleaning and waste-removal operations to comply with local laws and ordinances and Federal and local environmental and antipollution regulations.

B. Cleaning: Employ experienced workers or professional cleaners for final cleaning. Clean each surface or unit to condition expected in an average commercial cleaning and maintenance program. Comply with manufacturer's written instructions.

1. Complete the following cleaning operations before requesting inspection for certification of Substantial Completion for entire Project or for a designated portion of Project:

CLOSEOUT PROCEDURES                                                    01 77 00 - 12

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    a.  Clean Project site of rubbish, waste material, litter, and other foreign substances.

    b.  Sweep paved areas broom clean. Remove petrochemical spills, stains, and other foreign deposits.

    c.  Rake grounds that are not planted, mulched, or paved to a smooth, even-textured surface.

    d.  Remove tools, construction equipment, machinery, and surplus material from Project site.

    e.  Remove debris and surface dust from limited-access spaces such as equipment cabinets and similar spaces.

    f.  Remove labels that are not permanent.

    g.  Wipe surfaces of and electrical equipment**,** and similar equipment. Remove excess lubrication, paint and mortar/concrete droppings, and other foreign substances.

    h.  Clean luminaires, lamps, globes, and reflectors to function with full efficiency.

    i.  Leave Project clean and ready for operation.

C.  Construction Waste Disposal: Comply with waste-disposal requirements in Section 01 50 00 "Temporary Facilities and Controls", and Section 01 74 19 "Construction Waste Management and Disposal."

## 3.12   REPAIR OF THE WORK

A.  Complete repair and restoration operations required by Section 01 73 00 "Execution" before requesting inspection for determination of Substantial Completion.

**END OF SECTIONSECTION 01 78 23**

**OPERATION AND MAINTENANCE DATA**

## PART 1 - GENERAL

## 1.1   SUMMARY

A.  Section includes administrative and procedural requirements for the preparation operation and maintenance manuals for automated gates and cameras, including the following:

    1.  Operation and maintenance documentation directory manuals.

    2.  Emergency manuals.

    3.  Systems and equipment operation manuals.

    4.  Systems and equipment maintenance manuals.

    5.  Product maintenance manuals.

    6.  Service contracts information.

## 1.2   DEFINITIONS

A.  System: An organized collection of parts, equipment, or subsystems united by regular interaction.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    B.   Subsystem: A portion of a system with characteristics similar to a system.

## 1.3    CLOSEOUT SUBMITTALS

A.    Submit operation and maintenance manuals indicated. Provide content for each manual as specified in individual Specification Sections, and as reviewed and approved at the time of Section submittals. Submit reviewed manual content formatted and organized as required by this Section.

    1.    COR will comment on whether content of operation and maintenance submittals is acceptable.

    2.    Where applicable, clarify and update reviewed manual content to correspond to revisions and field conditions.

B.    Format: Submit operation and maintenance manuals in the following format:

    1.    Submit on digital media acceptable to COR by uploading to web-based project software site. Enable reviewer comments on draft submittals.

C.    Initial Manual Submittal: Submit draft copy of each manual at least 15 working days before project closeout meeting. COR will comment on whether general scope and content of manual are acceptable.

D.    Final Manual Submittal: Submit each manual in final form prior to requesting inspection for Substantial Completion and at least 15 working days before commencing testing. COR will return copy with comments.

    1.    Correct or revise each manual to comply with COR's comments. Submit copies of each corrected manual within five working days of receipt of COR's comments and prior to commencing testing.

E.    Comply with Section 01 77 00 "Closeout Procedures" for schedule for submitting operation and maintenance documentation.

## 1.4    FORMAT OF OPERATION AND MAINTENANCE MANUALS

A.    Provide PDF copies of Manuals.

B.    Manuals, Electronic Files: Submit manuals in the form of a multiple file composite electronic PDF file for each manual type required.

    1.    Electronic Files: Use electronic files prepared by manufacturer where available. Where scanning of paper documents is required, configure scanned file for minimum readable file size.

    2.    File Names and Bookmarks: Bookmark individual documents based on file names. Name document files to correspond to system, subsystem, and equipment names used in manual directory and table of contents. Group documents for each system and subsystem into individual composite bookmarked files, then create composite manual, so that resulting bookmarks reflect the system, subsystem, and equipment names in a readily navigated file tree. Configure electronic manual to display bookmark panel on opening file.

## 1.5    REQUIREMENTS FOR EMERGENCY, OPERATION, AND MAINTENANCE MANUALS

OPERATION AND MAINTENANCE DATA                                            01 78 23 - 01

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

A.  Organization of Manuals: Unless otherwise indicated, organize each manual into a separate section for each system and subsystem, and a separate section for each piece of equipment not part of a system. Each manual shall contain the following materials, in the order listed:

1.  Title page.

2.  Table of contents.

3.  Manual contents.

B.  Title Page: Include the following information:

1.  Subject matter included in manual.

2.  Name and address of Project.

3.  Name and address of Border Patrol Sector

4.  Date of submittal.

5.  Name and contact information for Contractor.

6.  Name and contact information for Construction Manager.

7.  Name and contact information for COR.

8.  Name and contact information for Commissioning Authority.

9.  Names and contact information for major consultants to the COR that designed the systems contained in the manuals.

10. Cross-reference to related systems in other operation and maintenance manuals.

C.  Table of Contents: List each product included in manual, identified by product name, indexed to the content of the volume, and cross-referenced to Specification Section number in Project Manual.

1.  If operation or maintenance documentation requires more than one volume to accommodate data, include comprehensive table of contents for all volumes in each volume of the set.

D.  Manual Contents: Organize into sets of manageable size. Arrange contents alphabetically by system, subsystem, and equipment. If possible, assemble instructions for subsystems, equipment, and components of one system into a single binder.

E.  Identification: In the documentation directory and in each operation and maintenance manual, identify each system, subsystem, and piece of equipment with same designation used in the Contract Documents. If no designation exists, assign a designation according to ASHRAE Guideline 4, "Preparation of Operating and Maintenance Documentation for Building Systems."

**1.6   OPERATION AND MAINTENANCE DOCUMENTATION DIRECTORY MANUAL**

A.  Operation and Maintenance Documentation Directory: Prepare a separate manual

OPERATION AND MAINTENANCE DATA                                    01 78 23 - 01

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

that provides an organized reference to emergency, operation, and maintenance manuals. List items and their location to facilitate ready access to desired information. Include the following:

1.  List of Systems and Subsystems: List systems alphabetically. Include references to operation and maintenance manuals that contain information about each system.

2.  List of Equipment: List equipment for each system, organized alphabetically by system. For pieces of equipment not part of system, list alphabetically in separate list.

3.  Tables of Contents: Include a table of contents for each emergency, operation, and maintenance manual.

## 1.7 EMERGENCY MANUALS

A.  Emergency Manual: Assemble a complete set of emergency information indicating procedures for use by emergency personnel and by Government's operating personnel for types of emergencies indicated.

B.  Content: Organize manual into a separate section for each of the following:

1.  Type of emergency.

2.  Emergency instructions.

3.  Emergency procedures.

C.  Type of Emergency: Where applicable for each type of emergency indicated below, include instructions and procedures for each system, subsystem, piece of equipment, and component:

1.  Fire.

2.  Flood.

3.  Power failure.

4.  System, subsystem, or equipment failure.

D.  Emergency Instructions: Describe and explain warnings, trouble indications, error messages, and similar codes and signals. Include responsibilities of Government's operating personnel for notification of Installer, supplier, and manufacturer to maintain warranties.

E.  Emergency Procedures: Include the following, as applicable:

1.  Instructions on stopping.

2.  Shutdown instructions for each type of emergency.

3.  Operating instructions for conditions outside normal operating limits.

4.  Required sequences for electric or electronic systems.

OPERATION AND MAINTENANCE DATA                                01 78 23 - 01

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    5.  Special operating instructions and procedures.

## 1.8   SYSTEMS AND EQUIPMENT OPERATION MANUALS

A. Systems and Equipment Operation Manual: Assemble a complete set of data indicating operation of each system, subsystem, and piece of equipment not part of a system. Include information required for daily operation and management, operating standards, and routine and special operating procedures.

1. Engage a factory-authorized service representative to assemble and prepare information for each system, subsystem, and piece of equipment not part of a system.

2. Prepare a separate manual for each system and subsystem, in the form of an instructional manual for use by Government's operating personnel.

B. Content: In addition to requirements in this Section, include operation data required in individual Specification Sections and the following information:

1. System, subsystem, and equipment descriptions. Use designations for systems and equipment indicated on Contract Documents.

2. Performance and design criteria if Contractor has delegated design responsibility.

3. Operating standards.

4. Operating procedures.

5. Operating logs.

6. Wiring diagrams.

7. Control diagrams.

8. Piped system diagrams.

9. Precautions against improper use.

10. License requirements including inspection and renewal dates.

C. Descriptions: Include the following:

1. Product name and model number. Use designations for products indicated on Contract Documents.

2. Manufacturer's name.

3. Equipment identification with serial number of each component.

4. Equipment function.

5. Operating characteristics.

6. Limiting conditions.

7. Performance curves.Engineering data and tests.

OPERATION AND MAINTENANCE DATA          01 78 23 - 01

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

     8.  Complete nomenclature and number of replacement parts.

D.  Operating Procedures: Include the following, as applicable:

    1.  Startup procedures.

    2.  Equipment or system break-in procedures.

    3.  Routine and normal operating instructions.

    4.  Regulation and control procedures.

    5.  Instructions on stopping.

    6.  Normal shutdown instructions.

    7.  Seasonal and weekend operating instructions.

    8.  Required sequences for electric or electronic systems.

    9.  Special operating instructions and procedures.

E.  Systems and Equipment Controls: Describe the sequence of operation, and diagram controls as installed.

## 1.9   SYSTEMS AND EQUIPMENT MAINTENANCE MANUALS

A.  Systems and Equipment Maintenance Manuals: Assemble a complete set of data indicating maintenance of each system, subsystem, and piece of equipment not part of a system. Include manufacturers' maintenance documentation, preventive maintenance procedures and frequency, repair procedures, wiring and systems diagrams, lists of spare parts, and warranty information.

    1.  Engage a factory-authorized service representative to assemble and prepare information for each system, subsystem, and piece of equipment not part of a system.

    2.  Prepare a separate manual for each system and subsystem, in the form of an instructional manual for use by Government's operating personnel.

B.  Content: For each system, subsystem, and piece of equipment not part of a system, include source information, manufacturers' maintenance documentation, maintenance procedures, maintenance and service schedules, spare parts list and source information, maintenance service contracts, and warranties and bonds as described below.

C.  Source Information: List each system, subsystem, and piece of equipment included in manual, identified by product name and arranged to match manual's table of contents. For each product, list name, address, and telephone number of Installer or supplier and maintenance service agent, and cross-reference Specification Section number and title in Project Manual and drawing or schedule designation or identifier where applicable.

D.  Manufacturers' Maintenance Documentation: Include the following information for each component part or piece of equipment:

OPERATION AND MAINTENANCE DATA          01 78 23 - 01

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

1. Standard maintenance instructions and bulletins; include only sheets pertinent to product or component installed. Mark each sheet to identify each product or component incorporated into the Work. If data includes more than one item in a tabular format, identify each item using appropriate references from the Contract Documents. Identify data applicable to the Work and delete references to information not applicable.

   a. Prepare supplementary text if manufacturers' standard printed data are not available and where the information is necessary for proper operation and maintenance of equipment or systems.

2. Drawings, diagrams, and instructions required for maintenance, including disassembly and component removal, replacement, and assembly.

3. Identification and nomenclature of parts and components.

4. List of items recommended to be stocked as spare parts.

E. Maintenance Procedures: Include the following information and items that detail essential maintenance procedures:

   1. Test and inspection instructions.

   2. Troubleshooting guide.

   3. Precautions against improper maintenance.

   4. Disassembly; component removal, repair, and replacement; and reassembly instructions.

   5. Aligning, adjusting, and checking instructions.

   6. Demonstration and training video recording, if available.

F. Maintenance and Service Schedules: Include service and lubrication requirements, list of required lubricants for equipment, and separate schedules for preventive and routine maintenance and service with standard time allotment.

   1. Scheduled Maintenance and Service: Tabulate actions for daily, weekly, monthly, quarterly, semiannual, and annual frequencies.

   2. Maintenance and Service Record: Include manufacturers' forms for recording maintenance.

G. Spare Parts List and Source Information: Include lists of replacement and repair parts, with parts identified and cross-referenced to manufacturers' maintenance documentation and local sources of maintenance materials and related services.

H. Maintenance Service Contracts: Include copies of maintenance agreements with name and telephone number of service agent.

I. Warranties: Include copies of warranties and lists of circumstances and conditions that would affect validity of warranties.

   1. Include procedures to follow and required notifications for warranty claims.

OPERATION AND MAINTENANCE DATA                                    01 78 23 - 01

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

J.  Drawings: Prepare drawings supplementing manufacturers' printed data to illustrate the relationship of component parts of equipment and systems and to illustrate control sequence and flow diagrams. Coordinate these drawings with information contained in record Drawings to ensure correct illustration of completed installation.

   1.  Do not use original project record documents as part of maintenance manuals.

K.  Spare parts/components recommended to keep on hand to mitigate downtown of operation due to long lead times.

## 1.10  PRODUCT MAINTENANCE MANUALS

A.  Product Maintenance Manual: Assemble a complete set of maintenance data indicating care and maintenance of each product, material, and finish incorporated into the Work.

B.  Content: Organize manual into a separate section for each product, material, and finish. Include source information, product information, maintenance procedures, repair materials and sources, and warranties and bonds, as described below.

C.  Source Information: List each product included in manual, identified by product name and arranged to match manual's table of contents. For each product, list name, address, and telephone number of Installer or supplier and maintenance service agent, and cross- reference Specification Section number and title in Project Manual and drawing or schedule designation or identifier where applicable.

D.  Product Information: Include the following, as applicable:

   1.  Product name and model number.

   2.  Manufacturer's name.

   3.  Color, pattern, and texture.

   4.  Material and chemical composition.

   5.  Reordering information for specially manufactured products.

E.  Maintenance Procedures: Include manufacturer's written recommendations and the following:

   1.  Inspection procedures.

   2.  Types of cleaning agents to be used and methods of cleaning.

   3.  List of cleaning agents and methods of cleaning detrimental to product.

   4.  Schedule for routine cleaning and maintenance.

   5.  Repair instructions.

F.  Repair Materials and Sources: Include lists of materials and local sources of materials and related services.

G.  Warranties: Include copies of warranties and lists of circumstances and conditions that would affect validity of warranties.

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    1.  Include procedures to follow and required notifications for warranty claims.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

<b>END OF SECTIONSECTION 01 78 23</b>

OPERATION AND MAINTENANCE DATA               01 78 23 - 01

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 79 00

## DEMONSTRATION AND TRAINING

## PART 1 - GENERAL

### 1.1    SUMMARY

A. Section includes administrative and procedural requirements for instructing Government's personnel in the use of automated gates and cameras.

### 1.2    INFORMATIONAL SUBMITTALS

A. Instruction Program: Submit outline of instructional program for demonstration and training, including a list of training modules and a schedule of proposed dates, times, length of instruction time, and instructors' names for each training module. Include learning objective and outline for each training module.

1. Indicate proposed training modules using manufacturer-produced demonstration and training video recordings for systems, equipment, and products in lieu of video recording of live instructional module.

B. Qualification Data: For facilitator, instructor, videographer.

C. Attendance Record: For each training module, submit list of participants and length of instruction time.

D. Evaluations: For each participant and for each training module, submit results and documentation of performance-based test.

### 1.3    CLOSEOUT SUBMITTALS

A. Demonstration and Training Video Recordings: Submit digital copy within five working days of end of each training module.

1. Identification: On each copy, provide an applied label with the following information:
   a. Name of Project.
   b. Name and address of videographer.
   c. Name of COR.
   d. Name of Contractor.
   e. Date of video recording

B. Transcript: Prepared and bound in format matching operation and maintenance manuals, and in PDF electronic format. Mark appropriate identification on front and spine of each binder. Include a cover sheet with same label information as the corresponding video recording. Include name of Project and date of video recording on each page.

C. At completion of training, submit complete training manual(s) for Government's use prepared in same paper and PDF file format required for operation and maintenance manuals specified in Section 01 78 23 "Operation and Maintenance Data."

DEMONSTRATION AND TRAINING                                                      01 79 00 - 01

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**1.4    QUALITY ASSURANCE**

A.    Facilitator Qualifications: A firm or individual experienced in training or educating maintenance personnel in a training program similar in content and extent to that indicated for this Project, and whose work has resulted in training or education with a record of successful learning performance.

B.    Instructor Qualifications: A factory-authorized service representative, complying with requirements in Section 01 40 00 "Quality Requirements," experienced in operation and maintenance procedures and training.

C.    Videographer Qualifications: A professional videographer who is experienced photographing demonstration and training events similar to those required.

D.    Pre-instruction Conference: Conduct conference at Project site to comply with requirements in Section 01 31 00 "Project Management and Coordination." Review methods and procedures related to demonstration and training including, but not limited to, the following:

1.    Inspect and discuss locations and other facilities required for instruction.

2.    Review and finalize instruction schedule and verify availability of educational materials, instructors' personnel, audiovisual equipment, and facilities needed to avoid delays.

3.    Review required content of instruction.

4.    For instruction that must occur outside, review weather and forecasted weather conditions and procedures to follow if conditions are unfavorable.

**1.5    COORDINATION**

A.    Coordinate instruction schedule with Government's operations. Adjust schedule as required to minimize disrupting Government's operations and to ensure availability of Government's personnel.

B.    Coordinate instructors, including providing notification of dates, times, length of instruction time, and course content. Coordinate content of training modules with content of approved emergency, operation, and maintenance manuals. Do not submit instruction program until operation and maintenance data have been reviewed and approved by COR.

**1.6    INSTRUCTION PROGRAM**

A.    Program Structure: Develop an instruction program that includes individual training modules for automated gates and cameras, as required by individual Specification Sections completed as part of the final design. The contractor shall provide one (1) training session for every sliding automated gate and swing automated gate installation.

B.    Training Modules: Develop a learning objective and teaching outline for each module. Include a description of specific skills and knowledge that participant is expected to master. For each module, include instruction for the following as applicable to the system, equipment, or component:

1.    Basis of System Design, Operational Requirements, and Criteria: Include the

DEMONSTRATION AND TRAINING                                                         01 79 00 - 01

RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

following:

    a. System, subsystem, and equipment descriptions.
    b. Performance and design criteria if Contractor is delegated design responsibility.
    c. Operating standards.
    d. Regulatory requirements.
    e. Equipment function.
    f. Operating characteristics.
    g. Limiting conditions.
    h. Performance curves.

2. Documentation: Review the following items in detail:

    a. Emergency manuals.
    b. Systems and equipment operation manuals.
    c. Systems and equipment maintenance manuals.
    d. Product maintenance manuals.
    e. Project Record Documents.
    f. Identification systems.
    g. Warranties and bonds.
    h. Maintenance service agreements and similar continuing commitments.

3. Emergencies: Include the following, as applicable:

    a. Instructions on meaning of warnings, trouble indications, and error messages.
    b. Instructions on stopping.
    c. Shutdown instructions for each type of emergency.
    d. Operating instructions for conditions outside of normal operating limits.
    e. Sequences for electric or electronic systems.
    f. Special operating instructions and procedures.

4. Operations: Include the following, as applicable:

    a. Startup procedures.
    b. Equipment or system break-in procedures.
    c. Routine and normal operating instructions.
    d. Regulation and control procedures.
    e. Control sequences.
    f. Safety procedures.
    g. Instructions on stopping.
    h. Normal shutdown instructions.
    i. Operating procedures for emergencies.
    j. Operating procedures for system, subsystem, or equipment failure.
    k. Seasonal and weekend operating instructions.
    l. Required sequences for electric or electronic systems.
    m. Special operating instructions and procedures.

5. Adjustments: Include the following:

    a. Alignments.
    b. Checking adjustments.
    c. Noise and vibration adjustments.
    d. Economy and efficiency adjustments.

6. Troubleshooting: Include the following:

   a. Diagnostic instructions.
   b. Test and inspection procedures.

7. Maintenance: Include the following:

   a. Inspection procedures.
   b. Types of cleaning agents to be used and methods of cleaning.
   c. List of cleaning agents and methods of cleaning detrimental to product.
   d. Procedures for routine cleaning.
   e. Procedures for preventive maintenance.
   f. Procedures for routine maintenance.
   g. Instruction on use of special tools.

8. Repairs: Include the following:

   a. Diagnosis instructions.
   b. Repair instructions.
   c. Disassembly; component removal, repair, and replacement; and reassembly instructions.
   d. Instructions for identifying parts and components.
   e. Review of spare parts needed for operation and maintenance

## 1.7 PREPARATION

A. Assemble educational materials necessary for instruction, including documentation and training module. Assemble training modules into a training manual organized in coordination with requirements in Section 01 78 23 "Operation and Maintenance Data." Set up instructional equipment at instruction location.

## 1.8 INSTRUCTION

A. Facilitator: Engage a qualified facilitator to prepare instruction program and training modules, to coordinate instructors, and to coordinate between Contractor and Government for number of participants, instruction times, and location.

B. Engage qualified instructors to instruct Government's personnel to adjust, operate, and maintain systems, subsystems, and equipment not part of a system.

   1. COR will furnish an instructor to describe basis of system design, operational requirements, criteria, and regulatory requirements.

   2. Government will furnish an instructor to describe Government's operational philosophy.

   3. Government will furnish Contractor with names and positions of participants.

C. Scheduling: Provide instruction at mutually agreed-on times.

   1. Schedule training with Government, through COR, with at least 5 working days' advance notice.

D. Training Location and Reference Material: Conduct live demonstration training on-site at the completed and fully operational structure using the actual equipment in-place. Conduct training using final operation and maintenance data submittals.

E. Evaluation: At conclusion of each training module, assess and document each participant's mastery of module by use of a written performance-based test.

F. Cleanup: Collect used and leftover educational materials and give to Government. Remove instructional equipment. Restore systems and equipment to condition existing before initial training use.

## 1.11   DEMONSTRATION AND TRAINING VIDEO RECORDINGS

A. General: Engage a qualified commercial videographer to record demonstration and training video recordings. Record each training module separately. Include classroom instructions and demonstrations, board diagrams, and other visual aids, but not student practice.

1. At beginning of each training module, record each chart containing learning objective and lesson outline.

B. Digital Video Recordings: Provide high-resolution, digital video in MPEG format, produced by a digital camera with minimum sensor resolution of 12 megapixels and capable of recording in full HD mode with vibration reduction technology.

2. Submit video recordings on thumb drive, and by uploading to web-based Project software site.

3. File Hierarchy: Organize folder structure and file locations according to Project Manual table of contents. Provide complete screen-based menu.

4. File Names: Utilize file names based on name of equipment generally described in video segment, as identified in Project specifications.

5. Contractor and Installer Contact File: Using appropriate software, create a file for inclusion on the equipment demonstration and training recording that describes the following for each Contractor involved on the Project, arranged according to Project Manual table of contents:

   a. Name of Contractor/Installer.
   b. Business address.
   c. Business phone number.
   d. Point of contact.
   e. Email address.

C. Recording: Mount camera on tripod before starting recording, unless otherwise necessary to adequately cover area of demonstration and training. Display continuous running time.

1. Film training session(s) in segments not to exceed 15 minutes.

   a. Produce segments to present a single significant piece of equipment per segment.
   b. Organize segments with multiple pieces of equipment to follow order of Project Manual table of contents.
   c. Where a training session on a particular piece of equipment exceeds 15 minutes, stop filming and pause training session. Begin training session again upon commencement of new filming segment.

D. Light Levels: Verify light levels are adequate to properly light equipment. Verify equipment markings are clearly visible prior to recording.

    2.  Furnish additional portable lighting as required.

E.  Narration: Describe scenes on video recording by audio narration by microphone while video recording is recorded. Include description of items being viewed.

F.  Transcript: Provide a transcript of the narration. Display images and running time captured from videotape opposite the corresponding narration segment.

G.  Preproduced Video Recordings: Provide video recordings used as a component of training modules in same format as recordings of live training.

**PART 2 – PRODUCTS (NOT USED)**

**PART 3 – EXECUTION (NOT USED)**

**END OF SECTION**

# EXHIBIT 25

ATTACHMENT #1 – PRICE SCHEDULE
RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
70B01C26R00007153
AMENDMENT A01

| | | | | | |
|---|---|---|---|---|---|
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Salineno Fast Track (FT) Segment** including all drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the Statement of Work (SOW) and all Attachments. | | | | | |
| 0001 | Base Line Item: Design | 1 | Job | $ | |
| 0002 | Base Line Item: Materials | 1 | Job | $ | |
| 0003 | Base Line Item: Construction | 1 | Job | $ | |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Fronton 1 Segment** including all associated Front 1 Segment and FT Segment bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0004 | Base Line Item: Design | 1 | Job | $ | |
| 0005 | Base Line Item: Materials | 1 | Job | $ | |
| 0006 | Base Line Item: Construction | 1 | Job | $ | |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Fronton 2 Segment** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0007 | Base Line Item: Design | 1 | Job | $ | |
| 0008 | Base Line Item: Materials | 1 | Job | $ | |
| 0009 | Base Line Item: Construction | 1 | Job | $ | |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Roma 1 Segment** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0010 | Base Line Item: Design | 1 | Job | $ | |
| 0011 | Base Line Item: Materials | 1 | Job | $ | |
| 0012 | Base Line Item: Construction | 1 | Job | $ | |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Roma 2 Segment** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0013 | Base Line Item: Design | 1 | Job | $ | |
| 0014 | Base Line Item: Materials | 1 | Job | $ | |
| 0015 | Base Line Item: Construction | 1 | Job | $ | |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Roma 3 Segment** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0016 | Base Line Item: Design | 1 | Job | $ | |
| 0017 | Base Line Item: Materials | 1 | Job | $ | |
| 0018 | Base Line Item: Construction | 1 | Job | $ | |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Rio Grande City 1 & 2 Segments** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0019 | Base Line Item: Design | 1 | Job | $ | |
| 0020 | Base Line Item: Materials | 1 | Job | $ | |
| 0021 | Base Line Item: Construction | 1 | Job | $ | |

ATTACHMENT #1 – PRICE SCHEDULE
RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
70B01C26R00007153
AMENDMENT A01

| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Rio Grande City 3 Segment** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
|---|---|---|---|---|---|
| 0022 | Base Line Item: Design | 1 | Job | $ | |
| 0023 | Base Line Item: Materials | 1 | Job | $ | |
| 0024 | Base Line Item: Construction | 1 | Job | $ | |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier La Grulla 1 Segment** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0025 | Base Line Item: Design | 1 | Job | $ | |
| 0026 | Base Line Item: Materials | 1 | Job | $ | |
| 0027 | Base Line Item: Construction | 1 | Job | $ | |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier La Grulla 2 & 3 Segments** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0028 | Base Line Item: Design | 1 | Job | $ | |
| 0029 | Base Line Item: Materials | 1 | Job | $ | |
| 0030 | Base Line Item: Construction | 1 | Job | $ | |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Los Ebanos 1 & 2 Segments** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0031 | Base Line Item: Design | 1 | Job | $ | |
| 0032 | Base Line Item: Materials | 1 | Job | $ | |
| 0033 | Base Line Item: Construction | 1 | Job | $ | |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Penitas Segment** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0034 | Base Line Item: Design | 1 | Job | $ | |
| 0035 | Base Line Item: Materials | 1 | Job | $ | |
| 0036 | Base Line Item: Construction | 1 | Job | $ | |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Bentsen Park Segment** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0037 | Base Line Item: Design | 1 | Job | $ | |
| 0038 | Base Line Item: Materials | 1 | Job | $ | |
| 0039 | Base Line Item: Construction | 1 | Job | $ | |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Butterfly Center Segment** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0040 | Base Line Item: Design | 1 | Job | $ | |
| 0041 | Base Line Item: Materials | 1 | Job | $ | |
| 0042 | Base Line Item: Construction | 1 | Job | $ | |

ATTACHMENT #1 – PRICE SCHEDULE
RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
70B01C26R00007153
AMENDMENT A01

| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Anzalduas 1 Segment** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
|---|---|---|---|---|
| 0043 | Base Line Item: Design | 1 | Job | $ |
| 0044 | Base Line Item: Materials | 1 | Job | $ |
| 0045 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Anzalduas 2 & 3 Segments** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0046 | Base Line Item: Design | 1 | Job | $ |
| 0047 | Base Line Item: Materials | 1 | Job | $ |
| 0048 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier ~~South Bentsen Rd~~ Penitas Pump House 1 & 2 Segments** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0049 | Base Line Item: Design | 1 | Job | $ |
| 0050 | Base Line Item: Materials | 1 | Job | $ |
| 0051 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Santa Ana Segment** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0052 | Base Line Item: Design | 1 | Job | $ |
| 0053 | Base Line Item: Materials | 1 | Job | $ |
| 0054 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials (in excess of GFM), labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Vertical Barrier Donna Corner Segment** including all associated bridges, gates, roads, drainage & erosion control, vegetation clearing, coating, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0055 | Base Line Item: Design | 1 | Job | $ |
| 0056 | Base Line Item: Materials | 1 | Job | $ |
| 0057 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of **RGV-4 Waterborne Barrier Patrol Road** including all associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0058 | Base Line Item: Design | 1 | Job | $ |
| 0059 | Base Line Item: Materials | 1 | Job | $ |
| 0060 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items:  The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of Linear Ground Detection System (LGDS), power, infra-red (IR) illuminators with poles, white lighting, shelters, gate motors and power, and cameras for **RGV-4 Waterborne Patrol Road Attributes** including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0061 | Base Line Item: Design for CLINs 0062-0071 | 1 | Job | $ |
| 0062 | Base Line Item: LGDS Work – Materials | 1 | Job | $ |
| 0063 | Base Line Item: LGDS Work – Construction | 1 | Job | $ |

ATTACHMENT #1 – PRICE SCHEDULE
RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
70B01C26R00007153
AMENDMENT A01

| 0064 | Base Line Item: Shelters Work – Materials | 1 | Job | $ | |
|------|------|---|---|---|---|
| 0065 | Base Line Item: Shelters Work – Construction | 1 | Job | $ | |
| 0066 | Base Line Item: Power Work – Materials | 1 | Job | $ | |
| 0067 | Base Line Item: Power Work – Construction | 1 | Job | $ | |
| 0068 | Base Line Item: IR Illuminator with Poles & Light Poles with White Light Work – Materials | 1 | Job | $ | |
| 0069 | Base Line Item: IR Illuminator with Poles & Light Poles with White Light Work – Construction | 1 | Job | $ | |
| 0070 | Base Line Item: Camera Work – Materials | 1 | Job | $ | |
| 0071 | Base Line Item: Camera Work – Construction | 1 | Job | $ | |

Base Line Items: The Contractor shall furnish/provide all labor, materials, equipment, etc. necessary to meet the requirements of **Access Road Repair Work** including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments.

| | | | | Price Per Mile | NTE (1) |
|------|------|-----|-------|-----|-----|
| 0072 | Base Line Item: Materials | 120 | Miles | $ | $ |
| | | | | Price Per Mile | NTE (1) |
| 0073 | Base Line Item: Construction | 120 | Miles | $ | $ |

Base Line Items: The Contractor shall furnish/provide all labor, materials, equipment, etc. necessary to meet the requirements of **Cattle Fencing and Cattle Guard Work** including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments.

| | | | | Price Per Mile | NTE (2) |
|------|------|-----|-------|-----|-----|
| 0074 | Base Line Item: Cattle Fencing – Materials | 40 | Miles | $ | $ |
| | | | | Price Per Mile | NTE (2) |
| 0075 | Base Line Item: Cattle Fencing – Construction | 40 | Miles | $ | $ |
| | | | | Price Each | NTE (2) |
| 0076 | Base Line Item: Cattle Guard – Materials | 30 | Each | $ | $ |
| | | | | Price Each | NTE (2) |
| 0077 | Base Line Item: Cattle Guard – Construction | 30 | Each | $ | $ |

Base Line Items: The Contractor shall furnish/provide all labor, materials, equipment, etc. necessary to meet the requirements of **Reinforced Concrete Removal Work** including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments.

| | | | | Price Per CY | NTE (3) |
|------|------|-----|-------|-----|-----|
| 0078 | Base Line Item: Materials | 200 | Cubic Yards (CY) | $ | $ |

Option Line Items: The Contractor shall provide Contractor Furnished Material for Steel in lieu of Government Furnished Material steel as outlined in the SOW, SOW Attachment C – Project Specifications and SOW Attachment M-Government Furnished Material.

| | | | | Price Per Mile | NTE (4) |
|------|------|-----|-------|-----|-----|
| 1001 | Option Line Item: Contractor Furnished Steel for Vertical Barrier. | ~~34.1~~ 32.4 | Miles | $ | $ |

ATTACHMENT #1 – PRICE SCHEDULE
RGV-4 VERTICAL BARRIER AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
70B01C26R00007153
AMENDMENT A01

| | | |
|---|---|---|
| **Total Price for ALL Base Line Items** (CLINs 0001 – 0078) | | $ |
| **Total Price for ALL Option Line Items** (CLIN 1001) | | $ |
| **Total Price for ALL Base &Option Line Items** (CLINs 0001 – 0078 & CLIN 1001) | | $ |
| **Results-based Employee Program** | | NTE (5) $40,000.00 |

(1) **NTE**: The contractor is to price out 120 miles of Access Road Repairs materials and construction. After contract award, actual measurements will be taken and the rate (cost) per mile will be applied.  The total will not exceed 120 miles, per Line Item.

(2) **NTE**: The contractor is to price out 40 miles of Cattle Fencing materials and construction and 30 Cattle Guards materials and construction. After contract award, actual measurements will be taken and the rate (cost) per mile and each will be applied. The total will not exceed 40 miles of Cattle Fencing or 30 Cattle Guards, per Line Item.

(3) **NTE**: The contractor is to price out 200 cubic yards of reinforced concrete demolition, removal, and disposal. During construction, actual measurements will be taken and the rate (cost) per cubic yard will be applied. The total will not exceed 200 cubic yards of reinforced concrete removal.

(4) **NTE**: The contractor is to price out 34.1 32.4 miles of contractor furnished steel for the vertical barrier. After contract award, actual amount will be based on amount of GFM steel which is provided and the rate (cost) per mile will be applied for the amount of Contractor Furnished Material which is required.  The total will not exceed 34.1 32.4 miles for vertical barrier.

(5) **NTE**: Subject to Government's approved Results-based Employee Program per SOW requirements.

# EXHIBIT 26

 An official website of the United States government    Here's how you know

⚠ Scheduled SAM Maintenance    **Show Details**
Apr 3, 2026                                                            ✕

**See All Alerts**

Revolutionary FAR Overhaul Impacts to SAM.gov
**Show Details**                                                       ✕
Aug 15, 2025

 SAM.GOV®                          ✎    🔔    ⊞    →

Home        Search        Data Bank        Data Services        Help

‹    # Contract Award

| Award | |
|---|---|

**70B01C26F00000140**

Modification Details

Performance

Solicitation

Funding Details

Description

Awardee
Information

Business Category

Current Contract
Details

Legislative and
Policy Details

Product/Service
Information

**Contract Award**

# 70B01C26F00000140        Final

## Awardee

**SPENCER CONSTRUCTION
LLC**

Unique Entity ID (UEI):
**MKMNZ369ZB59**

Doing Business as:
**(blank)**

Total Obligations:
**$173,064,900.00**

Total Contract Value:
**$173,064,900.00**

Total Estimated Order Value:
**$173,064,900.00**

## Details

Award Type:
**DELIVERY ORDER**

Referenced IDV (PIID):
**70B01C26D00000013**

Referenced IDV Agency:
**7014**

Original Date Signed:
**Mar 05, 2026**

Agency Identifier:
**7014**

Closed Status:
**No**

| Competition Information |
| --- |
| History |

Contracting Department/Ind. Agency

**7000 - HOMELAND SECURITY, DEPARTMENT OF**

Contracting Sub-tier

**7014 - U.S. CUSTOMS AND BORDER PROTECTION**

Contracting Office

**70B01C - ADMINISTRATION FACILITIES TRAINING CONTRACTING DIVISION**

## Modification Details

| Modification Number: | Action Obligation: | Date Signed: | Reason for Modification: |
| --- | --- | --- | --- |
| **0** | **$173,064,900.00** | **Mar 05, 2026** | **(blank)** |
| Transaction Number: | Base And Exercised Options Value: | Total Contract Value: | |
| **0** | **$173,064,900.00** | **$173,064,900.00** | |

## Performance

| Period Of Performance Start Date: | Principal Place of Performance State: | Principal Place Of Performance County Name: | Congressional District Place of Performance: |
| --- | --- | --- | --- |
| **Mar 05, 2026** | **TEXAS** | | **TEXAS 23** |

| Estimated Completion Date: | Principal Place Of Performance Country: | VAL VERDE | Place Of Performance ZIP Code(+4): |
|---|---|---|---|
| **Aug 31, 2028** | **UNITED STATES** | Principal Place Of City Name: **DEL RIO** | **78840-3111** |

## Solicitation

| Solicitation ID: | Solicitation Date: | Contract Opportunities Notice: |
|---|---|---|
| **(blank)** | **Dec 15, 2025** | **NOT APPLICABLE** |

## Funding Details

| Funding Agency: | Foreign Funding: | Treasury Account Symbol: |
|---|---|---|
| **7000 - HOMELAND SECURITY, DEPARTMENT OF** | **NOT APPLICABLE** | **(blank)** |

## Description

BORDER WALL CONSTRUCTION - WATERBORNE, DEL RIO SECTOR TEXAS (DRT-4)

# Awardee Information

| | | | |
|---|---|---|---|
| Entity Name:<br>**SPENCER CONSTRUCTION LLC** | Ultimate Parent Entity Name:<br>**SPENCER CONSTRUCTION LLC** | Physical Address:<br>**7225 N MONA LISA RD STE 202 TUCSON, ARIZONA 85741-2598 USA** | Country of Incorporation:<br>**USA** |
| CAGE Code:<br>**87FQ5** | | | State of Incorporation:<br>**AZ** |
| Unique Entity ID (UEI):<br>**MKMNZ369ZB59** | Ultimate Parent Unique Entity ID (UEI):<br>**MKMNZ369ZB59** | Phone:<br>**(520) 869-2775** | Congressional District:<br>**ARIZONA 06** |
| Doing Business As:<br>**(blank)** | Domestic or Foreign Entity:<br>**U.S. OWNED BUSINESS** | Fax:<br>**(blank)** | |
| | FAR 4.1102 Exception:<br>**(blank)** | | |

# Business Category

| | | | |
|---|---|---|---|
| Socio-Economic Data:<br>**Women-Owned Business** | Contracting Officer's Determination of Business Size:<br>**OTHER THAN SMALL BUSINESS** | Organization Factors:<br>**Limited Liability Corporation**<br>**For Profit Organization** | Organization Type:<br>**SOLE PROPRIETORSHIP** |
| Educational Entities:<br>**(blank)** | | | Certifications:<br>**(blank)** |

Line of Business:
**(blank)**

Business Types:
**Sole Proprietorship**

Relationship with Federal Government
**All Awards**

Other Governmental Entities:
**(blank)**

# Current Contract Details

| | | | |
|---|---|---|---|
| Type of Contract: **FIRM FIXED PRICE** | Multi Year Contract: **Y** | Purchase Card As Payment Method: **No** | Undefinitized Action: **NO** |
| Nature of Services: **OTHER FUNCTIONS** | Major Program: **(blank)** | Cost Accounting Standards Clause: **NO - CAS WAIVER APPROVED** | Performance Based Service Acquisition: **NO - SERVICE WHERE PBA IS NOT USED.** |
| Emergency Acquisition: **NOT APPLICABLE** | Contract Financing: **(blank)** | | Number Of Actions: **1** |
| Consolidated Contract: **NOT CONSOLIDATED** | Claimant Program Code: **(blank)** | | GFP Provided Under This Action: **TRANSACTION USES GFE/GFP** |
| National Interest Action: **(blank)** | Cost or Pricing Data: **Not Obtained - Waived** | | Fee Paid for use of IDV: **$0.00** |

## Legislative and Policy Details

Clinger Cohen Act:

**No**

Construction Wage Rate Requirements:

**YES**

Subcontract Plan:

**PLAN NOT REQUIRED**

Initiative:

**(blank)**

Materials, Supplies, Articles, and Equip:

**NOT APPLICABLE**

Labor Standards:

**NOT APPLICABLE**

Recovered Materials/ Sustainability:

**FAR 52.223-4 AND FAR 52.223-9 INCLUDED**

Price Evaluation Percent Difference:

**(blank)**

Additional Reporting:

**EMPLOYMENT ELIGIBILITY VERIFICATION (52.222-54), SERVICE CONTRACT INVENTORY (FAR 4.17)**

Interagency Contracting Authority:

**(blank)**

Bundled Contract:

**NOT BUNDLED**

Other Interagency Contracting Statutory Authority:

**(blank)**

## Product/Service Information

Product/Service Code:

**Y1LB - CONSTRUCTION OF HIGHWAYS, ROADS, STREETS, BRIDGES,**

Use Of EPA Designated Products:

**MEETS REQUIREMENTS**

DOD Acquisition Program:

**(blank)**

Country of Product or Service Origin:

**USA**

Place of Manufacture:

**NOT A MANUFACTURED END PRODUCT**

Information Technology

SAM.gov

**AND RAILWAYS**

Principal NAICS Code:

**236220 - COMMERCIAL AND INSTITUTIONAL BUILDING CONSTRUCTION**

Sea Transportation:

**(blank)**

Commercial Category:

**(blank)**

# Competition Information

Extent Competed For Referenced IDV

**FULL AND OPEN COMPETITION AFTER EXCLUSION OF SOURCES**

Extent Competed:

**FULL AND OPEN COMPETITION AFTER EXCLUSION OF SOURCES**

Fair Opportunity/Limited Sources

**FAIR**

Source Selection Process:

**Trade-off**

Solicitation Procedures:

**SUBJECT TO MULTIPLE AWARD FAIR OPPORTUNITY**

Other Than Full And Open Competition

**URGENCY (FAR 6.302-2)**

IDV Number of Offers:

**11**

Small Business Competitiveness

Evaluated Preference:

**NO PREFERENCE USED**

Local Area Set Aside:

**No**

Number Of Offers Received:

**7**

Number of Offers Source:

**This Action**

Type Of Set Aside:

**(blank)**

Type Of Set Aside Source:

**IDC**

Small Business Innovation Research (SBIR)/Small Business Technology Transfer (STTR)

**(blank)**

A76 Action:

**(blank)**

Simplified Procedures for Certain Commercial Products and Commercial Services

**(blank)**

Commercial Products and Services Acquisition Procedures

**(blank)**

Demonstration Program

**NO**

IDV Type Of Set Aside:

**NO SET ASIDE USED.**

## History

| Prepared Date: | Approved Date: | Last Modified User: | Closed Status Date: |
|---|---|---|---|
| **Jan 29, 2026** | **Mar 05, 2026** | **WBARRETT7014** | **(blank)** |
| | | | Closed By: |
| Prepared User: | Approved By: | | **(blank)** |
| **WBARRETT7014** | **WBARRETT7014** | Last Modified Date: | |
| | | **Mar 05, 2026** | |

## Our Website

About This Site

Our Community

Release Notes

System Alerts

## Policies

Terms of Use

Privacy Policy

Restricted Data Use

Freedom of Information Act

## Our Partners

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

## Customer Service

Help

Check Entity Status

Federal Service Desk

External Resources



⚠ **WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov
An official website of the U.S. General Services Administration

# EXHIBIT 27

 An official website of the United States government   Here's how you know

---

⚠️ **Scheduled SAM Maintenance**   **Show Details**    ⊗      | **See All Alerts** |
*Apr 3, 2026*

**Revolutionary FAR Overhaul Impacts to SAM.gov**   ⊗
**Show Details**
*Aug 15, 2025*

---

.GOV®         🔔   ⊞   →]

**Home**     **Search**     **Data Bank**     **Data Services**     **Help**

---

<   # Contract Award

| | **Contract Award** |
|---|---|
| **Award** | |
| **70B01C26F00000141** | # 70B01C26F00000141   Final |
| **Modification Details** | |
| **Performance** | **Awardee**     **Details** |
| **Solicitation** | **BARNARD CONSTRUCTION COMPANY, INCORPORATED** |
| **Funding Details** | |
| **Description** | Unique Entity ID (UEI):   Award Type: |
| **Awardee Information** | |
| **Business Category** | |
| **Current Contract Details** | |
| **Legislative and Policy Details** | |
| **Product/Service Information** | |

**Awardee**

**BARNARD CONSTRUCTION COMPANY, INCORPORATED**

Unique Entity ID (UEI):
**LEGGW1TNMVC9**

Doing Business as:
**BARNARD CONSTRUCTION CO INC**

Total Obligations:
**$601,914,474.00**

Total Contract Value:
**$645,853,488.00**

Total Estimated Order Value:
**$601,914,474.00**

**Details**

Award Type:
**DELIVERY ORDER**

Referenced IDV (PIID):
**70B01C26D00000006**

Referenced IDV Agency:
**7014**

Original Date Signed:
**Mar 05, 2026**

Agency Identifier:
**7014**

Closed Status:
**No**

| Competition Information |
| --- |
| History |

Contracting Department/Ind. Agency

**7000 - HOMELAND SECURITY, DEPARTMENT OF**

Contracting Sub-tier

**7014 - U.S. CUSTOMS AND BORDER PROTECTION**

Contracting Office

**70B01C - ADMINISTRATION FACILITIES TRAINING CONTRACTING DIVISION**

## Modification Details

| Modification Number: | Action Obligation: | Date Signed: | Reason for Modification: |
| --- | --- | --- | --- |
| **0** | **$601,914, 474.00** | **Mar 05, 2026** | **(blank)** |
| Transaction Number: | Base And Exercised Options Value: | Total Contract Value: | |
| **0** | **$601,914, 474.00** | **$645,853, 488.00** | |

## Performance

| Period Of Performance Start Date: | Principal Place of Performance State: | Principal Place Of Performance County Name: | Congressional District Place of Performance: |
| --- | --- | --- | --- |
| **Mar 05, 2026** | **TEXAS** | **VAL VERDE** | **TEXAS 23** |
| Estimated Completion | Principal Place Of | | Place Of Performance |

| Date: | Performance Country: | Principal Place Of City Name: | ZIP Code(+4): |
|---|---|---|---|
| **Aug 31, 2028** | **UNITED STATES** | **DEL RIO** | **78840-3111** |

## Solicitation

| Solicitation ID: | Solicitation Date: | Contract Opportunities Notice: |
|---|---|---|
| **(blank)** | **Dec 15, 2025** | **NOT APPLICABLE** |

## Funding Details

| Funding Agency: | Foreign Funding: | Treasury Account Symbol: |
|---|---|---|
| **7000 - HOMELAND SECURITY, DEPARTMENT OF** | **NOT APPLICABLE** | **(blank)** |

## Description

BORDER WALL CONSTRUCTION - VERTICAL BARRIER, DEL RIO TEXAS SECTOR (DRT-4)

## Awardee Information

Entity Name:

**BARNARD CONSTRUCTION COMPANY, INCORPORATED**

CAGE Code:

**0BRU7**

Unique Entity ID (UEI):

**LEGGW1T NMVC9**

Doing Business As:

**BARNARD CONSTRUCTION CO INC**

Ultimate Parent Entity Name:

**BARNARD CONSTRUCTION COMPANY INCORPORATED**

Ultimate Parent Unique Entity ID (UEI):

**LEGGW1T NMVC9**

Domestic or Foreign Entity:

**U.S. OWNED BUSINESS**

FAR 4.1102 Exception:

**(blank)**

Physical Address:

**701 GOLD AVE BOZEMAN , MONTANA 59715-2453 USA**

Phone:

**(406) 586-1995**

Fax:

**(406) 586-3530**

Country of Incorporation:

**USA**

State of Incorporation:

**MT**

Congressional District:

**MONTANA 01**

# Business Category

Socio-Economic Data:
**(blank)**

Educational Entities:
**(blank)**

Contracting Officer's Determination of Business Size:

**OTHER THAN SMALL BUSINESS**

Line of Business:
**(blank)**

Organization Factors:

**For Profit Organization**

Relationship with Federal Government

**All Awards**

Other Governmental

Organization Type:

**CORPORATE NOT TAX EXEMPT**

Certifications:
**(blank)**

Business
Types:

**Corporate
Entity,
Not Tax
Exempt**

Entities:

**(blank)**

## Current Contract Details

| Type of Contract: | Multi Year Contract: | Purchase Card As Payment Method: | Undefinitized Action: |
|---|---|---|---|
| **FIRM FIXED PRICE** | **Y** | **No** | **NO** |
| Nature of Services: | Major Program: | Cost Accounting Standards Clause: | Performance Based Service Acquisition: |
| **OTHER FUNCTIONS** | **(blank)** | **NO - CAS WAIVER APPROVED** | **NO - SERVICE WHERE PBA IS NOT USED.** |
| Emergency Acquisition: | Contract Financing: | | |
| **NOT APPLICABLE** | **NOT APPLICABLE** | | |
| Consolidated Contract: | Claimant Program Code: | | Number Of Actions: |
| | **(blank)** | | **1** |
| **NOT CONSOLIDATED** | Cost or Pricing Data: | | GFP Provided Under This Action: |
| National Interest Action: | **Not Obtained - Waived** | | **TRANSACTION USES GFE/GFP** |
| **(blank)** | | | Fee Paid for use of IDV: |
| | | | **$0.00** |

## Legislative and Policy Details

Clinger Cohen Act:

**No**

Construction Wage Rate Requirements:

**YES**

Subcontract Plan:

**PLAN NOT REQUIRED**

Initiative:

**(blank)**

Materials, Supplies, Articles, and Equip:

**NOT APPLICABLE**

Labor Standards:

**NOT APPLICABLE**

Recovered Materials/ Sustainability:

**FAR 52.223-4 AND FAR 52.223-9 INCLUDED**

Price Evaluation Percent Difference:

**(blank)**

Additional Reporting:

**EMPLOYMENT ELIGIBILITY VERIFICATION (52.222-54), SERVICE CONTRACT INVENTORY (FAR 4.17)**

Interagency Contracting Authority:

**(blank)**

Bundled Contract:

**NOT BUNDLED**

Other Interagency Contracting Statutory Authority:

**(blank)**

## Product/Service Information

Product/Service Code:

**Y1LB - CONSTRUCTION OF HIGHWAYS, ROADS, STREETS, BRIDGES, AND RAILWAYS**

Principal NAICS Code:

Use Of EPA Designated Products:

**MEETS REQUIREMENTS**

DOD Acquisition Program:

**(blank)**

Country of Product or Service Origin:

**USA**

Sea Transportation:

**(blank)**

Place of Manufacture:

**NOT A MANUFACTURED END PRODUCT**

Information Technology Commercial Category:

**(blank)**

**236220 - COMMERCIAL AND INSTITUTIONAL BUILDING CONSTRUCTION**

## Competition Information

| | | | |
|---|---|---|---|
| Extent Competed For Referenced IDV **FULL AND OPEN COMPETITION AFTER EXCLUSION OF SOURCES** | Source Selection Process: **Trade-off** | Evaluated Preference: **NO PREFERENCE USED** | Type Of Set Aside Source: **IDC** |
| Extent Competed: **FULL AND OPEN COMPETITION AFTER EXCLUSION OF SOURCES** | Solicitation Procedures: **SUBJECT TO MULTIPLE AWARD FAIR OPPORTUNITY** | Local Area Set Aside: **No** | Small Business Innovation Research (SBIR)/Small Business Technology Transfer (STTR) **(blank)** |
| Fair Opportunity/Limited Sources **FAIR** | Other Than Full And Open Competition **URGENCY (FAR 6.302-2)** | Number Of Offers Received: **7** | A76 Action: **(blank)** |
| Commercial Products and Services Acquisition Procedures **(blank)** | IDV Number of Offers: **11** | Number of Offers Source: **This Action** | Simplified Procedures for Certain Commercial Products and Commercial Services **(blank)** |
| | Small Business Competitiveness Demonstration Program **NO** | Type Of Set Aside: **(blank)** | |
| | IDV Type Of Set Aside: | | |

**NO SET
ASIDE
USED.**

# History

| Prepared Date: | Approved Date: | Last Modified User: | Closed Status Date: |
|---|---|---|---|
| **Jan 29, 2026** | **Mar 05, 2026** | **WBARRET T7014** | **(blank)** |
| Prepared User: | Approved By: | | Closed By: |
| **WBARRET T7014** | **WBARRET T7014** | Last Modified Date: | **(blank)** |
| | | **Mar 05, 2026** | |

## Our Website

About This Site

Our Community

Release Notes

System Alerts

## Policies

Terms of Use

Privacy Policy

Restricted Data Use

Freedom of Information Act

Accessibility

## Our Partners

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

## Customer Service

Help

Check Entity Status

Federal Service Desk

External Resources

Contact



⚠ **WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov
An official website of the U.S. General Services Administration

# EXHIBIT 28

**ATTACHMENT #2 - STATEMENT OF WORK**
**DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers**
**and Attributes Design Build Construction Project**
**70B01C25R00006118 AMENDMENT A02**

1. **PROJECT TITLE**: DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build Construction Project

2. **BACKGROUND**: The U.S. Customs and Border Protection (CBP), Infrastructure Portfolio, Border Patrol Program Management Office Directorate (PMOD) manages the planning, design, and construction of Border Patrol's border enforcement zones within the Del Rio, Texas Sector (DRT). CBP is seeking the contractor to complete the design and construction of waterborne barrier, vertical barrier, and attributes within identified Segments in DRT as defined in this Statement of Work (SOW) and all Attachments based on the CLINS awarded per the Pricing Schedule.

3. **PLACE OF PERFORMANCE**:  Val Verde and Kinney Counties, TX. See Attachment A – Location Maps.

4. **SCOPE**: The **BASE Work** shall be design-build construction and shall be executed in accordance with all applicable Federal, State, and local laws and regulations, to whichever is more stringent. All **BASE Work** shall be completed in accordance with Tactical Infrastructure Design Standards (TIDS), version 6, unless otherwise noted in Attachment C – Project Specifications. The work includes providing all labor, materials, and equipment necessary to design and complete the **Work** including all procuring, fabricating,installing, testing and constructing all of the features associated with this project as indicated in the Contract Documents.

   **See Attachment #1 Pricing Schedule for all BASE CLINS for the various segments in this SOW.**

   The following BASE and OPTION **Work** shall be completed in DRT:

   - **BASE WORK:**
     o DRT-4 Waterborne Barrier: Provide waterborne barrier design and construction along the alignment detailed within the SOW Attachments. The **Work** includes associated boat ramps, river clearing, anchors, gates, administrative, supervisory and coordination **Work**.

     o DRT-4 Segments 1-6 Waterborne Barrier Patrol Road: Provide waterborne barrier patrol road design and construction along the alignment detailed within the SOW Attachments. The **Work** includes associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination **Work**.

     o DRT-4 Segment 2 Vertical Barrier Fast Track (FT): Provide vertical barrier FT design and construction along the alignment as required in the SOW and all Attachments. The **Work** includes associated bridges, gates, roads, drainage & erosion control, paint, vegetation clearing, administrative, supervisory and coordination **Work**.

     o DRT-4 Segment 3 Gap Fill Vertical Barrier (FT): Provide vertical barrier design and

1

**ATTACHMENT #2 - STATEMENT OF WORK**
**DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers**
**and Attributes Design Build Construction Project**
**70B01C25R00006118 AMENDMENT A02**

construction along the alignment as required in the SOW and all Attachments. The **Work** includes associated bridges, gates, roads, drainage & erosion control, paint, vegetation clearing, administrative, supervisory and coordination **Work**.

o DRT-4 Segment 4 Vertical Barrier: Provide vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The **Work** includes associated bridges, gates, roads, drainage & erosion control, paint, vegetation clearing, administrative, supervisory and coordination **Work**.

o DRT-4 Segment 5 Vertical Barrier Replacement: Provide removal of existing barrier and provide vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The **Work** includes associated bridges, gates, roads, drainage & erosion control, paint, vegetation clearing, administrative, supervisory and coordination **Work**.

o DRT-4 Segment 6 Vertical Barrier: Provide vertical barrier design and construction along the alignment as required in the SOW and all Attachments. The **Work** includes associated bridges, gates, roads, drainage & erosion control, paint, vegetation clearing, administrative, supervisory and coordination **Work**.

o DRT-4 Segments 1-6 Waterborne Barrier Patrol Road Attributes: Provide design and construction of attributes installed along the Segment 1 waterborne barrier patrol road alignment as required in the SOW and all Attachments. The **Work** includes LGDS, power, Infrared (IR) illuminators with poles, cameras, administrative, supervisory and coordination **Work**.

o Access Road Repair: Provide access road repair for access to new vertical barrier **Work**.

o Cattle Fencing and Cattle Guards: Provide cattle fencing and cattle guard Work along the entire vertical barrier alignment.

- **OPTION WORK:**

o Provide steel in lieu of GFM Steel as outlined in SOW Attachment C – Project Specs.

- **See Attachments #1a, #1b, and #1c Price Schedules for all BASE and OPTION CLINS for the various segments in this SOW.**

- **See Attachments to this statement of work for additional information and work descriptions regarding design and construction requirements. In the event any SOW Attachment conflicts with this SOW, this SOW governs.**

5. **PERIOD OF PERFORMANCE**: The period of performance (PoP) for the **BASE** CLINs are as follows:

- Phase 1 – Full Availability for design for BASE design CLIN 0001 on Price Schedules 1a & 1c (DRT-4 Waterborne Barrier) upon CO issuance of notice to proceed (NTP). **PoP** is **180** calendar days following NTP.

- Phase 2 – Materials and Construction for BASE CLINs 0002-0003 on Price Schedules 1a

**ATTACHMENT #2 - STATEMENT OF WORK**
**DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers**
**and Attributes Design Build Construction Project**
**70B01C25R00006118 AMENDMENT A02**

& 1c (DRT-4 Waterborne Barrier) associated with Phase 1 Design shall begin as described in Paragraph 5.1 below. **PoP is 360** calendar days (total) after all requirements of Paragraph 5.1 have been met.

- Phase 3 – Full Availability for design for BASE design CLINs 0004, 0007, 0010, 0013, 0016, 0019, 0037, 0046, 0055, 0064, 0075 and 0084 on Price Schedules 1a & 1b (DRT-4 Segments 1-6 Waterborne Barrier Patrol Road & Attributes) upon CO issuance of NTP once Contractor bonds are received and final contract is issued by CO. **PoP is 360** calendar days following NTP.

- Phase 4 – Materials and Construction for BASE CLINs  0005-0006, 0008-0009, 0011-0012, 0014-0015, 0017-0018, 0020-0021, 0038-0045, 0047-0054, 0056-0063, 0065-0074, 0076-0083 and 0085-0094 on Price Schedules 1a & 1b (DRT-4 Segments 1-6 Waterborne Barrier Patrol Road & Attributes) associated with Phase 3 Design shall begin as described in Paragraph 5.1 below. **PoP is 540** calendar days (total) after all requirements of Paragraph 5.1 have been met.

- Phase 5 – Full Availability for design for BASE CLINs 0022 & 0025 on Price Schedules 1a & 1b (DRT-4 Segment 2 and Segment 3 Gap Fill Vertical Barrier FT) and upon CO issuance of NTP. **PoP is 90** calendar days after NTP is issued.

- Phase 6 – Materials and construction for BASE CLINs 0023-0024 and 0026-0027 on Price Schedules 1a & 1b (DRT-4 Segment 2 and Segment 3 Gap Fill Vertical Barrier FT) associated with Phase 5 Design shall begin as described in Paragraph 5.1 below. **PoP is 180** calendar days (total) after requirements of Paragraph 5.1 have been met.

- Phase 7 – Full availability for design for BASE CLINs 0028, 0031 and 0034 on Price Schedules 1a & 1b (DRT-4 Segments 4-6 Vertical Barrier) upon CO issuance of NTP. **PoP is 270** calendar days after NTP is issued.

- Phase 8 – Materials and construction for BASE CLINs 0029-0030, 0032-0033 and 0035-0036 on Price Schedules 1a & 1b (DRT-4 Segments 4-6 Vertical Barrier) associated with Phase 7 Design shall begin as described in Paragraph 5.1 below. **PoP is 360 540** calendar days (total) after requirements of Paragraph 5.1 have been met.

- BASE CLINs 0095-0096 on all Price Schedules (Access Road Repair). All work shall be completed within the **PoP** of **900** calendar days once NTP for this work has been provided by the CO.

- BASE CLINs 0097-0100 on all Price Schedules (Cattle Fencing and Cattle Guards). All work shall be completed within the **PoP of 900 calendar days** once NTP for this work has been provided by the CO.

- Any additional Fast Track Work identified on this project will have its own PoP applied.

All Work shall be completed by August 31, 2028, all Vertical Barrier and Waterborne Barrier Work shall be front loaded into the Contractor's schedule, and Vertical Barrier & Waterborne Barrier Work shall be continuous until completed. Concurrent work on other Work items is permissible. The Contractor shall not have any time gaps in construction

3

**ATTACHMENT #2 - STATEMENT OF WORK**
**DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers**
**and Attributes Design Build Construction Project**
**70B01C25R00006118 AMENDMENT A02**

between the end of FT vertical barrier construction and start of remaining vertical barrier construction, and between any end/begin construction of vertical barrier and waterborne barrier subsequent Phases when real estate is available to construct vertical barrier and waterborne barrier. At the Contractor's request, CBP can hold regular reoccurring real estate calls with the Contractor to provide updates on pending real estate availability. To meet these requirements and complete the vertical barrier and waterborne barrier construction expeditiously, the Contractor shall implement multiple design packages within Phase(s) of Work, and the vertical barrier and waterborne barrier design packages do not need to be contiguous. The PoP for the full construction NTP for a Phase of Work will not begin until the associated entire design Phase has been completed per paragraph 5.5 below. See SOW Attachment C – Project Specifications for submittal and submittal review requirements.

5.1 Construction/Materials NTP Requirements: Materials/Construction Partial NTP can be initiated at any time for any segment or partial package of work within a Phase of Work ~~the BASE Work~~ so long as all of the following actions are complete: Contractor project baseline schedule for the associated design package within a Phase of Work has been submitted by the Contractor and approved by CBP, the associated Design Phase package has been completed and accepted by CBP for that ~~segment~~ package of work, real estate is cleared for construction for that ~~segment~~ package of the work, and the Environmental Clearance (unless waived) is completed or ~~and~~ the CO otherwise notifies the contractor that work can begin notwithstanding clearance. ~~The CO may issue a NTP without the above requirements being completed.~~ The CO will determine when these conditions are met and must issue a NTP before work for that phase can be performed. Full Materials/Construction NTP for a Phase of Work can be issued by the CO once all requirements for a Phase of Work have been satisfied as determined by the CO. Individual Phases' PoP can be slid left or right within the overall PoP so long as all conditions of this paragraph have been met, and all Work is completed within the PoP for the contract. The contractor cannot incur costs associated any of the Phases until notified by the CO of either partial or full NTP for said Phases. See Attachment C – Project Specifications for baseline schedule requirements.

5.2 See **Environmental and Regulatory Compliance**, **Real Estate Compliance** and **Partial and Full Availability for Design and Construction Definitions** sections below for additional information and definitions.

## 6. ENVIRONMENTAL AND REGULATORY COMPLIANCE:

6.1 The contractor shall be responsible for obtaining all permits (local, state, and federal) required for construction. All fees associated with obtaining these permits are the sole responsibility of the contractor. The contractor shall assume all the obligations and shall comply with all the requirements and provisions of the permits, which are applicable to the work of this contract. It shall be the Contractor's responsibility to determine the full list of permits required for construction.

6.2 Land use permits for the design and construction of the project alignments and access roads as depicted in this SOW and all Attachments will be acquired by CBP. For any

**ATTACHMENT #2 - STATEMENT OF WORK**
**DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers**
**and Attributes Design Build Construction Project**
**70B01C25R00006118 AMENDMENT A02**

additional land use requirements deemed necessary by the Contractor, see Attachment C – Project Specifications Section 01 10 00.

6.3   The contractor will be responsible for reviewing and complying with all applicable Best Management Practices (BMP) as listed in Attachment B.

6.4   All Partial Availability for design work under this project is currently environmentally cleared.

6.5   All Full Availability for design, materials and construction work under this project will be environmentally cleared by CBP in compliance with National Environmental Policy Act (NEPA) approximately 60 calendar days following award.

6.6   The contractor shall be responsible for preparing a Stormwater Pollution Prevention Plan (SWPPP) as required per US State where the work is being performed.

6.7   The contractor shall dispose of all construction debris daily to an approved landfill in accordance with all applicable environmental laws and requirements.

## 7.   REAL ESTATE COMPLIANCE:

7.1   The Contractor shall comply with all requirements included within signed right-of-entry for survey (ROE-S) when conducting design related activities. ROE-S will be provided to the Contractor by CBP following award and when they are in CBP's possession.

7.2   BASE design, materials and construction for waterborne barrier is Real Estate Cleared, all other **Work** is anticipated to be real estate cleared 360 calendar days following award.

## 8.   PARTIAL AND FULL AVAILABILITY FOR DESIGN & CONSTRUCTION DEFINITIONS

8.1   Partial Availability for design access indicates ROE-S are available but NEPA is not complete. Under this condition, topographic mapping and other non-invasive survey activities can commence upon issuance of NTP from CO and all requirements of the SOW and all Attachments have been met by the Contractor.

8.2   Full Availability for design access indicates ROE-S are available and NEPA is complete. Under this condition, topographic mapping, invasive surveys (i.e. geotechnical exploration) and other design-related surveys can commence upon issuance of NTP from CO and all requirements from the SOW and All Attachments have been met by the Contractor.

8.3   Full Availability for construction indicates all real estate and environmental clearances are complete, and construction and construction can begin upon CO issuance of NTP.

## 9. WATERBORNE BARRIER TESTING REQUIREMENTS:

9.1   All waterborne barriers must undergo testing by the Government before being awarded the contract. If a waterborne barrier has previously been tested and passed, no additional testing is required unless a significant change is made (as determined by the

**ATTACHMENT #2 - STATEMENT OF WORK**
**DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers**
**and Attributes Design Build Construction Project**
**70B01C25R00006118 AMENDMENT A02**

Government). In that case, the Government will evaluate the change and determine if and what type of testing may be required. If testing is required, the Government will contact the prime contractor and notify them of the testing requirement and work to complete the testing as soon as practicable. If a waterborne barrier has already been tested and passed, but with "notations" requiring adjustments to the buoy system, the contractor shall have to provide proof in their design documentation that the issues identified in the notations are addressed and any required adjustments have been made. The Government reserves the right to test any buoy system or parts of, to confirm any notations in question have been addressed and are acceptable to the Government.

9.2    If a waterborne barrier is tested and fails a portion of the testing, the Government will notify the contractor of the failure. The contractor may provide an intended correction or the Government may suggest how that failure may be remedied. Depending on the failure, the Government may require retesting of a portion of the failed test or determine the contractors' implemented change(s) adequately address the cause of failure/deficiency. This may require a manufacturing process review to ensure the remedy is consistent across all barriers. When the Government determines the correction is sufficient either through test or audit of design or process, the contractor shall be notified, and the product will be considered acceptable per the previous paragraph.

9.3    In the case where the Government changes a requirement, the Government will also determine if any previously "Passed" designs must undergo additional testing or re-testing. Contractors shall be notified when the requirement is changed and of any additional testing requirement.

9.4    See SOW Attachment C – Project Specifications and Attachment K – Waterborne Testing Requirements for additional information.

## 10. SAFETY

10.1    The contractor shall comply with all Occupational Safety and Health Administration (OSHA) requirements.

10.2    All equipment operators must be licensed and/or certified to operate equipment and haveall the necessary safety training.

10.3    All contractor accidents, involving injuries or property damage that occur during the execution of this contract shall be reported to the Contracting Officer Representative (COR) within 4 hours of the contractor being aware of its occurrence.

## 11. WARRANTY:
Contractor warranty will apply for work done and include any potential warranty issue created on any existing vertical barrier and patrol/maintenance road within 5-ft as a result of their work. Warranty will not apply to any other infrastructure that is in area but not affected by the work done under this contract, other than to return said work to original condition per terms of the contract.

## 12. GOVERNMENT FURNISHED MATERIAL AND INFORMATION:
The Government will be providing government furnished information (GFI) for use by the Contractor in completing this project. See Attachment C – Project Specifications for additional information.

**ATTACHMENT #2 - STATEMENT OF WORK**
**DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers**
**and Attributes Design Build Construction Project**
**70B01C25R00006118 AMENDMENT A02**

No government furnished material (GFM) is be provided as a part of this project.

13. **AUTHORITY OF THE CONTRACTING OFFICER:** Only a CO has authority to make any changes to this contract. If the Contractor makes changes to this contractor makes changes due to the direction of a non-CO the Contractor risks that the Government will not accept the changes, and/or will not provide consideration for any costs incurred and becomes liable for all negative repercussions, costs and/or delays, etc. ONLY THE CO CAN MAKE CHANGES TO THIS CONTRACT — NO ONE ELSE.

14. **POINTS OF CONTACT:** CBP points of contact will be established and provided post award.

15. **LIST OF ATTACHMENTS:**

   ATTACHMENT A: LOCATION MAPS
   ATTACHMENT B: BEST MANAGEMENT PRACTICES
   ATTACHMENT C: PROJECT SPECIFICATIONS
   ATTACHMENT D: TIDS v6
   ATTACHMENT E: LGDS SPECIFICATIONS
   ATTACHMENT F: CAMERA SPECIFICATIONS
   ATTACHMENT G: INFRA-RED ILLUMINATOR SPECIFICATIONS
   ATTACHMENT H: SHELTER SPECIFICATIONS
   ATTACHMENT I: WEATHER DELAY REQUIREMENTS
   ATTACHMENT J: USBP BOAT RAMP DESIGN STANDARDS
   ATTACHMENT K: WATERBORNE BARRIER TESTING
   ATTACHMENT L: ROTATING GATES
   ATTACHMENT M: GFM QUANTITIES & PROCESS

# EXHIBIT 29

# ATTACHMENT C

## PROJECT SPECIFICATIONS

## DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build Construction Project

Amendment 02

Val Verde and Kinney Counties, TX

US CUSTOMS and BORDER PROTECTION (CBP) BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE (PMOD)

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SPECIFICATIONS GROUP

**DIVISION 01 - GENERAL REQUIREMENTS**

01 00 00      GENERAL REQUIREMENTS
01 10 00      SUMMARY
01 31 00      PROJECT MANAGEMENT AND COORDINATION
01 32 00      PROJECT SCHEDULE
01 32 33      PHOTOGRAPHIC DOCUMENTATION
01 33 00      CONSTRUCTION SUBMITTALS
01 40 00      CONSTRUCTION QUALITY REQUIREMENTS
01 50 00      TEMPORARY CONSTRUCTION FACILITIES AND CONTROLS
01 57 23      TEMPORARY STORM WATER POLLUTION CONTROL
01 60 00      PRODUCT REQUIREMENTS
01 73 00      EXECUTION
01 74 19      CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL
01 77 00      CLOSEOUT PROCEDURES OPERATION AND MAINTENANCE
01 78 23      MAINTENANCE DATA
01 79 00      DEMONSTRATION AND TRAINNG

Note: Sections notated in red font indicate changes were made under this amendment.

## END OF TABLE OF CONTENTS

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 00 00**

**GENERAL REQUIREMENTS**

**PART 1 - GENERAL**

**1.1**    The U.S. Customs and Border Protection (CBP), Infrastructure Portfolio, Program Management Office Directorate (PMOD) Infrastructure Portfolio manages the planning, design, and construction of Border Patrol's infrastructure. CBP is seeking a Contractor to complete the Design-Build Construction for the following within the Del Rio, Texas (DRT) Sector.

A.    **BASE WORK:** Provide DRT-4 Waterborne Barrier design and construction and associated Work as required in the SOW and all Attachments.

B.    **BASE WORK:** Provide DRT-4 Segments 1-6 Waterborne Barrier Patrol Road design and construction and associated Work as required in the Statement of Work (SOW) and all Attachments.

C.    **BASE WORK**: Provide DRT-4 Segment 2 Vertical Barrier Fast Track (FT) design and construction and associated Work as required in the SOW and all Attachments.

D.    **BASE WORK**: Provide DRT-4 Segment 3 Gap Fill Vertical Barrier design and construction and associated Work as required in the SOW and all Attachments.

E.    **BASE WORK**: Provide DRT-4 Segment 4 Vertical Barrier design and construction and associated Work as required in the SOW and all Attachments.

F.    **BASE WORK**: Provide DRT-4 Segment 5 Vertical Barrier Replacement design and construction and associated Work as required in the SOW and all Attachments.

G.    **BASE WORK**: Provide DRT-4 Segment 6 Vertical Barrier design and construction and associated Work as required in the SOW and all Attachments.

H.    **BASE WORK**: Provide DRT-4 Segments 1-6 Waterborne Barrier Road Attributes design and construction and associated Work as required in the SOW and all Attachments.

I.    **BASE WORK:** Provide Access Road Repair Work as required in the SOW and all Attachments.

J.    **BASE WORK:** Provide Cattle Fencing and Cattle Guard Work as required in the SOW and all Attachments.

K.    **BASE WORK** – Project Government Furnished Material (GFM): CBP is providing the Contractor with steel bollards and anti-climb plate for use in completing vertical barrier work as outlined in SOW Attachment M – GFM Quantities & Process.

L.    **OPTION WORK** – Provide Contractor Furnished Material steel in lieu of GFM as outlined in SOW Attachment M – GFM Quantities & Process.

GENERAL REQUIREMENTS                                                                 01 00 00 - 1

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**1.2** CBP will provide the Contractor government furnished information (GFI) for use in developing the **BASE** Work. See Section 01 10 00 Summary for additional definition of the GFI for the **BASE** work to be completed.

**1.3** See Attachment A – Location Maps for locations and coordinates for the Work and Section 01 10 00 Summary for **BASE and OPTION** Work descriptions.

**PART 2 - PRODUCTS (Not used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

GENERAL REQUIREMENTS                                                                 01 00 00 - 2

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 10 00

### SUMMARY

## PART 1 - GENERAL

**1.1**   PROJECT INFORMATION

A.   Project Identification: DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build Construction Project.

B.   Project Location: Val Verde and Kinney Counties, TX. See Attachment A - Location Maps for project location.

C.   Project Requirements: The Contractor shall complete the design and construction for the **BASE** Work per **Tactical Infrastructure Design Standards (TIDS)**, **version 6** unless otherwise specified within these Project Specifications or the following supplemental SOW Attachments:

1.   Attachment E – Linear Ground Detection System (LGDS) Specifications

2.   Attachment F – Camera Specifications

3.   Attachment G – Infra-red (IR) Illuminator & White Light Specifications

4.   Attachment H - Shelter Specifications

5.   Attachment I – Weather Delays

6.   Attachment J – USBP Boat Ramp Design Standards

7.   Attachment K – Waterborne Barrier Testing

8.   Attachment L – Rotating Drainage Gates Concept Design

9.   Attachment M – GFM Quantities and Process

See Paragraph 1.2 below for Work Descriptions and Attachment D for TIDS, v6. Where design conflicts arise between specifications, see part 1.7.C below of this Section.

D.   Web-Based Project Software: The Contractor shall provide project management software for their use in managing communication and documents throughout all of **BASE** design and construction. See Section 01 31 00 "Project Management and Coordination" for web-based Project management software requirements.

**1.2**   **BASE and OPTION** WORK DESCRIPTIONS

A.   The Contractor shall complete all Work requirements defined within these specifications, SOW, and all Attachments, for the **BASE and OPTION** Work and includes, but is not limited to, the following:

1.   General: The **BASE and OPTION** Work shall be designed and constructed in

SUMMARY                                                                                                 01 10 00 - 1

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

accordance with all applicable Federal, State, and local laws and regulations, to whichever is more stringent.

2. The Contractor shall be required to incorporate the requirements outlined in Attachment B – Best Management Practices into the **BASE and OPTION**-Work.

3. The **BASE and OPTION** Work includes providing all labor, materials, and equipment necessary to complete design and construction of the following Vertical Barrier and Attributes Work in urban ~~rural~~ areas, except for Segments 1, 2, and 6 which shall be considered rural. For all Vertical Barrier Work, construction of the vertical barrier and associated sliding gates shall be completed first followed by patrol road and drainage and erosion control construction. Work shall include all administrative and supervisory requirements as stated in these Specifications. See parts ~~1.2.A.3.d and~~ 1.2.A.3.a~~i~~ through 1.2.A.3.w for additional definition of Work requirements for boat ramps, vertical barrier, bridges, attributes, vegetation clearing, drainage and erosion control, stakeholder coordination, GFI and design.

   a. **BASE WORK** – DRT-4 Waterborne Barrier Work: The Contractor shall provide the design and construction required for installation of the approximately 36.15-mi of waterborne buoy style barrier starting at 29.449888°, -101.058072° and continuing downstream along the Rio Grande. The Work shall include placement and anchoring of barrier into the riverbed and gates per the waterborne barrier requirements. Waterborne barrier gates locks only need to be accessible from the U.S. side of the barrier. Anti-dive protection is not required to be installed under this contract, but the waterborne barrier shall have the ability to have anti-dive protection connected under future work The Contractor shall be responsible for connecting the waterborne barrier to the existing waterborne barrier near the south end of the installation. Prior to installing barrier, Contractor shall remove debris in the Rio Grande from the international boundary line (IBL) to the U.S. shoreline along the entire length of the waterborne barrier installation before placing waterborne barrier and following installation of complete waterborne barrier alignment. All debris, including vegetation, shall be disposed of by the Contractor at an approved off-site landfill. No burning of either live vegetation or any debris shall be permitted. The Contractor shall only utilize existing boat ramp locations and boat ramps constructed under this contract for access to the river and for installation of the waterborne barrier. For access between boat ramps, the Contractor shall utilize public roads and cleared access roads. Access points along the river via boat ramps may be beyond the end points of the installation. Work shall also include restoration of existing boat ramps M-1, Termites, K-1, K2, and K3 to pre-construction conditions or better following completion of waterborne barrier installation. See 1.2.A.3.d below for new boat ramp requirements. The Contractor shall provide approximately 500-ft of spare waterborne barrier (rounded up to account for individual buoy lengths and two gate segments including all pieces/parts and tools required for USBP to swap out damaged barrier segments and deliver to location designated by COR. Label with manufacturer's name and model number.

   The waterborne barrier system shall comply with the following requirements:

   - No individual segments shall be longer than 15-ft.
   - No use of expanded polystyrene (EPS) foam in buoys.
   - All gaps shall be 3-in or less.
   - Buoy filler material shall be inflammable or contain a flame retardant.

SUMMARY                                                                01 10 00 - 2

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

- All exposed bolts shall be either tack welded or have special bolt head hex to restrict movement with hand tools.
- Waterborne barrier in water depths between and including 12-in to 16-in of water shall be 4-ft in diameter.
- Waterborne barrier in water depths above 16-in and up to and including 20-in shall be 5-ft in diameter.
- ~~Waterborne barrier in water depths above 20-in shall be 6-ft in diameter.~~
- Anti-dive protection shall be capable of attaching to the waterborne barrier while the waterborne barrier is deployed/in-place and without having to disassemble the deployed/in-place waterborne barrier.
- Gates shall be included unless otherwise directed by CBP.

b. **BASE WORK** – DRT-4 Waterborne Barrier Patrol Road Segments 1-6 Work: The Contractor shall provide the design and construction required for 41.84-mi patrol road broken into a total of 6 segments. The segments limits correspond with the limits of the TX Barrier or Vertical Barrier as indicated in SOW Attachment A – Location Maps. No Work is required under this contract along the TX Barrier. The TX Barrier is included in project segment designations for delineation purposes only. The patrol road shall be FC-2, or FC-1 as required by profile grade, patrol road that generally parallels the Rio Grande  beginning at 29.447210°, -101.056623° continuing down river within the limits of the waterborne barrier installation and continuing to the end of the vertical barrier, including associated low water crossings (LWC), drainage and erosion control, and vegetation clearing within the patrol road enforcement zone. The patrol road enforcement zone easement limit is defined as from 30-ft offset toward the landside of the patrol road alignment to the river shoreline. Where the waterborne patrol road veers off the river, the easement width will be 50-ft wide centered on the road alignment. In no cases shall the road surface be caliche. The Contractor shall design and construct 8 patrol road (PR) bridges. The approximate locations of the crossings are:

- ~~PR Bridge 1: 29.395176°, -101.024640°~~
- PR Bridge 1 ~~2~~: 29.345653°, -100.945574°
- PR Bridge 2 ~~3~~: 29.325975°, -100.918390°
- PR Bridge 3 ~~4~~: 29.262928°, -100.822576°
- PR Bridge 4 ~~5~~: 29.242359°, -100.793709°
- PR Bridge 5 ~~6~~: 29.183371°, -100.765638°
- PR Bridge 6 ~~7~~: 29.167115°, -100.766037°
- PR Bridge 7 ~~8~~: 29.124546°, -100.715150°

Adjacent VB bridges that are noted above are to be designed and constructed under vertical barrier Work.

c. **BASE WORK** – Access Road Repair Work: Repair of existing access road pavement sections shall be comprised of road blading and placement of 4-in of compacted aggregate base (no caliche) across a maximum 20-ft road width up to the mileage indicated in the price schedule. For purposes of this Work, access road is considered any road approved for use to access a project segment, up to 60 miles shall be assumed. Contractor to provide not to exceed (NTE) cost per mile of access road repair. Notice to Proceed (NTP) for this work can be requested at any time within the overall project duration. To request NTP, the Contractor shall submit the request via email to the Contracting Officer Representative (COR) for review and approval. The request shall include a

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

map of the access road(s) to be repaired with end coordinates and the total mileage being requested for a maximum of 60-miles per Line Item. Access road repair requests made by the Contractor shall be made by the Contractor as they become necessary for construction access to one or more project segments associated with new vertical barrier or waterborne barrier work.

d. **BASE WORK** – Waterborne Barrier Boat Ramp Requirements: Boat ramps are required every 10-miles along the waterborne barrier alignment and within each segment of river when elevation may change due to Dams and wiers. Boat ramps shall be accessible from the waterborne barrier patrol road. Existing boat ramps shall be re-constructed to make usable. The finished surface of the new and re-constructed boat ramps shall be reinforced concrete or articulated concrete block mats. Toe-down walls shall be provided to resist the design scour at each boat ramp location. The boat ramps shall extend into the Rio Grande enough to allow boats to launch at normal water surface elevation.

e. **BASE WORK** – DRT-4 Vertical Barrier FT Work: The Contractor shall FT the design and construction of Segment 2 and Segment 3 Gap Fill, approximately 1.43-miles of 30-ft tall vertical barrier between Texas Vertical Barrier segments 1 and 3 and between Texas Vertical Barrier Segments 3a and 3b. Work shall include Vertical barrier construction and start once construction NTP is provided and be installed continuously until fully completed. Costs for drainage and erosion control and paint directly required for the vertical barrier shall be included under this work. Vertical barrier enforcement zone FC-2 patrol road is required along the full length of the FT segments.

f. **BASE WORK –** DRT-4 Vertical Barrier Work: The Contractor shall design and construct three segments totaling approximately 30.3-miles of 30-ft tall vertical barrier. Segment 4 consists of a total of 2.9-miles, Segment 5 consists of a total of 1.7-miles, and Segment 6 consists of 25.7-miles. Segment 4 shall be continuous vertical barrier between Segment 3b and Segment 5. Segment 5 is composed of three individual segments (i.e., 5a, 5b, and 5c each with an approximate length of 0.1-mile, 1.3-miles, and 0.3-mile, respectively), each of these segments include removing existing installed barrier, see Demolition requirements in Specification 01 73 00. The barrier for Segment 6 shall begin at the south end of Segment 5c and continue down river. A total of 5 vertical barrier bridges along with adjacent patrol road bridges shall be required within the limits of the vertical barrier design and construction that are located at approximately:

- VB Bridge 1: 29.346033°, -100.945509°
- VB Bridge 2: 29.327924°, -100.911762°
- VB Bridge 3: 29.263281°, -100.822699°
- VB Bridge 4: 29.243163°, -100.792518°
- VB Bridge 5: 29.176766°, -100.764155°
- VB Bridge 5: 29.084311°, -100.663395°

VB bridges over drainage crossings that are typically dry except during storm events shall have rotating drainage gates. All other VB bridges shall have automated vertical lift gates (AVLG). Adjacent PR bridges that are noted above are to be designed and constructed under waterborne barrier patrol road Work. Vertical Barrier enforcement zone patrol roads, in addition to the waterborne barrier patrol road, are required within the following limits of the vertical barrier

SUMMARY                                                                01 10 00 - 4

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

alignment where the vertical barrier alignment has veered away from the Rio Grande:

- From 29.435843°, 101.047172° to 29.430073°, 101.042758°
- From 29.364089°, 100.984008° to 29.360649°, 100.982658°
- From 29.346328°, 100.946321° to 29.311150°, 100.893743°
- From 29.302531°, 100.882838° to 29.282857°, 100.863571°
- From 29.259575°, 100.813072° to 29.253521°, 100.807111°
- From 29.246467°, 100.795490° to 29.229357°, 100.785660°
- From 29.210068°, 100.772765° to 29.199766°, 100.768210°
- From 29.183585°, 100.765003° to 29.166649°, 100.764019°
- From 29.163330°, 100.762621° to 29.158143°, 100.758473°
- From 29.149271°, 100.736302° to 29.131751°, 100.726684°
- From 29.129590°, 100.720408° to 29.084575°, 100.663824°

For the remainder of the vertical barrier enforcement zone, the waterborne barrier patrol road will be the only patrol road required. Connect end points of the vertical barrier patrol roads listed above to the waterborne barrier patrol road. Provide painting to meet the requirements of Section 1.2.A.3.h below. Vertical barrier construction shall start first once NTP is provided and be installed continuously until fully completed.

g. **BASE WORK** – DRT-4 Waterborne Barriers Patrol Road Attributes Work: The Contractor shall design and construct Attributes along entire length of the of the Waterborne Barrier Patrol Road. The Attributes are comprised of six segments that match up with the limits of the vertical barrier segments shown in SOW Attachment A – Location Maps. The Attributes shall include one line of LGDS, power, ~~one~~ two shelter, IR illuminators with poles and cameras. LGDS shall be placed on the river side of the Patrol Road, all other attributes shall be located on the land side of the Patrol Road per the TIDS. Work shall also include associated drainage and erosion control for attributes installed under this contract. See SOW Attachment A - Location Maps for work locations and Attributes Requirements below for additional information. Do not place attributes within patrol road unless specifically approved by CBP.

h. **BASE WORK** – DRT-4 Cattle Fencing & Cattle Guard Work: The contractor shall provide full materials and construction of cattle fencing and cattle guards for the entire extents of the vertical barrier alignment, ~~including vertical barrier L-1~~ Segment within the project limits, up to the mileage and quantity indicated in the price schedule. Cattle fencing shall be constructed along the United States side of the maintenance road. Cattle guards shall be placed at all access road intersections with the maintenance road. For purposes of this Work, access road is considered any road approved for use to access a project segment. Contractor to provide not to exceed (NTE) cost per mile of cattle fencing and NTE cost each for cattle guards. When NTP is approved, cattle fencing shall be erected first within all active construction areas.

i. **BASE & OPTION WORK** – DRT-4 Vertical Barrier Coating ~~Paint~~ Requirements: The Contractor shall coat ~~paint~~ the entire vertical barrier ~~fence~~ and all its pieces and parts, above the ground line, with ~~two coats of acrylic paint~~ application of high performance polyurea coating in strict accordance with manufacturer's instructions. The ~~acrylic paint~~ polyurea coating shall be exterior ~~paint~~ grade, resistant to chemicals and corrosion, fast drying, early rust resistant, flash rust resistant and applied outdoors or in a facility. The

SUMMARY                                                          01 10 00 - 5

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

Contractor shall prepare the surfaces to be ~~painted~~ coated in accordance with ~~paint~~ coating manufacturer's recommendations. The coating shall consist of a hybrid polyurea fast cure elastomer monolithic membrane and shall use ASTM SI10 and conform to manufacturer's requirements for each substrate indicated. Resins for finish coats are based on a two-part, prepolymer, catalytic-cured, polyurea material. Apply catalytic-cured coatings with a total dry-film thickness of not less than 0.25 millimeter (90 mils). Apply a prime coat where recommended by the Manufacturer 0.05 millimeter. Finish coats are polyurea-based material as specified. Coating shall be black color and matte finish unless otherwise indicated in the contract documents. At a minimum, the ~~acrylic paint~~ coating shall have the following physical and chemical properties:

- ~~PRODUCT WEIGHT 9.74 lb/gal 1167 g/l~~
- ~~SPECIFIC GRAVITY 1.17~~
- ~~BOILING POINT 212 - 500 °F 100 - 260 °C~~
- ~~VOLATILE VOLUME 60%~~
- ~~EVAPORATION RATE Slower than ether~~
- ~~VAPOR DENSITY Heavier than air~~
- ~~pH > 2.0, < 11.5~~
- ~~VOLATILE ORGANIC COMPOUNDS (VOC Theoretical - As Packaged)~~
- ~~0.29 lb/gal 35 g/l Less Water and Federally Exempt Solvents~~
- ~~0.12 lb/gal 14 g/l Emitted VOC~~

- Shore A Hardness: ASTM D2240; 85-90

- Density (pcf): ASTM D1622; 70

- Tensile Strength: ASTM D2370; 2300 PSI minimum

- Abrasion Resistance (taber): ASTM D4060; 0.3 % per 1000 cycles or less

- Elongation %: ASTM D2370; 150 % minimum

- Tear Resistance: ASTM D1004; 400 pli minimum

- Moisture Vapor, Trans: ASTM E96/E96M; 0.025 perms @ 30 mils
- Dry Film Thickness: 100 mil average unless otherwise noted

~~The acrylic paint may be applied prior to or following fence fabrication and shall be black gloss color.~~ The contractor shall be required to touch up the ~~paint~~ coating following ~~fence~~ vertical barrier erection to ensure ~~two~~ uniform ~~coats~~ coating ~~are~~ is applied throughout the entire ~~fence~~ vertical barrier at the time of government acceptance

j.  **BASE and OPTION WORK** – Vertical Barrier Requirements: All vertical barriers shall be per the TIDS, considered secondary barrier and shall be steel bollard panels with anti-climb plates and mitered tops with plate and in-ground foundation. Grout filling and capping of bollards shall be completed within 5~~14~~ calendar days of bollard panels being set. All new vertical barrier work shall include Work associated drainage and erosion control, vegetation, debris, structures & obstructions clearing (to the extent required to complete construction only) and maintenance road on the land side of the barrier, along the entire length of both vertical barrier alignment segments. On the river side of new vertical barrier the enforcement zone Work shall include road drainage and erosion control measures, and vegetation, debris, structures & obstruction clearing along the entire length of all vertical barrier segments. DRT-4 Vertical

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

barrier patrol roads are required within the vertical barrier enforcement zone. In no cases shall any road surface be caliche. Vertical barrier Work shall require flood mitigation measures consisting of either rotated bollard panels or drainage gates to be designed and constructed by the Contractor. All drainage gates for purposes of flood mitigation shall be automated vertical lift gates. Final flood mitigation requirements shall be included in the flood plain assessment report as further described in Design After Award below. Vehicle gates shall be placed as described in the TIDS for secondary barriers, but in no case shall any barrier segment have less than one vehicle gate. All vehicle gates shall be automated sliding gates. Vehicle gates at intersecting road locations shall have 20-ft wide opening and all others shall have 12-ft wide opening. In no case shall the easement width toward the river side of the vertical barrier exceed 150-ft offset from the vertical barrier alignment. All drainage crossings that do not specifically call for VB and/or PR bridge shall be designed to meet TIDS requirements using LWC, culverts or combination. All culverts with 5-ft and under clear height shall have grates installed on the river side of the culverts. All culverts over 5-ft clear height shall have rotating drainage gates installed. See SOW Attachment L – Rotating Drainage Gates Concept Design.

k. **BASE WORK** – Vertical Barrier Bridge Requirements: All vertical barrier bridges shall be required to support the vertical barrier and either rotating drainage gates or AVLG and have a 5-ft wide walkway on each side of the vertical barrier for maintenance purposes. The vertical barrier bridge shall be a separate structure from the patrol road adjacent to the river and vertical barrier patrol road bridge to be constructed under the Waterborne Barrier patrol road Work. The AVLG shall be of steel bollard construction and be mitered at the bottoms to allow them to penetrate into the creek beds. See SOW Attachment L – Rotating Drainage Gates Concept Design for guiding details for use by the Contractor in developing final detailed design.

l. **BASE WORK –** Vertical Barrier AVLG Requirements: The AVLG shall be painted and suitable for marine environment with a minimum of 20-years life expectancy for the coating. Assume the AVLG will need to be opened and closed once per week average to allow for cleanout and maintenance. A receptacle shall be included within the panel board at each AVLG location for emergency generator hookup. Emergency manual operation of the AVLG shall be by chain fall that can be connected to a steel frame mounted to the top of the bridge supporting the AVLG. All equipment associated with the automation of the AVLG shall be located off the bridge barrier, or outside the limits of the drainage gates, within 50-ft either way on the land side of the barrier. Sensors shall be provided to stop movement of the AVLG at the full open height and at the bottom resting location.

m. **BASE WORK** – Attributes Requirements for LGDS: The Contractor shall provide the design and construction necessary to complete the installation of one continuous run of primary LDGS. Terminate LGDS within a new shelter. At the new shelter locations, terminate LGDS within new junction box until the shelter work is completed. Once the shelter is ready, install LGDS into the shelter. All junction boxes/vaults located at intermediate LGDS splice locations and end points shall be buried 2-ft below finish grade with latitude/longitude coordinates provided for each junction box/vault. The Contractor shall minimize fiber splices to the greatest extent possible with fiber splices for LGDS located at change in installation method, connection of adjacent fiber reels and at

SUMMARY

01 10 00 - 7

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

termination points. Once the shelter is ready, install LGDS into the shelter. The Contractor shall also be responsible for completing all site-civil related work required to complete the installation of the fiber optic lines. See SOW Attachment E – LGDS Specifications for additional requirements.

n. **BASE WORK –** Attributes Requirements for Shelters: The Contractor shall provide full design (except power) and construction required to complete ~~one~~ two Shelter Installation that includes the procurement and installation. Specific location of the shelter shall be proposed by the Contractor and verified by CBP. Work for the new shelter shall include installation and connection of: power to and within the shelter, grounding, LGDS equipment/servers, camera fiber to and within the shelter, camera equipment/servers, camera processing and data integration equipment and connections, concrete pad, chain link fence with double swing gates and site grading. The Contractor is required to install the Computer Vision Server hardware on the same network as the camera system in the shelter and provide ONVIV/RTSP protocol access to the cameras that terminate in the shelter. CBP will be responsible for installing and configuring all software on the Computer Vision Server hardware as well as providing video/data integration services back to CBP cloud environment for enterprise application consumption. The Contractor's equipment shall be compatible with open standards and protocols such as ONVIF, RTSP, MTTQ, H.264 / H.265, TCP/IP, HTTPS etc. The Contractor shall factor 100 HD streams per GPU. The GPU server will only need to process video streams that have detected motion. CBP is providing the implementation and management of video processing and data integration software. Contractor coordination with CBP OIT will be required as part of the Work.  Reinforced precast and cast-in-place concrete slabs shall be placed on prepared sub-grade per Contractor Geotechnical recommendations. Pre-cast reinforced concrete slabs shall include geogrid to mitigate future differential settlement. See SOW Attachment H – Shelter Specifications for additional requirements. See part 1.7.B Facility & Information Technology Access Security Requirements below for clearance requirements for contractors working with data integration under this contract.

o. **BASE WORK** – Attributes Requirements for Power: The Contractor shall provide the design and construction required to install power to support cameras, infra-red (IR) illuminators, white lighting, shelters including all equipment and 20% additional unused capacity.

- The Contractor shall coordinate with local power providers for power drop location(s). If required by the power company, the Contractor shall be designated as the owner of the electrical attributes to the power company until the electrical attributes are turned over to CBP. Any additional design and construction needed to complete the power connection from the transformer (power drop) location to the on-site service entrance station shall be completed by the Design Build (DB) Contractor. All power work from the power drop location back to the power grid will be the responsibility of the power company. Coordination to bring power to the site for all areas of work can begin upon issuance of NTP. The Contractor shall notify CBP immediately if the power company indicates any need for easement or signed agreement. CBP will be responsible for easements and/or agreements. The Contractor shall provide all exhibits, power draw estimates, power drop locations requested by the power company.

- For dirt roads, trails, etc. that tie into the patrol/maintenance road along the

SUMMARY                                                                01 10 00 - 8

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

primary barrier, only designated access roads provided in SOW Attachment A – Locations maps shall require concrete encasement of duct banks at the intersections per the TIDS. All duct banks located within the limits of maintenance, switchback and patrol roads shall require concrete encasement. These requirements are clarifications to the TIDS and do not alleviate the requirement to concrete encase duct banks crossing public roads, railroads and drainage crossings. Duct banks shall include conduits for both power and fiber and constructed to the land side of the vertical barrier patrol road.

- The Contractor shall complete drainage control and scour protection associated with all power installation Work including for light poles, electrical equipment, and electrical trench installation.

- Full and final design and construction required for the completion of power required for IR illuminators and poles, cameras and shelter per the requirements outlined in the TIDS and all SOW attachments. The Contractor shall assume no use of white lighting for design of IR illuminators. Single phase power is permitted.

- The Contractor shall complete design and install power upgrades as required at the Texas Vertical Barrier segments to support power requirements for vertical barrier work.

p. **BASE WORK** – Attributes Requirements for IR Illuminators with Poles and Lighting Poles with White Light: The Contractor shall provide full design (except power) and construction to complete the installation IR illuminators and poles and light poles with white lights as dictated above. The poles shall include all the foundations, wiring, cabling, hand holes, camera mounts, two receptacles, fiber and equipment for installation of cameras, and IR illuminators/white lighting. White lighting shall be required ½-mile upstream and downstream of all POE's. All other areas shall utilize IR illuminators. All poles shall be standard light poles per TIDS v6 and shall have standard spacing between 150-ft and 450-ft. Reduced spacing will be permissible in hilly or otherwise obstructed terrain. Poles shall be placed along the duct bank and outside the road limits and spaced to provide the cameras a continuous view of the entire border from the pole location to the center of the Rio Grande within the project limits.  The entire project shall include IR Illuminators. All poles are to be coated per the TIDS v6 or using aluminum or galvanized steel material. See SOW Attachment E – LGDS Specifications for additional requirements. See SOW Attachment G – IR Illuminator Specifications for additional requirements.

q. **BASE WORK** – Attributes Requirements for Cameras: The Contractor shall provide full design (except power) and construction for the installation of IR compatible cameras on to the IR illuminator poles and white light compatible cameras to light poles. Install and connect camera fiber and equipment into the Shelters. Camera pole spacing and height shall be set to provide full continuous view of entire waterborne barrier ~~international border~~ throughout the entire project limits and 225-ft beyond the upstream and downstream project terminuses. Where islands exist between the main shoreline and the international border, the cameras shall provide full continuous view of the main shoreline. Where the waterborne barrier patrol road veers away from the river due to terrain, the cameras shall provide full continuous view of the patrol road and 250-ft in the direction of the river. See SOW Attachment F – Camera Specifications for additional requirements.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

r.  **BASE WORK** – Vertical Barrier Bridge & Drainage Gates AVLG Requirements: The AVLG shall be epoxy coated suitable for marine environment with a minimum of 20-years life expectancy for the coating. Assume the AVLG will need to be opened and closed once per week average to allow for cleanout and maintenance. A receptacle shall be included within the panel board at each AVLG location for emergency generator hookup. Emergency manual operation of the AVLG shall be by chain fall that can be connected to a steel frame mounted to the top of the bridge supporting the AVLG. All equipment associated with the automation of the AVLG shall be located off the bridge barrier, or outside the limits of the drainage gates, within 50-ft either way on the land side of the barrier. Sensors shall be provided to stop movement of the AVLG at the full open height and at the bottom resting location.

s.  **BASE WORK** – PR Bridge Requirements: Bridges shall have 16-ft clear drive width with bridge barriers on each side and pull-outs on each end. The bridge approaches shall have reinforced concrete approach slabs connected to the bridge abutments and guardrail. The bridges shall have steel conduits mounted between bridge beams or on the north side of the bridge for both power and fiber lines. The Contractor is responsible for all cofferdam and/or dewatering work for bridge abutment and pier construction.

t.  **BASE WORK** – Vegetation, Debris, Structures & Obstructions Clearing Requirements: The Contractor shall remove all structures and obstructions including but not limited to culverts, chain link fence, razor/concertina wire and temporary fence panels within the project limits. All structures and obstructions shall be salvaged or disposed of by the contractor at approved location. Existing Connex boxes within barrier easement locations shall remain. Following completion of the patrol road, the contractor shall remove vegetation from the patrol road to the river's edge to a height not to exceed 6-in. Vegetation clearing is not required on any islands within the Rio Grande. Clearing for vertical barrier work shall be 150-ft from the vertical barrier outward toward the river, or outward to the patrol road, whichever is less. Native trees, that are outside the limits of barrier, road and drainage control construction, with a diameter of more than 6-in shall not be removed. In no case shall vegetation removal result in ground disturbance of more than 10% (no root removal). All debris within the enforcement zones, including vegetation, shall be disposed of by the Contractor at an approved off-site landfill. No burning of either live vegetation or any debris shall be permitted. See provided KMZ files within GFI links for use in estimating quantity of vegetation clearance.

u.  **BASE WORK –** Local Drainage & Erosion Control Requirements: The Contractor shall provide full design and construction of drainage control that enables the local design storm per the TIDS to be conveyed across the vertical barrier enforcement zone and the patrol road and protects against associated scour and erosion. At each drainage crossing, the Contractor shall complete the necessary site grading, approach road construction, erosion and scour protection, guardrail, wingwalls, inlets/outlets, concrete low water crossings, flow dissipaters, debris posts, culverts, and bridges as needed to complete the drainage control Work. Construction of all roadside ditches as needed to convey site drainage to road drainage crossings shall be included under drainage control work.

- ~~Except at vertical barrier bridge locations, drainage gates will not be~~

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

~~required for this project.~~

- Loose riprap shall have a minimum D50 of 12-inches.

- All local drainage crossings at the vertical barrier location shall be analyzed as concrete low water crossings (LWC) with rotated bollard panels and zero drainage gates. If the solution produces 12-in or less of rise in water surface elevation (WSE) for rural settings and 3-in or less for urban settings, then the information shall be fully documented within the WSE waiver template, and no further analysis is required. If the rise in WSE due rotated bollard panels within the drainage crossing is greater than 12-in for rural settings and 3-in or less for urban settings, then the Contactor shall analyze up to three additional solutions that could include grading, culverts at the patrol road, AVLG or a combination thereof that result in lowering the rise WSE. Where ALVG are used, follow criteria set forth in 1.2.A.3.s. See IBWC Criteria in Attachment D – TIDS v6 Appendices for additional information. Details associated with the approved waiver request shall be incorporated into the drainage report and construction plans.

- All local drainage crossings within both new and replacement vertical barrier segments shall be completely closed off by either vertical barrier or vertical barrier with AVLG~~.~~ for crossings with year round flow and rotating drainage gates for crossings with flow only following storm events.

- The Contractor is responsible for removing all sediment and debris from all the drainage crossings within the project limits at the start of the project and following storm events.

v. **BASE WORK** – External stakeholder Coordination: The Design-Build Contractor shall coordinate with external stakeholders impacted by this project that include, but are not limited to, the International Boundary & Water Commission (IBWC), Railroad, and local landowners. The Design-Build Contractor is required to obtain final IBWC concurrence (excluding drainage gates) that all **BASE** design meets IBWC requirements for construction along the United States Rio Grande ~~land border~~ with Mexico. See IBWC Criteria in Attachment D – TI Design Standards Appendices for additional information. The Contractor shall not reach out to any stakeholder until CBP provides the initial introduction and point of contact. CBP shall be the lead local landowner coordination with participation by the Contractor. The Contractor shall be the lead for all US-IBWC and Railroad coordination and shall include CBP on all coordination. Contractor participation for all external coordination shall include attending in-person meetings, proposed design exhibits and/or design documents and meeting minutes for all meetings attended by the Contractor. A minimum of ~~ten~~ four on-site meetings will be required for purposes of coordinating with stakeholders regarding details of the project design.

w. **BASE WORK –** Project GFI: CBP is providing the following GFI for information only to the Contractor. All GFI is considered preliminary and is to be used by the Contractor as a guide in the development of the design. Direction provided within the Work Descriptions above governs over information provided within any GFI. GFI specific to drainage and erosion control shown in the GFI. The Contractor shall not be allowed to re-use any GFI in preparation of the construction documents and design analysis reports.

- **DRT-4 Layout Information:**

SUMMARY                                                                                        01 10 00 - 11

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

https://eFTP.mbakerintl.com/message/2IZ85qk6G6jsM6LnYy3f9r

- **DRT-4 Updated Patrol Road KMZ:**

    https://eFTP.mbakerintl.com/message/3a963TkxVtmiri7ze98Qza

- **DRT-4 Waterborne Patrol Road Concept Design and Concept Flood Impact Maps:**

    https://eFTP.mbakerintl.com/message/3DuRY5zT3qp79ggm9boYhI

x. **BASE WORK** – Design Requirements: The Contractor shall provide full final design services required to complete all **BASE** Work as stated in the SOW and all Attachments. All design work shall be completed under the supervision of and signed and sealed by a registered and licensed Professional Engineer DOR. The work includes all tasks necessary to complete the design for the **BASE** Work as stated in the SOW and all Attachments, including but not limited to: topographic mapping/survey necessary to complete final design and construction plans and details; geotechnical exploration, testing and recommendations; reviewing and finalizing construction plans, design analysis report and specifications; existing utility coordination and relocation and/or protection of existing utilities that interfere/conflict with this project construction. The Contractor shall be responsible for the professional quality, code compliance, technical accuracy and coordination of all designs, drawings, specifications, and other documents or publications upon which this construction is based. Construction documents from the Contractor shall be sufficient to afford a clear understanding of the construction work required. The Contractor shall cross-check all work and certify that all conflicts have been reconciled. The Contractor shall be responsible for the design of all materials, systems, methods and for the coordination of all Sub-Contractors required to complete the design See paragraph 1.7.B of this section for additional design after award requirements.

y. **BASE WORK** – Project GFM: CBP is providing the Contractor with steel bollards and anti-climb plate for use in completing vertical barrier work. The Contractor is responsible for all shipping, fabrication and erection of the vertical barrier. This includes all cutting of GFM to meet the specific bollard/plate lengths/widths required for the project. See SOW Attachment M – GFM Quantities & Process for additional information.

**1.3**    CONTRACTOR'S USE OF SITE AND PREMISES

A. The Contractor shall have full use of the Project real estate limits, upon availability as notated in the SOW, to complete the work. All work shall be contained within the project easements. Locating and acquiring staging areas on private lands is the responsibility of the Contractor. Locating and acquiring staging areas on federal/public lands is the responsibility of the Contractor but shall be coordinated through CBP. Maps showing staging areas size and location shall be provided to CBP, in addition to other staging area requirements as described throughout these specifications.

B. See Attachment A – Location Maps for depiction of the areas of Work and construction access road locations for all **BASE** Work. Any additional construction access through public/federal lands may be requested by the Contractor. Availability of additional construction access through public/federal lands will be researched by CBP and results will be reported back to the Contractor. CBP does not guarantee and additional construction access through public/federal lands will be available beyond what is

SUMMARY                                                                                            01 10 00 - 12

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

shown in Attachment A. Any additional construction access through private lands may be acquired by the Contractor and is the responsibility of the Contactor. Upon completion of construction, the Contractor shall be responsible for restoring the condition of the access roads to equal or better condition than prior to start of construction or access road repair Work, whichever is later.

**1.4**   COORDINATION WITH GOVERNMENT

A.  The Contractor shall provide access through the construction site for Government at all times. If a temporary closure of the site is needed by the Contractor, the Contractor shall coordinate temporary alternative access around the site with the Government operational requirements. Temporary site closure may not be granted if Government operations cannot support the closure. The Contractor shall request approval from the COR at least 48-hours in advance of such closures.

**1.5**   WORK RESTRICTIONS

A.  Comply with restrictions on construction operations.

1.  Comply with limitations on use of public streets, work on public streets, rights of way, and other requirements of authorities having jurisdiction.

2.  No work shall be performed on public roads. The Contractor is responsible for any damage caused in the performance of this project to either Government or third-party property.

3.  Use of blasting for excavation shall be coordinated through CBP environmental representatives to ensure local land managers are informed and provided information regarding planned blasting. If blasting is used, incorporate procedures and quality control into, but not limited to, the Contractor's Construction Quality Control, Health & Safety, Demolition and Waste Management Plans.

B.  Adverse Weather Delays: See SOW Attachment I – Weather Delay Requirements

C.  On-Site Work Hours: Limit work to between 7:00a.m. to 7:00p.m., Monday to Friday, unless otherwise indicated or approved by CBP. The Contractor shall request approval for extended work hours from the COR at least 48-hous in advance.

D.  Existing Utility Interruptions: Do not interrupt utilities serving Government or others unless permitted under the following conditions and then only after arranging for temporary utility services according to requirements indicated:

1.  All utility interruptions shall be approved in writing by the COR not less than 48-hours in advance of proposed utility interruptions.

E.  Smoking and Controlled Substance Restrictions: Use of tobacco products, alcoholic beverages, and other controlled substances on Government's property is not permitted.

F.  Employee Identification: Provide identification badges for Contractor personnel working on Project site. Require personnel to use identification badges at all times.

**1.6**   SPECIFICATION AND DRAWING CONVENTIONS

A.  Specification Content: The Specifications use certain conventions for the style of language and the intended meaning of certain terms, words, and phrases when used in particular situations. These conventions are as follows:

SUMMARY                                                                                    01 10 00 - 13

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

1. Imperative mood and streamlined language are generally used in the Specifications. The words "shall," "shall be," or "shall comply with," depending on the context, are implied where a colon (:) is used within a sentence or phrase.

2. Text Color: Text used in the Specifications, including units of measure, manufacturer and product names, and other text may appear in multiple colors or underlined as part of a hyperlink; no emphasis is implied by text with these characteristics.

3. Hypertext: Text used in the Specifications may contain hyperlinks. Hyperlinks may allow for access to linked information that is not residing in the Specifications. Unless otherwise indicated, linked information is not part of the Contract Documents.

B. Drawing Coordination: Requirements for materials and products identified on Drawings are described in detail in the Specifications. One or more of the following are used on Drawings to identify materials and products:

1. Terminology: Materials and products are identified by the typical generic terms used in the individual Specifications Sections.

2. Abbreviations: Materials and products are identified by abbreviations scheduled on Drawings and published as part of the U.S. National CAD Standard.

3. Keynoting: Materials and products are identified by reference keynotes referencing Specification Section numbers found in this Project Manual.

## 1.7    MISCELLANEOUS PROVISIONS

A. General Security Requirements:

1. It shall be the Contractor's responsibility to furnish their own security for personnel and to safeguard their equipment during the entire project lifecycle. This shall include but not be limited to actual project sites, and/or staging areas and storage facilities. All firearms, both lethal and none-lethal, used by the Contractor's security service provider shall meet all local licensing requirements. The Border Patrol will not provide security for the Contractor, its equipment, or its materials. As part of the security requirement, the Contractor shall be responsible for the development of a Security Plan in conjunction with the Health and Safety Plan. The detailed Security Plan shall include details such as, but not limited to "fall back positions", evacuation routines and methods, muster area, medical staff members/availability, number of security personnel, qualifications, years of experience, etc. in the event of a hostile attack. This plan will be reviewed by the COR for inspection and final acceptance prior to construction activities. The Contractor shall provide a PDF of the security plan to the COR prior to the pre-construction conference. The Security Plan shall also discuss how the Contractor shall maintain physical control of the construction site. This shall include checkpoints to ensure only authorized vehicles enter and leave the active construction sites. Any vehicles entering site shall be clearly identified as being company vehicles and Contractor shall have means of identifying authorized vehicles on site and shall provide USBP with the identification methods.

2. The Contractor shall be responsible for submitting an initial list of all personnel required at the jobsite for verification and approval by CBP prior to said personnel being allowed to enter the project site. This includes all field survey, geotechnical, and design field crews and drivers for equipment and material deliveries. Any

SUMMARY                                                                 01 10 00 - 14

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

personnel that need to be added after initial submission must be cleared before accessing the site. Activities include, but are not limited to site investigations, surveys, and construction. No employee shall be allowed on site until screened and checked for criminal history and proper immigration status. Any personnel not passing the CBP background check will be rejected and not authorized to enter the jobsite. This list marked "CONFIDENTIAL" shall be submitted to the COR for forwarding to Border Patrol personnel. This list shall be password protected when submitted. A separate email shall be sent to the COR with the password included. NO email shall include both the list and the password. A minimum of 5 working days is required to clear personnel.

3. To facilitate the screening and checking of each employee entering in or working on Federal property, the Contractor shall submit:

   a. The individual's full name
   b. Company Name
   c. Date of Birth (DOB)
   d. Social Security Number
   e. Driver's Licenses and/or State Identification Number
   f. Place of Birth (POB)
   g. Black and white Photograph accompanying each employee's name

4. After each Design Phase NTP has been issued and all submission of requirements stated above has been completed, the Contractor shall proceed with all work unless further notified by the COR.

5. Employee Identification Badges: Contractor personnel shall wear visible Contractor-furnished employee identification badges while physically on the construction site. Each badge shall include, as a minimum, the company name, employee name, photograph of employee, Contract Title, Contract Number, and the expiration date of the badge.

6. Contractor is responsible for reviewing all information provided within this RFP, to determine all additional information needed to complete the final design. Any questions regarding the preliminary design should be submitted to the Government in writing through a RFI. The Contractor shall be responsible for the professional quality, code compliance, technical accuracy and coordination of all designs, drawings, specifications, and other documents or publications upon which this construction is based. Construction documents from the Contractor shall be sufficient to afford a clear understanding of the construction work required. The Contractor shall cross-check all work and certify that all conflicts have been reconciled. The Contractor shall be responsible of design for all materials, systems, methods and for the coordination of all Sub- Contractors required to complete the work.

7. The Contractor shall provide control of all Contractor equipment and material deliveries as well as personnel entry. All Contractor personnel and deliveries shall be required to report to the Contractor staging area prior to entry on to the project site. All delivery vehicles shall be stopped and verified as scheduled with authorized drivers. The speed limit shall comply with posted speed limits or 25 mph maximum, whichever is less.

8. The Contractor shall provide the names, job titles, and contact information, to include telephone numbers (business, cell phones, facsimile, pager numbers, etc.) of a senior manager within the Contractor's organization, and a minimum of one similarly qualified alternate to serve as continuously available liaisons (24

SUMMARY                                                                 01 10 00 - 15

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

hour/day, 7 days/week) with the COR. The Contractor shall submit the above information to the COR by email within seven calendar days following receipt of the award. During the contract period, the COR shall be notified immediately if these contacts change.

B. Facility & Information Technology Access Security Requirements

1. CBP Suitability Requirements

a. All Contractor Employees requiring access to CBP facilities and its information technology networks and systems must undergo an investigation to determine suitability for employment. Based on the position sensitivity designation, OPR/Personnel Security Division initiates either a T4 or T5 Background Investigation in accordance with CBP Personnel Security Handbook, HB 1400-07A.

b. Contractor Employees who require access to DHS IT systems or development, management, or maintenance of those systems must be U.S. citizens in accordance with DHS Instruction 121-01-007-01, Revision 1, Chapter 2, Personnel Security Program Standards, § 13, and Citizenship Requirements, § 13F. (Lawful Permanent Resident status is not acceptable in this case). A waiver may be granted, as outlined in Chapter 2, § 14 of DHS Instruction Handbook 121-01-007-01, Revision 01.

c. Provided the requirements of DHS Instruction Handbook 121-01-007-01 are met as outlined in paragraph I.B.1, below, Contractor Employees requiring access to CBP facilities, sensitive information or information technology resources are required to have a favorably adjudicated Tier 4 (T4) or Tier 5 (T5) background investigation (U.S. Office of Personnel Management (OPM), Suitability Executive Agent and the Director of National Intelligence (DNI), Security Executive Agent, Federal Investigative Standards, December 2012, or its successor), prior to commencing work on this contract, as outlined in the applicable requirements document, such as a Statement of Work (SOW) or Performance Work Statement (PWS). Exceptions shall be approved on a case-by-case basis with the Contractor Employee's access to facilities, systems, and information limited until the Contractor Employee receives a favorably adjudicated T4 or T5. A favorably adjudicated T4 or T5 shall include various aspects of a Contractor Employee's life, including employment, education, residences, police, and court inquires, credit history, and national agency checks.

d. For contracts requiring Contractor Employees to possess a CBP suitability upon contract inception, the following is applicable: The Contractor shall submit, within ten (10) working days after award of the contract, a list containing the full legal name, social security number, place of birth (city and state), and date of birth of employee candidates who possess favorably adjudicated T4 or T5 background investigations that meet federal investigation standards (as mandated in the SOW/PWS). These individuals will be considered for "reciprocity" as applicable (reference CBP Form 78 – BIRD). For contracts not requiring Contractor Employees to possess a CBP suitability upon contract inception, the following is applicable: The Contractor shall require Contractor Employee candidates, needing a T4 or T5 background investigation for the contract, to submit information and documentation requested by CBP to initiate the background investigation process immediately upon request by CBP.

SUMMARY

01 10 00 - 16

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    e.  Background Investigation information and documentation are submitted by proper completion of standard federal and agency forms provided by the COR, such as Electronic Questionnaires for Investigations Processing (e-QIP), Electronic Fingerprint Submission, CBP Form 78-Background Investigation Requirements Determination (BIRD) Form, Fair Credit Reporting Act (FCRA), Non-Disclosure Agreement (NDA), a Contractor Employee initial Background Investigation Form (CBP Form 77) (Sections A and B), and relevant "clearance" documents (if applicable), etc. The Contractor is responsible for ensuring all Contract Employee candidates complete the Electronic Questionnaire for Investigations Processing (e-QIP) and Electronic Fingerprints using their full legal name, correct SSN and ensuring these actions are completed in a timely manner, within 30 days of e-QIP initiation. The Contractor is also responsible for ensuring all Contract Employee candidates respond to phone calls and check their emails regularly for communications from the CBP Security Office and/or the field investigator for any necessary actions. The appropriate forms, to include "clearance" documents if applicable, must be submitted to the COR assigned to the contract, and the COR shall forward the completed forms to the CBP security official that will review the information for completeness and begin the adjudication and "clearance" (if applicable) process. Any Contract Employee candidate who fails to comply after multiple requests and attempts to reach them will be discontinued from the Background Investigation process. The Contractor shall then propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of the discontinued Contract Employee candidate.

    f.  CBP cannot provide a standard completion time for a T4 or T5 background investigation as many scenarios affect CBP's ability to process an individual. During the term of this contract, the Contractor is required to provide the names of its employees who successfully complete the CBP T4 or T5 process to the CO and COR. Failure of any Contractor Employee to obtain and maintain a favorably adjudicated T4 or T5 shall be cause for dismissal. For key personnel, the Contractor shall propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of an unsuccessful candidate or vacancy. For all non-key personnel Contractor Employees, the Contractor shall propose a qualified replacement employee candidate to the COR within 30 days after being notified of an unsuccessful candidate or vacancy. The CO/COR shall approve or disapprove of replacement employees. For contracts requiring Contractor Employees to possess a CBP suitability per SOW/PWS requirements, continuous failure to provide Contractor Employees who meet CBP T4 or T5 requirements may be cause for termination of the contract (refer #4).

2.  Security Clearance Requirements

    a.  Contractor Employees who require access to classified information must be U.S. citizens or have Lawful Permanent Resident (LPR) status in accordance with DHS Instruction Handbook 121-01-007-01, Rev. 01, the Department of Homeland Security Personnel Security, Suitability and Fitness Program, Chapter 2, Personnel Security Program Standards, § 13, Citizenship Requirements. A waiver may be granted, as outlined in Chapter 2, § 14 of DHS Instruction Handbook 121-01-007-01.

    b.  For contracts requiring Contractor Employees to possess a security clearance

SUMMARY                                                           01 10 00 - 17

*upon contract inception*, the following is applicable: The Contractor shall submit, within ten (10) working days after award of the contract, a list containing the full legal name, social security number, place of birth (city and state), and date of birth of employee candidates who possess favorably adjudicated T5 background investigations that meet federal investigation standards (as mandated in the SOW/PWS). These individuals will be considered for "reciprocity" as applicable (refer to CBP Form 78 – BIRD). For contracts not requiring Contractor Employees to possess a security clearance *upon contract inception*, the following is applicable: The Contractor shall require Contractor Employee candidates, needing a T4 or T5 background investigation for the contract, to submit information and documentation requested by CBP to initiate the background investigation process immediately upon request by CBP.

c.  Background Investigation information and documentation are submitted by proper completion of standard federal and agency forms provided by the COR, such as Electronic Questionnaires for Investigations Processing (e-QIP), Electronic Fingerprint Submission, CBP Form 78-Background Investigation Requirements Determination (BIRD) Form, Fair Credit Reporting Act (FCRA), Non-Disclosure Agreement (NDA), a Contractor Employee Initial Background Investigation Form (CBP Form 77) (Sections A and B), and relevant "clearance" documents (if applicable), etc. The Contractor is responsible for ensuring all Contract Employee candidates complete the Electronic Questionnaire for Investigations Processing (e-QIP) and Electronic Fingerprints using their full legal name, correct SSN and ensuring these actions are completed in a timely manner, within 30 days of e-QIP initiation. The Contractor is also responsible for ensuring all Contract Employee candidates respond to phone calls and check their emails regularly for communications from the CBP Security Office and/or the field investigator for any necessary actions. The appropriate forms, to include "clearance" documents if applicable, must be submitted to the COR assigned to the contract, and the COR shall forward the completed forms to the CBP security official that will review the information for completeness and begin the adjudication and "clearance" (if applicable) process. Any Contract Employee candidate who fails to comply after multiple requests and attempts to reach them will be discontinued from the Background Investigation process. The Contractor shall then propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of the discontinued Contract Employee candidate.

d.  CBP cannot provide a standard completion time for a T4 or T5 background investigation as many scenarios affect CBP's ability to process an individual. During the term of this contract, the Contractor is required to provide the names of its employees who successfully complete the CBP T4 or T5 process to the CO and COR. Failure of any Contractor Employee to obtain and maintain a favorably adjudicated T4 or T5 shall be cause for dismissal. For key personnel, the Contractor shall propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of an unsuccessful candidate or vacancy. For all non-key personnel Contractor Employees, the Contractor shall propose a qualified replacement employee candidate to the COR within 30 days after being notified of an unsuccessful candidate or vacancy. The CO/COR shall approve or disapprove of replacement employees. Continuous failure to provide Contractor Employees who meet

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

CBP T4 or T5 requirements may be cause for termination of the contract.

3. Contractor Tracking System

   a. The CO/COR may designate responsibility for out-processing to the CPM. The CPM must have an active CBP Background Investigation (BI) and an Active Directory (AD) account (i.e., email, etc.) within the agency. CPM shall provide Contactor Employee departure/separation date and reason for leaving to the CO/COR in accordance with CBP Directive 1210-007B, Tracking of Contractor Employees. Failure by the CPM to provide timely notification of Contractor Employee departure/separation in accordance with the contract requirements shall be documented and considered when government personnel complete a Contractor Performance Report (under Business Relations) or other performance related measures.

4. Access Controls

   a. Contractor Employees in possession of a valid HSPD-12 compliant PIV card are authorized to access Department Headquarters and DHS Component Headquarters while on official business, in accordance with DHS Instruction Manual # 121-01-011-01, Revision # 00.

   b. Contractor Employees may be subject to random security screening upon entering certain CBP facilities.

   c. Contractor Employees who do not have their PIV cards must sign-in at lobby guard desk, and show a federal, state, or local government-issued photo identification (e.g., driver's license that meets the requirements of the REAL ID Act of 2005, US passport, US military ID card, Tribal ID, or Permanent Residence card).

5. Visitor Security Management

   a. Visitors accessing any DHS Headquarters or DHS Component Headquarters facilities are subject to a criminal history check utilizing the National Crime Information Center (NCIC) system, except as stipulated elsewhere in DHS Instruction Manual # 121-01-011-01, Revision # 00.

   b. All visitors requesting access to CBP facilities are required to sign-in at designated visitor location, depending on the facility's resources. Visitors are required to show a federal, state, or local government-issued photo identification (e.g., driver's license that meets the requirements of the REAL ID Act of 2005, US passport, US military ID card, Tribal ID, or Permanent Residence card), unless otherwise directed by the Facility Security Manager (FSM) or CBP Assistant Technical Representative (ATR).

   c. Visitors must be escorted to their intended CBP destination by CBP employees or CBP contractors with a valid CBP-issued PIV card capable of operating the turnstiles. Supplemental access cards cannot be used for escorting purposes without a valid CBP-issued PIV card.

   d. Visitor passes will be issued only at designated locations and/or entrances. All visitors are required to pass through screening at the designated entrances. All visitors must be escorted back to the security desk by a CBP employee or CBP contractor.

6. Managing Classified Information.

   a. Contracts requiring contractor employees to access Classified National

SUMMARY                                                                 01 10 00 - 19

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

Security Information, completion of the DD Form 254 (Contract Security Classification Specification) is necessary for the Contractor (the company) to establish and have on record. Additionally, FAR Clause 52.204-2, Security Requirements, must be included in the solicitation and contract. If desired, a Solicitation DD Form 254 can be added to the solicitation package. Contact the Security Management Division (SMD) for assistance at: cbpsecurity@cbp.dhs.gov.

b. For additional information about the National Industrial Security Program (NISP) please visit the Defense Counterintelligence and Security Agency website and search for The NISPOM Rule.

7. Non-Disclosure Agreements

a. As part of the background investigation package, Contractor Employees are required to execute and submit a Non-Disclosure Agreement (DHS Form 11000-6) as a condition to perform on any CBP contract.

8. Special Security Requirement – Contractor Pre-Screening (SEP 2011)

a. Contractors requiring recurring access to Government facilities or access to sensitive but unclassified information and/or logical access to Information Technology (IT) resources shall verify minimal fitness requirements for all persons/candidates designated for employment under any Department of Security (DHS) contract by pre-screening the person /candidate prior to submitting the name for consideration to work on the contract. Pre-screening the candidate ensures that minimum fitness requirements are considered and mitigates the burden of DHS having to conduct background investigations on objectionable candidates. The Contractor shall submit only those candidates that have not had a felony conviction within the past 36 months, illegal drug use within the past 12 months from the date of submission of their name as a candidate to perform work under this contract. Contractors are required to flow this requirement down to subcontractors. Pre-screening involves contractors and subcontractors reviewing:

1) Felony convictions within the past 36 months. An acceptable means of obtaining information on felony convictions is from public records, free of charge, or from the National Crime Information Center (NCIC).
2) Illegal drug use within the past 12 months. An acceptable means of obtaining information related to drug use is through employee self-certification, by public records check; or if the contractor or subcontractor already has drug testing in place. There is no requirement for contractors and/or subcontractors to initiate a drug testing program if they do not have one already in place.
3) Misconduct such as criminal activity on the job relating to fraud or theft within the past 12 months. An acceptable means of obtaining information related to misconduct is through employee self-certification, by public records check, or other reference checks conducted in the normal course of business.

b. Pre-screening shall be conducted within 15 business days after the contract award. This requirement shall be placed in all subcontracts if the subcontractor requires routine physical access, access to sensitive but unclassified information, and/or logical access to IT resources. Failure to comply with the pre-screening requirement will result in the Contracting Officer taking the appropriate remedy.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    c. Definition: *Logical Access* means providing an authorized user with the ability to access one or more computer system resources such as a workstation, network, application, or database through automated tools. A logical access control system (LACS) requires validation of an individual identity through some mechanism such as a personal identification number (PIN), card, username and password, biometric, or other token. The system has the capability to assign different access privileges to different people depending on their roles and responsibilities in an organization.

9. Associate Contractor Agreements

    a. "Associate Contractor Agreements" (ACA) are agreements between contractors working on Government contract projects that specify requirements for them to share information, data, technical knowledge, expertise, or resources.

    b. The Contractor shall enter into Associate Contractor Agreements (ACA) for any portion of the contract requiring joint participation in the accomplishment of the Government's requirement. The agreements shall include the basis for sharing information, data, technical knowledge, expertise, and/or resources essential to the integration of the Consolidated Tower and Surveillance Equipment (CTSE) into the Border Patrol Common Operating Picture (COP) which shall ensure the greatest degree of cooperation for the development of the program to meet the terms of the contract. Associate contractors are listed in (i) below.

    c. ACAs shall be in the Contractor's format but shall include the following general information:

        1) Identify the associate contractors and their relationships.
        2) Identify the program involved and the relevant Government contracts of the associate contractors.
        3) Describe the associate contractor interfaces by general subject matter.
        4) Specify the categories of information to be exchanged or support to be provided.
        5) Include the expiration date (or event) of the ACA.
        6) Identify potential conflicts between relevant Government contracts and the ACA; include agreements on protection of proprietary data and restrictions on employees.

    d. A copy of such agreements shall be provided to the Contracting Officer for review before execution of the document by the cooperating contractors.

    e. The Contractor is not relieved of any contract requirements or entitled to any adjustments to the contract terms because of a failure to resolve a disagreement with an associate contractor.

    f. Liability for the improper disclosure of any proprietary data contained in or referenced by any agreement shall rest with the parties to the agreement, and not the Government.

    g. All costs associated with the agreements are included in the negotiated cost of this contract. Agreements may be amended as required by the Government during the performance of this contract.

    h. The agreement shall be executed within 180 days of the award.

    i. The following programs will require the Contractor to secure associate

SUMMARY                                                                                    01 10 00 - 21

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

contractor clearances for access to facilities and/or Information Technology Network:

1) US Border Patrol Common Operating Picture (COP).
2) US Customs and Border Protection Office of Information (OIT) BEAGLE Contract

C. DESIGN-AFTER AWARD REQUIREMENTS

1. Where design is required to complete construction of any of the **BASE** Work as described in Paragraph 1.2 above, the Contractor shall be responsible for completing the final design, design analysis report, plans and specifications. The Contractor shall identify all intended areas of design that will be grouped into separate packages and incorporate those design packages into the project schedule requirements as specified in Project Schedule Section of these specifications.

2. Where conflicts in design requirements arise, the order of precedence shall be as follows:

a. 1 – These Project Specifications; 2 – Attributes Specifications (Attachments E-H); 3 - TIDS, v6 (SOW Attachment D); 4 – IBWC Amended Criteria (within SOW Attachment D); 5 4 – Location Maps (SOW Attachment A); 6 5 – BMPs (SOW Attachment B); USBP Boat Ramp Design Standards (SOW Attachment J).

3. The Contractor shall provide field survey crew names and vetting information as described above, description and location of any areas that require access outside the project limits and aerial target size and planned locations. Use of drones to capture imagery for the project shall be coordinated through the COR for Border Patrol awareness and timing of flight.

4. The Contractor shall provide a map showing planned Geotechnical boring locations are within the project limits, description of equipment to be used, field crew names and vetting information as described above and anticipated duration of exploration prior to start of Geotechnical field operations.

5. Final design shall be completed per these Project Specifications requirements and criteria provided in this SOW and all Attachments. The final design shall be completed under the supervision of a registered professional engineer DOR and shall include final design analysis report (DAR), construction plans and construction specifications sealed and ready for construction.

a. The DAR shall include chapters for each design discipline required to complete the project. At a minimum, each chapter of the DAR, shall include understanding and approach, codes, assumptions, summary of analysis and/or calculation results and final recommendations. The appendices of the design analysis shall include, but not be limited to, full drainage report, full flood plain assessment report, full geotechnical report, and supporting calculations for all disciplines.

1) The Contractor shall provide a DAR detailing how all design required for the vertical barrier and associated patrol/maintenance road, gates, power, and attributes meets the requirements of this SOW and all Attachments for review by CBP, and other stakeholder agencies as indicated by the COR. The report shall include the necessary maps, delineations, analysis, calculations, diagrams, references and narrative required to show how the

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

requirements of this SOW and all Attachments are to be met.

2) The contractor shall provide a full drainage report for review by CBP, and other stakeholder agencies as indicated by the COR. The full drainage report shall include, but not be limited to:
   - site descriptions,
   - hydrological analysis and mapping,
   - hydraulic analysis,
   - scour analysis,
   - final drainage repair and/or protection recommendations,
   - WSE Template and supporting analysis
   - calculations and other support documentation as attachments.

3) The Contractor shall provide a full flood plain assessment report that shows the final results for deflections and rise in water surface elevation due to the vertical barrier. The report shall include design approach, existing conditions, input variables, recommendations, conclusions, and deflection and rise in WSE shown on maps and in tabular format by river station. The analysis shall follow the US-IBWC guidelines provided within the Appendices of the TIDS. The work will require bathymetric survey of the Rio Grande to be completed by the Contractor within the limits of the new vertical barrier installation. The latest Rio Grande river model will be provided to the Contractor by CBP or US-IBWC as the starting point for final model development. The Contractor shall assume up to three model runs will be required to mitigate the deflection and/or rise in WSE due to vertical barrier installation. See updated GFI provided below that includes concept design flood impact information as well as updated alignment KMZ files.

4) The Contractor shall provide a geotechnical report as an Appendix for review by CBP, and other stakeholders agencies as indicated by the COR. The full geotechnical report shall include, but no be limited to:
   - site descriptions,
   - results of exploration and testing,
   - final recommendations and
   - boring logs and supporting calculations as attachments.

b. Construction plans be prepared using AutoCAD and shall provide detail for construction of the project.

c. The vertical and waterborne barrier construction plans shall include, but not be limited to:
   1) Coversheet.
   2) Sheet index/abbreviations/legend.
   3) General notes.
   4) Survey and geometric control.
   5) Barrier and plan & profile sheets including gate locations, patrol/maintenance road, gates, and drainage control & erosion control locations.
   6) Typical Sections.
   7) Barrier details including foundations/anchoring, and drainage and erosion control details.
   8) Gate details.
   9) Road, boat ramp, and associated drainage and erosion control details.

d. The Waterborne Patrol Road and Attributes construction plans shall include, but are not limited to:
   1) Cover Sheet

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    2) Sheet Index/Abbreviation/Legend

    3) General Notes

    4) Survey and Geometric Control

    5) Plan & profile sheets including Attribute plans including power, IR illuminator with poles, cameras, shelter location(s), service entrance station locations, and power to the site routing , Boat ramp locations, and drainage and erosion control locations.

    6) Patrol road typical sections and details including drainage and erosion control.

    7) Patrol road cross section.

    8) Attributes details, sections and notes including power, LGDS fiber splice locations, IR illuminator with poles, cameras, shelter including all fabrication/components/equipment/connections/interior space layout, service entrance stations, power distribution and equipment, and drainage repair/protection.

e. All other miscellaneous construction plans shall include items 1-5 listed above as well as the appropriate plans, sections and details needed to complete construction.

f. Construction specifications shall be completed for all elements of construction based on requirements outlined within the TIDS as deemed appropriate by the Designer of Record. Acceptable format for completing the specifications include Master Spec or Specs Intact.

6. The Contractor shall submit and maintain a Design Quality Control (DQC) Plan within 10-working days of Design NTP which assures that all services required by this contract are performed and provided in a manner that meets professional engineering quality standards. As a minimum, all documents must be technically reviewed by competent, independent reviewers identified in the DQC Plan. The same element that produced the product may not perform the independent technical review (ITR). Correct errors and deficiencies in the design documents prior to submitting them to the Government.

7. For all design packages other than vertical barrier the fast track design, the Contractor shall provide 90%, 100% and IFC design submittals for all design packages to CBP, and identified stakeholders, for review and comment. The 90%, 100% & IFC design submittals shall include:

a. design analysis report (DAR),

b. construction plans

c. construction specifications.

8. For **BASE** Vertical Barrier Construction, including FT design, the Contractor shall provide 100% and IFC design submittals inclusive of DAR, construction plans and specifications to CBP and identified for review and comment.

9. The Contractor shall provide each submittal via web-based project software.

10. The Contractor shall allot 5 workings days for Government review of the **BASE** fast track 100% design package. The Contractor shall allot CBP 5 working days to confirm the IFC design submittal has adequately addressed all open comments.

11. The Contractor shall be responsible for receiving, compiling, and responding to all comments received within the review period. Within 15-working days following the close of the review period, the Contractor shall host a design review meeting to resolve all comments. All design review meetings shall be virtual. Upon resolution of all comments, the Contractor shall provide the final sealed IFC plans,

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

specifications and design analysis. All design submittals shall be digital, PDF, unless otherwise approved by CBP. Source files for all calculations and modeling as well as CAD/GIS alignments and data shall be made available to CBP, upon request.

12. For separate design packages developed for construction of BASE Work, design analysis reports and specifications and pre-construction submittals may be developed for the overall project/phase or for each specific design package. No construction plans will be approved for construction until the master, or design package specific, design analysis and specifications and pre-construction submittals are complete and approved by CBP. Design analysis and specifications shall be sealed for said design package. If revisions are required to the master design analysis and/or specifications and pre-construction submittals during subsequent design, the Contractor shall prepare and submit an amendment for CBP review and approval.

13. CBP shall be allotted 5 working days for initial review of all amendments to IFC documents and pre-construction submittals and 5 working days to confirm any required corrections have been made.

14. The Contractor shall coordinate and attend one design site visit covering all areas of the project site(s) with CBP and any stakeholders identified by CBP prior to the submission of the 100% design submittal. The Contractor shall be responsible for coordinating the specific day(s) and duration of the site visit and attendees that are agreeable to both CBP and the Contractor. The design site visit shall occur at least 10 working days prior to the 100% design submittal date and the Contractor shall initiate coordination of the site visit at least 10 working days prior to the proposed site visit dates. The purpose of the site visit will be to clarify design questions and approach throughout the project. Within 5 working days of the completion of the site visit, the Contractor shall submit meeting minutes covering the topics of discussion, agreed upon resolutions and action items.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

SUMMARY                                                                01 10 00 - 25

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 31 00**

**PROJECT MANAGEMENT AND COORDINATION**

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.  Section includes administrative provisions for coordinating construction operations on Project, including, but not limited to, the following:

1.    General coordination procedures.

2.    Coordination drawings.

3.    Request for Information (RFI).

4.    Digital project management procedures.

5.    Web-based Project management software package.

6.    Project meetings.

**1.2    DEFINITIONS**

A.  RFI: Request for Information. Request from the Contractor seeking information required by or clarifications of the Contract Documents.

**1.3    ACTION SUBMITTALS**

A.  Key Personnel: submit key personnel requirements for positions listed below. In addition to requirements listed below, provide for each individual: a list of individual Work Experiences listing the projects' Title, location of work (i.e., County, State), time period (Start and end dates in Month and Year), duties and responsibilities, Point of Contract information (Name(s), phone numbers, email addresses of the Agency/Company receiving the work.  Ensure the POC information is up to date.

1.  Superintendent: The Superintendent shall have a minimum of 10-years of experience as a Superintendent. The Superintendent will have at least two heavy civil design-build projects within the last 15 years, having a construction value of $10- million or more for each project. The Superintendent shall have completed the USACE's 24-Hour EM 385-1-1training course and provide a picture of their certificate of completion or proof of completion of the course (as waiting for the certificate) within the submitted resume.  The USACE's 24-Hour EM 385-1-1 training shall be accomplished within the last 5 years.  The Superintendent resume shall show experience in interpreting a critical path schedule and construction plans. The Superintendent may not perform any other duties on the project when serving as Superintendent. The Superintendent shall be on the construction site whenever any construction process is taking place.

2.  Project Manager: The Project Manager (PM) shall have a minimum 10-years of experience as a PM. The PM shall have worked as a PM on at least two design-build projects similar in scope or complexity to projects under this IDIQ and have served as the PM on at least 2 projects with each having a construction value of $10-million, or more.

PROJECT MANAGEMENT AND COORDINATION                                      01 31 00 - 1

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

3. The Design Manager (DM) shall have a minimum 5-years of experience as a DM. The DM shall have worked as a DM on at least two design- build heavy civil projects with a construction value of $10-million, or more per contract. The DM shall have a current professional engineering state licensure, in good standing.

## 1.4    GENERAL COORDINATION PROCEDURES

A. Coordination: Coordinate construction operations included in different Sections of the Specifications to ensure efficient and orderly installation of each part of the Work. Coordinate construction operations included in different Sections that depend on each other for proper installation, connection, and operation.

B. Prepare memoranda for distribution to each party involved, outlining special procedures required for coordination. Include such items as required notices, reports, and list of attendees at meetings.

## 1.5    REQUEST FOR INFORMATION (RFI)

A. General: Immediately on discovery of the need for additional information, clarification, or interpretation of the Contract Documents, Contractor shall prepare and submit an RFI in the form specified.

1. COR will return without response those RFIs submitted to COR by other entities controlled by Contractor.

2. Coordinate and submit RFIs in a prompt manner to avoid delays in Contractor's work or work of subcontractors.

3. Frivolous RFIs will be returned without response.

B. Content of the RFI: Include a detailed, legible description of item needing information or interpretation and the following:

1. Project name.

2. Government name.

3. Government's Project number.

4. COR name

5. Date.

6. Name of Contractor.

7. RFI number, numbered sequentially.

8. RFI subject.

9. Specification Section number and title and related paragraphs, as appropriate.

10. Drawing number and detail references, as appropriate.

11. Field dimensions and conditions, as appropriate.

12. Contractor's suggested resolution. If Contractor's suggested resolution impacts the Contract Time or the Contract Sum, Contractor shall state impact in the RFI.

13. Contractor's signature.

14. Attachments: Include sketches, descriptions, measurements, photos, Product Data, Shop Drawings, coordination drawings, and other information necessary to

PROJECT MANAGEMENT AND COORDINATION                                01 31 00 - 2

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

fully describe items needing interpretation.

C.  RFI Forms: Software-generated form with substantially the same content as indicated above, acceptable to COR as indicated on the sample RFI form to be provided after award or the Contractor can provide an equivalent with approval from the COR.

   1.  Attachments shall be electronic files in PDF format.

D.  COR Action: COR will review each RFI, determine action required, and respond. Allow 5 working days, starting the following working day after submission of the RFI, for COR response for each RFI.

   1.  The following Contractor-generated RFIs will be returned without action:

       a.  Requests for approval of submittals.
       b.  Requests for approval of substitutions.
       c.  Requests for approval of Contractor's means and methods.
       d.  Requests for coordination information already indicated in the Contract Documents.
       e.  Requests for adjustments in the Contract Time or the Contract Sum without associated cause or reason.
       f.  Requests for interpretation of COR actions on submittals.
       g.  Incomplete RFIs or inaccurately prepared RFIs.
       h.  Frivolous RFIs

   2.  COR's action may include a request for additional information, in which case COR time for response will date from time of receipt by COR of additional information.

   3.  Any RFI requiring a change to the contract will require a modification of the contract.

E.  RFI Log: Prepare, maintain, and submit a tabular log of RFIs organized by the RFI number. Submit log weekly. Use software log that is part of web-based Project management software, with not less than the following:

   1.  Project name.

   2.  Name and address of Contractor.

   3.  Name of COR.

   4.  RFI number, including RFIs that were returned without action or withdrawn.

   5.  RFI description.

   6.  Date the RFI was submitted.

   7.  Date COR's response was received.

   8.  Identification of related Minor Change in the Work, Construction Change Directive, and Proposal Request, as appropriate.

F.  On receipt of COR's action, update the RFI log and immediately distribute the RFI response to affected parties. Review response and notify COR within [**seven**] calendar days if Contractor disagrees with the response.

## 1.6    DIGITAL PROJECT MANAGEMENT PROCEDURES

A.  Preparation of CAD drawings and geo-referenced alignments used within the

PROJECT MANAGEMENT AND COORDINATION                                01 31 00 - 3

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

Attachments of the SOW, will be provided by the COR for Contractor's use during design and construction.

1. Digital data files may be used by Contractor in preparing final design drawings, Shop Drawings, and Project Record Drawings.

2. The Government makes no representations as to the accuracy or completeness of CAD and/or geo-referenced alignment files as they relate to preparation of the Contract Drawings.

3. The following CAD and geo-referenced alignments files will be furnished for the Contractor's use:

   a. Tactical Infrastructure Design Standards details relating to road and gate construction.
   b. Geo-referenced alignment files in KMZ format.

B. Web-Based Project Management Software Package: Provide, administer, and use Contractor's web-based Project management software package for purposes of hosting and managing Project communication and documentation until Final Completion. The Contractor's web-based project management software shall be fully functional and accessible to CBP and CBP designated personnel within 10 working days of Phase 1 NTP.

1. Web-based Project management software includes, at a minimum, the following features:

   a. Compilation of Project data, including Contractor, subcontractors, COR, Government, and other entities involved in Project. Include names of individuals and contact information.
   b. Access control for each entity for each workflow process, to determine entity's digital rights to create, modify, view, and print documents.
   c. Document workflow planning, allowing customization of workflow between project entities.
   d. Creation, logging, tracking, and notification for Project communications required in other Specification Sections, including, but not limited to, RFIs, submittals, Minor Changes in the Work, Construction Change Directives, and Change Orders.
   e. Track status of each Project communication in real time, and log time and date when responses are provided.
   f. Procedures for handling PDFs or similar file formats, allowing markups by each entity. Provide security features to lock markups against changes once submitted.
   g. Processing and tracking of payment applications.
   h. Processing and tracking of contract modifications.
   i. Creating and distributing meeting minutes.
   j. Document management for Drawings, Specifications, and coordination drawings, including revision control. Software shall have the capability of transferring file sizes of up to 3-gigabytes.
   k. Management of construction progress photographs.
   l. Mobile device compatibility, including smartphones and tablets.

2. Contractor shall provide up to fifteen Project management software user licenses, if licensing is required, for use by COR and staff. Provide up to eight hours of software training at Contractor temporary facilities or other location approved by the COR for web-based Project software users including, but not limited to, CBP

PROJECT MANAGEMENT AND COORDINATION                                     01 31 00 - 4

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

and other government agencies. The Contractor may choose to include Contractor key staff and Contractor sub-consultants requiring access during the same training session.

3. At completion of Project, provide digital archive in format that is readable by common desktop software applications in format acceptable to COR. Provide data in locked format to prevent further changes.

4. Provide **one of** the following Project management software packages under their current published licensing agreements that meet the criteria above for project management:

   a. Procore Technologies, Inc.
   b. Autodesk; Constructware.
   c. Corecon Technologies, Inc.
   d. Meridian Systems; Prolog.
   e. Newforma, Inc.

C. PDF Document Preparation: Where PDFs are required to be submitted to COR, prepare as follows:

1. Assemble complete submittal package into a single indexed file, incorporating submittal requirements of a single Specification Section and transmittal form with links enabling navigation to each item.

2. Name file with submittal number or other unique identifier, including revision identifier.

3. Certifications: Where digitally submitted certificates and certifications are required, provide a digital signature with digital certificate on where indicated.

## 1.7    PROJECT MEETINGS

A. General: The Contractor shall schedule and conduct all meetings. All meetings shall be virtual, unless otherwise noted, using a platform capable of screen sharing with video and audio features. Specific meeting timing and platform to be determined following Phase 1 NTP and agreeable to both the Contractor and the COR.

1. Attendees: Inform participants and others involved, and individuals whose presence is required, of date and time of each meeting. Notify COR of scheduled meeting dates and times a minimum of ten working days prior to individual meeting date or for first date of recurring meetings.

2. Agenda: Prepare the meeting agenda. Distribute the agenda to all invited attendees.

3. Minutes: The Contractor shall record significant discussions and agreements achieved. The meeting minutes shall be distributed by the Contractor to everyone concerned, including Government and COR within three working days of the meeting.

B. Phase 1 NTP Meeting: The COR will schedule a Phase 1 NTP meeting before the start of any work, at a time convenient to COR and Contractor, but no later than 15 working days after execution of the contract. The meeting will be conducted by COR with input from the Contractor.

1. Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, and major subcontractors and/or suppliers as deemed

PROJECT MANAGEMENT AND COORDINATION                                    01 31 00 - 5

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

necessary by the Contractor shall attend the meeting.

2. Agenda: The meeting shall cover the following items of significance to be discussed and acknowledged by the Contractor, including but not limited to the following:

   a. Responsibilities and personnel assignments.
   b. Design, environmental and real estate requirements.
   c. Designation of key personnel and their duties.
   d. Lines of communications.
   e. Use of web-based Project software.
   f. Procedures for RFIs.
   g. Procedures for submittals
   h. Procedures for processing Applications for Payment.
   i. Use of the site.
   j. Security procedures and Contractor personnel vetting.

3. Minutes: Contractor shall record and distribute meeting minutes.

C. Design Comment Resolution Meetings: Contractor will schedule and conduct design comment resolution meetings following each design submittal review period.

1. Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, major subcontractors and/or suppliers as deemed necessary by the Contractor, and project stakeholders identified by the COR shall attend the meeting.

2. Agenda: Review comments and Contractor proposed resolution for each design submittal package. Discuss items of significance that could affect or delay further design of the project.

3. Minutes: Contractor shall record and distribute meeting minutes.

D. Pre-Construction Meeting: Prior to start of construction, a pre-construction meeting will be scheduled by the COR. The pre-construction meeting shall be an in-person meeting at a location agreeable to the Contractor and the COR.

1. Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, and major subcontractors and/or suppliers as deemed necessary by the Contractor shall attend the meeting.

2. Agenda: Review status of all pre-construction submittals. Any pre-construction submittals submitted for review prior to the pre-construction meeting may be accepted or accepted with comments at the meeting. In addition, the following items shall be presented by the Contractor:

   a. Construction Phasing.
   b. Critical work sequencing and long lead items.
   c. Designation of key personnel and their duties.
   d. Lines of communications.
   e. Use of web-based Project software.
   f. Procedures for processing field decisions and Change Orders.
   g. Procedures for RFIs.
   h. Procedures for processing Applications for Payment.
   i. Distribution of the Contract Documents.
   j. Submittal procedures.
   k. Preparation of Record Documents.

      l. Work restrictions.
      m. Working hours.
      n. Responsibility for temporary facilities and controls.
      o. Procedures for disruptions and shutdowns.
      p. Construction waste management and recycling.
      q. Parking availability.
      r. Equipment deliveries and priorities.
      s. Safety requirements
      t. Construction quality control including testing and inspection procedures.
      u. Site Security

3. Minutes: Contractor shall record and distribute meeting minutes.

E. Project Closeout Meeting: Contractor will schedule and conduct a project closeout meeting, at a time convenient to COR, but at least 60 calendar days prior to the scheduled date of Substantial Completion.

  1. Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, and major subcontractors and/or suppliers as deemed necessary by the Contractor shall attend the meeting.

  2. Agenda: Discuss items of significance that could affect or delay Project closeout, including the following:

    a. Preparation of Record Documents.
    b. Procedures required prior to inspection for Substantial Completion and for final inspection for acceptance.
    c. Procedures for completing and archiving web-based Project software site data files.
    d. Requirements for preparing maintenance manuals.
    e. Preparation of Contractor's punch list.
    f. Final Warranty Management Plan
    g. Submittal procedures.
    h. Responsibility for removing temporary facilities and controls.

  3. Minutes: Contractor shall record and distribute meeting minutes.

F. Progress Meetings: Contractor will conduct progress meetings at weekly intervals.

  1. Attendees: COR and COR designated CBP staff, US Border Patrol representative, Contractor key personnel, major subcontractors and/or suppliers as deemed necessary by the Contractor, and project stakeholders identified by the COR shall attend the meeting.

  2. Agenda: Review and approve minutes of previous progress meeting. Review other items of significance that could affect progress. Review payment requests, when applicable. Include topics for discussion as appropriate to status of Project.

    a. Contractor's Three Week Look Ahead Schedule: Prior to each weekly meeting, the Contractor shall provide the COR with a three week look ahead schedule of planned activities.
    b. Preliminary/Baseline Schedule: Review progress since the last meeting. Determine whether each activity is on time, ahead of schedule, or behind schedule. Determine how activities behind schedule will be expedited; secure commitments from parties involved to do so. Discuss whether schedule revisions are required to ensure that current and subsequent activities will be completed within the Contract Time.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

      c.  Review present and future needs of each entity present, including the following:

          1)  Design progression and status
          2)  Sequence of operations.
          3)  Status of submittals.
          4)  Deliveries.
          5)  Off-site fabrication.
          6)  Access.
          7)  Site use.
          8)  Temporary facilities and controls.
          9)  Quality and work standards.
          10) Status of correction of deficient items.
          11) Field observations.
          12) Status of RFIs.
          13) Status of Proposal Requests.
          14) Pending changes.
          15) Status of Change Orders.
          16) Pending claims and disputes.
          17) Documentation of information for payment requests.

   3.  Minutes: Contractor shall record and distribute meeting minutes.

      a.  Schedule Updating: Revise Contractor's construction schedule after any modification that adds or deletes days of the performance period.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 32 00**

**PROJECT SCHEDULE**

## PART 1 - GENERAL

### 1.1    SUMMARY

A.  Section includes administrative and procedural requirements for documenting the progress of construction during performance of the Work, including the following:

1.  Preliminary project schedule.

2.  Baseline Project Schedule.

3.  Construction schedule updating reports.

4.  Daily construction reports.

5.  Site condition reports.

6.  Unusual event reports.

7.  Progress Schedule

### 1.2    DEFINITIONS

A.  Activity: A discrete part of a project that can be identified for planning, scheduling, monitoring, and controlling the construction Project. Activities included in a construction schedule consume time and resources.

1.  Critical Activity: An activity on the critical path that must start and finish on the planned early start and finish times.

2.  Predecessor Activity: An activity that precedes another activity in the network.

3.  Successor Activity: An activity that follows another activity in the network.

B.  Cost Loading: The allocation of the schedule of values for completing an activity as scheduled. The sum of costs for all activities must equal the total Contract Sum.

C.  CPM: Critical path method, which is a method of planning and scheduling a construction project where activities are arranged based on activity relationships. Network calculations determine the critical path of Project and when activities can be performed.

D.  Critical Path: The longest connected chain of interdependent activities through the network schedule that establishes the minimum overall Project duration and contains no float.

E.  Event: The starting or ending point of an activity.

F.  Float: The Contractor shall show a schedule that uses the full performance period.

1.  Float time is not for the exclusive use or benefit of either Government or Contractor, but is a jointly owned, expiring Project resource available to both parties as needed to meet schedule milestones and Contract completion date. NOTE: The Progress Schedule will reflect the full period of performance timeframe.

PROJECT SCHEDULE                                                                                      01 32 00 - 1

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

G.  Resource Loading: The allocation of manpower and equipment necessary for completing an activity as scheduled.

H.  Design Package: Grouping of project areas of design identified by the Contractor as part the Summary Section Design After Award requirements.

## 1.3    ACTION SUBMITTALS

A.  Format for Submittals: Submittals shall be provided as working electronic copy of schedule file and as PDF.

B.  Preliminary Project Schedule.

1.  Schedule: Submit preliminary CPM project schedule no later than 10 working days following Phase 1 NTP. The COR and PM will review the Contractor's proposed preliminary schedule and return comments to the Contractor. The Contractor shall resubmit the proposed baseline schedule to the COR and PM withing 5 working days of receipt of comments. Once the COR and PM are satisfied that the Contractor's proposed preliminary schedule meets the contract requirements, the COR will approve the preliminary schedule.

2.  Preparation: Indicate each significant design and construction activity separately. Identify first workday of each week with a continuous vertical line. Outline all design activities and progression of all design package(s). Outline construction activities for first **60** calendar days of construction for each design package. Include skeleton diagram for the remainder of the Work. Indicate cash requirement prediction based on indicated activities.

3.  Network Diagram: Of size required to display entire network for entire design and construction period indicated. Show logic ties for activities.

C.  Baseline Project Schedule: CPM schedule, of size required to display entire schedule for entire construction period.

1.  Schedule: Submit a comprehensive, fully developed CPM Baseline Project Schedule as part of the pre-construction submittals. The Contractor's proposed baseline schedule for construction of each design package shall be submitted concurrent with the 100% design package submittal. The COR and PM will review the Contractor's proposed baseline schedule within the Government review duration provided for the 100% design package submittal and provide comments to the Contractor. The Contractor shall resubmit the proposed baseline schedule for construction of the design package within 5 working days after receipt comments. Once the COR and PM are satisfied that the Contractor's proposed baseline schedule meets the contract requirements, the COR will approve the baseline schedule for construction the associated design package.

2.  Preparation: Indicate each significant construction activity separately. Identify first workday of each week with a continuous vertical line. Include any remaining design activities. Outline construction activities for the duration of construction including closeout activities. Indicate cash requirement prediction based on indicated activities.
3.  Network Diagram: Of size required to display entire network for any remaining design period and full construction period. Show logic ties for activities.

D.  CPM Reports: Concurrent with CPM schedule, submit each of the following reports.

PROJECT SCHEDULE                                                                  01 32 00 - 2

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

Format for each activity in reports shall contain activity number, activity description, cost and resource loading, original duration, remaining duration, early start date, early finish date, late start date, late finish date, and total float in calendar days.

1. Activity Report: List of activities sorted by activity number and then early start date, or actual start date if known.

2. Logic Report: List of preceding and succeeding activities for each activity, sorted in ascending order by activity number and then by early start date, or actual start date if known.

3. Total Float Report: List of activities sorted in ascending order of total float.

4. Earnings Report: Compilation of Contractor's total earnings from the Notice to Proceed until most recent Application for Payment.

E. Baseline Schedule Updating Reports: Submit with Applications for Payment.

F. The Contractor shall designate one Project Scheduler to be responsible for the preparation of the schedule and all required updating and production of reports. The Project Scheduler shall have a minimum of 5-years of experience scheduling design-build construction projects and has served as the project scheduler on at least two design-build construction projects with construction cost of $5-million, or more, using scheduling software. Representative must have a comprehensive knowledge of CPM scheduling principles and application. The project manager may serve as the project schedule.

## 1.4    INFORMATIVE SUBMITTALS

A. Daily Construction Reports: Submit daily highlights of construction activities within 1 working day following each day's work.

B. Site Condition Reports: Submit within 1 working day of discovery of differing conditions.

C. Unusual Event Reports: Submit within 1 working of the unusual event.

D. See Paragraph 1.8 Reports for additional information.

## 1.5    QUALITY ASSURANCE

A. Prescheduling Meeting: Conduct a virtual meeting no later than 5 working days following Phase 1 NTP. At a minimum, the Contractor shall include the project manager, superintendent and project scheduler in the prescheduling meeting. Review methods and procedures related to the preliminary project schedule and Baseline Project Schedule, including, but not limited to, the following:

1. Review software limitations and content and format for reports.

2. Verify availability of qualified personnel needed to develop and update schedule.

3. Discuss constraints, including phasing, work stages, area separations, and interim milestones.

4. Review submittal requirements and procedures.

5. Review time required for review of submittals and resubmittals.

PROJECT SCHEDULE                                                        01 32 00 - 3

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

6.    Review requirements for tests and inspections by independent testing and inspecting agencies.

7.    Review time required for Project closeout.

8.    Review and finalize list of construction activities to be included in schedule.

9.    Review procedures for updating schedule.

## 1.6    SCHEDULE REQUIREMENTS

A.    Computer Scheduling Software: Prepare schedules using current version of a program that has been developed specifically to manage construction schedules using the critical path method.

1.    Use Microsoft Project, Primavera, Meridian Prolog, scheduling component of Project management software package specified in Section 01 31 00 "Project Management and Coordination," for current Windows operating system.

2.    See Paragraph 1.7 of this Section for CPM requirements.

B.    Project Scheduler:

1.    Project Scheduler shall attend all meetings related to Project progress, alleged delays, and time impact.

C.    Time Frame: Extend schedule from date established for Notice to Proceed to date of Final Completion.

1.    Contract completion date shall not be changed by submission of a schedule that shows an early completion date, unless specifically authorized by Change Order.

D.    Activities: Comply with the following minimum requirements for activities:

1.    Procurement Activities: Include procurement process activities for long lead-time items and major items, requiring a cycle of more than 60 days, as separate activities in schedule. Procurement cycle activities include, but are not limited to, submittals, approvals, purchasing, fabrication, and delivery.

2.    Submittal Review Time: Include review and resubmittal times indicated in Section 01 33 00 "Submittal Procedures" in schedule. Coordinate submittal review times in Contractor's Construction Schedule with submittal schedule.

3.    Startup and Testing Time: Include no fewer than **15** calendar days for startup and testing.

4.    Substantial Completion: Indicate completion in advance of date established for Substantial Completion and allow time for COR's administrative procedures necessary for certification of Substantial Completion.

5.    Punch List and Final Completion: Include not more than **30** calendar days for completion of punch list items and Final Completion.

E.    Constraints: Include constraints and work restrictions indicated in the Contract Documents and as follows in schedule and show how the sequence of the Work is affected.

1.    Phasing: Arrange list of activities on schedule by phase.

2.    Procurement Activities: Include long lead delivery dates. Stipulate the earliest

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

possible delivery date.

3.  Work Stages: Indicate important stages of construction for each major portion of the Work, including, but not limited to, the following:

    a.  Design
    b.  Submittals.
    c.  Temporary Facilities
    d.  Fabrication.
    e.  Deliveries.
    f.  Installation.
    g.  Tests and inspections.
    h.  Adjusting.
    i.  Project close out

4.  Construction Areas: Identify each major area of construction for each major portion of the Work. Indicate where each construction activity within a major area must be sequenced or integrated with other construction activities to provide for the following:

    a.  Initial Punch List
    b.  Final Punch List
    c.  Substantial Completion.

F.  Milestones: Include milestones indicated in the Contract Documents in schedule, including, but not limited to, the Notice to Proceed, Substantial Completion, and Final Completion. If separate design packages are developed, indicate milestones for each package.

G.  Cost Correlation: Superimpose a cost correlation timeline, indicating planned and actual costs. On the line, show planned and actual dollar volume of the Work performed as of planned and actual dates used for preparation of payment requests.

H.  Upcoming Work Summary: Prepare summary report indicating activities scheduled to occur or commence prior to submittal of next schedule update. Summarize the following issues:

    1.  Unresolved issues.

    2.  Unanswered Requests for Information.

    3.  Rejected or unreturned submittals.

    4.  Notations on returned submittals.

    5.  Pending modifications affecting the Work and the Contract Time.

I.  Project Schedule Updating: At monthly intervals, update schedule to reflect actual construction progress and activities. Issue schedule one week before each regularly scheduled progress meeting.

    1.  Revise schedule immediately after each meeting or other activity where revisions have been recognized or made. Issue updated schedule concurrently with the report of each such meeting.
    2.  Include a report with updated schedule that indicates every change, including, but not limited to, changes in logic, durations, actual starts and finishes, and activity durations.

PROJECT SCHEDULE

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

3.  As the Work progresses, indicate Final Completion percentage for each activity.

J.  Distribution: Distribute copies of approved preliminary and baseline project schedule to COR, separate contractors, testing and inspecting agencies, and other parties identified by Contractor with a need-to-know schedule responsibility.

1.  Post copies in Project meeting rooms and temporary field offices.

2.  When revisions are made, distribute updated schedules to the same parties and post in the same locations. Delete parties from distribution when they have completed their assigned portion of the Work and are no longer involved in performance of construction activities.

## 1.7    CPM REQUIREMENTS

A.  Prepare network diagrams using AON (activity-on-node) format.

B.  Prepare a list of all activities required to complete the Work. Using the startup network diagram, prepare a skeleton network to identify probable critical paths.

1.  Activities: Indicate the estimated time duration, sequence requirements, and relationship of each activity in relation to other activities.

2.  Use "one workday" as the unit of time for individual activities. Indicate nonworking days and holidays incorporated into the schedule to coordinate with the Contract Time.

3.  Critical Path Activities: Identify critical path activities, including those for interim completion dates. Scheduled start and completion dates shall be consistent with Contract milestone dates.

4.  Processing: Process data to produce output data on a computer-drawn, time-scaled network. Revise data, reorganize activity sequences, and reproduce as often as necessary to produce the CPM schedule within the limitations of the Contract Time.

5.  Format: Mark the critical path. Locate the critical path near center of network; locate paths with most float near the edges. Subnetworks on separate sheets are permissible for activities clearly of the critical path.

6.  Cost and Resource-Loading of CPM Schedule: Assign cost to construction activities on the CPM schedule. Do not assign costs to submittal activities. Obtain COR's approval prior to assigning costs to fabrication and delivery activities. Assign costs under main subcontracts for testing and commissioning activities, maintenance manuals, punch list activities, Project record documents, sustainable design documentation, and demonstration and training (if applicable), in the amount of 5 percent of the Contract Sum. Each activity cost shall reflect an appropriate value subject to approval by COR and the total cost assigned to activities shall equal the total Contract Sum.

C.  Contract Modifications: For each proposed contract modification and concurrent with its submission, prepare a time-impact analysis using a network fragment to demonstrate the effect of the proposed change on the Baseline Project schedule.

D.  Initial Issue of Schedule: Prepare preliminary network diagram from a sorted activity list indicating straight "early start-total float." Identify critical activities. Prepare tabulated reports showing the following:

PROJECT SCHEDULE                                                      01 32 00 - 6

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

1. Contractor or subcontractor and the Work or activity.

2. Description of activity.

3. Main events of activity.

4. Immediately preceding and succeeding activities.

5. Early and late start dates.

6. Early and late finish dates.

7. Activity duration in workdays.

8. Total float or slack time.

9. Average size of workforce.

10. Dollar value of activity (coordinated with the schedule of values).

E.     Schedule Updating: Concurrent with making revisions to schedule, prepare tabulated reports showing the following:

1. Identification of activities that have changed.

2. Changes in early and late start dates.

3. Changes in early and late finish dates.

4. Changes in activity durations in workdays.

5. Changes in the critical path.

6. Changes in total float or slack time.

7. Changes in the Contract Time.

F.     Value Summaries: Prepare two cumulative value lists, sorted by finish dates.

1. In first list, tabulate activity number, early finish date, dollar value, and cumulative dollar value.

2. In second list, tabulate activity number, late finish date, dollar value, and cumulative dollar value.

3. In subsequent issues of both lists, substitute actual finish dates for activities completed as of list date.

4. Prepare list for ease of comparison with payment requests, coordinate timing with progress meetings.

   a. In both value summary lists, tabulate "actual percent complete" and "cumulative value completed" with total at bottom.

   b. Submit value summary printouts one week before each regularly scheduled progress meeting.

## 1.8    REPORTS

A. Daily Construction Reports: Prepare a daily construction report recording the following information concerning events at Project site:

1. List of subcontractors at Project site.

2. List of separate contractors at Project site.

PROJECT SCHEDULE                                                                01 32 00 - 7

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

   3.  Approximate count of personnel at Project site.

   4.  Equipment at Project site.

   5.  Material deliveries.

   6.  High and low temperatures and general weather conditions, including presence of rain or snow.

   7.  Testing and inspection.

   8.  Accidents.

   9.  Meetings and significant decisions.

   10.  Unusual events.

   11.  Stoppages, delays, shortages, and losses.

   12.  Meter readings and similar recordings.

   13.  Emergency procedures.

   14.  Orders and requests of authorities having jurisdiction.

   15.  Change Orders received and implemented.

   16.  Construction Change Directives received and implemented.

   17.  Services connected and disconnected.

   18.  Equipment or system tests and startups.

   19.  Partial completions and occupancies.

   20.  Substantial Completions authorized.

   B.  Site Condition Reports: Upon discovery of a difference between site conditions and the Contract Documents, prepare and submit a detailed report. Submit with a Request for Information. Include a detailed description of the differing conditions, together with recommendations for changing the Contract Documents.

   C.  Unusual Event Reports: When an event of an unusual and significant nature occurs at Project site, whether or not related directly to the Work, prepare and submit a special report. List chain of events, persons participating, responses by Contractor's personnel, evaluation of results or effects, and similar pertinent information. Advise Government in advance when these events are known or predictable.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

PROJECT SCHEDULE                                                                01 32 00 - 8

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 32 33

## PHOTOGRAPHIC DOCUMENTATION

## PART 1 - GENERAL

### 1.1    SUMMARY

A.    Section includes administrative and procedural requirements for the following:

1.    Preconstruction photographs

2.    Periodic construction photographs.

3.    Final Completion construction photographs.

### 1.2    INFORMATIONAL SUBMITTALS

A.    Digital Photographs: Submit image files at the end of each work week.

1.    Submit photos by uploading to web-based Project management software site. Include copy of key plan indicating each photograph's location and direction.

2.    Identification: Provide the following information with each image description in web-based Project management software site:

   a.    Name of Project.
   b.    Name of COR
   c.    Name of Contractor.
   d.    Date photograph was taken.
   e.    Description of location, vantage point, and direction.

### 1.3    FORMATS AND MEDIA

A.    Digital Photographs: Provide color images in JPG format, produced by a digital camera with minimum sensor size of **12** megapixels, and at an image resolution of not less than **3200 by 2400** pixels**,** and with vibration-reduction technology. Use flash in low light levels or backlit conditions.

B.    Digital Images: Submit digital media as originally recorded in the digital camera, without alteration, manipulation, editing, or modifications using image-editing software.

C.    Metadata: Record accurate date and time and GPS (in decimal degrees) location data from camera.

D.    File Names: Name media files with information noted above and sequential numbering

### 1.4    CONSTRUCTION PHOTOGRAPHS

A.    General: Take photographs with maximum depth of field and in focus.

1.    Maintain key plan with each set of construction photographs that identifies each photographic location.

B.    Preconstruction Photographs: Before commencement of the Work, take photographs of Project site and surrounding properties, including existing items to remain during

PHOTOGRAPHIC DOCUMENTATION                                           01 32 33 - 1

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

construction, from different vantage points, as directed by COR.

1. Flag excavation areas, and construction limits before taking construction photographs.

2. Take photographs at most on half-mile intervals, at challenging terrain and crossings to show existing conditions adjacent to property before starting the Work.

3. Take photographs of existing buildings either on or adjoining property, to accurately record physical conditions at start of construction.

C. Periodic Construction Photographs: Take a minimum of 20 photographs weekly. Select vantage points to show status of construction and progress since last photographs were taken.

D. Final Completion Construction Photographs: Take a minimum of 50 photographs after date of Completion for submission as Project Record Documents. COR will inform photographer of desired vantage points.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 33 00**


**PRE-CONSTRUCTION & CONSTRUCTION SUBMITTALS**


**PART 1 - GENERAL**

**1.1    SUMMARY**

A.   Section Includes:

1.   Submittal requirements.

2.   Administrative and procedural requirements for submittals.

**1.2    DEFINITIONS**

A.   Action Submittals: Written and graphic information and physical samples that require COR's responsive action. Action submittals are those submittals indicated in individual Specification Sections as "action submittals."

B.   Informational Submittals: Written and graphic information and physical samples that do not require COR's responsive action. Submittals may be rejected for not complying with requirements. Informational submittals are those submittals indicated in individual Specification Sections as "informational submittals."

C.   Pre-Construction Submittals: All submittals to be developed by the Contractor during the design phase as defined in paragraph 1.7 of this Section. Pre-construction submittals are required to be submitted by the Contractor with 100% design phase submittal(s) and be in approved status prior to release of construction NTP(s) for any area of work, including FT work.

D.   Construction Submittals: All submittals developed by the Contractor during the construction phase as defined in paragraph 1.6 of this Section showing details of materials to be used in fabrication and construction that demonstrate compliance with IFC documents.

**1.3    ACTION SUBMITTALS**

A.   Submittal Register: Submit a list of submittals, arranged in chronological order by dates required by construction schedule. Include time required for review, ordering, manufacturing, fabrication, and delivery when establishing dates. Include additional time required for making corrections or revisions to submittals noted by COR and additional time for handling and reviewing submittals required by those corrections.

1.   Coordinate submittals register with list of subcontracts, the schedule of values, and Contractor's construction schedule.

2.   Initial Submittal Register: Submit at least 5 working days prior to the pre-construction meeting. Include all pre-construction submittals identified within this Section in paragraph 1.7 and construction submittals required within a minimum of the first 60 calendar days of construction. List those submittals required to maintain orderly progress of the Work and those required early because of long lead time for manufacture or fabrication.

SUBMITTAL PROCEDURES                                                    01 33 00 - 1

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

3. Final Submittal Register: Submit concurrently with the first complete submittal of Contractor's construction schedule.

    a. Submit revised submittal registers as required to reflect changes in current status and timing for submittals. Provide updated Submittal Register at weekly meetings.

4. Format: Arrange the following information in a tabular format:

    a. Scheduled date for first submittal.
    b. Specification Section number and title.
    c. Submittal Category: Action; informational.
    d. Name of subcontractor.
    e. Description of the Work covered.
    f. Scheduled date for COR final release or approval.
    g. Scheduled dates for purchasing.
    h. Scheduled date of fabrication.
    i. Scheduled dates for installation.
    j. Activity or event number.

A. Pre-Construction Submittals

B. Construction Submittals

## 1.4 PRE-CONSTRUCTION & CONSTRUCTION SUBMITTAL FORMATS

A. Submittal Information: Include the following information in each submittal:

1. Project name.

2. Date.

3. Name of COR

4. Name of Contractor.

5. Name of firm or entity that prepared submittal.

6. Names of subcontractor, manufacturer, and supplier.

7. Unique submittal number, including revision identifier. Include Specification Section number with sequential alphanumeric identifier and alphanumeric suffix for resubmittals.

8. Category and type of submittal.

9. Submittal purpose and description.

10. Number and title of Specification Section, with paragraph number and generic name for each of multiple items.

11. Drawing number and detail references, as appropriate.

12. Indication of full or partial submittal.

13. Location(s) where product is to be installed, as appropriate.

14. Other necessary identification.

15. Remarks.

16. Signature of transmitter.

SUBMITTAL PROCEDURES                                      01 33 00 - 2

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

B.  Options: Identify options requiring selection by COR.

C.  Deviations and Additional Information: On each submittal, clearly indicate deviations from requirements in the Contract Documents, including minor variations and limitations; include relevant additional information and revisions. Indicate by highlighting on each submittal or noting on attached separate sheet.

D.  Format:

1.  Place a permanent label or title block on each submittal item for identification; include name of firm or entity that prepared submittal.

2.  Provide a space approximately **6 by 8 inches** on label or beside title block to record Contractor's review and approval markings and action taken by the Contracting Office.

3.  All submittals shall be electronic.

E.  Electronic Submittals: Prepare submittals as PDF package, incorporating complete information into each PDF file. Name PDF file with submittal number.

F.  Submittals Utilizing Web-Based Project Software: Prepare submittals as PDF files or other format indicated by Project management software.

1.5    **PRE-CONSTRUCTION & CONSTRUCTION SUBMITTAL PROCEDURES**

A.  The Contractor shall be responsible for document control of all submittals throughout the construction process through use of the web-based Project Management Software.

B.  Prepare and submit submittals required by individual Specification Sections. Types of submittals are indicated in individual Specification Sections.

1.  Web-Based Project Management Software: Prepare submittals in PDF form, and upload to web-based Project management software website. Enter required data in web-based software site to fully identify submittal.

2.  All construction submittals shall be marked and signed as approved by the Contractor's DOR prior to submitting to CBP.

C.  Coordination: Coordinate preparation and processing of submittals with performance of construction activities.

1.  Coordinate each submittal with fabrication, purchasing, testing, delivery, other submittals, and related activities that require sequential activity.

2.  Submit all submittal items required for each Specification Section concurrently unless partial submittals for portions of the Work are indicated on approved submittal schedule.

3.  Submit action submittals and informational submittals required by the same Specification Section as separate packages under separate transmittals.

4.  Coordinate transmittal of submittals for related parts of the Work specified in different Sections, so processing will not be delayed because of need to review submittals concurrently for coordination.

a.  COR reserves the right to withhold action on a submittal requiring coordination with other submittals until related submittals are received.

SUBMITTAL PROCEDURES                                                                                    01 33 00 - 3

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

D.  Processing Time: Allow time for submittal review, including time for resubmittals, as follows. Time for review shall commence on COR's receipt of submittal. No extension of the Contract Time will be authorized because of failure to transmit submittals enough in advance of the Work to permit processing, including resubmittals.

1.  Initial Review: Allow 10 working days for initial review of each pre-construction and construction submittal. Allow additional time if coordination with subsequent submittals is required. COR will advise Contractor when a submittal being processed must be delayed for coordination.

2.  Contractor Re-submittal: If re-submittals are required due to COR response on initial review, the Contractor shall provide resubmittals within 10 working days of Government response to initial review.

3.  Resubmittal Review: Allow 5 working days for review of each resubmittal.

4.  Sequential Review: Where sequential review of submittals by COR's consultants, or other parties is indicated, allow 10 calendar days for initial review of each submittal.

5.  Concurrent Consultant Review: Where the Contract Documents indicate that submittals may be transmitted simultaneously to COR, allow 10 working days for review of each submittal.

E.  Resubmittals: Make resubmittals in same form and number of copies as initial submittal.

1.  Include an "alpha" at the end of each submittal number to indication resubmittal

2.  Note date and content of previous submittal.

3.  Note date and content of revision in label or title block, and clearly indicate extent of revision.

4.  Resubmit submittals until they are marked with approval notation from COR's action stamp.

F.  Distribution: Upload PDF copies of final submittals to project management software. Show distribution on transmittal forms.

G.  Use for Construction: Retain complete copies of submittals on Project site. Use only final action submittals that are marked with approval notation from Contracting Office action stamp.

## 1.6    CONSTRUCTION SUBMITTAL REQUIREMENTS

A.  Product Data: Collect information into a single submittal for each element of construction and type of product or equipment.

1.  If information must be specially prepared for submittal because standard published data are unsuitable for use, submit as Shop Drawings, not as Product Data.

2.  Mark each copy of each submittal to show which products and options are applicable.

3.  Include the following information, as applicable:

a.  Manufacturer's catalog cuts.
b.  Manufacturer's product specifications.
c.  Standard color charts.
d.  Statement of compliance with specified referenced standards.

SUBMITTAL PROCEDURES                                                          01 33 00 - 4

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

  e. Testing by recognized testing agency.

  f. Application of testing agency labels and seals.

  g. Notation of coordination requirements.

  h. Availability and delivery time information.

 4. For equipment, include the following in addition to the above, as applicable:

  a. Wiring diagrams that show factory-installed wiring.

  b. Printed performance curves.

  c. Operational range diagrams.

  d. Clearances required to other construction, if not indicated on accompanying Shop Drawings.

 5. Submit Product Data before Shop Drawings, and before or concurrently with Samples.

B. Shop Drawings: Prepare Project-specific information, drawn accurately to scale. Do not base Shop Drawings on reproductions of the Contract Documents or standard printed data unless submittal based on digital data drawing files is otherwise permitted.

 1. Preparation: Fully illustrate requirements in the Contract Documents. Include the following information, as applicable:

  a. Identification of products.

  b. Schedules.

  c. Compliance with specified standards.

  d. Notation of coordination requirements.

  e. Notation of dimensions established by field measurement.

  f. Relationship and attachment to adjoining construction clearly indicated.

  g. Seal and signature of professional engineer if specified.

C. Samples: Submit Samples for review of type, color, pattern, and texture for a check of these characteristics with other materials.

 1. Transmit Samples that contain multiple, related components, such as accessories together in one submittal package.

 2. Identification: Permanently attach label on unexposed side of Samples that includes the following:

  a. Project name and submittal number.

  b. Generic description of Sample.

  c. Product name and name of manufacturer.

  d. Sample source.

  e. Number and title of applicable Specification Section.

  f. Specification paragraph number and generic name of each item.

 3. Disposition: Maintain sets of approved Samples at Project site, available for quality-control comparisons throughout the course of construction activity. Sample sets may be used to determine final acceptance of construction associated with each set.

  a. Samples that may be incorporated into the Work are indicated in individual Specification Sections. Such Samples must be in an undamaged condition at time of use.

  b. Samples not incorporated into the Work, or otherwise designated as Government's property, are the property of Contractor.

SUBMITTAL PROCEDURES              01 33 00 - 5

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

D. Product Schedule: As required in individual Specification Sections, prepare a written summary indicating types of products required for the Work and their intended location. Include the following information in tabular form:

1. Type of product. Include unique identifier for each product indicated in the Design or assigned by Contractor if none is indicated.

2. Manufacturer and product name, and model number if applicable.

3. Location of Installation.

E. Qualification Data: Prepare written information that demonstrates capabilities and experience of firm or person. Include lists of completed projects with project names and addresses, contact information of CORs, and other information specified.

F. Design Data: Prepare and submit written and graphic information indicating compliance with indicated performance and design criteria in individual Specification Sections. Include list of assumptions and summary of loads. Include load diagrams if applicable. Provide name and version of software, if any, used for calculations. Number each page of submittal.

G. Certificates:

1. Certificates and Certifications Submittals: Submit a statement that includes signature of entity responsible for preparing certification. Certificates and certifications shall be signed by an officer or other individual authorized to sign documents on behalf of that entity. Provide a notarized signature where indicated.

2. Installer Certificates: Submit written statements on manufacturer's letterhead, certifying that Installer complies with requirements in the Contract Documents and, where required, is authorized by manufacturer for this specific Project.

3. Manufacturer Certificates: Submit written statements on manufacturer's letterhead, certifying that manufacturer complies with requirements in the Contract Documents. Include evidence of manufacturing experience where required.

4. Material Certificates: Submit written statements on manufacturer's letterhead, certifying that material complies with requirements in the Contract Documents.

5. Product Certificates: Submit written statements on manufacturer's letterhead, certifying that product complies with requirements in the Contract Documents.

6. Welding Certificates: Prepare written certification that welding procedures and personnel comply with requirements in the Contract Documents. Submit record of AWS B2.1/B2.1M on AWS forms. Include names of firms and personnel certified.

H. Test and Research Reports:

1. Compatibility Test Reports: Submit reports written by a qualified testing agency, on testing agency's standard form, indicating and interpreting results of compatibility tests performed before installation of product. Include written recommendations for substrate preparation and primers required.

2. Field Test Reports: Submit written reports indicating and interpreting results of field tests performed either during installation of product or after product is installed in its final location, for compliance with requirements in the Contract Documents.

3. Material Test Reports: Submit reports written by a qualified testing agency, on testing agency's standard form, indicating and interpreting test results of material

SUBMITTAL PROCEDURES                                                            01 33 00 - 6

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

for compliance with requirements in the Contract Documents.

4. Preconstruction Test Reports: Submit reports written by a qualified testing agency, on testing agency's standard form, indicating and interpreting results of tests performed before installation of product, for compliance with performance requirements in the Contract Documents.

5. Product Test Reports: Submit written reports indicating that current product produced by manufacturer complies with requirements in the Contract Documents. Base reports on evaluation of tests performed by manufacturer and witnessed by a qualified testing agency, or on comprehensive tests performed by a qualified testing agency.

6. Research Reports: Submit written evidence, from a model code organization acceptable to authorities having jurisdiction, that product complies with building code in effect for Project. Include the following information:

   a. Name of evaluation organization.
   b. Date of evaluation.
   c. Time period when report is in effect.
   d. Product and manufacturers' names.
   e. Description of product.
   f. Test procedures and results.
   g. Limitations of use.

I. Demolition Plan; See Section 01 73 00 Execution for submittal requirements.

J. Warranty Plan; See Section 01 77 00 Closeout Procedures for submittal requirements.

## 1.7    PRECONSTRUCTION SUBMITTALS

A. The following pre-construction submittals will be required as a part of this contract.

1. Permits List; The Contractor shall provide a list of all permits that are required to be obtained prior to start of construction.

2. Health & Safety Plan; See Section 01 73 00 Execution for submittal requirements

3. Photographic Documentation; See Section 01 32 33 Photographic Documentation for submittal requirements. Photographs provided are for unrestricted use by the Government.

4. Initial Submittal Register; See paragraph 1.43 above for submittal requirements.

5. Superintendent Qualifications; See Section 01 31 00 Project Management and Coordination for submittal requirements

6. Project Manager Qualifications; See Section 01 31 00 Project Management and Coordination for submittal requirements

7. Project Scheduler Qualifications; See Section 01 31 00 Project Management and Coordination and 01 32 00 Project Schedule for submittal requirements

8. Construction Quality Control Manager Qualifications; See Section 01 40 00 Construction Quality Control Requirements for submittal requirements

9. Baseline Project Schedule; See Section 01 32 00 Project Schedule for submittal requirements

10. Storm Water Pollution Prevention Plan; See Section 01 57 23 Temporary Storm Water Pollution Control for submittal requirements.

SUBMITTAL PROCEDURES                                                01 33 00 - 7

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

11. Security Plan; See Section 01 10 00 Summary for submittal requirements.

12. Construction Quality Control Plan; See Section 01 40 00 Construction Quality Requirements for submittal requirements.

13. Site Utilization Plan; See Section 01 50 00 Temporary Construction Facilities and Controls for submittal requirements.

14. Waste Management Plan; See Section 01 74 19 Construction Waste Management and Disposal for submittal requirements.

15. Traffic Control Plan; See Section 01 50 00 Temporary Construction Facilities and Controls for submittal requirements.

## 1.8    DELEGATED-DESIGN SERVICES

A. Performance and Design Criteria: Where professional design services or certifications by a design professional are specifically required of Contractor by the Contract Documents, provide products and systems complying with specific performance and design criteria indicated.

1. If criteria indicated are insufficient to perform services or certification required, submit a written request for additional information to COR.

B. Delegated-Design Services Certification: In addition to Shop Drawings, Product Data, and other required submittals, submit digitally signed PDF file.

C. The Contractor shall incorporate delegated-design drawing and data files into record drawings for Project.

1. Prepare delegated-design drawings in the following format: Same digital data software program, version, and operating system as original Drawings.

## 1.9    CONTRACTOR'S REVIEW

A. Action Submittals and Informational Submittals: Review each submittal and check for coordination with other Work of the Contract and for compliance with the Contract Documents. Note corrections and field dimensions. Mark with approval stamp before submitting to COR.

B. Contractor's Approval: Indicate Contractor's and Contractor's DOR approval for each submittal with a uniform approval stamp indication in web-based Project management software. Include name of reviewer, date of Contractor's approval, and statement certifying that submittal has been reviewed, checked, and approved for compliance with the Contract Documents.

1. COR will not review submittals received from Contractor that do not have Contractor's review and approval for all pre-construction submittals and Contractor's and DOR review and approval for all construction submittals.

## 1.10    COR'S REVIEW

A. Action Submittals: COR will review each submittal, indicate corrections or revisions required, and return.

1. Submittals by Web-Based Project Management Software: COR will indicate, on Project management software website, the appropriate action.

SUBMITTAL PROCEDURES                                                                            01 33 00 - 8

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    B.   Informational Submittals: COR will review each submittal and will not return it or will return it if it does not comply with requirements. COR will forward each submittal to appropriate party.

    C.   Partial submittals prepared for a portion of the Work will be reviewed when use of partial submittals has received prior approval from COR.

    D.   Incomplete submittals are unacceptable, will be considered nonresponsive, and will be returned for resubmittal without review.

    E.   COR may return without review submittals received from sources other than Contractor.

    F.   Submittals not required by the Contract Documents will be returned by COR without action.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

SUBMITTAL PROCEDURES                                                              01 33 00 - 9

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 40 00**

**CONSTRUCTION QUALITY REQUIREMENTS**

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.  Section includes administrative and procedural requirements for quality assurance and quality control.

B.  Testing and inspection services are required to verify compliance with requirements specified or indicated. These services do not relieve Contractor of responsibility for compliance with the Contract Document requirements.

   1.  Specific quality-assurance and quality-control requirements for individual work results are specified in their respective Specification Sections. Requirements in individual Sections may also cover production of standard products.

   2.  Specified tests, inspections, and related actions do not limit Contractor's other quality-assurance and quality-control procedures that facilitate compliance with the Contract Document requirements.

   3.  Requirements for Contractor to provide quality-assurance and quality-control services required by COR, or authorities having jurisdiction are not limited by provisions of this Section.

**1.2    DEFINITIONS**

A.  Experienced: When used with an entity or individual, "experienced," unless otherwise further described, means having successfully completed a minimum of 2 previous federal design build projects each with a total construction value of at least $10 million in areas of similar discipline or trade.

B.  Field Quality-Control Tests and Inspections: Tests and inspections that are performed on-site for installation of the Work and for completed Work.

C.  Installer/Applicator/Erector: Contractor or another entity engaged by Contractor as an employee, subcontractor, or sub-subcontractor, to perform a particular construction operation, including installation, erection, application, assembly, and similar operations.

   1.  Use of trade-specific terminology in referring to a Work result does not require that certain construction activities specified apply exclusively to specific trade(s).

D.  Mockups: Full-size physical assembly of designated work that is constructed either as freestanding temporary built elements within a staging area or as part of permanent construction. Mockups are constructed to verify the Contractor's understanding of the construction requirements. When required for the project, approved mockups establish the standard by which the Work will be judged.

E. Preconstruction Testing: Tests and inspections performed specifically for Project before products and materials are incorporated into the Work, to verify performance or compliance with specified criteria. Unless otherwise indicated, copies of reports of tests or inspections performed for other than the Project do not meet this definition.

CONSTRUCTION QUALITY REQUIREMENTS                                    01 40 00 - 1

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

F.  Product Tests: Tests and inspections that are performed by a nationally recognized testing laboratory (NRTL) according to 29 CFR 1910.7, by a testing agency accredited according to NIST's National Voluntary Laboratory Accreditation Program (NVLAP), or by a testing agency qualified to conduct product testing and acceptable to authorities having jurisdiction, to establish product performance and compliance with specified requirements.

G.  Source Quality-Control Tests and Inspections: Tests and inspections that are performed at the source (e.g., plant, mill, factory, or shop).

H.  Testing Agency: An entity engaged to perform specific tests, inspections, or both. The term "testing laboratory" shall have the same meaning as the term "testing agency."

I.  Quality-Assurance Services: Activities, actions, and procedures performed before and during execution of the Work, to guard against defects and deficiencies and substantiate that proposed construction will comply with requirements.

J.  Quality-Control Services: Tests, inspections, procedures, and related actions during and after execution of the Work, to evaluate that the actual products incorporated into the Work and completed construction comply with requirements. Contractor's quality-control services do not include contract administration activities performed by COR.

## 1.3    DELEGATED-DESIGN SERVICES

A.  Performance and Design Criteria: Where professional design services or certifications by a design professional are specifically required of Contractor by the final sealed construction documents, provide products and systems complying with specific performance and design criteria indicated.

1.  If criteria indicated are not sufficient to perform services or certification required, submit a written request for additional information to the COR.

B.  Delegated-Design Services Statement: Submit a statement signed and sealed by the responsible design professional, for each product and system specifically assigned to Contractor to be designed or certified by a design professional, indicating that the products and systems are in compliance with performance and design criteria indicated. Include list of codes, loads, and other factors used in performing these services.

## 1.4    CONFLICTING REQUIREMENTS

A.  Conflicting Standards and Other Requirements: If compliance with two or more standards or requirements is specified and the standards or requirements establish different or conflicting requirements for minimum quantities or quality levels, inform the COR regarding the conflict and obtain clarification through an RFI prior to proceeding with the Work. Refer conflicting requirements that are different, but apparently equal, to COR for clarification before proceeding.

## 1.5    ACTION SUBMITTALS

A. Construction Quality-Control Plan: Submit the construction quality control plan as part of the pre-construction submittals for quality-assurance and quality-control activities and responsibilities. The Construction Quality Control Plan shall include, but not be limited to the following:

1.  Mockup Shop Drawings: Include list of mockup construction and shop drawings,

CONSTRUCTION QUALITY REQUIREMENTS                                      01 40 00 - 2

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

when required.

2. The Contractor shall designate one construction quality-control manager. The construction quality control manager may NOT serve in other roles on the project except as the Safety Manager. The construction quality control manager shall have a minimum of 10-years of experience including at least two federal design build projects and has served as the construction quality control manager on at least 2 construction projects with a construction value of $10-million, or more.

3. Contractor Responsibilities:

   a. The Contractor shall provide at least one foreman at each construction heading at all times during construction. The foreman shall have experience in similar projects and/or trades relative to this project's work that the foreman is assigned. The names of all personnel assigned to all foreman positions throughout this project's areas of construction shall be posted within the Contractor construction trailer at all times. The Contractor shall update the list of foremen within 1 working day of a change being made by the Contractor.

   b. The Contractor shall provide all quality control inspection and materials testing in order to meet the requirements of the plans and specifications. Results of inspection and materials testing shall be provided to the COR within 5 workings days of completion of inspection and/or materials testing. The results of all inspection and materials testing shall be to the satisfaction of the COR, prior to Contractor final payment. The COR along with other CBP personnel, will make periodic site visits to perform their own inspections/site observations.

   c. The Contractor shall provide continuous inspection of workmanship during construction to identify and correct deficiencies in workmanship in addition to testing and inspection specified. Indicate types of corrective actions to be required to bring the Work into compliance with standards of workmanship established by Contract requirements and approved mockups.

   d. The Contractor shall provide continuous monitoring and documentation during construction to maintain testing and inspection reports, including log of approved and rejected results. Include Work the COR has indicated as nonconforming or defective and indicate corrective actions taken to bring nonconforming Work into compliance with requirements.

4. Plan Minimum Requirements:

   a. Include, as a minimum, the following to cover the construction-operations, both onsite and offsite, including work by subcontractors, designers of record, consultants, architect/engineers (AE), fabricators, suppliers and purchasing agents:
      1) A description of the quality control organization, including a chart showing lines of authority and acknowledgment that the CQC staff will implement the three-phase control system for all aspects of the work specified. Include a CQC System Manager that reports to the project superintendent.
      2) The name, qualifications (in resume format), duties, responsibilities, and authorities of each person assigned a CQC function.
      3) Procedures for scheduling, reviewing, certifying, and managing submittals, including those of subcontractors, designers of record, consultants, offsite fabricators, suppliers, and purchasing agents. These procedures must be in accordance with Section 01 33 00 SUBMITTAL PROCEDURES.
      4) Control, verification, and acceptance testing procedures for each specific test to include the test name, specification paragraph requiring test, feature of work to

CONSTRUCTION QUALITY REQUIREMENTS                                   01 40 00 - 3

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

be tested, test frequency, and person responsible for each test. (Laboratory facilities approved by the COR are required to be used.)

5) Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation.

6) Procedures for tracking design and construction deficiencies from identification through acceptable corrective action. Establish verification procedures that identified deficiencies have been corrected.

7) Reporting procedures, including proposed reporting formats.

8) A list of the definable features of work. A definable feature of work is a task which is separate and distinct from other tasks, has separate control requirements, and is identified by different trades or disciplines, or it is work by the same trade in a different environment. Although each section of the specifications can generally be considered as a definable feature of work, there are frequently more than one definable feature under a particular section. This list will be agreed upon during the coordination meeting.

9) Where the applicable Code issued by the International Code Council (ICC) or Unified Facility Criteria (UFC) calls for inspections, the Contractor must include the inspections in the Quality Control Plan and must perform the inspections required by the applicable code. The Contractor must perform these inspections using independent qualified inspectors. Include the Special Inspection Plan requirements in the QC Plan.

10) Materials testing plan for, but not limited to, concrete and earthwork based on final design construction specifications requirements. All testing shall conform to industry standard and be completed by third party Contractor. The testing plan shall include as a minimum, applicable code requirements, testing intervals, passing test requirements and required documentation. Contractor shall share all test results with CBP.

5. Testing Agency Qualifications: For testing agencies specified in "Quality Assurance" Article to demonstrate their capabilities and experience. Include proof of qualifications in the form of a recent report on the inspection of the testing agency by a recognized authority.

6. Schedule of Tests and Inspections: Prepare in tabular form and include reference to specification section number and description of date, location, testing agency, number of tests.

7. Reports: Prepare and submit certified written reports and documents as specified.

8. Permits, Licenses, and Certificates: For Government's record, submit copies of permits, licenses, certifications, inspection reports, releases, jurisdictional settlements, notices, receipts for fee payments, judgments, correspondence, records, and similar documents established for compliance with standards and regulations bearing on performance of the Work.

## 1.6    REPORTS AND DOCUMENTS

A. Test and Inspection Reports: Prepare and submit certified written reports specified in other Sections. Include the following:

1. Date of issue.

2. Project title and number.

3. Name, address, telephone number, and email address of testing agency.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

4. Dates and locations of samples and tests or inspections.

5. Names of individuals making tests and inspections.

6. Description of the Work and test and inspection method.

7. Identification of product and Specification Section.

8. Complete test or inspection data.

9. Test and inspection results and an interpretation of test results.

10. Record of temperature and weather conditions at time of sample-taking and testing and inspection.

11. Comments or professional opinion on whether tested or inspected Work complies with the Contract Document requirements.

12. Name and signature of laboratory inspector.

13. Recommendations on retesting and reinspecting.

B. Manufacturer's Technical Representative's Field Reports: Prepare written information documenting manufacturer's technical representative's tests and inspections specified in other Sections. Include the following:

1. Name, address, telephone number, and email address of technical representative making report.

2. Statement on condition of substrates and their acceptability for installation of product.

3. Statement that products at Project site comply with requirements.

4. Summary of installation procedures being followed, whether they comply with requirements and, if not, what corrective action was taken.

5. Results of operational and other tests and a statement of whether observed performance complies with requirements.

6. Statement of whether conditions, products, and installation will affect warranty.

7. Other required items indicated in individual Specification Sections.

## 1.7    QUALITY ASSURANCE

A. Qualifications paragraphs in this article establish the minimum qualification levels required; individual Specification Sections specify additional requirements.

B. Manufacturer Qualifications: A firm experienced in manufacturing products or systems similar to those indicated for this Project and with a record of successful in-service performance, as well as sufficient production capacity to produce required units. As applicable, procure products from manufacturers able to meet qualification requirements, warranty requirements, and technical or factory-authorized service representative requirements.

C. Fabricator Qualifications: A firm experienced in producing products similar to those indicated for this Project and with a record of successful in-service performance, as well as sufficient production capacity to produce required units.

D. Installer Qualifications: A firm or individual experienced in installing, erecting, applying,

CONSTRUCTION QUALITY REQUIREMENTS                                           01 40 00 - 5

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

or assembling work similar in material, design, and extent to that indicated for this Project, whose work has resulted in construction with a record of successful in-service performance.

E.   Professional Engineer Qualifications: A professional engineer who is legally qualified to practice in jurisdiction where Project is located and who is experienced in providing engineering services of the kind indicated. Engineering services are defined as those performed for installations of the system, assembly, or product that is similar in material, design, and extent to those indicated for this Project.

F.   Specialists: Installation of cameras, fiber and associated infrastructure shall include entities who are recognized experts in those operations. Specialists shall satisfy qualification requirements indicated and shall be engaged in the activities indicated

G.   Testing and Inspecting Agency Qualifications: An NRTL, an NVLAP, or an independent agency with the experience and capability to conduct testing and inspection indicated, as documented in accordance with ASTM E329, and with additional qualifications specified in individual Sections; and, where required by authorities having jurisdiction, that is acceptable to authorities.

H.   Manufacturer's Technical Representative Qualifications: An authorized representative of a manufacturer who is trained and approved by manufacturer to inspect, demonstrate, repair, and perform service on installations of manufacturer's products that are similar in material, design, and extent to those indicated for this Project.

I.   Preconstruction Testing: Where testing agency is indicated to perform preconstruction testing for compliance with specified requirements for performance and test methods, comply with the following Contractor's responsibilities, including the following:

   1.   Provide test specimens representative of proposed products and construction.

   2.   Submit specimens in a timely manner with sufficient time for testing and analyzing results to prevent delaying the Work.

   3.   Provide sizes and configurations of test assemblies, mockups, and laboratory mockups to adequately demonstrate capability of products to comply with performance requirements.

   4.   When testing is complete, remove test specimens and test assemblies.

   5.   Testing Agency Responsibilities: Submit a certified written report of each test, inspection, and similar quality-assurance service to the COR with a copy to the Contractor. Interpret tests and inspections, and state in each report whether tested and inspected Work complies with or deviates from the Contract Documents.

J.   Mockups: Before proceeding with portions of the Work requiring mockups, build mockups for each form of construction and finish required to comply with the following requirements, using materials indicated for the completed Work:

   1.   Build mockups of size indicated.

   2.   Build mockups in location indicated or, if not indicated, as directed by COR.

   3.   Demonstrate operability of automated gates and that requirements are met.

   4.   Obtain COR approval of mockups before starting corresponding Work, fabrication, or construction.

CONSTRUCTION QUALITY REQUIREMENTS                                    01 40 00 - 6

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

     5.   Promptly correct unsatisfactory conditions noted by COR. The Contractor must receive COR approval prior to starting physical construction of the gates.

     6.   Maintain mockups during construction as a standard for judging the completed Work.

  K.  Integrated Mockups: Construct integrated mockup according to approved Shop Drawings and as indicated on Drawings. Coordinate installation of materials and products for which mockups are required in individual Specification Sections, along with supporting materials. Comply with requirements in "Mockups" Paragraph.

## 1.8   QUALITY CONTROL

  A.  Contractor Responsibilities: Tests and inspections are Contractor's responsibility. Perform quality-control activities, whether specified or not, to verify and document that the Work complies with requirements.

     1.   ALL tests and inspections, unless specifically noted otherwise are the responsibility of the Contractor to schedule, perform and pay for as a part of this contract.

     2.   Unless otherwise indicated, provide quality-control services specified. Perform quality-control services required of Contractor by authorities having jurisdiction, whether specified or not.

     3.   Engage a qualified third-party testing agency to perform all testing, inspections and related quality-control services.

     4.   Submit a certified written report, in PDF, of each quality-control service.

     5.   Testing and inspection requested by Contractor and not required by the Contract Documents are Contractor's responsibility.

  B.  Retesting/Reinspecting: Regardless of whether original tests or inspections were Contractor's responsibility, provide quality-control services, including retesting and reinspecting, for construction that replaced Work that failed to comply with the Contract Documents.

  C.  Testing Agency Responsibilities: The prime Contractor shall ensure the testing agencies perform the following:

     1.   Develop a testing and commissioning plan for demonstration during final closeout of project as per requirements.

     2.   Notify Contractor promptly of irregularities or deficiencies observed in the Work during performance of its services.

     3.   Determine the locations from which test samples will be taken and in which in-situ tests are conducted.

     4.   Conduct and interpret tests and inspections, and state in each report whether tested and inspected Work complies with or deviates from requirements.

     5.   Submit a certified written report, in duplicate, of each test, inspection, and similar quality-control service through Contractor.

     6.   Do not release, revoke, alter, or increase the Contract Document requirements or approve or accept any portion of the Work.

CONSTRUCTION QUALITY REQUIREMENTS                          01 40 00 - 7

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    7.  Do not perform duties of Contractor.

D.  Manufacturer's Technical Services: Where indicated, engage a manufacturer's technical representative to observe and inspect the Work for field-assembled components and equipment installation, including service connections. Manufacturer's technical representative's services include participation in preinstallation conferences, examination of substrates and conditions, verification of materials, observation of installer activities, inspection of completed portions of the Work, and submittal of written reports.

E.  Contractor's Associated Requirements and Services: Cooperate with agencies and representatives performing required tests, inspections, and similar quality-control services, and provide reasonable auxiliary services as requested. Notify agency sufficiently in advance of operations to permit assignment of personnel. Provide the following:

    1.  Access to the Work.

    2.  Incidental labor and facilities necessary to facilitate tests and inspections.

    3.  Adequate quantities of representative samples of materials that require testing and inspection. Assist agency in obtaining samples.

    4.  Facilities for storage and field curing of test samples.

    5.  Delivery of samples to testing agencies.

    6.  Preliminary design mix proposed for use for material mixes that require control by testing agency.

    7.  Security and protection for samples and for testing and inspection equipment at Project site.

F.  Coordination: Coordinate sequence of activities to accommodate required quality-assurance and quality-control services with a minimum of delay and to avoid necessity of removing and replacing construction to accommodate testing and inspection.

    1.  Schedule times for tests, inspections, obtaining samples, and similar activities.

G.  Schedule of Tests and Inspections: Prepare a schedule of tests, inspections, and similar quality-control services required by the Contract Documents as a component of Contractor's quality-control plan. Coordinate and submit concurrently with Contractor's Construction Schedule. Update and submit with each Application for Payment.

    1.  Schedule Contents: Include tests, inspections, and quality-control services, commissioning activities, and other Project-required services paid for by other entities.

    2.  Distribution: Distribute schedule to COR, testing agencies, and each party involved in performance of portions of the Work where tests and inspections are required.

## PART 2 - PRODUCTS (Not Used)

## PART 3 - EXECUTION

### 3.1    TEST AND INSPECTION LOG

A.  Test and Inspection Log: Prepare a record of tests and inspections. Include the following:

CONSTRUCTION QUALITY REQUIREMENTS                          01 40 00 - 8

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

      1. Date test or inspection was conducted.

      2. Description of the Work tested or inspected.

      3. Date test or inspection results were transmitted to COR.

      4. Identification of testing agency or special inspector conducting test or inspection.

B. Maintain log at Project site. Post changes and revisions as they occur. Provide access to test and inspection log for COR, and authorities' having jurisdiction reference during normal working hours. Submit log at Project closeout as part of Project Record Documents.

## 3.2 REPAIR AND PROTECTION

A. General: On completion of testing, inspection, sample-taking, and similar services, repair damaged construction and restore substrates and finishes.

      1. Provide materials and comply with installation requirements specified in other Specification Sections or matching existing substrates and finishes. Restore patched areas and extend restoration into adjoining areas with durable seams. Comply with the Contract Document requirements for cutting and patching in Section 01 73 00 "Execution."

B. Protect construction exposed by or for quality-control service activities.

**END OF SECTION**

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 50 00**

**TEMPORARY CONSTRUCTION FACILITIES AND CONTROLS**

**PART 1 GENERAL**

**1.1    SUMMARY**

    A.  Section includes requirements for Contractor temporary construction facilities.

**1.2    STAGING AREAS**

    A.  The Contractor shall be required to acquire and provide all staging areas necessary to complete construction of the project and for placement of temporary facilities, parking and associated storage/staging needed by the Contractor.

**1.3    ACTION SUBMITTALS**

    A.  Site Utilization Plan: Show temporary facilities, temporary utility lines and connections, vehicle/delivery entrances, vehicle circulation, and parking areas for construction personnel within Contractor acquire staging location(s).

    B.  Traffic Control Plan: Provide narrative and plans indicating the Contractor's intent for Border Patrol and  construction access through the area, intended lane/road closures, route restrictions, adjacent landowner access and traffic control measure needed as per local requirements.

**1.4    INFORMATIONAL SUBMITTALS**

    A.  Implementation and Termination Schedule: Within 15 working days of date established for commencement of the Work, submit schedule indicating implementation and termination dates of each temporary utility.

    B.  Project Identification and Temporary Signs: Show fabrication and installation details, including plans, elevations, details, layouts, typestyles, graphic elements, and message content.

    C.  Fire-Safety Program: Show compliance with requirements of NFPA 241 and authorities having jurisdiction. Indicate Contractor personnel responsible for management of fire-prevention program.

**1.5    QUALITY ASSURANCE**

    A.  Electric Service: Comply with NECA, NEMA, and UL standards and regulations for temporary electric service. Install service to comply with NFPA 70.

    B.  Tests and Inspections: Arrange for authorities having jurisdiction to test and inspect each temporary utility before use. Obtain required certifications and permits.

**PART 2 - PRODUCTS**

**2.1    TEMPORARY FACILITIES**

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

A. Field Offices: Contractor shall provide prefabricated or mobile units with serviceable finishes, temperature controls, power, telephone, WiFi, water/sewer services and foundations adequate for normal loading for duration of the project. The field office shall include space for conference room that can accommodate up to 10 individuals and at least one spare enclosed office space, for government personnel, with a door. All temporary construction facilities shall require a minimum 6-ft tall chain link fence around the total footprint of the staging area which they are located within as required in paragraph 3.5 below. Parking for Contractor personnel and Government personnel shall be provided within the staging areas and adjacent to the location of the field offices. At least one field office shall be required to support this project that is accessible from public roads or routes with easements acquired by the Contractor, shall be provided by the Contractor. The field office(s) shall be located within the State of Texas within 10-miles north of the international border.

## 2.2    EQUIPMENT

A. Fire Extinguishers: Portable, UL rated; with class and extinguishing agent as required by locations and classes of fire exposures.

## PART 3 - EXECUTION

## 3.1    TEMPORARY FACILITIES, GENERAL

A. Conservation: Coordinate construction and use of temporary facilities with consideration given to conservation of energy, water, and materials. Coordinate use of temporary utilities to minimize waste.

1. Salvage materials and equipment involved in performance of, but not actually incorporated into, the Work. See other Sections for disposition of salvaged materials that are designated as Government's property.

## 3.2    TEMPORARY UTILITY INSTALLATION

A. General: Install temporary service or connect to existing service.

1. Arrange with utility company, Government, and existing users for time when service can be interrupted, if necessary, to make connections for temporary services.

2. The Contractor will provide all utilities services/costs required by this section to throughout the contract period.

B. Sewers: Provide temporary utilities via portable toilets and washing facilities to remove effluent lawfully.

C. Water Service: Install both potable and non-potable water service and distribution piping in sizes and pressures adequate for construction and temporary facilities.

D. Sanitary Facilities: Provide temporary toilets, wash facilities, safety shower and eyewash facilities, and drinking water for use of construction personnel. Comply with requirements of authorities having jurisdiction for type, number, location, operation, and maintenance of fixtures and facilities.
E. Temporary Heating and Cooling: Provide temporary heating and cooling required by construction activities for curing or drying of completed installations or for protecting

TEMPORARY FACILITIES AND CONTROLS                                    01 50 00 - 2

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

installed construction from adverse effects of low temperatures or high humidity. Select equipment that will not have a harmful effect on completed installations or elements being installed.

F.   Electric Power Service: Provide electric power service and distribution system of sufficient size, capacity, and power characteristics required for construction operations. Install electric power service underground unless otherwise indicated.

G.   Lighting: Provide temporary lighting with local switching that provides adequate illumination for construction operations, observations, inspections, and traffic conditions. Install and operate temporary lighting that fulfills security and protection requirements without operating entire system.

H.   Telephone Service: Provide temporary telephone service in common-use facilities for use by all construction personnel. Install WiFi cell phone access equipment and at least one common area land-based telephone line.

   1.   At each telephone, post a list of important telephone numbers.

      a.   Police and fire departments.
      b.   Ambulance service.
      c.   Contractor's home office.
      d.   Contractor's emergency after-hours telephone number.
      e.   COR office.
      f.   Government's office.
      g.   Principal subcontractors' field and home offices.

I.   Electronic Communication Service: Provide secure WiFi wireless connection to internet.

## 3.3   SUPPORT FACILITIES INSTALLATION

A.   Comply with the following:

   1.   Provide construction for temporary field offices, shops, and sheds located within construction area or within 30 feet of site construction lines that is noncombustible in accordance with ASTM E136.

   2.   Comply with NFPA 241.

B.   Temporary Roads: N/A

C.   Access Roads: The Contractor shall be limited public roads or access roads specifically identified within this contract for access to the project site and the temporary construction facilities. Provide dust-control treatment that is nonpolluting and non-tracking. Reapply treatment as required to minimize dust. All access roads damaged by the Contractor during construction, shall be repaired upon completion of construction as part of the project award.

D.   Traffic Controls: Comply with requirements of the local Cities or Counties at points of project site egress/ingress, whichever is more stringent, for offsite traffic control needed to facilitate deliveries.

   1.   Protect existing site improvements to remain, including curbs, pavement, and utilities.

   2.   Maintain access for fire-fighting equipment and access to fire hydrants.

TEMPORARY FACILITIES AND CONTROLS                                      01 50 00 - 3

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

E.  Parking: Provide temporary parking areas for construction personnel within staging areas.

F.  Storage and Staging: all staging areas shall be acquired by the Contractor.

G.  Dewatering Facilities and Drains: Comply with requirements of authorities having jurisdiction. Maintain Project site, excavations, and construction free of water.

1.  Dispose of rainwater in a lawful manner that will not result in flooding Project or adjoining properties or endanger permanent Work or temporary facilities.

2.  Remove snow and ice as required to minimize accumulations.

H.  Project Signs: Provide Project signs as indicated. Unauthorized signs are not permitted.

1.  Project identification signs.

2.  Temporary directional and informational signs for construction personnel and visitors as required for entrance to Project.

3.  Maintain and touch up signs, so they are legible at all times.

I.  Waste Disposal Facilities: Comply with requirements specified in Section 01 74 19 "Construction Waste Management and Disposal." Comply with progress cleaning requirements in Section 01 73 00 "Execution."

J.  Lifts and Hoists: Provide facilities necessary for hoisting materials and personnel. Truck cranes and similar devices used for hoisting materials are considered "tools and equipment" and not temporary facilities.

## 3.4  SECURITY AND PROTECTION FACILITIES INSTALLATION

A.  Protection of Existing Facilities: Protect existing vegetation, equipment, structures, utilities, roads, and other improvements at Project site and on adjacent properties, except those indicated to be removed or altered. Repair damage to existing facilities.

1.  Where access to adjacent properties is required in order to affect protection of existing facilities, obtain written permission from adjacent property Government to access property for that purpose.

B.  Environmental Protection: Provide protection, operate temporary facilities, and conduct construction as required to comply with environmental regulations and that minimize possible air, waterway, and subsoil contamination or pollution or other undesirable effects.

1.  Comply with work restrictions specified within this contract

C.  Temporary Erosion and Sedimentation Control: Comply with requirements of the Attachment B - Best Management Practices and environmental specifications provided herein.

D.  Stormwater Control: Comply with requirements of authorities having jurisdiction. Provide barriers in and around excavations and subgrade construction to prevent flooding by runoff of stormwater from heavy rains.

E.  Site Enclosure Fence: Furnish and install minimum 8-ft tall chain link fence with gates

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

with fabric in a manner that will prevent people from easily entering site except by entrance gates.

1. Extent of Fence: provide chain link fence around entire perimeter of all staging areas. Place gates with locks as needed for deliveries and personnel use.

2. Maintain security by limiting number of keys and restricting distribution to authorized personnel. Furnish five sets of keys to COR.

F. Barricades, Warning Signs, and Lights: Comply with requirements of the local City or Imperial County, whichever is more stringent, for erecting structurally adequate barricades, including warning signs and lighting when public roads are impacted by construction.

G. Temporary Egress: Provide temporary egress from existing occupied facilities as indicated and as required by authorities having jurisdiction. Provide signage directing occupants to temporary egress.

1. Prohibit smoking in construction areas. Comply with additional limits on smoking specified in other Sections.

2. Supervise welding operations, combustion-type temporary heating units, and similar sources of fire ignition in accordance with requirements of authorities having jurisdiction.

3. Develop and supervise an overall fire-prevention and protection program for personnel at Project site. Review needs with local fire department and establish procedures to be followed. Instruct personnel in methods and procedures. Post warnings and information.

## 3.5   OPERATION, TERMINATION, AND REMOVAL

A. Maintain facilities in good operating condition until removal.

B. Termination and Removal: Remove each temporary facility when need for its service has ended. Repair damaged Work, clean exposed surfaces, and replace construction that cannot be satisfactorily repaired.

1. Materials and facilities that constitute temporary facilities are property of Contractor.

2. Remove materials contaminated with road oil, asphalt and other petrochemical compounds, and other substances that might impair growth of plant materials. Repair or replace street paving, curbs, and sidewalks at temporary entrances, as required by the Government.

**END OF SECTION**

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 57 23

## TEMPORARY STORM WATER POLLUTION CONTROL

## PART 1 - GENERAL

### 1.1 SUMMARY

A. Section Includes:

1. Temporary storm water pollution controls.

### 1.2 STORMWATER POLLUTION PREVENTION PLAN

A. The Stormwater Pollution Prevention Plan (SWPPP) is part of the Contract Documents and will be required to be provided by Contractor as noted below.

### 1.3 ACTION SUBMITTALS

A. A Stormwater Pollution Prevention Plan (SWPP) shall be prepared per local, state or federal requirements, whichever governs, including all requirements as outlined and shall be submitted as part of the pre-construction submittals.

### 1.4 INFORMATIONAL SUBMITTALS

A. EPA authorization under the EPA's "2017 Construction General Permit (CGP)."

B. Stormwater Pollution Prevention (SWPP) Training Log: For each individual performing Work under the SWPPP.

C. Inspection reports.

### 1.5 QUALITY ASSURANCE

A. Stormwater Pollution Prevention Plan (SWPPP) Coordinator: Experienced individual or firm with a record of successful water pollution control management coordination of projects with similar cost and complexity.

1. SWPPP Coordinator shall complete and finalize the SWPPP form.

2. SWPPP Coordinator shall be responsible for inspections and maintaining of all requirements of the SWPPP.

B. Installers: Trained as indicated in the SWPPP.

## PART 2 - PRODUCTS

### 2.1 TEMPORARY STORMWATER POLLUTION CONTROLS

A. Provide temporary stormwater pollution controls as required by the SWPPP.

## PART 3 - EXECUTION

### 3.1 INSTALLATION

TEMPORARY STORM WATER POLLUTION CONTROL                                01 57 23 - 1

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

A. Comply with all best management practices provided in Attachment B, general requirements, performance requirements, reporting requirements, and all other requirements included in the SWPPP.

B. Locate stormwater pollution controls in accordance with the SWPPP.

C. Conduct construction as required to comply with the SWPPP and that minimize possible contamination or pollution or other undesirable effects.

1. Inspect, repair, and maintain SWPPP controls during construction. Inspect all SWPPP controls not less than every seven days, and after each occurrence of a storm event, as outlined in the SWPPP.

D. Remove SWPPP controls upon final acceptance of construction and restore and stabilize areas disturbed during construction.

**END OF SECTION**

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

### SECTION 01 60 00

### PRODUCT REQUIREMENTS

**PART 1 - GENERAL**

**1.1    SUMMARY**

A.   Section includes administrative and procedural requirements for selection of products for use in Project; product delivery, storage, and handling; manufacturers' standard warranties on products; special warranties; and comparable products.

**1.2    DEFINITIONS**

A.   Products: Items obtained for incorporating into the Work, whether purchased for Project or taken from previously purchased stock. The term "product" includes the terms "material," "equipment," "system," and terms of similar intent.

1.   Named Products: Items identified by manufacturer's product name, including make or model number or other designation shown or listed in manufacturer's published product literature that is current as of date of the Contract Documents.

2.   New Products: Items that have not previously been incorporated into another project or facility. Salvaged items or items reused from other projects are not considered new products. Items that are manufactured or fabricated to include recycled content materials are considered new products, unless indicated otherwise.

3.   Comparable Product: Product by named manufacturer that is demonstrated and approved through the comparable product submittal process described in Part 2 "Comparable Products" Article, to have the indicated qualities related to type, function, dimension, in-service performance, physical properties, appearance, and other characteristics that equal or exceed those of specified product.

B.   Basis-of-Design Product Specification: A specification in which a single manufacturer's product is named and accompanied by the words "basis-of-design product," including make or model number or other designation. Published attributes and characteristics of basis-of-design product establish salient characteristics of products.

1.   Evaluation of Comparable Products: In addition to the basis-of-design product description, product attributes and characteristics may be listed to establish the significant qualities related to type, function, in-service performance and physical properties, weight, dimension, durability, visual characteristics, and other special features and requirements for purposes of evaluating comparable products of additional manufacturers named in the specification. Manufacturer's published attributes and characteristics of basis-of-design product also establish salient characteristics of products for purposes of evaluating comparable products.

C.   Subject to Compliance with Requirements: Where the phrase "Subject to compliance with requirements" introduces a product selection procedure in an individual Specification Section, provide products qualified under the specified product procedure. In the event that a named product or product by a named manufacturer does not meet the other requirements of the specifications, select another named product or product

PRODUCT REQUIREMENTS                                                                01 60 00 - 1

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

from another named manufacturer that does meet the requirements of the specifications; submit a comparable product request or substitution request, if applicable.

D.  Comparable Product Request Submittal: An action submittal requesting consideration of a comparable product, including the following information:

1.  Identification of basis-of-design product or fabrication or installation method to be replaced, including Specification Section number and title and Drawing numbers and titles.

2.  Data indicating compliance with the requirements specified in Part 2 "Comparable Products" Article.

E.  Basis-of-Design Product Specification Submittal: An action submittal complying with requirements in Section 01 33 00 "Submittal Procedures."

## 1.3    QUALITY ASSURANCE

A.  Compatibility of Options: The Contractor shall select products compatible with products previously selected and or/installed.

B.  Identification of Products: Except for required labels and operating data, do not attach or imprint manufacturer or product names or trademarks on exposed surfaces of products or equipment that will be exposed to view in occupied spaces or on the exterior.

1.  Labels: Locate required product labels and stamps on a concealed surface, or, where required for observation following installation, on a visually accessible surface that is not conspicuous.

2.  Equipment Nameplates: Provide a permanent nameplate on each item of service- or power-operated equipment. Locate on a visually accessible but inconspicuous surface. Include information essential for operation, including as minimum, the following:

a.  Name of product and manufacturer.
b.  Model and serial number.
c.  Capacity.

## 1.4    COORDINATION

A.  Modify or adjust affected work as necessary to integrate work of approved comparable products and approved substitutions.

## 1.5    PRODUCT WARRANTIES

A.  Warranties specified in other Sections shall be in addition to, and run concurrent with, other warranties required by the Contract Documents. Manufacturer's disclaimers and limitations on product warranties do not relieve Contractor of obligations under requirements of the Contract Documents.

1.  Manufacturer's Warranty: Written standard warranty form furnished by individual manufacturer for a particular product and issued in the name of the Government or endorsed by manufacturer to Government.

2.  Special Warranty: Written warranty required by the Contract Documents to provide specific rights for Government and issued in the name of the Government or endorsed by manufacturer to Government.

PRODUCT REQUIREMENTS                                                                                01 60 00 - 2

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    B. Special Warranties: Prepare a written document that contains appropriate terms and identification, ready for execution.

        1. Manufacturer's Standard Form: Modified to include Project-specific information and properly executed.

        2. Specified Form: When specified forms are included in the Project Manual, prepare a written document, using indicated form properly executed.

        3. See other Sections for specific content requirements and particular requirements for submitting special warranties.

    C. Submittal Time: Comply with requirements in Section 01 77 00 "Closeout Procedures."

## PART 2 - PRODUCTS

### 2.1 PRODUCT SELECTION PROCEDURES

    A. General Product Requirements:

        1. Provide products complete with accessories, trim, finish, fasteners, and other items needed for a complete installation and indicated use and effect.

        2. Standard Products: If available, and unless custom products or nonstandard options are specified, provide standard products of types that have been produced and used successfully in similar situations on other projects.

        3. Government reserves the right to limit selection to products with warranties meeting requirements of the Contract Documents.

        4. Where products are accompanied by the term "as selected," COR will make selection.

        5. Descriptive, performance, and reference standard requirements in the Specifications establish salient characteristics of products.

        6. Or Equal: For products specified by name and accompanied by the term "or equal," "or approved equal," or "or approved," comply with requirements in "Comparable Products" Article to obtain approval for use of an unnamed product.

            a. Submit additional documentation required by COR in order to establish equivalency of proposed products. Unless otherwise indicated, evaluation of "or equal" product status is by the COR, whose determination is final.

### 2.2 COMPARABLE PRODUCTS

    A. Conditions for Consideration of Comparable Products: COR will consider Contractor's request for comparable product when the following conditions are satisfied. If the following conditions are not satisfied, COR may return requests without action, except to record noncompliance with the following requirements:

        1. Evidence that proposed product does not require revisions to the Contract Documents, is consistent with the Contract Documents, will produce the indicated results, and is compatible with other portions of the Work.

        2. Detailed comparison of significant qualities of proposed product with those of the named basis-of-design product. Significant product qualities include attributes, such as type, function, in-service performance and physical properties, weight, dimension, durability, visual characteristics, and other specific features and requirements.

PRODUCT REQUIREMENTS                                      01 60 00 - 3

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

     3.  Evidence that proposed product provides specified warranty.

     4.  List of similar installations for completed projects, with project names and addresses and names and addresses of COR, if requested.

     5.  Samples, if requested.

B.  COR Action on Comparable Products Submittal: If necessary, COR will request additional information or documentation for evaluation, as specified in Section 01 33 00 "Submittal Procedures."

     1.  Form of Approval of Submittal: As specified in Section 01 33 00 "Submittal Procedures."

     2.  Use product specified if COR does not issue a decision on use of a comparable product request within time allocated.

C.  Submittal Requirements, Two-Step Process: Approval by the COR of Contractor's request for use of comparable product is not intended to satisfy other submittal requirements. Comply with specified submittal requirements.

D.  Submittal Requirements, Single-Step Process: When acceptable to COR, incorporate specified submittal requirements of individual Specification Section in combined submittal for comparable products. Approval by the COR of Contractor's request for use of comparable product and of individual submittal requirements will also satisfy other submittal requirements.

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

PRODUCT REQUIREMENTS                                    01 60 00 - 4

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 73 00

## EXECUTION

### PART 1 - GENERAL

### 1.1   SUMMARY

A.   Section includes general administrative and procedural requirements governing execution of the Work, including, but not limited to, the following:

1.   Construction layout.

2.   Field engineering and surveying.

3.   Demolition.

4.   Installation of the Work.

5.   Progress cleaning.

6.   Protection of installed construction.

### 1.2   DEFINITIONS

A.   Cutting: Removal of in-place construction necessary to permit installation or performance of subsequent work.

B.   Patching: Fitting and repair work required to restore construction to original conditions after installation of subsequent work.

### 1.3   EXECUTION

A.   Existing Conditions: Existence and location of site improvements, utilities, and other construction affecting the Work must be investigated and verified. The Contractor shall be responsible for identifying all cross-border utility crossings or other above or below grade interferences. If any are identified, relocation or removal shall be coordinated, with any conflicts resolved by the Contractor. It is possible that illegal cross border sewage and water lines are in this area as they have been identified prior. Construction documents shall be sufficient to afford a clear understanding of the construction work required.

### 1.4   INFORMATIONAL SUBMITTALS

A.   Qualification Data: For land surveyor, professional engineer

B.   Certified Surveys: Submit PDF signed by land surveyor, and professional engineer

C.   Certificates: Submit certificate signed by registered land surveyor and professional engineer, certifying that location and elevation of improvements comply  with requirements.

### 1.5   ACTION SUBMITTALS

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

A. Health & Safety Plan: Submit a health and safety plan that meets the requirements of EM 385-1-1 that includes, but not limited to the following items:

1. Site Safety & Health Officer (SSHO) and alternate with a minimum of 10-years of similar experience and experience in the SSHO role on at least 2 federal design build projects each with a total construction cost of at least $5 million. The SSHO shall be on-site full-time during construction operations. The Construction Quality Control Manager may serve as the SSHO. The SSHO shall ensure that they requirements for 29 CFR 1926.16 for the project, shall be responsible for all reporting and maintaining safety on the project site.

2. Demolition

3. Crane Operators/Riggers

4. Safety meeting scheduling and initial agenda

5. Accident prevention plan

6. Standard and critical lift plan

7. Fall protection and prevention plan

8. Activity hazard analysis

9. Site excavation and demolition health and safety requirements

10. Safety bulletin board

11. Notification & reporting requirements

B. Demolition Plan: Submit a demolition plan for review and approval prior to start of any demolition work. The demolition plan shall include, but not be limited to, extents of demolition, method of shoring and bracing to the extent required, methods for ensuring all demolition is contained within the United States, and methods for backfilling trenches/voids created by demolition.

C. Shop Drawings: Submit shop drawings for all concrete and steel construction, fabrication and erection for review and approval prior to starting work.

D. Product & Design Data: Submittal product and design data for all products including, but not limited to pipe/box culverts, bridge components, gate hinges and locks, concrete mix designs, road aggregate, power distribution and equipment, and cameras.

## 1.6   CLOSEOUT SUBMITTALS

A. Final Alignment Survey: Submit PDF showing the Work performed and record survey data.

## 1.7   QUALITY ASSURANCE

A. Land Surveyor Qualifications: A professional land surveyor who is legally qualified to practice in jurisdiction where Project is located and who is experienced in providing land-surveying services of the kind indicated.

B. Professional Engineer Qualifications: Refer to Section 01 40 00 "Quality Requirements."

C. For wall bollards or other structural elements that require to be cut but not removed,

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

cut in a manner that will not change their load-carrying capacity or increase deflection.

D.  Develop plan for cutting and patching including steel and concrete structures that complies with DOR construction specifications.

E.  Do not cut or remove operating elements and related components unless specifically approved by CBP. Operational elements include but are not limited to communications and electrical wiring systems.

F.  Manufacturer's Installation Instructions: Obtain and maintain on-site manufacturer's written recommendations and instructions for installation of specified products and equipment.

## PART 2 - PRODUCTS

### 2.1    MATERIALS

A.  Comply with requirements specified in other Sections.

B.  In-Place Materials: Use materials for patching identical to in-place materials. For exposed surfaces, use materials that visually match in-place adjacent surfaces to the fullest extent possible. If identical materials are unavailable or cannot be used, use materials that, when installed, will provide a match acceptable to COR for the visual and functional performance of in-place materials. Use materials that are not considered hazardous.

C.  Cleaning Agents: Use cleaning materials and agents recommended by manufacturer or fabricator of the surface to be cleaned. Do not use cleaning agents that are potentially hazardous to health or property or that might damage finished surfaces.

## PART 3 - EXECUTION

### 3.1    EXAMINATION

A.  Existing Conditions: The existence and location of underground and other utilities and construction indicated as existing are not guaranteed. Before beginning sitework, investigate and verify the existence and location of underground utilities, and electrical systems, and other construction affecting the Work.

1.  Before construction, verify the location and invert elevation at points of connection of sanitary sewer, storm sewer, gas service piping, and water-service piping; underground electrical services; and other utilities.

2.  Furnish location data for work related to Project that must be performed by public utilities serving Project site.

B.  Examination and Acceptance of Conditions: Before proceeding with each component of the Work, examine substrates, areas, and conditions, with Installer or Applicator present where indicated, for compliance with requirements for installation tolerances and other conditions affecting performance. Record observations.

C.  Proceed with Work only after unsatisfactory conditions have been corrected. Proceeding with the Work indicates acceptance of surfaces and conditions.

EXECUTION                                                                                         01 73 00 - 3

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## 3.2    PREPARATION

A.  Existing Utility Information: Furnish information to local utility and COR that is necessary to adjust, move, or relocate existing utility structures, utility poles, lines, services, or other utility appurtenances located in or affected by construction. Coordinate with authorities having jurisdiction.

B.  Field Measurements: Take field measurements to fit the Work properly. Recheck measurements before installing each product. Where portions of the Work are indicated to fit to other construction, verify dimensions of other construction by field measurements before fabrication. Coordinate fabrication schedule with construction progress to avoid delaying the Work.

C.  Space Requirements: Verify space requirements and dimensions of items shown diagrammatically on Drawings.

D.  Review of Contract Documents and Field Conditions: Immediately on discovery of the need for clarification of the Contract Documents, submit a request for information to COR in accordance with requirements in Section 01 31 00"Project Management and Coordination."

E.  Mockups, when required, shall be constructed with limits of temporary facility or within permanent construction. Mockups constructed within limits of temporary facilities shall be removed and disposed/recycled.

## 3.3    CONSTRUCTION LAYOUT

A.  Verification: Before proceeding to lay out the Work, verify layout information shown on Drawings, in relation to the property survey and existing benchmarks and existing conditions. If discrepancies are discovered, notify COR promptly.

B.  Engage a professional land surveyor experienced in laying out the Work, using the following accepted surveying practices:

  1.  Establish benchmarks and control points to set lines and levels at varying levels of construction and elsewhere as needed to locate each element of Project.

  2.  Establish limits on use of Project site.

  3.  Establish dimensions within tolerances indicated. Do not scale Drawings to obtain required dimensions.

  4.  Inform installers of lines and levels to which they must comply.

  5.  Check the location, level and plumb, of every major element as the Work progresses.

  6.  Notify COR when deviations from required lines and levels exceed allowable tolerances.

  7.  Close site surveys with an error of closure equal to or less than the standard established by authorities having jurisdiction.

C.  Site Improvements: Locate and lay out site improvements, including pavements, grading, fill and topsoil placement, utility slopes, and rim and invert elevations.

EXECUTION                                                                                          01 73 00 - 4

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    D.   Structure Lines and Levels: Locate and lay out control lines and levels for structures, foundations, column grids, and grade levels, including those required for utility and electrical work. Transfer survey markings and elevations for use with control lines and levels. Level foundations and piers from two or more locations.

    E.   Record Log: Maintain a log of layout control work. Record deviations from required lines and levels. Include beginning and ending dates and times of surveys, weather conditions, name and duty of each survey party member, and types of instruments and tapes used. Make the log available for reference by COR.

## 3.4    FIELD ENGINEERING

    A.   Identification: Contractor will identify existing benchmarks, control points, and property corners.

    B.   Reference Points: Locate existing permanent benchmarks, control points, and similar reference points before beginning the Work. Preserve and protect permanent benchmarks, monuments and control points during construction operations.

        1.   Do not change or relocate existing benchmarks, IBWC monuments or control points without prior written approval of COR. Report lost or destroyed permanent benchmarks, monuments or control points promptly. Report the need to relocate permanent benchmarks, monuments or control points to COR before proceeding.

        2.   Replace lost or destroyed permanent benchmarks, monuments and control points promptly. Base replacements on the original survey control points.

    C.   Benchmarks: Establish and maintain a minimum of **two** permanent benchmarks for each mile of Project site, referenced to data established by survey control points. Comply with authorities having jurisdiction for type and size of benchmark.

        1.   Record benchmark locations, with horizontal and vertical data, on Project Record Documents.

        2.   Where the actual location or elevation of layout points cannot be marked, provide temporary reference points sufficient to locate the Work.

        3.   Remove temporary reference points when no longer needed. Restore marked construction to its original condition.

    D.   Certified Survey: On completion of foundations, major site improvements, and other work requiring field-engineering services, prepare a certified survey showing dimensions, locations, angles, and elevations of construction and sitework.

## 3.5    DEMOLITION

    A.   Complete demolition fully to the extent shown the construction plans. Protect existing structures adjacent to planned demolition.

    B.   Do not leave unfinished demolition in unsafe condition unless secured from public or wildlife access while unattended. This includes, but not limited to, rebar extrusions, unstable debris and trenches deeper than 1-ft.

    C.   All demolition shall be contained within the United States including soils impacted by removal of foundations.

EXECUTION                  01 73 00 - 5

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

D. Demolition of foundations, not requiring replacement foundations any overlying structures or roads, at minimum shall backfilled with select fill uniformly moisture-conditioned to within ± 2% of the optimum moisture content, placed in horizontal lifts no greater than 8 inches in loose thickness, and compacted by mechanical means only, to a at least 90% of the maximum dry density in accordance with ASTM D 1557. Flowable fill providing composition similar to or better than select fill described above may be used in place of select fill. Backfill operations shall be completed to levels of adjacent finished grade.

E. Gaps that result from demolition of bollards or gates that where bollards or gates cannot be permanently replaced prior to the end the workday which the removal occurred, shall have the gap closed and secured using self-standing temporary bollard wall panels.

## 3.6   INSTALLATION

A. Locate the Work and components of the Work accurately, in correct alignment and elevation, as indicated.

1. Construct plumb and make horizontal work to the grades shown on the plans.

2. Where space is limited, install components to maximize space available for maintenance.

B. Comply with manufacturer's written instructions and recommendations for installing products in applications indicated.

C. Install products at the time and under conditions that will ensure satisfactory results as judged by the COR. Maintain conditions required for product performance until Final Completion.

D. Conduct construction operations, so no part of the Work is subjected to damaging operations or loading in excess of that expected during normal conditions of occupancy of type expected for Project.

E. Sequence the Work and allow adequate clearances to accommodate movement of construction items on-site and placement in permanent locations.

F. Tools and Equipment: Select tools or equipment that minimize production of excessive noise levels.

G. Templates: Obtain and distribute to the parties' involved templates for Work specified to be factory prepared and field installed. Check Shop Drawings of other portions of the Work to confirm that adequate provisions are made for locating and installing products to comply with indicated requirements.

H. Attachment: Provide blocking and attachment plates and anchors and fasteners of adequate size and number to securely anchor each component in place, accurately located and aligned with other portions of the Work. Where size and type of attachments are not indicated, verify size and type required for load conditions with manufacturer.

1. Mounting Heights: Where mounting heights are not indicated, mount components at heights directed by COR.

2. Allow for structure movement, including thermal expansion and contraction.

EXECUTION                                                                 01 73 00 - 6

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

3. Coordinate installation of anchorages. Furnish setting drawings, templates, and directions for installing anchorages, including sleeves, concrete inserts, anchor bolts, and items with integral anchors, that are to be embedded in concrete. Deliver such items to Project site in time for installation.

I. Joints: Make joints of uniform width. Where joint locations in exposed Work are not indicated, arrange joints for the best visual effect, as judged by COR. Fit exposed connections together to form hairline joints.

J. Repair or remove and replace damaged, defective, or nonconforming Work.

1. Comply with Section 01 77 00 "Closeout Procedures" for repairing or removing and replacing defective Work.

## 3.7 MANUFACTURER FIELD SERVICES

A. The Contractor shall provide manufacturer field services for testing, acceptance and training of automated gates cameras.

B. Manufacturer field services for testing and acceptance shall be provided during in-place construction and project closeout.

## 3.8 CUTTING AND PATCHING

A. General: Employ skilled workers to perform cutting and patching. Proceed with cutting and patching at the earliest feasible time, and complete without delay. Cut in-place construction to provide for installation of other components or performance of other construction, and subsequently patch as required to restore surfaces to their original condition.

B. Existing Warranties: Remove, replace, patch, and repair materials and surfaces cut or damaged during installation or cutting and patching operations, by methods and with materials so as not to void existing warranties.

C. Temporary Support: Provide temporary support of Work to be cut.

D. Protection: Protect in-place construction during cutting and patching to prevent damage. Provide protection from adverse weather conditions for portions of Project that might be exposed during cutting and patching operations.

E. Existing Utility Services and Electrical Systems: Where existing services/systems are required to be removed, relocated, or abandoned, bypass such services/systems before cutting to minimize prevent interruption to occupied areas.

F. Cutting: Cut in-place construction by sawing, drilling, breaking, chipping, grinding, and similar operations, including excavation, using methods least likely to damage elements retained or adjoining construction. If possible, review proposed procedures with original installer; comply with original Installer's written recommendations.

1. In general, use hand or small power tools designed for sawing and grinding, not hammering and chopping. Cut holes and slots neatly to minimum size required, and with minimum disturbance of adjacent surfaces. Temporarily cover openings when not in use.

EXECUTION                                                                01 73 00 - 7

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

2.   Finished Surfaces: Cut or drill from the exposed or finished side into concealed surfaces.

3.   Concrete: Cut using a cutting machine, such as an abrasive saw or a diamond-core drill.

4.   Excavating and Backfilling: Comply with requirements in applicable Sections where required by cutting and patching operations.

5.   Electrical Services: Cut off conduit to be abandoned in existing construction. Cap, valve, or plug and seal remaining portion of pipe or conduit to prevent entrance of moisture or other foreign matter after cutting.

6.   Proceed with patching after construction operations requiring cutting are complete.

G.   Patching: Patch construction by filling, repairing, refinishing, closing up, and similar operations following performance of other Work. Patch with durable seams that are ¼" or smaller, as judged by COR. Provide materials and comply with installation requirements specified in other Sections, where applicable.

1.   Inspection: Where feasible, test and inspect patched areas after completion to demonstrate physical integrity of installation.

2.   Exposed Finishes: Restore exposed finishes of patched areas and extend finish restoration into retained adjoining construction in a manner that will eliminate evidence of patching and refinishing. Where patching occurs in a painted surface, prepare substrate and apply primer and intermediate paint coats appropriate for substrate over the patch, and apply final paint coat over entire unbroken surface containing the patch. Provide additional coats until patch blends with adjacent surfaces.

H.   Cleaning: Clean areas and spaces where cutting and patching are performed. Remove paint, mortar, oils, putty, and similar materials from adjacent finished surfaces.

### 3.9    PROGRESS CLEANING

A.   Clean Project site and work areas daily, including common areas. Enforce requirements strictly. Dispose of materials lawfully.

1.   Comply with requirements in NFPA 241 for removal of combustible waste materials and debris.

2.   Do not hold waste materials more than seven days during normal weather or three days if the temperature is expected to rise above 80 deg F.

3.   Containerize hazardous and unsanitary waste materials separately from other waste. Mark containers appropriately and dispose of legally, according to regulations. Use containers intended for holding waste materials of type to be stored.

B.   Site: Maintain Project site free of waste materials and debris.

C.   Work Areas: Clean areas where Work is in progress to the level of cleanliness necessary for proper execution of the Work.

1.   Remove liquid spills promptly.
2.       Maintain dust control throughout the duration of construction through use of water trucks.

EXECUTION                                                                          01 73 00 - 8

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

      3.   Concrete truck cleanout shall only be conducted in Contractor designated areas.

D.   Installed Work: Keep installed work clean. Clean installed surfaces according to written instructions of manufacturer or fabricator of product installed, using only cleaning materials specifically recommended. If specific cleaning materials are not recommended, use cleaning materials that are not hazardous to health or property and that will not damage exposed surfaces.

E.   Concealed Spaces: Remove debris from concealed spaces before enclosing the space.

F.   Exposed Surfaces: Clean exposed surfaces and protect as necessary to ensure freedom from damage and deterioration at time of Final Completion.

G.   Waste Disposal: Do not bury or burn waste materials on-site. Do not wash waste materials down sewers or into waterways. Comply with waste disposal requirements in Section 01 50 00 "Temporary Facilities and Controls." Section 01 74 19 "Construction Waste Management and Disposal."

H.   During handling and installation, clean and protect construction in progress and adjoining materials already in place. Apply protective covering where required to ensure protection from damage or deterioration at Final Completion.

I.   Clean and provide maintenance on completed construction as frequently as necessary through the remainder of the construction period. Adjust and lubricate operable components to ensure operability without damaging effects.

## 3.10   PROTECTION AND REPAIR OF INSTALLED CONSTRUCTION

A.   Provide final protection and maintain conditions that ensure installed Work is without damage or deterioration at time of Final Completion.

B.   Repair Work previously completed and subsequently damaged during construction period. Repair to like-new condition.

C.   Protection of Existing Items: Provide protection and ensure that existing items to remain undisturbed by construction are maintained in condition that existed at commencement of the Work.

D.   Comply with manufacturer's written instructions for temperature and relative humidity.

**END OF SECTION**

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**SECTION 01 74 19**

**CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL**

**PART 1 - GENERAL**

**1.1    SUMMARY**

    A.    Section includes administrative and procedural requirements for the following:

        1.    Salvaging nonhazardous demolition and construction waste.

        2.    Recycling nonhazardous demolition and construction waste.

        3.    Disposing of nonhazardous demolition and construction waste.

**1.2    DEFINITIONS**

    A.    Construction Waste: Structure, and site improvement materials and other solid waste resulting from construction, remodeling, renovation, or repair operations. Construction waste includes packaging.

    B.    Demolition Waste: Structure, and site improvement materials resulting from demolition operations.

    C.    Disposal: Removal of demolition or construction waste and subsequent salvage, sale, recycling, or deposit in landfill, incinerator acceptable to authorities having jurisdiction.

    D.    Recycle: Recovery of demolition or construction waste for subsequent processing in preparation for reuse.

    E.    Salvage: Recovery of demolition or construction waste and subsequent sale or reuse in another facility.

    F.    Salvage and Reuse: Recovery of demolition or construction waste and subsequent incorporation into the Work.

**1.3    MATERIALS OWNERSHIP**

    A.    Unless otherwise indicated, demolition and construction waste shall become property of Contractor.

    B.    Historic items, relics, antiques, and similar objects including, but not limited to, cornerstones and their contents, commemorative plaques and tablets, and other items of interest or value to Government that may be uncovered during demolition remain the property of Government. Carefully salvage in a manner to prevent damage and promptly return to Government.

**1.4    ACTION SUBMITTALS**

    A.    Waste Management Plan: Submit plan as part of the pre-construction submittals.

**1.5    INFORMATIONAL SUBMITTALS**

CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL                    01 74 19 - 1

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    A.  N/A

## 1.6    QUALITY ASSURANCE

A.  Waste Management Coordinator Qualifications: Experienced firm, or individual employed and assigned by the Contractor, with a record of successful waste management coordination of projects with similar cost and complexity.

B.  Regulatory Requirements: Comply with transportation and disposal regulations of authorities having jurisdiction.

## 1.7    WASTE MANAGEMENT PLAN

A.  Waste Identification: Indicate anticipated types and quantities of demolition, site-clearing, and construction waste generated by the Work. Use Form CWM-1 for construction waste and Form CWM-2 for demolition waste. Include estimated quantities and assumptions for estimates.

B.  Waste Reduction Work Plan: List each type of waste and whether it will be salvaged, recycled, or disposed of in landfill or incinerator. Use Form CWM-3 for construction waste and Form CWM-4 for demolition waste. Include points of waste generation, total quantity of each type of waste, quantity for each means of recovery, and handling and transportation procedures.

    1.  Salvaged Materials for Sale: For materials that will be sold to individuals and organizations, include list of their names, addresses, and telephone numbers.

    2.  Salvaged Materials for Donation: For materials that will be donated to individuals and organizations, include list of their names, addresses, and telephone numbers.

    3.  Recycled Materials: Include list of local receivers and processors and type of recycled materials each will accept. Include names, addresses, and telephone numbers.

    4.  Disposed Materials: Indicate how and where materials will be disposed of. Include name, address, and telephone number of each landfill and incinerator facility.

    5.  Handling and Transportation Procedures: Include method that will be used for separating recyclable waste including sizes of containers, container labeling, and designated location where materials separation will be performed.

## PART 2 - PRODUCTS

## 2.1    PERFORMANCE REQUIREMENTS

A.  General: Achieve end-of-Project rates for salvage/recycling of 50 percent by weight of total nonhazardous solid waste generated by the Work. Practice efficient waste management in the use of materials in the course of the Work. Use all reasonable means to divert construction and demolition waste from landfills and incinerators. Facilitate recycling and salvage of materials, including the following:

    1.  Demolition Waste:

        a.  Asphalt paving.
        b.  Concrete.
        c.  Concrete reinforcing steel.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

      d. Structural and miscellaneous steel.
      e. Supports and hangers.
      f. Electrical conduit.
      g. Copper wiring.

2. Construction Waste:

      a. Wood sheet materials.
      b. Metals.
      c. Piping.
      d. Electrical conduit.
      e. Packaging: Regardless of salvage/recycle goal indicated in "General" Paragraph above, salvage or recycle 100 percent of the following uncontaminated packaging materials:
         1) Paper.
         2) Cardboard.
         3) Boxes.
         4) Plastic sheet and film.
         5) Polystyrene packaging.
         6) Wood crates.
         7) Wood pallets.
         8) Plastic pails.
      f. Construction Office Waste: Regardless of salvage/recycle goal indicated in "General" Paragraph above, salvage or recycle 100 percent of the following construction office waste materials:
         1) Paper.
         2) Aluminum cans.
         3) Glass containers.

## PART 3 - EXECUTION

### 3.1    PLAN IMPLEMENTATION

A. General: Implement approved waste management plan. Provide handling, containers, storage, signage, transportation, and other items as required to implement waste management plan during the entire duration of the Contract.

    1. Submit waste management plan for approval as a part of preconstruction submittals.

    2. Comply with operation, termination, and removal requirements in Section 01 50 00 "Temporary Facilities and Controls."

B. Training: Train workers, subcontractors, and suppliers on proper waste management procedures, as appropriate for the Work.

    1. Distribute waste management plan to everyone concerned within **three** working days of submittal return.

    2. Distribute waste management plan to entities when they first begin work on-site. Review plan procedures and locations established for salvage, recycling, and disposal.

C. Site Access and Temporary Controls: Conduct waste management operations to ensure minimum interference with roads, streets, walks, walkways, and other adjacent occupied and used facilities.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

1. Designate and label specific areas on Project site necessary for separating materials that are to be salvaged and recycled.

2. Comply with Section 01 50 00 "Temporary Facilities and Controls" for controlling dust and dirt, environmental protection, and noise control.

D. Waste Management in Historic Zones or Areas: Transportation equipment and other materials shall be of sizes that clear surfaces within historic spaces, areas, rooms, and openings, by 12 inche**s** or more.

**3.2    SALVAGING DEMOLITION WASTE**

A. Salvaged Items for Reuse in the Work: Salvage items for reuse and handle as follows:

1. Clean salvaged items.

2. Pack or crate items after cleaning. Identify contents of containers with label indicating elements, date of removal, quantity, and location where removed.

3. Store items in a secure area until installation.

4. Protect items from damage during transport and storage.

5. Install salvaged items to comply with installation requirements for new materials and equipment. Provide connections, supports, and miscellaneous materials necessary to make items functional for use indicated.

B. Salvaged Items for Sale and Donation: Not permitted on Project site.

C. Salvaged Items for Government's Use: Salvage items for Government's use and handle as follows:

1. Clean salvaged items.

2. Pack or crate items after cleaning. Identify contents of containers with label indicating elements, date of removal, quantity, and location where removed.

3. Store items in a secure area until delivery to Government.

4. Transport items to Government's storage area off-site designated by Government.

5. Protect items from damage during transport and storage.

**3.3    RECYCLING DEMOLITION AND CONSTRUCTION WASTE, GENERAL**

A. General: Recycle paper and beverage containers used by on-site workers.

B. Recycling Incentives: Revenues, savings, rebates, tax credits, and other incentives received for recycling waste materials shall be shared equally by Government and Contractor.

C. Preparation of Waste: Prepare and maintain recyclable waste materials according to recycling or reuse facility requirements. Maintain materials free of dirt, adhesives, solvents, petroleum contamination, and other substances deleterious to the recycling process.

D. Procedures: Separate recyclable waste from other waste materials, trash, and debris.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

Separate recyclable waste by type at Project site to the maximum extent practical according to approved construction waste management plan.

1. Provide appropriately marked containers or bins for controlling recyclable waste until removed from Project site. Include list of acceptable and unacceptable materials at each container and bin.

   a. Inspect containers and bins for contamination and remove contaminated materials if found.

2. Stockpile processed materials on-site without intermixing with other materials. Place, grade, and shape stockpiles to drain surface water. Cover to prevent windblown dust.

3. Stockpile materials away from construction area. Do not store within drip line of remaining trees.

4. Store components off the ground and protect from the weather.

5. Remove recyclable waste from Government's property and transport to recycling receiver or processor as often as required to prevent overfilling bins.

## 3.4    RECYCLING DEMOLITION WASTE

A. Asphalt Paving: Grind asphalt to maximum 1-1/2-inch size.

1. Crush asphaltic concrete paving and screen to comply with requirements in Section 31 20 00 "Earth Moving" for use as general fill.

B. Asphalt Paving: Break up and transport paving to asphalt-recycling facility.

C. Concrete: Remove reinforcement and other metals from concrete and sort with other metals.

1. Pulverize concrete to maximum 1-1/2-inch size.

2. Crush concrete and screen to comply with requirements in Section 31 20 00 "Earth Moving" for use as satisfactory soil for fill or subbase.

D. Wood Materials: Sort and stack members according to size, type, and length. Separate lumber, engineered wood products, panel products, and treated wood materials.

E. Metals: Separate metals by type.

1. Structural Steel: Stack members according to size, type of member, and length.

2. Remove and dispose of bolts, nuts, washers, and other rough hardware.

## 3.5    RECYCLING CONSTRUCTION WASTE

A. Packaging:

1. Cardboard and Boxes: Break down packaging into flat sheets. Bundle and store in a dry location.

2. Polystyrene Packaging: Separate and bag materials.

3. Pallets: As much as possible, require deliveries using pallets to remove pallets from Project site. For pallets that remain on-site, break down pallets into

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

component wood pieces and comply with requirements for recycling wood.

    4. Crates: Break down crates into component wood pieces and comply with requirements for recycling wood.

B. Wood Materials:

    1. Clean Cut-Offs of Lumber: Grind or chip into small pieces.

C. Paint: Seal containers and store by type.

## 3.6 DISPOSAL OF WASTE

A. General: Except for items or materials to be salvaged or recycled, remove waste materials from Project site and legally dispose of them in a landfill or incinerator acceptable to authorities having jurisdiction.

    1. Except as otherwise specified, do not allow waste materials that are to be disposed of accumulate on-site.

    2. Remove and transport debris in a manner that will prevent spillage on adjacent surfaces and areas.

B. General: Except for items or materials to be salvaged or recycled, remove waste materials and legally dispose of off-site, as approved in the waste management plan.

C. Burning: Do not burn waste materials.

**END OF SECTION**

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 77 00

## CLOSEOUT PROCEDURES

### PART 1 - GENERAL

#### 1.1    SUMMARY

A.  Section includes administrative and procedural requirements for Contract closeout, including, but not limited to, the following:

1.  Substantial Completion procedures.

2.  Final completion procedures.

3.  Warranties.

4.  Final cleaning.

#### 1.2    DEFINITIONS

A.  List of Incomplete Items: Contractor-prepared list of items to be completed or corrected, prepared for the COR's use prior to COR's inspection, to determine if the Work is substantially complete.

B.  As-Built Drawings: As-built drawings are developed and maintained by the Contractor and depict actual conditions, including deviations from the Contract Documents. These deviations and additions may result from coordination required by, but not limited to contract modifications; official responses to Contractor submitted Requests for Information; direction from the COR; designs which are the responsibility of the Contractor, and differing site conditions. Maintain the as-builts throughout construction as red-lined hard copies on site and or red-lined PDF files as directed by the COR. As-built drawings are further defined in NFAS 5252.236-9310. These files serve as the basis for the creation of the record drawings.

C.  Record Drawings: The record drawings are the final compilation of actual conditions reflected in the as-built drawings.

#### 1.3    SUBMITTALS

A.  Submit the following in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

1.  Product Data

    a.  Warranty Management Plan
    b.  Warranty Tags

2.  Manufacturer's Instructions

    a.  Posted Instructions
        1)  Preventative Maintenance
        2)  Conditioning Monitoring (Predictive Testing)

3.  Closeout Submittals

    a.  As-Built Drawings; (action submittal)

CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL                    01 77 00 - 1

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    b.   Record Drawings; (action submittal)
    c.   As-Built Record of Equipment and Materials
    d.   Final Approved Shop Drawings
    e.   Construction Contract Specifications

## 1.4    ACTION SUBMITTALS

A. Contractor's List of Incomplete Items: Initial submittal at Substantial Completion.

B. Certified List of Incomplete Items: Final submittal at Final Completion.

## 1.5    CLOSEOUT SUBMITTALS

A. Certificates of Release: From authorities having jurisdiction.

B. Certificate of Insurance: For continuing coverage through the warranty period.

## 1.6    QUALITY CONTROL

A. Additions and corrections to the contract drawings must be equal in quality and detail to that of the originals. Line colors, line weights, lettering, layering conventions, and symbols must be the same as the original line colors, line weights, lettering, layering conventions, and symbols.

## 1.7    MAINTENANCE MATERIAL SUBMITTALS

A. Schedule of Maintenance Material Items: For maintenance material submittal items required by other Sections.

## 1.8    SUBSTANTIAL COMPLETION PROCEDURES

A. Contractor's List of Incomplete Items: Prepare and submit a list of items to be completed and corrected (Contractor's "punch list"), indicating the value of each item on the list and reasons why the Work is incomplete.

B. Submittals Prior to Substantial Completion: Complete the following a minimum of **10** working days prior to requesting inspection for determining date of Substantial Completion. List items below that are incomplete at time of request.

1. Certificates of Release: Obtain and submit releases from authorities having jurisdiction, permitting Government unrestricted use of the Work and access to services and utilities. Include occupancy permits, operating certificates, and similar releases.

2. Submit closeout submittals specified in other Division 01 Sections, including Project Record Documents, maintenance manuals, damage or settlement surveys, property surveys, and similar final record information.

3. Submit closeout submittals specified in individual Sections, including specific warranties, workmanship bonds, maintenance service agreements, final certifications, and similar documents.

4. Submit maintenance material submittals specified in individual Sections, including tools, spare parts, extra materials, and similar items, and deliver to location designated by COR. Label with manufacturer's name and model number.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

      a. Schedule of Maintenance Material Items: Prepare and submit schedule of maintenance material submittal items, including name and quantity of each item and name and number of related Specification Section. Obtain COR's signature for receipt of submittals.

5. Submit record of testing per requirements provided in Paragraph 3.1 below.

6. Submit sustainable design submittals not previously submitted.

7. Submit changeover information related to Government's occupancy, use and maintenance.

C. Procedures Prior to Substantial Completion: Complete the following a minimum of **10 working** days prior to requesting inspection for determining date of Substantial Completion. List items below that are incomplete at time of request.

1. Perform preventive maintenance on products used prior to Substantial Completion. Consult manufacturer for warranty requirements prior to conducting preventative maintenance.

2. Instruct Government's personnel in adjustment, and maintenance of products.

3. Advise Government of changeover in utility services.

4. Participate with Government in conducting inspection and walkthrough with local emergency responders.

5. Terminate and remove temporary facilities from Project site, along with mockups, construction tools, and similar elements.

6. Complete final cleaning requirements.

D. Inspection: Submit a written request for inspection to determine Substantial Completion a minimum of **10** working days prior to date the Work will be completed and ready for final inspection and tests. On receipt of request, COR will either proceed with inspection or notify Contractor of unfulfilled requirements. COR will prepare the Certificate of Substantial Completion after inspection or will notify Contractor of items, either on Contractor's list or additional items identified by COR, that must be completed or corrected before certificate will be issued.

1. Request reinspection when the Work identified in previous inspections as incomplete is completed or corrected.

2. Results of completed inspection will form the basis of requirements for Final Completion.

## 1.9    FINAL COMPLETION PROCEDURES

A. Submittals Prior to Final Completion: Before requesting final inspection for determining Final Completion, complete the following:

1. Certified List of Incomplete Items: Submit certified copy of COR's Substantial Completion inspection list of items to be completed or corrected (punch list), endorsed and dated by COR. Certified copy of the list shall state that each item has been completed or otherwise resolved for acceptance.

2. Submit Final Completion photographic documentation for review and approval.

B. Inspection: Submit a written request for final inspection to determine acceptance a minimum of [10] working days prior to date the Work will be completed and ready for final

CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL                01 77 00 - 3

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

inspection and tests. On receipt of request, COR will either proceed with inspection or notify Contractor of unfulfilled requirements. COR will prepare a final Certificate for Payment after inspection or will notify Contractor of construction that must be completed or corrected before certificate will be issued.

1. Request reinspection when the Work identified in previous inspections as incomplete is completed or corrected.

## 1.10    LIST OF INCOMPLETE ITEMS

A. Organization of List: Include name and identification of each space and area affected by construction operations for incomplete items and items needing correction including, if necessary, areas disturbed by Contractor that are outside the limits of construction.

1. Organize list of spaces in sequential order, listed by area number.

2. Organize items applying to each area by major elements, including categories for equipment, and structural systems.

3. Include the following information at the top of each page:
   a. Project name.
   b. Date.
   c. Name of COR.
   d. Name of Contractor.
   e. Page number.

4. Submit list of incomplete items in the following format:
   a. Web-Based Project Software Upload: Utilize software feature for creating and updating list of incomplete items (punch list).

## 1.11    WARRANTY MANAGEMENT

A. Warranty Management Plan

1. Develop a draft warranty management plan as part of the pre-construction submittal requirements. At least 30 calendar days before the planned project closeout meeting, submit the final warranty management plan. Include within the warranty management plan all required actions and documents to assure that the Government receives all warranties to which contain sufficient detail to render it suitable for use by future maintenance and repair personnel, whether tradesmen, or of engineering background, not necessarily familiar with this contract. The term "status" as indicated below must include due date and whether item has been submitted or was accomplished. Warranty information made available during the construction phase must be submitted to the COR for approval prior to each monthly pay estimate. Assemble approved information in a PDF and turn over to the Government upon acceptance of the work. The construction warranty period will begin on the date of project acceptance and continue for the full product warranty period. A joint 4-month, 9-month, and 1 year warranty inspection will be conducted, measured from time of acceptance, by the Contractor and COR. Include within the warranty management plan, but not limited to, the following:

   a. Roles and responsibilities of all personnel associated with the warranty process, including points of contact and telephone numbers within the organizations of the Contractors, subcontractors, manufacturers or suppliers involved.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

b. Furnish with each warranty the name, address, and telephone number of each of the guarantor's representatives nearest to the project location.

c. A list for each warranted product or feature of construction indicating:
   1) Name of item.
   2) Model and serial numbers.
   3) Location where installed.
   4) Name and phone numbers of manufacturers or suppliers.
   5) Names, addresses and telephone numbers of sources of spare parts.
   6) Warranties and terms of warranty. Include one-year overall warranty of construction, including the starting date of warranty of construction. Items which have extended warranties must be indicated with separate warranty expiration dates.
   7) Cross-reference to warranty certificates as applicable.
   8) Starting point and duration of warranty period.
   9) Summary of maintenance procedures required to continue the warranty in force.
   10) Cross-reference to specific pertinent Maintenance manuals.
   11) Organization, names and phone numbers of persons to call for warranty service.
   12) Typical response time and repair time expected for various warranted equipment.

d. The plans for attendance at the 4-month, 9 month and 1-year post-construction warranty inspections conducted by the Government.

e. The Contractor's Project Manager, or CBP approved Contractor representative, shall be in attendance for each site visit.

f. Contractor requirements for performing maintenance during 1-year post-construction warranty period.

**1.12    Pre-Warranty Requirements**

A. As a part of the Project Closeout Meeting, develop a mutual understanding with the COR with respect to the requirements of this section. Communication procedures for Contractor notification of construction warranty defects, priorities with respect to the type of defect, reasonable time required for Contractor response, and other details deemed necessary by the COR for the execution of the construction warranty will be established/reviewed during the meeting. In connection with these requirements and at the time of the Contractor's quality control completion inspection, furnish the name, telephone number and address of a licensed and bonded company which is authorized to initiate and pursue construction warranty maintenance and repair work on behalf of the Contractor. This point of contact will be located within the local service area of the warranted construction, be continuously available, and be responsive to Government inquiry on warranty work action and status. This requirement does not relieve the Contractor of any of its responsibilities in connection with other portions of this provision.

**1.13    SUBMITTAL OF PROJECT WARRANTIES**

A. Organize warranty documents into an orderly sequence based on the table of contents of Project Manual.

B. Warranty Electronic File: Provide warranties and bonds in PDF format. Assemble

CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL                    01 77 00 - 5

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

complete warranty and bond submittal package into a single electronic PDF file withbookmarks enabling navigation to each item. Provide bookmarked table of contents at beginning of document. Submit by uploading to web-based project software site to COR.

C. Warranties in Paper Form:

1. Bind warranties and bonds in heavy-duty, three-ring, vinyl-covered, loose-leaf binders, thickness as necessary to accommodate contents, and sized to receive 8-1/2-by-11-inch paper.

2. Provide heavy paper dividers with plastic-covered tabs for each separate warranty. Mark tab to identify the product or installation. Provide a typed description of the product or installation, including the name of the product and the name, address, and telephone number of Installer.

3. Identify each binder on the front and spine with the typed or printed title "WARRANTIES," Project name, and name of Contractor.

D. Provide additional copies of each warranty to include in maintenance manuals.

**PART 2 - PRODUCTS**

**2.1    MATERIALS**

A. SYSTEM DESCRIPTION

1. Prepare the CAD drawing files in AutoCAD format compatible with the latest Windows operating system.

   a. Additional Drawings: If additional drawings are required, prepare them using the specified electronic file format applying the same graphic standards specified for original drawings. The title block and drawing border to be used for any new final record drawings must be identical to that used on the contract drawings.

   b. Sheet Numbers and File Names: If a sheet needs to be added between two sequential sheets, append a Supplemental Drawing Designator in accordance with ERDC/ITL TR-12-6 Adding a drawing sheet, and ERDC/ITL TR-12-1 Adding or deleting drawing sheets and index sheet procedures.

B. CERTIFICATION OF EPA DESIGNATED ITEMS

1. Submit the Certification of EPA Designated Items as required by FAR 52.223-9, "Certification and Estimate of Percentage of Recovered Material Content for EPA Designated Items". Include on the certification form the following information: project name, project number, Contractor name, license number, Contractor address, and certification. The certification will read as follows and be signed and dated by the Contractor. "I hereby certify the information provided herein is accurate and that the requisition/procurement of all materials listed on this form comply with current EPA standards for recycled/recovered materials content. The following exemptions may apply to the non-procurement of recycled/recovered content materials:

   a. The product does not meet appropriate performance standards.
   b. The product is not available within a reasonable time frame.
   c. The product is not available competitively (from two or more sources).

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

     d. The product is only available at an unreasonable price (compared with a comparable non-recycled content product."

## PART 3 - EXECUTION

### 3.1 TESTING AND TRAINING

A. The Contractor shall perform all testing including pre-testing and final testing of all equipment. The Contractor shall hire a third-party Commissioning Authority (C/A) to advise the Contractor on the testing and commissioning plan to be approved by the Government for the equipment to operate as designed for Final Closeout activities. Testing shall include all mechanical, electrical and telecommunications items constructed as a part of this project which include, but are not limited to, automated gates, camera and fiber installations. Timing of testing shall be coordinated with the COR. The COR and the Government as well as the Contractor's specialist shall be present during all testing. Defects noted by the COR shall be included in the Contractor's List of Incomplete Items for verification of correction during Substantial Completion.

B. The Contractor shall employ a specialist to conduct demonstration and training for Government in the use of automated gates, cameras, network equipment such as routers, switches, media converters, workstations at the shelters, Manual Transfer Switch (MTS) and emergency generator, as applicable, and constructed as a part of this project. Persons operating the MTS and emergency generator shall be a Qualified Person. Timing of training shall be coordinated through the COR, but in any case shall be completed within 30 calendar days after final completion. Comply with requirements outline in Section 01 79 00 Demonstration and Training.

### 3.2 AS-BUILT DRAWINGS

A. Provide and maintain two black line print copies of the PDF contract drawings for As-Built Drawings.

   1. Markup Guidelines

     a. Make comments and markup the drawings complete without reference to letters, memos, or materials that are not part of the As-Built drawing. Show what was changed, how it was changed, where item(s) were relocated and change related details. These working as-built markup prints must be neat, legible and accurate as follows:

       1) Use base colors of red, green, and blue. Color code for changes as follows:

         a) Special (Blue) - Items requiring special information, coordination, or special detailing or detailing notes.

         b) Deletions (Red) - Over-strike deleted graphic items (lines), lettering in notes and leaders.

         c) Additions (Green) - Added items, lettering in notes and leaders.

       2) Provide a legend if colors other than the "base" colors of red, green, and blue are used.

       3) Add and denote any additional equipment or material facilities, service lines, incorporated under As-Built Revisions if not already shown in legend.

       4) Use frequent written explanations on markup drawings to describe changes. Do not totally rely on graphic means to convey the revision.

       5) Use legible lettering and precise and clear digital values when marking prints. Clarify ambiguities concerning the nature and application of change

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

6) Wherever a revision is made, also make changes to related section views, details, legend, profiles, plans and elevation views, schedules, notes and call out designations, and mark accordingly to avoid conflicting data on all other sheets.

7) For deletions, cross out all features, data and captions that relate to that revision.

8) For changes on small-scale drawings and in restricted areas, provide large-scale inserts, with leaders to the applicable location.

9) Indicate one of the following when attaching a print or sketch to a markup print:
   a) Add an entire drawing to contract drawings.
   b) Change the contract drawing to show.
   c) Provided for reference only to further detail the initial design.

10) Incorporate all shop and fabrication drawings into the markup drawings.

## 3.3    As-Built Drawings Content

A. Revise As-Built Drawings in accordance with ERDC/ITL TR-12-1 and ERDC/ITL TR- 12-6 As-built drawings shall become the sole and exclusive property of the Government and subject to non-disclosure and confidentiality.

B. Provide 2 sets of paper copies from PDF drawings to show the as-built conditions by red-line process during the execution of the project. Keep these working as-built markup drawings current on a weekly basis and at least one set available on the jobsite at all times. Changes from the contract drawings which are made during construction or additional information which might be uncovered in the course of construction must be accurately and neatly recorded as they occur by means of details and notes. Submit the working as-built markup drawings for approval prior to submission of each monthly pay estimate. For failure to maintain the working and final record drawings as specified herein, the COR will withhold 10 percent of the monthly progress payment until approval of updated drawings.

C. Show on the as-built drawings, but not limited to, the following information:

1. The actual location, kinds and sizes of all sub-surface utility lines. In order that the location of these lines and appurtenances may be determined in the event the surface openings or indicators become covered over or obscured, show by offset dimensions to two permanently fixed surface features the end of each run including each change in direction on the record drawings. Locate valves, splice boxes and similar appurtenances by dimensioning along the utility run from a reference point. Also record the average depth below the surface of each run.

2. The location and dimensions of any changes within the Attributes.

3. Layout and drawings of all power and camera components.

4. Correct grade, elevations, cross section, or alignment of roads, earthwork, structures or utilities if any changes were made from contract plans.

5. Changes in details of design or additional information obtained from working drawings specified to be prepared and/or furnished by the Contractor.

6. The topography, invert elevations and grades of completed or affected as part of the project construction.

CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL                01 77 00 - 8

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

7. Changes or Revisions which result from the final inspection.

8. Where contract drawings or specifications present options, show only the option selected for construction on the working as-built markup drawings.

9. If borrow material for this project is from sources on Government property, or if Government property is used as a spoil area, furnish a contour map of the final borrow pit/spoil area elevations.

10. Modifications (include within change order price the cost to change working as-built markup drawings to reflect modifications)

11. Actual location of anchors, construction and control joints, etc., in concrete.

12. Unusual or uncharted obstructions that are encountered in the contract work area during construction.

13. Location, extent, thickness, and size of scour protection, as applicable.

## 3.4    RECORD DRAWING FILES

A. If additional drawings are required, prepare them using the specified electronic file format applying the same graphic standards specified for original drawings. The title block and drawing border to be used for any new final record drawings must be identical to that used on the contract drawings. Accomplish additions and corrections to the contract drawings using CAD files. Provide all program files and hardware necessary to prepare final PDF record drawings. The COR will review final PDF record drawings for accuracy and return them to the Contractor for required corrections, changes, additions, and deletions.

1. Rename the CAD Drawing files

   a. Rename the CAD Drawing files using the contract number as the Project Code field, (e.g., W91238-15-C-10A-102.DWGDGN) as instructed in the Pre-Construction conference. Use only those renamed files for the Marked- up changes. Make all changes on the layer/level as the original item.

   1) For AutoCAD files (DWG), enter all as-built delta changes and notations on the AS-BUILT layer.

   2) When final revisions have been completed, show the wording "RECORD DRAWING AS-BUILTS" followed by the name of the Contractor in letters at least 3/16 inch high on the cover sheet drawing. Date RECORD DRAWING AS-BUILTS" drawing revisions in the revision block.

   3) Within 20 calendar days after Government approval of all of the working record drawings for a phase of work, prepare the final CAD record drawings for that phase of work and submit PDF drawing files electronically via e-mail for review and approval. The Government will promptly review and annotate with any necessary corrections and return via e-mail. Within 10 business days revise the CAD files accordingly at no additional cost and submit one set of final prints for the completed phase of work to the Government. Within 20 calendar days of substantial completion of all phases of work, submit the final record drawing package for the entire project. Submit one set of electronic CAD files, and one set of the approved working record PDF files on optical disc. The CAD files must be complete in all details and identical in form and function to the CAD drawing files supplied by the Government.

   4) Prepare AutoCAD files for transmittal using e-Transmit. The Government reserves the right to reject any drawing files it deems incompatible with the

9    CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL    01 77 00 - 9

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

customer's CAD system. Paper prints, drawing files and storage media submitted will become the property of the Government upon final approval. Failure to submit final record PDF drawing files, CAD files and marked prints as specified will be cause for withholding any payment due under this contract. Approval and acceptance of final record drawings must be accomplished before final payment is made.

### 3.5    RECORD DOCUMENTS

A.  Prepare final record documents after the completion of each definable phase of work as listed in the Contractor Quality Control Plan.

B.  Drawings: Transfer the changes from the approved working as-built markup drawings to the original electronic CAD drawing files. Modify the as-built CAD drawing files to correctly show the features of the project as-built by bringing the working CAD drawing set into agreement with approved working as-built markup drawings and adding such additional drawings as may be necessary. Refer to ERDC/ITL TR- 12-1 Chapter 11 Drawing Revisions. Jointly review the working as-built markup drawings with printouts from working as-built CAD drawing PDF files for accuracy and completeness. Monthly review of working as- built CAD drawing PDF file printouts must cover all sheets revised since the previous review. These PDF drawing files are part of the permanent records of this project. Any drawings damaged or lost must be satisfactorily replaced at no expense to the Government.

1.  Drawing revisions (include within change order price the cost to change working and final record drawings to reflect revisions) and compliance with the following procedures.

    a.  Follow directions in the revision for posting descriptive changes.
    b.  The revision delta size must be 5/16 inch unless the area where the delta is to be placed is crowded. Use a smaller size delta for crowded areas.
    c.  Place a revision delta at the location of each deletion.
    d.  For new details or sections which are added to a drawing, place a revision delta by the detail or section title.
    e.  For minor changes, place a revision delta by the area changed on the drawing (each location).
    f.  For major changes to a drawing, place a revision delta by the title of the affected plan, section, or detail at each location.
    g.  For changes to schedules or drawings, place a revision delta either by the schedule heading or by the change in the schedule.

C.  Specifications: Mark Specifications to indicate the actual product installation, where installation varies from that indicated in Specifications, addenda, and Contract modifications.

1.  Give particular attention to information on concealed products and installations that cannot be readily identified and recorded later.

2.  Mark copy with the proprietary name and model number of products, materials, and equipment furnished, including substitutions and product options selected.

3.  Record the name of manufacturer, supplier, Installer, and other information necessary to provide a record of selections made.

4.  For each principal product, indicate whether Record Product Data has been submitted in maintenance manuals instead of submitted as Record Product Data.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

5. Note related Change Orders, Record Product Data, and Record Drawings where applicable.

6. Format: Submit record specifications as a scanned PDF electronic file(s) of marked-up paper copy of Specifications.

D. Product Data: Maintain one copy of each submittal during the construction period for Project Record Document purposes. Post changes and revisions to Project Record Documents as they occur; do not wait until end of Project.

1. Preparation: Mark Product Data to indicate the actual product installation where installation varies substantially from that indicated in Product Data submittal.

2. Give particular attention to information on concealed products and installations that cannot be readily identified and recorded later.

3. Include significant changes in the product delivered to Project site and changes in manufacturer's written instructions for installation.

4. Note related Change Orders, Record Specifications, and Record Drawings where applicable.

5. Format: Submit Record Product Data as scanned PDF electronic file(s) of marked-up paper copy of Product Data.

6. Include Record Product Data directory organized by Specification Section number and title, electronically linked to each item of Record Product Data.

E. Indentured Parts Listing to include part numbers, Contractor specs, and CAGÉ codes.

F. Miscellaneous Submittals: Assemble miscellaneous records required by other Specification Sections for miscellaneous record keeping and submittal in connection with actual performance of the Work. Bind or file miscellaneous records and identify each, ready for continued use and reference.

1. Format: Submit miscellaneous record submittals as scanned PDF electronic file(s) of marked-up miscellaneous record submittals.

2. Include miscellaneous record submittals directory organized by Specification Section number and title, electronically linked to each item of miscellaneous record submittal.

## 3.6    MAINTENANCE OF RECORD DOCUMENTS

A. Maintenance of Record Documents: Store Record Documents in the field office apart from the Contract Documents used for construction. Do not use Project Record Documents for construction purposes. Maintain Record Documents in good order and in a clean, dry, legible condition, protected from deterioration and loss. Provide access to Project Record Documents for COR's reference during normal working hours.

## 3.7    FINAL RECORD DOCUMENTS PACKAGE

A. Submit the final record PDF and CAD drawings package for the entire project within 20 calendar days of substantial completion of all phases of work. Submit one set of ANSI D size PDF and CAD files on optical disc, read-only memory (ROM), two sets of ANSI D size prints and one set of the approved working record drawings. The package must be complete in all details and identical in form and function to the contract drawing files

CONSTRUCTION WASTE MANAGEMENT AND DISPOSAL                                01 77 00 - 11

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

supplied by the Government.

### 3.8 FINAL APPROVED SHOP DRAWINGS

A. Submit final approved project shop drawings 30 calendar days after transfer of the completed project.

### 3.9 MAINTENANCE MANUALS

A. Submit maintenance manuals as bookmarked PDF for the Project and associated Attributes 10 working days prior to final inspection. The manual shall include names, product cutsheets/specifications, warranty information, repair procedures, recommended maintenance type and recommended maintenance intervals for all installed products. The manuals will be reviewed and returned within 10 working day of receipt from the Contractor for any needed corrections. The Contractor shall submit the final maintenance manuals within 20 working days of receipt of comments from the COR.

### 3.10 AS-BUILT RECORD OF PRODUCTS AND MATERIALS

A. Furnish one copy of preliminary record of products and materials used on the project 10 working days prior to final inspection. This preliminary submittal will be reviewed and returned within 10 working days after final inspection with Government comments. Submit a PDF of final record of products and materials 20 working days after receipt of government comments. Key the designations to the related area depicted on the contract drawings. List the following data:

| RECORD OF DESIGNATED PRODUCTS AND MATERIALS DATA | | | | |
|---|---|---|---|---|
| Description | Specification Section | Manufacturer and Catalog, Model, Serial No. | Composition and Size | Where Used |

### 3.11 FINAL CLEANING

A. General: Perform final cleaning. Conduct cleaning and waste-removal operations to comply with local laws and ordinances and Federal and local environmental and antipollution regulations.

B. Cleaning: Employ experienced workers or professional cleaners for final cleaning. Clean each surface or unit to condition expected in an average commercial cleaning and maintenance program. Comply with manufacturer's written instructions.

1. Complete the following cleaning operations before requesting inspection for certification of Substantial Completion for entire Project or for a designated portion of Project:
   a. Clean Project site of rubbish, waste material, litter, and other foreign substances.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

      b.  Sweep paved areas broom clean. Remove petrochemical spills, stains, and other foreign deposits.

      c.  Rake grounds that are not planted, mulched, or paved to a smooth, even-textured surface.

      d.  Remove tools, construction equipment, machinery, and surplus material from Project site.

      e.  Remove debris and surface dust from limited-access spaces such as equipment cabinets and similar spaces.

      f.  Remove labels that are not permanent.

      g.  Wipe surfaces of and electrical equipment, and similar equipment. Remove excess lubrication, paint and mortar/concrete droppings, and other foreign substances.

      h.  Clean luminaires, lamps, globes, and reflectors to function with full efficiency.

      i.  Leave Project clean and ready for operation.

C.  Construction Waste Disposal: Comply with waste-disposal requirements in Section 01 50 00 "Temporary Facilities and Controls", and Section 01 74 19 "Construction Waste Management and Disposal."

## 3.12   REPAIR OF THE WORK

A.  Complete repair and restoration operations required by Section 01 73 00 "Execution" before requesting inspection for determination of Substantial Completion.

**END OF SECTION**

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

## SECTION 01 78 23

## OPERATION AND MAINTENANCE DATA

## PART 1 - GENERAL

### 1.1    SUMMARY

A.    Section includes administrative and procedural requirements for the preparation operation and maintenance manuals for automated gates and cameras, including the following:

    1.    Operation and maintenance documentation directory manuals.

    2.    Emergency manuals.

    3.    Systems and equipment operation manuals.

    4.    Systems and equipment maintenance manuals.

    5.    Product maintenance manuals.

    6.    Service contracts information.

### 1.2    DEFINITIONS

A.    System: An organized collection of parts, equipment, or subsystems united by regular interaction.

B.    Subsystem: A portion of a system with characteristics similar to a system.

### 1.3    CLOSEOUT SUBMITTALS

A.    Submit operation and maintenance manuals indicated. Provide content for each manual as specified in individual Specification Sections, and as reviewed and approved at the time of Section submittals. Submit reviewed manual content formatted and organized as required by this Section.

    1.    COR will comment on whether content of operation and maintenance submittals is acceptable.

    2.    Where applicable, clarify and update reviewed manual content to correspond to revisions and field conditions.

B.    Format: Submit operation and maintenance manuals in the following format:

    1.    Submit on digital media acceptable to COR by uploading to web-based project software site. Enable reviewer comments on draft submittals.

C.    Initial Manual Submittal: Submit draft copy of each manual at least 15 working days before project closeout meeting. COR will comment on whether general scope and content of manual are acceptable.

D.    Final Manual Submittal: Submit each manual in final form prior to requesting inspection for Substantial Completion and at least 15 working days before commencing testing. COR will return copy with comments.

OPERATION AND MAINTENANCE DATA                                              01 78 23 - 1

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    1. Correct or revise each manual to comply with COR's comments. Submit copies of each corrected manual within five working days of receipt of COR's comments and prior to commencing testing.

  E. Comply with Section 01 77 00 "Closeout Procedures" for schedule for submitting operation and maintenance documentation.

## 1.4　FORMAT OF OPERATION AND MAINTENANCE MANUALS

  A. Provide PDF copies of Manuals.

  B. Manuals, Electronic Files: Submit manuals in the form of a multiple file composite electronic PDF file for each manual type required.

    1. Electronic Files: Use electronic files prepared by manufacturer where available. Where scanning of paper documents is required, configure scanned file for minimum readable file size.

    2. File Names and Bookmarks: Bookmark individual documents based on file names. Name document files to correspond to system, subsystem, and equipment names used in manual directory and table of contents. Group documents for each system and subsystem into individual composite bookmarked files, then create composite manual, so that resulting bookmarks reflect the system, subsystem, and equipment names in a readily navigated file tree. Configure electronic manual to display bookmark panel on opening file.

## 1.5　REQUIREMENTS FOR EMERGENCY, OPERATION, AND MAINTENANCE MANUALS

  A. Organization of Manuals: Unless otherwise indicated, organize each manual into a separate section for each system and subsystem, and a separate section for each piece of equipment not part of a system. Each manual shall contain the following materials, in the order listed:

    1. Title page.

    2. Table of contents.

    3. Manual contents.

  B. Title Page: Include the following information:

    1. Subject matter included in manual.

    2. Name and address of Project.

    3. Name and address of Border Patrol Sector.

    4. Date of submittal.

    5. Name and contact information for Contractor.

    6. Name and contact information for Construction Manager.

    7. Name and contact information for COR.

    8. Name and contact information for Commissioning Authority.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

9. Names and contact information for major consultants to the COR that designed the systems contained in the manuals.

10. Cross-reference to related systems in other operation and maintenance manuals.

C. Table of Contents: List each product included in manual, identified by product name, indexed to the content of the volume, and cross-referenced to Specification Section number in Project Manual.

1. If operation or maintenance documentation requires more than one volume to accommodate data, include comprehensive table of contents for all volumes in each volume of the set.

D. Manual Contents: Organize into sets of manageable size. Arrange contents alphabetically by system, subsystem, and equipment. If possible, assemble instructions for subsystems, equipment, and components of one system into a single binder.

E. Identification: In the documentation directory and in each operation and maintenance manual, identify each system, subsystem, and piece of equipment with same designation used in the Contract Documents. If no designation exists, assign a designation according to ASHRAE Guideline 4, "Preparation of Operating and Maintenance Documentation for Building Systems."

## 1.6    OPERATION AND MAINTENANCE DOCUMENTATION DIRECTORY MANUAL

A. Operation and Maintenance Documentation Directory: Prepare a separate manual that provides an organized reference to emergency, operation, and maintenance manuals. List items and their location to facilitate ready access to desired information. Include the following:

1. List of Systems and Subsystems: List systems alphabetically. Include references to operation and maintenance manuals that contain information about each system.

2. List of Equipment: List equipment for each system, organized alphabetically by system. For pieces of equipment not part of system, list alphabetically in separate list.

3. Tables of Contents: Include a table of contents for each emergency, operation, and maintenance manual.

## 1.7    EMERGENCY MANUALS

A. Emergency Manual: Assemble a complete set of emergency information indicating procedures for use by emergency personnel and by Government's operating personnel for types of emergencies indicated.

B. Content: Organize manual into a separate section for each of the following:

1. Type of emergency.

2. Emergency instructions.

3. Emergency procedures.

OPERATION AND MAINTENANCE DATA                                01 78 23 - 3

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

C. Type of Emergency: Where applicable for each type of emergency indicated below, include instructions and procedures for each system, subsystem, piece of equipment, and component:

1. Fire.

2. Flood.

3. Power failure.

4. System, subsystem, or equipment failure.

D. Emergency Instructions: Describe and explain warnings, trouble indications, error messages, and similar codes and signals. Include responsibilities of Government's operating personnel for notification of Installer, supplier, and manufacturer to maintain warranties.

E. Emergency Procedures: Include the following, as applicable:

1. Instructions on stopping.

2. Shutdown instructions for each type of emergency.

3. Operating instructions for conditions outside normal operating limits.

4. Required sequences for electric or electronic systems.

5. Special operating instructions and procedures.

## 1.8    SYSTEMS AND EQUIPMENT OPERATION MANUALS

A. Systems and Equipment Operation Manual: Assemble a complete set of data indicating operation of each system, subsystem, and piece of equipment not part of a system. Include information required for daily operation and management, operating standards, and routine and special operating procedures.

1. Engage a factory-authorized service representative to assemble and prepare information for each system, subsystem, and piece of equipment not part of a system.

2. Prepare a separate manual for each system and subsystem, in the form of an instructional manual for use by Government's operating personnel.

B. Content: In addition to requirements in this Section, include operation data required in individual Specification Sections and the following information:

1. System, subsystem, and equipment descriptions. Use designations for systems and equipment indicated on Contract Documents.

2. Performance and design criteria if Contractor has delegated design responsibility.

3. Operating standards.

4. Operating procedures.

5. Operating logs.

OPERATION AND MAINTENANCE DATA                                    01 78 23 - 4

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

      6. Wiring diagrams.

      7. Control diagrams.

      8. Piped system diagrams.

      9. Precautions against improper use.

      10. License requirements including inspection and renewal dates.

C. Descriptions: Include the following:

      1. Product name and model number. Use designations for products indicated on Contract Documents.

      2. Manufacturer's name.

      3. Equipment identification with serial number of each component.

      4. Equipment function.

      5. Operating characteristics.

      6. Limiting conditions.

      7. Performance curves.Engineering data and tests.

      8. Complete nomenclature and number of replacement parts.

D. Operating Procedures: Include the following, as applicable:

      1. Startup procedures.

      2. Equipment or system break-in procedures.

      3. Routine and normal operating instructions.

      4. Regulation and control procedures.

      5. Instructions on stopping.

      6. Normal shutdown instructions.

      7. Seasonal and weekend operating instructions.

      8. Required sequences for electric or electronic systems.

      9. Special operating instructions and procedures.

E. Systems and Equipment Controls: Describe the sequence of operation, and diagram controls as installed.

## 1.9    SYSTEMS AND EQUIPMENT MAINTENANCE MANUALS

A. Systems and Equipment Maintenance Manuals: Assemble a complete set of data indicating maintenance of each system, subsystem, and piece of equipment not part of a system. Include manufacturers' maintenance documentation, preventive

OPERATION AND MAINTENANCE DATA                                          01 78 23 - 5

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

maintenance procedures and frequency, repair procedures, wiring and systems diagrams, lists of spare parts, and warranty information.

    1. Engage a factory-authorized service representative to assemble and prepare information for each system, subsystem, and piece of equipment not part of a system.

    2. Prepare a separate manual for each system and subsystem, in the form of an instructional manual for use by Government's operating personnel.

B. Content: For each system, subsystem, and piece of equipment not part of a system, include source information, manufacturers' maintenance documentation, maintenance procedures, maintenance and service schedules, spare parts list and source information, maintenance service contracts, and warranties and bonds as described below.

C. Source Information: List each system, subsystem, and piece of equipment included in manual, identified by product name and arranged to match manual's table of contents. For each product, list name, address, and telephone number of Installer or supplier and maintenance service agent, and cross-reference Specification Section number and title in Project Manual and drawing or schedule designation or identifier where applicable.

D. Manufacturers' Maintenance Documentation: Include the following information for each component part or piece of equipment:

    1. Standard maintenance instructions and bulletins; include only sheets pertinent to product or component installed. Mark each sheet to identify each product or component incorporated into the Work. If data includes more than one item in a tabular format, identify each item using appropriate references from the Contract Documents. Identify data applicable to the Work and delete references to information not applicable.

        a. Prepare supplementary text if manufacturers' standard printed data are not available and where the information is necessary for proper operation and maintenance of equipment or systems.

    2. Drawings, diagrams, and instructions required for maintenance, including disassembly and component removal, replacement, and assembly.

    3. Identification and nomenclature of parts and components.

    4. List of items recommended to be stocked as spare parts.

E. Maintenance Procedures: Include the following information and items that detail essential maintenance procedures:

    1. Test and inspection instructions.

    2. Troubleshooting guide.

    3. Precautions against improper maintenance.

    4. Disassembly; component removal, repair, and replacement; and reassembly instructions.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

     5.  Aligning, adjusting, and checking instructions.

     6.  Demonstration and training video recording, if available.

F.  Maintenance and Service Schedules: Include service and lubrication requirements, list of required lubricants for equipment, and separate schedules for preventive and routine maintenance and service with standard time allotment.

     1.  Scheduled Maintenance and Service: Tabulate actions for daily, weekly, monthly, quarterly, semiannual, and annual frequencies.

     2.  Maintenance and Service Record: Include manufacturers' forms for recording maintenance.

G.  Spare Parts List and Source Information: Include lists of replacement and repair parts, with parts identified and cross-referenced to manufacturers' maintenance documentation and local sources of maintenance materials and related services.

H.  Maintenance Service Contracts: Include copies of maintenance agreements with name and telephone number of service agent.

I.  Warranties: Include copies of warranties and lists of circumstances and conditions that would affect validity of warranties.

     1.  Include procedures to follow and required notifications for warranty claims.

J.  Drawings: Prepare drawings supplementing manufacturers' printed data to illustrate the relationship of component parts of equipment and systems and to illustrate control sequence and flow diagrams. Coordinate these drawings with information contained in record Drawings to ensure correct illustration of completed installation.

     1.  Do not use original project record documents as part of maintenance manuals.

K.  Spare parts/components recommended to keep on hand to mitigate downtown of operation due to long lead times.

## 1.10   PRODUCT MAINTENANCE MANUALS

A.  Product Maintenance Manual: Assemble a complete set of maintenance data indicating care and maintenance of each product, material, and finish incorporated into the Work.

B.  Content: Organize manual into a separate section for each product, material, and finish. Include source information, product information, maintenance procedures, repair materials and sources, and warranties and bonds, as described below.

C.  Source Information: List each product included in manual, identified by product name and arranged to match manual's table of contents. For each product, list name, address, and telephone number of Installer or supplier and maintenance service agent, and cross- reference Specification Section number and title in Project Manual and drawing or schedule designation or identifier where applicable.

D.  Product Information: Include the following, as applicable:

     1.  Product name and model number.

OPERATION AND MAINTENANCE DATA         01 78 23 - 7

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    2.   Manufacturer's name.

    3.   Color, pattern, and texture.

    4.   Material and chemical composition.

    5.   Reordering information for specially manufactured products.

  E.  Maintenance Procedures: Include manufacturer's written recommendations and the following:

    1.   Inspection procedures.

    2.   Types of cleaning agents to be used and methods of cleaning.

    3.   List of cleaning agents and methods of cleaning detrimental to product.

    4.   Schedule for routine cleaning and maintenance.

    5.   Repair instructions.

  F.  Repair Materials and Sources: Include lists of materials and local sources of materials and related services.

  G.  Warranties: Include copies of warranties and lists of circumstances and conditions that would affect validity of warranties.

    1.   Include procedures to follow and required notifications for warranty claims.

**PART 2 - PRODUCTS (Not Used)**

**PART 3 - EXECUTION (Not Used)**

**END OF SECTION**

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

SECTION 01 79 00

DEMONSTRATION AND TRAINING

PART 1 - GENERAL

1.1     SUMMARY

A.     Section includes administrative and procedural requirements for instructing Government's personnel in the use of automated gates and cameras.

1.2     INFORMATIONAL SUBMITTALS

A.     Instruction Program: Submit outline of instructional program for demonstration and training, including a list of training modules and a schedule of proposed dates, times, length of instruction time, and instructors' names for each training module. Include learning objective and outline for each training module.

    1.     Indicate proposed training modules using manufacturer-produced demonstration and training video recordings for systems, equipment, and products in lieu of video recording of live instructional module.

B.     Qualification Data: For facilitator, instructor, videographer.

C.     Attendance Record: For each training module, submit list of participants and length of instruction time.

D.     Evaluations: For each participant and for each training module, submit results and documentation of performance-based test.

1.3     CLOSEOUT SUBMITTALS

A.     Demonstration and Training Video Recordings: Submit digital copy within five working days of end of each training module.

    1.     Identification: On each copy, provide an applied label with the following information:
        a.     Name of Project.
        b.     Name and address of videographer.
        c.     Name of COR.
        d.     Name of Contractor.
        e.     Date of video recording

B.     Transcript: Prepared and bound in format matching operation and maintenance manuals, and in PDF electronic format. Mark appropriate identification on front and spine of each binder. Include a cover sheet with same label information as the corresponding video recording. Include name of Project and date of video recording on each page.

C.     At completion of training, submit complete training manual(s) for Government's use prepared in same paper and PDF file format required for operation and maintenance manuals specified in Section 01 78 23 "Operation and Maintenance Data."

DEMONSTRATION AND TRAINING                                                     01 79 00 - 1

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

**1.4    QUALITY ASSURANCE**

A.  Facilitator Qualifications: A firm or individual experienced in training or educating maintenance personnel in a training program similar in content and extent to that indicated for this Project, and whose work has resulted in training or education with a record of successful learning performance.

B.  Instructor Qualifications: A factory-authorized service representative, complying with requirements in Section 01 40 00 "Quality Requirements," experienced in operation and maintenance procedures and training.

C.  Videographer Qualifications: A professional videographer who is experienced photographing demonstration and training events similar to those required.

D.  Pre-instruction Conference: Conduct conference at Project site to comply with requirements in Section 01 31 00 "Project Management and Coordination." Review methods and procedures related to demonstration and training including, but not limited to, the following:

1.  Inspect and discuss locations and other facilities required for instruction.

2.  Review and finalize instruction schedule and verify availability of educational materials, instructors' personnel, audiovisual equipment, and facilities needed to avoid delays.

3.  Review required content of instruction.

4.  For instruction that must occur outside, review weather and forecasted weather conditions and procedures to follow if conditions are unfavorable.

**1.5    COORDINATION**

A.  Coordinate instruction schedule with Government's operations. Adjust schedule as required to minimize disrupting Government's operations and to ensure availability of Government's personnel.

B.  Coordinate instructors, including providing notification of dates, times, length of instruction time, and course content. Coordinate content of training modules with content of approved emergency, operation, and maintenance manuals. Do not submit instruction program until operation and maintenance data have been reviewed and approved by COR.

**1.6    INSTRUCTION PROGRAM**

A.  Program Structure: Develop an instruction program that includes individual training modules for automated gates and cameras, as required by individual Specification Sections completed as part of the final design. The contractor shall provide one (1) training session for every sliding automated gate and swing automated gate installation.

B.  Training Modules: Develop a learning objective and teaching outline for each module. Include a description of specific skills and knowledge that participant is expected to master. For each module, include instruction for the following as applicable to the system, equipment, or component:

1.  Basis of System Design, Operational Requirements, and Criteria: Include the

DEMONSTRATION AND TRAINING                                                      01 79 00 - 2

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

following:

   a.  System, subsystem, and equipment descriptions.
   b.  Performance and design criteria if Contractor is delegated design responsibility.
   c.  Operating standards.
   d.  Regulatory requirements.
   e.  Equipment function.
   f.  Operating characteristics.
   g.  Limiting conditions.
   h.  Performance curves.

2.  Documentation: Review the following items in detail:

   a.  Emergency manuals.
   b.  Systems and equipment operation manuals.
   c.  Systems and equipment maintenance manuals.
   d.  Product maintenance manuals.
   e.  Project Record Documents.
   f.  Identification systems.
   g.  Warranties and bonds.
   h.  Maintenance service agreements and similar continuing commitments.

3.  Emergencies: Include the following, as applicable:

   a.  Instructions on meaning of warnings, trouble indications, and error messages.
   b.  Instructions on stopping.
   c.  Shutdown instructions for each type of emergency.
   d.  Operating instructions for conditions outside of normal operating limits.
   e.  Sequences for electric or electronic systems.
   f.  Special operating instructions and procedures.

4.  Operations: Include the following, as applicable:

   a.  Startup procedures.
   b.  Equipment or system break-in procedures.
   c.  Routine and normal operating instructions.
   d.  Regulation and control procedures.
   e.  Control sequences.
   f.  Safety procedures.
   g.  Instructions on stopping.
   h.  Normal shutdown instructions.
   i.  Operating procedures for emergencies.
   j.  Operating procedures for system, subsystem, or equipment failure.
   k.  Seasonal and weekend operating instructions.
   l.  Required sequences for electric or electronic systems.
   m. Special operating instructions and procedures.

5.  Adjustments: Include the following:

   a.  Alignments.
   b.  Checking adjustments.
   c.  Noise and vibration adjustments.
   d.  Economy and efficiency adjustments.

DEMONSTRATION AND TRAINING                                            01 79 00 - 3

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

      6.  Troubleshooting: Include the following:

        a.  Diagnostic instructions.
        b.  Test and inspection procedures.

      7.  Maintenance: Include the following:

        a.  Inspection procedures.
        b.  Types of cleaning agents to be used and methods of cleaning.
        c.  List of cleaning agents and methods of cleaning detrimental to product.
        d.  Procedures for routine cleaning.
        e.  Procedures for preventive maintenance.
        f.  Procedures for routine maintenance.
        g.  Instruction on use of special tools.

      8.  Repairs: Include the following:

        a.  Diagnosis instructions.
        b.  Repair instructions.
        c.  Disassembly; component removal, repair, and replacement; and reassembly instructions.
        d.  Instructions for identifying parts and components.
        e.  Review of spare parts needed for operation and maintenance

## 1.7    PREPARATION

A.  Assemble educational materials necessary for instruction, including documentation and training module. Assemble training modules into a training manual organized in coordination with requirements in Section 01 78 23 "Operation and Maintenance Data." Set up instructional equipment at instruction location.

## 1.8    INSTRUCTION

A.  Facilitator: Engage a qualified facilitator to prepare instruction program and training modules, to coordinate instructors, and to coordinate between Contractor and Government for number of participants, instruction times, and location.

B.  Engage qualified instructors to instruct Government's personnel to adjust, operate, and maintain systems, subsystems, and equipment not part of a system.

    1.  COR will furnish an instructor to describe basis of system design, operational requirements, criteria, and regulatory requirements.

    2.  Government will furnish an instructor to describe Government's operational philosophy.

    3.  Government will furnish Contractor with names and positions of participants.

C.  Scheduling: Provide instruction at mutually agreed-on times.

    1.  Schedule training with Government, through COR, with at least 5 working days' advance notice.

D.  Training Location and Reference Material: Conduct live demonstration training on-site at the completed and fully operational structure using the actual equipment in-place. Conduct training using final operation and maintenance data submittals.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

E.  Evaluation: At conclusion of each training module, assess and document each participant's mastery of module by use of a written performance-based test.

F.  Cleanup: Collect used and leftover educational materials and give to Government. Remove instructional equipment. Restore systems and equipment to condition existing before initial training use.

**1.11    DEMONSTRATION AND TRAINING VIDEO RECORDINGS**

A.  General: Engage a qualified commercial videographer to record demonstration and training video recordings. Record each training module separately. Include classroom instructions and demonstrations, board diagrams, and other visual aids, but not student practice.

1.  At beginning of each training module, record each chart containing learning objective and lesson outline.

B.  Digital Video Recordings: Provide high-resolution, digital video in MPEG format, produced by a digital camera with minimum sensor resolution of 12 megapixels and capable of recording in full HD mode with vibration reduction technology.

2.  Submit video recordings on thumb drive, and by uploading to web-based Project software site.

3.  File Hierarchy: Organize folder structure and file locations according to Project Manual table of contents. Provide complete screen-based menu.

4.  File Names: Utilize file names based on name of equipment generally described in video segment, as identified in Project specifications.

5.  Contractor and Installer Contact File: Using appropriate software, create a file for inclusion on the equipment demonstration and training recording that describes the following for each Contractor involved on the Project, arranged according to Project Manual table of contents:

a.  Name of Contractor/Installer.
b.  Business address.
c.  Business phone number.
d.  Point of contact.
e.  Email address.

C.  Recording: Mount camera on tripod before starting recording, unless otherwise necessary to adequately cover area of demonstration and training. Display continuous running time.

1.  Film training session(s) in segments not to exceed 15 minutes.

a.  Produce segments to present a single significant piece of equipment per segment.
b.  Organize segments with multiple pieces of equipment to follow order of Project Manual table of contents.
c.  Where a training session on a particular piece of equipment exceeds 15 minutes, stop filming and pause training session. Begin training session again upon commencement of new filming segment.

D.  Light Levels: Verify light levels are adequate to properly light equipment. Verify equipment markings are clearly visible prior to recording.

DRT-4 Del Rio & Brackettville Waterborne & Vertical Barriers and Attributes Design Build
Construction Project U.S. CUSTOMS and BORDER PROTECTION
BORDER PATROL PROGRAM MANAGEMENT OFFICE DIRECTORATE

    2.  Furnish additional portable lighting as required.

  E.  Narration: Describe scenes on video recording by audio narration by microphone while video recording is recorded. Include description of items being viewed.

  F.  Transcript: Provide a transcript of the narration. Display images and running time captured from videotape opposite the corresponding narration segment.

  G.  Preproduced Video Recordings: Provide video recordings used as a component of training modules in same format as recordings of live training.

**PART 2 – PRODUCTS (NOT USED)**

**PART 3 – EXECUTION (NOT USED)**

**END OF SECTION**

# EXHIBIT 30

ATTACHMENT #1a – PRICING SCHEDULE

DRT-4 DEL RIO & BRACKETTVILLE WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES

DESIGN BUILD CONSTRUCTION PROJECT

**70B01C25R00006118 AMENDMENT A01**

| CLIN # | Description | Qty | Unit/ Issue | Total Price |
|---|---|---|---|---|
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Waterborne Barrier including all associated boat ramps, river clearing, anchors, gates, roads, administrative, supervisory and coordination Work as detailed in the Statement of Work (SOW) and all Attachments. | | | | |
| 0001 | Base Line Item: Design | 1 | Job | $ |
| 0002 | Base Line Item: Materials | 1 | Job | $ |
| 0003 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 1 Waterborne Barrier Patrol Road including all associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0004 | Base Line Item: Design | 1 | Job | $ |
| 0005 | Base Line Item: Materials | 1 | Job | $ |
| 0006 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 2 Waterborne Barrier Patrol Road including all associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0007 | Base Line Item: Design | 1 | Job | $ |
| 0008 | Base Line Item: Materials | 1 | Job | $ |
| 0009 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 3 Waterborne Barrier Patrol Road including all associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0010 | Base Line Item: Design | 1 | Job | $ |
| 0011 | Base Line Item: Materials | 1 | Job | $ |
| 0012 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 4 Waterborne Barrier Patrol Road including all associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0013 | Base Line Item: Design | 1 | Job | $ |
| 0014 | Base Line Item: Materials | 1 | Job | $ |
| 0015 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 5 Waterborne Barrier Patrol Road including all associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0016 | Base Line Item: Design | 1 | Job | $ |
| 0017 | Base Line Item: Materials | 1 | Job | $ |
| 0018 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 6 Waterborne Barrier Patrol Road including all associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0019 | Base Line Item: Design | 1 | Job | $ |
| 0020 | Base Line Item: Materials | 1 | Job | $ |
| 0021 | Base Line Item: Construction | 1 | Job | $ |

ATTACHMENT #1a – PRICING SCHEDULE
DRT-4 DEL RIO & BRACKETTVILLE WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
**70B01C25R00006118 AMENDMENT A01**

| | | | | |
|---|---|---|---|---|
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 2 Vertical Barrier Fast Track (FT) including all associated bridges, gates, roads, drainage & erosion control, paint, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0022 | Base Line Item: Design | 1 | Job | $ |
| 0023 | Base Line Item: Materials | 1 | Job | $ |
| 0024 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 3 Gap Fill Vertical Barrier FT including all associated bridges, gates, roads, drainage & erosion control, paint, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0025 | Base Line Item: Design | 1 | Job | $ |
| 0026 | Base Line Item: Materials | 1 | Job | $ |
| 0027 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 4 Vertical Barrier including all associated bridges, gates, roads, drainage & erosion control, paint, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0028 | Base Line Item: Design | 1 | Job | $ |
| 0029 | Base Line Item: Materials | 1 | Job | $ |
| 0030 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 5 Vertical Barrier Replacement including all associated bridges, gates, roads, drainage & erosion control, paint, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0031 | Base Line Item: Design | 1 | Job | $ |
| 0032 | Base Line Item: Materials | 1 | Job | $ |
| 0033 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 6 Vertical Barrier including all associated bridges, gates, roads, drainage & erosion control, paint, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0034 | Base Line Item: Design | 1 | Job | $ |
| 0035 | Base Line Item: Materials | 1 | Job | $ |
| 0036 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items:  The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of Linear Ground Detection System (LGDS), power, infra-red (IR) illuminators with poles, and cameras for DRT-4 Segment 1 Waterborne Patrol Road Attributes including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0037 | Base Line Item: Design for CLINs 0038-0045 | 1 | Job | $ |
| 0038 | Base Line Item: LGDS Work – Materials | 1 | Job | $ |
| 0039 | Base Line Item: LGDS Work – Construction | 1 | Job | $ |
| 0040 | Base Line Item: Power Work – Materials | 1 | Job | $ |
| 0041 | Base Line Item: Power Work – Construction | 1 | Job | $ |
| 0042 | Base Line Item: IR Illuminator with Poles Work – Materials | 1 | Job | $ |
| 0043 | Base Line Item: IR Illuminator with Poles Work – Construction | 1 | Job | $ |
| 0044 | Base Line Item: Camera Work – Materials | 1 | Job | $ |
| 0045 | Base Line Item: Camera Work – Construction | 1 | Job | $ |

ATTACHMENT #1a – PRICING SCHEDULE
DRT-4 DEL RIO & BRACKETTVILLE WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
**70B01C25R00006118 AMENDMENT A01**

| | | | | |
|---|---|---|---|---|
| Base Line Items:  The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of Linear Ground Detection System (LGDS), power, infra-red (IR) illuminators with poles, and cameras for DRT-4 Segment 2 Waterborne Patrol Road Attributes including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0046 | Base Line Item: Design for CLINs 0047-0054 | 1 | Job | $ |
| 0047 | Base Line Item: LGDS Work – Materials | 1 | Job | $ |
| 0048 | Base Line Item: LGDS Work – Construction | 1 | Job | $ |
| 0049 | Base Line Item: Power Work – Materials | 1 | Job | $ |
| 0050 | Base Line Item: Power Work – Construction | 1 | Job | $ |
| 0051 | Base Line Item: IR Illuminator with Poles Work – Materials | 1 | Job | $ |
| 0052 | Base Line Item: IR Illuminator with Poles Work – Construction | 1 | Job | $ |
| 0053 | Base Line Item: Camera Work – Materials | 1 | Job | $ |
| 0054 | Base Line Item: Camera Work – Construction | 1 | Job | $ |
| Base Line Items:  The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of Linear Ground Detection System (LGDS), power, infra-red (IR) illuminators with poles, and cameras for DRT-4 Segment 3 Waterborne Patrol Road Attributes including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0055 | Base Line Item: Design for CLINs 0056-0063 | 1 | Job | $ |
| 0056 | Base Line Item: LGDS Work – Materials | 1 | Job | $ |
| 0057 | Base Line Item: LGDS Work – Construction | 1 | Job | $ |
| 0058 | Base Line Item: Power Work – Materials | 1 | Job | $ |
| 0059 | Base Line Item: Power Work – Construction | 1 | Job | $ |
| 0060 | Base Line Item: IR Illuminator with Poles Work – Materials | 1 | Job | $ |
| 0061 | Base Line Item: IR Illuminator with Poles Work – Construction | 1 | Job | $ |
| 0062 | Base Line Item: Camera Work – Materials | 1 | Job | $ |
| 0063 | Base Line Item: Camera Work – Construction | 1 | Job | $ |
| Base Line Items:  The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of Linear Ground Detection System (LGDS), shelter, power, infra-red (IR) illuminators with poles, and cameras for DRT-4 Segment 4 Waterborne Patrol Road Attributes including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0064 | Base Line Item: Design for CLINs 0065-0074 | 1 | Job | $ |
| 0065 | Base Line Item: LGDS Work – Materials | 1 | Job | $ |
| 0066 | Base Line Item: LGDS Work – Construction | 1 | Job | $ |
| 0067 | Base Line Item: Shelters Work – Materials | 1 | Job | $ |
| 0068 | Base Line Item: Shelters Work – Construction | 1 | Job | $ |
| 0069 | Base Line Item: Power Work – Materials | 1 | Job | $ |
| 0070 | Base Line Item: Power Work – Construction | 1 | Job | $ |
| 0071 | Base Line Item: IR Illuminator with Poles Work – Materials | 1 | Job | $ |
| 0072 | Base Line Item: IR Illuminator with Poles Work – Construction | 1 | Job | $ |
| 0073 | Base Line Item: Camera Work – Materials | 1 | Job | $ |
| 0074 | Base Line Item: Camera Work – Construction | 1 | Job | $ |
| Base Line Items:  The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of Linear Ground Detection System (LGDS), power, infra-red (IR) illuminators with poles, and cameras for DRT-4 Segment 5 Waterborne Patrol Road Attributes including all associated | | | | |

ATTACHMENT #1a – PRICING SCHEDULE
DRT-4 DEL RIO & BRACKETTVILLE WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
**70B01C25R00006118 AMENDMENT A01**

| | | | | | |
|---|---|---|---|---|---|
| administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0075 | Base Line Item: Design for CLINs 0076-0083 | 1 | Job | $ | |
| 0076 | Base Line Item: LGDS Work – Materials | 1 | Job | $ | |
| 0077 | Base Line Item: LGDS Work – Construction | 1 | Job | $ | |
| 0078 | Base Line Item: Power Work – Materials | 1 | Job | $ | |
| 0079 | Base Line Item: Power Work – Construction | 1 | Job | $ | |
| 0080 | Base Line Item: IR Illuminator with Poles Work – Materials | 1 | Job | $ | |
| 0081 | Base Line Item: IR Illuminator with Poles Work – Construction | 1 | Job | $ | |
| 0082 | Base Line Item: Camera Work – Materials | 1 | Job | $ | |
| 0083 | Base Line Item: Camera Work – Construction | 1 | Job | $ | |
| Base Line Items:  The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of Linear Ground Detection System (LGDS), shelter, power, infra-red (IR) illuminators with poles, and cameras for DRT-4 Segment 6 Waterborne Patrol Road Attributes including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0084 | Base Line Item: Design for CLINs 0085-0094 | 1 | Job | $ | |
| 0085 | Base Line Item: LGDS Work – Materials | 1 | Job | $ | |
| 0086 | Base Line Item: LGDS Work – Construction | 1 | Job | $ | |
| 0087 | Base Line Item: Shelters Work – Materials | 1 | Job | $ | |
| 0088 | Base Line Item: Shelters Work – Construction | 1 | Job | $ | |
| 0089 | Base Line Item: Power Work – Materials | 1 | Job | $ | |
| 0090 | Base Line Item: Power Work – Construction | 1 | Job | $ | |
| 0091 | Base Line Item: IR Illuminator with Poles Work – Materials | 1 | Job | $ | |
| 0092 | Base Line Item: IR Illuminator with Poles Work – Construction | 1 | Job | $ | |
| 0093 | Base Line Item: Camera Work – Materials | 1 | Job | $ | |
| 0094 | Base Line Item: Camera Work – Construction | 1 | Job | $ | |

| | | | | | |
|---|---|---|---|---|---|
| Base Line Items: The Contractor shall furnish/provide all labor, materials, equipment, etc. necessary to meet the requirements of Access Road Repair Work including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| | | | | Price Per Mile | NTE (1) |
| 0095 | Base Line Item: Materials | 60 | Miles | $ | $ |
| | | | | Price Per Mile | NTE (1) |
| 0096 | Base Line Item:  – Construction | 60 | Miles | $ | $ |
| Base Line Items: The Contractor shall furnish/provide all labor, materials, equipment, etc. necessary to meet the requirements of **Cattle Fencing and Cattle Guard Work** including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| | | | | Price Per Mile | NTE (2) |
| 0097 | Base Line Item: Cattle Fencing – Materials | 31.8 | Miles | $ | $ |
| | | | | Price Per Mile | NTE (2) |
| 0098 | Base Line Item: Cattle Fencing – Construction | 31.8 | Miles | $ | $ |
| | | | | Price Each | NTE (2) |
| 0099 | Base Line Item: Cattle Guard – Materials | 80 | Each | $ | $ |
| | | | | Price Each | NTE (2) |
| 0100 | Base Line Item: Cattle Guard – Construction | 80 | Each | | |

ATTACHMENT #1a – PRICING SCHEDULE
DRT-4 DEL RIO & BRACKETTVILLE WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
**70B01C25R00006118 AMENDMENT A01**

| | | | | $ | $ |
|---|---|---|---|---|---|
| Option Line Items:  The Contractor shall provide Contractor Furnished Material for Steel in lieu of Government Furnished Material steel as outlined in the SOW, SOW Attachment C – Project Specifications and SOW Attachment M-Government Furnished Material. | | | | | |
| 1001 | Option Line Item: Contractor Furnished Steel for Secondary Vertical Barrier. | 31.8 | Miles | Price Per Mile<br><br>$ | NTE (3)<br><br>$ |

| | | |
|---|---|---|
| **Total Price for ALL Base Line Items** (CLINs 0001 – 0100) | | $ |
| **Total Price for ALL Option Line Items** (CLINs 1001) | | $ |
| **Total Price for ALL Base & Option Line Items** (CLINs 0001 – 0100 & CLINs 1001) | | $ |

**(1) NTE**: The contractor is to price out 60 miles of Access Road Repairs materials and construction. After contract award, actual measurements will be taken and the rate (cost) per mile will be applied.  The total will not exceed 60 miles, per Line Item.

**(2) NTE:** The contractor is to price out 31.8 miles of Cattle Fencing materials and construction and 80 Cattle Guards materials and construction. After contract award, actual measurements will be taken and the rate (cost) per mile and each will be applied.  The total will not exceed 31.8 miles of Cattle Fencing or 80 Cattle Guards, per Line Item.

**(3) NTE**: The contractor is to price our 31.8 miles of contractor furnished steel for the secondary vertical barrier. After contract award, actual amount will be based on amount of GFM steel which is provided and the rate (cost) per mile will be applied for the amount of Contractor Furnished Material which is required.  The total will not exceed 31.8 miles for secondary vertical barrier.

# EXHIBIT 31

ATTACHMENT #1b – PRICING SCHEDULE
DRT-4 DEL RIO & BRACKETTVILLE WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
70B01C25R00006118 AMENDMENT A01

| CLIN # | Description | Qty | Unit/ Issue | Total Price |
|---|---|---|---|---|
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 1 Waterborne Barrier Patrol Road including all associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work as detailed in the Statement of Work (SOW) and all Attachments. | | | | |
| 0004 | Base Line Item: Design | 1 | Job | $ |
| 0005 | Base Line Item: Materials | 1 | Job | $ |
| 0006 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 2 Waterborne Barrier Patrol Road including all associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0007 | Base Line Item: Design | 1 | Job | $ |
| 0008 | Base Line Item: Materials | 1 | Job | $ |
| 0009 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 3 Waterborne Barrier Patrol Road including all associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0010 | Base Line Item: Design | 1 | Job | $ |
| 0011 | Base Line Item: Materials | 1 | Job | $ |
| 0012 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 4 Waterborne Barrier Patrol Road including all associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0013 | Base Line Item: Design | 1 | Job | $ |
| 0014 | Base Line Item: Materials | 1 | Job | $ |
| 0015 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 5 Waterborne Barrier Patrol Road including all associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0016 | Base Line Item: Design | 1 | Job | $ |
| 0017 | Base Line Item: Materials | 1 | Job | $ |
| 0018 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 6 Waterborne Barrier Patrol Road including all associated bridges, drainage & erosion control, vegetation clearing, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0019 | Base Line Item: Design | 1 | Job | $ |
| 0020 | Base Line Item: Materials | 1 | Job | $ |
| 0021 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 2 Vertical Barrier Fast Track (FT) including all associated bridges, gates, roads, drainage & erosion control, paint, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0022 | Base Line Item: Design | 1 | Job | $ |
| 0023 | Base Line Item: Materials | 1 | Job | $ |
| 0024 | Base Line Item: Construction | 1 | Job | $ |

ATTACHMENT #1b – PRICING SCHEDULE
DRT-4 DEL RIO & BRACKETTVILLE WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
70B01C25R00006118 AMENDMENT A01

| | | | | |
|---|---|---|---|---|
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 3 Gap Fill Vertical Barrier FT including all associated bridges, gates, roads, drainage & erosion control, paint, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0025 | Base Line Item: Design | 1 | Job | $ |
| 0026 | Base Line Item: Materials | 1 | Job | $ |
| 0027 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 4 Vertical Barrier including all associated bridges, gates, roads, drainage & erosion control, paint, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0028 | Base Line Item: Design | 1 | Job | $ |
| 0029 | Base Line Item: Materials | 1 | Job | $ |
| 0030 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 5 Vertical Barrier Replacement including all associated bridges, gates, roads, drainage & erosion control, paint, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0031 | Base Line Item: Design | 1 | Job | $ |
| 0032 | Base Line Item: Materials | 1 | Job | $ |
| 0033 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items: The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of DRT-4 Segment 6 Vertical Barrier including all associated bridges, gates, roads, drainage & erosion control, paint, administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0034 | Base Line Item: Design | 1 | Job | $ |
| 0035 | Base Line Item: Materials | 1 | Job | $ |
| 0036 | Base Line Item: Construction | 1 | Job | $ |
| Base Line Items:  The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of Linear Ground Detection System (LGDS), power, infra-red (IR) illuminators with poles, and cameras for DRT-4 Segment 1 Waterborne Patrol Road Attributes including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0037 | Base Line Item: Design for CLINs 0038-0045 | 1 | Job | $ |
| 0038 | Base Line Item: LGDS Work – Materials | 1 | Job | $ |
| 0039 | Base Line Item: LGDS Work – Construction | 1 | Job | $ |
| 0040 | Base Line Item: Power Work – Materials | 1 | Job | $ |
| 0041 | Base Line Item: Power Work – Construction | 1 | Job | $ |
| 0042 | Base Line Item: IR Illuminator with Poles Work – Materials | 1 | Job | $ |
| 0043 | Base Line Item: IR Illuminator with Poles Work – Construction | 1 | Job | $ |
| 0044 | Base Line Item: Camera Work – Materials | 1 | Job | $ |
| 0045 | Base Line Item: Camera Work – Construction | 1 | Job | $ |
| Base Line Items:  The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of Linear Ground Detection System (LGDS), power, infra-red (IR) illuminators with poles, and cameras for DRT-4 Segment 2 Waterborne Patrol Road Attributes including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0046 | Base Line Item: Design for CLINs 0047-0054 | 1 | Job | $ |
| 0047 | Base Line Item: LGDS Work – Materials | 1 | Job | $ |
| 0048 | Base Line Item: LGDS Work – Construction | 1 | Job | $ |

ATTACHMENT #1b – PRICING SCHEDULE
DRT-4 DEL RIO & BRACKETTVILLE WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
70B01C25R00006118 AMENDMENT A01

| | | | | |
|---|---|---|---|---|
| 0049 | Base Line Item: Power Work – Materials | 1 | Job | $ |
| 0050 | Base Line Item: Power Work – Construction | 1 | Job | $ |
| 0051 | Base Line Item: IR Illuminator with Poles Work – Materials | 1 | Job | $ |
| 0052 | Base Line Item: IR Illuminator with Poles Work – Construction | 1 | Job | $ |
| 0053 | Base Line Item: Camera Work – Materials | 1 | Job | $ |
| 0054 | Base Line Item: Camera Work – Construction | 1 | Job | $ |
| Base Line Items:  The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of Linear Ground Detection System (LGDS), power, infra-red (IR) illuminators with poles, and cameras for DRT-4 Segment 3 Waterborne Patrol Road Attributes including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0055 | Base Line Item: Design for CLINs 0056-0063 | 1 | Job | $ |
| 0056 | Base Line Item: LGDS Work – Materials | 1 | Job | $ |
| 0057 | Base Line Item: LGDS Work – Construction | 1 | Job | $ |
| 0058 | Base Line Item: Power Work – Materials | 1 | Job | $ |
| 0059 | Base Line Item: Power Work – Construction | 1 | Job | $ |
| 0060 | Base Line Item: IR Illuminator with Poles Work – Materials | 1 | Job | $ |
| 0061 | Base Line Item: IR Illuminator with Poles Work – Construction | 1 | Job | $ |
| 0062 | Base Line Item: Camera Work – Materials | 1 | Job | $ |
| 0063 | Base Line Item: Camera Work – Construction | 1 | Job | $ |
| Base Line Items:  The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of Linear Ground Detection System (LGDS), shelter, power, infra-red (IR) illuminators with poles, and cameras for DRT-4 Segment 4 Waterborne Patrol Road Attributes including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0064 | Base Line Item: Design for CLINs 0065-0074 | 1 | Job | $ |
| 0065 | Base Line Item: LGDS Work – Materials | 1 | Job | $ |
| 0066 | Base Line Item: LGDS Work – Construction | 1 | Job | $ |
| 0067 | Base Line Item: Shelters Work – Materials | 1 | Job | $ |
| 0068 | Base Line Item: Shelters Work – Construction | 1 | Job | $ |
| 0069 | Base Line Item: Power Work – Materials | 1 | Job | $ |
| 0070 | Base Line Item: Power Work – Construction | 1 | Job | $ |
| 0071 | Base Line Item: IR Illuminator with Poles Work – Materials | 1 | Job | $ |
| 0072 | Base Line Item: IR Illuminator with Poles Work – Construction | 1 | Job | $ |
| 0073 | Base Line Item: Camera Work – Materials | 1 | Job | $ |
| 0074 | Base Line Item: Camera Work – Construction | 1 | Job | $ |
| Base Line Items:  The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of Linear Ground Detection System (LGDS), power, infra-red (IR) illuminators with poles, and cameras for DRT-4 Segment 5 Waterborne Patrol Road Attributes including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | |
| 0075 | Base Line Item: Design for CLINs 0076-0083 | 1 | Job | $ |
| 0076 | Base Line Item: LGDS Work – Materials | 1 | Job | $ |
| 0077 | Base Line Item: LGDS Work – Construction | 1 | Job | $ |
| 0078 | Base Line Item: Power Work – Materials | 1 | Job | $ |
| 0079 | Base Line Item: Power Work – Construction | 1 | Job | $ |

ATTACHMENT #1b – PRICING SCHEDULE
DRT-4 DEL RIO & BRACKETTVILLE WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
70B01C25R00006118 AMENDMENT A01

| | | | | | |
|---|---|---|---|---|---|
| 0080 | Base Line Item: IR Illuminator with Poles Work – Materials | 1 | Job | $ | |
| 0081 | Base Line Item: IR Illuminator with Poles Work – Construction | 1 | Job | $ | |
| 0082 | Base Line Item: Camera Work – Materials | 1 | Job | $ | |
| 0083 | Base Line Item: Camera Work – Construction | 1 | Job | $ | |
| Base Line Items:  The Contractor shall furnish/provide all materials, labor, equipment, etc. necessary to meet the requirements for the design and construction of Linear Ground Detection System (LGDS), shelter, power, infra-red (IR) illuminators with poles, and cameras for DRT-4 Segment 6 Waterborne Patrol Road Attributes including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments. | | | | | |
| 0084 | Base Line Item: Design for CLINs 0085-0094 | 1 | Job | $ | |
| 0085 | Base Line Item: LGDS Work – Materials | 1 | Job | $ | |
| 0086 | Base Line Item: LGDS Work – Construction | 1 | Job | $ | |
| 0087 | Base Line Item: Shelters Work – Materials | 1 | Job | $ | |
| 0088 | Base Line Item: Shelters Work – Construction | 1 | Job | $ | |
| 0089 | Base Line Item: Power Work – Materials | 1 | Job | $ | |
| 0090 | Base Line Item: Power Work – Construction | 1 | Job | $ | |
| 0091 | Base Line Item: IR Illuminator with Poles Work – Materials | 1 | Job | $ | |
| 0092 | Base Line Item: IR Illuminator with Poles Work – Construction | 1 | Job | $ | |
| 0093 | Base Line Item: Camera Work – Materials | 1 | Job | $ | |
| 0094 | Base Line Item: Camera Work – Construction | 1 | Job | $ | |

Base Line Items: The Contractor shall furnish/provide all labor, materials, equipment, etc. necessary to meet the requirements of Access Road Repair Work including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments.

| | | | | Price Per Mile | NTE (1) |
|---|---|---|---|---|---|
| 0095 | Base Line Item: Materials | 60 | Miles | $ | $ |
| | | | | Price Per Mile | NTE (1) |
| 0096 | Base Line Item:  – Construction | 60 | Miles | $ | $ |

Base Line Items: The Contractor shall furnish/provide all labor, materials, equipment, etc. necessary to meet the requirements of **Cattle Fencing and Cattle Guard Work** including all associated administrative, supervisory and coordination Work as detailed in the SOW and all Attachments.

| | | | | Price Per Mile | NTE (2) |
|---|---|---|---|---|---|
| 0097 | Base Line Item: Cattle Fencing – Materials | 31.8 | Miles | $ | $ |
| | | | | Price Per Mile | NTE (2) |
| 0098 | Base Line Item: Cattle Fencing – Construction | 31.8 | Miles | $ | $ |
| | | | | Price Each | NTE (2) |
| 0099 | Base Line Item: Cattle Guard – Materials | 80 | Each | $ | $ |
| | | | | Price Each | NTE (2) |
| 0100 | Base Line Item: Cattle Guard – Construction | 80 | Each | $ | $ |

Option Line Items:  The Contractor shall provide Contractor Furnished Material for Steel in lieu of Government Furnished Material steel as outlined in the SOW, SOW Attachment C – Project Specifications and SOW Attachment M-Government Furnished Material.

| | | | | | |
|---|---|---|---|---|---|
| Option Line Item: Contractor Furnished Steel for Secondary Vertical Barrier. | 31.8 | Miles | Price Per Mile $ | NTE (3) $ | |

ATTACHMENT #1b – PRICING SCHEDULE
DRT-4 DEL RIO & BRACKETTVILLE WATERBORNE & VERTICAL BARRIERS AND ATTRIBUTES
DESIGN BUILD CONSTRUCTION PROJECT
70B01C25R00006118 AMENDMENT A01

| | | |
|---|---|---|
| **Total Price for ALL Base Line Items** (CLINs 0004 – 0100) | | $ |
| **Total Price for ALL Option Line Items** (CLINs 1001) | | $ |
| **Total Price for ALL Base & Option Line Items** (CLINs 0004 – 0100 & CLINs 1001) | | $ |

(1) **NTE**: The contractor is to price out 60 miles of Access Road Repairs materials and construction. After contract award, actual measurements will be taken and the rate (cost) per mile will be applied.  The total will not exceed 60 miles, per Line Item.

(2) **NTE:** The contractor is to price out 31.8 miles of Cattle Fencing materials and construction and 80 Cattle Guards materials and construction. After contract award, actual measurements will be taken and the rate (cost) per mile and each will be applied.  The total will not exceed 31.8 miles of Cattle Fencing or 80 Cattle Guards, per Line Item.

(3) **NTE**: The contractor is to price our 31.8 miles of contractor furnished steel for the secondary vertical barrier. After contract award, actual amount will be based on amount of GFM steel which is provided and the rate (cost) per mile will be applied for the amount of Contractor Furnished Material which is required.  The total will not exceed 31.8 miles for secondary vertical barrier.

# EXHIBIT 32

**70B01C26R00000016 Amendment A0001**
**LRT 3 Q & A**

1.  Please provide urban/rural designation to determine water surface elevation (WSEL) criteria for project. These will be used to determine the appropriate TI standards for WSEL rise with respect to IBWC criteria.

    Response: Finalized urban/rural delineations are not available from CBP. Post-award, the contractor will need to coordinate with USIBWC for concurrence on the delineations. A preliminary floodplain model utilizing best available assumptions is included as additional GFI in SOW Attachment C – Project Specs A01. Note that the contractor shall be responsible for obtaining IBWC approval of the final floodplain model for the project.

2.  Scope of Work Attachment C, Section 01 10 00, Section 1.2(i) specifies: "Vertical barrier Work shall require flood mitigation measures consisting of either rotated bollard panels or drainage gates to be designed and constructed by the Contractor. All drainage gates for purposes of flood mitigation shall be automated vertical lift gates. Final flood mitigation requirements shall be included in the flood plain assessment report as further described in Design After Award below."

    Additionally, Scope of Work Attachment C, Section 01 10 00, Section 1.7(C5a3) specifies: "The latest Rio Grande river model will be provided to the Contractor by CBP or US-IBWC as the starting point for final model development."

    Without the latest Rio Grande floodplain model as a verification, the number of AVLGs could vary by hundreds of gate openings through high deflection and WSE rise locations identified on the GFI. Please provide the latest floodplain model for analysis prior to bid.

    Response: A preliminary floodplain model utilizing best available assumptions is included as additional GFI in SOW Attachment C – Project Specs A01. Note that the contractor shall be responsible for obtaining IBWC approval of the final floodplain model for the project.

3.  SOW Attachment C Project Specs state "waterborne barrier in water depths between and including 12" to 16" of water shall be 4 ft diameter, and waterborne barrier in water depths above 16" shall be 5ft in diameter. Please provide hydrographic survey information so this can be quantified.

    Response: There is no existing hydrographic survey information available.

4.  SOW Attachment C states "Waterborne barrier in water depths between and including 12-in to 16-in of water shall be 4-ft diameter", and "Waterborne barrier in water depths above 16-in. shall be 5-ft in diameter". Some of the routing of water barrier in on the

Attachment A location maps show the routing of the water barrier on dry sections of the river with no water depth, such as in location 26.97792, -99.37702.  Please provide clarification of what size buoy should be provided at this location.

Response: Waterborne barrier can stop and start on either side of dry areas and weirs.

5. Scope of Work Attachment C, Section 01 10 00, Section 1.2(e) specifies: "Vertical Barrier enforcement zone patrol roads, in addition to the waterborne barrier patrol road, are required within the following limits of the vertical barrier alignment where the vertical barrier alignment has veered away from the Rio Grande."

Additionally, Scope of Work Attachment D, Standard Detail Sheet EZ1, for the condition of Secondary Expansion with Additional Patrol Road, shows light poles for the additional patrol road as directed by CBP.

For the LRT-3 project, please confirm whether lighting must be provided for the additional patrol road.

Response: A second set of attributes is not required for the additional vertical barrier enforcement zone patrol roads. Attributes are only required along the waterborne barrier patrol road, and where the waterborne barrier patrol road coincides with the vertical barrier.

6. Please indicate which VB Bridge locations will require automated vertical lift gates and which require rotating drainage gates. Historical imagery shows varying levels of water at each crossing over time which leads to inconsistency in evaluating whether these crossings are typically dry and can cause disparity in cost among contractors.

Response: Contractor to evaluate gate type selection based on current conditions.

7. The SOW does not require platforms for electrical equipment. However, given the site's proximity to the floodplain, should the electrical equipment be installed on elevated platforms above the 25-year Rio Grande Flood level for protection?

Response: Attributes shall be able to withstand the 25-year storm event when within the Rio Grande floodplain per TIDS Section 4.7.

8. Specification 01 10 00, paragraph 1.2.A.3.c states "The State of Texas vertical barrier has a duct bank installed along the full length with spare conduits for power and communication. White lights are installed adjacent to vertical barrier gates and cameras are installed every 60'. White lights and cameras shall be removed and replaced with lighting and cameras that meet the requirements set forth within these specifications and the TIDS." Please provide contractors with additional information on this existing infrastructure to support the estimate process:
   a. Quantity and type of cameras to be removed.
   b. Quantity and type of white lights to be removed.

 c. As-built documentation of installed duct bank showing quantity and size of spare conduits for power and communication.

Response: State of Texas cameras are cellular trail camera type and installed every 60 ft. White lights are installed at gate locations. Type and quantity are not verified by the government. As-builts of the duct bank are not available.

9. Specification 01 10 00, paragraph 1.2.A.3.r requires that "Camera pole spacing and height shall be set to provide full continuous view of entire waterborne barrier throughout the entire project limits…". Due to the meandering nature of the waterborne barrier patrol road throughout the alignment, there are locations that exceed 2,000-ft from the planned patrol road centerline to the U.S. shoreline of the Rio Grande. Please confirm that the government intends to require full camera/illuminator coverage of the waterborne barrier in areas where the waterborne patrol road drifts from the shoreline.

Response: Due to the nature of the terrain within this project, the full coverage of the waterborne barrier is not required where the waterborne patrol road meanders away from the river. See SOW Attachment C – Project Specs A01.

10. As discussed on the site visit, will the Government please allow for questions to be asked up to one week prior to the submission date for the RFP?

Response: Final questions will be accepted on 1/14/26.

11. Please confirm their are no operational or environmental restrictions for equipment operations in the river such as tracking, spudding, driving, motoring, or other.

Response: The Best Management Practices provided in SOW Attachment B must be followed.

12. Attachment No 2 SOW, Section 7.3 Real Estate Compliance states "BASE design, materials and construction for all other Work is anticipated to be real estate cleared 360 calendar days following award." Please confirm that except for the FT section, the rest of the alignment won't be made available for 360 calendar days following award.

Response: See Attachment No 2 SOW A01 for revised Section 7.3.

# EXHIBIT 33

**70B01C25R00006846 LRT-4 Q & R A02**

1. Please refer to LRT4_ConceptDesign_A01_20260204, Sheet 12 of 18, Stations 763+00 to 790+00.

   The proposed alignment in this area is located on a bluff above the Rio Grande. Based on the typical section described in the GFI and RFP, a fill retaining wall may be required to support the roadway configuration. Construction activities within the easement could potentially impact the 100-year water surface elevation (WSE) within the River-Prism.

   Please confirm whether the easement in this location may be considered "constricted," thereby allowing a reduction of the roadway from two lanes to a single lane. Under this configuration, the single roadway would be located on the river side and would include automated sliding gates. The suggested response is confirmation that this approach is acceptable.

   Response: Confirmed. Contractor to reduce down to a single road on the river side of the vertical barrier through this constrained area with a 20-ft automated sliding vehicle gate on each side of the constrained area. See SOW Attachment C Project Specifications A02 Section 01 10 00 Paragraph 1.2.A.3.g.

2. Per TACTICAL INFRASTRUCTURE DESIGN STANDARDS Version 6, April 2025 Section 1.7.2 states "Where the offsite flow at the roadside conveys by means of culverts only, the culvert must be designed for the 50-year storm in the rural area and 100-year in the urban area to prevent roadway overtopping." and section 1.7.3 states "At a minimum, the extents of LWC shall be determined based on the 50-year storm event WSE for rural areas and the 100-year storm event WSE for urban areas." Assuming the limits of urban versus rural areas will have a significant impact to pipe sizing, pipe count, LWC lengths, turned bollard panel quantities, and gate quantities. Will CBP provide stationing or latitude and longitude for the Rural vs Urban boundaries within project limits?

   Response: Contractor to make assumptions on the limits of rural and urban boundaries and will provide their justification to USIBWC during design phase.

3. Based on the proposed project alignment, there are multiple locations where existing overhead and underground utilities cross the proposed vertical barrier alignment and patrol road. Please confirm the Contractor shall only be required to coordinate construction work and potential conflicts with Utility Owners. If relocation or work to protect the existing utility in place is required, CBP will compensate the Contractor for costs of that work.

   Response: Contractor is responsible for the coordination and cost for all work related to the protection and relocation of existing utilities other than differing site conditions as defined by the Federal Acquisition Regulation. Refer to SOW Attachment C Project Specifications A02, SECTION 01 73 00.

4. Addendum No. 1 removed language referencing the vertical barrier as secondary in several locations with the Attachment C Specifications and Attachment K GFM Quantities & Process. However, Section 011000, Part 1.2A3j states all vertical barrier shall be considered secondary. Additionally, the table provided in Attachment K lists the GFM bollards as HSS 6x6x3/16 which is considered secondary per the TDIS V4. Please confirm if the bidders should consider all vertical barrier to be secondary.

Response: Confirmed, the vertical barrier and gate spacing shall meet the specifications of secondary barrier per TIDSv6.

5. Regarding response to question 21c provided in Addendum No 1, where in our proposal are we allowed to include a statement for assumptions and basis of bid? There is no mechanism provided in the instructions to bidders

Response: After further evaluation, the response to Question 21c in A01 is revised: The contractor shall not assume that any of the existing conduits and electrical infrastructure along the State of Texas barrier are suitable for use. Contractor shall assume all new electrical installations to meet the requirements of this project. See SOW Attachment C Project Specifications A02.

6. Regarding response to question 21c provided in Addendum No 1, how will statements for assumptions and basis of bid be compared and used as part of the evaluation criteria?

Response: See response to Question 5.

# EXHIBIT 34

### 70B01C26R00006118 DRT-4 Del Rio and Brackettville Q & R A02

1. Beginning near the north-most waterborne patrol road bridge and ending near the southeastern termination of DRT-4 Segment 4 Vertical barrier, the provided alignment for the waterborne patrol road is shown as being installed through, or very nearby to, existing structures. Please provide clarity to the contractors on how this interface should be approached, or as an alternative, consider realigning the waterborne patrol road through this section.

   Response: Alignment has been revised to parallel the vertical barrier segments. See Attachment A – Location Maps and revised patrol road KMZ.

2. Throughout the vertical barrier sections, contractor has noted dissimilar alignments provided through GFI. Specifically, alignments provided in files titled "DRT-4 Alignment.kmz" and "DRT4_ConceptDesign_20251126.pdf" vary throughout, in some cases (DRT-4 Segment 4 Vertical Barrier) the alignments differ by upwards of 1,900 HLF. Please consider revising one or both documents and the corresponding Location Maps to provide consistency.

   Response: Concept design information is preliminary and for general coordination, DRT-4 KMZ shall be assumed to control.

3. Similar to the DRT-1 project, where the vertical barrier alignment was moved from the river side of the MCWCID canal to the land side, DRT-4 Vertical Barrier Segment 6 parallels the active irrigation canal, and in some cases is to be constructed on top of the canal embankment.  Please consider shifting the alignment in this section to the land side of the canal. If this shift will not occur, please clarify whether it is the intent of the government to construct the bollard wall on the canal embankment and whether there are any restrictions for loading or installing the barrier on the existing canal embankment.

   Response: The DRT-4 alignment should be bid as provided. The alignment crosses over the canal at the south end to connect with DRT-1. No edits to any docs required.

4. If not shifted, the provided alignment for DRT-4 Segment 6 Vertical Barrier requires an additional crossing at the MCWCID canal near the southeastern most point of the project. Project documents do not specify a crossing type to be used for this location. Please provide this information.

   Response: Vertical barrier bridge has been added, see Attachment C – Project Specifications.

5. Specification 01 10 00, paragraph 1.2.A.3.a provides guidance for buoy diameter based on river depths, ranging between 4' diameter, 5' diameter, and 6' diameter. The constantly changing river levels makes this difficult to determine.  For purposes of

normalizing bids, can the Contractor assume to use 5' buoys for the length of this project? If not, please consider providing the contractor with lengths of each buoy diameter to be used for estimate purposes.

Response: See response to Amendment 01 and Attachment C – Project Specifications.

6. Regarding Vertical Barrier bridges, please confirm whether Patrol or Maintenance Roads must extend across the bridges, or if turnarounds at each bridge will be sufficient.

Response: Patrol roads shall extend, maintenance roads can have turnarounds.

7. There is an existing vehicular bridge approximately 380 LF downstream of VB2. Please confirm if the contractor may use this structure as a Vertical Barrier Patrol Road Bridge or if a new structure is required closer to the Vertical Barrier alignment.

Response: Bridge and road are not real estate cleared, assume new bridge is required.

8. The Government Provided KMZ shows boat ramp M-1 at approx. station 631+00.  There does not appear to be a boat ramp here.  There appears to be a boat ramp just downstream at approx. station 667+00.  Is the boat ramp at 667+00 the M-1 Boat Ramp?

Response: Real estate has confirmed location of M-1 boat ramp.

9. Specification Section 01 10 00 – 3.d. states that, "Existing boat ramps shall be re-constructed to make usable. The finished surface of the new and re-constructed boat ramps shall be reinforced concrete or articulated concrete block mats."  Some of the existing boat ramps appear to be in good working condition. For example, on the site visit it was observed that the "Termites" Boat Ramp is constructed of articulated concrete block mats and is in good working order.  Should the Contractor assume we are to demolish the existing boat ramp and build a new one?  Please advise on all existing boat ramps.

Response: If ramp is usable than reconstruction is not required, however restoration shall be considered as required per Attachment C – Project Specifications 01 10 00 Section 1.2-A.1.a.

10. Specification Section 01 10 00 – 1.2.A.3.g states the patrol road attributes require only one shelter. The Pricing Schedule of Attachment #1 requires shelter work in both Segment 4 and in Segment 6. Please confirm the number of shelters required.

Response: See Amendment 01 Attachment C – Project Specifications.

11. Specification Section 01 10 00 – 1.2.A.3.b states "The Contractor shall provide the design and construction required for 41.84-mi patrol road broken into a total of 6 segments.

The segments limits correspond with the limits of the TX Barrier or Vertical Barrier as indicated in SOW Attachment A – Location Maps.".  Please consider consolidating the waterborne barrier patrol road into a single, continuous segment for pricing and scheduling purposes or provide more specific segment locations.

Response: No modification required, potential differential is nominal.

12. Specification Section 01 10 00 – 1.2.A.3.g states "The Attributes are comprised of six segments that match up with the limits of the vertical barrier segments shown in SOW Attachment A – Location Maps".  Please consider consolidating the waterborne barrier patrol road attributes into a single, continuous segment for pricing and scheduling purposes or provide more specific segment locations.

Response: No modification required, potential differential is nominal.

13. SOW Attachment H Shelter Specifications require shelters to have 12 servers. In previous RFP's (RGV-1, LRT-1, and LRT-2) shelters were only required to have enough servers to support the number of cameras. Please confirm which is the correct number of servers needed.

Response: Price as provided.

14. The solicitation number listed on Standard Form 1442 is 70B01C26R00006118. The solicitation number listed on Attachment #1 – Pricing schedule is 70B01C2500006118. Please update the appropriate documents with the correct solicitation number.

Response: Revised.

15. Previous solicitations with similar waterborne barrier requirements (RGV-1 for example) have included language in Section 7.2 of Attachment #2 – Statement of Work that read "BASE design, materials, and construction are real estate cleared for RGV-1 Waterborne Barrier." The DRT-4 solicitation does not include this language. Please clarify whether the waterborne barrier of DRT-4 is currently real estate cleared.

Response: Yes, Waterborne barrier is real estate cleared

16. Attachment #2 – Statement of Work states that the Period of Performance (PoP) for Phase 8 (DRT-4 Segments 4-6 Vertical Barrier) is 360 calendar days, while the PoP for DRT-4 Segments 1-6 Waterborne Barrier Patrol Road & Attributes is 540 calendar days. Previous solicitations containing similar vertical barrier scopes of work have allowed a 540 calendar day PoP. Please consider increasing the PoP for Phase 8 to 540 calendar days.

Response: PoP revised see Attachment #2 - SOW.

17. The responses to questions to RGV-1 indicate that any patrol roads associated with the Vertical Barrier only do not need a separate set of attributes, (power, IR, Lighting, LGDS, cameras,).  Please confirm the same applies to DRT-4.Will there be an amendment for government furnished material of bollards and anti-climb plates?

    Response: Confirmed, also see Amendment 01 documents.

18. Power and lighting will still be required at the automatic vehicle gates along the Vertical Barrier.  This will require conduit to be installed from the main line along the Waterborne barrier patrol road, to the Vertical Barrier patrol road.  Should the contractor assume any necessary additional easements to install this conduit will be acquired by the Government?

    Response: Contractor shall upgrade power at Texas barrier segments to provide power as required for secondary barrier.

19. Addendum A01 modified the specifications to consider all areas urban.  Please confirm this also includes the requirement for automatic slide gates every ½ mile in Urban areas per the TDIS.

    Response: Only Segments 3, 4, and 5 shall be considered urban. See Attachment C Project Specifications.

20. The change in drainage designation in Amendment 01 from rural to urban appears to be in error when applied to the entire project limits and has significant impacts to each drainage crossing as well as the IBWC requirements for Rio Grande Flood Mitigation. Please consider providing specific areas that should have the urban designation applied.

    Response: See response to Question 19.