# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Posillico Civil, Inc.                                                        26-707 C

Location of Plaintiff(s)/Petitioner(s) (city/state): Farmingdale, New York

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Alexander W. Major
        Firm Name:   McCarter & English, LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address:         1301 K Street, NW, Suite 1000 West
City-State-ZIP:          Washington, DC 20005
Telephone Number:    202-753-3440
E-mail Address:         amajor@mccarter.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  [✔] Yes  [ ] No

---

Nature of Suit Code: 140                    Agency Identification Code: DHS

Select only one (three digit) nature-of-suit code from the attached sheet.    Number of Claims Involved: _____

Amount Claimed: $_____
            Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ $6,100,000,000.00
        Is plaintiff a small business?                    [ ] Yes  [✔] No
        Was this action proceeded by the filing of a   [ ] Yes  [✔] No        Solicitation No. _____
        protest before the GAO?
        If yes, was a decision on the merits rendered? [ ] Yes  [✔] No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed   [ ] Yes  [✔] No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCFC 40.2.

194

## Nature-of-Suit Codes for General Jurisdiction Cases

100 Contract – Construction – (CDA)
102 Contract – Fail to Award – (CDA)
104 Contract – Lease – (CDA)
106 Contract – Maintenance – (CDA)
108 Contract – Renovation – (CDA)
110 Contract – Repair – (CDA)
112 Contract – Sale – (CDA)
114 Contract – Service – (CDA)
116 Contract – Supply – (CDA)
118 Contract – Other – (CDA)

120 Contract – Bailment
122 Contract – Bid Preparation Costs
124 Contract – Medicare Act
126 Contract – Realty Sale
128 Contract – Subsidy
130 Contract – Surety
132 Contract – Timber Sale
134 Contract – Other

136 Contract – Other – Wunderlich

138 Contract – Protest (Pre Award)
140 Contract – Protest (Post Award)

200 Tax – Allowance of Interest
202 Tax – Declaratory Judgment – 28:1507
204 Tax – Estate

206 Tax – Excise
208 Tax – Gift
210 Tax – Income, Corporate
212 Tax – Income, Individual
213 Tax – Income, Individual (Partnership)
214 Tax – Informer's Fees
216 Tax – Preparer's Penalty
218 Tax – Railroad Retirement/Unemployment Tax Act
220 Tax – TEFRA Partnership – 28:1508
222 Tax – Windfall Profit Overpayment – Interest
224 Tax – 100% Penalty – 26:6672 – Withholding
226 Tax – Other

300 Civilian Pay – Back Pay
302 Civilian Pay – COLA
303 Civilian Pay – Disability Annuity
304 Civilian Pay – FLSA
306 Civilian Pay – Overtime Compensation
308 Civilian pay – Relocation Expenses
310 Civilian Pay – Suggestion Award
312 Civilian Pay – Other

340 Military Pay – Back Pay
342 Military Pay – CHAMPUS
344 Military Pay – Correct records
346 Military Pay – Correct/Reinstate
348 Military Pay – Reinstatement
350 Military Pay – Relocation Expenses
352 Military Pay – Retirement

354 Military Pay – SBP
355 Military Pay – CRSC
356 Military Pay – Other

500 Carrier – transportation
502 Copyright
504 Native American
506 Oil Spill Clean Up
507 Taking – Town Bluff Dam
508 Patent
509 Taking – Addicks & Barker Reservoirs
510 Taking – Personalty
512 Taking – Realty
513 Taking – Rails to Trails
514 Taking – Other
515 Unjust Conviction and Imprisonment
516 Miscellaneous – Damages
517 Miscellaneous – Affordable Care Act
518 Miscellaneous – Lease
520 Miscellaneous – Mineral Leasing Act
522 Miscellaneous – Oyster Growers Damages
524 Miscellaneous – Safety Off. Ben. Act
526 Miscellaneous – Royalty/Penalty Gas Production
528 Miscellaneous – Other
535 Informer's Reward
536 Spent Nuclear Fuel

## Nature-of-Suit Codes for Vaccine Cases

449 Injury – Hepatitis A
453 Injury – Pneumococcal Conjugate
456 Injury – DPT& Polio
457 Injury – D/T
458 Injury – DTP/DPT
459 Injury - Measles
460 Injury – M/M/R
461 Injury – Measles/Rubella
462 Injury – Mumps
463 Injury – Pertussis
464 Injury – Polio – inactive
465 Injury – Polio – other
466 Injury – Rubella
467 Injury – Tetanus & Diphtheria
468 Injury – Tetanus & Tox.
469 Injury – Other
484 Injury – Hepatitis B

485 Injury – Hemophilus Influenza
486 Injury – Varicella
490 Injury – Rotavirus
492 Injury – Thimerosal
494 Injury – Influenza (Flu)
496 Injury – Meningococcal
498 Injury – Human Papillomavirus

452 Death – Hepatitis A
454 Death – Pneumococcal Conjugate
470 Death – DPT & Polio
471 Death – D/T
472 Death – DTP/DPT
473 Death – Measles
474 Death – M/M/R
475 Death – Measles/Rubella
476 Death – Mumps

477 Death – Pertussis
478 Death – Polio – inactive
479 Death – Polio – other
480 Death – Rubella
481 Death – Tetanus & Diphtheria
482 Death – Tetanus & Tox.
483 Death – Other
487 Death – Hepatitis B
488 Death – Hemophilus Influenza
489 Death – Varicella
491 Death – Rotavirus
493 Death – Thimerosal
495 Death – Influenza (Flu)
497 Death – Meningococcal
499 Death – Human Papillomavirus

## AGENCY CODES

| | | | | |
|---|---|---|---|---|
| **AGR** | Agriculture | | **SBA** | Small Business Administration |
| **AF** | Air Force | | **TRN** | Department of Transportation |
| **ARM** | Army | | **TRE** | Department of Treasury |
| **AEC** | Atomic Energy Commission | | **VA** | Department of Veterans Affairs |
| **COM** | Department of Commerce | | **VAR** | Various Agencies |
| **DOD** | Department of Defense | | **O** | Other |
| **DOE** | Department of Energy | | | |
| **ED** | Department of Education | | | |
| **EPA** | Environmental Protection Agency | | | |
| **GPO** | Government Printing Office | | | |
| **GSA** | General Services Administration | | | |
| **HHS** | Health and Human Services | | | |
| **DHS** | Department of Homeland Security | | | |
| **HUD** | Housing and Urban Development | | | |
| **DOI** | Department of the Interior | | | |
| **ICC** | Interstate Commerce Commission | | | |
| **DOJ** | Department of Justice | | | |
| **LAB** | Department of Labor | | | |
| **MC** | Marine Corps | | | |
| **NAS** | National Aeronautical Space Agency | | | |
| **NAV** | Navy | | | |
| **NRC** | Nuclear Regulatory Commission | | | |
| **PS** | Postal Service | | | |
| **STA** | State Department | | | |

196