## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### BID PROTEST

| | | |
|---|---|---|
| **POSILLICO CIVIL, INC.** | ) | **CFC NO.: 26-707 C** |
| | ) | |
| **Plaintiff,** | ) | **Judge: Hon. David A. Tapp** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### Rule 7.1 DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Posillico Civil, Inc. (Plaintiff) hereby discloses that Plaintiff is a wholly and privately held subsidiary of Posillico, Inc. No public corporation holds a 10% interest or more in either Plaintiff or its parent company, Posillico, Inc.

Respectfully submitted,

Alexander W. Major, Attorney of Record
Franklin C. Turner, Partner
Andrew Hamilton, Special Counsel
Philip Lee, Associate
McCarter & English, LLP
1301 K Street, NW, Suite 1000 West
Washington, DC 20005
202-753-3440
amajor@mccarter.com
fturner@mccarter.com
ahamilton@mccarter.com
plee@mccarter.com
Counsel for Plaintiff Posillico Civil, Inc.

Dated: May 13, 2026