IN THE UNITED STATES COURT OF FEDERAL CLAIMS

POSILLICO CIVIL, INC., )
)
)
)
Plaintiff, )
)
v. )        No. 26-707
)        Judge David A. Tapp
THE UNITED STATES, )
)
Defendant. )

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Steven Michael Mager_____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

Steven Michael Mager
Assistant Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044


s/Steven Michael Mager
Steven Michael Mager
Assistant Director
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-2377
Facsimile:  (202) 305-7644
Email: Steven.Mager@usdoj.gov

Dated: May 13, 2026