# In the United States Court of Federal Claims

No. 26-707
Filed: May 13, 2026

POSILLICO CIVIL, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

## ORDER

    This Bid Protest was filed on May 13, 2026, (ECF No. 1), and assigned to the undersigned, (ECF No. 2). The Court hereby **SCHEDULES** an initial telephonic scheduling conference for **Tuesday, May 19, 2026, at 11:30 AM (ET)**.

    **IT IS SO ORDERED.**



s/    David A. Tapp
DAVID A. TAPP, Judge