## UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| _____ | ) | |
| POSILLICO CIVIL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CFC No.: 26-707 |
| | ) | |
| THE UNITED STATES, | ) | Judge David A. Tapp |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### BARNARD CONSTRUCTION COMPANY, INC.'S
### <u>UNOPPOSED MOTION TO INTERVENE</u>

In accordance with Rule 24(a)(2) of the Rules of the United States Court of Federal Claims ("RCFC"), Barnard Construction Company, Inc. ("Barnard") respectfully moves to intervene in this bid protest as a defendant-intervenor. Undersigned has conferred with counsel for Plaintiff and counsel for the Government and neither party opposes this Motion.

Plaintiff's Complaint challenges multiple task orders issued by U.S. Customs and Border Protection for border infrastructure construction projects, including Task Order Nos. 70B01C26F00000201, 70B01C26F00000117, and 70B01C26F00000141, each of which was awarded to Barnard. *See* Compl. ¶¶ 84, 99, 114, ECF No. 1. As the awardee of challenged task orders, Barnard has a direct economic interest relating to the subject matter of this protest, and disposition of this action may impair Barnard's ability to protect that interest.

This unopposed Motion is timely. Plaintiff filed its Complaint on May 13, 2026, and the Court has scheduled an initial telephonic scheduling conference for May 19, 2026. *See* Scheduling Order, ECF No. 7. Barnard files this unopposed Motion promptly following the filing of the Complaint and before the initial scheduling conference.

1

Barnard satisfies the requirements for intervention as of right under RCFC 24(a)(2). Moreover, the Government cannot adequately represent Barnard's distinct private economic interests in the challenged task orders. See, e.g., *Akal Sec., Inc. v. United States*, 103 Fed. Cl. 310, 323 (2011) (granting intervention under RCFC 24(a)(2) where awardee "established 'an interest relating to the . . . transaction that is the subject of [the] action,' because it was awarded the disputed contract"). For the foregoing reasons, Barnard respectfully requests that the Court grant this Motion and permit Barnard to intervene in this action as a defendant-intervenor.

Dated: May 14, 2026

Respectfully submitted,

/s/ Scott P. Fitzsimmons
Scott P. Fitzsimmons, Esq. (VA Bar 68147)
WATT, TIEDER, HOFFAR &
FITZGERALD, L.L.P.
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
sfitzsimmons@watttieder.com

*Counsel for Defendant-Intervenor*