**UNITED STATES COURT OF FEDERAL CLAIMS**

_____

POSILLICO CIVIL, INC.,                         )
                                               )
Plaintiff,                                     )
                                               )
v.                                             )        CFC No.: 26-707
                                               )
THE UNITED STATES,                             )        Judge David A. Tapp
                                               )
Defendant.                                     )
_____       )

**BARNARD CONSTRUCTION COMPANY, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Rules of the United States Court of Federal Claims,

Barnard Construction Company, Inc. states that it is a privately held corporation. Barnard

Construction Company, Inc. further states that no publicly held corporation owns 10% or more of

its stock.

Dated: May 14, 2026

                                        Respectfully submitted,


                                        /s/ Scott P. Fitzsimmons
                                        Scott P. Fitzsimmons, Esq. (VA Bar 68147)
                                        WATT, TIEDER, HOFFAR &
                                        FITZGERALD, L.L.P.
                                        1765 Greensboro Station Place, Suite 1000
                                        McLean, Virginia 22102
                                        Tel: (703) 749-1000
                                        Fax: (703) 893-8029
                                        sfitzsimmons@watttieder.com

                                        _Counsel for Defendant-Intervenor_

1