IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

POSILLICO CIVIL, INC.

                Plaintiff,

         v.

THE UNITED STATES,

                Defendant.

No. 26-707
(Judge David A. Tapp)

## DEFENDANT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER

Pursuant to Paragraph 16 of Appendix C of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests the Court to enter the standard protective order for bid protests, found at the Court's Appendix of Forms, Form 8 (attached), in this case. We have consulted with counsel for the plaintiff Posillico Civil, Inc. (Posillico) regarding this motion, and they indicated that Posillico does not oppose the entry of a protective order.

In every bid protest, the United States is required to identify and provide (or make available for inspection) the administrative record. RCFC App. C, ¶ 21. Procurement protests, however, often involve the production of competition sensitive information, and the protective order is the "[p[rincipal vehicle relied upon by the court to ensure protection of sensitive information." RCFC App. C, ¶ 16(a). The standard protective order for bid protests defines "protected information" as "information that must be protected to safeguard the competitive process[.]" RCFC, Form 8, Protective Order ¶ 1. Protected information to be produced as part of the record in this case will include, among other information, bid and proposal information

and agency evaluations of proposals that are otherwise not subject to public disclosure in order to protect the competitive process.  *See* RCFC App. C, ¶ 22.

For these reasons, defendant respectfully requests that this Court issue the standard protective order, attached to this motion and found at the Court's Appendix of Forms, Form 8, in this case.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Steven Michael Mager
STEVEN MICHAEL MAGER
Assistant Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
(202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

May 15, 2026