# In the United States Court of Federal Claims

No. 26-707
Filed: May 19, 2026

POSILLICO CIVIL, INC.,

  *Plaintiff,*

v.

THE UNITED STATES,

  *Defendant,*

and

BARNARD CONSTRUCTION
COMPANY, INC.,

  *Intervenor-Defendant.*

## ORDER

On May 15, 2026, the United States filed a Motion for a Protective Order. (ECF No. 10). The Court held a preliminary scheduling conference where Plaintiff stated it had no objection. (*See* 5/19/2026 Minute Entry). The United States' Motion is therefore **GRANTED**. The Protective Order will be entered separately. In addition, Barnard Construction Company, Inc. ("Barnard") has moved to intervene in this action pursuant to RCFC 24(a)(2). (ECF No. 8). There is no objection. Finding intervention to be appropriate, that Motion is also **GRANTED.** Barnard may participate in the above captioned matter as an Intervenor-Defendant.

As discussed at the preliminary scheduling conference, the parties are **ORDERED** to file a Joint Status Report by **Friday, May 22, 2025, at 5:00 PM (ET)** proposing a briefing schedule for their cross-motions for judgment on the administrative record and oral argument, if necessary. Parties should jointly propose at least two potential dates for oral argument.

**IT IS SO ORDERED.**



s/      David A. Tapp
DAVID A. TAPP, Judge