IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

POSILLICO CIVIL, INC.

     Plaintiff,

   v.

THE UNITED STATES,

     Defendant,

and

BARNARD CONSTRUCTION COMPANY, INC.,

     Defendant-Intervenor.

No. 26-707
(Judge David A. Tapp)

## **JOINT STATUS REPORT**

Pursuant to this Court's order, dated May 19, 2026, the parties hereby jointly submit a schedule for proceedings in the above captioned bid protest.

| Date | Event |
|---|---|
| July 1, 2026 | The defendant produces the administrative record |
| July 31, 2026 | Posillico files motion to supplement the administrative record, if necessary |
| August 7, 2026, *or seven calendar days after filing of motion to supplement* | The defendant and defendant-intervenor respond to the motion to supplement. *If defendant and defendant-intervenor file separate responses, Posillico's reply deadline runs from the later-filed response, provided all responses are timely filed.* |
| August 12, 2026, *or five calendar days after the later-filed defendant/defendant-intervenor response* | Posillico replies in support of supplementation |
| August 19, 2026 | Posillico files its motion for judgment on the administrative record (MJAR) |

2

| Date | Event |
|---|---|
| | |
| September 18, 2026 | The defendant and defendant-intervenor file responses/cross-MJARs and any motions to dismiss. *The defendant and defendant-intervenor's filings should be treated as a single response/cross-motion package for deadline purposes, even if filed separately.* |
| September 30, 2026 | Posillico files response/reply, *measured from the later-filed defendant/defendant-intervenor* cross-MJAR, or motion to dismiss, provided all such filings are made no later than September 18, 2026 |
| October 7, 2026 | The defendant and defendant-intervenor file reply briefs |
| October 14, 2026 | The parties jointly prepare and file a joint appendix to the briefs |
| Week of October 19-23, 2026 at the Court's convenience | Oral argument |

For these reasons, the parties respectfully request that this Court enter the schedule set forth in this status report.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Steven Michael Mager
STEVEN MICHAEL MAGER
Assistant Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
(202) 616-2377

Steven.Mager@usdoj.gov

Attorneys for Defendant

s/ Scott P. Fitzsimmons
Scott P. Fitzsimmons, Esq.
WATT, TIEDER, HOFFAR &
FITZGERALD, L.L.P.
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
sfitzsimmons@watttieder.com

Attorney for Defendant-Intervenor


/s Alexander W. Major
Alexander W. Major,
McCarter & English, LLP
1301 K Street, NW, Suite 1000 West
Washington, DC 20005
202-753-3440
amajor@mccarter.com

Counsel for Plaintiff Posillico Civil, Inc.

May 22, 2026