# In the United States Court of Federal Claims

No. 26-707
Filed: May 26, 2026

<table>
<tr><td>

**POSILLICO CIVIL, INC.,**

       *Plaintiff,*

**v.**

**THE UNITED STATES,**

       *Defendant,*

**and**

**BARNARD CONSTRUCTION COMPANY, INC.,**

       *Intervenor-Defendant.*

</td></tr>
</table>

## SCHEDULING ORDER

The Court adopts the parties' jointly proposed briefing schedule, (*see* Joint Status Report, ECF No. 16), as follows:

| Event | Deadline |
|---|---|
| Administrative Record filed | July 1, 2026 |
| Plaintiff's Motion for Judgment on the Administrative Record | August 19, 2026 |
| Defendant and Intervenor-Defendant's Responses and Cross-Motions for Judgment on the Administrative Record | September 18, 2026 |
| Plaintiff's Reply in Support of its Motion for Judgment on the Administrative Record and Response to Defendant and Intervenor-Defendant's Cross-Motions for Judgment on the Administrative Record | September 30, 2026 |
| Defendant and Intervenor-Defendant's Replies in Support of Cross-Motions for Judgment on the Administrative Record | October 7, 2026 |
| Joint Appendix filed | October 14, 2026 |
| Oral argument, if necessary | October 21–22, 2026 |

**IT IS SO ORDERED.**



s/     David A. Tapp
DAVID A. TAPP, Judge