# United States Court of Federal Claims

| | |
|---|---|
| POSILLICO CIVIL, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) Case No. 26-707 |
| Defendant, | ) |
| | ) Judge David A. Tapp |
| and | ) |
| | ) |
| BARNARD CONSTRUCTION COMPANY, INC., | ) |
| | ) |
| Intervenor-Defendant. | ) |

## FISHER SAND & GRAVEL CO.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Fisher Sand & Gravel Co. ("Fisher") states:

1. Fisher is a wholly owned subsidiary of Fisher Holdings, Inc.; and

2. No publicly held corporation owns 10% or more of the stock of Fisher Holdings, Inc.

Respectfully submitted,

*s/ Frank S. Murray*

FRANK S. MURRAY
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington D.C. 20007-5143
Telephone 202.295.4163
Email: fmurray@foley.com

*Counsel of Record for Fisher Sand & Gravel Co.*

June 4, 2026

4927-0804-5234.1