# In the United States Court of Federal Claims

No. 26-707
Filed: June 5, 2026

|  |  |
|---|---|
| POSILLICO CIVIL, INC., | |
| | *Plaintiff*, |
| v. | |
| THE UNITED STATES, | |
| | *Defendant*, |
| and | |
| BARNARD CONSTRUCTION COMPANY, INC., | |
| | *Intervenor-Defendant*, |
| and | |
| FISHER SAND & GRAVEL CO., | |
| | *Intervenor-Defendant*. |

## ORDER

On June 4, 2026, Fisher Sand & Gravel Co. ("Fisher") moved to intervene in this matter pursuant to RCFC 24(a)(2). (Mot., ECF No. 25). There is no objection. (*See* Mot. at 1). Finding intervention to be appropriate, the Motion is **GRANTED**. Fisher may participate in the above captioned matter as an Intervenor-Defendant.

**IT IS SO ORDERED.**



s/    David A. Tapp
DAVID A. TAPP, Judge