## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### BID PROTEST

| | | |
|---|---|---|
| **POSILLICO CIVIL, INC.** | ) | **CFC NO.: 26-707** |
| | ) | |
| **Plaintiff,** | ) | **Judge David A. Tapp** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO R.C.F.C. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims, Plaintiff Posillico Civil, Inc., through its undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed without prejudice.

Respectfully submitted,

_____

Alexander W. Major, Attorney of Record
Franklin C. Turner, Partner
Matthew Wright, Partner
Andrew Hamilton, Special Counsel
Philip Lee, Associate
McCarter & English, LLP
1301 K Street, NW, Suite 1000 West
Washington, DC 20005
202-753-3440
amajor@mccarter.com
fturner@mccarter.com
mwright@mccarter.com
ahamilton@mccarter.com
plee@mccarter.com
Counsel for Plaintiff Posillico Civil, Inc.

Dated: July 31, 2026